NS/md

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20450-CR-SCOLA

UNITED STATES OF AMERICA,

vs.

ALEX NAIN SAAB MORAN, and
AVARO PULIDO VARGAS,

        Defendants.
_____/

## NOTICE OF APPEARANCE

The United States of America hereby gives notice that Assistant United States Attorney Nalina Sombuntham has been assigned responsibility of matters related to criminal forfeiture in the above-captioned case.

                              Respectfully submitted,

                              ARIANA FAJARDO ORSHAN
                              UNITED STATES ATTORNEY

By:    s/ Nalina Sombuntham
         Nalina Sombuntham
         Assistant United States Attorney
         Fla. Bar No. 96139
         99 N.E. 4th Street, 7th Floor
         Miami, Florida   33132-2111
         Telephone:   (305) 961-9224
         Facsimile:    (305) 536-7599
         nalina.sombuntham2@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on August 7, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using CM/ECF.

s/ Nalina Sombuntham
Nalina Sombuntham
Assistant United States Attorney
