**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-20450-CR-SCOLA**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**

**ALEX NAIN SAAB MORAN, et al.,**

      **Defendants.**

                                                             /

### NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney, Annika M. Miranda, hereby appears as co-counsel for the United States of America regarding any forfeiture issues in the above-styled case.

                                      Respectfully submitted,

                                      **ARIANA FAJARDO ORSHAN**
                                      **UNITED STATES ATTORNEY**

By:   *s/ Annika M. Miranda*
           Annika M. Miranda
           Assistant United States Attorney
           Florida Bar No. 64975
           99 N.E. 4th Street, 7th Floor
           Miami FL, 33132-2111
           Telephone: (305) 961-9303
           E-mail: Annika.Miranda@usdoj.gov
           *Counsel for the United States of America*