UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-CR-20450-SCOLA

UNITED STATES OF AMERICA,

v.

ALEX NAIN SAAB MORAN, and
ALVARO PULIDO VARGAS,

        **Defendant.**
_____ /

## NOTICE OF APPEARANCE

COMES NOW, The United States of America, by and through the undersigned Assistant United States Attorney, hereby gives notice that the undersigned Assistant U.S. Attorney Kurt K. Lunkenheimer has been assigned to the above captioned case.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By:   /s/ Kurt K. Lunkenheimer
       KURT K. LUNKENHEIMER
       Assistant United States Attorney
       Court ID No. A5501535
       JLK Federal Justice Building
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       Telephone: 305-961-9008
       Facsimile: 305-536-7213
       Email: Kurt.Lunkenheimer@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 16th day of September 2020, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

    /s/ Kurt K. Lunkenheimer
    KURT K. LUNKENHEIMER

Assistant United States Attorney

˜2˜