# EXHIBIT E



28th December 2020

Dear Sirs,

**Re: Spanish into English Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English.

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,




**Aniello Attianese**
Senior Account Manager



Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN

**Bolivarian Republic of Venezuela**

**Ministry of Popular Power for Foreign Relations**

**Communiqué of the Minister**

**DM No. 380**

**Caracas,** 24th December 2020

**210 / 161 / 21**

RESOLUTION

The citizen, **Jorge Alberto Arreaza Montserrat,** holder of Identity Card No. V - 11,945,178, in his capacity as **Minister of Popular Power for Foreign Relations,** appointed by Decree No. 3,015 dated 2nd August 2017, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 41,205 dated 2nd August 2017 and ratified by Decree No. 3,464 dated 14th June 2018, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 41,419 of that same date, 2nd August 2017, following the instructions of the citizen **Nicolas Maduro Moros, President of the Bolivarian Republic of Venezuela,** in accordance with the provisions stipulated under Article 65 and in the exercise of the jurisdiction established under Article 78, Numeral 19 of Decree No. 1,424, through which the Decree with Standing, Value and Force of Organic Law of the Public Administration was issued, published in the Bolivarian Republic of Venezuela No. 6,147 dated 17th November 2014.

**RESOLVES / ORDERS**

**To designate / appoint** the citizen **Alex Nain Saab Moran**, who is the holder of Identity Card No. **V-21,495,350**, as **Alternate Permanent Representative** of the Bolivarian Republic of Venezuela before the **African Union (AU).**

The Human Management Office is instructed to notify the interested party in compliance with the provisions established under Article 73 of the Organic Law of Administrative Procedures.

Communicate and Publish,

*(Signature – Illegible)*

**JORGE ALBERTO ARREAZA MONTSERRAT**

**MINISTER**

*(Stamp – Bolivarian Republic of Venezuela*
*Ministerial Order)*



República Bolivariana de Venezuela

Ministerio del Poder Popular Para Relaciones Exteriores

Despacho del Ministro

DM N° 380

Caracas, 24 de diciembre de 2020

210° / 161° / 21°

**RESOLUCIÓN**

El ciudadano **Jorge Alberto Arreaza Montserrat**, titular de la cédula de identidad N° V-11.945.178, en su carácter de **Ministro del Poder Popular para Relaciones Exteriores**, designado mediante Decreto N° 3.015 del 02 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N°41.205 del 02 de agosto de 2017, y ratificado mediante Decreto N° 3.464 del 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.419 de esa misma fecha, siguiendo las instrucciones del ciudadano **Nicolás Maduro Moros, Presidente de la República Bolivariana de Venezuela**, de acuerdo con lo previsto en el artículo 65 y en ejercicio de la competencia establecida en el artículo 78, numeral 19 del Decreto N° 1.424, mediante el cual se dictó el Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Publica, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N°6.147 del 17 de noviembre de 2014.

**RESUELVE**

**Designar** al ciudadano **Alex Nain Saab Moran**, titular de la cédula de identidad N° **V-21.495.350**, como **Representante Permanente Alterno** de la República Bolivariana de Venezuela ante la **Unión Africana (AU)**.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,

**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTRO**

