IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ALEX NAIN SAAB MORAN, and
ALVARO PULIDO VARGAS, a/k/a
"German Enrique Rubio Salas,"

Defendants.

Case No. 19-20450-CR-Scola

## CERTIFICATION OF DAVID B. RIVKIN, JR.

David B. Rivkin, Jr., Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the District of Columbia bar; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

*s/ David B. Rivkin, Jr.*
David B. Rivkin, Jr.