IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, and<br>ALVARO PULIDO VARGAS, a/k/a<br>"German Enrique Rubio Salas,"<br><br>    Defendants. | Case No. 19-20450-CR-Scola |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Lee Casey of the law firm of Baker & Hostetler LLP, 1050 Connecticut Avenue, NW, Suite 1100, Washington, D.C., 20036, for purposes of a special appearance as counsel on behalf of Alex Nain Saab Moran in the above-styled case to pursue the pre-arraignment motion to dismiss the indictment, and, pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Lee Casey to receive electronic filings in this case, and in support thereof states as follows:

1. Lee Casey is not admitted to practice in the Southern District of Florida and is a member in good standing of the California, Michigan, and District of Columbia bars.

2. Movant, Lindy K. Keown of the law firm of Baker & Hostetler LLP, 200 S. Orange Ave., Ste. 2300, Orlando, Florida, 32801-3432, (407) 649-4000, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated

as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Lee Casey has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Lee Casey, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Lee Casey at lcasey@bakerlaw.com.

WHEREFORE, Lindy K. Keown, moves this Court to enter an Order allowing Lee Casey to specially appear before this Court on behalf of Alex Nain Saab Moran for purposes of a special appearance pre-arraignment relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Lee Casey.

Date: January 22, 2021

*s/Lindy K. Keown*  
Lindy K. Keown  
Baker & Hostetler LLP  
200 South Orange Avenue  
Suite 2300  
Orlando, FL 32801  
lkeown@bakerlaw.com  
(T) (407) 649-4000  
(F) (407) 841-0168  

*Counsel for Alex Nain Saab Moran*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 22, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Lindy K. Keown*  
Lindy K. Keown

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, and ALVARO PULIDO VARGAS, a/k/a "German Enrique Rubio Salas,"<br><br>Defendants. | Case No. 19-20450-CR-Scola |

## CERTIFICATION OF LEE CASEY

Lee Casey, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the California, Michigan, and District of Columbia bars; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

*s/ Lee Casey*
Lee Casey

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, and<br>ALVARO PULIDO VARGAS, a/k/a<br>"German Enrique Rubio Salas,"<br><br>Defendants. | Case No. 19-20450-CR-Scola |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*****, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Lee Casey, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.  This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED.  Lee Casey, may specially appear and participate in this action on behalf of Alex Nain Saab Moran.  The Clerk shall provide electronic notification of all electronic filings to Lee Casey, at lcasey@bakerlaw.com.

DONE AND ORDERED in Chambers at Miami, Florida, on _____.

                                                                                    Robert N. Scola, Jr.
                                                                                     United States District Judge

Copies furnished to: All Counsel of Record