IN THE UNITED STATES DISTRICT COURT
FOR THE  SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

     v.

ALEX NAIN SAAB MORAN, and
ALVARO PULIDO VARGAS, a/k/a
"German Enrique Rubio Salas,"

    Defendants.

Case No. 19-20450-CR-Scola

## <u>CERTIFICATION OF LEE CASEY</u>

Lee Casey, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the California, Michigan, and District of Columbia bars; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

*s/ Lee Casey*
Lee Casey