Per Local Rule 5.4(d), the matter(s) shall remain sealed:

____ years; _____ (specific date);
☐ permanently; _____ (other).

☐ SEALED
☐ NOT SEALED

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: **19-cr-20450-SCOLA**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.                                                                 *EX PARTE*
                                                                                    **FILED UNDER SEAL**
**ALEX NAIN SAAB MORAN,**

    **Defendant.**

_____/

The United States of America, having applied to this Court for an Order sealing the *Ex Parte* Notice Of Additional Facts In Support Of Response In Opposition To Defendant's Motion To Vacate Order Conferring Fugitive Status And For Leave For Special Appearance To Challenge Indictment ("*Ex Parte* Notice"), and the Court finding good cause:

IT IS HEREBY ORDERED that the United States' *Ex Parte* Notice, motion to seal, any resulting Order, and any order concerning the United States' *Ex Parte* Notice, shall be filed under seal until further order of this Court, except that, the United States Attorney's Office and the Department of Justice, Criminal Division, Fraud Section may obtain copies of the *Ex Parte* Notice, any Motion, related order, or other sealed document for any necessary cause.

DONE AND ORDERED in chambers at Miami, Florida, this ___ day of February, 2021.

_____
Hon. Robert N. Scola, Jr.
United States District Court Judge

cc: Kurt K. Lunkenheimer, AUSA
    Alexander Kramer, Trial Attorney