# Exhibit A

## Wangsgard, Kendall E.

| | |
|---|---|
| **From:** | Lunkenheimer, Kurt (USAFLS) <Kurt.Lunkenheimer@usdoj.gov> |
| **Sent:** | Wednesday, January 20, 2021 2:38 PM |
| **To:** | Wangsgard, Kendall E. |
| **Cc:** | Kramer, Alexander (CRM); Rivkin, David; New, Jonathan B.; Barr, Jonathan R. |
| **Subject:** | RE: United States v. Alex Nain Saab Moran - 19-cr-20450 (SD Fla) |

Kendall,

Considering what Alex and I have read in the press, and with all of your side's government experience, I hope you all could see that we, the United States, would want to know if we were talking with lawyers representing Venezuela or lawyers representing Alex Saab.

But we can discuss tomorrow. Talk to you at 9:30am.

Kurt

---

**From:** Wangsgard, Kendall E. <kwangsgard@bakerlaw.com>
**Sent:** Wednesday, January 20, 2021 1:15 PM
**To:** Lunkenheimer, Kurt (USAFLS) <KLunkenheimer@usa.doj.gov>
**Cc:** Kramer, Alexander (CRM) <Alexander.Kramer@CRM.USDOJ.GOV>; Rivkin, David <drivkin@bakerlaw.com>; New, Jonathan B. <jnew@bakerlaw.com>; Barr, Jonathan R. <jbarr@bakerlaw.com>
**Subject:** RE: United States v. Alex Nain Saab Moran - 19-cr-20450 (SD Fla)

Kurt,

We are happy to discuss this further during our meet and confer tomorrow morning, but we do not understand the basis for your request. We are not aware of any obligation for defense counsel to share their engagement letter with prosecutors.

Best,

Kendall

---

**From:** Lunkenheimer, Kurt (USAFLS) <Kurt.Lunkenheimer@usdoj.gov>
**Sent:** Wednesday, January 20, 2021 10:57 AM
**To:** Wangsgard, Kendall E. <kwangsgard@bakerlaw.com>
**Cc:** Kramer, Alexander (CRM) <Alexander.Kramer@usdoj.gov>; Rivkin, David <drivkin@bakerlaw.com>; New, Jonathan B. <jnew@bakerlaw.com>; Barr, Jonathan R. <jbarr@bakerlaw.com>
**Subject:** RE: United States v. Alex Nain Saab Moran - 19-cr-20450 (SD Fla)

Kendall,

We understand, but considering the nature of this case, we would request that you redact those parts and provide it to us.

I have dropped John-Alex Romano from this email thread as he is no longer on the case.

Thank you.

Kurt

**From:** Wangsgard, Kendall E. <kwangsgard@bakerlaw.com>
**Sent:** Wednesday, January 20, 2021 10:27 AM
**To:** Lunkenheimer, Kurt (USAFLS) <KLunkenheimer@usa.doj.gov>
**Cc:** Kramer, Alexander (CRM) <Alexander.Kramer@CRM.USDOJ.GOV>; Romano, John-Alex (CRM) <John-Alex.Romano@CRM.USDOJ.GOV>; Rivkin, David <drivkin@bakerlaw.com>; New, Jonathan B. <jnew@bakerlaw.com>; Barr, Jonathan R. <jbarr@bakerlaw.com>
**Subject:** RE: United States v. Alex Nain Saab Moran - 19-cr-20450 (SD Fla)

Kurt,

If are asking about an engagement letter, we can confirm that we have been retained by Mr. Saab Moran and have a signed engagement letter. We are not at liberty to share the letter because it contains communications covered by the attorney client privilege and attorney work product protections.

Best,

Kendall

**From:** Lunkenheimer, Kurt (USAFLS) <Kurt.Lunkenheimer@usdoj.gov>
**Sent:** Tuesday, January 19, 2021 7:58 PM
**To:** Wangsgard, Kendall E. <kwangsgard@bakerlaw.com>
**Cc:** Kramer, Alexander (CRM) <Alexander.Kramer@usdoj.gov>; Romano, John-Alex (CRM) <John-Alex.Romano@usdoj.gov>; Rivkin, David <drivkin@bakerlaw.com>; New, Jonathan B. <jnew@bakerlaw.com>; Barr, Jonathan R. <jbarr@bakerlaw.com>
**Subject:** Re: United States v. Alex Nain Saab Moran - 19-cr-20450 (SD Fla)

Thank you.

By any chance do you have a representation letter you scan share with the us?

Kurt K. Lunkenheimer
Assistant United States Attorney
(786)360-9771

> On Jan 19, 2021, at 5:23 PM, Wangsgard, Kendall E. <kwangsgard@bakerlaw.com> wrote:
>
> Thank you. We can use the below dial-in and I will send a calendar invite as well:
>
> Domestic:        866.468.2930
> International:   +1.224.267.0948
>
> Code:            202.861.1751
>
> **From:** Kramer, Alexander (CRM) <Alexander.Kramer@usdoj.gov>
> **Sent:** Tuesday, January 19, 2021 2:58 PM

**To:** Wangsgard, Kendall E. <kwangsgard@bakerlaw.com>; Lunkenheimer, Kurt (USAFLS) <Kurt.Lunkenheimer@usdoj.gov>; Romano, John-Alex (CRM) <John-Alex.Romano@usdoj.gov>
**Cc:** Rivkin, David <drivkin@bakerlaw.com>; New, Jonathan B. <jnew@bakerlaw.com>; Barr, Jonathan R. <jbarr@bakerlaw.com>
**Subject:** RE: United States v. Alex Nain Saab Moran - 19-cr-20450 (SD Fla)


[External Email: Use caution when clicking on links or opening attachments.]

Thank you. A call at 9:30AM would work for us.

Regards,
Alex Kramer

**Alexander J. Kramer**
Office: 202-307-0955
Mobile: 202-768-1919

**From:** Wangsgard, Kendall E. <kwangsgard@bakerlaw.com>
**Sent:** Tuesday, January 19, 2021 2:14 PM
**To:** Lunkenheimer, Kurt (USAFLS) <KLunkenheimer@usa.doj.gov>; Kramer, Alexander (CRM) <Alexander.Kramer@CRM.USDOJ.GOV>; Romano, John-Alex (CRM) <John-Alex.Romano@CRM.USDOJ.GOV>
**Cc:** Rivkin, David <drivkin@bakerlaw.com>; New, Jonathan B. <jnew@bakerlaw.com>; Barr, Jonathan R. <jbarr@bakerlaw.com>
**Subject:** United States v. Alex Nain Saab Moran - 19-cr-20450 (SD Fla)

Good afternoon Kurt, Alexander, and John:

We represent Alex Nain Saab Moran in an indicted case pending in the Southern District of Florida (19-cr-20450-RNS). We would like to confer with you in advance of an anticipated filing which will be filed concurrent with our appearance. A telephone call is likely simplest—are there times Thursday morning that work for you? Thanks in advance.

Best,

Kendall

**Kendall Wangsgard**
Counsel

<image001.jpg>
Washington Square
1050 Connecticut Ave, N.W. | Suite 1100
Washington, DC 20036-5403
T +1.202.861.1751

kwangsgard@bakerlaw.com
bakerlaw.com
<image002.png>
<image003.jpg>
<image004.jpg>

3

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.