United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America, <br> Plaintiff <br><br> v. <br><br> Alex Nain Saab Moran, <br> Defendant. | ) <br> ) <br> ) <br> ) Criminal Case No. 19-20450-CR-Scola <br> ) <br> ) <br> ) |

**Order Granting Defendant's Ex Parte, Sealed Application to File Redacted Engagement Letter Under Seal and Ex Parte for In Camera Review**

This matter is before the Court on Defendant's *Ex Parte,* Sealed Application to File Redacted Engagement Letter Under Seal and *Ex Parte* for *In Camera* Review (**ECF No. 27**).

In its response (**ECF No. 24**) to Defendant's motion to vacate order conferring fugitive status and for leave for special appearance to challenge indictment (**ECF No. 10**) the Government expressed some concern as to whether the firm of Baker & Hostetler had been retained by the Defendant. In his *ex parte*, sealed application, Defendant has attached a redacted copy of an engagement letter between the Defendant and Baker & Hostetler. The Court has conducted an *in camera* review of the application and the redacted engagement letter and is satisfied that Baker & Hostetler has been retained by the Defendant to represent him in this matter.

This order shall not be sealed and will be filed on the public docket.

However, the Defendant's *Ex Parte,* Sealed Application to File Redacted Engagement Letter Under Seal and *Ex Parte* for *In Camera* Review (**ECF No. 27**) shall remained sealed until February 27, 2026 at which time it shall be unsealed by the Clerk.

**Done and Ordered** at Miami, Florida, on February 27, 2021.

Robert N. Scola, Jr.
United States District Judge