# EXHIBIT 2



