# EXHIBIT 3



23rd February 2021

Dear Sirs,

**Re: Spanish into English (UK) Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English (UK).

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English (UK) written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,





**Aniello Attianese**
Senior Account Manager



Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN

[emblem]

The People's Minister for
Foreign Affairs
of the Bolivarian Republic of Venezuela

**Caracas, 13 June 2020**

Excellent Sir

**Luis Filipe Lopes Tavares**

Minister for Foreign Affairs, Communities and Defence
of the Republic of Cape Verde
Praia.-

Excellent Sir:

    We greet you affectionately on behalf of the People of Venezuela, the President of the Republic, Nicolás Maduro Moros, the Venezuelan People and myself, and assure you of our best wishes to you and to His Excellency Jorge Carlos Fonseca, President of the Republic of Cape Verde, and to our brothers and sisters the people of Cape Verde.

    I wish to address you regarding the Venezuelan citizen Alex Nain SAAB MORÁN, born on 21 December 1971 and holder of Bolivarian Republic of Venezuela passport number 146601956, who I am aware was arrested in Cape Verde yesterday, 12 June 2020, on the grounds of an Interpol Red Alert issued at the request of the United States of America.

    It is the case, Excellent Sir, that the Interpol Red Alert was issued after the detention of citizen Alex Nain SAAB MORÁN, on 13 June 2020, which clearly invalidates the alleged reasons for his detention, because it violates basic legal principles.

    In addition, I would like to emphasize that citizen Alex Nain SAAB MORÁN was actually acting as a representative of the Government of the Bolivarian Republic of Venezuela, which gives him sovereign immunity, in accordance with international law and with the principles of common law. Notwithstanding, this sovereign immunity of a representative of the Government of the Bolivarian Republic of Venezuela was not taken into consideration at the



[emblem]

The People's Minister for
Foreign Affairs
of the Bolivarian Republic of Venezuela

time of his detention which occurred during a technical stopover of the aircraft carrying him to Cape Verde.

I feel it is of particular importance to point out that the citizen in question was carrying out commercial functions on behalf of the Bolivarian Republic of Venezuela, whose purpose was to guarantee the humanitarian provision of medical supplies, medicines and urgent foodstuffs for our country in the context of the COVID-19 pandemic, which made his sudden detention particularly serious for our country.

Taking into account the historical good relations between Cape Verde and Venezuela, as well as the acknowledged importance that people of Cape Verde attach to independence and good political and diplomatic relations with the rest of the World, I respectfully request his immediate release and also ask that he is permitted to immediately return to Venezuela following his release.

I thank you in advance for your valuable support and solidarity in relation to this request and I would like to take this opportunity to reiterate my sincere appreciation and consideration.

Kind regards,

[*Illegible signature*]

**Jorge Arreaza**

The People's Minister for Foreign Affairs

Bolivarian Republic of Venezuela

| BOLIVARIAN REPUBLIC OF VENEZUELA |
| --- |
| MINISTER'S OFFICE |
| MINISTRY OF FOREIGN AFFAIRS |





*El Ministro del Poder Popular para
Relaciones Exteriores
de la República Bolivariana de Venezuela*

Caracas, 13 de junio de 2020

Excelentísimo Señor
**Luis Filipe Lopes Tavares**
Ministro de Asuntos Exteriores, Comunidades y Defensa
de la República de Cabo Verde

Praia.-

Excelencia:

Reciba en nombre del Pueblo venezolano, del Presidente de la República, Nicolás Maduro Moros, el Pueblo venezolano y en el mío propio, un saludo afectuoso y nuestros mejores deseos a Usted y a Su Excelencia Jorge Carlos Fonseca, Presidente de la República de Cabo Verde, extensivo al hermano pueblo caboverdiano.

Tengo a bien escribirle en referencia al ciudadano venezolano Alex Nain SAAB MORÁN, nacido el 21 de diciembre de 1971 y titular del pasaporte de la República Bolivariana de Venezuela número 146601956, quien conozco ha sido detenido en Cabo Verde el día de ayer, 12 de junio de 2020, sobre la base de una notificación Roja de Interpol, extendida por solicitud de Estados Unidos de América.

Es el caso, Excelencia, que la Notificación Roja de Interpol ha sido emitida con posterioridad a la detención del ciudadano Alex Nain SAAB MORÁN, el día de hoy 13 de junio de 2020, hecho éste que a todas luces invalida los motivos alegados para su detención, por resultar violatorio de principios elementales del derecho

Adicionalmente, quiero subrayar que en el ciudadano Alex Nain SAAB MORÁN concurre la circunstancia de que actualmente se desempeña como agente del Gobierno de la República Bolivariana de Venezuela, lo cual le otorga inmunidad soberana, de acuerdo con el derecho internacional y con principios del derecho consuetudinario. No obstante, esta inmunidad soberana que corresponde a un agente del Gobierno de la República Bolivariana de Venezuela no ha sido tomada en cuenta al momento de su



*El Ministro del Poder Popular para
Relaciones Exteriores
de la República Bolivariana de Venezuela*

detención, la cual ocurrió durante una parada técnica efectuada en Cabo Verde por la aeronave que lo transportaba.

Considero de especial importancia destacar que el referido ciudadano se encontraba realizando gestiones comerciales en favor de la República Bolivariana de Venezuela, orientadas a garantizar la procura humanitaria de insumos médicos, medicinas alimentos de gran necesidad para nuestro país en el contexto de la pandemia por el COVID-19, lo cual hace especialmente grave para nuestro país su abrupta detención.

Tomando en cuenta las históricas buenas relaciones entre Cabo Verde y Venezuela, así como también la reconocida importancia que el gentilicio caboverdiano otorga a la independencia y a las buenas relaciones políticas y diplomáticas con el resto del mundo, respetuosamente solicito en primer lugar su inmediata liberación e igualmente solicito que tras su liberación le sea permitido su inmediato regreso a Venezuela.

Al agradecer de antemano de antemano su valioso apoyo y solidaridad en relación con esta solicitud, me valgo de la ocasión hago propicia para reiterar a Su Excelencia las seguridades de mi más alta y distinguida consideración.

Atentamente,

**Jorge Arreaza**
Ministro del Poder Popular para Relaciones Exteriores
República Bolivariana de Venezuela

