United States District Court
Southern District of Florida

United States of America,              )
                                        )
v.                                      )
                                        )     Criminal Case No. 19-20450-CR-Scola
                                        )
Alex Nain Saab Moran,                   )
Defendant.                              )

### **Sealed Ex-Parte Order Granting Motion to Seal**

This matter is before the Court on the Government's *Ex-Parte* Motion to Seal its *Ex-Parte* Notice of Additional Facts in Support of Response in Opposition to Defendant's Motion to Vacate Order Conferring Fugitive Status and for Leave for Special Appearance to Challenge Indictment, filed February 23, 2021. Accordingly, it is hereby

**Ordered and Adjudged** that the Government's Motion to Seal (**ECF No. 25**) is **granted**. Government' Motion to Seal (ECF No. 25), Government's *Ex-Parte* Notice of Additional Facts in Support of Response in Opposition to Defendant's Motion to Vacate Order Conferring Fugitive Status and for Leave for Special Appearance to Challenge Indictment (ECF No. 26), and this Order are sealed until **March 8, 2031** and thereafter unsealed and destroyed by the Clerk of Court.

**Done and Ordered** at Miami, Florida on March 8, 2021.

Robert N. Scola, Jr.
United States District Judge

cc:   AUSA Kurt Lunkenheimer