UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 19-CR-20450-SCOLA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

**ALEX NAIN SAAB MORAN,**

        **Defendant.**

_____/

## PROTECTIVE ORDER

**THIS CAUSE** came before the Court upon the United States' Unopposed Motion for Protective Order (ECF No. 34). Having considered the United States' Motion, and being otherwise fully advised in this premises, it is hereby **ORDERED** and **ADJUDGED** that the United States' Motion is GRANTED.:

1. The United States shall produce to Counsel for the Defendant a filed copy of the United States' *Ex Parte* Notice of Additional Facts In Support Of Response In Opposition To Defendant's Motion To Vacate Order Conferring Fugitive Status And For Leave For Special Appearance To Challenge Indictment (hereinafter the "*Ex Parte* Notice of Additional Facts").

2. The parties agree that:

    a. Pending further order of the Court, Counsel for the Defendant shall not show, share or disseminate the *Ex Parte* Notice of Additional Facts to any person or entity other than attorneys and U.S.-based employees from defense counsel's law firm, Baker Hostetler LLP, who are assisting counsel in the representation of the Defendant in this action.;

    b.    Counsel for the Defendant shall not send or transmit, via any form of communication, the *Ex Parte* Notice of Additional Facts, or any content or substance contained within it, from, to or through any person or entity outside of the United States;

    c.    Until further order of the Court, Counsel for the Defendant shall not, directly or indirectly, give, show, make available or otherwise communicate to the Defendant the *Ex Parte* Notice of Additional Facts or the content contained therein;

    d.    The United States shall not disseminate the *Ex Parte* Notice of Additional Facts to individuals outside of the United States Government;

    e.    After review of the *Ex Parte* Notice of Additional Facts, counsel for the Defendant may file a motion to modify this Protective Order; and

    f.    Counsel for the United States and for the Defendant shall promptly report any known violations of the Court's order to the Court.

Nothing in this Order shall preclude any party from using the *Ex Parte* Notice of Additional Facts in court proceedings or chambers conferences in this action.

DONE and ORDERED in Miami, Florida, on March 10, 2021.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA