UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: **19-cr-20450-SCOLA**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**
v.

**ALEX NAIN SAAB MORAN,**

        **Defendant.**
_____/

## MOTION FOR STATUS CONFERENCE

The United States of America, by and through the undersigned counsel, moves the Court to schedule a status conference in this matter the afternoon of March 12, 2021.

## BACKGROUND

On March 8, 2021, the Court scheduled a hearing on Defendant Alex Nain SAAB MORAN's ("SAAB MORAN") Motion To Vacate Order Conferring Fugitive Status And For Leave For Special Appearance To Challenge Indictment for March 15, 2021 at 9:00 AM (hereinafter, the "Hearing"). On March 12, 2021, SAAB MORAN filed a motion under seal regarding facts and argument related to this Hearing. The United States seeks clarity regarding the recently filed motion under seal and whether the Court will require additional evidence to be presented at the Hearing so that it may adequately prepare and address the Court's concerns.

Counsel for the United States sought the position of counsel for SAAB MORAN regarding the request for a status conference. Counsel for SAAB MORAN object and state the following:

> We do object to a motion for a SC, it being absolutely unnecessary, especially at this late juncture with the oral argument set for 9:00 am on Monday. With the Monday's oral argument open to the public and consistent with the particulars of

the protective order, neither side is supposed to bring up any points covered by the protective order. Accordingly, the "logistics and plan for Monday" are all set.

## **CONCLUSION**

For the foregoing reasons, the United States of America respectfully requests that the Court schedule a status conference.

      ARIANA FAJARDO ORSHAN
      UNITED STATES ATTORNEY

By: /s/ *Kurt K. Lunkenheimer*
    Kurt K. Lunkenheimer
    Assistant U.S. Attorney
    Court ID No. A5501535
    99 N.E. 4th Street
    Miami, Florida 33132-2111
    TEL (305) 961-9008
    Kurt.Lunkenheimer@usdoj.gov

DANIEL S. KAHN
ACTING CHIEF, FRAUD SECTION
Criminal Division
U.S. Department of Justice

By: /s/*Alexander Kramer*
    Alexander Kramer
    Trial Attorney
    Criminal Division, Fraud Section
    U.S. Department of Justice
    Court ID No. A5502240
    1400 New York Ave. NW
    Washington, DC 20005
    TEL (202) 768-1919
    alexander.kramer@usdoj.gov

## Certificate of Service

I HEREBY CERTIFY that on March 12, 2021, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which would provide a copy to counsel of record.

/s/*Alexander Kramer*
Alexander Kramer
Trial Attorney