UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: <u>19-cr-20450-SCOLA</u>

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

**ALEX NAIN SAAB MORAN,**

        **Defendant.**

_____/

**UNITED STATES' NOTICE OF DECISION OF SOUTHERN DISTRICT OF FLORIDA**

The United States of America, through the undersigned counsel, hereby files this Notice of A Southern District of Florida Court Decision as the United States believes that the decision of a sister-court in similar litigation gives legal support to the United States' position in its Response in Opposition to Defendant Alex Nain SAAB MORAN's ("SAAB MORAN") Motion To Vacate Order Conferring Fugitive Status And For Leave For Special Appearance To Challenge Indictment [DE 24].

The United States gives the Court notice of an Order filed by Senior United States District Court Judge William J. Zloch in *United States v. De Morales Sante*, 2018 U.S. Dist. LEXIS 186338, No. 12-20663-CR-ZLOCH, (S.D. Fl. Oct. 31, 2018).  The United States believes that the application of Fugitive Disentitlement Doctrine by the Court in *De Morales Sante* and its analysis of *United States v. Shalhoub*, 855 F.3d 1255, 1263 (11th Cir. 2017), and the Supplemental Report And Recommendations analysis of both *Shalhoub* and *In re Hijazi*, 589 F.3d 401 (7th Cir. 2009), is pertinent in light of the Defendant's pending motion.

## **CONCLUSION**

For the above-stated reasons, the United States respectfully provides notice of *United States v. De Morales Sante*, 2018 U.S. Dist. LEXIS 186338, No. 12-20663-CR-ZLOCH, (S.D. Fl. Oct. 31, 2018), and attaches the Order and the Supplemental Report and Recommendation.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *Kurt K. Lunkenheimer*
    Kurt K. Lunkenheimer
    Assistant U.S. Attorney
    Court ID No. A5501535
    99 N.E. 4th Street
    Miami, Florida 33132-2111
    TEL (305) 961-9008
    Kurt.Lunkenheimer@usdoj.gov

DANIEL S. KAHN
ACTING CHIEF, FRAUD SECTION
Criminal Division
U.S. Department of Justice

By: *Alexander Kramer*
    Alexander Kramer
    Trial Attorney
    Criminal Division, Fraud Section
    U.S. Department of Justice
    Court ID No. A5502240
    1400 New York Ave. NW
    Washington, DC 20005
    TEL (202) 768-1919
    alexander.kramer@usdoj.gov