United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff | )<br>)<br>) |
| v. | ) Criminal Case No. 19-20450-CR-Scola<br>) |
| Alex Nain Saab Moran,<br>Defendant. | )<br>)<br>) |

**Order Granting the Defendant's Motion to Seal Reply to Additional Facts**

This matter is before the Court on Defendant's motion to seal reply to the Government's sealed notice of additional facts. (**ECF No. 36**).

The Government filed *ex-parte* additional facts in support of their opposition to the Defendant's motion to vacate fugitive status. The parties entered into a protective order governing the disclosure of the additional facts, which have been provided to the Defendant. (ECF No. 35.) The Defendant now moves to file a response to the additional facts. The motion is **granted**. **(ECF No. 36.)** This order shall not be sealed and will be filed on the public docket.

However, the Defendant's motion (**ECF No. 36**) shall remained sealed until March 12, 2026 at which time it shall be unsealed by the Clerk.

**Done and Ordered** at Miami, Florida, on March 12, 2021.

_____
Robert N. Scola, Jr.
United States District Judge

Copies furnished to:

Counsel of record