IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, and ALVARO PULIDO VARGAS, a/k/a "German Enrique Rubio Salas,"<br><br>    Defendants. | Case No. 19-20450-CR-Scola<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that ALEX NAIN SAAB MORAN, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the *Order Denying Motion to Vacate Order Conferring Fugitive Status and for Leave for Special Appearance to Challenge Indictment* entered in this action on the 18th day of March, 2021.

Dated: April 1, 2021

/s/ *Lindy K. Keown*
Lindy K. Keown
Baker & Hostetler LLP
200 South Orange Avenue
Suite 2300
Orlando, FL 32801
lkeown@bakerlaw.com
(T) (407) 649-4000
(F) (407) 841-0168

Jonathan B. New*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
jnew@bakerlaw.com
(T) (212) 589-4200
(F) (212) 589-4201

Respectfully submitted,

/s/ David B. Rivkin
David B. Rivkin, Jr.*
Lee A. Casey*
Elizabeth Price Foley
Jonathan R. Barr*
Kendall E. Wangsgard*
Richard B. Raile*
Baker & Hostetler LLP
1050 Connecticut Ave, NW
Suite 1100
Washington, DC 20036
drivkin@bakerlaw.com
(T) (202) 861-1500
(F) (202) 861-1783

*Attorneys for Defendant Alex Nain Saab Moran*

*Admitted pro hac vice