# MINUTE ORDER

Page 1

## Chief Magistrate Judge John J. O'Sullivan

Atkins Building Courthouse - 9th Floor         Date: 10/18/2021   Time: 1:00 PM

Defendant: ALEX NAIN SAAB MORAN     J#: 02538-506     Case #: 19-CR-20450-TORRES
AUSA: _Kurt Lunkenheimer_     Attorney: HENRY BELL (TEMP)
Violation: MONEY LAUNDERING/LAUNDERING OF MONETARY INSTRUMENTS     Surr/Arrest Date: 10/17/2021   YOB: 1971

Proceeding: Initial Appearance     CJA Appt:
Bond/PTD Held: ◯ Yes  ◯ No     Recommended Bond:
Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
D consents v t c.
Brady Warning.
Govt - ptd
Stip Ptd - right to revisit.
Court enters.

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
(Report RE Counsel): 11/1  10 AM
Bond Hearing:
Prelim/(Arraign)/or Removal: 11/1  10 AM
Status Conference RE:
D.A.R. 13:39:25     Time in Court: 10

s/John J. O'Sullivan     Chief Magistrate Judge