# Exhibit A

| Zoom Photos and Videos of Alex Saab at the Court on 18 Oct 2021 | | |
|---|---|---|
| **Author/Creator** | **Account Name** | **Links** |
| | | **Instagram** |
| Oscar Medina | Elestimolo, Media/News | 1. https://www.instagram.com/p/CVLf6cONknI/?utm_medium=share_sheet |
| Grecia Fuentes | Los Benjamins, Media/News | 2. https://www.instagram.com/p/CVLblnyKZQ0/?utm_medium=share_sheet |
| no author/ various contributors | Talentos Venezolanos, Media/News | 3. https://www.instagram.com/p/CVLgfG4p826/?utm_medium=share_sheet |
| no author/ various contributors | Maduradas, Media/News | 4. https://www.instagram.com/p/CVNFk42szuX/?utm_medium=share_sheet |
| Daniel Benitez | El Pitazo, Media/News | 5. https://www.instagram.com/p/CVLjRlRBPJF/?utm_medium=share_sheet |
| no author/ various contributors | Noticias Barquisimeto, Media/News | 6. https://www.instagram.com/p/CVMOyHSFLh9/?utm_medium=share_sheet |
| Oliver López Cano | Oliver López Cano, Public Figure | 7. https://www.instagram.com/p/CVLaNjGlTHg/?utm_medium=share_sheet |
| Editor-in-Chief: JOSE JESUS HERNANDEZ CONTRERAS | El Venezolano Newspaper, News/Media | 8. https://www.instagram.com/p/CVLtlqNLsmT/?utm_medium=share_shee |
| Ana Perdigón | Red Radio.ve, Radio/Media | 9. https://www.instagram.com/p/CVMfXkpN_VR/?utm_medium=share_sheet |
| no author/ various contributors | Diario La Verdad, Media/ News | 10. https://www.instagram.com/p/CVLoc-Up9sL/?utm_medium=share_sheet |
| **Author/Creator** | **Account Name** | **YouTube** |
| Juan Fernando Barona | Noticias Uno Colombia, TV News | 1. https://youtu.be/341vX2ApPro |
| **Author/Creator** | **Account Name** | **Twitter** |
| no author/ various contributors | Monitoreamos, News/Media | 1. https://twitter.com/monitoreamos/status/1450147388518191109?t=jlGqQucXPUCdd2_HwfNXZw&s=09 |
| no author/ various contributors | DolarToday®, News/Media | 2. https://twitter.com/DolarToday/status/1450173109865271303?t=xAqx0cy_arU1pyFO3EilNQ&s=09 |
| no author/ various contributors | CaraotaDigital, News/Media | 3. https://twitter.com/CaraotaDigital/status/1450148687670398978?t=Mp5GsyTQQdtgMKXq5u3SnA&s=09 |
| Daniel Benitez | El Pitazo, TV News | 4. https://twitter.com/ElPitazoTV/status/1450426508913303556?t=9anfzwNEeRirKefzBsXOfw&s=09 |
| no author/ various contributors | Radio Caracas Radio, Radio/Media | 5. https://twitter.com/RCR750/status/1450166004747800584?t=3gwZh4NEljGioDDO28wacw&s=09 |
| Enrique Suarez | Reporte Confidencial, News/Media/Blog | 6. https://twitter.com/RConfidencial/status/1450157562746318850?t=EGNtsEgL7cFZmn5lMb-27w&s=09 |
| Sol Rojas | Sol Rojas @sol651, Private Indv | 7. https://twitter.com/sol651/status/1450148708801294345?t=emOamBPAQKu1SP8P-ESKrA&s=09 |
| Editors/Co-Owners: Laura Weffer, Luz Mely Reyes y Josefina Ruggiero | Efecto Cocuyo, News/Media | 8. https://twitter.com/EfectoCocuyo/status/1450156042659237888?t=l3kIpwHVxAuIy0uOqwRN4Q&s=09 |
| Lourdes Ubieta | Lourdes Ubieta @lourdesubieta, Private | 9. https://twitter.com/lourdesubieta/status/1450148306051551232?t=7MtGrvxKfsdV5uDR9vr7Wg&s=09 |
| News Editor: Eduardo Hernández Villegas | BluRadio Colombia, Radio/News | 10. https://twitter.com/BluRadioCo/status/1450161417487716352?t=Chzm8BalLApKUYMmysGmRw&s=09 |
| Sergio Novelli | Venezolano de Panamá, Independent Media | 11. https://twitter.com/ElVenezolanoP/status/1450149438828294147?t=yfzUzLPuLoFeXrrWYn_f3Q&s=09 |
| Eduardo Higgins | Red+ Noticias, News/Media | 12. https://twitter.com/RedMasNoticias/status/1450422223412498432?t=tn5LS9RJUPHTAl82MKPfGA&s=09 |
| no author/ various contributors | TalCual, Digital Newspaper | 13. https://twitter.com/DiarioTalCual/status/1450158221730226176?t=Jcd1ib60rKmiyqLpOBnFTw&s=09 |
| Private Individual | AB @SergyGus, Private Individual | 14. https://twitter.com/sergygus/status/1450179997336018951?s=24 |
| Private Individual | Hagakure @fortunateson71, Private Individual | 15. https://twitter.com/fortunateson71/status/1450173063199399936?s=20 |
| Private Individual | Pascualino Troisi @PascualinoFull, Private Individual | 16. https://twitter.com/PascualinoFull/status/1450173009420034053?s=20 |
| Private Individual | Carlos Corzo™@ElPitiyankeeOf, Blogger/Media | 17. https://twitter.com/ElPitiyankeeOf/status/1450203102410387456?s=20 |
| Private Individual | _D_190, Private Individual | 18. https://twitter.com/_D_190/status/1450166146343243777?s=20 |
| **Author/Creator** | **Account Name** | **Other** |
| Santiago Gómez Hernández | Latinamerican Post, Colombia | 1. https://latinamericanpost.com/38712-why-is-nicolas-maduro-afraid-that-alex-saab-will-testify-in-the-usa |
| Editorial, various contributors | InformatePy, Paraguay | 2. http://informatepy.com/2021/2021/10/18/testaferro-de-maduro-le-negaron-la-fianza-a-alex-saab-y-queda-preso-en-usa/ |
| Salud Hernandez-Mora | Revista Semana | 3. https://twitter.com/revistasemana/status/1451665918275190786?s=21 |
| | | 4. https://www.youtube.com/watch?v=FqB9hHhyqZ0 |
| Editorial, various contributors. Ivan Bernal Marín - editor in chief | El Heraldo | 5. https://www.elheraldo.co/mundo/caso-alex-saab-revelan-posibles-vinculos-con-el-narcotrafico-en-venezuela-860173 |
| Johanna Alvarez Quintero | Caraol TV, Venezuela | 6. https://noticias.caracoltv.com/informes-especiales/alex-saab-y-otros-mercaderes-del-hambre-en-venezuela-podrian-terminar-en-lios-por-narcotrafico |
| Leonardo, article author, quoting Carla Angola | Gossip Venezuela | 7. https://gossipvzla.com/carla-angola-asegura-que-alex-saab-lloro-en-su-presentacion-y-dice-por-que-video/ |