# COURT MINUTES

## Magistrate Judge Edwin G. Torres

**King Building Courtroom 10-5**     Date: 11/1/21     Time: 10:00 a.m.

Defendant: Alex Nain Saab Moran     J#: 02538-506     Case #: 19-20450-CR-SCOLA

AUSA: Kurt Lunkenheimer, Alex Kramer-DOJ     Attorney: Henry Bell, Temporary Counsel

Violation: Conspiracy to Commit Money Laundering, Laundering of Monetary Instruments

Proceeding: Report Re: Counsel, Arraignment     CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond:

Bond Set at: Pretrial Detention - STIPULATED     Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person

☐ Random urine testing by Pretrial Services Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Language: Spanish

Disposition:
*Waiver of Appearance to be entered*
Defendant requests continuance, no objection from the Government. For good cause shown, matter continued.

**Time from today to 11/15/21 excluded from Speedy Trial Clock**

**NEXT COURT APPEARANCE**     Date:     Time:     Judge:     Place:

*Report RE Counsel:* 11/15/21     10:00     Miami Duty

PTD/Bond Hearing:

*Arraignment:*     11/15/21     10:00     Miami Duty

Status Conference RE:

D.A.R. EGT-01/11-1-2021-ZOOM-**10:09 am**     Time in Court: 1