UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cr-20450-SCOLA/TORRES

UNITED STATES of AMERICA,

    Plaintiff,

v.

ALEX NAIN SAAB MORAN,

    Defendant.
_____/

## WAIVER OF APPEARANCE

**COMES NOW** Defendant **ALEX NAIN SAAB MORAN**, who states:

1. I have read the Indictment/Information/Petition (or it was read to me) and understand the charges that have been brought against me.

2. I have consulted with my attorney. I understand that I am guaranteed the right to be present at all criminal proceedings if my presence is critical to the outcome of the proceeding and would contribute to the fairness of the proceeding.

3. I understand that the guaranteed right to be present means the right for me to be present, in person in the courtroom, with my attorney, the prosecutor, and the judge.

4. I understand that I also have the right to appear and participate vide video at the arraignment and report re counsel hearing.

5. I further understand that I have the right to waive my appearance at the arraignment and re counsel hearing and, having consulted with counsel, Henry P. Bell, I waive my right to be present at the hearing both in person and by video and authorize my lawyer to communicate the same to the Court on my behalf.

6. Counsel affirms that he has conferred with the defendant and that the defendant is knowingly and intelligently waiving his right to appear.

By_____    By_____
Alex Nain Saab Moran                     Henry P. Bell, Esq.