UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 19-cr-20450-SCOLA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALEX NAIN SAAB MORAN,

        Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States hereby dismisses without prejudice, Counts 2 through 8 contained in the Indictment against defendant **ALEX NAIN SAAB MORAN**, and only this defendant, based on assurances made to the Republic of Cabo Verde during the extradition process of defendant **ALEX NAIN SAAB MORAN** from the Republic of Cabo Verde.

Respectfully submitted,

_____       _____
JUAN ANTONIO GONZALEZ      JOSEPH S. BEEMSTERBOER, ACTING CHIEF
UNITED STATES ATTORNEY      CRIMINAL DIVISION, FRAUD SECTION
SOUTHERN DISTRICT OF FLORIDA      U.S. DEPARTMENT OF JUSTICE

cc:    Counsel of Record

Leave of Court is **GRANTED** for the filing of the foregoing Dismissal of Counts 2 through 8 against defendant **ALEX NAIN SAAB MORAN** in the above-captioned criminal case.

DATE: _____      _____
                                                                                                        ROBERT N. SCOLA, Jr.
                                                                                                        UNITED STATES DISTRICT JUDGE