UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 19-cr-20450-SCOLA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALEX NAIN SAAB MORAN,

        Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States hereby dismisses without prejudice, Counts 2 through 8 contained in the Indictment against defendant **ALEX NAIN SAAB MORAN**, and only this defendant, based on assurances made to the Republic of Cabo Verde during the extradition process of defendant **ALEX NAIN SAAB MORAN** from the Republic of Cabo Verde.

Respectfully submitted,

_____  
JUAN ANTONIO GONZALEZ  
UNITED STATES ATTORNEY  
SOUTHERN DISTRICT OF FLORIDA

_____  
JOSEPH S. BEEMSTERBOER, ACTING CHIEF  
CRIMINAL DIVISION, FRAUD SECTION  
U.S. DEPARTMENT OF JUSTICE

cc:    Counsel of Record

Leave of Court is **GRANTED** for the filing of the foregoing Dismissal of Counts 2 through 8 against defendant **ALEX NAIN SAAB MORAN** in the above-captioned criminal case.

DATE:   November 1, 2021

_____  
ROBERT N. SCOLA, Jr.  
UNITED STATES DISTRICT JUDGE