UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1-20450-CR-SCOLA/ TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEX NAIN SAAB MORAN

    Defendant.

_____/

**COUNSEL'S NOTICE OF TEMPORARY APPEARANCE
ON BEHALF OF DEFENDANT ALEX NAIN SAAB MORAN**

Henry P. Bell of Bell Rosquete Reyes Esteban, PLLC, a member in good standing of the Florida Bar and admitted to practice in the Southern District of Florida, hereby enters his temporary appearance as attorney of record for Defendant, Alex Nain Saab Moran. Pursuant to Local Rule 88.7, Counsel notifies this Court that the undersigned appearance is a temporary appearance through Magistrate Court proceedings only.

Respectfully submitted,

**BELL ROSQUETE REYES ESTEBAN, PLLC**
999 Ponce De Leon Blvd.
Suite 1120-PH
Coral Gables, Florida 33134
Telephone:    (305) 570-1610
Facsimile:    (305) 570-1599
Email: hbell@bresq.com


By: _____s/Henry P. Bell_____
        Henry P. Bell