UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA - Miami Division
CASE NO: 1:19-CR-20450-RNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEX NAIN SAAB-MORAN

    Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD

COMES NOW the Defendant, ALEX NAIN SAAB MORAN, through counsel, and respectfully notices this Honorable Court that counsel agrees to represent the Defendant for all proceedings arising out of the transaction with which the Defendant is presently charged in the United States District Court in and for the Southern District of Florida both before this Court and on direct appeal.

Counsel states that this appearance is unconditional and in conformity with the requirements of Local Rules 11 and 88.7.

Counsel acknowledges responsibility to advise the Defendant of the right of appeal, to file a timely notice of appeal if requested to do so by the Defendant, and to pursue that appeal unless relieved by Court Order.

DATED:   November 10, 2021

                                            Neil M. Schuster
                                            Florida Bar No. 216909
                                            555 N.E. 15th St., Ste. 2C
                                            Miami, FL   33132
                                            Telephone: (305) 416-0324

                                        By:   *s/Neil M. Schuster*
                                                          Neil M. Schuster

## CERTIFICATE OF CM/ECF SERVICE

I HEREBY CERTIFY that on **November 10, 2021** I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the corresponding parties.

By: *s/Neil M. Schuster*
Neil M. Schuster