# COURT MINUTES

Page 2

## Magistrate Judge Alicia M. Otazo-Reyes

**Atkins Building Courthouse - 10th Floor**          Date: 11/15/21          Time: 10:00 AM

Defendant: ALEX SAAB MORAN          J#: 02538-506          Case #: 19-20450-CR-SCOLA

AUSA: Kurt Lunkenheimer          Attorney: Neil Schuster - in court
Jonathan Barr (PHV)

Violation: CONSP/COMMIT MONEY LAUNDERING

Proceeding: RRC/ARRAIGNMENT          CJA Appt:

Bond/PTD Held: ◠ Yes  ◠ No          Recommended Bond:

Bond Set at: STIP PTD          Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language: Spanish

☐ Report to PTS as  directed/or _____ x's a week/month by
phone: _____ x's a week/month in person

☑ Random urine testing by Pretrial Services _____
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or
Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits,
religious, employment

☐ Travel extended to:

☐ Other:

Disposition:

*Henry Bell - temp*Brady Warning

Given*

— Neil Schuster filed
by permanent notice
of appearance

— Press admonition given

— Arraigned
Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

— Appeals Colloquy

Time from today to _____ excluded
from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date: _____   Time: _____   Judge: _____   Place: _____

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:11:46          Time in Court: 6 min