# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cr-20450-RNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEX NAIN SAAB MORAN,

    Defendant.

_____/

## ORDER SETTING STATUS HEARING

**THIS MATTER** having come before the Court on the Joint Request to Set an Early December (6th or 13th-16th) Status Hearing and the Court being duly advised of the premises, it is hereby,

**ORDERED AND ADJUDGED** that the Court sets a status hearing for December __, 2021 at _____.

**DONE AND ORDERED** in Chambers this _____ day of November, 2021.

                                        _____
                                        ROBERT N. SCOLA
                                        U.S. DISTRICT JUDGE

cc:    Kurt Lunkenheimer, AUSA
       Alex Kramer, DOJ Trial Attorney
       Neil M. Schuster