**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cr-20450-RNS

UNITED STATES,

Plaintiff,

v.

ALEX NAIN SAAB MORAN,

Defendant.
_____/

FILED BY KP D.C.
Dec 31, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

### SEALED AGREED MOTION TO SEAL DEFENDANT'S SEALED UNOPPOSED MOTION TO AMEND THE PROTECTIVE ORDER (D.E. 76)

The undersigned counsel, on behalf of the Defendant, ALEX NAIN SAAB MORAN, respectfully moves this Honorable Court to seal his Sealed Unopposed Motion to Amend the Protective Order (D.E. 76) and any related Order. In support, counsel states:

1. Disclosure of matters in the related Motion sought to be sealed could result in other targets being revealed.

2. Disclosure of matters in the related Motion could otherwise thwart defense investigatory efforts.

3. Public disclosure of the related Motion might serve the interests of those who may be under investigation, some of whom may be monitoring the public record of these proceedings.

4. Undersigned requests that the matter remain sealed permanently or later destroyed and if this application is not sealed, withdrawn.

1

5. Consistent with governing Local Rules, the undersigned has consulted with counsel for the government who has no objection to undersigned filing this Sealed Motion to Seal.

WHEREFORE, the Defendant respectfully prays that this Honorable Court enter an order sealing this Sealed Agreed Motion to Seal Defendant's Sealed Unopposed Motion to Amend the Protective Order (D.E. 76) and any related Order.

Respectfully submitted,

By: *s/ Neil M. Schuster*
Neil M. Schuster
(Florida Bar No. 216909)
555 N.E. 15th Street, Suite 2C
Miami, FL   33132
Telephone: 305-416-0324
Facsimile: 305-416-0325
Email: neil@neilmschuster.com

**CERTIFICATE OF NON CM/ECF & NON-PARTY SERVICE**

I HEREBY CERTIFY that on December 31, 2021, I DID NOT present the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system and did not convey a copy to AUSA Kurt Lunkenheimer at the Office of the United States Attorney, 99 NE 4th Street, Miami, FL 33132 nor to Baker Hostetler.  No notice of electronic filing will be sent to the corresponding parties. The pleadings are filed with the Sealed Pleading Clerk of Court.

By: *s/ Neil M. Schuster*
Neil M. Schuster