**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-cr-20450-RNS

FILED BY ____KP____ D.C.
Dec 31, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES,

    Plaintiff,

v.

ALEX NAIN SAAB MORAN,

    Defendant.

_____/

## DEFENDANT'S SEALED UNOPPOSED MOTION TO AMEND THE PROTECTIVE ORDER (D.E. 76)

The Defendant, Alex Nain Saab Moran, unopposed by the government, respectfully moves this Honorable Court to amend the Protective Order (D.E. 76) to allow defense counsel to transmit outside of the United States to a member of the defense team, described as PD in the Protective Order, a limited subset of discovery material related to transactions between Ecuadorian and Venezuelan companies allegedly involving Mr. Saab, and in support states:

1. On November 26, 2021, the United States filed the Government's Unopposed Motion for Protective Order Regulating Disclosure of Discovery and Sensitive Information Contained Therein (D.E. 75).

2. On November 29, 2021, this Honorable Court granted the government's motion and entered a Protective Order which, among other things, prohibited defense counsel from "show[ing] or disseminat[ing] any of the Sensitive Information to anyone other than the named defendant, attorneys of record for the named defendant, U.S. attorneys working with the attorneys of record, and staff from that defense counsel's

1

    law office, and U.S.-based paralegals, investigators, expert witnesses and interpreters working for that law office" and "any foreign (non-U.S.) attorneys or other foreign individuals, other than the foreign attorney known to the parties as PD" (*id*. at ¶¶ 4, 6). The Protective Order also prohibited the defense from transmitting any Sensitive Information outside of the United States (*id*. at ¶ 7).

3. Defense counsel discussed with counsel for the government who concurs with the relief requested and the sealing of this application to obtain this Honorable Court's permission to share with PD a limited subset of discovery material related to transactions between Ecuadorian and Venezuelan companies allegedly involving Mr. Saab. Sharing these discovery materials with a member of the defense team located outside the United States is necessary for defense counsel to investigate and prepare the case.

4. Undersigned counsel will provide a copy of the Protective Order (D.E. 76) along with any discovery materials and will instruct members of the defense team located outside of the United States to promptly return or destroy those discovery materials once they no longer require access to or possession of the discovery materials to help prepare the case. Undersigned counsel and PD will not make or permit the creation of any copies of any discovery materials outside the United States. All discovery materials will be returned to the United States no later than January 7, 2022.

5. Undersigned counsel conferred with counsel for the government who does not oppose the defense's request.

Respectfully submitted,

By: *s/ Neil M. Schuster*
Neil M. Schuster
(Florida Bar No. 216909)
555 N.E. 15th Street, Suite 2C
Miami, FL   33132
Telephone: 305-416-0324
Facsimile: 305-416-0325
Email: neil@neilmschuster.com

**CERTIFICATE OF NON CM/ECF SERVICE**

I HEREBY CERTIFY that on December 31, 2021, I DID NOT present the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, but I will hand deliver a copy to AUSA Kurt Lunkenheimer. No notice of electronic filing will be sent to the corresponding parties. The pleadings are filed with the Sealed Pleading Clerk of Court.

By: *s/ Neil M. Schuster*
Neil M. Schuster