**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 19-cr-20450-RNS

Per Local Rule 5.4(d), the matter(s) shall remain sealed:

__3__ years; _____ (specific date); ☐ permanently; _____ (other).

☒ SEALED
☐ NOT SEALED

UNITED STATES,

    Plaintiff,

v.

ALEX NAIN SAAB MORAN,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S SEALED UNOPPOSED MOTION TO AMEND THE PROTECTIVE ORDER (D.E. 76)

THIS MATTER came before the Court upon the Defendant's Sealed Unopposed Motion to Amend the Protective Order (D.E. 76). Having considered the Defendant's Motion, and being otherwise fully advised in its premises, it is hereby ORDERED and ADJUDGED that the Defendant's Motion (**ECF No. 81**) is GRANTED:

Defense counsel may transmit outside of the United States to a member of the defense team, described as PD in the Protective Order, a limited subset of discovery material related to transactions between Ecuadorian and Venezuelan companies allegedly involving Mr. Saab. No copies of the discovery materials will be made outside the United States and all discovery materials will be returned to the United States no later than January 7, 2022.

DONE and ORDERED in Miami, Florida, on January 4, 2022.

_____
HONORABLE ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA