**SEALED**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Case Number: 19-cr-20450-SCOLA

FILED BY _____ KP _____ D.C.

**Jan 28, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA,

        **Plaintiff,**

v.

ALEX NAIN SAAB MORAN,

        **Defendant.**

_____/

## MOTION TO SEAL

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that the Motion for the Production of Records from the Zoom Initial Appearance of the Defendant, Alex Nain Moran Saab, on October 18, 2021, the proposed order, and any resulting orders be SEALED for one year or until further order of this Court, excepting the United States Attorney's Office and any relevant law enforcement agency, which may obtain copies of the motion and the resulting order, for the reasons that the information requested in the proposed order relates to an ongoing criminal investigation and the integrity of an ongoing investigation may be compromised should knowledge of the underlying motion and resulting order become public and evidence may be destroyed.    The Assistant United States Attorney is prepared to provide further information *in camera* should the Court so require.

Date: _____

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        UNITED STATES ATTORNEY

By:     _____

        Kurt K. Lunkenheimer
        Assistant United States Attorney
        Court ID No. A5501535
        United States Attorney's Office
        99 NE 4th Street
        Miami, FL 33132
        Tel.: 305-961-9008
        Email: kurt.lunkenheimer@usdoj.gov