**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20450-CR-SCOLA

FILED BY ___KP___ D.C.
Jan 28, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

v.   FILED UNDER SEAL

ALEX NAIN SAAB MORAN,

      **Defendant.**
_____/

### UNOPPOSED MOTION FOR A PRODUCTION OF RECORDS FROM ZOOM INITIAL APPEARANCE

The United States of America files under seal this motion for the production of records from the Zoom initial appearance of the Defendant, Alex Nain Moran Saab, on October 18, 2021. The United States has conferred with counsel for the Defendant, who has confirmed that he has no objection to the relief sought herein.

On July 25, 2019, a federal grand jury returned an indictment charging the Defendant, with one count of conspiracy to commit money laundering and seven substantive counts of money laundering (DE 1).[1] The Defendant, Alex Nain Saab Moran, was detained in the Republic of Cabo Verde in June 2020 and was extradited to the United States on October 16, 2021. The Defendant's arrest and extradition litigation were widely reported on by international press. On October 18, 2021, the Defendant made his initial appearance before Chief Magistrate Judge John J. O'Sullivan via Zoom. The Zoom initial appearance was open to the public and the hearing reached the maximum number of participants allowed to view the hearing do to Zoom capabilities. While Chief Magistrate Judge O'Sullivan advised those "attending" the Zoom initial appearance that

---

[1] The seven substantive counts of money laundering were dismissed pursuant to assurances made to the Republic of Cabo Verde as part of the extradition process. (DE 63 & 64).

taking photographs or recording the hearing violated a Federal Rule of Criminal Procedure,[2] at least some individuals took photos or videos of the hearing. On October 26, 2021, then counsel for the Defendant filed a motion requesting that the Court enforce Federal Rule of Criminal Procedure 53 and limit Zoom access at future hearings. (DE 59.) In that motion, the Defendant attached an exhibit listing those individuals or entities that counsel for the Defendant had identified as violating Federal Rule of Criminal Procedure 53 and asked the Court to refer the violation of Federal Rule of Criminal Procedure 53 to the United States Attorney's Office for investigation. (*Id.*) The Court ordered the United States to respond to the motion. (DE 60.) The United States responded on November 8, 2021, and in that response deferred to the Court as to the referral of the violations of Federal Rule of Criminal Procedure 53 for investigation. (*Id.*) On November 10, 2021, the Court granted in part and denied in part the Defendant's motion. (DE 68.) In that Order, the Court referred "to the United States Attorney's Office for the Southern District of Florida those individuals identified in Exhibit A for an investigation into their alleged willful violations of Judge O'Sullivan's order prohibiting photographing and broadcasting at Saab Moran's initial appearance." (*Id.*)

The United States Attorney's Office has initiated the investigation into the alleged willful violations of Chief Magistrate Judge O'Sullivan's order and requested the transcript, and audio and video recordings of the Zoom initial appearance.[3] Counsel for the United States also requested that the Court Clerk's Office provided any and all underlying data maintained concerning the participants in the Zoom initial appearance. However, the Clerk's Office informed the requesting Assistant United States Attorney ("AUSA") that the requested information can only be produced

---

[2] Federal Rule of Criminal Procedure 53 prohibits the photographing or broadcasting of judicial proceedings.
[3] The alleged violation of Federal Rule of Criminal Procedure 53 is being investigated by a different Assistant United States Attorney in the Southern District of Florida than the undersigned attorney.

pursuant to an order of the Court. As such, the undersigned attorney has filed this motion seeking said information.

Specifically, in order to properly investigate the alleged violations, the United States requests that the Clerk's Office provide any and all Zoom information connected with the Defendant's Zoom initial appearance on October 18, 2021, to include, but not be limited to, the following:

1. The audio and video recordings from the Defendant's Zoom initial appearance on October 18, 2021;

2. A list of all participants in the Zoom initial appearance on October 18, 2021;

3. Any and all Zoom subscriber information connected with each Zoom participant identified as attending the Zoom initial appearance on October 18, 2021;

4. Log-in and log-out times for each Zoom participant identified as attending the Zoom initial appearance on October 18, 2021;

5. IP addresses for each Zoom participant identified as attending the Zoom initial appearance on October 18, 2021; and

6. Any and all recordings, both audio and video, of each Zoom participant identified as attending the Zoom initial appearance on October 18, 2021.[4]

The undersigned has conferred with counsel for the Defendant and counsel for the Defendant has no objection to this motion and the filing of this motion and proposed order under seal as the matter pertains to an ongoing criminal investigation.

---

[4] Zoom attendees can activate their cameras and microphones so that they can be seen and heard during a Zoom meeting, as such, the audio and video shared by each Zoom participant identified as attending the Zoom initial appearance on October 18, 2021, is requested as it will assist the United States in its investigation.

WHEREFORE the United States of America respectfully moves this Court to issue the proposed Order requiring the Clerk's Office to produce to the United States Attorney's Office any and all underlying Zoom information concerning the Defendant's initial appearance on October 18, 2021.

Respectfully submitted,

JUAN ANTONIO GONZLEZ
UNITED STATES ATTORNEY

By: _____
Kurt K. Lunkenheimer
Assistant U.S. Attorney
Court ID No. A5501535
99 N.E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9008
Kurt.Lunkenheimer@usdoj.gov