UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 19-cr-20450-SCOLA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

**ALEX NAIN SAAB MORAN,**

        **Defendant.**

_____/

Per Local Rule 5.4(d), the matter(s) shall remain sealed:

__1__ year **X**; _____ (specific date);
____ permanently; _____ (other).

[X] SEALED
[ ] NOT SEALED

## SEALED ORDER GRANTING MOTION (ECF No. 85)

The United States of America, having applied to this Court for an Order sealing the Motion for the Production of Records from the Zoom Initial Appearance of the Defendant, Alex Nain Moran Saab, on October 18, 2021, the proposed order, any resulting order, and this Order, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the Motion for the Production of Records from the Zoom Initial Appearance of the Defendant, Alex Nain Moran Saab, on October 18, 2021, the proposed order, any resulting order and this Order shall be filed under seal for one year from the date of this order or until further order of this Court, however, the United States Attorney's Office and any relevant law enforcement agency may obtain copies of the motion, any resulting order, and this Order for purposes of gathering the records requested in the motion and resulting order.

**DONE AND ORDERED** in Miami, Florida, on January 31, 2022.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

cc:    AUSA Kurt K. Lunkenheimer
        Neil Schuster, Esquire