United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Alex Nain Saab Moran,<br>Defendant. | )<br>)<br>)<br>) Criminal Case No. 19-20450-CR-Scola<br>)<br>)<br>) |

### Scheduling Order – Ends of Justice

On February 16, 2022 this matter came before the Court for status conference to set a trial date. Based on the matters presented and argument by counsel, it is

**Ordered and Adjudged** as follows:

1) Status conference regarding pending appeal before the U.S. Court of Appeals is set for **June 10, 2022 at 8:30 a.m.**  If necessary, the Court will accelerate the status conference at the request of the parties. Defendant is required to be present.

2) The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial.  As a result, the period of delay resulting from this continuance — *i.e.*, from the date of the status conference, **February 16, 2022** to **October 11, 2022** — is excludable time under the Speedy Trial Act.  See 18 U.S.C. § 3161(h)(7).

3) The above-named defendant is hereby set for **jury trial** before the Honorable Robert N. Scola, Jr., United States District Judge, at **400 North Miami Avenue, Courtroom 12-3, Miami, Florida,** during the two-week trial period that begins on **October 11, 2022 at 9:00 a.m.**  A calendar call will be held on **Tuesday, October 4, 2022 at 9:00 a.m.** at the same location.  **All counsel and defendant are required to be present at the calendar call.**

**Done and Ordered** in Chambers at Miami, Florida, on February 16, 2022.

_____
**Robert N. Scola, Jr.**
**United States District Judge**

cc:     counsel of record