UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20450-CR-SCOLA

UNITED STATES OF AMERICA

v.

ALEX NAIN SAAB MORAN,

    **Defendant.**

_____/

**ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER TO ENSURE COMPLIANCE WITH LOCAL RULE 77.2**

**THIS CAUSE** came before the Court upon the Government's Unopposed Motion for a Protective Order to Ensure Compliance with Local Rule 77.2 (ECF No. 96). Having considered the Government's Motion, and being otherwise fully advised, it is hereby **ORDERED** and **ADJUDGED** that the Government's Motion is GRANTED:

Parties shall review and comply with Local Rule 77.2 regarding their obligations concerning the release of information in criminal proceedings. Counsel for the government and for the Defendant shall promptly report any known violations of Local Rule 77.2 and the Court's order to the Court.

**DONE** and **ORDERED** in Miami, Florida, on March 21, 2022.

                                                                                     ROBERT N. SCOLA, JR.
                                                                                    UNITED STATES DISTRICT JUDGE

Cc: counsel of record