**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-CR-20450-SCOLA**

**UNITED STATES OF AMERICA**

**vs.**

**ALEX NAIN SAAB MORAN, and**
**ALVARO PULIDO VARGAS,**

　　　　　**Defendants.**

_____/

**<u>UNITED STATES' NOTICE OF APPEARANCE</u>**

Undersigned counsel hereby files this Notice of Appearance as co-counsel for the United States of America in this case.  Please send all notices and inquiries concerning this matter to the undersigned counsel at the address listed below.

Respectfully submitted,

JOSEPH S. BEEMSTERBOER
ACTING CHIEF
Criminal Division, Fraud Section

By:　　_/s/ Jeremy R. Sanders_
　　　　Jeremy R. Sanders
　　　　Florida Special Bar No. A5502214
　　　　Appellate Counsel
　　　　Criminal Division, Fraud Section
　　　　United States Department of Justice
　　　　1400 New York Ave., NW
　　　　Washington, DC  20005
　　　　Tel: (202) 616-2650
　　　　Email: jeremy.sanders@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on April 5, 2022, the undersigned electronically filed the foregoing document, United States' Notice of Appearance, with the Clerk of the Court using CM/ECF.

/s/ Jeremy R. Sanders
Jeremy R. Sanders
Appellate Counsel
Criminal Division, Fraud Section
United States Department of Justice