United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Alex Nain Saab Moran,<br>Defendant. | )<br>)<br>)<br>)<br>) Criminal Case No. 19-20450-CR-Scola<br>)<br>)<br>) |

### Order Granting Government's Motion to Unseal

This matter is before the Court on Government's Unopposed Motion to Unseal Docket Entry 45, filed April 5, 2022, it is hereby

**Ordered and Adjudged** that the Government's Unopposed Motion to Unseal Docket Entry 45 (**ECF No. 99**) is **granted**. The Clerk is directed to unseal docket entry 45 and this order shall not be sealed.

**Done and Ordered** at Miami, Florida, on April 5, 2022.

_____
Robert N. Scola, Jr.
United States District Judge