United States District Court
for the
Southern District of Florida

| | |
|---|---|
| United States of America, Plaintiff | ) ) ) |
| v. | ) )  Criminal Case No. 19-20450-CR-Scola |
| Alex Nain Saab Moran, Defendant. | ) ) ) ) |

### Scheduling Order – Ends of Justice

On June 10, 2022, this matter came before the Court for a status conference regarding Mandate of U.S. Court of Appeals (ECF No. 102). Based on the matters presented and the argument by counsel, it is hereby

**Ordered and Adjudged** as follows:

1) On or before **July 6, 2022**, Defendant's motion relating to diplomatic immunity is due. Government's response to Defendant's motion is due **August 8, 2022**, and Defendant's reply is due **August 22, 2022**.

2) Status conference for housekeeping issues is set for **July 15, 2022, at 9:15 a.m.** Defendant is required to be present for status conference.

3) Evidentiary hearing is set to commence before the undersigned on **August 29, 2022, at 9:00 a.m**. and the Court has reserved five days. Defendant is required to be present for this hearing.

4) The calendar call presently scheduled for October 4, 2022, at 9:00 a.m. and jury trial for October 11, 2022, at 9:00 a.m. are hereby **canceled**. The Court will reset the trial date at the conclusion of the August 29, 2022 evidentiary hearing.

5) The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date of the status conference, **June 10, 2022** to **September 2, 2022** — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

**Done and Ordered** in Chambers at Miami, Florida, on June 13, 2022.

_____
**Robert N. Scola, Jr.**
**United States District Judge**

cc:   counsel of record