IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>  v.<br><br>ALEX NAIN SAAB MORAN,<br><br>  Defendant. | Case No. 19-20450-CR-Scola |

**NOTICE REFINING SCOPE OF TEMPORARY APPEARANCE**
**ON BEHALF OF DEFENDANT ALEX NAIN SAAB MORAN**

Kendall Wangsgard, who was previously admitted *pro hac vice* for purposes of a special appearance in the above-styled case to pursue a pre-arraignment motion to dismiss the indictment, (ECF 21), hereby renews his temporary appearance as attorney for Defendant Alex Nain Saab Moran. Pursuant to Local Rule 88.7, Counsel notifies this Court that the undersigned appearance is a temporary appearance through a decision by this Court on the issue of whether the Defendant is a foreign diplomat and immune from prosecution. (ECF 102)

Counsel states that Neil M. Schuster has entered a permanent and unconditional appearance as counsel and has been retained for trial and appeal. Both the Defendant and permanent counsel consent to this temporary appearance.

Date: June 21, 2022

        *s/Lindy K. Keown*
        Lindy K. Keown
        Florida Bar No. 117888
        Baker & Hostetler LLP
        200 South Orange Avenue
        Suite 2300
        Orlando, FL 32801
        lkeown@bakerlaw.com

Case 1:19-cr-20450-RNS   Document 111   Entered on FLSD Docket 06/21/2022   Page 2 of 2

<pre>
                                             (T) (407) 649-4000
                                             (F) (407) 841-0168
</pre>

*Counsel for Alex Nain Saab Moran*

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 21, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<pre>
                                             s/Lindy K. Keown
                                             Lindy K. Keown
</pre>

4877-7366-2757.1