United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>v.<br><br>Alex Nain Saab Moran,<br>Defendant. | )<br>)<br>)<br>)  Criminal Case No. 19-20450-CR-Scola<br>)<br>)<br>) |

## Order

This matter is before the Court on the parties' joint motion to vacate and continue the motion briefing schedule concerning the Defendant's motion related to diplomatic immunity. (**ECF No. 113**.)

Having reviewed the parties' submission, the Court **grants** the motion and **vacates** the briefing schedule established at **ECF No. 106**.

The Court maintains the status conference set for July 15, 2022 at 9:15 A.M. and the evidentiary hearing concerning the Defendant's motion set for August 29, 2022 at 9:00 A.M. The Court will enter a revised briefing schedule after the status conference.

**Done and ordered** at Miami, Florida, on July 5, 2022.

_____
Robert N. Scola, Jr.
United States District Judge