United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America, | ) |
| | ) |
| v. | ) |
| | ) Criminal Case No. 19-20450-CR-Scola |
| Alex Nain Saab Moran, | ) |
| Defendant. | ) |
| | ) |

### Order

On July 15, 2022, this matter came before the Court for a status conference concerning the Defendant's anticipated renewed motion to dismiss.

Based on the parties' agreement, the Court adopts the following briefing schedule concerning the anticipated filing: The Defendant's renewed motion to dismiss on the basis of diplomatic immunity will be due on **September 16, 2022**. The Government's response to that motion will be due on **October 7, 2022**. The Defendant's reply will be due on **October 17, 2022**.

The Court also sets an **evidentiary hearing** concerning the Defendant's renewed motion to dismiss to begin on **October 31, 2022** at **9:00 A.M**. Post-hearing briefs from the Defendant and the Government will be due on **November 14, 2022**. The evidentiary hearing currently scheduled to begin on August 29, 2022 is canceled.

Additionally, before the Court came the Defendant's pending discovery requests from the Government. In respect thereof, the Court orders as follows:

The Government must provide to the Defendant all unclassified *Brady* and *Giglio* materials in the custody, possession, or control of the Department of Justice no later than **August 15, 2022**, except for such material in the possession, custody or control of the Department of Justice's Office of International Affairs.

The Government must make its best efforts to obtain and produce to the Defendant any unclassified *Brady* or *Giglio* material in the possession, custody, or control of the Department of Justice's Office of International Affairs and/or the Department of State no later than **August 15, 2022**.

Further, per agreement of the parties, should the Government become aware of any classified *Brady* or *Giglio* materials in the possession, custody, or control of the Department of Justice (including its Office of International Affairs) or the Department of State, the Government will disclose to the Defendant its awareness of such material and—to the extent known—its volume.

The Court hereby sets this matter for a **status conference** on **August 26, 2022** at **9:30 A.M.**

**Done and ordered** at Miami, Florida, on July 15, 2022.

Robert N. Scola, Jr.
United States District Judge