**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 1:19-CR-20450-RNS**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEX NAIN SAAB MORAN

    Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD

COMES NOW the Defendant, ALEX NAIN SAAB MORAN, through counsel, and respectfully notices this Honorable Court that counsel agrees to represent the Defendant for all proceedings arising out of the transaction with which the Defendant is presently charged in the United States District Court in and for the Southern District of Florida both before this Court and on direct appeal.

Counsel states that this appearance is unconditional and in conformity with the requirements of Local Rules 11 and 88.7.

Counsel acknowledges responsibility to advise the Defendant of the right of appeal, to file a timely notice of appeal if requested to do so by the Defendant, and to pursue that appeal unless relieved by Court Order.

DATED: July 28, 2022                    Respectfully Submitted,

                                            By: _/s Joseph M. Schuster_
                                            Joseph M. Schuster
                                            Florida Bar No. 0115812
                                            5750 Collins Avenue, Suite 12G
                                            Miami Beach, FL 33140
                                            Telephone: (305) 610-8330
                                            joe@josephmschuster.com

## CERTIFICATE OF CM/ECF SERVICE

I HEREBY CERTIFY that on **July 28, 2022** I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to the corresponding parties.

By: */s_Joseph M. Schuster*
Joseph M. Schuster