UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: <u>19-cr-20450-SCOLA</u>

**UNITED STATES OF AMERICA,**

          **Plaintiff,**
v.

**ALEX NAIN SAAB MORAN,**

          **Defendant.**
_____/

## MOTION TO DESIGNATE A CLASSIFIED INFORMATION SECURITY OFFICER PURSUANT TO SECTION 9 OF THE CLASSIFIED INFORMATION PROCEDURES ACT

The United States of America respectfully requests that the Court designate a Classified Information Security Officer ("CISO"),[1] pursuant to Section 9 of the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") (stating "the Chief Justice of the United States, in consultation with the Attorney General, the Director of National Intelligence, and the Secretary of Defense, shall prescribe rules establishing procedures for the protection against unauthorized disclosure of any classified information in the custody of the United States district courts . . . ."). *See also* Section 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States (stating "[i]n any criminal case . . . in which classified information is within, or is reasonably expected to be within, the custody of the court, the court will designate a 'classified information security officer.'"). In support of its application, the United

---

[1] In the original Security Procedures promulgated by Chief Justice Burger, the title of the position was Court Security Officer. In the revised Security Procedures promulgated by Chief Justice Roberts, the position is now known as Classified Information Security Officer.

States provides the following:

1. This is a criminal matter in which the grand jury returned an indictment charging the defendant with one count of conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Count One), and seven counts of laundering monetary instruments, in violation of Title 18, United States Code, Sections 1956(a)(2)(A) and 2 (Counts Two through Eight). Counts Two through Eight have since been dismissed against the defendant pursuant to a motion by the United States.

2. The United States anticipates the need to file a motion for a protective order, *ex parte*, *in camera*, and under seal, pursuant to Section 4 of CIPA. That *ex parte*, *in camera*, under seal motion would refer, relate, or otherwise involve classified information.

3. For that reason, the United States seeks the appointment of a CISO to assist the Court with matters involving classified information. The CISO would be detailed to the Court and serve in a neutral capacity. *See* Pub. L. 96-456, 94 Stat. 2025, § 2 (the Security Procedures established by Chief Justice Roberts). The CISO would be "responsible to the court for the security of all classified information in the court's custody, including . . . any pleadings or other filings created in connection with the proceedings, and any form of information contained in any format . . . ." *Id*. The CISO also would be responsible for "any matters relating to personnel, information, or communications security . . . ." *Id*. To that end, the government anticipates that the CISO will assist the Court in obtaining the necessary security clearances for court personnel, handling and reviewing any classified information submitted by the government to the Court, and preparing proper classification markings on any orders issued by the Court.

4. The United States respectfully requests that the Court designate Carli V. Rodriguez-Feo as the CISO for this case. Carli V. Rodriguez-Feo is employed by the Department of Justice,

Litigation Security Group.  The United States further respectfully requests that the Court designate the following persons to serve as Alternate CISOs in the event Carli V. Rodriguez-Feo is not available: Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, Harry J. Rucker, Winfield S. "Scooter" Slade, and Abigail J. Trzyzewski.  *Id*. (stating the Court "may designate, as required, one or more alternate classified information security officers . . . .").  These individuals also are employed with the Department of Justice, Litigation Security Group.

5.  The Security Procedures provide that the Department of Justice is responsible for all costs associated with the appointment of the CISO:

> All expenses of the United States Government that arise in connection with the implementation of these procedures, including any construction or equipment costs, will be borne by the Department of Justice and other appropriate Executive Branch agencies whose classified information is being protected.

*Id*.

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        UNITED STATES ATTORNEY

        By: */s/ Kurt K. Lunkenheimer*
            Kurt K. Lunkenheimer
            Assistant U.S. Attorney
            Court ID No. A5501535
            99 N.E. 4th Street
            Miami, Florida 33132-2111
            TEL (305) 961-9008
            Kurt.Lunkenheimer@usdoj.gov

        LORINDA I. LARYEA
        ACTING CHIEF, FRAUD SECTION
        Criminal Division
        U.S. Department of Justice

        By:  */s/ Alexander Kramer*
            Alexander Kramer
            Trial Attorney
            Criminal Division, Fraud Section

        U.S. Department of Justice
        Court ID No. A5502240
        1400 New York Ave. NW
        Washington, DC 20005
        TEL (202) 768-1919
        alexander.kramer@usdoj.gov