UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: **19-CR-20450-SCOLA**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**
  **v.**

**ALEX NAIN SAAB MORAN,**

        **Defendant.**
_____/

**ORDER DESIGNATING CLASSIFIED
INFORMATION SECURITY OFFICER**

The United States of America, having applied for the appointment of a Classified Information Security Officer and alternates pursuant to Section 9 of the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA"), and Section 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States Supreme Court, it is hereby ORDERED AND DECREED that the application is GRANTED.

It is further ORDERED, in accordance with Section 9 of CIPA and the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025, that the Court designates Carli V. Rodriguez-Feo as the Classified Information Security Officer in this case.

It is further ORDERED that the Court designates the following persons as Alternate Classified Information Security Officers, to serve in the event that Carli V. Rodriguez-Feo is not available: Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, Harry J. Rucker, Winfield S. "Scooter" Slade, and Abigail J. Trzyzewski.

It is further ORDERED that the designated Classified Information Security Officer and alternates shall perform the functions and carry out the duties and responsibilities prescribed in the Security Procedures promulgated under Section 9 of CIPA.

**DONE AND ORDERED** at Miami, Florida, on August 4, 2022.

ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA