IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, *et al.*,<br><br>Defendants. | Case No. 19-20450-CR-Scola<br><br>**[PROPOSED]** |

**ORDER GRANTING MOTION TO COMPEL DISCOVERY**
**AND SETTING PRODUCTION SCHEDULE**

This cause has come before the Court on the Motion to Compel Production of Discovery Materials filed by Defendant Alex Nain Saab Moran. This Court having considered the Motion and all related briefing, and having considered the relevant factors, it is hereby ORDERED AND ADJUDGED that:

The motion is GRANTED. The Government must provide to the Defendant all unclassified *Brady* and *Giglio* materials as follows:

(i) immediately produce all materials relating to the summary of information in the August 15, 2022, letter provided to counsel for Mr. Saab (with appropriate redactions to protect the identity of any DEA source(s) of information);

(ii) produce all unclassified responsive materials in the custody, possession, or control of the Department of Justice, including the Office of International Affairs and National Security Division, and all unclassified Department of State documents by September 9, 2022;

(iii) search for and produce by all unclassified responsive materials in the custody, possession, or control of DEA/FBI/HSI/CBP, including documents (as defined by Fed. R. Civ. P. 34) emails, texts, memoranda, electronic communications, and notes by October 7, 2022;

(iv) produce all unclassified responsive Department of Defense materials by October 7, 2022;

(v) search for and produce all responsive unclassified Department of the Treasury materials by October 7, 2022; and

    (vi)    all other unclassified materials responsive to Defendant's discovery requests must be produced by October 14, 2022.

DONE AND ORDERED at Miami, Florida, on _____ \_\_\_\_, 2022.

    _____
    Robert N. Scola, Jr.
    United States District Judge