United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America, Plaintiff | ) ) ) |
| v. | ) ) Criminal Case No. 19-20450-CR-Scola ) |
| Alex Nain Saab Moran, Defendant. | ) ) |

### Order

Upon the status conference held in this matter today, the Court orders the Government to respond to Defendant Alex Nain Saab Moran's motion to compel (ECF No. 123) no later than September 12, 2022. Per the Defendant's waiver of a reply on the record, the Defendant will not file a reply to the Government's response. The Court will instead **hear the parties' arguments** concerning the Defendant's motion on **September 13, 2022 at 9:00 AM**.

Separately, the Court orders the Government to produce to the Defendant as expeditiously as possible all documents that were due to the Defendant by August 15, 2022 per the Court's Order of July 15, 2022. (ECF No. 116.) The Government must produce to the Defendant a redacted version of the relevant DEA Form 6 today.

Last, the Court sets an **ex parte hearing** on **September 12, 2022 at 2:00 PM** to hear the Government with respect to material regulated by the Classified Information Procedures Act.

**Done and ordered** at Miami, Florida, on August 26, 2022.

_____
Robert N. Scola, Jr.
United States District Judge