IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, *et al.*,<br><br>Defendants. | Case No. 19-20450-CR-Scola<br><br>**[PROPOSED]** |

## ORDER GRANTNG DEFENDANT'S MOTION
## TO PERMIT WITNESS TESTIMONY BY VIDEOCONFERENCE

This cause has come before the Court on the Motion to Permit Witness Testimony by Videoconference filed by Defendant Alex Nain Saab Moran. This Court having considered the Motion and all related briefing, and having considered the relevant factors, it is hereby ORDERED AND ADJUDGED that:

The motion is GRANTED. For the evidentiary hearing scheduled to begin on October 31, 2022, Defendant is permitted to call witnesses located in Venezuela via live videoconference. Further, for any witness apart from the two included in Defendant's Motion, Defendant shall provide to the Court and the government the names and anticipated general substance of such additional witnesses' testimony by the latter of October 17, 2022, or 14 days prior to commencement of the hearing.

The parties are directed to work together with the appropriate Court staff to coordinate the live videoconference testimony.

DONE AND ORDERED at Miami, Florida, on _____  ____, 2022.

_____
Robert N. Scola, Jr.
United States District Judge