United States District Court
Southern District of Florida

| | |
|---|---|
| United States of America, Plaintiff | ) ) ) |
| v. | ) ) Criminal Case No. 19-20450-CR-Scola ) |
| Alex Nain Saab Moran, Defendant. | ) ) ) |

## Order

Following the parties' agreement on the record at a hearing held in this matter today, the Court **vacates** the briefing schedule entered in its Order of July 15, 2022. (**ECF No. 116**.). The following schedule will apply instead:

- The Defendant's renewed motion to dismiss on the basis of diplomatic immunity will be due **October 17, 2022**.
- The Government's response to that motion will be due **November 7, 2022**.
- The Defendant's reply will be due **November 14, 2022**.
- If, and only if, the Defendant's reply raises issues not raised in the Government's response to motion, the Government may file a sur-reply as to those issues only. It may do so no later than **November 21, 2022**. No additional leave of Court is necessary.

The Court also **resets the evidentiary hearing** concerning the Defendant's renewed motion to dismiss, which will now begin on **December 12, 2022** at **9:00 A.M**. Post-hearing briefs from the Defendant and the Government will be due on **December 23, 2022**.

Additionally, as soon as the Government ascertains the number of documents it will seek to action under Section 4 of the Classified Information Procedures Act, the Government is ordered to notify the Court so that the Court may set a corresponding hearing.

Last, as discussed on the record, the Court hereby sets a hearing on **September 21, 2022** at **9:00 A.M.** as to the Defendant's motion for leave to appear by videoconference for certain witnesses at the evidentiary hearing. (**ECF No. 127**).

**Done and ordered** at Miami, Florida, on September 13, 2022.

_____
Robert N. Scola, Jr.
United States District Judge