IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, *et al.*,<br><br>Defendants. | Case No. 19-20450-CR-Scola |

## ORDER GRANTING DEFENDANT'S MOTION
## FOR ENLARGEMENT OF BRIEFING PAGE LIMITATIONS

This cause has come before the Court on the Defendant's Expedited and Unopposed Motion for Enlargement of Page Limitations with respect to the Parties' upcoming briefing on the issue of diplomatic immunity. This Court having considered the Motion and all related briefing, and having considered the relevant factors, it is hereby ORDERED AND ADJUDGED that the motion (**ECF No. 144**) is **granted**. For the diplomatic immunity motion to dismiss briefing, the Parties' respective papers shall have page limitations as follows:

| | |
|---|---|
| Defendant's Opening Brief: | **35 pages** |
| Government's Opposition Brief: | **35 pages** |
| Defendant's Reply Brief: | **17 pages** |
| Government's Sur-reply Brief:[1] | **12 pages** |

DONE AND ORDERED at Miami, Florida, on October 4, 2022.

Robert N. Scola, Jr.
United States District Judge

---

[1] If, and only if, the Defendant's reply raises issues not raised in the Government's response to motion the Government may file a sur-reply as to those issues only.