IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, *et al.*,<br><br>Defendants. | Case No. 19-20450-CR-Scola |

**DECLARATION OF KENDALL WANGSGARD**
**IN SUPPORT OF MOTION FOR RECONSIDERATION**

1. I, **KENDALL WANGSGARD, ESQ.**, am Counsel at the firm of Baker & Hostetler LLP, attorneys for defendant Alex Nain Saab Moran ("Mr. Saab") in the above-captioned matter. I have entered a special/temporary appearance *pro hac vice* as counsel in this matter. *See* ECF No. 15 (Jan. 22, 2021); ECF No. 111 (June 21, 2022). Given my position, I have personal knowledge of the information addressed herein. I am authorized to make this declaration in support of Mr. Saab's motion for reconsideration.

2. As a member of Mr. Saab's defense team, I regularly participate in email and verbal/telephonic communications among and between members of the defense team and members of the prosecution (in particular representatives from the U.S. Attorney's Office for the Southern District of Florida and the U.S. Department of Justice's Fraud Section (together, "the government")).

**Exhibits**

3. Attached hereto as **EXHIBIT A** is a letter dated September 19, 2022, from Kurt Lunkenheimer, Esq. to defense counsel delivered via email.

4. Attached hereto as **EXHIBIT B** is an email dated October 12, 2022, from Alexander Kamer, Esq. to defense counsel.

5. Attached hereto as **EXHIBIT C** is a document produced in discovery by the government on September 19, 2022. The document is an email, Subject: "Saab" dated June 14, 2020, from Elliott Abrams to Bruce Swartz.

6. Attached hereto as **EXHIBIT D** is a document produced in discovery by the government on September 19, 2022. The document is an email Subject: [redacted] dated June 11, 2020, among Brian Hook, Elliott Abrams, Bruce Swartz, and Matt McInnis.

7. Attached hereto as **EXHIBIT E** is a document produced in discovery by the government on September 19, 2022. The document includes an email chain related to "NYTimes questions – Re: Embassy Cabo Verde spox" including correspondence between Daniel Binder and Nicole Navas.

8. Attached hereto as **EXHIBIT F** is a "privilege log" provided by the government on October 12, 2022.

9. Attached hereto as **EXHIBIT G** is a diplomatic *note verbale* characterized as Minister's Dispatch No. 000170 from the Ministry of Popular Power for Foreign Affairs of the Bolivarian Republic of Venezuela to the United States Department of State and dated October 22, 2021. The government has previously stipulated via email to the authenticity of this document.

10. Attached hereto as **EXHIBIT H** is a diplomatic *note verbale* characterized as Minister's Dispatch No. 000171 from the Ministry of Popular Power for Foreign Affairs of the Bolivarian Republic of Venezuela to the United States Department of State and dated October

23, 2021. The government has previously stipulated via email to the authenticity of this document.

**Prosecution-Defense Communications**

11.     On September 23, 2022, Jonathan New of Baker & Hostetler LLP wrote to Messrs. Lunkenheimer and Kramer posing various questions, including requesting an update as to the anticipated date for production of the materials the government had received from the Department of State that it had already conceded were within its possession, custody and control.

12.     On September 27, 2022, Mr. Kramer responded, including stating that "Although the State Department is not part of the prosecution team, the government still intends to produce potentially responsive materials 'upon the Government's own volition.'  Based on our current review, we currently intend to produce any such materials by October 10th, in advance of the filing of your opening brief on October 17th."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 13, 2022
Washington, DC

_____
Kendall Wangsgard