# EXHIBIT A



**U.S. Department of Justice**
*United States Attorney*
*Southern District of Florida*

*Kurt K. Lunkenheimer*
*99 N.E. 4th Street*
*Miami, Florida 33132*
*(305) 961-9008*

September 19, 2022

Counsel of Record
For Alex Nain Saab Moran -
*United States v. Saab Moran*
19-cr-20450-RNS

      Re:    Production of Materials in Response to the Court's Order dated September 15, 2022

All:

    We submit this letter pursuant to the Court's Order issued on September 15, 2022. Attached are materials relating to the summary of information in our prior August 15, 2022, letter and materials possessed by entities beyond the "prosecution team" that the government is providing upon its own volition, namely unclassified materials from the Department of Justice Office of International Affairs ("OIA") and a Department of Justice Civil attorney that assisted OIA with the extradition.

    Regarding the materials relating to our prior August 15, 2022, letter, the government is providing a follow-up DEA-6 report concerning the SOI who was interviewed on or about May 18, 2020 by DEA agents. The government has also requested that DEA review for documents (including emails, texts, memoranda, electronic communications, and notes) related to the tip and capture of Saab Moran in Cabo Verde. The documents we are producing today are more expansive than those searched for previously as they are not limited to information regarding Saab Moran's claims of diplomatic immunity.

    Regarding the OIA materials, the government is providing redacted documents and a privilege log identifying the relevant privileges for documents as claimed by the stakeholders of the privilege. Because these documents include materials from the Department of State, Department of Treasury, and OIA, the privilege log includes claims of privilege made by all three entities. You will note that one set of documents refers to a draft press release regarding Venezuelan sanctions. For your convenience, the final press release is located at: https://home.treasury.gov/news/press-releases/sm1239. Also, you will note that one set of documents includes a footnote regarding Maduro announcing, "Saab would play a role in

2

assisting Venezuela in receiving fuel from Iran in exchange for Venezuelan gold." The government has identified public reporting on this claim. It is available at: https://www.bloomberg.com/news/articles/2020-05-08/maduro-said-to-tap-sanctioned-dealmaker-to-ship-gold-to-iran?leadSource=uverify%20wall.

If you have any questions concerning this letter, please do not hesitate to call or email either one of us.

| GLENN S. LEON<br>CHIEF, FRAUD SECTION<br>Criminal Division<br>U.S. Department of Justice<br><br>By: *Alexander J. Kramer*<br>　　Alexander J. Kramer<br>　　Trial Attorney | JUAN ANTONIO GONZALEZ<br>UNITED STATES ATTORNEY<br><br><br><br>By: _____<br>　　Kurt K. Lunkenheimer<br>　　Assistant U.S. Attorney |

Attachments

2