# EXHIBIT B

# Wangsgard, Kendall E.

| | |
|---|---|
| **From:** | Kramer, Alexander (CRM) <Alexander.Kramer@usdoj.gov> |
| **Sent:** | Wednesday, October 12, 2022 9:06 PM |
| **To:** | New, Jonathan B.; Barr, Jonathan R.; Wangsgard, Kendall E.; Foley, Elizabeth P.; Rivkin, David; Neil M. Schuster; Joseph Schuster |
| **Cc:** | Lunkenheimer, Kurt (USAFLS) |
| **Subject:** | US v. Saab - Production of State Department Materials |
| **Attachments:** | State_07_Production.pdf; State_08_Production.pdf; State_09_Production.pdf; State_10_Production.pdf; State_11_Production.pdf; State_12_Production.pdf; State_13_Production.pdf; State_14_Production.pdf; State_15_Production.pdf; State_16_Production.pdf; State_17_Production.pdf; State_18_Production.pdf; State_02_Production.pdf; State_03_Production.pdf; State_04_Production.pdf; State_05_Production.pdf; State_06_Production.pdf; US v Saab Moran - State Privilege Log 20221012.pdf |

[External Email: Use caution when clicking on links or opening attachments.]

All,

Please see the attached for a production of documents that the government, per the Court's Order issued on September 15, 2022, is producing upon its own volition, namely unclassified materials from the Department of State. The government is providing redacted documents and a privilege log identifying relevant privileges for documents as claimed by the stakeholders of the privilege. Because these documents include materials from other stakeholders, including the Department of Treasury, the privilege log includes claims of privilege made by all relevant entities. You will note the production is missing a State_01 document. We are waiting on final redactions regarding this document but wanted to provide you with the majority of the production sooner rather than later. We will follow up with that document and a revised privilege log as soon as we receive the final redactions.

Given the size of this email, please confirm receipt.

If you have any questions regarding this production, please do not hesitate to call or email us.

Regards,
Alex

**Alexander J. Kramer**
Assistant Chief, FCPA Unit
Criminal Division, Fraud Section
United States Department of Justice
Office: (202) 307-0955
Cell: (202) 768-1919
alexander.kramer@usdoj.gov