# EXHIBIT D

SBU -LAW ENFORCEMENT

**From:** Hook, Brian H
**Sent:** Thursday, June 11, 2020 2:38 PM
**To:** Abrams, Elliott
**Cc:** (U) Swartz, Bruce ; McInnis, Matt
**Subject:** Re:

Adding Matt.

> On Jun 11, 2020, at 2:37 PM, Abrams, Elliott wrote:
>
> How are the negotiations going? I ask because Sec. Pompeo wants to talk about Alex Saab, who is brokering the Iran/VZ deals, next week at the podium.