# EXHIBIT F

*United States v. Saab*, No. 1:19-cr-20450-RNS (S.D. Fla.)
United States' Privilege Log (October 12, 2022)

**Log of Redacted Communications**

| NO. | DATE | FROM | TO | SUBJECT LINE | BASIS FOR REDACTIONS |
|---|---|---|---|---|---|
| 2 | 12/06/2019 (email chain) | Bucher, Lisa (DOS) | Venezuela Working Group | Travel/ entry ban against 29 Venezuelans | Lack of relevance |
| 3 | 05/22/2020 (email chain, 1 attachment) | [REDACTED] | [REDACTED] | [REDACTED] | Lack of relevance |
| 4 | 05/08/2020 (email chain) | Leidenz, Jean (DOS) | [REDACTED] | [REDACTED] | Lack of relevance |
| 5 | 01/07/2019 (email chain, 1 attachment) | Dowers, William (DOS) | Caracas, Economic Pressure Team (DOS) | FW: Alex Saab | Lack of relevance, Deliberative Process Privilege |
| 6 | 06/15/2020 (email chain, multiple attachments) | [REDACTED] | [REDACTED] | [REDACTED] | Lack of relevance, Deliberative Process Privilege, Attorney-Client Privilege |
| 7 | 06/04/2020 (email chain, 1 attachment) | [REDACTED] | [REDACTED] | Evidentiary, thank you: 1349704_Designation_Evidentiary.doc (references Saab as involved in brokering sale of PDVSA crude oil and being sent to Iran by Maduro to negotiate purchase of gasoline per sources and public reporting) | Lack of relevance, Deliberative Process Privilege |
| 8 | 05/08/2020 (email chain) | Leidenz, Jean (DOS) | [REDACTED] | [REDACTED] | Lack of relevance |
| 9 | 01/20/2021 (email chain, multiple attachments) | [REDACTED | [REDACTED] | [REDACTED] | Lack of relevance |
| 10 | 06/16/2020 (email chain, 1 attachment) | Bhala, Richa (DOS) | Story, James (DOS) | Alex Saab – Dip Passport (Antigua & Barbuda) | Lack of relevance, Deliberative Process Privilege |

1

*United States v. Saab*, No. 1:19-cr-20450-RNS (S.D. Fla.)
United States' Privilege Log (October 12, 2022)

| 11 | 07/02/2020 (email chain, multiple attachments) | [REDACTED] | Carlston, Morgan | RE: NIV Application Requests (OFC-20-8022083) | Lack of relevance |
|---|---|---|---|---|---|
| 12 | 01/26/2021 (presentation) | Eversheds Sutherland (US) LLP | State Bureau of Energy and Resources | The Biden Administration should reinstate without delay the humanitarian policy of allowing oil-for-diesel swaps with Venezuela | Lack of relevance |
| 13 | 06/12/2020 (email) | Traeger, Ryan | Lawrence, Tim | Of note | Lack of relevance, Deliberative Process Privilege |
| 14 | 05/22/2020 (email chain, multiple attachments) | [REDACTED] | [REDACTED] | [REDACTED] | Lack of relevance |
| 15 | 09/07/2021 (email chain) | King, Katie (DOS) | State Department recipients | Re: Cabo Verde: Alex Saab extradition | Lack of relevance, Deliberative Process Privilege |
| 16 | N/A (memorandum) | N/A | N/A | EVIDENTIARY MEMORANDUM (references Saab as involved in brokering sale of PDVSA crude oil and being sent to Iran by Maduro to negotiate purchase of gasoline per sources and public reporting) | Lack of relevance, Deliberative Process Privilege |
| 17 | 07/11/2018 (email chain, multiple attachments) | [REDACTED] | [REDACTED] | RE: Slides for IFWG (references Saab as having diplomatic passport from Antigua and Barbuda as of 2014) | Lack of relevance, Deliberative Process Privilege |
| 18 | 01/15/2021 (State cable) | SECSTATE WASHDC | [REDACTED] | Notification of January 19 Venezuela Sanctions Action | Lack of relevance |