# EXHIBIT G



15th June 2022

Dear Sirs,

**Re: Spanish into English Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English.

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,



**Aniello Attianese**
Senior Account Manager





Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN

*(Emblem)*

*The Ministry of Popular Power for*
*Foreign Affairs*
*Of the Bolivarian Republic of Venezuela*

**DM No.** 000170

      **The Ministry of People's Power for Foreign Affairs of the Bolivarian Republic of Venezuela,** addresses the Department of State of the United States of America, in the opportunity and occasion to report that the Government of the Bolivarian Republic of Venezuela appointed the **Venezuelan citizen Alex Nain Saab Morán**, holder of Venezuelan I.D. No. V - 21,495,350, as **Special Envoy** "*... with broad powers to carry out negotiations on behalf of the Bolivarian Republic of Venezuela, aimed at guaranteeing the commercial and humanitarian procurement of essential goods and services, intended for the social assistance programmes of the National Executive ...* ", as shown in the attached Credential, dated 9 April 2018, signed by the Minister of People's Power for Foreign Affairs of the Bolivarian Republic of Venezuela.

      In addition, the Government of the Bolivarian Republic of Venezuela appointed Alex Nain Saab Morán as an **Ambassador, the Alternate Permanent Representative of the Bolivarian Republic of Venezuela to the African Union (AU),** based in Addis Ababa (Ethiopia), by means of a Resolution of the Minister of Popular Power for Foreign Affairs DM No. 380, dated 24 December 2020, which was notified to the Venezuelan diplomat on 28 December 2020, as shown in the appendix in the letter identified under DM No. 001578. The Ambassador Saab Morán is the holder of Diplomatic Passport number 045778720, date of issue 23 March 2020 and date of expiration 22 March 2022.

To:
**The Department of State**
**United States of America**
Washington, D.C.-

*(Stamp)*
*BOLIVARIAN REPUBLIC OF VENEZUELA*
*OFFICE OF THE MINISTER*
*Ministry of People's Power for Foreign Affairs*



*(Emblem)*

*The Ministry of Popular Power for*
*Foreign Affairs*
*Of the Bolivarian Republic of Venezuela*

It should be noted that on 1 April 2020, the Minister of People's Power for Foreign Affairs of the Bolivarian Republic of Venezuela asked Alex Nain Saab Morán, "... *in his capacity as Special Envoy, (to carry out) negotiations aimed at guaranteeing the humanitarian supply of supplies of great need for our country in the context of the COVID-19 pandemic* ... ".

Consequently, His Excellency Mr. Alex Nain Saab Morán is, by virtue of his status as a diplomatic official, protected by diplomatic immunity and inviolability, as stated under Article 29 of the Vienna Convention on Diplomatic Relations, dated 18 April 1961: "... *The person who is a diplomatic agent is inviolable. He may not be the object of any form of detention or arrest ...*".

Despite the protection, immunities and privileges that the Venezuelan Alternate Representative Ambassador Alex Nain Saab Morán should have enjoyed, the government of the United States of America and the government of the Republic of Cape Verde decided, in a frank and forthright violation of International Law, to illegally detain the Venezuelan official at Amilcar Cabral Airport, on the island of Sal, Cape Verde, on 12 June 2020, based on a false red alert from Interpol, which is publicly known to have been issued on 13 June 2020.

On 16 October 2021, violating all the principles of International Law, the government of the United States of America, with the complicity of the authorities of the Republic of Cape Verde, carried out the kidnapping of the Venezuelan diplomat Alex Nain Saab Morán, leading to the coercion and force onto a plane to U.S. territory, without any judicial order from Cape Verde, and without the family of the Venezuelan citizen or lawyers being informed.

*(Stamp)*
*BOLIVARIAN REPUBLIC OF VENEZUELA*
*OFFICE OF THE MINISTER*
*Ministry of People's Power for Foreign Affairs*

CERTIFIED TRANSLATION
LANGUAGE REACH
15/06/2022
REG 07635166

*(Emblem)*

*The Ministry of Popular Power for*
*Foreign Affairs*
*Of the Bolivarian Republic of Venezuela*

**The Ministry of People's Power for Foreign Affairs of the Bolivarian Republic of Venezuela** takes the opportunity and avails itself to express to the Department of State of the United States of America its firm position of adherence to International Law.

Caracas, 22 October 2021

*(Stamp)*
*BOLIVARIAN REPUBLIC OF VENEZUELA*
*OFFICE OF THE MINISTER*
*Ministry of People's Power for Foreign Affairs*





Gobierno
**Bolivariano**
de Venezuela

Ministry of the Popular Power        Office
for **Foreign Affairs**                        for **Consular Affairs**

**No. H25L05P22500X05**

## APOSTILLE
(Convention de la Haye du 5 octobre 1961)

| 1. Country: Venezuela | |
|---|---|
| **This public document** | |
| 2. has been signed by | **FELIX RAMON PLASENCIA GONZALEZ** |
| 3. acting in the capacity of | **MINISTER OF THE POPULAR POWER FOR EXTERNAL AFFAIRS** |
| 4. bears the seal/stamp of: | Ministry of the Popular Power for External Affairs |
| **Certified** | |
| 5. in CARACAS | 6. **on** 24-05-2022 |
| 7. By the Ministry of the Popular Power for Foreign Affairs | |
| 8. No.  **H25L05P22500X05** | |



| 9. **Seal/stamp**: | BOLIVARIAN REPUBLIC OF VENEZUELA MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS LEGALISATIONS DEPARTMENT | 10. **Signature**          [*Illegible*] |
|---|---|---|

**MARCO ANTONIO MAGALLANES GRILLET**
General Director of the Consular Affairs Office, as per
Resolution No. 013 of 6 September 2021, published in
the Official Gazette of the Bolivarian Republic of Venezuela No.
42.206 of 06 September 2021

BOLIVARIAN REPUBLIC OF
VENEZUELA

MINISTRY OF THE
POPULAR POWER FOR
FOREIGN AFFAIRS

LEGALISATIONS
DEPARTMENT

------------------------------------------------------------------------------------------------------------------------

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed this
public document and where appropriate, the identity of the seal or stamp which the public documents bears.
The Apostille does not certify the content of the document for which it was issued.
**Date and time of issue**: 24/05/2022 20:59:41
To validate the authenticity of this Apostille enter this code: EEH1YYPPDTE in
http://consultalegalizacionesve.mppre.gob.ve
**Document type**: COMMUNICATION
Holder: Identification Number: G 200000023 **Name:** MINISTER OF THE POPULAR POWER FOR
EXTERNAL AFFAIRS

------------------------------------------------------------------------------------------------------------------------

**Mppre-eelec0436a9011e6e41f19fa3e9738ecb3c33ab9**



*El Ministro del Poder Popular para
Relaciones Exteriores
de la República Bolivariana de Venezuela*

**DM N° 000170**

**El Ministerio del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela**, se dirige al Departamento de Estado de los Estados Unidos de América, en la oportunidad de informar que el Gobierno de la República Bolivariana de Venezuela designó al **ciudadano venezolano Alex Nain Saab Morán**, titular de la cédula venezolana número V-21.495.350, como **Enviado Especial** *"…con amplias atribuciones para realizar gestiones en favor de la República Bolivariana de Venezuela, orientadas a garantizar la procura comercial y humanitaria de bienes y servicios de primera necesidad, destinados a los programas sociales de asistencia del Ejecutivo Nacional…"*, tal como muestra la Credencial en anexo, de fecha 09 de abril de 2018, suscrita por el Ministro del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela.

Además, el Gobierno de la República Bolivariana de Venezuela designó a Alex Nain Saab Morán como **Embajador, Representante Permanente Alterno de la República Bolivariana de Venezuela ante la Unión Africana** (AU), con sede en Addis Abeba (Etiopía), mediante Resolución del Ministro del Poder Popular para Relaciones Exteriores DM N°380, de fecha 24 de diciembre de 2020, lo cual le fue notificado al diplomático venezolano el 28 de diciembre de 2020, tal como se muestra en anexo en el oficio identificado con número DM N°001578. El Embajador Saab Morán es titular del Pasaporte Diplomático número 045778720, fecha de emisión 23 de marzo de 2020 y fecha de vencimiento 22 de marzo de 2022.

Al
**Departamento de Estado
Estados Unidos de América**
Washington, D.C.-

Cabe destacar que en fecha 01 de abril de 2020, el Ministro del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela le solicitó a Alex Naín Saab Morán, "...*en su carácter de Enviado Especial, gestiones orientadas a garantizar la procura humanitaria de insumos de gran necesidad para nuestro país en el contexto de la pandemia por el COVID-19...*"

En consecuencia, su Excelencia el Señor Alex Naín Saab Morán está en virtud de su condición de funcionario diplomático, protegido por la inmunidad e inviolabilidad diplomática, tal como reza el Artículo 29, de la Convención de Viena sobre Relaciones Diplomáticas, del 18 de abril de 1961: "...*La persona del agente diplomático es inviolable. No puede ser objeto de ninguna forma de detención o arresto...*"

A pesar de la protección, las inmunidades y privilegios que debe tener el Embajador Representante Alterno venezolano Alex Naín Saab Morán, el gobierno de los Estados Unidos de América y el gobierno de la República de Cabo Verde decidieron en franca violación del Derecho Internacional, detener ilegalmente al funcionario venezolano en el aeropuerto Amílcar Cabral, Isla de Sal, Cabo Verde, el 12 de junio de 2020, basado en una falsa alerta roja de interpol, la cual publicamente se sabe que fue emitida el 13 de junio de 2020.

El 16 de octubre de 2021, violando todos los principios del Derecho Internacional, el gobierno de los Estados Unidos de América, con la complicidad de autoridades de la República de Cabo Verde, ejecutó el secuestro del diplomático venezolano Alex Naín Saab Morán, llevándolo a la fuerza en un avión hacia territorio estadounidense, sin orden judicial alguna de Cabo Verde, y sin que la familia del ciudadano venezolano ni sus abogados fueran informados.

*El Ministro del Poder Popular para*
*Relaciones Exteriores*
*de la República Bolivariana de Venezuela*



Cabe destacar que en fecha 01 de abril de 2020, el Ministro del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela le solicitó a Alex Naín Saab Morán, "...*en su carácter de Enviado Especial, gestiones orientadas a garantizar la procura humanitaria de insumos de gran necesidad para nuestro país en el contexto de la pandemia por el COVID-19...*"

En consecuencia, su Excelencia el Señor Alex Naín Saab Morán está en virtud de su condición de funcionario diplomático, protegido por la inmunidad e inviolabilidad diplomática, tal como reza el Artículo 29, de la Convención de Viena sobre Relaciones Diplomáticas, del 18 de abril de 1961: "...*La persona del agente diplomático es inviolable. No puede ser objeto de ninguna forma de detención o arresto...*"

A pesar de la protección, las inmunidades y privilegios que debe tener el Embajador Representante Alterno venezolano Alex Naín Saab Morán, el gobierno de los Estados Unidos de América y el gobierno de la República de Cabo Verde decidieron en franca violación del Derecho Internacional, detener ilegalmente al funcionario venezolano en el aeropuerto Amílcar Cabral, Isla de Sal, Cabo Verde, el 12 de junio de 2020, basado en una falsa alerta roja de interpol, la cual publicamente se sabe que fue emitida el 13 de junio de 2020.

El 16 de octubre de 2021, violando todos los principios del Derecho Internacional, el gobierno de los Estados Unidos de América, con la complicidad de autoridades de la República de Cabo Verde, ejecutó el secuestro del diplomático venezolano Alex Naín Saab Morán, llevándolo a la fuerza en un avión hacia territorio estadounidense, sin orden judicial alguna de Cabo Verde, y sin que la familia del ciudadano venezolano ni sus abogados fueran informados.

CERTIFIED TRANSLATION  LANGUAGE  15/06/2022



El Ministro del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela, hace propicia la ocasión para manifestar al Departamento de Estado de los Estados Unidos de América su firme posición de apego al Derecho Internacional.

Caracas, 22 de octubre de 2021

*El Ministro del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela*

CERTIFIED TRANSLATION
15/06/2022
LANGUAGE REACH

Gobierno Bolivariano
de Venezuela

Ministerio del Poder Popular | Oficina
para Relaciones Exteriores | de Relaciones Consulares

APOSTILLE

No. H25L05P22500X05

(Convention de La Haye du 5 Octobre 1961)

| 1. País: VENEZUELA | |
| Country/Pays | |
| **El presente documento público** | |
| The public document / Le present acte public | |
| 2. ha sido firmado por | FELIX RAMON PLASENCIA GONZALEZ |
| has been signed by / a été signé par | |
| 3. quién actúa en calidad de | MINISTRO DEL PODER POPULAR PARA |
| acting in the capacity of / agissant en qualité de | RELACIONES EXTERIORES |
| 4. y está revestido del | Ministerio del Poder Popular para |
| sello / timbre de | Relaciones Exteriores |
| bears the seal / stamp of | |
| est revêtu du sceau / timbre de | |
| | Certificado |
| | Certified / Attesté |
| 5. en CARACAS | 6. el día 24-05-2022 |
| at / à | the / le |
| 7. por Ministerio del Poder Popular para Relaciones Exteriores | |
| by / par | |
| 8. Bajo el número H25L05P22500X05 | |
| Nº / Sous nº | |
| 9. Sello / timbre: | 10. Firma: |
| Seal / stamp: | Signature |
| Sceau / timbre : | Signature |

MARCO ANTONIO MAGALLANES GRILLET
Director General (E) de la Oficina de Relaciones Consulares, según
Resolución Nro. 013 de 05 de septiembre de 2021, publicada en la Gaceta
Oficial de la República Bolivariana de Venezuela No. 42,206 de 05 de
septiembre de 2021.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del
documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público está
revestido.

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed
the public document, and, where appropriate, the identity of the seal or stamp which the public document
bears.

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de
l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.

This Apostille does not certify the content of the document for which it was issued.

**Date and time of issue:** 24/05/2022 20:59:41

To validate the authenticity of this Apostille enter this code: EEHJYYPDITE in
http://consultaapostilla.mppre.gob.ve

**Thulaire:** Numéro d'identification : C-200000023 **Personne:** MINISTERIO DEL PODER POPULAR PARA
RELACIONES EXTERIORES.

Pour valider l'authenticité de cette apostille, entrez le code : EEHJYYPDITE dans
http://consultaapostilla.mppre.gob.ve

Cette Apostille ne certifie pas le contenu du document pour lequel elle a été émise.

**Date et heure d'émission:** 24/05/2022 20:59:41

**Holder:** Identification Number: C-200000023 **Name:** MINISTERIO DEL PODER POPULAR PARA RELACIONES
EXTERIORES.

**Titular:** Número de Identificación: C-200000023 **Persona:** MINISTERIO DEL PODER POPULAR PARA
RELACIONES EXTERIORES.

**Tipo de Documento:** COMUNICACION
**Document Type:** COMUNICACION **Name:** MINISTERIO DEL PODER POPULAR PARA RELACIONES
EXTERIORES.

**Fecha y hora de la emisión:** 24/05/2022 20:59:41
Para validar la autenticidad de esta apostilla ingrese este código: EEHJYYPDITE en
http://consultaapostilla.mppre.gob.ve

Mppre-es1ac6d5a901d6e41f29b3a978ecb3b3ab9





CERTIFIED TRANSLATION
15/06/2022
LANGUAGE REACH