# EXHIBIT H



15th June 2022

Dear Sirs,

**Re: Spanish into English Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English.

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,



**Aniello Attianese**
Senior Account Manager





Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN

*(Emblem)*

*The Ministry of Popular Power for*
    *Foreign Affairs*
*of the Bolivarian Republic of Venezuela*

**DM No. 000171**

        **The Ministry of Popular Power for Foreign Affairs of the Bolivarian Republic of Venezuela** addresses the Department of State of the United States of America, in the opportunity to ratify in each and every one of its parts, the content of the Note Verbale DM No. 000170, dated 22 October 2021, notifying about the status as diplomatic official of the **Venezuelan citizen Alex Nain Saab Morán**, whose date of birth is 21 December 1971, holder of Venezuelan identity card number V-21. 495.350, by virtue of his appointments as **Special Envoy** and, as Ambassador, an **Alternate Permanent Representative of the Bolivarian Republic of Venezuela to the African Union** (AU), with headquarters in Addis Ababa (Ethiopia).

        The U.S. Department of State should know that, on 14 September, Ambassador Alex Nain Saab Morán was incorporated as a full member of the Delegation of the National Government of the Bolivarian Republic of Venezuela in the process of dialogue and comprehensive and progressive negotiation installed on 13 August 13 2021 in Mexico City, (United Mexican States), the day on which a Memorandum of Understanding was signed between the Government of the Bolivarian Republic of Venezuela and the Unitary Platform of Venezuela, which is of wide public knowledge at national and international level.

        Specifically, Ambassador Saab Morán is a member of the National Round Table for Social Attention, contained in the Partial Agreement for the Social Protection of the Venezuelan People, signed in Mexico City on 6 September 2021, with the assistance of the Russian Federation and the Kingdom of the Netherlands, where the Venezuelan opposition also participates, as well as Mr. Dag Halvor Nylander, Head of the Delegation of the Kingdom of Norway, in his capacity as facilitator.

        **The Ministry of Popular Power for Foreign Affairs of the Bolivarian Republic of Venezuela**, categorically demands respect for the diplomatic immunity and inviolability and the immediate release of Ambassador Alex Naín Saab Morán, in accordance with the provisions of Article 29 of the 1961 Vienna Convention on Diplomatic Relations.

*(Stamp)*
*BOLIVARIAN REPUBLIC OF VENEZUELA*
*OFFICE OF THE MINISTER*
*Ministry of Popular Power for Foreign Affairs*

Caracas, 23 October 2021

To
**The Department of State**
**United States of America**
Washington, D.C.-



 Ministry of the Popular Power for **Foreign Affairs**  Office for **Consular Affairs**



No. S25F05422F01L05

## APOSTILLE
(Convention de la Haye du 5 octobre 1961)

| 1. Country: Venezuela | |
|---|---|
| This public document | |
| 2. has been signed by | **FELIX RAMON PLASENCIA GONZALEZ** |
| 3. acting in the capacity of | **MINISTER OF THE POPULAR POWER FOR EXTERNAL AFFAIRS** |
| 4. bears the seal/stamp of: | Ministry of the Popular Power for External Affairs |
| **Certified** | |
| 5. in CARACAS | 6. on 24-05-2022 |
| 7. By the Ministry of the Popular Power for Foreign Affairs | |
| 8. No.  S25F05422F01L05 | |
| 9. Seal/stamp: [BOLIVARIAN REPUBLIC OF VENEZUELA — MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS — LEGALISATIONS DEPARTMENT] | 10. Signature     [*Illegible*] |

**MARCO ANTONIO MAGALLANES GRILLET**
General Director of the Consular Affairs Office, as per Resolution No. 013 of 6 September 2021, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 42.206 of 06 September 2021

[Seal: BOLIVARIAN REPUBLIC OF VENEZUELA — MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS — LEGALISATIONS DEPARTMENT]

-----------------------------------------------------------------------------------------------------------------------

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed this public document and where appropriate, the identity of the seal or stamp which the public documents bears.
The Apostille does not certify the content of the document for which it was issued.
Date and time of issue: 24/05/2022 21:01:35
To validate the authenticity of this Apostille enter this code: 6YH1YYPPDTY in
http://consultalegalizacionesve.mppre.gob.ve
**Document type**: COMMUNICATION
Holder: Identification Number: G 200000023 **Name:** MINISTER OF THE POPULAR POWER FOR EXTERNAL AFFAIRS

-----------------------------------------------------------------------------------------------------------------------

**Mppre-6F75b15c0c53bt8a120be5f8fbcba3fd03fa3552**





*El Ministro del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela*

DM N° 000171

**El Ministerio del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela** se dirige al Departamento de Estado de los Estados Unidos de América, en la oportunidad de ratificar en todas y cada una de sus partes, el contenido de la Nota Verbal DM N°000170, de fecha 22 de octubre de 2021, mediante la cual se notificó sobre el status como funcionario diplomático del **ciudadano venezolano Alex Nain Saab Morán**, con fecha de nacimiento 21 de diciembre de 1971, titular de la cédula venezolana número V-21.495.350, en virtud de sus designaciones como **Enviado Especial** y, como **Embajador, Representante Permanente Alterno de la República Bolivariana de Venezuela ante la Unión Africana** (AU), con sede en Addis Abeba (Etiopía).

El Departamento de Estado de EEUU debe saber que, el pasado 14 de septiembre, el Embajador Alex Nain Saab Morán, fue incorporado como miembro pleno de la Delegación del Gobierno Nacional de la República Bolivariana de Venezuela en el proceso de diálogo y negociación integral e incremental instalado el 13 de agosto de 2021 en Ciudad de México, Estados Unidos Mexicanos, día en el que se suscribió un Memorando de Entendimiento entre el Gobierno de la República Bolivariana de Venezuela y la Plataforma Unitaria de Venezuela, lo cual es de amplio conocimiento público, a nivel nacional e internacional.

Específicamente, el Embajador Saab Morán es miembro en la Mesa Nacional de Atención Social, contenida en el Acuerdo Parcial para la Protección Social del Pueblo Venezolano, suscrito en Ciudad de México, el 06 septiembre de 2021, con el acompañamiento de la Federación de Rusia y del Reino de los Países Bajos, donde también participan las oposiciones venezolanas, así como el señor Dag Halvor Nylander, Jefe de Delegación del Reino de Noruega, en su condición de facilitador.

**El Ministerio del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela**, exige de manera categórica, el respeto a la inmunidad e inviolabilidad diplomática y, la liberación inmediata del Embajador Alex Naín Saab Morán, en respeto a lo establecido en el Artículo 29 de la Convención de Viena sobre Relaciones Diplomáticas de 1961.

Caracas, 23 de octubre de 2021

Al
**Departamento de Estado
Estados Unidos de América**
Washington, D.C.-




