IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, *et al.*,<br><br>Defendants. | Case No. 19-20450-CR-Scola<br><br>**[PROPOSED]** |

### ORDER GRANTNG DEFENDANT'S LIMITED MOTION FOR RECONSIDERATION

This cause has come before the Court on the Defendant's Limited Motion for Reconsideration of this Court's previous Order, ECF No. 138, regarding his motion to compel. *See* ECF No. 123. This Court having considered the Motion and all related briefing, and having considered the relevant factors, it is hereby ORDERED AND ADJUDGED that:

The motion is GRANTED. The Government must search for and produce to the Defendant all unclassified *Brady* and *Giglio* materials in the possession, custody, or control of the Department of State within ten days of this order.

DONE AND ORDERED at Miami, Florida, on _____ \_\_\_\_, 2022.

                                                                       _____
                                                                        Robert N. Scola, Jr.
                                                                        United States District Judge