IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ALEX NAIN SAAB MORAN, *et al.*,

Defendants.

Case No. 19-20450-CR-Scola

**(PROPOSED) ORDER GRANTING ALEX NAIN SAAB MORAN'S
MOTION TO DISMISS THE INDICTMENT**

This cause has come before the Court on the Defendant Alex Nain Saab Moran's

Motion To Dismiss The Indictment, ECF No. _____. This Court having considered the Motion

and all related briefing, it is hereby ORDERED AND ADJUDGED that:

1.    The Motion is GRANTED.

2.    The Government shall immediately release Alex Nain Saab Moran from custody.

DONE AND ORDERED at Miami, Florida, on _____  ____, 2022.

_____
Robert N. Scola, Jr.
United States District Judge

1