IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, *et al.*,<br><br>Defendants. | Case No. 19-20450-CR-Scola |

**DEFENDANT ALEX NAIN SAAB MORAN'S NOTICE OF FILING
DECLARATIONS IN SUPPORT OF MOTION TO DISMISS THE INDICTMENT**

Defendant Alex Nain Saab Moran files the following declarations in support of his Motion to Dismiss the Indictment (ECF No. 146):

1. Declaration of Maria Gonzalez (with Exhibit A), as Attachment 1;
2. Declaration of Richard L. Ashenoff (with Exhibits A-C), as Attachment 2;
3. Declaration of Juan Carlos Arrieche Granadillo, as Attachment 3;
4. Declaration of Dr. Floriano Mandl (with Exhibits A-D), as Attachment 4; and
5. Declaration of Dr. José Manuel Pinto Monteiro (with Exhibits A-B) as Attachment 5.

The Declaration of Kendall Wangsgard (with exhibits) is filed as a separate docket entry.

Date: October 17, 2022

Respectfully submitted,

BAKER & HOSTETLER LLP

/s/ *Lindy K. Keown*
Lindy K. Keown (FL: 117888)
200 South Orange Avenue
Suite 2300
Orlando, Florida 32801
Tel: (407) 649-4000
lkeown@bakerlaw.com

/s/ *David B. Rivkin, Jr.*
David B. Rivkin, Jr. (*pro hac vice*)
Elizabeth Price Foley (FL: 92380)
Jonathan R. Barr (*pro hac vice*)
Lee A. Casey (*pro hac vice*)
Richard Raile (*pro hac vice*)
1050 Connecticut Avenue, N.W.

        Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
drivkin@bakerlaw.com
efoley@bakerlaw.com
jbarr@bakerlaw.com
lcasey@bakerlaw.com
rraile@bakerlaw.com

Jonathan B. New (*pro hac vice*)
45 Rockefeller Plaza
11th Floor
New York, New York 10111
Tel: (212) 589-4200
jnew@bakerlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 17, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Lindy K. Keown*
Lindy K. Keown