IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, and<br>ALVARO PULIDO VARGAS, a/k/a<br>"German Enrique Rubio Salas,"<br><br>Defendants. | Case No. 19-20450-CR-Scola |

**DECLARATION OF DR. FLORIANO MANDL**

1. I, **FLORIANO MANDL**, am a partner at Silva-Mandl e Associados, Sociedade de Advogados R.L., a law firm in the Republic of Cabo Verde.

2. I have been a member of the Cabo Verde Bar since 2015, with Professional Registration No. 442/18.

3. I have personal knowledge of the facts set forth in this declaration. I am above the age of eighteen and would be competent to testify at trial to the information contained herein. I am fluent in Portuguese and English and have a working understanding of Spanish.

4. I reside on the island of Sal, Republic of Cabo Verde, and my law firm is also located on Sal.

5. On Friday, July 3, 2020, I was contacted via telephone by Dr. José Manuel Pinto Monteiro ("Dr. Pinto"), the main attorney in Cabo Verde representing Alex Nain Saab Moran ("Mr. Saab").

6. Mr. Saab was arrested on the island of Sal on June 12, 2020. Thereafter, he was transferred to another Cabo Verde island, São Vicente, where he was presented to the Barlavento Court of Appeals—the relevant court for extradition cases. Unexpectedly and without notice, however, Mr. Saab was then transferred back to Sal at which time Dr. Pinto



contacted me. I should note that Dr. Pinto is located in Praia, the capital of Cabo Verde, located on the island of Santiago.

7.      Due to the strict COVID pandemic lockdown in Cabo Verde at the time, travel to the country was strictly controlled. Further, travel between the islands was not possible. Thus, Dr. Pinto was not able to travel to Sal until late July 2020. He therefore contacted me for my assistance in representing Mr. Saab, given my presence on Sal and the fact that Mr. Saab was transferred back to Sal rather than remaining on São Vicente.

8.      I assisted Dr. Pinto and represented Mr. Saab in Cabo Verde under his direction from July 3, 2020, through approximately July 28, 2020. I reported to Dr. Pinto at all times during this representation.

9.      As Dr. Pinto was unable to be physically present on Sal at this time, he likewise was unable to communicate directly with Mr. Saab, check on Mr. Saab's health situation personally, or meet with the local authorities. That was my role.

10.      I was assigned by Dr. Pinto to facilitate communication between him and Mr. Saab. I was also instructed to address Mr Saab's prison conditions. In addition, I was also instructed to:

   a.  undertake daily visits to Mr. Alex Saab at the Sal prison;
   b.  establish myself as the conduit for messages between Mr. Saab and Dr. Pinto, as the prison refused Mr Saab the right to telephone calls;
   c.  help Mr. Saab satisfy basic needs, since the conditions of hygiene, food and comfort in the prison were precarious; and
   d.  draft various requests, addressed to the Prison Director (Warden), to ensure the fulfilment of Mr. Saab's basic rights.

11.      Being a licensed member of the Bar in Cabo Verde, I was authorized to enter the Sal Regional Prison.

12.      I first visited Mr. Saab on July 4, 2020, a Saturday. This followed verbal and written requests in the morning to the Warden detailing the need for me to meet with my



client. The Warden eventually, albeit reluctantly, accepted my request and I met with Mr. Saab that day.

13. I found him depressed, anxious, and looking fatigued. He was unaware of where he was, or even to which island on Cabo Verde he had been transferred. I was quite concerned about his physical safety and psychological well-being.

14. To me, Mr. Saab's physical condition appeared precarious. He was very weak. He had already been without food for multiple days, and he was suffering from serious health problems that were simply ignored by the authorities and the prison. Mr. Saab needed access to medical care which was not provided to him by the Cabo Verde State.

15. Beginning the next Monday, July 6, I visited Mr. Saab on a daily basis until Dr Pinto arrived on Sal. As part of my role, I liaised between Dr. Pinto and Mr. Saab, as they still had no direct contact. In addition, I tried to ensure that Mr. Saab's rights were satisfied by the authorities and that legally-mandated procedures were followed.

16. On July 21, 2020, I first requested that the prison authorities hand over Mr. Saab's suitcase/bags containing his personal belongings and confidential correspondence, which had been seized upon his arrest on June 12, 2020. These belongings were held by the prison following his arrest.

17. At approximately 10:00 am on July 21, 2020, I addressed my verbal request, accompanied by a written statement made on behalf of Mr. Saab signed by him, giving the Prison Director (Warden), Mr. Agostinho Correia, the authorization to hand over Mr. Saab's suitcase/bags and belongings to me.

18. On the same day, July 21, at around 5:00 pm I had an audience with Warden Correia to reiterate the request to pick up Mr. Saab's belongings, as I had not had any response to the request made in the morning. The Warden did not act on my request on July 21.

19.     It was only on July 22, 2020, at approximately 11:40 am, that I obtained permission to collect the suitcase/bags from the prison, with such permission given verbally by Warden Correia.

20.     The time for morning visits with prisoners is at 11:30 am and, at the end of my visit with Mr. Saab that morning, Warden Correa approached me and informed me that I could retrieve Mr. Saab's belongings.

21.     Immediately after receiving permission to collect Mr Saab's suitcase and belongings, Warden Correia, accompanied by the head of security, João Sequeira, and the Commander of the Guard, António Andrade, provided the suitcase/bags and Mr. Saab's belongings.

22.     Specifically, around 11:50 am at the behest of Warden Correia, Mr. Sequeira had the items taken to the room where I normally visited Mr. Saab. In the room were me, Warden Correia, Commander Andrade and Mr. Sequeira. Mr. Saab also joined us.

23.     What they brought—Mr. Saab's belongings—consisted of a larger travel suitcase and a smaller bag. I was permitted to take the bags with me when I left the prison that day. That afternoon, I examined the bags' contents which included clothes, shoes, face masks, and some folders and envelopes of documents and papers, hygiene items, electronic devices and chargers, ATM cards, jewelry, and a wedding ring. Neither bag contained any currency or cash.

24.     Regarding the documents and papers, when I reviewed the contents of Mr. Saab's bag, there was a brown folder with a pile of documents, as well as three unsealed envelopes, marked with embossed seals of the Government of Venezuela. The envelopes with embossed seals contained letters in folders, printed on thick paper with a hard texture. Each letter was relatively short. They were stamped and signed. I took particular notice—because

the signatory caught my special attention—that one letter was signed by Venezuelan president Nicolas Maduro. I recognized that the letters were composed in Spanish.

25.     The letters appeared to me to be official documents, based on the paper used, the seals and stamps, the envelopes and, of course, the content, addressees, and signatories that I observed.

26.     Prior to observing these items in Mr. Saab's bag, I had not previously seen them. I have attached here true and correct copies of the below items, which reflect a subset of the items I found in Mr. Saab's bag, specifically the letters:

> **Exhibit A**: A white envelope with a colored crest with the caption "República Bolivariana de Venezuela Presidente" containing a folder with crest and title "Presidencia de la República Bolivariana de Venezuela" in gold text. Inside the folder was a two-page letter in Spanish, dated June 11, 2020, from Nicolas Maduro Moros addressed to the Supreme Leader of the Islamic Republic of Iran, Ayatolá Ali Jamenei.

> **Exhibit B**: A white envelope with gold crest with the caption "República Bolivariana de Venezuela Vicepresidencia de la República Despacho" with a label "Para" (for): Kazam Khavazi, Ministro de Agricultura de la República Islámica de Íran and "De" (from): Delcy Rodríguez Gómez, Vicepresidenta Ejecutiva de la República Bolivariana de Venezuela, in turn containing a folder with crest and title "República Bolivariana de Venezuela Vicepresidencia de la República Despacho" in gold text. Inside the folder was a one-page letter in Spanish dated June 1, 2020, with the notation VP-2020 and stamped number 000101, from Delcy Rodríguez Gómez to Kazam khavazi.

> **Exhibit C**: A white envelope with gold crest with the caption "República Bolivariana de Venezuela Vicepresidencia de la República Despacho" with a label "Para" (for): Sadegh Kharazi, Senior Adviser to the Vicepresident and "De" (from): Delcy Rodríguez Gómez, Vicepresidenta Ejecutiva de la República Bolivariana de Venezuela, in turn containing a folder with crest and title "República Bolivariana de Venezuela Vicepresidencia de la República Despacho" in gold text. Inside the folder was a one-page letter in Spanish dated June 1, 2020 with the notation VP-2020 and stamped number 000106, from Delcy Rodríguez Gómez to Sadegh Kharazi.

27.     The separate, brown folder contained substantial documentation that appeared to be of an economic nature. There were various loose documents and folders, and the stack in total was about ¾ to 1 inch thick. Three photographs accurately depicting the brown folder are attached as **Exhibit D**.

28. As noted, I took Mr. Saab's belongings, including the bags and documents, with me when I departed the prison on July 22, 2020. Thereafter, I telephoned Dr. Pinto and informed him that I had picked up the bag.

29. With respect to the three letters and the brown folder of documents (i.e., Exhibits A-D above), I removed those items and took them to the hotel Odjo d'Agua on July 22, 2020, at which time I handed them off to another of member of Mr. Saab's legal team. The other belongings were delivered separately.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 12th, 2022
Sal, Cabo Verde

Floriano Mandl

Floriano Mandl

# EXHIBIT A



REPÚBLICA BOLIVARIANA DE VENEZUELA
PRESIDENTE



4

REPÚBLICA BOLIVARIANA DE VENEZUELA
PRESIDENTE

Presidencia de la
República Bolivariana de Venezuela



NICOLÁS MADURO MOROS
PRESIDENTE DE LA
REPÚBLICA BOLIVARIANA DE VENEZUELA

*Caracas, 11 de junio de 2020*

*Su Excelentísimo*
*Ayatolá Ali Jamenei*
***Líder Supremo de la Revolución Islámica de Irán***

*En el nombre de Dios, el Misericordioso, me dirijo a Usted en nombre del pueblo de Venezuela y del Gobierno que me honra presidir, para agradecerle desde el alma profunda de esta Tierra, el apoyo que de forma valiente y decidida ha brindado a Venezuela, reivindicando el Derecho Internacional y dejando al desnudo a los imperios de papel.*

*Excelentísimo Líder, acudo a Usted a través del portador de esta carta, para invocar su intervención a fin de garantizar un nuevo envío urgente de cinco millones de barriles de gasolina para este mes corriente. La llegada de los buques de gasolina iraní ha significado un hito histórico en nuestras relaciones bilaterales y selló decididamente el amor del pueblo venezolano por Irán. La emoción colectiva de Venezuela cuando los buques portadores de la bandera iraní arribaron a nuestras aguas jurisdiccionales, indicaban una victoria de las relaciones entre Estados soberanos, jamás sometidos a Imperio alguno.*

*De igual manera, solicito su valioso apoyo para concretar el envío mensual y periódico de gasolina a Venezuela durante un año. Y, poder acompañar este esquema con mecanismos de financiamiento que definan los equipos de ambos países.*



NICOLÁS MADURO MOROS
PRESIDENTE DE LA
REPÚBLICA BOLIVARIANA DE VENEZUELA

*Excelentísimo Ayatolá, cuente usted con el pueblo de Bolívar y Chávez, para juntos seguir allanando el camino de la cooperación, la amistad y hermandad entre nuestros países, y forjar la paz que anhela la humanidad, hoy seriamente amenazada por la pandemia que ha impactado al mundo.*

Bendiciones.

REPÚBLICA BOLIVARIANA DE VENEZUELA DESPACHO DE LA PRESIDENCIA PRESIDENTE

***Nicolás Maduro Moros***



*(Emblem)*

NICOLÁS MADURO MOROS
PRESIDENT OF THE
BOLIVARIAN REPUBLIC OF VENEZUELA

*Caracas, 11th June 2020*

*Your Excellency,*
*Ayatollah Ali Khamenei*
***Supreme Leader of the Islamic Revolution of Iran***

*In the name of God, the Merciful, I address you on behalf of the people of Venezuela and of the Government that honours me to preside over it, to thank you from the deep soul of this Earth, the support that you have bravely and decisively provided to Venezuela, calling for and asserting International Law and leaving the "paper empires" naked.*

*Your Excellency, as Leader, I come to you through the bearer of this letter, to invoke your intervention in order to guarantee a new urgent shipment of five million barrels of petroleum for this current month. The arrival of the Iranian petroleum ships has marked a historic milestone in our bilateral relations and firmly and decisively sealed the love of the Venezuelan people for Iran. The collective emotion of Venezuela when the vessels carrying the Iranian flag arrived in our jurisdictional waters, is indicative of a victory in the relations between sovereign States, never subjected to any empire.*

*In the same way, I request your valuable support to finalise and fulfill the monthly and periodic shipment of petroleum to Venezuela for a year. And, to be able to accompany this scheme with financing mechanisms defined by the teams from both countries.*

CERTIFIED TRANSLATION
14/01/2021
REG:07635166
LANGUAGE REACH

*(Emblem)*

NICOLÁS MADURO MOROS
PRESIDENT OF THE
BOLIVARIAN REPUBLIC OF VENEZUELA

*Your Excellency, Ayatollah, count on the people of Bolívar and Chávez, together, to continue paving the way for cooperation, friendship and brotherhood between our countries and to forging the peace that humanity longs for, today, seriously threatened by the pandemic that has impacted the world.*

*(Stamp – Bolivarian Republic of Venezuela – Office of the President)*

*(Handwritten – Blessings)*

*(Signature – Illegible)*

**Nicolás Maduro Moros**





14th January 2021

Dear Sirs,

**Re: Spanish into English Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English.

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,

**Maria Bello**
Senior Project Manager

CERTIFIED TRANSLATION
14/01/2021
REG:07635166
LANGUAGE REACH

# EXHIBIT B

*República Bolivariana de Venezuela*
*Vicepresidencia de la República*
*Despacho*

PARA: **KAZAM KHAVAZI**
MINISTRO DE AGRICULTURA DE LA REPÚBLICA ISLÁMICA DE IRÁN

DE: **DELCY RODRÍGUEZ GÓMEZ**
VICEPRESIDENTA EJECUTIVA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA



República Bolivariana de Venezuela

Vicepresidencia de la República

Despacho



*República Bolivariana de Venezuela*
*Vicepresidencia de la República*
*Despacho*

*VP-2020* 101

*Caracas, 01 de junio de 2020*

***Kazam khavazi***
*Ministro de Agricultura de la República Islámica de Irán*

*Me dirijo a usted, con un respetuoso y cordial saludo en nombre del Pueblo Venezolano, de nuestro Presidente Nicolás Maduro Moros y del mío propio, al mismo tiempo que deseo expresarle nuestras más profundas palabras de solidaridad en medio de esta pandemia que ha afectado a la humanidad. Asimismo, agradecemos el respaldo, la confianza y el apoyo que ha brindado la República Islámica de Irán a nuestra Patria en medio de todas las agresiones del imperialismo estadounidense y sus aliados satélites. Esta carta tiene como finalidad expresarle nuestro interés de invitarlo a la República Bolivariana de Venezuela, a fin de consolidar las relaciones de cooperación y amistad de ambas Naciones.*

*Me despido de usted, agradeciendo altamente su atención y reiterándole nuestra disposición de trabajo conjunto para la consolidación de los principios de un mundo multicéntrico y pluripolar.*

Delcy Rodríguez Gómez
VICEPRESIDENTA EJECUTIVA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA



*(Emblem)*

*Bolivarian Republic of Venezuela*
*Vice President of the Republic*
*Dispatch*

*VP-2020* 000101

*Caracas, 1st June 2020*

***Kazam Khavazi***
*Minister of Agriculture of the Islamic Republic of Iran*

*I address you, with a respectful and most cordial greeting on behalf of the Venezuelan People, our President Nicolás Maduro Moras and my own, at the same time that I wish to express our deepest words of solidarity in the midst of this pandemic that has affected humanity. Likewise, we appreciate the backing, trust, and support that the Islamic Republic of Iran has provided to our Homeland in the midst of all the aggressions of US imperialism and its satellite allies. The purpose of this letter is to express our interest and keenness in inviting you to the Bolivarian Republic of Venezuela, in order to consolidate relations of cooperation and friendship between both Nations.*

*I now take leave and end this by thanking you highly for your attention and reiterating our willingness to work together for the consolidation of the principles of a multi-centric and multipolar world.*

*(Stamp – Bolivarian Republic of Venezuela – Executive Vice President)*

*(Signature – Illegible)*

**Delcy Rodriguez Gómez**

EXECUTIVE VICE-PRESIDENT OF THE BOLIVARIAN REPUBLIC OF VENEZUELA





14th January 2021

Dear Sirs,

**Re: Spanish into English Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English.

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,

Language Reach Ltd
2020 ACCREDITED MEMBER
ATC
Association of Translation Companies
MEMBER No 2020ATCAC1238
2020 NETWORK MEMBER OF
EUATC
European Union of Associations of Translation Companies

**Maria Bello**
Senior Project Manager

CERTIFIED TRANSLATION
14/01/2021
REG:07635166
LANGUAGE REACH

Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN
26

# EXHIBIT C



República Bolivariana de Venezuela
Vicepresidencia de la República
Despacho
PARA: **SADEGH KHARAZI**
SENIOR ADVISER TO THE VICEPRESIDENT.
DE: **DELCY RODRÍGUEZ GÓMEZ**
VICEPRESIDENTA EJECUTIVA DE LA REPÚBLICA
BOLIVARIANA DE VENEZUELA



19 DE ABRIL DE 1810
INDEPENDENCIA
FEDERACIÓN
República Bolivariana de Venezuela
Vicepresidencia de la República
Despacho



República Bolivariana de Venezuela
Vicepresidencia de la República
Despacho

VP-2020 9'' 106

Caracas, 01 de junio de 2020

***SADEGH KHARAZI***
*Senior Adviser to the Vicepresident.*

*Me dirijo a usted, con un respetuoso y cordial saludo en nombre del Pueblo Venezolano, de nuestro Presidente Nicolás Maduro Moros y del mío propio, al mismo tiempo que deseo expresarle nuestras más profundas palabras de solidaridad en medio de esta pandemia que ha afectado a la humanidad. Asimismo, agradecemos el respaldo, la confianza y el apoyo que ha brindado la República Islámica de Irán a nuestra Patria en medio de todas las agresiones del imperialismo estadounidense y sus aliados satélites. Esta carta tiene como finalidad expresarle nuestro interés de invitarlo a la República Bolivariana de Venezuela, a fin de consolidar las relaciones de cooperación y amistad de ambas Naciones.*

*Me despido de usted, agradeciendo altamente su atención y reiterándole nuestra disposición de trabajo conjunto para la consolidación de los principios de un mundo multicéntrico y pluripolar.*

Delcy Rodríguez Gómez
VICEPRESIDENTA EJECUTIVA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA



17

*(Emblem)*

*Bolivarian Republic of Venezuela*
*Vice President of the Republic*
*Dispatch*

*VP-2020* 000106

*Caracas, 1st June 2020*

***SADEGH KHARAZI***

*Senior Adviser to the Vice President.*

*I address you, with a most respectful and cordial greeting on behalf of the Venezuelan People, our President Nicolás Maduro Moras and my own, at the same time as I wish to express our deepest words of solidarity in the midst of this pandemic that has affected humanity. Likewise, we appreciate the backing, trust, and support that the Islamic Republic of Iran has provided to our Homeland in the midst of all the aggressions of U.S. imperialism and its satellite allies. The purpose of this letter is to express our interest and keenness in inviting you to the Bolivarian Republic of Venezuela, in order to consolidate relations of cooperation and friendship between both Nations.*

*I now take leave and end this by thanking you highly for your attention and reiterating our willingness to work together for the consolidation of the principles of a multi-centric and multipolar world.*

*(Stamp – Bolivarian Republic of Venezuela – Executive Vice President)*

*(Signature – Illegible)*

**Delcy Rodriguez Gómez**

EXECUTIVE VICE-PRESIDENT OF THE BOLIVARIAN REPUBLIC OF VENEZUELA

CERTIFIED TRANSLATION
14/01/2021
REG:07635166
LANGUAGE REACH



14th January 2021

Dear Sirs,

**Re: Spanish into English Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English.

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,

Language Reach Ltd
2020 ACCREDITED MEMBER
ATC
Association of Translation Companies
MEMBER No 2020ATCAC1238
2020 NETWORK MEMBER OF
EUATC
European Union of Associations of Translation Companies

**Maria Bello**
Senior Project Manager

CERTIFIED TRANSLATION
14/01/2021
REG:07635166
LANGUAGE REACH

Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN

18

# EXHIBIT D

FIBRE-GLASS

FIBRE-GLASS