# EXHIBIT 4

 | Ministry of the Popular Power of the **Office of the Presidency** and Monitoring of Government Performance | General Dispatch office | 

# CERTIFICATION

The undersigned, **MAGALLY VIÑA CASTRO**, holder of identity card No. **V-4.290.770**, in my capacity as General Director of the Ministry of the Popular Power of the Office of the Presidency and Monitoring of Government Performance; designated through Resolution No. 008-16, dated 01 March 2016, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 40.860. dated 2 March 2016; certify by means of this certificate that the attached letter dated 11 June 2020 issued by the President of the Bolivarian Republic of Venezuela, **Nicolás Maduro Moros**, sent to the Supreme Leader of the Islamic Revolution of Iran, **Ayatollah Alí Jameneí** is a true and exact copy of the document kept in the archives of the Ministry of the Popular Power of the Office of the Presidency of Presidency of the Bolivarian Republic of Venezuela. Made in Caracas, on the thirteenth (13) day of the month of September of the year 2022.

[*Illegible stamp*]

**MAGALLY VIÑA CASTRO**
**GENERAL DIRECTOR OF THE OFFICE OF THE PRESIDENCY**
**AND MONITORING OF GOVERNMENT PERFORMANCE**
ACCORDING TO RESOLUTION No. 008-16 OF 02 MARCH 2016
OFFICIAL GAZETTE No. 40.860 DATED 02 MARCH 2016

**CHAVEZ LIVES…THE HOMELAND CONTINUES…!**





NICOLÁS MADURO MOROS
PRESIDENT OF THE
BOLIVARIAN REPUBLIC OF VENEZUELA

*Caracas, 11 June 2020*

*His Excellency*
*Ayatollah Alí Jameneí*
**Supreme Leader of the Islamic Revolution of Iran**

*I am writing to you in the name of God, the Merciful, on behalf of the people of Venezuela and the Government that honours me preside, to thank you from the deepest soul of this Earth, for the support you have bravely and resolutely given to Venezuela, upholding international law and laying bare empires made of paper.*

*Your Excellency, I ask you through the bearer of this letter, to invoke your intervention in order to guarantee a new urgent shipment of five million barrels of gasoline for this current month. The 'legacy of Iranian gasoline tankers has signified a historic milestone in our bilateral relations and decisively sealed the love of the Venezuelan people for Iran. The collective emotion of Venezuela when the ships carrying the Iranian flag arrived in our jurisdictional waters, indicated a victory for relations between sovereign states, never subjected to any empire.*

*In the same way, I request your valuable support to specify the monthly and periodic shipment of gasoline to Venezuela for a year. And being able to accompany this scheme with mechanisms of financing defined by the teams of both countries.*





**NICOLÁS MADURO MOROS**
PRESIDENT OF THE
BOLIVARIAN REPUBLIC OF VENEZUELA

*Your Excellency Ayatollah, you can count on the people of Bolívar and Chávez, together to continue paving the way for co-operation, friendship and brotherhood between our countries, and to forge the peace that humanity yearns for, and which today is seriously threatened.*

BOLIVARIAN REPUBLIC
OF VENEZUELA

[Coat of arms of Spain]

OFFICE OF THE
PRESIDENCY

PRESIDENT

*Best Wishes*
*[Illegible signature]*

**Nicolás Maduro Moros**



| | | |
|---|---|---|
| **Bolivarian** Government of Venezuela | Ministry of the Public Power for **External Relations** | Office of **Consular Relations** |

No. R14509322S18409

## APOSTILLE

(Convention de La Haye du 5 octobre 1961)

| 1. Country: VENEZUELA | |
|---|---|
| This public document | |
| 2. has been signed by | **MAGALLY VIÑA CASTRO** |
| 3. acting in the capacity of | **GENERAL DIRECTOR OF THE OFFICE OF THE MINISTRY OF THE POPULAR POWER OF THE OFFICE OF THE PRESIDENCY AND OF THE MONITORING OF GOVERNMENT PERFORMANCE** |
| 4. bears the seal/stamp of | Ministry of the Popular Power of the Office of the Presidency and of the Monitoring of Government Performance. |
| Certified | |
| 5. In CARACAS | 6. on 14-09-2022 |
| 7. by | Ministry of the Public Power For External Relations |
| 8. No. R14509322S18409 | |
| 9. Seal/stamp:  | 10. Signature   [*Illegible*] |

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**

General Director (E) of the Consular Relations Office in accordance with Resolution No. 007 of 24 May 2022, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 42.388 of 31 May 2022.

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
The Apostille does not certify the content of the document for which it was issued.
**Date and time of issue**: 14/09/2022 14:56:15
To validate the authenticity of this Apostille enter this code: 9AH1YY6489E  in
https://consultalegalisacionve.mppre.gob.ve
**Document type**: Certification
**Holder**: Identification number: G200032669 **Name**: PRESIDENCIA DE LA REPUBLICA BOLIVARIANA DE VENEZUELA

Mppre-9a926a842e9e818735ffc29e266423916708ca8





# OFFICIAL GAZETTE
OF THE BOLIVARIAN REPUBLIC
OF VENEZUELA
LEGAL DEPOSIT: ppo 187207DF1

**BOLIVARIAN REPUBLIC OF VENUELA
MINISTRY OF THE POPULAR POWER FOR
COMMUNICATION AND INFORMATION
NATIONAL AUTONOMOUS PRESS AND OFFICIAL GAZETTE
OFFICAL OF THE GENERAL DIRECTOR**

**Caracas, Ninth (09 of September of Two thousand and twenty-two (2022).**

The undersigned, JOHANNYL RODRIGUEZ RIVERO, in my capacity as Director General (E) Autonomous National Press and Official Gazette (SAINGO) appointed by the Official Gazette of the Bolivarian Republic of Venezuela No. 41,548, dated 18 December, 2018 and signature delegation established in numeral 1 of the FIRST Resolution of Article 1 of the Resolution
059 =================================

**I HEREBY CERTIFY** That the foregoing photocopies are a faithful and exact transfer of the original of the Official Gazette No. <u>40860</u> dated <u>02/03/2016</u>, which were compared with their original for the purposes of verifying the accuracy of the copy.

Appointed: <u>Karlymar Seijas</u> holder of identity card No. V-18995651, official of this Autonomous Service. for the elaboration, comparison and expedition of this certification, in analogous application of articles 39 and 77 of the Law of Public Registry and Notaries, in accordance with article 1384 of the current Venezuelan Civil Code.

| The publication is certified for legal purposes: | |
|---|---|
| Mr. KARAM PEREZ KHALIL | |
| I.D.: V-21658445 | Issue No. 40860 |
| To: TO WHOM IT MAY CONCERN | Type of Process: TO WHOM IT MAY CONCERN |

Digitally signed by Johannyl Rodriguez Rivero
Date: 2022.09.09 13.36.26 VET
Reason: CERTIFIED SIGNATURE
Location: Caracas – La Candelaria

**JOHANNYL RODRIGUEZ RIVERO**

**GENERAL DIRECTOR**

**AUTONOMOUS NATIONAL PRESS AND NATIONAL GAZETTE**



# OFFICIAL GAZETTE
## OF THE BOLIVARIAN REPUBLIC OF VENEZUELA

| YEAR CXLIII Month V | Caracas, Wednesday 2 March 2016 | Number 40.860 |
|---|---|---|

## SUMMARY

**PRESIDENCY OF THE REPUBLIC**
Decree No. 2,254 approving the National Human Rights Plan 2015-2019, formulated by the National Human Rights Council - (Reprinted due to misprint - See No. 6,218 Extraordinary of the OFFICIAL GAZETTE OF THE BOLIVARIAN REPUBLIC OF VENFUELA. of this same date)

### MINISTRY OF POPULAR POWER FROM THE OFFICE OF THE PRESIDENCY AND MONITORING OF GOVERNMENT PERFORMANCE

Resolution through which the Structure for the Execution of the Budget of Expenses of this Ministry is approved, and the citizens mentioned in it are designated. as Responsible for the Administrative Units of said Structure.

Resolution by which the citizen Magally Afia Castro is appointed as General Director of the Firm as Manager

Autonomous Institute National Council
of Rights of Boys, Girls and Adolescents
Orders through which the benefit of Special Retirement is granted to the citizens who are mentioned in them,

### MINISTRY OF POPULAR POWER FOR PRODUCTIVE AGRICULTURE AND LAND
INSOPESCA
Order whereby citizen Gabriel Reyes Rangel is appointed as Manager of the Office of Budget Planning and Management Evaluation of this Institute

### MINISTRY OF POPULAR POWER FOR HABITAT AND HOUSING
Resolution whereby citizen Jesus Miguel Castillo Golding is appointed as President of CONSTRUPATRIA S.A., working at this Ministry.

### MINISTRY OF THE POPULAR POWER FOR COMMUNICATION AND INFORMATION
Resolution whereby special retirement is granted to the citizen Laly Maria Candelaria Bravo de Sousa.

### GENERAL CONTROLLERSHIP OF THE REPUBLIC
Resolutions whereby Retirement is granted to the citizens mentioned therein.

### PUBLIC DEFENCE
Resolutions whereby the citizens mentioned therein are appointed to the roles specified by the organisation.

Resolutions whereby the citizens mentioned therein are transferred to the Regional Units specified therein with the powers established by the Organisation.

### NOTICES

## MINISTRY OF THE POPULAR POWER OF THE OFFICE OF THE PRESIDENCY AND MONITORING OF GOVERNMENT PERFORMANCE

*[Illegible]*

Caracas, 01 March 2016
**205, 157 and 17**
**RESOLUTION No. 007-16**

The Minister of the Popular Power of the Office of the Presidency and the Monitoring of Government Performance, **JESUS SALAZAR VELASQUEZ**, holder of identity card No. V-5.910.545, appointed by means of Decree No. 1.972 of 04 September 2015, published in the Extraordinary Official Gazette of the Bolivarian Republic of Venezuela No. 6.195 of the same date, in the exercising of the powers conferred by articles 34, 65 and 78, numbers 2, 12 and 19 of the Decree having the Scope, Value and Force of the Organic Law on Public Administration, published in the Extraordinary Official Gazette of the Bolivarian Republic No. 6.147 of 17 November of 2014 in accordance with that specified in article 17 of Decree 1.401 of 13 November 2014 whereby the Decree with the Scope, Value and Force of Organic Law on Financial Administration is made published in the Extraordinary Official Gazette of the Bolivarian Republic of Venezuela No. 6.154 of 19 November 2014, pertaining to what is provided in article 47 of Regulation No. 1 of the Organic Law on Financial Administration for the Public Sector on the Budget System ordered by Decree No. 3.776 dated 18 June 2005 and published in the Extraordinary Official Gazette of the Bolivarian Republic of Venezuela No. 35.781 dated 12 August 2005.

### RESOLVES

**FIRST**: To approve the structure for the execution of the expenses budget of the Ministry of the Popular Power of the Presidency and the Monitoring of Government Performance and to appoint the officials responsible for the Administrative Units of this structure as indicated below.

| CENTRAL ADMINISTRATIVE UNIT | | | |
|---|---|---|---|
| Central Administrative Units | Official Responsible | Surname, name and IF Card | Number and Location of the Administrative Unit |
| Office of Administrative Management | Ministry of the Popular Power of the Office of Presidency and Monitoring of Government Performance | *[Illegible]* | 00011<br><br>District Capital HQ |

| DECENTRALISED ADMINISTRATIVE UNITS WITH DELEGATION OF SIGNATURE | | | |
|---|---|---|---|
| Decentralised Administrative Units | Official Responsible | Surname, name and IF Card | Number and Location of the Administrative Unit |
| Office of Administrative Management | Ministry of the Popular Power of the Office of Presidency and Monitoring of Government Performance | *[Illegible]* | 00011<br><br>District Capital HQ |
| Secretary General of the National Defence Council | Secretary General of the National Defence Council | *[Illegible]* | 000120<br><br>District Capital HQ |
| National Council for the Development of the afrodescendant communities of Venezuela | President | *[Illegible]* | *[Illegible]*<br><br>District Capital HQ |
| Strategic Centre for Security and Protection of the Fatherland | General Director | *[Illegible]* | *[Illegible]*<br><br>District Capital HQ |

Project: 370065000 "Department for Presidential Security, Custody and Protection"

| DECENTRALISED ADMINISTRATIVE UNITS WITHOUT DELEGATION OF SIGNATURE | | | |
|---|---|---|---|
| Decentralised Administrative Units | Official Responsible | Surname, name and IF Card | Number and Location of the Administrative Unit |
| Presidential Security | Commander of the Special Brigade for President Protection and Safety | *[Illegible]* | *[Illegible]*<br><br>District Capital HQ |
| Presidential Custody | Commander of the Presidential Guard of Honour | *[Illegible]* | *[Illegible]*<br><br>District Capital HQ |



| Operational Areas | Commander of Operational Areas | [Illegible] | [Illegible] |
| | | | District Capital HQ |
| Special Unit for Security and Protection of State Personalities | Commandant of Special Unit for Security and Protection of State Personalities | [Illegible] | [Illegible] |
| | | | District Capital HQ |

**SECOND:** Resolutions No. 069-15 and 004016, published in the Official Gazettes of the Bolivarian Republic of Venezuela No. 40.818 and 40.844 dated 29 December 2016 and 5 February 2016 respectively are without effect.

**THIRD:** This resolution shall come into effect from its publication in the Official Gazette of the Bolivarian Republic of Venezuela.

In accordance with the provisions of the Organic Law on Administrative Procedures. To be published and communicated.

[illegible stamp and signature]

**JESUS RAFAEL SALAZAR VELASQUEZ**
Ministry of the Popular Power of the Office of the Presidency and the Monitoring of Government Performance
According to Decree No. 1.972 of 04 September 2015
Official Gazette No. 6.195 of the same data

Illegible]

Caracas, 01 March 2016
205, 157 and 17
**RESOLUTION No. 007-16**

The Minister of the Popular Power of the Office of the Presidency and the Monitoring of Government Performance, **JESUS SALAZAR VELASQUEZ**, holder of identity card No. V-5.910.545, appointed by means of Decree No. 1.972 of 04 September 2015, published in the Extraordinary Official Gazette of the Bolivarian Republic of Venezuela No. 6.195 of the same date, in the exercising of the powers conferred by article 2 of the Organic Regulation of the Ministry of the Public Power of the Office of the Presidency and the Monitoring of Government Performance published in the Extraordinary Official Gazette of the Bolivarian Republic of Venezuela No. 6.189 dated 16 July 2015; in the exercising of the powers conferred on him by articles 65 and 78, numbers 2 and 19 of the Decree with the Scope, Value and Force of Organic Law on the Organic Law on the Public Administration published in the Extraordinary Official Gazette of the Bolivarian Republic of Venezuela No. 6.142 dated 17 November 2014; and in compliance with what is set out under article 5 numbers 2, 19 and 20 of the State Law on the Public Function published in the Extraordinary Official Gazette of the Bolivarian Republic of Venezuela No. 37.522 of 5 September 2002.

**RESOLVES**

**FIRST:** To appoint **MAGALLY VINA CASTRO**, holder of identity card No. V-4.290.770, as GENERAL DIRECTOR OF THE OFFICE, in the capacity of manager, being empowered to exercise the powers set out in article 18 of the Decree on the General Organisation of the National Public Administration, published in the Extraordinary Official of the Bolivarian Republic of Venezuela No. 6.143 dated 18 February 2015 and other current regulations.

**SECOND:** for Resolution No. 001-14 dated 21 January 2014, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 40.337 of 21 January 2014 to be unaffected.

**THIRD:** For swearing in of the citizen to be made through this Resolution.

**FOURTH:** This Resolution, shall come into force with effect from its publication on the Official Gazette of the Bolivarian Republic of Venezuela.

In accordance with the provisions in article 72 of the Organic Law on Administrative Procedures. To be published and communicated.

[illegible stamp and signature]

**JESUS RAFAEL SALAZAR VELASQUEZ**
Ministry of the Popular Power of the Office of the Presidency and the Monitoring of Government Performance
According to Decree No. 1.972 of 04 September 2015
Official Gazette No. 6.195 of the same data

**BOLIVARIAN REPUBLIC OF VENEZUELA**
**MINISTRY OF THE POPULAR POWER OF THE OFFICE OF PRESIDENT AND MONITORING OF GOVERNMENT PERFORMANCE.**
**AUTONOMOUS INSTITUTE NATIONAL COUNCIL FOR RIGHTS OF CHILDREN AND ADOLESCENTS**

Caracas, 25 February 2016

205 157 and 17
**ADMINISTRATIVE PROCEDURE 008-2016**

The President of the Autonomous Institute of the National Council for the Rights of Children and Adolescents (IDENNA, citizen **AMALIA ROSA SAEZ DE SANQUIZ**, Venezuelan, of legal age, civilly empowered, holder of Identity Card V-4,193,828. Designated through Decree No. 667 published in the Official Gazette of. The Bolivarian Republic of Venezuela No. 4 40,314 effective 12 December, 2013. In the exercise of the attributions conferred under Organic Law for the Protection of Children and Adolescents in correspondence to what is established in the
article 5, number 5 of the Law of the Statute of the Public Function in accordance with what is established in article 10 of the instructions that establish the norms that! Regulate the Immigration of Specular Retirements for Officials and Employees who provide services in the National, State, Municipal Public Administration and for the workers dependent on the National Public Power.

**CONSIDERING**
That by order of the citizen Executive Vice President of the Bolivarian Republic of Venezuela, Jorge Alberto Arreaza Monserrat. holder of identity card No. 945 178 Acting in exercise of the defection conferred in Decree 9 402 dated March eleven (11), 2013 in article 1 numeral 10, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 40,126 dated IA ID March 2013; through which the attribution of granting Special retirements to civil servants, employees or workers to the Service of the National Public Administration is granted, to grant the! SPECIAL RETIREMENT BENEFIT, to **MARIA CRISTINA KOEGLER MANGELES**. holder of 1 Identity Card No. V-17.298.684, in accordance with the provisions of article 21 of the Decree with Scope, Value and Force of Law on the Retirement and Pension Regime of Workers of the Public Administration.

National, State! and Municipal, published in the Official Gazette of the Bolivarian Republic of Venezuela NI° 6,156 Extraordinary; or, dated November 19, 2014, in accordance with the Article 14 of the Partial Reform of the Regulations of the Law of article on the Retirement and Pension Regime for Employees or Disabled Persons of the National Public Administration; of the States and Municipalities.

**DECIDES:**
**FIRST.** Grant the benefit of SPECIAL RETIREMENT, approved by the Executive Vice President of the Bolivarian Republic of Venezuela. through document FP-026 dated 19 of May 2015, to the citizen **CRISTINA KOEGLER MANGELES**, holder of identity card No. V-17.298.684. seventy years old (70), who has been seventeen years old and eleven months old and has been in service: within the National Public Administration: his last position being Technician 1 in this Autonomous Institute.
**SECOND** The amount corresponding to the matter of the SPECIAL RULING is for the amount of **THREE THOUSAND THIRTY-TWO BOLIVARES WITH FORTY-SIX CENTS (Bs 3,032.46)**, monthly equivalent to 45% of the average salary of the "last twelve months in service, active; since the location may not be less than the minimum urban wage and the amount approved by the National Executive is less, said amount will be homologated to the current national minimum wage in accordance with the provisions of article 80 of the Constitution of Bolivarian Republic of Venezuela
**THIRD** The Human Resources Management of the Autonomous National Institute on Rights of Children and Adolescents (IDENNA), is in charge of executing the present Administrative Order. As a consequence, it is authorized to process what is conducive to the effects of the calculation and payment of the labour liabilities that correspond to the aforementioned worker, in accordance with the provisions of the! article 141 of the Organic Law on Labour and Workers and article 92 of the Constitution of the Bolivarian Republic of Venezuela
**FOURTH.** The Human Resources Management of the Autonomous Institute of the National Council for the Rights of Children and Adolescents (IDENNA) will make the corresponding notification, by virtue of the provisions of article 73 of the Organic Law of Administrative Procedures.
**FIFTH** This order shall apply with effect from publication in the Official Gazette of the Bolivarian Republic of Venezuela, in accordance with the parameters established in article 72 of the Organic Law of Administrative Procedures. concatenated with the article 21 of the Decree with Scope, Value and Force of Law on the Retirement and Pension Regime for Workers of the National, State and Municipal Public Administration.

To be notified and published

BOLIVARIAN REPUBLIC
OF VENEZUELA

idena

PRESIDENCY

**AMALIA ROSA SAEZ SANQUIZ**
PRESIDENT
Presidential Decree No. 667 published in the
Official Gazette of the Bolivarian Republic of
Venezuela No. 40.314 dated 12 December 2013



 

# CERTIFICACIÓN

Quien suscribe, **MAGALLY VIÑA CASTRO**, titular de la cédula de identidad N° **V-4.290.770**, en mi carácter de Directora General del Despacho (E) del Ministerio del Poder Popular del Despacho de la Presidencia y Seguimiento de la Gestión de Gobierno; designada mediante la Resolución N° 008-16, de fecha 01 de marzo de 2016, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.860, de fecha 02 de marzo de 2016; a través de la presente certifico que la Carta adjunta de fecha 11 de junio de 2020, remitida por el Presidente de la República Bolivariana de Venezuela, **Nicolás Maduro Moros**, dirigida al Líder Supremo de la Revolución Islámica de Irán, el **Ayatolá Alí Jameneí** es una copia fiel y exacta del documento que reposa en los archivos del Ministerio del Poder Popular del Despacho de la Presidencia de la República Bolivariana de Venezuela. Dado en Caracas, a los trece (13) días del mes de septiembre del año 2022.

**MAGALLY VIÑA CASTRO**
DIRECTORA GENERAL DEL DESPACHO DE LA PRESIDENCIA
Y SEGUIMIENTO DE LA GESTIÓN DE GOBIERNO
SEGÚN RESOLUCIÓN N° 008-16 DEL 02 DE MARZO DE 2016
GACETA OFICIAL N° 40.860 DE FECHA 02 DE MARZO DE 2016

¡CHÁVEZ VIVE… LA PATRIA SIGUE…!

*"Una poderosa fuerza se levantó y comenzó a imprimirle ritmo y dirección a un proceso, y no habrá fuerza capaz de detenerlo, porque se alimenta de la energía maravillosa que genera la conciencia de un pueblo",*
Hugo Chávez. 31 de marzo de 2006
*"EFICIENCIA O NADA"*



**NICOLÁS MADURO MOROS**
PRESIDENTE DE LA
REPÚBLICA BOLIVARIANA DE VENEZUELA

Caracas, 11 de junio de 2020

Su Excelentísimo
Ayatolá Ali Jamenei
**Líder Supremo de la Revolución Islámica de Irán**

En el nombre de Dios, el Misericordioso, me dirijo a Usted en nombre del pueblo de Venezuela y del Gobierno que me honra presidir, para agradecerle desde el alma profunda de esta Tierra, el apoyo que de forma valiente y decidida ha brindado a Venezuela, reivindicando el Derecho Internacional y dejando al desnudo a los imperios de papel.

Excelentísimo Líder, acudo a Usted a través del portador de esta carta, para invocar su intervención a fin de garantizar un nuevo envío urgente de cinco millones de barriles de gasolina para este mes corriente. La llegada de los buques de gasolina iraní ha significado un hito histórico en nuestras relaciones bilaterales y selló decididamente el amor del pueblo venezolano por Irán. La emoción colectiva de Venezuela cuando los buques portadores de la bandera iraní arribaron a nuestras aguas jurisdiccionales, indicaban una victoria de las relaciones entre Estados soberanos, jamás sometidos a Imperio alguno.

De igual manera, solicito su valioso apoyo para concretar el envío mensual y periódico de gasolina a Venezuela durante un año. Y, poder acompañar este esquema con mecanismos de financiamiento que definan los equipos de ambos países.



**NICOLÁS MADURO MOROS**
PRESIDENTE DE LA
REPÚBLICA BOLIVARIANA DE VENEZUELA

Excelentísimo Ayatolá, cuente usted con el pueblo de Bolívar y Chávez, para juntos seguir allanando el camino de la cooperación, la amistad y hermandad entre nuestros países, y forjar la paz que anhela la humanidad, hoy seriamente amenazada por la pandemia que ha impactado al mundo.

Bendiciones.

**Nicolás Maduro Moros**




16/09/2022




**Gobierno Bolivariano de Venezuela** | **Ministerio del Poder Popular para Relaciones Exteriores** | **Oficina de Relaciones Consulares**

No. R14509322S18409

# APOSTILLE
(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| 1. País: / Country/Pays | VENEZUELA |
| El presente documento público / The public document / Le présent acte public | |
| 2. ha sido firmado por / has been signed by / a été signé par | MAGALLY VIÑA CASTRO |
| 3. quien actúa en calidad de / acting in the capacity of / agissant en qualité de | DIRECTORA GENERAL DEL DESPACHO (E) DEL MINISTERIO DEL PODER POPULAR DEL DESPACHO DE LA PRESIDENCIA Y SEGUIMIENTO DE LA GESTIÓN DE GOBIERNO |
| 4. y está revestido del sello / timbre de / bears the seal / stamp of / est revêtu du sceau / timbre de | Ministerio del Poder Popular del Despacho de la Presidencia y Seguimiento de la Gestión de Gobierno |
| | **Certificado** / Certified / Attesté |
| 5. en CARACAS / at / a | 6. el día 14-09-2022 / the / le |
| 7. Por Ministerio del Poder Popular para Relaciones Exteriores / by / par | |
| 8. Bajo el número R14509322S18409 / Nº / sous nº | |
| 9. Sello / timbre: Seal / stamp: Sceau / timbre:  | 10. Firma: Signature: Signature:  |

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
Director General de la Oficina de Relaciones Consulares, según Resolución Nro. 007 del 24 de mayo de 2022, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro. 42.388 del 31 de mayo de 2022.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
Fecha y hora de la emisión: 14/09/2022 14:56:15
Para validar la autenticidad de esta apostilla ingrese este código: 9AH1YY64B9E en http://consultalegalizacionve.mppre.gob.ve
Tipo de Documento: Certificación
Titular: Nro de Identificación: G G200032669 Nombre: PRESIDENCIA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA
-------------------------------------------------------------
This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
Date and time of issue: 14/09/2022 14:56:15
To validate the authenticity of this Apostille enter this code: 9AH1YY64B9E in http://consultalegalizacionve.mppre.gob.ve
Document type: Certificación
Holder: Identification Number: G G200032669 Name: PRESIDENCIA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA
-------------------------------------------------------------
Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
Date et heure d'émission: 14/09/2022 14:56:15
Pour valider l'authenticité de cette apostille, entrez ce code: 9AH1YY64B9E dans http://consultalegalizacionve.mppre.gob.ve
Type de document: Certificación
Titulaire: Numéro d'identification: G G200032669 Prénom: PRESIDENCIA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA



Mppre-9a926a8424e9e818735ffc29e266423916708ca8



# GACETA OFICIAL
## DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA
DEPÓSITO LEGAL: ppo 187207DF1

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA
LA COMUNICACIÓN Y LA INFORMACIÓN
SERVICIO AUTÓNOMO IMPRENTA NACIONAL Y GACETA OFICIAL
DESPACHO DEL DIRECTOR GENERAL

Caracas, Nueve (09) de Septiembre del Dos mil veintidos (2022).

Quien suscribe, JOHANNYL RODRIGUEZ RIVERO, en mi carácter de Director General (E) del Servicio Autónomo Imprenta Nacional y Gaceta Oficial (SAINGO) designado mediante la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.548, de fecha 18 de diciembre de 2018 y delegación de firma establecida en el numeral 1 del Resuelto PRIMERO DEL Artículo 1 de la Resolución 059-----------------------------------------------------------------------

**CERTIFICO** Que las copias fotostáticas que anteceden, son traslado fiel y exacto del original de la Gaceta Oficial N° 40860 de fecha 02/03/2016, las cuales fueron confrontadas con su original a los fines de verificar la exactitud de la copia.------------------------------------------------------------

Se designó a: karlymar Seijas titular de la cédula de identidad N°. V-18995651, funcionario(a) de este Servicio Autónomo, para la elaboración, confrontación y expedición de la presente certificación, en aplicación analógica de los artículos 39 y 77 de la Ley de Registro Público y del Notariado, en concordancia con el artículo 1384 del Código Civil Venezolano Vigente.

Para fines legales se certifica la publicación:

| Sr.(a) KARAM PEREZ KHALIL | |
|---|---|
| C.I.: V-21658445 | N° Expediente: 40860 |
| Destinatario: A QUIEN PUEDA INTERESAR | Tipo de Trámite: A QUIÉN PUEDA INTERESAR |
| Código de Verificación: 76736631b79a38181b | |

Digitally signed by Johannyl Rodriguez Rivero
Date: 2022.09.09 13:36:26 VET
Reason: FIRMA CERTIFICADO
Location: Caracas - La Candelaria

JOHANNYL RODRIGUEZ RIVERO
DIRECTOR GENERAL (E)
SERVICIO AUTÓNOMO IMPRENTA NACIONAL Y GACETA OFICIAL

# GACETA OFICIAL
## DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

AÑO CXLIII - MES V     Caracas, miércoles 2 de marzo de 2016     Número 40.860

## SUMARIO

**PRESIDENCIA DE LA REPÚBLICA**

Decreto N° 2.254 mediante el cual se aprueba el Plan Nacional de Derechos Humanos 2015-2019, formulado por el Consejo Nacional de Derechos Humanos.-(Se reimprime por error de Imprenta.- Véase N° 6.218 Extraordinario de la GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA, de esta misma fecha).

**MINISTERIO DEL PODER POPULAR DEL DESPACHO DE LA PRESIDENCIA Y SEGUIMIENTO DE LA GESTIÓN DE GOBIERNO**

Resolución mediante la cual se aprueba la Estructura para la Ejecución del Presupuesto de Gastos de este Ministerio, y se designa a los ciudadanos y a la ciudadana que en ella se mencionan, como Responsables de las Unidades Administradoras de dicha Estructura.

Resolución mediante la cual se designa a la ciudadana Magally Viña Castro, como Directora General del Despacho, en calidad de Encargada.

**Instituto Autónomo Consejo Nacional de Derechos de Niños, Niñas y Adolescentes**

Providencias mediante las cuales se otorga el beneficio de Jubilación Especial, a las ciudadanas que en ellas se mencionan.

**MINISTERIO DEL PODER POPULAR PARA LA AGRICULTURA PRODUCTIVA Y TIERRAS**

**INSOPESCA**

Providencia mediante la cual se designa al ciudadano Gabriel Reyes Rangel, como Gerente de la Oficina de Planificación, Presupuesto y Evaluación de Gestión, de este Instituto.

**MINISTERIO DEL PODER POPULAR PARA HÁBITAT Y VIVIENDA**

Resolución mediante la cual se designa al ciudadano Jesús Miguel Castillo Golding, como Presidente de CONSTRUPATRIA, S.A., adscrita a este Ministerio.

**MINISTERIO DEL PODER POPULAR PARA LA COMUNICACIÓN E INFORMACIÓN**

Resolución mediante la cual se otorga el beneficio de Jubilación Especial, a la ciudadana Laly María Candelaria Bravo de Sousa.

**CONTRALORÍA GENERAL DE LA REPÚBLICA**

Resoluciones mediante las cuales se otorga Jubilación a las ciudadanas y ciudadanos que en ellas se mencionan.

**DEFENSA PÚBLICA**

Resoluciones mediante las cuales se designa a la ciudadana y al ciudadano que en ellas se mencionan, para ocupar los cargos que en ellas se especifican, de este Organismo.

Resoluciones mediante las cuales se traslada a las ciudadanas que en ellas se mencionan, a las Unidades Regionales que en ellas se especifican, con las competencias que en ellas se establecen, de este Organismo.

**AVISOS**

## MINISTERIO DEL PODER POPULAR DEL DESPACHO DE LA PRESIDENCIA Y SEGUIMIENTO DE LA GESTIÓN DE GOBIERNO

República Bolivariana de Venezuela
Ministerio del Poder Popular del Despacho de la Presidencia y Seguimiento de la Gestión de Gobierno
Despacho del Ministro

Caracas, 01 de marzo de 2016

205°, 157° y 17°
**RESOLUCIÓN N° 007-16**

El Ministro del Poder Popular del Despacho de la Presidencia y Seguimiento de la Gestión de Gobierno, ciudadano **JESÚS RAFAEL SALAZAR VELÁSQUEZ**, titular de la cédula de identidad N° V-5.910.545, designado mediante el Decreto N° 1.972, del 04 de septiembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 6.195 Extraordinario, de la misma fecha; en el ejercicio de las atribuciones que le confieren los artículos 34, 65 y 73, numerales 2, 13 y 19 del Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública, publicado en Gaceta Oficial de la República Bolivariana de Venezuela N° 6.147 Extraordinario, de fecha 17 de noviembre de 2014; de conformidad con lo establecido en el artículo 17 del Decreto N° 1.401 de fecha 13 de noviembre de 2014, por medio del cual se dictó el Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Financiera del Sector Público, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 6.154 Extraordinaria de fecha 19 de noviembre de 2014, aunado a lo dispuesto en el artículo 47 del Reglamento N° 1 de la Ley Orgánica de la Administración Financiera del Sector Público, sobre el Sistema Presupuestario dictado mediante Decreto N° 3.776 de fecha 18 de julio de 2005 y publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 38.781 Extraordinario, de fecha 12 de agosto de 2005.

**RESUELVE**

**PRIMERO:** Aprobar la estructura para la ejecución financiera del presupuesto de gastos del Ministerio del Poder Popular del Despacho de la Presidencia y Seguimiento de la Gestión de Gobierno y se designan los funcionarios y funcionarias responsables de las Unidades Administradoras de dicha estructura, como se indica a continuación:

### UNIDAD ADMINISTRADORA CENTRAL

| Unidad Administradora Central | Funcionario Responsable | Nombre, Apellido y Cédula de Identidad | Número y Ubicación de la Unidad Administradora |
|---|---|---|---|
| Oficina de Gestión Administrativa | Ministro del Poder Popular del Despacho de la Presidencia y Seguimiento de la Gestión de Gobierno | G/B Jesús Rafael Salazar Velásquez V-5.910.545 | 00011 Sede Distrito Capital |

### UNIDADES ADMINISTRADORAS DESCONCENTRADAS CON DELEGACIÓN DE FIRMAS

| Unidad Administradora Desconcentrada | Funcionario Responsable | Nombre, Apellido y Cédula de Identidad | Número y Ubicación de la Unidad Administradora |
|---|---|---|---|
| Guardia de Honor Presidencial | Comandante de la Guardia de Honor Presidencial | G/B Iván Rafael Hernández Dala V-6.961.149 | 00014 Sede Distrito Capital |
| Secretaría General del Consejo de Defensa de la Nación | Secretario General del Consejo de Defensa de la Nación | M/G. Alexis Ascención López Ramírez V-7.493.911 | 00120 Sede Distrito Capital |
| Consejo Nacional para el Desarrollo de las Comunidades Afrodescendientes de Venezuela | Presidenta | Norma Josefina Romero Marín V-6.048.600 | 31376 Sede Distrito Capital |
| Centro Estratégico de Seguridad y Protección de la Patria | Director General | M/G. Gustavo Enrique González López V-5.736.284 | (N/D) Sede Distrito Capital |

Proyecto: 370065000 "Servicio de Seguridad, Custodia y Protección Presidencial"

### UNIDADES ADMINISTRADORAS DESCONCENTRADAS SIN DELEGACIÓN DE FIRMAS

| Unidad Administradora Desconcentrada | Funcionario Responsable | Nombre, Apellido y Cédula de Identidad | Número y Ubicación de la Unidad Administradora |
|---|---|---|---|
| Seguridad Presidencial | Comandante de la Brigada Especial de Protección y Aseguramiento Presidencial | Cnel. Jesús Rafael Villamizar Gómez C.I.V-10.794.553 | 06102 Sede Distrito Capital |
| Custodia Presidencial | Comandante de la Brigada Guardia de Honor Presidencial | Cnel. Leonardo Alfredo Bello Ortega C.I.V-10.515.821 | 06201 Sede Distrito Capital |

CERTIFIED TRANSLATION 16/09/2022 LANGUAGE

| Operaciones Aéreas | Comandante de Operaciones Aéreas | G/B Alejandro José Guevara Hernández C.I.V.- 6.464.422 | 06394 Sede Distrito Capital |
| --- | --- | --- | --- |
| Unidad Especial de Seguridad y Protección a Personalidades de Estado | Comandante de la Unidad Especial de Seguridad y Protección a Personalidades de Estado | G/B Dilo Rafael Rodríguez Díaz C.I.V.- 6.931.453 | 06306 Sede Distrito Capital |

**SEGUNDO:** Se deja sin efecto las Resoluciones N° 069-15 y 004-16, publicadas en las Gacetas Oficiales de la República Bolivariana de Venezuela N° 40.818 y 40.844 de fechas 29 de diciembre de 2015 y 05 de febrero de 2016, respectivamente.

**TERCERO:** La presente Resolución entra en vigencia a partir de su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela.

Conforme a lo dispuesto en el artículo 72 de la Ley Orgánica de Procedimientos Administrativos, Comuníquese y Publíquese.

JESÚS RAFAEL SALAZAR VELÁSQUEZ
Ministro del Poder Popular del Despacho de la Presidencia y Seguimiento de la Gestión de Gobierno
Según Decreto N° 1.972, del 04 de Septiembre de 2015
Gaceta Oficial N° 6.195 de Fecha la Misma Fecha

---

República Bolivariana de Venezuela
Ministerio del Poder Popular del Despacho de la Presidencia y Seguimiento de la Gestión de Gobierno
Despacho del Ministro

Caracas, 02 de marzo de 2016
205°, 157° y 17°
**RESOLUCIÓN N° 008-16**

El Ministro del Poder Popular del Despacho de la Presidencia y Seguimiento de la Gestión de Gobierno, ciudadano **JESÚS RAFAEL SALAZAR VELÁSQUEZ**, titular de la cédula de identidad N° V-5.910.545, designado mediante Decreto N° 1.972, del 04 de septiembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 6.195 Extraordinario, conforme a lo establecido en el artículo 2 del Reglamento Orgánico del Ministerio del Poder Popular de la Presidencia y Seguimiento de la Gestión de Gobierno, publicado en Gaceta Oficial de la República Bolivariana de Venezuela N° 6.189 Extraordinario, de fecha 16 de julio de 2015; en ejercicio de las atribuciones que le confieren los artículos 65 y 78, numerales 2 y 19 del Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública N° 6.147 Extraordinario, de fecha 17 de noviembre de 2014; y de conformidad con lo establecido en los artículos 5 numeral 2, 19 y 20 de la Ley del Estatuto de la Función Pública, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 37.522, de fecha 6 de septiembre de 2002.

**RESUELVE**

**PRIMERO:** Designar a la ciudadana **MAGALLY VIÑA CASTRO**, titular de la cédula de identidad N° V-4.290.770, como **DIRECTORA GENERAL DEL DESPACHO**, en calidad de encargada, quedando facultada para ejercer las atribuciones previstas en el artículo 19 del Decreto sobre Organización General de la Administración Pública Nacional, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 6.143 Extraordinario, de fecha 18 de febrero de 2015 y demás normativa vigente.

**SEGUNDO:** Se deja sin efecto la Resolución N° 001-14 de fecha 21 de enero de 2014, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.337 del 21 de enero de 2014.

**TERCERO:** Mediante la presente Resolución juramento a la referida ciudadana.

**CUARTO:** La presente Resolución, entrará en vigencia a partir de su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela.

Conforme a lo dispuesto en el artículo 72 de la Ley Orgánica de Procedimientos Administrativos, Comuníquese y Publíquese.

JESÚS RAFAEL SALAZAR VELÁSQUEZ
Ministro del Poder Popular del Despacho de la Presidencia y Seguimiento de la Gestión de Gobierno
Según Decreto N° 1.972, del 04 de Septiembre de 2015
Gaceta Oficial N° 6.195 de Fecha la Misma Fecha

---

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR DEL DESPACHO DE LA PRESIDENCIA Y SEGUIMIENTO DE LA GESTIÓN DE GOBIERNO.
INSTITUTO AUTÓNOMO CONSEJO NACIONAL DE DERECHOS DE NIÑOS, NIÑAS Y ADOLESCENTES.

Caracas, 25 de Febrero de 2016
205°, 157° y 17°
**PROVIDENCIA ADMINISTRATIVA**
**008-2016**

La Presidenta del Instituto Autónomo Consejo Nacional de Derechos de Niños, Niñas y Adolescentes (IDENNA), ciudadana **AMALIA ROSA SÁEZ DE SANQUIZ**, venezolana, mayor de edad, civilmente hábil, titular de la cédula de identidad N° V-4.193.828, designada mediante Decreto N° 667, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.314, de fecha 12 de diciembre de 2013, en ejercicio de las atribuciones conferidas en el artículo 138-A, literales a y c de la Ley Orgánica para la Protección de Niños, Niñas y Adolescentes; en correspondencia a lo establecido en el artículo 5, numeral 5 de la Ley del Estatuto de la Función Pública; en concordancia con lo establecido en el artículo 10 del Instructivo que establece las normas que Regulan la Tramitación de las jubilaciones Especiales para los Funcionarios y Empleados que prestan servicios en la Administración Pública Nacional, Estadal, Municipal y para los obreros dependientes del Poder Público Nacional.

**CONSIDERANDO**

Que por disposición del ciudadano Vicepresidente Ejecutivo de la República Bolivariana de Venezuela, Jorge Alberto Arreaza Monserrat, titular de la cédula de identidad N° V-11.945.178 actuando en ejercicio de la delegación conferida en el Decreto 9.402 de fecha once (11) de marzo de 2013 en su artículo 1 numeral 10, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.126 de fecha 11 de marzo de 2013; mediante el cual se le concede la atribución de acordar Jubilaciones Especiales a funcionarios, empleados u obreros al servicio de la Administración Pública Nacional, aprobó otorgar el beneficio de JUBILACIÓN ESPECIAL, a la ciudadana **MARIA CRISTINA KOEGLER MANGELES**, titular de la cédula de identidad N° V-17.298.684, de conformidad con lo establecido en el artículo 21 del Decreto con Rango, Valor y Fuerza de Ley Sobre el Régimen de Jubilaciones y Pensiones de los Trabajadores y Trabajadoras de la Administración Pública Nacional, Estadal y Municipal, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 6.156 Extraordinario, de fecha 19 de noviembre de 2014, en concordancia con el artículo 14 de la Reforma Parcial del Reglamento de la Ley del Estatuto Sobre el Régimen de Jubilaciones y Pensiones de los Funcionarios o Empleados de la Administración Pública Nacional, de los Estados y Municipios.

**DECIDE:**

**PRIMERO.** Otorgar el beneficio de JUBILACIÓN ESPECIAL, aprobado por el ciudadano Vicepresidente Ejecutivo de la República Bolivariana de Venezuela, mediante planilla FP-026 en fecha 19 de mayo de 2015, a la ciudadana **MARIA CRISTINA KOEGLER MANGELES**, titular de la cédula de identidad N° V-17.298.684, de setenta años (70) de edad, quien cuenta con diecisiete años, once meses y ocho días de servicio dentro de la Administración Pública Nacional; siendo su último cargo Técnico I, en este Instituto Autónomo.

**SEGUNDO.** El monto correspondiente por concepto de JUBILACIÓN ESPECIAL, es por la cantidad de **TRES MIL TREINTA Y DOS BOLÍVARES CON CUARENTA Y SEIS CÉNTIMOS (Bs 3.032,46)**, mensuales equivalentes al 45% del sueldo promedio de los últimos doce meses en servicio activo; visto que la jubilación no podrá ser inferior al salario mínimo urbano y el monto aprobado por el Ejecutivo Nacional es inferior, dicho monto será homologado al salario mínimo nacional vigente de acuerdo a lo establecido en el artículo 80 de la Constitución de la República Bolivariana de Venezuela.

**TERCERO.** La Gerencia de Recursos Humanos del Instituto Autónomo Consejo Nacional de Derechos de Niños, Niñas y Adolescentes (IDENNA), queda encargada de ejecutar la presente Providencia Administrativa. En consecuencia se autoriza a tramitar lo conducente a los efectos del cálculo y pago de los pasivos laborales que le correspondan a la citada trabajadora, de conformidad con lo establecido en el artículo 141 de la Ley Orgánica del Trabajo, las Trabajadoras y los Trabajadores y el artículo 92 de la Constitución de la República Bolivariana de Venezuela.

**CUARTO.** La Gerencia de Recursos Humanos del Instituto Autónomo Consejo Nacional de Derechos de Niños, Niñas y Adolescentes (IDENNA), efectuará la notificación correspondiente, en virtud de lo dispuesto en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

**QUINTO.** La presente Providencia tendrá vigencia a partir de su publicación en Gaceta Oficial de la República Bolivariana de Venezuela, ello de conformidad con los parámetros establecidos en el artículo 72 de la Ley Orgánica de Procedimientos Administrativos, concatenado con el artículo 21 del Decreto con Rango, Valor y Fuerza de Ley Sobre el Régimen de Jubilaciones y Pensiones de los Trabajadores y las Trabajadoras de la Administración Pública Nacional, Estadal y Municipal.

Notifíquese y Publíquese,

AMALIA ROSA SÁEZ DE SANQUIZ
PRESIDENTA
Decreto Presidencial N° 667 publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.314 de fecha 12 de diciembre 2013



CERTIFIED TRANSLATION — LANGUAGE REACH — 16/09/2022 — REG:07635166



16th September 2022

Dear Sirs,

**Re: Spanish into English Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English.

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,



**Aniello Attianese**
Senior Account Manager



