# EXHIBIT 8

**PJ - Director Nacional - Antonio Sebastiao Sousa**

| | |
|---|---|
| Assunto: | FW: FLASH   Urgent Red Notice request for Alex Nain SAAB MORAN, born 21 December 1971, INTERPOL file number: 2020/39602. |
| Anexos: | 61823167.pdf |
| Importância: | Alta |

De: CCC OnDuty24/7@gs.igcs.int [mailto:CCC-OnDuty24/7@gs.igcs.int]
Enviada: sexta feira, 12 de junho de 2020 21:37
Para: ncb.washington@us.igcs.int
Cc: ncb.praia@cv.igcs.int; CCC OnDuty24/7@interpol.int
Assunto: RE: FLASH   Urgent Red Notice request for Alex Nain SAAB MORAN, born 21 December 1971, INTERPOL file number: 2020/39602.
Importância: Alta

FOR POLICE USE ONLY / PARA USO EXCLUSIVO DE LA POLICIA / À L'USAGE EXCLUSIF DES SERVICES DE POLICE / الشرطة قبل من حصراً للاستخدام

From IPSG

To NCB Washington

cc NCB Praia

Your ref. 20191243598

Our ref. 2020/39602/OSA/CCC/JED/SUP

Dear colleagues,

In response to your below message, the CCC has published Red notice A-5372/6-2020 for Alex Nain SAAB MORAN (copy attached). Please inform us of further developments in this case.

Best regards,


Command and Coordination Center


**INTERPOL General Secretariat**


200 Quai Charles de Gaulle


69006 Lyon, France

1

T +33 4 72 44 76 76

F +33 4 72 44 71 63

ECCC-OnDuty24/7@interpol.int

www.interpol.int

Twitter @INTERPOL_HQ

**Original message**

#####

From: dispatch@us.igcs.int
Date: 2020/06/12 22:21 UTC
To: IPSG@interpol.int;
Cc: NCB.PRAIA@CV.IGCS.INT;
Subject: RE: FLASH - Urgent Red Notice request for Alex Nain SAAB MORAN, born 21 December 1971, INTERPOL file number: 2020/39602.
Importance: High

Dear Colleagues,

We have received confirmation that the subject has just landed in Cape Verde. Please proceed with the urgent publication of the Red Notice for SAAB MORAN as soon as possible.

Please confirm receipt of this message and provide a copy of the Red Notice to INTERPOL Washington and INTERPOL Praia as soon as the Red Notice is published.

Thank you very much for your assistance.

Best Regards,

INTERPOL Washington

From: USNCB - Interpol Washington

Sent: Friday, June 12, 2020 4:55 PM
To: IPSG <IPSG@GS.IGCS.INT>
Cc: Praia <NCB.PRAIA@CV.IGCS.INT>
Subject: FLASH - Urgent Red Notice request for Alex Nain SAAB MORAN, born 21 December 1971, INTERPOL file number: 2020/39602.

Importance: High

TO IPSG

CC: NCB Praia

Dear colleagues,

Reference is made to the existing Wanted Person Diffusion issued earlier today for Alex Nain SAAB MORAN, born 21 December 1971, INTERPOL file number: 2020/39602.

We have just canceled this diffusion in I link and replaced it with a Red Notice request. We respectfully ask that this Red Notice request be expedited and published as soon as possible. The subject is believed to be on board a private flight and U.S. authorities believe he will land in Cape Verde within the next hour. Once the plane lands, it will be boarded to determine whether he is on the plane. If so, the red notice is needed to arrest him for the purpose of extradition to the U.S. If he is not on the plane, we will contact the CCC to request that publication of the red notice be held.

Once published, please send a copy of the Red Notice to Interpol Washington and Interpol Praia, Cape Verde.

Best regards,

Interpol Washington

From : NDTF<<NDTF@gs.igcs.int>>

Sent : Friday, June 12, 2020 9:50:13 AM

To: USNCB - Interpol Washington

Subject: RE: Request for advisory opinion on two Draft Wanted Person Diffusions - SAAB MORAN, f/n Alex Nain and PULIDO VARGAS, f/n Alvaro [For official use]

Confidentiality Level : INTERPOL For official use only

Dear Colleagues,

3

The General Secretariat would like to thank you for consulting with the Task Force prior to the submission of a wanted person diffusion concerning SAAB MORAN, f/n Alex Nain.

Please be advised that the Task Force undertook a preliminary review of the compliance of such diffusion with INTERPOL's Constitution and Rules, in particular with Article 3 of INTERPOL's Constitution, according to which "[i]t is strictly forbidden for the Organization to undertake any intervention or activities of a political, military, religious or racial character". According to Article 34(3) of INTERPOL's Rules on the Processing of Data (RPD), all relevant elements shall be examined to determine whether data comply with Article 3 of the Constitution.

The diffusion request does not a priori raise any particular issue of compliance with INTERPOL's Constitution and rules.

We will revert back to you regarding your request concerning PULIDO VARGAS, f/n Alvaro.

Should you have any further queries, please do not hesitate to contact the Notices and Diffusions Task Force.

Regards,

Notices and Diffusions Task Force

General Secretariat

#####