# EXHIBIT 9

| | |
|---|---|
| BOLIVARIAN REPUBLIC OF VENEZUELA<br>[emblem:]<br>The People's Ministry for Interior Relations, Justice and Peace | [logo] Gran Misión<br>CUADRANTES DE PAZ |

VICE-MINISTER OF THE INTEGRATED
CRIMINAL INVESTIGATION SYSTEM
INTERNATIONAL POLICE DIRECTORATE
(INTERPOL)
MPPRIJP/VISIIP/DIGIPOL/2020-N°          0872

To:
**THE SECRETARY GENERAL OF INTERPOL (SGIP)**
The Present.-

**REQUEST TO MUTUALLY RESOLVE DISAGREEMENTS BASED ON ARTICLE 135 OF THE INTERPOL REGULATION ON DATA HANDLING**

Re: Mr Alex Nain Saab Morán, DOB 21 December 1971, holder of Venezuelan passport #146601956

The National Central Bureau of Venezuela ("NCB Venezuela") cordially greets the Secretary General of INTERPOL (The International Criminal Police Organization, ICPO-INTERPOL, hereinafter the "SGIP"), and refers to the Rules on the Processing of Data (the "IRPD") and to Article 26 of the ICPO-INTERPOL Statute.

1. The NCB of Venezuela, in the scope of its communication of 13 June 2020, reiterates its request for the mutual resolution of disagreements within the framework of article 135 of the IRPD in relation to the use (present or future) of the INTERPOL channels in relation to Mr. Alex Nain Saab Morán, Venezuelan citizen, date of birth 21 December 1971, holder of Bolivarian Republic of Venezuela passport Number 146601956.

2. The NCB of Venezuela reports that it has been waiting, since April 2019, for a reply to its request to mutually resolve disagreements within the framework of article 135 of the IRPD in relation to the use (present or future) of the INTERPOL channels in relation to Mr. Alex Nain Saab Morán, and emphasizes that the blue notice published by the Republic of Colombia regarding Mr. Alex Nain Saab Morán was cancelled as a cautionary response to said request.

Address: Esquina de No Pastor a Puente Victoria, Sede del CICPC, Mezzanina, Parque Carabobo, La Candelaria Caracas
TEL: (0212) 573-0713, E-mail: direccionpoliciainternacional@gmail.com

| [image] Bolivarian Government of Venezuela | The People's Ministry for Interior Relations, Justice and Peace | [image] 1817 – 2017<br>**ZAMORA**<br>CIVIL & MILITARY UNION | [initials] |



BOLIVARIAN REPUBLIC OF VENEZUELA
[emblem:]
The People's Ministry for Interior Relations, Justice and Peace

[logo] Gran Misión
CUADRANTES DE PAZ

VICE-MINISTER OF THE INTEGRATED
CRIMINAL INVESTIGATION SYSTEM
INTERNATIONAL POLICE DIRECTORATE
(INTERPOL)
MPPRIJP/VISIIP/DIGIPOL/2020-N°

3. Mr. Alex Nain Saab Morán has been unjustifiably detained in the Republic of Cape Verde, on 12 June 2020, even though at the time he was detained there was no notification of any type in the INTERPOL channels.

4. After the detention of Mr. Alex Nain Saab Morán, a red notice was activated in the INTERPOL channels, with control No.: A-5372/6-2020 by request of the United States, dated 13 June 2020.

5. The NCB of Venezuela considers that the use of the INTERPOL channels by request of the NCB USA is incompatible with articles 2 and 3 of the ICPO-INTERPOL Statute and with articles 2, 5(3), 11(2), 12(4) and 34(3) of the IRPD-INTERPOL, as they tried to activate a red notice with respect to an individual after their unjustified detention, with the alleged purpose of justifying the detention retrospectively.

6. The NCB of Venezuela therefore requests that this new use (and any other present and future use) of the INTERPOL channels with relation to Mr. Alex Nain Saab Morán be cancelled, whilst the (present or future) dispute scheduled by NCB Venezuela under the terms of Article 135 of the IRPD is resolved.

7. The NCB of Venezuela considers that the use of the INTERPOL channels at the request of any NCB with respect to Mr. Alex Nain Saab Morán is incompatible with article 3 of the ICPO-INTERPOL and with article 34 (3) of the IRPD.

8. Article 3 of the ICPO-INTERPOL establishes that "The organization strictly prohibits any activity or intervention in matters or subjects that are political, military, religious or racial in nature."

9. Article 34(3) of the IRPD establishes that "To determine the conformity of the data with article 3 of the Organization's Statute, all pertinent elements must be examined, in particular: a) the type of crime, being the charges and the facts that have occurred; b) the status of the individuals; c) the source of the data; d) the posture shown by the other National Central Bureau or other international body;

Address: Esquina de No Pastor a Puente Victoria, Sede del CICPC, Mezzanina, Parque Carabobo, La Candelaria Caracas
TEL: (0212) 573-0713, E-mail: direccionpoliciainternacional@gmail.com

| [image] Bolivarian Government of Venezuela | The People's Ministry for Interior Relations, Justice and Peace | [image] 1817 – 2017 **ZAMORA** CIVIL & MILITARY UNION | [initials] |



BOLIVARIAN REPUBLIC OF VENEZUELA
[emblem:]
The People's Ministry for Interior Relations, Justice and Peace

[logo] Gran Misión
CUADRANTES DE PAZ

VICE-MINISTER OF THE INTEGRATED
CRIMINAL INVESTIGATION SYSTEM
INTERNATIONAL POLICE DIRECTORATE
(INTERPOL)
MPPRIJP/VISIIP/DIGIPOL/2020-N°

e) the obligations imposed by international law; f) the repercussions on the neutrality of the Organization; g) the context of the case."

10. As has been alleged in the above request for mutual resolution of disagreement within the framework of article 135 of the IRPD, the Bolivarian Republic of Venezuela is being openly threatened by a group of countries, including the United States, Colombia, the member countries of the European Union and the self-named Lima Group, which manifestly refuse to recognize the government of the Constitutional President Nicolás Maduro. These threats are translated into the application of a group of coercive measures, which are clearly illegal under international law, intended to restrict or weaken the capacity of the Venezuelan Government to carry out international trade in order to meet the basic needs of its people.

11. As a consequence of these unilateral coercive measures, all international trade that Venezuela carries out, or is represented in, is classified by said group of countries as illegal trade, and the handling of money related to said activities is classified as money laundering.

12. The NCB of Venezuela stresses that Mr. Alex Nain SAAB MORÁN is currently acting as representative of the Government of the Bolivarian Republic of Venezuela, which grants him immunity, in accordance with international law and with the principles of common law. At the time of his detention, Mr. Alex Nain SAAB MORÁN was carrying out business activities on behalf of the Bolivarian Republic of Venezuela, to procure humanitarian aid in the form of medical supplies, medicines and food, of which Venezuela has great need in the time of the COVID-19 pandemic. This makes his sudden detention especially serious.

13. Consequently, the use (present or future) of the INTERPOL channels within the framework of these coercive measures is nothing but reckless and abusive behavior, which is in opposition to the behavior set out by ICPO-INTERPOL's Statute, and will therefore not be tolerated.

Address: Esquina de No Pastor a Puente Victoria, Sede del CICPC, Mezzanina, Parque Carabobo, La Candelaria Caracas
TEL: (0212) 573-0713, E-mail: direccionpoliciainternacional@gmail.com

| [image] Bolivarian Government of Venezuela | The People's Ministry for Interior Relations, Justice and Peace | [image] 1817 – 2017 **ZAMORA** CIVIL & MILITARY UNION | [initials] |



| | |
|---|---|
| BOLIVARIAN REPUBLIC OF VENEZUELA<br>[emblem:]<br>The People's Ministry for Interior<br>Relations, Justice and Peace | [logo] Gran Misión<br>CUADRANTES DE PAZ |

VICE-MINISTER OF THE INTEGRATED
CRIMINAL INVESTIGATION SYSTEM
INTERNATIONAL POLICE DIRECTORATE
(INTERPOL)
MPPRIJP/VISIIP/DIGIPOL/2020-N°

14. Therefore, the NCB of Venezuela respectively reiterates its request that:

a) there is mutual resolution of the disagreement within the framework of article 135 of the IRPD in relation to the use (present or future) of the INTERPOL channels in relation to Mr. Alex Nain Saab Morán, and

b) the SGIP prohibit any intervention (i.e., alert, publication, messaging, coordination via the Command and Coordination Center, or any other use of the INTERPOL channels) in relation to Mr. Alex Nain Saab Morán whilst the (present or future) dispute under the terms of Article 135 of the IRPD is being resolved.

The NCB of Venezuela emphasizes that this communication is for the attention of the Secretary General of INTERPOL, Commission for the Control of INTERPOL's Files and faithfully awaits a response from the SGIP as soon as possible.

The NCB of Venezuela takes this opportunity to assure the Secretary General of INTERPOL (SGIP) of its highest consideration

NCB Venezuela
15 June 2020

Faithfully,

[oval stamp:]
BOLIVARIAN REPUBLIC OF VENEZUELA
The People's Ministry for Interior
Relations, Justice and Peace

INTERPOL

[signature]

**CNEL. BRUNO MATTIUSSI URRIBARRI**
**Director (E) of International Police**
By means of Resolution N° 41.525 of 15NOV2018.

BMU/et

Address: Esquina de No Pastor a Puente Victoria, Sede del CICPC, Mezzanina, Parque Carabobo, La Candelaria Caracas
TEL: (0212) 573-0713, E-mail: direccionpoliciainternacional@gmail.com

| [image] Bolivarian Government of Venezuela | The People's Ministry for Interior Relations, Justice and Peace | [image] 1817 – 2017<br>**ZAMORA**<br>CIVIL & MILITARY UNION | [initials] |


CERTIFIED TRANSLATION
16/06/2020
REG:07635166
LANGUAGE REACH



REPÚBLICA BOLIVARIANA DE VENEZUELA



VICEMINISTERIO DEL SISTEMA INTEGRADO
DE INVESTIGACIÓN PENAL
DIRECCIÓN DE POLICÍA INTERNACIONAL (INTERPOL)
MPPRIJP/VISIIP/DIGIPOL/2020-Nº **0 8 7 2**

Caracas, 15 de junio de 2020

Ciudadano:
**SECRETARIA GENERAL DE INTERPOL (IPSG)**
Presente.-

**SOLICITUD DE RESOLUCIÓN DE CONTROVERSIAS DE MUTUO ACUERDO CON BASE EN EL ARTÍCULO 135 DEL REGLAMENTO DE INTERPOL SOBRE EL TRATAMIENTO DE DATOS**

Re: Mr Alex Nain Saab Morán, DOB 21 December 1971, holder of Venezuelan passport #146601956

La Oficina Central Nacional de Venezuela ("OCN Venezuela") saluda atentamente a la Secretaría General de la INTERPOL (Organización Internacional de Policía Criminal, OIPC-INTERPOL, en adelante la "IPSG"), y tiene el honor de referirse al Reglamento sobre el Tratamiento de Datos (el "IRPD") y al Artículo 26 del Estatuto de la OIPC-INTERPOL.

1. OCN Venezuela, en alcance a su comunicación del día 13 de junio de 2020, reitera su solicitud de resolución de controversias de mutuo acuerdo en el marco del artículo 135 del IRPD en relación con el uso (presente o posible) de los canales de INTERPOL respecto del Sr. Alex Nain Saab Morán, ciudadano venezolano, con fecha de nacimiento 21 de diciembre de 1971, titular del pasaporte de la República Bolivariana de Venezuela Número 146601956.

2. OCN Venezuela manifiesta que desde abril de 2019 está pendiente de respuesta su solicitud de resolución de controversias de mutuo acuerdo en el marco del Artículo 135 del IRPD, en relación con el uso (presente o posible) de los canales de INTERPOL respecto del Sr. Alex Nain Saab Morán, y pone de manifiesto que la notificación azul publicada por la República de Colombia respecto del Sr. Alex Nain Saab Morán había sido cancelada como reacción cautelar a dicha solicitud.

Dirección: Esquina de Ño Pastor a Puente Victoria, Sede del CICPC, Mezzanina, Parque Carabobo, La Candelaria Caracas
TLF: (0212) 573-0713, Correo Electrónico: direccionpoliciainternacional@gmail.com








REPÚBLICA BOLIVARIANA DE VENEZUELA

VICEMINISTERIO DEL SISTEMA INTEGRADO
DE INVESTIGACIÓN PENAL
DIRECCIÓN DE POLICÍA INTERNACIONAL (INTERPOL)
MPPRIJP/VISIIP/DIGIPOL/2020-N°

3. El Sr. Alex Nain Saab Morán ha sido detenido injustificadamente en la República de Cabo Verde, en fecha 12 de junio de 2020, pese a que al momento de su detención no contaba con notificación de ningún tipo en los canales de INTERPOL.

4. Con posterioridad a la detención del Sr. Alex Nain Saab Morán, en los canales de INTERPOL fue activada la notificación roja control No.: A-5372/6-2020 por solicitud de Estados Unidos, con fecha 13 de junio de 2020.

5. OCN Venezuela considera que el uso de los canales de INTERPOL por solicitud de la OCN Estados Unidos es incompatible con los artículos 2 y 3 del Estatuto de la OIPC-INTERPOL. y con los artículos 2, 5(3), 11(2), 12(4) and 34(3) del IRPD-INTERPOL, toda vez que se ha intentado activar una notificación roja con respecto a una persona con posterioridad a su detención injustificada, con la presunta finalidad de justificar la detención a posteriori.

6. OCN Venezuela solicita en consecuencia que este nuevo uso (y cualquier otro presente y posible) de los canales de INTERPOL respecto del Sr. Alex Nain Saab Morán sea cancelado, mientras se resuelva la (presente o posible) disputa planteada por OCN Venezuela en los términos del Artículo 135 del IRPD.

7. OCN Venezuela considera que el uso de los canales de INTERPOL por solicitud de cualquier OCN respecto del Sr. Alex Nain Saab Morán es incompatible con el artículo 3 de la OICP-INTERPOL y el artículo 34 (3) del IRPD.

8. El artículo 3 de la OICP-INTERPOL establece que "Está rigurosamente prohibida a la Organización toda actividad o intervención en cuestiones o asuntos de carácter político, militar, religioso o racial".

9. El artículo 34 (3) del IRPD establece que "Para determinar la conformidad de los datos con el artículo 3 del Estatuto de la Organización, se examinarán todos los elementos pertinentes, en particular: a) el tipo de delito, concretamente los cargos y los hechos ocurridos; b) la situación de las personas; c) la identidad de la fuente de los datos; d) la postura manifestada por otra Oficina Central Nacional o por otra entidad internacional;

Dirección: Esquina de Ño Pastor a Puente Victoria, Sede del CICPC, Mezzanina, Parque Carabobo, La Candelaria Caracas
TLF: (0212) 573-0713, Correo Electrónico: direccionpoliciainternacional@gmail.com





REPÚBLICA BOLIVARIANA DE VENEZUELA



VICEMINISTERIO DEL SISTEMA INTEGRADO
DE INVESTIGACIÓN PENAL
DIRECCIÓN DE POLICÍA INTERNACIONAL (INTERPOL)
MPPRIJP/VISIIP/DIGIPOL/2020-N°

e) las obligaciones impuestas por el derecho internacional; f) las repercusiones para la neutralidad de la Organización; g) el contexto del caso".

10. Como ha sido alegado en la supra referida solicitud de resolución de controversias de mutuo acuerdo en el marco del artículo 135 del IRPD, la República Bolivariana de Venezuela viene siendo abiertamente amenazada por un grupo de países, incluyendo Estados Unidos, Colombia, los países miembros de la Unión Europea y del autodenominado Grupo de Lima, que manifiestamente se oponen a reconocer el gobierno del Presidente Constitucional Nicolás Maduro. Estas amenazas se traducen en la aplicación de un conjunto de medidas coercitivas, claramente ilegales de acuerdo con el derecho internacional, entre las cuales se incluye pretender limitar o coartar la capacidad del gobierno venezolano de celebrar actividades de comercio internacional para satisfacer las necesidades básicas de su población.

11. Como consecuencia de estas medidas coercitivas unilaterales, toda actividad comercial internacional que celebre Venezuela o que sea celebrada en su representación, pretende ser calificada por el referido grupo de países como comercio ilícito, y asimismo el manejo de fondos relacionados con dichas actividades pretende ser considerado legitimación de capitales.

12. OCN Venezuela subraya que en el Sr. Alex Nain SAAB MORÁN concurre la circunstancia de que actualmente se desempeña como agente del Gobierno de la República Bolivariana de Venezuela, lo cual le otorga inmunidad, de acuerdo con el derecho internacional y con principios del derecho consuetudinario. Al momento de su detención, el Sr. Alex Nain SAAB MORÁN se encontraba realizando gestiones comerciales en favor de la República Bolivariana de Venezuela, orientadas a garantizar la procura humanitaria de insumos médicos, medicinas alimentos de gran necesidad para Venezuela en el contexto de la pandemia por el COVID-19, lo cual hace especialmente grave su abrupta detención.

13. Consecuentemente, el uso (presente o posible) de los canales de INTERPOL en el marco de estas medidas coercitivas no son otra cosa que conductas temerarias y abusivas, contrarias a los postulados del Estatuto de la OIPC-INTERPOL, por lo cual no deben ser toleradas.



Dirección: Esquina de Ño Pastor a Puente Victoria, Sede del CICPC, Mezzanina, Parque Carabobo, La Candelaria Caracas
TLF: (0212) 573-0713, Correo Electrónico: direccionpoliciainternacional@gmail.com

Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para Relaciones Interiores, Justicia y Paz

1817 - 2017 ZAMORA UNIÓN CÍVICO MILITAR

16/06/2020
REG:07635166

Escaneado c



REPÚBLICA BOLIVARIANA DE VENEZUELA



VICEMINISTERIO DEL SISTEMA INTEGRADO
DE INVESTIGACIÓN PENAL
DIRECCIÓN DE POLICÍA INTERNACIONAL (INTERPOL)
MPPRIJP/VISIIP/DIGIPOL/2020-N°

14. Por tanto, OCN Venezuela reitera respetuosamente:

a) la resolución de controversias de mutuo acuerdo con el IPSG en el ámbito del Artículo 135 del IRPD en relación con el uso (presente o posible) de los canales de INTERPOL respecto del Sr. Alex Nain Saab Morán; y

b) que el IPSG prohíba cualquier intervención (i.e., alerta, difusión, mensaje, coordinación a través del Centro de Mando y Coordinación, o cualquier otro uso de los canales de INTERPOL) respecto del Sr. Alex Nain Saab Morán mientras se resuelva la (presente o posible) disputa en los términos del Artículo 135 del IRPD.

OCN Venezuela subraya que esta comunicación está dirigida a la atención de la Secretaría General de INTERPOL, Comisión de Control de Ficheros de INTERPOL y espera atentamente recibir una respuesta de la IPSG tan pronto como le sea posible.

OCN Venezuela se sirve de esta oportunidad para reiterar a la Secretaria General de Interpol (IPSG) el testimonio de su más alta consideración

OCN Venezuela
15 June 2020

Atentamente,



CNEL. BRUNO MATTIUSSI URRIBARRI
Director (E) de Policía Internacional
Mediante Resolución N° 205 de fecha 24OCT2018, publicado en Gaceta Oficial de la República Bolivariana de Venezuela N° 41.525 de fecha 15NOV2018.

BMU/et

Dirección: Esquina de Ño Pastor a Puente Victoria, Sede del CICPC, Mezzanina, Parque Carabobo, La Candelaria Caracas
TLF: (0212) 573-0713, Correo Electrónico: direccionpoliciainternacional@gmail.com


Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para Relaciones Interiores, Justicia y Paz



16/06/2020

Escaneado

# LANGUAGEREACH

16th June 2020

Dear Sirs,

**Re: Spanish into English Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English.

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,

**Maria Bello**
Senior Project Manager



Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN