# EXHIBIT 10

**NCB CARACAS**

| | |
|---|---|
| **From:** | Notices and Diffusion Task Force NDTF@gs.igcs.int |
| **Sent on:** | Thursday, 25th June 2020 at 4:50 p.m. |
| **To:** | NCB CARACAS Venezuela |
| **Subject:** | Red notice on Alex Nain SAAB MORAN, born 21st Dec 1971 (EP: 2020/39602) |

**To: OCN of Caracas (Venezuela)**
**From: INTERPOL Secretary General's Office of Legal Affairs**
**Ref: LA / 94567-3 / 5.2**
**Date: 25th June 2020**
**Subject: Red notice on Alex Nain SAAB MORAN, born 21st Dec 1971 (EP: 2020/39602)**

Dear colleagues:

The Secretary General writes to you in relation to his messages dated 13th, 16th and 21st June 2020, related to the case of Alex Nain SAAB MORAN.

As you will have verified, in response to your request for information on your message of 7th May 2019 related to this matter, we inform you that the "blue" notification about Alex Nain SAAB MORAN, published at the request of the Bogota OCN on 28th September 2018, had been eliminated from the INTERPOL Information System on 23rd May 2019, an elimination that we communicated to you on 24th May 2019.

Consequently, in the absence of any data processing in progress, the Secretary General closed the request that, by virtue of the provisions of Article 135 of the INTERPOL Regulations on Data Processing (RTD), you had formulated the 7th May 2019 in relation to this and other people.

In a general way, INTERPOL's rules offer its office, like all other Members of the Organization, the possibility of invoking the dispute resolution procedure provided for under Article 135 of the RTD in relation to any data processing it may have in place in the INTERPOL Information System. However, the RTD does not foresee that this procedure can be started as a preventive measure, before any data processing occurs by any Member of the Organization.

In response to your recent messages in which you wanted to invoke Article 135 of the RTD, we inform you that as of today there is no information in INTERPOL's systems about the person named, since the "red" notice published about him has been annulled .

Do not hesitate to contact the Office of Legal Affairs if you have any questions or request additional information.

Sincerely,

Office of Legal Affairs
Secretary General of INTERPOL



## NCB CARACAS

| | |
|---|---|
| De: | Notices and Diffusions Task Force <NDTF@gs.igcs.int> |
| Enviado el: | jueves, 25 de junio de 2020 4:50 p. m. |
| Para: | NCB CARACAS Venezuela |
| Asunto: | Notificación roja sobre Alex Nain SAAB MORAN, nacido el 21/12/1971 (EP: 2020/39602) |

Para: OCN de Caracas (Venezuela)
De: Oficina de Asuntos Jurídicos de la Secretaría General de INTERPOL
Ref: LA/94567-3/5.2
Fecha: 25 de junio de 2020
Asunto: Notificación roja sobre Alex Nain SAAB MORAN, nacido el 21/12/1971 (EP: 2020/39602)

Estimados colegas:

La Secretaría General les escribe en relación con sus mensajes fechados los días 13, 16 y 21 de junio de 2020, relativos al caso de Alex Nain SAAB MORAN.

Como habrán comprobado ustedes, en respuesta a su solicitud de información acerca de su mensaje del 7 de mayo de 2019 relacionado con este asunto, les informamos de que la notificación azul sobre Alex Nain SAAB MORAN, publicada a petición de la OCN de Bogotá el 28 de septiembre de 2018, había sido eliminada del Sistema de Información de INTERPOL el 23 de mayo de 2019, eliminación que les comunicamos el 24 de mayo de 2019.

Por consiguiente, ante la ausencia de cualquier tratamiento de datos en curso, la Secretaría General dio por cerrada la solicitud que, en virtud de lo dispuesto en el artículo 135 del Reglamento de INTERPOL sobre el Tratamiento de Datos (RTD), habían formulado ustedes el 7 de mayo de 2019 en relación con esta y otras personas.

De un modo general, las normas de INTERPOL ofrecen a su oficina, como a todos los demás Miembros de la Organización, la posibilidad de invocar el procedimiento de resolución de controversias previsto en el artículo 135 del RTD en relación con cualquier tratamiento de datos que tenga lugar en el Sistema de Información de INTERPOL. Sin embargo, el RTD no prevé que este procedimiento se pueda poner en marcha a título preventivo, antes de que se produzca cualquier tratamiento de datos por parte de algún Miembro de la Organización.

En respuesta a sus recientes mensajes en los que deseaban invocar el artículo 135 del RTD, le informamos de que a día de hoy no figura en los sistemas de INTERPOL ningún dato sobre la persona citada, ya que la notificación roja publicada sobre ella ha sido anulada.

No duden en ponerse en contacto con la Oficina de Asuntos Jurídicos si desean formular alguna pregunta o solicitar información adicional.

Atentamente,

Oficina de Asuntos Jurídicos
Secretaría General de INTERPOL



1



24th April 2021

Dear Sirs,

**Re: Spanish into English (UK) Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English (UK).

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English (UK) written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,

**Lucia Petrulli**
Project Manager

Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN