# EXHIBIT 11

**OCN CARACAS 1**

| | |
|---|---|
| De: | IPSG <IPSG@gs.igcs.int> |
| Enviado el: | martes, 30 de junio de 2020 9:26 a. m. |
| Para: | NCB CARACAS Venezuela |
| Asunto: | CONFIDENTIAL - RED NOTICE CONCERNING ALEX NAIN SAAB MORAN (DoB: 21-12-1971, EP: 2020/39602) [For official use] |

Confidentiality Level : INTERPOL For official use only

TO: NCB Caracas, Venezuela
FROM: Executive Directorate Police Services, INTERPOL's General Secretariat
REF: 2020/031/EDPS/SK/mls
DATE: 30 June 2020
RE: CONFIDENTIAL - RED NOTICE CONCERNING ALEX NAIN SAAB MORAN (DoB: 21-12-1971, EP: 2020/39602)

Dear Colleagues,

The General Secretariat refers to your messages dated 26 June 2020 concerning the case of Alex Nain SAAB MORAN.

As you may recall, the General Secretariat informed all NCBs, including your Bureau and NCB Praia, on 26 June 2020, that NCB Washington cancelled the notice concerning Mr. SAAB MORAN because the individual had been arrested. Following this cancellation by NCB Washington, there is now no data concerning Mr. SAAB MORAN in the INTERPOL Information system.

In addition, NCB Washington requested the General Secretariat to share with your Bureau that "the United States cancelled the Red Notice for the subject on 25 June 2020, pursuant to RPD Article 81(2)(a) because the purpose of the request had been achieved, namely the arrest of the subject for the purpose of extradition to the United States".

Consequently, as Mr. SAAB MORAN is in the custody of the competent authorities in the Republic of Cape Verde, and there is no data in the INTERPOL Information System concerning this individual, INTERPOL considers Mr. SAAB Moran's case is before the competent authorities of the countries concerned.

Finally, the General Secretariat has become aware that copies of its message to your Bureau dated 25 June 2020 are being circulated in the media and have been shared with other unauthorized sources in violation of INTERPOL's Rules.

As the General Secretariat did not authorize this disclosure, we invite your Bureau to explain how the General Secretariat's message was divulged to unauthorized sources, and furthermore explain the measures taken by your NCB to protect the confidentiality of INTERPOL data.

Please do not hesitate to contact the INTERPOL General Secretariat with any questions or for additional information.

Escaneado c

Best regards,

Executive Directorate Police Services
INTERPOL General secretariat



\*\*\*

Para: OCN de Caracas (Venezuela)
DE: Dirección Ejecutiva de Servicios Policiales, Secretaría General de INTERPOL
REF: 2020/031/EDPS/SK/mls
FECHA: 30 de junio de 2020
RE: CONFIDENCIAL – NOTIFICACIÓN ROJA SOBRE ALEX NAIN SAAB MORAN (nacido el 21 de diciembre de 1971, EP: 2020/39602)

Estimados colegas:

La Secretaría General les escribe en relación con los mensajes de ustedes con fecha del 26 de junio de 2020 relativos al caso de Alex Nain SAAB MORAN.

Como recordarán, el 26 de junio de 2020 la Secretaría General informó a todas las OCN, incluida la de Praia, de que la OCN de Washington anuló la notificación roja sobre SAAB MORAN porque esta persona había sido detenida. Después de que la OCN de Washington anulara la notificación, ya no hay datos sobre esta persona en el Sistema de Información de INTERPOL.

Además, la OCN de Washington solicitó a la Secretaría General que comunicara a la oficina de ustedes que "el 25 de junio de 2020 Estados Unidos anuló la notificación roja sobre esta persona, con arreglo al artículo 81 (2)(a) del Reglamento de INTERPOL sobre el Tratamiento de Datos, porque se han alcanzado los fines de su publicación, concretamente la detención de esta persona con miras a su extradición a Estados Unidos".

Por consiguiente, puesto que SAAB MORAN ha sido detenido por las autoridades competentes de Cabo Verde y no hay datos sobre él en el Sistema de Información de INTERPOL, INTERPOL considera que ahora el asunto depende de las autoridades competentes de los países interesados.

Por último, les señalamos que la Secretaría General ha sabido que el mensaje con fecha del 25 de junio de 2020 que envió a su OCN está siendo difundido por la prensa y ha sido dado a conocer a otras fuentes no autorizadas, lo que supone una infracción de las normas de INTERPOL.

Puesto que la Secretaría General no autorizó la revelación del mensaje, rogamos a su oficina que explique cómo ha sido difundido a fuentes no autorizadas y, además, que exponga las medidas adoptadas por ustedes para proteger la confidencialidad de los datos de INTERPOL.

Si necesitan más información o desean formular alguna pregunta, les rogamos se pongan en contacto con la Secretaría General.

Atentamente,

Dirección Ejecutiva de Servicios Policiales

Escaneado c