# EXHIBIT 13

May 2020 OSINT Report:

# IRANIAN INCURSION INTO VENEZUELA

drafted by Vanessa Neumann, Ph.D.

Official Representative of the Venezuelan Interim Government to the United Kingdom and Ireland



5.  Alex Nain Saab Moran, federally indicted for the gold-for-food business between Venezuela and Turkey, is in charge of developing this same trade, but this time, of gold for gasoline between Iran and Venezuela.[27] Last month Saab traveled to Tehran with senior executives at Venezuela's state-owned oil company Petróleos de Venezuela as part of an agreement in which Iran sends gasoline additives, parts and technicians for gold. Since then, Venezuelan officials have loaded some 9 tons of gold,[28] worth approximately US$ 500 million, into planes of Mahan Air.[29] Saab helped negotiate Iran's deal with Maduro's new oil minister, Tareck El Aissami. The two had previously worked together on Venezuela-Turkey relations, which included shipments[30] of at least $ 900 million in gold to the nation in 2018. Last July, Saab was indicted[31] on federal money laundering charges for bribing Venezuelan officials and channeling more than $ 350 million to foreign accounts as part of a food program supposed to be serving Venezuela's hungry.

---

[27] https://www.bloomberg.com/news/articles/2020-05-08/maduro-said-to-tap-sanctioned-dealmaker-to-ship-gold-to-iran

[28] https://www.bloomberg.com/news/articles/2020-04-30/iran-is-hauling-gold-bars-out-of-venezuela-s-almost-empty-vaults

[29] https://www.bloomberg.com/quote/79117Z:IE

[30] https://www.bloomberg.com/news/articles/2019-02-08/mysterious-turkish-firm-helped-maduro-move-900-million-in-gold

[31] https://www.bloomberg.com/news/articles/2019-07-25/maduro-ally-alex-saab-charged-in-u-s-with-money-laundering