# EXHIBIT 16



# CERTIFICATE OF DELIVERY

On today's date the 14th of April 2020, in the facilities of the Aeropuerto de Maiqueria, S.A., at 11.30 am, a meeting took place between the President of Bariven and authorised for the export by PDVSA, Oscar Dávila Rondón holder of C.I.V-12.350.175 (**who receives**) on the one side and on the other Saúl López, holder of identity card V-16.551.209; Corporate Treasury Manager (**who hands over**), to certify the hand over of 80 bars of gold having the following characteristics:

| Fine Gold Kg. | USD Equivalent |
|---|---|
| Kg. 1,001,7276 | USD 53,542,951.51 |

These constitute collateral for the operations for acquisition and supplies of gasoline 91 between Petróleos de Venezuela and the National Oil Company of Iran for give million barrels of gasoline having the following characteristics:

Delivery
Saúl López
Corporate Treasury Manager
[*Illegible signature*]

Recipient
Oscar Dávila Rondón
President of Bariven
[*Illegible signature*]

**PETROLEOS DE VENEZUELA, S.A.**
Avenda Libertador, edificio Petroleos de Venezuela, Torre Este. Le Campina, Post Box 169, Caracas 1010-A, Venezuela
Telephone: (0202) 708 4111 Fax: (02) 708 4561 / 708 4662 www.pdvsa.com



 Vice-Presidency of the
Bolivarian Republic of Venezuela







**Gobierno**
**Bolivariano**
de Venezuela

**Vicepresidency of the Bolivarian.**
**Republic of Venezuela**
**AUTONOMOUS DEPARTMENT FOR RECORDS AND**
**NOTARIES.**

**Process Number: 21301.2022.4.2024**

The Single Banking Form (PUB) is valid for thirty continuous days with effect from its issue and within this time the payment is to be made within the first ten (10) continuous days. Once the user makes the payment, the document together with the Single Banking Form must be presented prior to the expiry of the thirty (30) continuous days stated above



| SINGLE BANKING FORM (PUB) | Form No: 21310114170<br>Issue Date: 2022-10.14 |
|---|---|

**Type of document: AUTHENTICATION OF SIGNATURES**

**Document:**
**VARIOUS DOCUMENTS**

**FORM EXONERATED**

**Applicant's Surname and forename:**
**Juan Carlos Arrieche Granadillo**

**ID/REF/Applicant's passport: V-12850322**

**Depositor's Surname and forename:**

**ID/REF/Depositor's Passport:**

**Signature of Depositor:**

**Control Number: 488-0000-0000**

| Form of payment:<br><br>Deposit-__Sales Point___Internet Payment____ | SAREN rate (Bs.S) | **0** | |
| | Process stamps (Bs.S) | | 0.00 |
| | SAREN Authentication stamps (Bs.S) | | 0.00 |
| | Total stamps (Bs.S) | | 0.00 |
| | TOTAL AMOUNT (Bs.S) | **0** | |

**AMOUNT IN LETTERS: ZERO BOLIVARS AND ZERO CENTS**

| Branch seal<br>(Branch telephone) | **Collecting Banks** | Seal and Signature of the Bank |
|---|---|---|

| 0003 | - Banco Industrial de   Venezuela | 0175 | - Banco Bicentario |
| 0102 | - Banco de Venezuela | 0108 | - Banco Provincial |
| 0163 | - Banco del Tesoro | | |

| SOLELY FOR USE BY SAREN | | | |
|---|---|---|---|
| **ISSUING OFFICIAL** | **RECEIVING OFFICIAL** | **REVISING OFFICIAL** | **REGISTRAR/NOTARY** |
| | | | |
| [Signature] | [Signature] | [Signature] | [Signature] |
| | | | |
| | | | Lawyer Carmen Valladares<br>Principal Register<br>ID V.14.835.259 |
| | | | |

**Seg. Code: YIWbllCUmZ2UopWaUpeflZGil6JRkaNRmA==**



CERTIFIED TRANSLATION
LANGUAGE REACH
17/10/2022
REG.0763SI66



**Gobierno Bolivariano** de Venezuela

**Vicepresidency of the Bolivarian.
Republic of Venezuela**

**Issue Date** 14/10/2022   212   and 163

The Single Banking Form (PUB) has a period of ten continuous days within which to be paid. Once the respective payment has been made, it has a non-extendible period of thirty (30) days to present the document. After this period, the PUB is void and a new PUB must be issued in order to conclude the process, with the amount needing to be paid again.



38164

| SINGLE BANKING FORM (PUB) | Form No: **070-00335578** |
|---|---|

[BAR CODE]

| TYPE OF DOCUMENT **AUTHENTICATION** | 21/230 | | |
|---|---|---|---|
| Given name and Surname of the Applicant **JUAN ARRIECHE** | Control Number: 488-0000-0000 | | |
| ID/RIF/Passport of the Applicant **V-12850322** | Form of Payment | Cheque No./ Approval | Amount (Bs.F.) |
| Given name and Surname of the Depositor | Cash amount Cheque same Bank | | |
| Signature of the Depositor | Point of sale Payment by internet | | |
| ZERO SOVEREIGN BOLIVARS WITH ZERO CENTIMES | | Total amount | 0.00 |

SOLELY FOR USE BY SAREN

| | ISSUING OFFICIAL | RECEIVING OFFICIAL | REVISING OFFICIAL | REGISTRAR/ NOTARY |
|---|---|---|---|---|
| Given names and surnames | | | | |
| Identity Card | CI 6519 948 Notary | David Velisquez | | |
| Position | | Dr. Luis Alfredo Ramirez Montsalve Incumbent notary Code 070 Eighth Public Notary of the Chacao Municipality of the Miranda State | | |
| Date | | | | |
| Signature | | | | |

| Office Seal | | Collecting Banks | | Seal and Signature of the Bank |
|---|---|---|---|---|
| | 0003 | - Banco Industrial de Venezuela | | |
| | 0007 | - Banco Bicentenario | | |
| | 0102 | - Banco de Venezuela | | |
| | 0163 | - Banco del Tesoro | | |
| | 0108 | - Banco Provincial | | |

TRANSFER    0.00
TRANSPORT   0.00
For Notary Use Only
**EIGHTH PUBLIC NOTARY OF THE CHACAO MUNICIPALITY OF THE MIRANDA STATE**
OBSERVATIONS



CERTIFIED TRANSLATION
17/10/2022
LANGUAGE REACH
REG 0763SI66

*[Illegible signature]*
DR. DEMETRIOS SIERRA
LAWYER
REGISTRATION 137.049

**EIGHTH PUBLIC NOTARY OF
THE CHACAO MUNICIPALITY**
Received on
Form            38164
Fixed for the day
Fees Paid                    21/230

**Citizen:**
**Eighth Public Notary of the Chacao Municipality Miranda State.**

I, **Oscar Albin Dávila Rondon**, Venezuelan, holder of the identity card No. **V-12.350.175** of this address, in order to comply with the legal requirements demanded in respect of legalisation and apostille by the Ministry of the Popular Power for Foreign Affairs, do appear before you in order to swear under oath and for the relevant legal purposes, to be valid for any and all legal purposes abroad, that the document attached hereto, corresponds with certification in my capacity as Chairman of Bariven S.A. to the following document:

1. **List of 80 gold bars ordered by boxes for the acquisition and supplies of gasoline 91 between Petróleos de Venezuela and the National Oil Company of Iran, dated 14 April 2020.**

Similarly, I acknowledge that the signature that appears at the end of this document is signed by me in my own hand. In addition, the document attached to the Certification is a true and exact copy of the original which is kept in the official registry of the archives of Bariven S.A. what is done, kept and used in the course of its regular business activities. It was done at the time of the facts set forth in it by a person with knowledge thereof.

By executing this document, I declare under penalty of perjury under the laws of the Bolivarian Republic of Venezuela that the foregoing is true and correct.

May justice be done in the city of Caracas, on the date of its presentation.







Vice-Presidency of the Bolivarian
Republic of Venezuela



**THE BOLIVARIAN REPUBLIC OF VENEZUELA. VICE-PRESIDENCY OF THE BOLIVARIAN REPUBLIC OF VENEZUELA. AUTONOMOUS DEPARTMENT OF RECORDS AND NOTARIES (SAREN). PUBLIC NOTARY EIGHT OF THE CHACAO AUTONOMOUS MUNICIPALITY OF MIRANDA STATE.** <u>**14/10/2022,**</u> 212 and 163. The above document drafted by the Lawyer <u>**DEMETRIOS SIERRA**</u>, registered in the *Instituto Previsión de Abogados* under **No. 137.049**, was presented for its authentication and return in accordance with the Single Banking Form No. <u>**070-00335578**</u> and Notary Form No. <u>**038164**</u> dated <u>**14,10/2022**</u>. The following parties were present <u>**OSCAR ALBIN DAVILA RONDON**</u>, of <u>**VENEZUELAN**</u> nationality, of legal age, residing in <u>**CARACAS**</u>, of <u>**SINGLE**</u> civil status and the holder of Identity Card Number: <u>**V.-12.350.175**</u>. After reading the **SWORN DECLARATION** document, the parties in the presence of the Notary stated: "**ITS CONTENT IS TRUE AND OUR SIGNATURES APPEAR AT THE BOTTOM OF THE DEED**". On this basis, the Notary declared this Document to be authenticated and the original signed copies will form part of the Principal Volume and Duplicate Volume, being inserted under **No. 17 Volume 230** of the Register of Authentications of this Notary Office. Witnesses to this deed were: <u>**STAFANY GAMEZ**</u>. and <u>**NELSON FRANCO**</u>, holders of Identity Card Nos.: <u>**V-21.759.154 and V-6.965.178**</u>, official of this Notary designated for this deed. The Notary states that he read out the provisions of article **78** number **2** of Decree No. **1.422** which sets out the **Status, Validity and Force of law on Registers and Notaries**, published in the Extraordinary Official Gazette No **6.156** dated **19 November 2014** and informed the parties of the content, nature, importance and legal consequences of legal acts or transactions granted in his presence as well as the waivers, reserves, encumbrances and any other aspect which affects the assets or rights referred to in the legal deed or transaction, who consequently stated that they are in full agreement. Having the urgency of the case been sworn, the undersigned notary declares this document to be compliant with article **29** of the referred to Decree No. **1.422**. The undersigned notary states that he has seen: 1. The laminated cards of the parties.

**THE PUBLIC NOTARY**                                                          **THE PARTIES**


*Dr. Luis Alfredo Ramirez Montsalve*
*Incumbent notary*
*Code 070*
*Eighth Public Notary of the*
**THE WITNESSES**                    *Chacao Municipality of the Miranda State*


**STEFANY GAMEZ**


**NELSON FRANCO**

[Illegible signature and stamps]



Vice-Presidency of the Bolivarian
Republic of Venezuela



*[Illegible signature]*
DR. DEMETRIOS SIERRA
LAWYER
REGISTRATION 137.049

**CERTIFICATION**

I, the undersigned, **OSCAR ALBIN DÀVILA RONDON**, holder of the Identity Card No. V-12.350.175, in my **capacity as President of BARIVEN, S.A.,** designated by Account Point No. PC-DERRHH-067-2020, protocolized before the First Mercantile Registry of the Capital District of the Bolivarian State of Miranda under Number.56, Lathe 34-A, dated 21 December, 2020, hereby certifies that the attached document that is identified as: Certificate of delivery of **80 bars of gold for the acquisition and supplies of gasoline 91 between Petróleos de Venezuela and the National Oil Company of Iran, dated 14 April 2020,** , is a faithful and exact copy of its original that remains in the archives of this entity.

Certification which was made in Caracas on the fifth (5) day of the month of October of 2022.

*[Illegible signature]*
**OSCAR ALBIN DAVILA RONDON**
ID Card No. V-12.350
**President of BARIVEN S.A.**







**Vicepresidency of the Bolivarian.**
**Republic of Venezuela**



**THE BOLIVARIAN REPUBLIC OF VENEZUELA. VICE-PRESIDENCY OF THE BOLIVARIAN REPUBLIC OF VENEZUELA. AUTONOMOUS DEPARTMENT OF RECORDS AND NOTARIES (SAREN). PUBLIC NOTARY EIGHT OF THE CHACAO AUTONOMOUS MUNICIPALITY OF MIRANDA STATE. 14 OCTOBER 2022,** 212 and 163. The above document drafted by the Lawyer **DEMETRIOS SIERRA**, registered in the *Instituto Previsión de Abogados* under **No. 137.049**, was presented for its authentication and return in accordance with the Single Banking Form No. **070-00335578** and Notary Form No. **038164** dated **14/10/2022**. The party, **OSCAR ALBIN DAVILA RONDON** was present. It was recorded under No. **21 Volume 230** of the respective books of authentications. --------------------

**THE PUBLIC NOTARY**                    **THE PARTY**

<div style="text-align:center; color:blue;">
Dr. Luis Alfredo Ramirez Montsalve
Incumbent notary
Code 070
Eighth Public Notary of the
Chacao Municipality of the Miranda State
</div>





**Vicepresidency of the Bolivarian.**
**Republic of Venezuela**



The undersigned, Abg. **CARMEN SARIBETH VALLADARES GRATEROL Principal Registrar of the State CAPITAL DISTRICT, according to NUMBER 41,666 dated 02-07-2019**. It is stated that in order to comply with Art. 65 of the Registration and Notary Law, the signature of the citizen **DR. LUIS ALFREDO RAMIREZ MONSALVE** is hereby legalized. Who, as of the date this document was granted is the **EIGHTH NOTARY OF THE CHACAO AUTONOMOUS MUNICIPALITY OF MIRANDA STATE.**

This legalisation does not prejudice any other issue of substance or form. Form request No. 21310114170 Payment of the Autonomous Service for an amount of **22.15** Bs. This is issued in **Caracas** on the 14th of the month of October of the year 2022.

<div align="center">

[*Illegible signature*]

Abg. CARMEN SARIBETH VALLADARES GRATEROL

Main Registrar of the CAPITAL DISTRICT State

</div>

Issued by: NEXY BADELL [*Illegible signature*]



Vice-Presidency of the Bolivarian
Republic of Venezuela




**BOLIVARIAN REPUBLIC OF VENEZUELA**
******"VICE-PRESIDENCY OF THE REPUBLIC***

## AUTONOMOUS SERVICE OF REGISTERS AND NOTARIES

The above signature of

**ABG. CARMEN SARIBETH VALLADARES GRATEROL**

is hereby legalised.

Who is the Principal Registrar of the DISTRICT CAPITAL State.

Notice is hereby given that the legalisation does not prejudice any
other issue of substance or form.

Caracas, 14 October 2022
212, 163 and 23

By the Minister

VENEZUELAN REPUBLIC OF
VENEZUELA
VICEPRESIDENCY OF THE
REPUBLIC
OFFICE OF THE ATTOREY
GENERAL
OF THE CAPITAL DISTRICT

AUTONOMOUS UNIT FOR
RECORD AND NOTARIES

**ABEL ERNESTO DURAN GOMEZ**

GENERAL DIRECTOR OF THE AUTONOMOUS SERVICE OF REGISTRY AND
NOTARIES

Presidential Decree No. 4.297 of 11 September 2020, published in the Extraordinary
Official Gazette of the Bolivarian Republic of Venezuela No. 6.574 of the same date.

*Document signed electronically with the same evidential value that the Law grants to
written documents, as per article 4 of the Law of Messages of Data and Signatures.*

  

Vice-Presidency of the Bolivarian
Republic of Venezuela



 **Gobierno Bolivariano de Venezuela**   Ministry of the Popular Power for Foreign Affairs    SAREN SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS

No. Q14510S22819710

**APOSTILLE**

(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| **1. Country: VENEZUELA** | |
| **This public document** | |
| 2. has been signed by | **ABEL ERNESTO DURAN GOMEZ** |
| 3. acting in the capacity of | **GENERAL DIRECTOR OF THE SAREN** |
| 4. bears the seal/stamp of | **Vice-Presidency of the Bolivarian Republic of Venezuela** |
| **Certified** | |
| 5. In Caracas | **6. on 14-10-2022** |
| 7. by | **Ministry of the Popular Power for Foreign Affairs** |
| **8. No. Q14510S22819710** | |

| | |
|---|---|
| 9. Seal/stamp: BOLIVARIAN REPUBLIC OF VENEZUELA · MINISTRY OF FOREIGN AFFAIRS | 10. Signature   [*Illegible*] |

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
General Director (E) of the Consular Relations Office in
accordance with Resolution No. 007 of 24 May 2022, published in
the Official Gazette of the Bolivarian Republic of Venezuela No.
42.388 of 31 May 2022.

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.

The Apostille does not certify the content of the document for which it was issued.

**Date and time of issue:** 14/10/2022 15:55:52

To validate the authenticity of this Apostille enter this code: DPHIYY7H96Z  in

https://consultalegalisacionve.mppre.gob.ve

**Document type**: Sworn Statement

**Holder:** Identification number: J 000925020 **Name: BARIVEN S.A. BARIVEN S.A.**

    Mppre-d2e2eee115e7438abdbc2db2b183dd96142eca5e   

 CERTIFIED TRANSLATION · LANGUAGE REACH · 17/10/2022 · REG 0763SI66

 **PDVSA**

## ACTA DE ENTREGA

El día de hoy  14 de abril de 2020, en las instalaciones del Aeropuerto de Maiquetía, S.A., a las 11:30 a.m., se encuentran presentes el Presidente de Bariven y autorizado para la exportación por parte de PDVSA, Oscar Dávila Rondón,  titular de la C.I.V-12.350.175 **(quien recibe)** por una parte y por la otra Saúl López , titular de la cédula de identidad V-16.551.209; Gerente Corporativo de Tesorería **(quien entrega)**, para hacer acto de entrega de 80 barras de oro con las siguientes características:

| Peso Fino Kg. / Fine Gold Kg. | Equivalente USD |
|---|---|
| Kg. 1.001,7276 | USD 53.542.951.51 |

Ello para que se constituya como colateral la operación de "adquisición y suministro de gasolina 91 (calidad Euro 5) entre Petróleos de Venezuela S.A. y la compañía nacional de Petróleos de Irán por cinco millones de barriles de gasolina con las mencionadas características.

Entrega
Saúl López
Gerente Corporativo de Tesorería

Reciben
Oscar Dávila Rondón
Presidente de Bariven

PETROLEOS DE VENEZUELA, S.A.
Avenida Libertador, edificio Petróleos de Venezuela, Torre Este, La Campiña. Apartado postal 169. Caracas 1010-A, Venezuela
Teléfonos: (0212) 708 4111  Fax: (02) 708 4661 / 708 4662 www.pdvsa.com

165

  
 CERTIFIED TRANSLATION   LANGUAGE REACH   17/10/2022   REG.0763516B



212° y 163°



**Gobierno**
**Bolivariano**
**de Venezuela**

Vicepresidencia de la República
Bolivariana de Venezuela

SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS.

**Número de Trámite: 21301.2022.4.2024**

La Planilla Única Bancaria (PUB) tendrá una vigencia de treinta días continuos contados desde su emisión, dentro de los cuales deberá efectuarse el pago en los primeros diez (10) días continuos. Una vez que el usuario o usuaria realice el pago, deberá presentar el documento conjuntamente con la Planilla Única Bancaria (PUB) pagada, antes del vencimiento de los treinta (30) días continuos ya establecidos.



---

**PLANILLA ÚNICA BANCARIA (PUB)**

**Número Planilla: 21310114170**
**Fecha de Emisión: 2022-10-14**

**Tipo de Acto: LEGALIZACION DE FIRMAS**

**Documento:**
DOCUMENTOS VARIOS

**PLANILLA EXONERADA**

**Nombre y Apellido del Solicitante:**
Juan Carlos Arrieche Granadillo

**CI/RIF/Pasaporte del solicitante:** V-12850322

**Nombre y Apellido del Depositante:**

**CI/RIF/Pasaporte del Depositante:**

**Firma del Depositante:**

**Número Control: 488-0000-0000**

| | Tasa SAREN (Bs.S) | 0 |
|---|---|---|
| Forma de Pago: | Timbres Trámite(Bs.S) | 0,00 |
| | Timbres Legalización SAREN (Bs.S) | 0,00 |
| Deposito ___  Punto de Venta ___  Pago por Internet ___ | Total Timbres (Bs.S) | 0,00 |
| | MONTO TOTAL (Bs.S) | 0 |

MONTO EN LETRAS(Bs.S): CERO BOLÍVARES CON CERO CÉNTIMOS

| Sello de la Oficina (relaciones oficina) | Bancos Recaudadores | Sello y Firma del Banco |
|---|---|---|
| | 0003 - Banco Industrial de Venezuela  0175 - Banco Bicentenario | |
| | 0102 - Banco de Venezuela  0108 - Banco Provincial | |
| | 0163 - Banco del Tesoro | |

---

**SOLO PARA USO DEL SAREN**

| FUNCIONARIO EMISOR | FUNCIONARIO RECEPTOR | FUNCIONARIO REVISOR | REGISTRADOR/NOTARIO |
|---|---|---|---|
| | | | |

**Cód. de Seg: YIWbllCUmZ2UopWaUpeflZGil6JRkaNRmA==**



CERTIFIED TRANSLATION
17/10/2022
REG.07635166
LANGUAGE RECH



**Fecha Emisión** 14/10/2022    212   y   163



Gobierno
Bolivariano
de Venezuela
Vicepresidencia de la República
Bolivariana de Venezuela

La PUB desde su emisión tiene una vigencia de diez (10) días continuos para ser cancelada. Una vez efectuada la cancelación respectiva, tiene una vigencia de treinta (30) días no prorrogables para presentar el documento. Agotados dichos lapsos, la PUB es nula y deberá emitirse una nueva PUB para realizar el trámite, debiendo cancelarse nuevamente el monto.

SAREN

38164

| PLANILLA UNICA BANCARIA | Número Planilla | 070 - 00335578 |
|---|---|---|

21/230

| TIPO DE ACTO | **AUTENTICACION** | | | |
|---|---|---|---|---|
| Nombre y Apellido del Solicitante | | Número Control : 488 - 0000 - 0000 | | |
| **JUAN AARRIECHE** | | | | |
| CI / RIF / Pasaporte del Solicitante | Forma de Pago | N° Cheque / Aprobacion | Monto (Bs.F.) | |
| **V-12850322** | | | | |
| Nombre y Apellido del Depositante | Monto Efectivo | | | |
| | Cheque mismo Banco | | | |
| CI / RIF / Pasaporte del Depositante | | | | |
| | Punto de Venta | | | |
| Firma del Depositante | Pago por Internet | | | |
| CERO BOLIVARES SOBERANOS CON CERO CENTIMOS. | | Monto Total | 0,00 | |

| SOLO PARA USO DEL SAREN | FUNCIONARIO EMISOR | FUNCIONARIO RECEPTOR | FUNCIONARIO REVISOR | REGISTRADOR / NOTARIO |
|---|---|---|---|---|
| Nombres y Apellidos | | | | |
| Cédula de Identidad | | C.I 6.513.918 Escribiente | | Dr. Luis Alfredo Ramírez Monsalve Notario Titular Cod. 070 |
| Cargo | | | | |
| Fecha | | | | Notaría Pública Octava del Municipio Chacao del Estado Miranda |
| Firma | | | | |

Sello de la Oficina

Bancos Recaudadores
0003 - Banco Industrial de Venezuela
0007 - Banco Bicentenario
0102 - Banco de Venezuela
0163 - Banco del Tesoro
0108 - Banco Provincial

Sello y Firma del Banco

TRASLADO 0,00
TRANSPORTE 0,00
Solo para Uso de la Oficina Notarial
**NOTARIA PUBLICA OCTAVA DEL MUNICIPIO CHACAO DEL ESTADO MIRANDA**
OBSERVACIONES



CERTIFIED TRANSLATION
17/10/2022
REG.07635166
LANGUAGE



Dr. DEMETRIOS SIERRA
ABOGADO
INPREABOGADO: 137.049



NOTARIA PUBLICA OCTAVA DEL
MUNICIPIO AUTONOMO CHACAO
Recibido el _____ 3816 ‹‹
Planilla _____
Fijado para el día _____
Derechos Arancelarios ___ 21/230

Ciudadano:
Notario Público Octavo del Municipio Chacao Estado Miranda.
Su despacho.-

Yo, **Oscar Albin Dávila Rondon**, venezolano, mayor de edad, titular de la cédula de identidad N° **V-12.350.175**, y de este domicilio, a los fines de cumplir con los requisitos de Ley exigidos en materia de legalización y apostilla por parte del Ministerio del Poder Popular para las Relaciones Exteriores, me dirijo ante usted, muy afablemente para declarar **bajo fe de juramento** y para los fines legales competentes, surta efectos en el extranjero, que el documento que presento anexo al presente, se corresponde con certificación expedida en mi condición de Presidente de Bariven S.A al siguiente documento:

1. **Certificado de entrega de 80 barras de oro para la adquisición y suministros de gasolina 91 entre Petróleos de Venezuela, S. A. y la Compañía Nacional de Petróleos de Irán, de fecha 14 de abril de 2020.**

Asimismo, reconozco que la firma que aparece al final de dicho documento es mía de puño y letra. Además, el documento adjunto a la Certificación es copia fiel y exacta del original que se conserva en el registro oficial de los archivos de Bariven S. A. que se realiza, conserva y utiliza en el transcurso de sus actividades empresariales de forma regular. Se hizo en el momento de los hechos expuestos en ella por una persona con conocimiento de los mismos.

Con el otorgamiento de este documento declaro bajo pena de perjurio conforme a las leyes de la República Bolivariana de Venezuela que lo anterior es cierto y correcto.

Es justicia en la ciudad de Caracas, a la fecha de su presentación.





PDVSA
BARIVEN
PRESIDENCIA BARIVEN, S.A.



CERTIFIED TRANSLATION
17/10/2022
REG.07635166
LANGUAGE

 **Gobierno Bolivariano de Venezuela** Vicepresidencia de la República Bolivariana de Venezuela

 **SAREN**

**REPUBLICA BOLIVARIANA DE VENEZUELA. VICEPRESIDENCIA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA. NOTARIA PUBLICA OCTAVA DEL MUNICIPIO AUTÓNOMO CHACAO DEL ESTADO MIRANDA. 14 DE OCTUBRE DE 2022.** 212° y 163°. El anterior documento redactado por el Abogado (a) **DEMETRIOS SIERRA.** inscrita en el Instituto de Previsión Social del Abogado bajo el N° **137.049**, fue presentado para su autenticación y devolución según Planilla Única Bancaria (PUB) N° **070-00335578** y Planilla Notarial N° **38164** de fecha **14/10/2022**. Presente su otorgante **OSCAR ALBIN DAVILA RONDON** mayor de edad, domiciliado en: **CARACAS**, de Nacionalidad: **VENEZOLANO** de estados civil: **SOLTERO** y titular(es) de la cedula(s) de identidad números: **V-12.350.175** Respectivamente. Leído el documento de **DECLARACION JURADA**, el otorgante en presencia del Notario expusieron "**SU CONTENIDO ES CIERTO Y NUESTRAS LAS FIRMAS QUE APARECE AL PIE DEL INSTRUMENTO**". El Notario en tal virtud declara legalmente Autenticado el presente Documento y las copias firmadas en originales formarán el Tomo Principal y el Tomo Duplicado, quedando inserto bajo el N° **21.** Tomo **230** de los Libros de Autenticaciones llevados en esta Notaría. Actuaron como testigos instrumentales: **ALCIDES DA SILVA** y **NELSON FRANCO**, titulares de las cédulas de identidad Nos.: **V-5.140.329** y **V-6.965.178**, funcionarios de esta Notaría designados para este acto. El Notario hace constar que ha dado lectura al artículo **78** numeral **2** del Decreto N° **1.422**, mediante el cual se dicta el **Decreto con Rango, Valor y Fuerza de Ley de Registros y del Notariado**, publicado en la Gaceta Oficial N° **6.156** Extraordinario, de fecha **19 de noviembre de 2014** e informó a las partes del contenido, naturaleza, trascendencia y consecuencias legales de los actos o negocios jurídicos otorgados en su presencia, así como de las renuncias, reservas, gravámenes y cualquier otro elemento que afecten los bienes o derechos referidos en el acto o negocio jurídico, el cual manifiesta en consecuencia su plena conformidad. Jurada la urgencia del caso el notario que suscribe declara habilitado el presente documento conforme el artículo **29** del referido Decreto N° **1.422**. El Notario que suscribe hace constar que tuvo a la vista: **1.-** Cédula laminada de los otorgantes.

LA NOTARIO PÚBLICO.                                                    EL OTORGANTE.

 Dr. Luis Alfonso Ramírez Monsalve
Notario Titular
Cod. 070
Notaria Pública Octava del
Municipio Chacao del Estado Miranda



LOS TESTIGOS.

 
CERTIFIED TRANSLATION   LANGUAGE RECEIPT   17/10/2022   REG.07635169



DR. DEMETRIOS SIERRA
ABOGADO
INPREABOGADO: 137.049



## CERTIFICACIÓN

Quien suscribe, **OSCAR ALBIN DÁVILA RONDON**, titular de la Cédula de Identidad Nro. V-12.350.175, en mi carácter de **Presidente de BARIVEN, S. A.,** designado mediante Punto de Cuenta Nro. PC-DERRHH-067-2020, protocolizado ante el Registro Mercantil Primero del Distrito Capital del Estado Bolivariano de Miranda bajo el Numero.56, Tomo 34-A, de fecha 21 de diciembre de 2020, certifico que el documento anexo que se identifica como: **Certificado de entrega de 80 barras de oro para la adquisición y suministros de gasolina 91 entre Petróleos de Venezuela, S. A. y la Compañía Nacional de Petróleos de Irán,** de fecha 14 de abril de 2020, es copia fiel y exacta de su original que reposa en los archivos de este Ente.

Certificación que se realiza en Caracas, a los cinco (5) días del mes de octubre de 2022.



**OSCAR ALBIN DÁVILA RONDON**
CI. Nro. V-12.350.175
Presidente de BARIVEN, S. A.

✹ **PDVSA**
BARIVEN
PRESIDENCIA BARIVEN, S.A.



CERTIFIED TRANSLATION
LANGUAGE REACH
17/10/2022
REG.07635166

 

REPUBLICA BOLIVARIANA DE VENEZUELA. VICEPRESIDENCIA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA. NOTARIA PUBLICA OCTAVA DEL MUNICIPIO AUTÓNOMO CHACAO DEL ESTADO MIRANDA, 14 DE OCTUBRE DE 2022. 212° y 163°. El anterior documento redactado por la Abogado (a) DEMETRIOS SIERRA inscrita en el Instituto de Previsión Social del Abogado bajo el N° 137.049 , fue presentado para su autenticación y devolución según Planilla Única Bancaria (PUB) N° 070-00335578 y Planilla Notarial N° 38164 de fecha 14/10/2022. Presente su otorgante, dijo llamarse, OSCAR ALBIN DAVILA RONDON, Dejándolo anotado bajo el N° 21 Tomo 230 de los libros de autenticaciones respectivos.

LA NOTARIO PÚBLICO.                                      EL OTORGANTE.

Dr. Luis Alfredo Ramírez Monsalve
Notario Titular
Notaria Público Octava del
Municipio Chacao del Estado Miranda

   





REPÚBLICA BOLIVARIANA DE VENEZUELA
VICEPRESIDENCIA DE LA REPÚBLICA
REGISTRO PRINCIPAL DISTRITO CAPITAL

Quien Suscribe Abg. **CARMEN SARIBETH VALLADARES GRATEROL**
Registrador(a) **Principal** del Estado **DISTRITO CAPITAL**, según **NUMERO 41.666**
de fecha **02-07-2019**. Hace constar, que para dar cumplimiento al Art. 65 de la Ley de
Registro y Notariado, se legaliza la firma de él(la) ciudadano **DR. LUIS ALFREDO
RAMIREZ MONSALVE**. Quien para la fecha que suscribe es: **NOTARIO PÚBLICO
OCTAVO DEL MUNICIPIO AUTÓNOMO CHACAO DEL ESTADO MIRANDA.**
La presente legalización no prejuzga acerca de ningún otro extremo de fondo ni de forma.
Solicitud planilla N° 21310114170 Pago del Servicio Autónomo por un monto de **22,15**
Bs. . Se expide en Caracas a los días 14 del mes de octubre del año 2022.



Abg. CARMEN SARIBETH VALLADARES GRATEROL
Registrador(a) Principal del Estado DISTRITO CAPITAL

Elaborado por: NEXY BADELL





**REPÚBLICA BOLIVARIANA DE VENEZUELA**
***VICEPRESIDENCIA DE LA REPÚBLICA***

## SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS

Se legaliza la firma que antecede a él (la) ciudadano (a)

**ABG. CARMEN SARIBETH VALLADARES GRATEROL.**

Quien es como se titula, Registrador(ra) Principal del Estado DISTRITO CAPITAL.

Se advierte que la presente legalización no prejuzga acerca de **Ningún otro extremo de fondo, ni forma.**

Caracas, 14 de octubre del 2022
212°, 163° y 23°

Por el Ministro

**ABEL ERNESTO DURAN GOMEZ**

DIRECTOR GENERAL DEL SERVICIO AUTÓNOMO DE
REGISTRO Y NOTARIAS

Decreto Presidencial N° 4.297, del 11 de Septiembre de 2020, publicada en la Gaceta Oficial
Extraordinaria de la República Bolivariana de Venezuela N° 6.574 de la misma fecha.

*Documento firmado electrónicamente con el mismo valor probatorio que la Ley otorga a los documentos
escritos, según artículo 4° de la Ley de Mensajes de Datos y Firmas.*





SERVICIO AUTÓNOMO
DE REGISTROS
Y NOTARÍAS



 Gobierno **Bolivariano** de Venezuela | Ministerio del Poder Popular para **Relaciones Exteriores** | Oficina de **Relaciones Consulares**

**No. Q14510S22819710**

**APOSTILLE**

(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| 1. **País: VENEZUELA** Country/Pays | |
| **El presente documento público** The public document / Le présent acte public | |
| 2. **ha sido firmado por** has been signed by a été signé par | **ABEL ERNESTO DURÁN GÓMEZ** |
| 3. **quien actúa en calidad de** acting in the capacity of agissant en qualité de | **DIRECTOR GENERAL DEL SAREN** |
| 4. **y está revestido del sello / timbre de** bears the seal / stamp of est revêtu du sceau / timbre de | **VICEPRESIDENCIA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA** |
| **Certificado** Certified / Attesté | |
| 5. **en CARACAS** at / a | 6. **el día 14-10-2022** the / le |
| 7. **Por Ministerio del Poder Popular para Relaciones Exteriores** by / par | |
| 8. **Bajo el número Q14510S22819710** Nº / sous nº | |
| 9. **Sello / timbre:** Seal / stamp: Sceau / timbre : | 10. **Firma:** Signature: Signature : |

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
Director General de la Oficina de Relaciones Consulares, según Resolución Nro. 007 del 24 de mayo de 2022, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro. 42.388 del 31 de mayo de 2022.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
**Fecha y hora de la emisión:** 14/10/2022 15:55:52
Para validar la autenticidad de esta apostilla ingrese este código: DPH1YY7H96Z en http://consultalegalizacionve.mppre.gob.ve
**Tipo de Documento:** Declaración Jurada
**Titular:** Nro de Identificación: J 000925020 **Nombre:** BARIVEN, S.A. BARIVEN, S.A.

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
**Date and time of Issue:** 14/10/2022 15:55:52
To validate the authenticity of this Apostille enter this code: DPH1YY7H96Z in http://consultalegalizacionve.mppre.gob.ve
**Document type:** Declaración Jurada
**Holder:** Identification Number: J 000925020 **Name:** BARIVEN, S.A. BARIVEN, S.A.

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
**Date et heure d'émission:** 14/10/2022 15:55:52
Pour valider l'authenticité de cette apostille, entrez ce code: DPH1YY7H96Z dans http://consultalegalizacionve.mppre.gob.ve
**Type de document:** Declaración Jurada
**Titulaire:** Numéro d'identification: J 000925020 **Prénom:** BARIVEN, S.A. BARIVEN, S.A.

**Mppre-d2e2eee115e7438abdbc2db2b183dd96142eca5e**







17th October 2022

Dear Sirs,

**Re: Spanish into English Certified Translation - LR-1022-547**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English.

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,



**Aniello Attianese**
Senior Account Manager





Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN