# EXHIBIT 19

**Mauricio Enrique Blanco Acosta**
*Public Interpreter in Portuguese Language*
Official Gazette of the Bolivarian Republic of Venezuela No. 41.578, Page 2, of 4 February, 2019.
Mobile: 0058-412-631.88.74 / mblanco.translator@gmail.com
Translation No. 00809 - Caracas, 12 July, 2022.

*[Seal: Mauricio Enrique Blanco Acosta, Public Interpreter Portuguese, OFFICIAL GAZETTE No. 41578, 4 February 2019]*

I, Enrique Blanco Acosta, bearer of identity card No. V-16,132,834, Public Document in Portuguese Language, duly authorized according to the Official Gazette of the Bolivarian Republic of Venezuela No. 41,578, published on February 4, 2019, I certify under swears that the attached document in the Portuguese language, faithfully translated into the Spanish *language*, reads as follows:

[LETTERHEAD WITH THE TEXT: BOLIVARIAN GOVERNMENT OF VENEZUELA / MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS / EMBASSY OF THE BOLIVARIAN REPUBLIC OF VENEZUELA IN SENEGAL, ACCREDITED IN CAPE VERDE, GAMBIA. GUINEA, GUINEA BISSAU AND MAURITANIA]

II.2.S10.E1/No. 00277/2020

**Dakar, 14 June 2020**

The Embassy of the Bolivarian Republic of Venezuela salutes the Honorable Minister of Foreign Affairs, Communities and Defense of the Republic of Cape Verde and has the honor to draw your attention to the matter of the Venezuelan citizen Alex SAAB, in order to take into account, the following case conditions.

Once again, I have come to highlight an issue regarding the situation of the Venezuelan citizen Alex Nain SAAB MORÁN, born on 21 December, 1971. and bearer of passport number 146601956, issued by the Bolivarian Republic of Venezuela, who was illegally detained in Cape Verde on 12 June, 2020.

On behalf of our Government, we wish to confirm that Mr. Saab enjoys immunity in international law, since he acts as an agent of the Government of the Bolivarian Republic of Venezuela. Specifically, Mr. Saab was traveling as a representative of the President of the Bolivarian Republic Of Venezuela, Nicolas Maduro Moros, who is unable to leave the Bolivarian Republic as the country is involved in the fight against the pandemic triggered by COVID-19.

Therefore, Mr. Saab enjoys the same immunity ratioae personae as would the resident of the Bolivarian Republic of Venezuela if he had transited through Cape Verde, and the Bolivarian Republic of Venezuela has not waived this immunity.

The Government of the Bolivarian Republic of Venezuela has appointed Dr. Rutsel Martha to assist you in this matter. Until now, Dr. Martha has not received authorization from the Cape Verde authorities to travel to this country. As ambassador of the Bolivarian Republic of Venezuela in Senegal, accredited in Cape Verde, I will accompany Dr. Martha on



**Mauricio Enrique Blanco Acosta**
*Public Interpreter in Portuguese Language*
Official Gazette of the Bolivarian Republic of Venezuela No. 41.578, Page 2, of 4 February, 2019.
Mobile: 0058-412-631.88.74 / mblanco.translator@gmail.com
Translation No. 00809 - Caracas, 12 July, 2022

[Seal: Mauricio Enrique Blanco Acosts — Public Interpreter Portuguese OFFICIAL GAZETTE No. 41578 — 4 February 2019]

her trip to Cape Verde.

    I thank you in advance for your valuable support and solidarity in this matter and again convey my warmest regards to His Excellency.

[HANDWRITTEN SIGNATURE]

Ministry of Foreign Relations

Communities and Republican

Defense of Cape Verde

[SEAL WITH THE TEXT; BOLIVARIAN REPUBLIC OF VENEZUELA –

EMBASSY IN SENEGAL, CAPE VERDE, GAMBIA, GUINEA, GUINEA BISSAU AND

MAURITANIA – SHIELD OF ARMS OF THE BOLIVARIAN REPUBLIC OF VENEZUELA]

Villa khardiata Rue 11 angle 6, Fann Mermoz, BP: 45287 Dakar-Senegal. Tel: (221) 33 864 15 15 Fax (221) 33 864 79
Email. embavenez senegal@yahoo.com.embavenez.senegal@gmail.com

***********************END OF TRANSLATION]***********************

*This translation does not certify the content of the document for which it was issued, only certifies that the translation was faithfully made from the Portuguese Language to the Spanish Language. IN WITNESS OF IT, I certify that nothing else contained the document above, which I return to the interested party, with this translation composed of two (2) pages, which I seal and sign, in Caracas, on the twelfth (12) day of the month of July 2022.*

[Seal: Mauricio Enrique Blanco Acosts — Public Interpreter Portuguese OFFICIAL GAZETTE No. 41578 — 4 February 2019]

[Illegible signature]

**Mauricio Enrique Blanco Acosta**
*Public Interpreter in Portuguese Language*
**Official Gazette No. 41.578 - 4 February, 2019.**



(Flag) **Bolivarian** Government of Venezuela – Ministry of Popular Power for Foreign Affairs
**Embassy of the Bolivarian Republic of Venezuela in Senegal.**
**Accredited in Cape Verde, Gambia, Guinea, Guinea-Bissau and in Mauritania**

---

**ll.2.S10.E1 / No. 00277/2020**                                                                                               **Dakar, 14th June 2020**

The Embassy of the Bolivarian Republic of Venezuela commends the Honourable Minister of Foreign Affairs, of the Communities of the Defense of the Republic of Cape Verde and has the honour of drawing his attention to the dossier of the Venezuelan citizen Alex SAAB, in order to take into account the following conditions of the case.

Again, I come to highlight a need in relation to the situation of Venezuelan citizen Alex Nain SAAB MORÁN, born on 21st December 1971 and holder of passport number 146601956 issued by the Bolivarian Republic of Venezuela, who was illegally detained in Cape Verde on 12th June 2020.

On behalf of our government, we want to ratify that Mr. Saab enjoys immunity under international law, since he acts as an agent for the Government of the Bolivarian Republic of Venezuela. More specifically, Mr. Saab traveled as a representative of the President of the Bolivarian Republic of Venezuela, Nicolás Maduro Moros, who is unable to leave the Bolivarian Republic of Venezuela while leading the country in fighting the pandemic caused by COVID-19.

In this way, Mr. Saab enjoys the same immunity *rationae personae* (by reason of his person), that the President of the Bolivarian Republic of Venezuela would have enjoyed had he travelled through Cape Verde, and this immunity has not been waived by the Bolivarian Republic of Venezuela.

The Government of the Bolivarian Republic of Venezuela entrusted Dr. Rutsel Martha to assist it in this matter. To date, Dr. Martha has not received authorisation from the Cape Verde authorities to travel to Cape Verde. As Ambassador of the Bolivarian Republic of Venezuela to Senegal, accredited to Cape Verde, I shall accompany Dr. Martha on his trip to Cape Verde.

I thank you in advance for your invaluable support and solidarity in this matter and once again I take the opportunity to reiterate to Your Excellency my assurances of the highest consideration. *(Signature – Illegible)*

**Ministry of Foreign Affairs,**
**of the Defense Communities**
**Republic of Cape Verde**

*(Seal)* – BOLIVARIAN REPUBLIC OF VENEZUELA
EMBASSY IN SENEGAL
CAPE VERDE, GAMBIA, GUINEA, GUINEA BISSAU & MAURITANIA

---

**Villa khardiata Rue 11 angle 6, Fann Mermoz, BP: 45287 Dakar-Senegal. Tel: (221) 33 864 15 15. Fax: (221) 33 864 79 35**
**E-mail: embavenez_senegal@yahoo.com, embavenez.senegal@gmail.com**



BOLIVARIAN REPUBLIC OF VENEZUELA
MINISTRY OF THE PUBLIC POWER FOR
FOREIGN AFFAIRS

## CERTIFICATION

The undersigned, Andrea Gabriela Corao Faria, in my capacity as General Director of the Office of the Minister of the Popular Power for Foreign Affairs, designated via Resolution No. 020 of 01 June 2022, published in the Official Gazette No. 42.393, dated 07 June 2022, hereby certifies that the annex, is a true and exact copy of the Verbal Note II.2.S10.E1/No. 00277/2020 of 14 June 2020, sent by the Embassy of the Bolivarian Republic of Venezuela in Senegal, accredited in Cape Verde, Guinea, Guinea Bissau and Mauritania.

In Caracas, on the fifteen (15) of the month of July 2022.

**Andrea Gabriela Corao Faria**
**General Office Director**
**Minister of the Popular Power for Foreign Affairs**
designated via Resolution No. 020 of 01 June 2022
Published in the Official Gazette No. 42.393, dated 07 June 2022

BOLIVARIAN REPUBLIC OF VENEZUELA

MINISTER'S OFFICE

MINISTRY OF FOREIGN AFFAIRS



**Mauricio Enrique Blanco Acosta**
*Intérprete Público en Idioma Portugués*
Gaceta Oficial de la República Bolivariana de Venezuela Nº 41.578,
Página 2, del 4 de febrero de 2019.
Celular: 0058-412-631.88.74 / mblanco.translator@gmail.com
Traducción **Nº 00809** - Caracas, 12 de Julio de 2022.

Yo, Mauricio Enrique Blanco Acosta, portador de la cédula de identidad N° V-16.132.834, Intérprete Público en Idioma Portugués, debidamente autorizado según Gaceta Oficial de la República Bolivariana de Venezuela N° 41.578, publicada el 4 de febrero de 2019, certifico bajo juramento que el documento anexo en idioma Portugués, fielmente traducido al Idioma Español, es del siguiente tenor:

[MEMBRETE CON EL TEXTO: GOBIERNO BOLIVARIANO DE VENEZUELA / MINISTERIO DEL PODER POPULAR PARA LAS RELACIONES EXTERIORES / EMBAJADA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA EN SENEGAL, ACREDITADA EN CABO VERDE, GAMBIA, GUINEA, GUINEA BISSAU Y MAURITANIA]

II.2.S10.E1/N° 00277/2020

Dakar, 14 de junio de 2020

La Embajada de la República Bolivariana de Venezuela saluda al honorable Ministerio de Relaciones Exteriores, Comunidades y Defensa de la República de Cabo Verde y tiene el honor de llamar su atención sobre el asunto del ciudadano venezolano Alex SAAB, a fin de tener en cuenta las siguientes condiciones del caso.

Una vez más, vengo a destacar una precisión sobre la situación del ciudadano venezolano Alex Nain SAAB MORÁN, nacido el 21 de diciembre de 1971, y portador del pasaporte número 146601956, expedido por la República Bolivariana de Venezuela, quien fue detenido en Cabo Verde, de forma ilegal, el 12 de junio de 2020.

En nombre de nuestro Gobierno, deseamos ratificar que el Sr. Saab goza de inmunidad en virtud del derecho internacional, ya que actúa como agente del Gobierno de la República Bolivariana de Venezuela. En concreto, el Sr. Saab viajaba como representante del presidente de la República Bolivariana de Venezuela, Nicolás Maduro Moros, que no puede salir de la República Bolivariana de Venezuela por estar al frente del país en la lucha contra la pandemia provocada por el COVID-19.

Por lo tanto, el Sr. Saab goza de la misma inmunidad *rationae personae* de la que gozaría el presidente de la República Bolivariana de Venezuela si este hubiera transitado por Cabo Verde, y la República Bolivariana de Venezuela no ha renunciado a esta inmunidad.

El Gobierno de la República Bolivariana de Venezuela ha designado al Dr. Rutsel Martha para que le asista en este asunto. Hasta ahora, el Dr. Martha no ha recibido autorización de las autoridades de Cabo Verde para viajar a este país. Como embajador de la República Bolivariana de Venezuela en Senegal, acreditado en Cabo Verde, acompañaré al Dr. Martha en su viaje a Cabo

# Mauricio Enrique Blanco Acosta

*Intérprete Público en Idioma Portugués*
Gaceta Oficial de la República Bolivariana de Venezuela Nº 41.578,
Página 2, del 4 de febrero de 2019.
Celular: 0058-412-631.88.74 / mblanco.translator@gmail.com
Traducción **Nº 00809** - Caracas, 12 de Julio de 2022.



Verde.

Le agradezco de antemano su inestimable apoyo y solidaridad en esta cuestión y aprovecho una vez más para reiterar a Su Excelencia el testimonio de mi más alta consideración.

[FIRMA MANUSCRITA]

**Ministerio de Relaciones**
**Exteriores, Comunidades y**
**Defensa República de Cabo**
**Verde**

[SELLO CON EL TEXTO: REPÚBLICA BOLIVARIANA DE VENEZUELA - EMABAJADA EN SENEGAL, CABO VERDE, GAMBIA, GUINEA, GUIENEA BISSAU Y MAURITANIA – ESCUDO DE ARMAS DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA]

Villa khardiata Rue 11 angle 6, Fann Mermoz, BP: 45287 Dakar-Senegal. Tel: (221) 33 864 15 15 Fax (221) 33 864 79 Correo electrónico: embavenez_senegal@yahoo.com, embavenez.senegal@gmail.com

**********************[FIN DE LA TRADUCCIÓN]************************

*Esta traducción no certifica el contenido del documento para el cual fue emitido, solamente certifica que la traducción fue realizada fielmente del Idioma Portugués al Idioma Español. EN FE DE ELLO, certifico que nada más contenía el documento arriba, que devuelvo a la parte interesada, con esta traducción compuesta de dos (2) páginas, que sello y firmo, en Caracas, a los doce (12) días del mes de Julio de 2022.*



**Mauricio Enrique Blanco Acosta**
*Intérprete Público en Idioma Portugués*
Gaceta Oficial Nº 41.578 - 4 de febrero de 2019

17/08/2022
REG:07635166
CERTIFIED TRANSLATION · LANGUAGE REACH

 **Gobierno Bolivariano de Venezuela** | Ministerio del Poder Popular para Relaciones Exteriores | Ambassade de la République Bolivarienne du Venezuela au Sénégal. Accréditée en Cabo Verde, Gambie, Guinée, Guinée-Bissau et en Mauritanie

II.2.S10.E1/ N° 00277/2020

Dakar 14 junho 2020

A Embaixada da República Bolivariana da Venezuela elogia o Honorable Ministerio Ministério dos Negocios Estrangeiros, das Comunidades da Defensa da Republica de Cabo Verde e tem a honra de chamar sua atenção para o dossier do cidadão venezuelano Alex SAAB, a fim de levar em conta as seguintes condições do caso.

Novamente, venho por destacar uma precisão em relação à situação do cidadão venezuelano Alex Nain SAAB MORÁN, nascido em 21 de dezembro de 1971 e portador do passaporte número 146601956 emitido pela República Bolivariana da Venezuela, que foi ilegalmente detido em Cabo verde em 12 de Junho de 2020.

Em nome de nosso governo, queremos ratificar que o Sr Saab goza de imunidade de acordo com o Direito internacional, uma vez que atua como agente do Governo da República Bolivariana da Venezuela. Mais especificamente, o Sr Saab viajava como representante do Presidente da República Bolivariana da Venezuela, Nicolás Maduro Moros, que encontra-se impossibilitado de sair da República Bolivariana da Venezuela enquanto lidera o país no combate à pandemia causada pelo COVID-19.

Desse modo, o Sr Saab goza da mesma imunidade *rationae personae* de que o Presidente da República Bolivariana da Venezuela gozaria caso houvesse transitado por Cabo Verde, e esta imunidade não foi renunciada pela República Bolivariana da Venezuela.

O Governo da República Bolivariana da Venezuela encarregou o Dr Rutsel Martha de auxiliá-lo nesta questão. Até o presente momento, o Dr Martha não recebeu autorização das autoridades de Cabo Verde para viajar a Cabo Verde. Como Embaixador da República Bolivariana da Venezuela no Senegal, acreditado perante Cabo Verde, eu acompanharei o Dr Martha na sua ida a Cabo Verde.

Agradeço antecipadamente pelo vosso apoio e solidariedade inestimáveis nesta questão e mais uma vez aproveito a oportunidade para reiterar a Vossa Excelência meus protestos da mais alta consideração.

**Ministerio Ministério dos Negocios Estrangeiros,
das Comunidades da Defensa
Republica de Cabo Verde**




Villa khardiata, Rue 11 angle 6, Fann Mermoz, BP: 45287 Dakar-Senegal. Tel. (221) 33 864 15 15 .Fax (221) 33 864 79 35
E-mail : embavenez_senegal@yahoo.com, embavenez.senegal@gmail.com

REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA
RELACIONES EXTERIORES

## CERTIFICACIÓN

Quien suscribe, Andrea Gabriela Corao Faría, en mi carácter de Directora General del Despacho del Ministerio del Poder Popular para Relaciones Exteriores, designada mediante Resolución N° 020 de fecha 01 de junio de 2022, publicada en Gaceta Oficial N° 42.393, de fecha 07 de junio de 2022, certifico que el anexo, es una copia fotostática fiel y exacta de la Nota Verbal II.2.S10.E1/N° 00277/2020 de fecha 14 de junio de 2020, enviada por la Embajada de la República República Bolivariana de Venezuela en Senegal, acreditada en Cabo Verde, Gambia, Guinea, Guinea Bissau y Mauritania.

En Caracas, a los quince (15) días del mes de julio de 2022.

**Andrea Gabriela Corao Faría**
**Directora General del Despacho**
**Ministerio del Poder Popular para Relaciones Exteriores**
Designada mediante Resolución DM N° 020 de fecha 01 de junio de 2022.
Publicada en Gaceta Oficial N° 42.393 de fecha 07 de junio de 2022.




Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para Relaciones Exteriores | Oficina de Relaciones Consulares

No. R18D07822Y16Z07
## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| 1. País: Country/Pays | VENEZUELA |
| El presente documento público / The public document / Le présent acte public | |
| 2. ha sido firmado por / has been signed by / a été signé par | ANDREA GABRIELA CORAO FARIA |
| 3. quien actúa en calidad de / acting in the capacity of / agissant en qualité de | DIRECTORA GENERAL DEL DESPACHO (E) |
| 4. y está revestido del sello / timbre de / bears the seal / stamp of / est revêtu du sceau / timbre de | Ministerio del Poder Popular para Relaciones Exteriores |
| | Certificado / Certified / Attesté |
| 5. en / at / a | CARACAS |
| 6. el día / the / le | 18-07-2022 |
| 7. Por Ministerio del Poder Popular para Relaciones Exteriores / by / par | |
| 8. Bajo el número / Nº / sous nº | R18D07822Y16Z07 |
| 9. Sello / timbre: Seal / stamp: Sceau / timbre:  | 10. Firma: Signature: Signature: |

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
Director General de la Oficina de Relaciones Consulares, según Resolución Nro. 007 del 24 de mayo de 2022, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro. 42.388 del 31 de mayo de 2022.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
**Fecha y hora de la emisión:** 18/07/2022 12:28:24
Para validar la autenticidad de esta apostilla ingrese este código: DBH1YY4ZBBE en http://consultalegalizacionve.mppre.gob.ve
**Tipo de Documento:** Certificación
**Titular:** Nro de Identificación: G 200000023 **Nombre:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES

---

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
**Date and time of issue:** 18/07/2022 12:28:24
To validate the authenticity of this Apostille enter this code: DBH1YY4ZBBE in http://consultalegalizacionve.mppre.gob.ve
**Document type:** Certificación
**Holder:** Identification Number: G 200000023 **Name:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES

---

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
**Date et heure d'émission:** 18/07/2022 12:28:24
Pour valider l'authenticité de cette apostille, entrez ce code: DBH1YY4ZBBE dans http://consultalegalizacionve.mppre.gob.ve
**Type de document:** Certificación
**Titulaire:** Numéro d'identification: G 200000023 **Prénom:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES



Mppre-db28483fe557d8622f1a2ab988696dbdc81caf64

| | | |
|---|---|---|
| **Bolivarian** Government of Venezuela | Ministry of the Public Power for **External Relations** | Office of **Consular Relations** |

No. R18D07822Y16Z07

## APOSTILLE
(Convention de La Haye du 5 octobre 1961)




BOLIVARIAN REPUBLIC OF VENEZUELA MINISTRY OF FOREIGN AFFAIRS
DEPARTMENT OF LEGALISATIONS



| 1. Country: VENEZUELA | |
|---|---|
| This public document | |
| 2. has been signed by | ANDREA GABRIELA CORAO FARIA |
| 3. acting in the capacity of | GENERAL DIRECTOR OF THE OFFICE |
| 4. bears the seal/stamp of | Ministry for Foreign Affairs |
| Certified | |
| 5. In Caracas | 6. on 18-07-2022 |
| 7. by | Ministry of the Public Power For External Relations |
| 8. No. R18D07822Y16Z07 | |
| 9. Seal/stamp:  | 10. Signature   [*Illegible*] |




BOLIVARIAN REPUBLIC OF VENEZUELA MINISTRY OF FOREIGN AFFAIRS
DEPARTMENT OF LEGALISATIONS

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
General Director (E) of the Consular Relations Office in accordance with Resolution No. 007 of 24 May 2022, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 42.388 of 31 May 2022.

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
The Apostille does not certify the content of the document for which it was issued.
**Date and time of issue**: 18/07/2022 12:28:24
To validate the authenticity of this Apostille enter this code: DBH1YY4ZBBE  in
https://consultalegalisacionve.mppre.gob.ve
**Document type**: Certification
**Holder**: Identification number: G200000023 **Name**: MINISTRY OF FOREIGN AFFAIRS



BOLIVARIAN REPUBLIC OF VENEZUELA MINISTRY OF FOREIGN AFFAIRS
DEPARTMENT OF LEGALISATIONS

Mppre-db28483fe557d8622f1a2ab988696dbdc81caf64





17th August 2022

Dear Sirs,

**Re: Portuguese and Spanish into English (UK) Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Portuguese and Spanish into English (UK).

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English (UK) written translation of the Portuguese and Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,

**Lucia Petrulli**
Project Manager