# EXHIBIT 20

[emblem]
The Ministry of People's Power for External Relations
of the Bolivarian Republic of Venezuela


Ministerial Decree No. 000860

Caracas, 1 July 2020


**Alex Nain Saab Moran**
**Special Representative to the Islamic Republic of Iran**
**FAO Mr. Alejandro Correa, Venezuelan Ambassador to Cape Verde**
Praia
Cape Verde.-


PRIVATE AND CONFIDENTIAL – DIPLOMATIC CORRESPONDENCE


Dear Alex,

On behalf of His Excellency Nicolás Maduro Moros, President of the Bolivarian Republic of Venezuela, I send greetings and the assurance of our full support for you in the difficult situation in which you find yourself.

As you know, the Republic of Cape Verde has received an extradition request from the United States. That was to be expected, and now we must focus our attention on defending ourselves, by all means possible, against this atrocious example of extraterritorial application of law by Donald Trump's government.

We are fighting terrible injustice, but the President of the Republic has every confidence in your ability to win this battle.

In light of this and, given your position as Special Representative of the Bolivarian Republic of Venezuela, I hereby remind you that Venezuela's foreign policy is an integral part of the national security and defence policy, in accordance with article 19 of the decree with value, rank and force of the Organic Law for National Security, agreeing with articles 4, 7, 15 and 16 *ejusdem*.

Therefore, and considering the activities that have been recommended to you, you have information about national security and defense that the above-mentioned Organic Law considers to be "classified" (article 27). We have reasonable grounds to believe that if you are extradited to the United States, you will be put under pressure, whether legitimately or not, to disclose that information and thus put our country at great risk.



[emblem]
The Ministry of People's Power for External Relations
of the Bolivarian Republic of Venezuela


I also remind you that as Special Representative, you are subject to Venezuelan law and have a duty to maintain strict confidentiality with respect to the classified information you possess. Any violation of this duty may incur criminal proceedings and sanctions, as set out in Venezuelan law, for putting national security and defense at risk by divulging information and revealing secrets and for the crime of treason (amongst other applicable laws, article 55 of the decree with rank, value and force of the Organic Law for National Security and articles 4.1, 128 and 206 of the Penal Code of the Bolivarian Republic of Venezuela).

In view of the preceding, His Excellency Nicolás Maduro Moros, President of the Bolivarian Republic of Venezuela, has asked me to inform you that your voluntary acceptance of extradition to the United States of America would put national security and defense and, thus, the Bolivarian Republic of Venezuela, at risk. We therefore ask that you take all necessary legal precautions to avoid extradition. Be assured also that our Government will do its utmost, within the framework of justice and rights, wherever possible, to protect you and avoid the violation of your human rights.

I send you Bolivarian and Chaves-style greetings, assuring you of my highest consideration.


[signature]
Jorge Arreaza
Minister

[stamp:]
BOLIVARIAN REPUBLIC OF VENEZUELA
[emblem]
MINISTER'S OFFICE
The Ministry of People's Power for
External Relations





*El Ministro del Poder Popular para*
*Relaciones Exteriores*
*de la República Bolivariana de Venezuela*

DM N° 000860

Caracas, 1 de julio de 2020

**Alex Nain Saab Moran**
**Enviado Especial a la República Islámica de Irán**
**A/A S.E. Alejandro Correa, embajador de la República Bolivariana de Venezuela ante la República de Cabo Verde**
Praia
Cabo Verde.-

PRIVADO Y CONFIDENCIAL - CORRESPONDENCIA DIPLOMÁTICA

Estimado Alex,

En nombre de Su Excelencia Nicolás Maduro Moros, Presidente de la República Bolivariana de Venezuela, le envío un saludo fraternal y nuestro pleno apoyo ante la situación adversa que está enfrentando.

Como sabe, la República de Cabo Verde ha recibido una solicitud de extradición de los Estados Unidos. Esto era de esperar y ahora debe centrar su atención en defender por todos los medios posibles este atroz ejemplo de extraterritorialidad judicial por parte del Gobierno de Donald Trump.

Sabemos que la lucha contra tal poder será dura, pero el Presidente de la República confía en que usted prevalecerá.

A la luz de lo anterior y, dada su condición de Enviado Especial de la República Bolivariana de Venezuela, estoy en el deber de recordarle que la política exterior del Estado venezolano forma parte de los planes integrales en materia de Seguridad y Defensa de la Nación, de conformidad con lo dispuesto en el artículo 19 del Decreto con Valor, Rango y Fuerza de Ley Orgánica de Seguridad de la Nación, en concordancia con los artículos 4, 7, 15 y 16 *ejusdem*.

En el anterior sentido, y en atención a las actividades que le han sido encomendadas, está usted en posesión de información concerniente a la seguridad y defensa de la Nación considerada "clasificada" por la mencionada Ley Orgánica, de acuerdo a su naturaleza (art. 27). Tenemos razones bien fundadas para estimar que, en caso de ser extraditado a los Estados Unidos, usted será presionado por cualquier método, legítimo o no, para la revelación de dicha información, lo que supondría un gran riesgo para nuestro país.





*El Ministro del Poder Popular para*
*Relaciones Exteriores*
*de la República Bolivariana de Venezuela*



Es también mi deber recordarle que, en su calidad de Enviado Especial, usted está sujeto a las leyes venezolanas y está obligado a mantener los más altos niveles de secreto, confidencialidad y lealtad con respecto a la información clasificada que posee. Cualquier violación de la misma podrá dar lugar a un proceso penal y estar sujeta a las sanciones previstas en la legislación venezolana en relación con la divulgación de información que comprometa la seguridad y defensa de la Nación, la revelación de secretos y el delito de traición (entre otros, el artículo 55 del Decreto con Rango, Valor y Fuerza de Ley Orgánica de Seguridad de la Nación y los artículos 4.1, 128 y 206 del Código Penal de la República Bolivariana de Venezuela).

Con base en lo expuesto, me ha requerido el Presidente de la República, Nicolás Maduro Moros, informarle que, aceptar voluntariamente la extradición a los Estados Unidos de América, supone la vulneración de la seguridad y defensa nacional y, por tanto, un daño inminente a la República Bolivariana de Venezuela. Por lo cual debe tomar usted todas las medidas legales para evitar la extradición. En tal sentido, en función de su investidura, tenga la absoluta certeza de que nuestro Gobierno hará todo lo que esté a su alcance, en el marco de la justicia y el Derecho, en todas las instancias en que ello sea necesario, para protegerle e impedir la violación de sus derechos humanos.

Me despido con un saludo bolivariano y chavista, expresándole las seguridades de mi consideración más distinguida.





Jorge Arreaza
Ministro



CERTIFIED TRANSLATION
LANGUAGE REACH
28/06/2022
REG.07635166

Gobierno **Bolivariano** de Venezuela | Ministerio del Poder Popular para **Relaciones Exteriores** | Oficina de **Relaciones Consulares**



**No. 522606022A23D06**

**APOSTILLE**

(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| **1. País: VENEZUELA**<br>Country/Pays | |
| **El presente documento público**<br>The public document / Le présent acte public | |
| **2. ha sido firmado por**<br>has been signed by<br>a été signé par | **JORGE ALBERTO ARREAZA MONTSERRAT** |
| **3. quien actúa en calidad de**<br>acting in the capacity of<br>agissant en qualité de | **MINISTRO DEL PODER POPULAR PARA RELACIONES EXTERIORES** |
| **4. y está revestido del sello / timbre de**<br>bears the seal / stamp of<br>est revêtu du sceau / timbre de | **Ministerio del Poder Popular para Relaciones Exteriores** |
| | **Certificado**<br>Certified / Attesté |
| **5. en CARACAS**<br>at / a | **6. el día 22-06-2022**<br>the / lé |
| **7. Por Ministerio del Poder Popular para Relaciones Exteriores**<br>by / par | |
| **8. Bajo el número 522606022A23D06**<br>Nº / sous nº | |
| **9. Sello / timbre:**<br>Seal / stamp:<br>Sceau / timbre : | **10. Firma:**<br>Signature:<br>Signature : |

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
Director General de la Oficina de Relaciones Consulares, según Resolución Nro. 007 del 24 de mayo de 2022, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro. 42.388 del 31 de mayo de 2022.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
**Fecha y hora de la emisión:** 22/06/2022 19:12:04
Para validar la autenticidad de esta apostilla ingrese este código: Y1H1YY34731 en http://consultalegalizacionve.mppre.gob.ve
**Tipo de Documento:** COMUNICACIÓN
**Titular:** Nro de Identificación: G 200000023 **Nombre:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES

---------------------------------------------------------------------

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
**Date and time of issue:** 22/06/2022 19:12:04
To validate the authenticity of this Apostille enter this code: Y1H1YY34731 in http://consultalegalizacionve.mppre.gob.ve
**Document type:** COMUNICACIÓN
**Holder:** Identification Number: G 200000023 **Name:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES

---------------------------------------------------------------------

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
**Date et heure d'émission:** 22/06/2022 19:12:04
Pour valider l'authenticité de cette apostille, entrez ce code: Y1H1YY34731 dans http://consultalegalizacionve.mppre.gob.ve
**Type de document:** COMUNICACIÓN
**Titulaire:** Numéro d'identification: G 200000023 **Prénom:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES

Mppre-f1d90d10221a096bf7c326fe143603774155b5d3





28/06/2022
REG.07635166

 **Gobierno Bolivariano** de Venezuela

Ministry of the Popular Power for **Foreign Affairs**

Office for **Consular Affairs**

**No. 522606022A23D06**



## APOSTILLE
(Convention de la Haye du 5 octobre 1961)

| | |
|---|---|
| **1. Country: Venezuela** | |
| **This public document** | |
| **2. has been signed by** | **JORGE ALBERTO ARREAZA MONTSERRAT** |
| **3. acting in the capacity of** | **MINISTER OF THE POPULAR POWER FOR EXTERNAL AFFAIRS** |
| **4. bears the seal/stamp of:** | Ministry of the Popular Power for External Affairs |
| **Certified** | |
| **5. in** CARACAS | **6. on** 22-06-2022 |
| **7. By the Ministry of the Popular Power for Foreign Affairs** | |
| **8. No.  522606022A23D06** | |
| **9. Seal/stamp**: BOLIVARIAN REPUBLIC OF VENEZUELA MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS LEGALISATIONS DEPARTMENT | **10. Signature**        [*Illegible*] |

BOLIVARIAN REPUBLIC OF VENEZUELA

MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS

LEGALISATIONS DEPARTMENT

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
General Director of the Consular Affairs Office, as per Resolution No. 007 of 24 May 2022, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 42.388 of 31 May 2022

-----------------------------------------------------------------------------------------------------------------

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed this public document and where appropriate, the identity of the seal or stamp which the public documents bears. The Apostille does not certify the content of the document for which it was issued.
**Date and time of issue**: 22/06/2022 19:12:04
To validate the authenticity of this Apostille enter this code: Y1H1YY34731 in
http://consultalegalizacionesve.mppre.gob.ve
**Document type**: COMUNICACÍON
Holder: Identification Number: G 2000000023 **Name:** MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS
-----------------------------------------------------------------------------------------------------------------

**Mppre-f1d90d10221a096bf7c326fe143603774155b5d3**





28th June 2022

Dear Sirs,

**Re: Spanish into English Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English.

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,

**Aniello Attianese**
Senior Account Manager

Language Reach Ltd | 2020 NETWORK MEMBER OF
2020 ACCREDITED MEMBER

**ATC**
Association of
Translation Companies

MEMBER No 2020ATCAC1238

**EUATC**
European Union
of Associations
of Translation Companies



Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN