# EXHIBIT 24

| | | |
|---|---|---|
| *(Emblem)* **Bolivarian** Government of Venezuela | Ministry of Popular Power for **Foreign Affairs** | (Illegible) Venezuela to Senegal.  **200 BATTLE OF CARABOBO** |

II.2.S10.E1/ No. 00516/2021

Dakar, 5 August 2021

## NOTE

The Embassy of the Bolivarian Republic of Venezuela in Senegal, with jurisdiction in the Republic of Cape Verde, presents its best regards to the to the Embassy of the Republic of Cape Verde, and has the honour of requesting your help in order to transmit Note Verbale **ll.2.S10.E1/No. 00515/2021**, from the Minister of Foreign Affairs of the Bolivarian Republic of Venezuela, addressed to the Ministry of Foreign Affairs, Cooperation and Regional Integration of the Republic of Cape Verde.

The Embassy of the Bolivarian Republic of Venezuela in Senegal with jurisdiction in the Republic of Cape Verde, avails itself of this opportunity to reiterate to the Embassy of the Republic of Cape Verde in Dakar, the assurance of its highest consideration. *(Initials)*

*(Stamp – BOLIVARIAN REPUBLIC OF VENEZUELA*
*EMBASSY IN SENEGAL*
*CAPE VERDE, GAMBIA, GUINEA, GUINEA BISSAU, MAURITANIA)*

**Embassy of the Republic of Cape Verde**
**Dakar**

**PJ: Nota Verbale No. 0516/2021**
AICO/SRC/fkn.-

---

Villa khardiata Rue 11 angle 6, Fann Mermoz, BP: 45287 Dakar-Senegal. Tel. (221) 33 864 1515. (221) 78 597 92 18
E-mail: embve.sndkr@mppre.gob.ve / secretaria2021venesen@gmail.com

*(Certified Translation stamp — LANGUAGE REACH — 17/08/2022 — REG.07635166)*

| | | | |
|---|---|---|---|
| *(Emblem)* **Bolivarian** Government of Venezuela | Ministry of Popular Power for **Foreign Affairs** | *(Illegible)* **Venezuela to Senegal.** | **200 BATTLE OF CARABOBO** |

II.2.S10.E1/ No. 00515/2021

Dakar, 5 August 2021

### NOTE

      **The Embassy of the Bolivarian Republic of Venezuela in Senegal** with jurisdiction in the Republic of Cape Verde, presents its best regards to the Honourable Ministry of Foreign Affairs, Cooperation and Regional Integration of the Republic of Cape Verde, and has the honour of sending letter **DM No. 00711**, (in Spanish and its unofficial translation into Portuguese), from the Minister of Foreign Affairs of the Bolivarian Republic of Venezuela, Jorge Arreaza, addressed to Dr Rui Alberto de Figueiredo Soares, Minister of Foreign Affairs, Cooperation and Regional Integration, related to the case Alex Saab.

      **The Embassy of the Bolivarian Republic of Venezuela in Senegal** with jurisdiction in the Republic of Cape Verde, avails itself of this opportunity to reiterate to the Honourable Ministry of Foreign Affairs, Cooperation and Regional Integration of the Republic of Cape Verde, the assurances of its highest consideration. *(Initials)*

*(Stamp – BOLIVARIAN REPUBLIC OF VENEZUELA*
*EMBASSY IN SENEGAL*
*CAPE VERDE, GAMBIA, GUINEA, GUINEA BISSAU, MAURITANIA)*

**Honourable Ministry of Foreign Affairs, Cooperation and Regional integration**
<u>**Republic of Cape Verde**</u>

<u>**PJ**</u>**: Note DM No. 000711**

AICO/SRC/fkn,-



Villa khardiata Rue 11 angle 6, Fann Mermoz, BP: 45287 Dakar-Senegal. Tel. (221) 33 864 1515. (221) 78 597 92 18
E-mail: embve.sndkr@mppre.gob.ve / secretaria2021venesen@gmail.com



*(Emblem)*

*Ministry of Popular Power for*
  *Foreign Affairs*
*Of the Bolivarian Republic of Venezuela*

**DM No. 000711**

Caracas, 3 August 2021

Your Excellency:

Allow me to take this opportunity to greet you on behalf of the President of the Bolivarian Republic of Venezuela. Nicolás Maduro, and myself, at the same time reiterating to the Government of Cape Verde our strongest and most emphatic condemnation and opposition to the treatment granted to the case of the Venezuelan citizen and diplomat Special Envoy Alex Saab. The latter has been detained by the Cape Verdean authorities in a totally arbitrary manner since 12 June 2020, at the request of the United States of America.

The Bolivarian Republic of Venezuela reiterates its deepest concern over the rights violations that are being committed against Special Envoy Saab, in ignorance of all applicable international norms, including the principles of immunity and diplomatic inviolability and of human rights

As you are aware, the Court of Justice of the Economic Community of West African States (ECOWAS) affirmed the arbitrary nature of the detention and ordered the immediate release of Special Envoy Saab, however, our diplomat is still detained under certain circumstances of which Special Envoy Saab has even publicly denounced, that of torture and ill-treatment, as well as the denial of access to adequate medical care

The Bolivarian Republic of Venezuela deeply regrets that Cape Verde maintains a stubborn conduct by refusing to implement the binding decisions of the ECOWAS Court of Justice. This is, to proceed to the immediate release of Special Envoy Saab, by virtue of the proven arbitrary nature of his detention

The Bolivarian Republic of Venezuela also regrets Cape Verde's refusal to undertake any dialogue with Venezuela on this delicate matter, despite its international obligations to resolve these types of issues peacefully, including through diplomatic channels, as the United Nations, the African Union and ECOWAS have underlined. We also note with great concern that Cape Verde questions the authority of the United Nations Human Rights Committee in this case.

To:
**Doctor Rui Alberto de Figueiredo Soares Minister of Foreign Business, Cooperation**
**the Regional Integration of the Republic of Cape Verde**
Praia –

1



*(Emblem)*

*Ministry of Popular Power for*
  *Foreign Affairs*
*Of the Bolivarian Republic of Venezuela*

The Bolivarian Republic of Venezuela reiterates to the Government of Cape Verde its demand for the immediate and unconditional release of Special Envoy Saab, and invites Cape Verde to accept the dialogue between the two countries to resolve, as soon as possible and under appropriate conditions, any challenge that may arise during the implementation of such a measure.

The Bolivarian Republic of Venezuela, as corresponds in accordance with Public International Law and, specifically, in attention to the observance of universal norms on human rights, urges Cape Verde to carry out investigations to determine the administrative and criminal responsibilities attributable to its executive and judicial officials, as a consequence of the abusive use of their powers to arbitrarily retain a foreign diplomat, despite the existence of a firm and binding judicial decision. Furthermore, considering that the arbitrary nature of Special Envoy Saab's detention is not a controversial issue, said violations must be reported, investigated and tried.

Thus, and given the refusal of the Cape Verdean authorities to do justice, Venezuela intends to support the various legal actions deployed, not only in the Venezuelan legal forum, but also in foreign legal forums on the basis of its extraterritorial legal competence in order to carry out criminal investigations and, where appropriate, hold certain Cape Verdean agents criminally responsible for abusing their powers and contributing to the commission of crimes against a foreign diplomat. For its part, Venezuela considers that support for these legal actions is based not only in the exercise of its diplomatic protection with respect to one of its nationals, but also because of the attacks on the independence, sovereignty and security of Venezuela that derive from this situation.

I take this propitious occasion to convey to you assurances of my highest and most distinguished consideration.

Jorge Arreaza
Minister

*(Stamp – BOLIVARIAN REPUBLIC OF VENEZUELA*
*OFFICE OF THE MINISTER*
*Ministry of Popular Power for Foreign Affairs)*

2



**Gobierno Bolivariano de Venezuela** | Ministerio del Poder Popular para Relaciones Exteriores

II.2.S10.E1/ N°00516/2021

Dakar, 05 de Agosto de 2021

## NOTA

A **Embaixada da República Bolivariano da Venezuela em Senegal** com jurisdiçao na República da Cabo Verde, apresenta os seus melhores cumprimentos à Embaixada da República da Cabo Verde em Dakar, e tem a honra de solicitar os seus bons oficios no sentido de transmitir nota verbale **II.2.S10.E1/N°00515/2021,** do Ministro das Relações Exteriores da República Bolivariana da Venezuela dirigida ao Ministério dos Negócios Estrangeiros Cooperação e Integração Regional da República da Cabo Verde, .

A **Embaixada da República Bolivariana da Venezuela em Senegal** com jurisdiçao na República da Cabo Verde, aproveita esta oportunidade para reiterar a Embaixada da República da Cabo Verde em Dakar, os protestos de sua mais alta consideração.

Embaixada da República da Cabo Verde
<u>Dakar</u>

<u>PJ</u> : Nota verbale N°0515/2021

AICO/SRC/fkn.-

Villa khardiata Rue 11 angle 6, Fann Mermoz, BP: 45287 Dakar-Senegal. Tel. (221) 33 864 15 15. (221) 78 597 92 18
E-mail: E-mail: embve.sndkr@mppre.gob.ve / secretaria2021venesen@gmail.com



II.2.S10.E1/ N° 00515/2021

Dakar, 05 de Agosto de 2021

NOTA

A Embaixada da República Bolivariana da Venezuela em Senegal com jurisdiçao na República da Cabo Verde, apresenta os seus melhores cumprimentos ao Honorável Ministério dos Negócios Estrangeiros, Cooperação e Integração Regional da República da Cabo Verde, e tem a honra de enviar a carta **DM N° 00711**, (em espanhol e sua tradução não oficial em português), do Ministro das Relações Exteriores da República Bolivariana da Venezuela, Jorge Arreaza, dirigida ao Dr Rui Alberto de Figueiredo Soares, Ministro dos Negócios Estrangeiros, Cooperação e Integração Regional, relacionada ao caso Alex Saab.

A Embaixada da República Bolivariana da Venezuela em Senegal com jurisdiçao na República da Cabo Verde, aproveita esta oportunidade para reiterar ao Honorável Ministério dos Negócios Estrangeiros, Cooperação e Integração Regional da República da Cabo Verde, os protestos de sua mais alta consideração.

Honorável Ministério dos Negócios Estrangeiros, Cooperação e Integração Regional
República da Cabo Verde

PJ : Nota DM N°000711

AICO/SRC/fkn.-

Villa khardiata Rue 11 angle 6, Fann Mermoz, BP: 45287 Dakar-Senegal. Tel. (221) 33 864 15 15. (221) 78 597 92 18
E-mail: E-mail: embve.sndkr@mppre.gob.ve / secretaria2021venesen@gmail.com





*El Ministro del Poder Popular para
Relaciones Exteriores
de la República Bolivariana de Venezuela*

DM N° 000711

Caracas, 03 de agosto de 2021

Su Excelencia:

    Permítame aprovechar esta oportunidad para saludarlo en nombre del Presidente de la República Bolivariana de Venezuela, Nicolás Maduro, y el mío propio, a la vez de reiterar al Gobierno de Cabo Verde nuestra más enérgica condena y oposición al tratamiento otorgado al caso del ciudadano y diplomático venezolano S.E. Alex Saab. Este último se encuentra detenido por las autoridades de Cabo Verde de forma totalmente arbitraria desde el 12 de junio de 2020, a petición de los Estados Unidos de América.

    La República Bolivariana de Venezuela reitera su más profunda preocupación por las violaciones de los derechos que se están cometiendo contra S.E. Saab, en desconocimiento de todas las normas internacionales aplicables, incluyendo los principios de inmunidad e inviolabilidad diplomática, y de los derechos humanos.

    Como es de su conocimiento, el Tribunal de Justicia de la Comunidad Económica de Estados de África Occidental (CEDEAO) afirmó el carácter arbitrario de la detención y ordenó la liberación inmediata de S.E. Saab. Sin embargo, nuestro diplomático se encuentra aún detenido bajo ciertas circunstancias de las que S.E. Saab ha incluso denunciado públicamente tortura y malos tratos, así como la denegación del acceso a una atención médica adecuada.

    La República Bolivariana de Venezuela lamenta profundamente que Cabo Verde mantenga una conducta contumaz negándose a implementar las decisiones vinculantes del Tribunal de Justicia de la CEOEAO. Esto es, proceder a la liberación inmediata de S.E. Saab, en virtud del comprobado carácter arbitrario de su detención.

    Lamenta también la República Bolivariana de Venezuela la negativa de Cabo Verde a asumir cualquier diálogo con Venezuela sobre este delicado tema, a pesar de sus obligaciones internacionales de resolver este tipo de asuntos de forma pacífica, incluso por la vía diplomática, como han subrayado las Naciones Unidas, la Unión Africana y la CEDEAO. Notamos con muchísima preocupación, además, que Cabo Verde cuestiona la autoridad del Comité de Derechos Humanos de las Naciones Unidas en este caso.

Excelentísimo señor
**Doctor Rui Alberto de Figueiredo Soares
Ministro de Negocios Extranjeros, Cooperación
e Integración Regional de la República de Cabo Verde**
Praia.-



*El Ministro del Poder Popular para*
*Relaciones Exteriores*
*de la República Bolivariana de Venezuela*

La República Bolivariana de Venezuela reitera al Gobierno de Verde su exigencia de la liberación inmediata e incondicional de S.E. Saab, e invita a Cabo Verde a aceptar el diálogo entre ambos países para resolver, a la brevedad y en condiciones adecuadas, cualquier reto que pudiera presentarse con ocasión de la implementación de tal medida.

La República Bolivariana de Venezuela, como corresponde de conformidad con el Derecho Internacional Público y, específicamente, en atención a la observancia de las normas universales sobre derechos humanos, insta a Cabo Verde a llevar adelante has investigaciones para determinar las responsabilidades administrativas y penales imputables a sus funcionarios ejecutivos y judiciales, como consecuencia del uso abusivo de sus poderes para retener a un diplomático extranjero de manera arbitraria, a pesar de la existencia de una decisión judicial firme y vinculante. Además, considerando que no es un asunto controvertido el carácter arbitrario de la detención de S.E. Saab, dichas violaciones deben ser denunciadas, investigadas y juzgadas.

Así, y ante la negativa de las autoridades caboverdianas a hacer justicia, Venezuela se propone apoyar las diversas acciones legales desplegadas, no sólo en el foro jurídico venezolano, sino también en los foros jurídicos extranjeros, sobre la base de su competencia jurídica extraterritorial, con el fin de realizar investigaciones criminales y, en su caso, responsabilizar penalmente a determinados agentes caboverdianos por abusar de sus poderes y contribuir a la comisión de violaciones contra un diplomático extranjero. Por su parte, Venezuela considera que el apoyo a estas acciones legales se basa no sólo en el ejercicio de su protección diplomática respecto a uno de sus nacionales, sino también por los ataques a la independencia, soberanía y seguridad de Venezuela que se derivan de esta situación.

Hago propicia la oportunidad para reiterarle las seguridades de mi más alta y distinguida consideración.



Jorge Arreaza
Ministro





**Gobierno Bolivariano de Venezuela** | Ministerio del Poder Popular para Relaciones Exteriores | Oficina de Relaciones Consulares

No. A30E07Y22500C07

# APOSTILLE
(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| 1. País: Country/Pays | **VENEZUELA** |
| El presente documento público / The public document / Le présent acte public | |
| 2. ha sido firmado por / has been signed by / a été signé par | **JORGE ALBERTO ARREAZA MONTSERRAT** |
| 3. quien actúa en calidad de / acting in the capacity of / agissant en qualité de | **MINISTRO DEL PODER POPULAR PARA RELACIONES EXTERIORES** |
| 4. y está revestido del sello / timbre de / bears the seal / stamp of / est revêtu du sceau / timbre de | Ministerio del Poder Popular para Relaciones Exteriores |
| | **Certificado** / Certified / Attesté |
| 5. en CARACAS at / a | 6. el día 29-07-2022 the / le |
| 7. Por Ministerio del Poder Popular para Relaciones Exteriores by / par | |
| 8. Bajo el número A30E07Y22500C07 N° / sous n° | |
| 9. Sello / timbre: Seal / stamp: Sceau / timbre: |  10. Firma: Signature: Signature: |

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
Director General de la Oficina de Relaciones Consulares, según Resolución Nro. 007 del 24 de mayo de 2022, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro. 42.388 del 31 de mayo de 2022.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
Fecha y hora de la emisión: 29/07/2022 20:03:46
Para validar la autenticidad de esta apostilla ingrese este código: 17H1YY46ZTB en http://consultalegalizacionve.mppre.gob.ve
Tipo de Documento: COMUNICACIÓN
**Titular:** Nro de Identificación: G 200000023 **Nombre:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES

---

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
Date and time of issue: 29/07/2022 20:03:46
To validate the authenticity of this Apostille enter this code: 17H1YY46ZTB in http://consultalegalizacionve.mppre.gob.ve
Document type: COMUNICACIÓN
**Holder:** Identification Number: G 200000023 **Name:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES

---

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
Date et heure d'émission: 29/07/2022 20:03:46
Pour valider l'authenticité de cette apostille, entrez ce code: 17H1YY46ZTB dans http://consultalegalizacionve.mppre.gob.ve
Type de document: COMUNICACIÓN
**Titulaire:** Numéro d'identification: G 200000023 **Prénom:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES



Mppre-17c106c0bcc19368ead2dea762e8e15fec061051



| Bolivarian Government of Venezuela | Ministry of the Public Power for External Relations | Office of Consular Relations |
|---|---|---|

No. A30E07Y225OOC07

**APOSTILLE**
(Convention de La Haye du 5 octobre 1961)



| 1. Country: VENEZUELA | |
|---|---|
| This public document | |
| 2. has been signed by | JORGE ALBERTO ARREAZA MONTSERRAT |
| 3. acting in the capacity of | MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS |
| 4. bears the seal/stamp of | Ministry for Foreign Affairs |
| Certified | |
| 5. In Caracas | 6. on 29-07-2022 |
| 7. by | Ministry of the Public Power For External Relations |
| 8. No. A30E07Y225OOC07 | |
| 9. Seal/stamp:  | 10. Signature   [Illegible] |

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
General Director (E) of the Consular Relations Office in accordance with Resolution No. 007 of 24 May 2022, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 42.388 of 31 May 2022.



This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
The Apostille does not certify the content of the document for which it was issued.
**Date and time of issue**: 29/07/2022 20:03:46
To validate the authenticity of this Apostille enter this code: 17H1YY46ZTB  in
https://consultalegalisacionve.mppre.gob.ve
**Document type**: COMMUNICATION
**Holder:** Identification number: G 200000023 **Name:** MINISTRY OF FOREIGN AFFAIRS

Mppre-17c106c0bcc19368ead2dea762e8e15fec061051





17th August 2022

Dear Sirs,

**Re: Spanish and Portuguese into English (UK) Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish and Portuguese into English (UK).

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English (UK) written translation of the Spanish and Portuguese document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,

    

**Emilie Forlacroix**
Project Manager



Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN