# EXHIBIT 28



***Embassy of the Islamic Republic of Iran***
***Dakar***

*In the Name of Peaceful and Merciful God*

**No. 3436/01/AID**

**Date: 27th January 2021**

**The Embassy of the Islamic Republic of Iran in Dakar,** presents its compliments to the **Ministry for Foreign Affairs and Communities in the Republic of Cap Verde,** and, at the official request of the Venezuelan Government, has the honour of indicating that pursuant to letter no. DM N000789 of 3rd June 2020, from his Eminence Mr. Jorge Arreaza, Minister for Foreign Affairs in the Bolivarian Republic of Venezuela, to his Eminence Mr. Hojjatollah Soltani, Ambassador of the Islamic Republic of Iran in Caracas, **Mr. Alex Saab, Special Envoy of the Bolivarian Government of Venezuela,** was due to travel to Iran for official meetings with the Ministers for Oil, Industry and Health in the Islamic Republic of Iran and to undertake negotiations for the purchase of legitimate articles, including medication, food and fuel.

The Embassy of the Islamic Republic of Iran in Dakar would like to underline that **Mr. Alex Saab is considered to be an official figure by the Government of the Islamic Republic of Iran** and an envoy of the Bolivarian Republic of Venezuela. It is appreciated that this note be considered in the same manner by the legal authorities in Cape Verde.

The Embassy of the Islamic Republic of Iran takes this opportunity to renew its highest and most esteemed consideration with the Ministry for Foreign Affairs and Communities in the Republic of Cape Verde.

[Signature]
[Stamp]

**MINISTRY FOR FOREIGN AFFAIRS**
**AND COMMUNITIES**
**IN THE REPUBLIC OF CAPE VERDE**

17, Ave des Ambassadeurs – Fann Résidence – BP 735 Dakar
Tel. 33 825 25 28 / 33 824 05 22 Fax: 33 824 23 14 – Email: iranemb.dkr@mfa.gov.ir

CERTIFIED TRANSLATION
01/02/2021
REG:07635166
LANGUAGE REACH



***Embassy of the Islamic Republic of Iran***
***Dakar***

*In the Name of Peaceful and Merciful God*

**No. 3438/01/AID**

**Date: 27th January 2021**

**The Embassy of the Islamic Republic of Iran in Dakar** presents its compliments to the **Embassy of the Republic of Cape Verde in Dakar**, and has the honour of sending note 3436/01/AID of 27th January 2021, pertaining to the status held by **Mr. Alex Saab, Special Envoy of the Bolivarian Government of Venezuela and who is considered as an official figure by the Government of the Islamic Republic of Iran.**

Asking that said note kindly be sent to the Ministry for Foreign Affairs and Communities, the Ambassador of the Islamic Republic of Iran in Dakar takes this opportunity to renew its highest and most esteemed consideration with the Embassy of the Republic of Cape Verde in Dakar.

[Signature]
[Stamp]

**EMBASSY**
**OF THE REPUBLIC OF CAPE VERDE**

17, Ave des Ambassadeurs – Fann Résidence – BP 735 Dakar
Tel. 33 825 25 28 / 33 824 05 22 Fax: 33 824 23 14 – Email: iranemb.dkr@mfa.gov.ir

CERTIFIED TRANSLATION
01/02/2021
REG:07635166
LANGUAGE REACH



**Ambassade de la République Islamique d'Iran**
**Dakar**

*Au Nom de Dieu Clément et Miséricordieux*

**N° 3436/01/AID**

**Le : 27 Janvier 2021**

**L'Ambassade de la République Islamique d'Iran à Dakar**, présente ses compliments au **Ministère des Affaires étrangères et des Communauté de la République du Cabo Verde**, et, à la demande officielle du gouvernement vénézuélien, a l'honneur d'informer que selon la lettre N° DM N000789 du 3 juin 2020, de S.E Monsieur Jorge Arreaza , Ministre des affaires étrangères de la République bolivarienne du Venezuela, à S.E M. Hojjatollah Soltani, Ambassadeur de la République islamique d'Iran à Caracas, **M. Alex Saab, Envoyé spécial du Gouvernement bolivarien du Venezuela,** était supposé de se rendre en Iran pour des réunion officielle avec les ministres du pétrole, de l'industrie et de la santé de la République islamique d'Iran et entretenir des négociations pour l'achat d'articles légitimes, y compris des médicaments, de la nourriture et du carburant.

L'Ambassade de la République islamique d'Iran à Dakar tient à souligner que **M. Alex Saab est considéré comme une figure officielle par le Gouvernement de la République Islamique d'Iran** et un envoyé de la République bolivarienne du Venezuela. Il est apprécié que la présente note soit reflétée au niveau des autorités judiciaires Capverdiennes.

L'ambassade de la République islamique d'Iran saisit cette occasion pour renouveler au Ministère des Affaires étrangères et des Communautés de la République du Cabo Verde, les assurances de sa très haute considération.

M.D.

Ambassade de la République Islamique d'Iran
سفارت جمهوری اسلامی ایران
داکار
Dakar

**MINISTERE DES AFFAIRES ETRANGERES**
**ET DES COMMUNAUTES**
**DE LA REPUBLIQUE DU CABO VERDE**

CERTIFIED TRANSLATION
01/02/2021
REG:07635166
LANGUAGE REACH

17, Ave des Ambassadeurs – Fann Résidence - BP 735 Dakar
Tel. 33 825 25 28 / 33 824 05 22 Fax: 33 824 23 14 – Email: iranemb.dkr@mfa.gov.ir



***Ambassade de la République Islamique d'Iran***
***Dakar***

*Au Nom de Dieu Clément et Miséricordieux*

**N° 3438/01/AID**

**Le : 27 Janvier 2021**

**L'Ambassade de la République Islamique d'Iran à Dakar** présente ses compliments à **l'Ambassade de la République du Cabo Verde à Dakar**, et a l'honneur de lui faire parvenir ci-joint la note 3436/01/AID en date du 27 Janvier 2021, relative au statut de **M. Alex Saab, Envoyé spécial du Gouvernement bolivarien du Venezuela et considéré comme une figure officielle par le Gouvernement de la République Islamique d'Iran**.

Lui demandant de bien vouloir transmettre ladite note au Ministère des Affaires Etrangères et des Communautés, l'Ambassade de la République Islamique d'Iran à Dakar saisit cette occasion pour renouveler à l'Ambassade de la République du Cabo Verde à Dakar, les assurances de sa très haute considération. M. D.

Ambassade de la République Islamique d'Iran
سفارت جمهوری اسلامی ایران
داکار
Dakar

AMBASSADE
DE LA REPUBLIQUE DU CABO VERDE

CERTIFIED TRANSLATION
01/02/2021
REG:07635166
LANGUAGE REACH

17, Ave des Ambassadeurs – Fann Résidence - BP 735 Dakar
Tel. 33 825 25 28 / 33 824 05 22 Fax: 33 824 23 14 – Email: iranemb.dkr@mfa.gov.ir




01st February 2021

Dear Sirs,

**Re: French into English (UK) Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from French into English (UK).

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English (UK) written translation of the French document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,




**Lucia Petrulli**
Project Manager

CERTIFIED TRANSLATION 01/02/2021 REG:07635166 LANGUAGE REACH