# EXHIBIT 32



On Fri, May 8, 2020 at 5:10 PM ███████████ > wrote:

- Alex Saab is linked to the exchange of Venezuelan gold for refinery repairs, according to sources quoted by Bloomberg. ""Alex Nain Saab Moran, a Colombian whom U.S. authorities consider one of the most powerful men supporting Nicolas Maduro's regime, traveled to Tehran with senior executives from the state oil company Petroleos de Venezuela last month, two of the people said. That was part of a deal in which Iran sends gasoline additives, parts and technicians to the South American nation in exchange for gold, they said." (...) Saab helped negotiate the Iran deal with Maduro's new Oil Minister Tareck El Aissami, the people said. The two had previously worked together to strengthen Venezuela's relationship with Turkey, which included shipments of at least $900 million in gold to the nation in 2018. By then, U.S. officials already feared some of the metal had made its way to Tehran in violation of sanctions," according to Bloomberg.

Source: https://www.bloomberg.com/news/articles/2020-05-08/maduro-said-to-tap-sanctioned-dealmaker-to-ship-gold-to-iran



Case 1:19-cr-20450-RNS   Document 149-32   Entered on FLSD Docket 10/17/2022   Page 11 of 15

Case 1:19-cr-20450-RNS   Document 149-32   Entered on FLSD Docket 10/17/2022   Page 12 of 15

Case 1:19-cr-20450-RNS   Document 149-32   Entered on FLSD Docket 10/17/2022   Page 13 of 15