# EXHIBIT 34





On Dec 16, 2020, at 10:40 AM, [REDACTED] > wrote:

Hi [REDACTED]

[REDACTED] The journalist asked questions based on the following quote, given by Embassy Praia COM personnel last week:

*NAVAF received a question from the NYTimes.   NAVAF is responding with the statement we agreed upon below:*

*"U.S. Naval Forces Africa and the Cabo Verdean government have agreed to the temporary deployment of a NAVAF ship to Cabo Verde to conduct monitoring activities in accordance with the U.S.-Cabo Verde agreement to combat illicit transnational maritime activity. The U.S. routinely undertakes cooperative security missions with our African partners to include maritime security missions. The U.S. and Cabo Verde are key partners in our shared efforts to combat illegal activities in Atlantic Africa."*

The article is set to run tomorrow, with a deadline of today at 5pm. [REDACTED] has asked to use the following negotiated quotes, which are currently going through our clearance process. Your clearance would be appreciated:

The reporter would like to use the following quotes. The first **two attribute to S/R Abrams, on record:**
1) (context: Why is Alex Saab important?)
*"Saab is one of the two most important money guys in the Maduro government, and he's the middle man with Iran."*

2) (context: Concern about Iranian or Venezuelan operatives spiriting Saab off the island if he ever broke out of jail or got house arrest status)
*"If Saab gets out of prison, he could escape by air or by sea.  We've worried about that."*



Give me a call if you'd like to discuss further, ▮.

Very Respectfully,

▮

WHA Press



**From:** ▮
**Sent:** Wednesday, December 16, 2020 7:22 AM
**To:** ▮ (OPA) <▮>
**Subject:** Fw: NYTimes questions -- Re: Embassy Cabo Verde spox

Good morning ▮

I wanted to flag this for you. As he has a good amount on this story already (presumably from DoD) S/R Abrams plans on speaking with him off the record, to help guide his story and give the background on Saab and his role in the Maduro organization. S/R Abrams is VERY aware of DoJ concerns and will try not to discuss the case.

V/r, ▮

**From:** ▮
**Sent:** Tuesday, December 15, 2020 8:28 PM
**To:** ▮
**Cc:** WHA-Press <▮>
**Subject:** NYTimes questions -- Re: Embassy Cabo Verde spox

▮

Just tried calling you. I cover national security for The Times with a focus on DoD, Spec Ops and CT. I'm interested in this story in large part b/c of the role of the USS San Jacinto, the US

Navy cruiser that's been on station near C.V. since early November.

1) I'm told that Mr. Abrams along with the Justice Dept. pushed hard for a US Navy presence near CV after Saab was arrested there in June. Why? What role would a US Navy vessel play in the extradition process?
2) How credible were reports that Iran and/or Venezuela might try to interfere in Saab's extradition process, including the CV judicial proceedings?
3) I'm told that State asked two West African countries to deny landing/refueling permission to an Iranian (or Venezuelan) plane last month that was bound for CV. Why? What/who was on the plane?
4) What's the status of the Saab extradition process?
5) Why is Saab so significant?

I may be writing on this tomorrow so my deadline is 12 noon ET.

Thanks,

███

███████

The New York Times

Desk ███████
Mobile/Signal/WhatsApp: ███████
Twitter: ███████
www.counterstrikethebook.com