# EXHIBIT 37

Attorney: Matthew P. Leto, Esq. "Counsel of Record"
LETO LAW FIRM.
Address: 201 South Biscayne Boulevard, Suite 2700
Miami, Florida 33131
Attorney for: Plaintiff Isaac Industries, Inc.

---

ISAAC INDUSTRIES, INC          :
                               :
    Plaintiff,             :         **UNITED STATES DISTRICT COURT FOR**
                               :
                               :         **THE SOUTHERN DISTRICT OF FLORIDA**
                               :
vs.                            :         **Civil Action No. 1:19-cv-23113**
                               :
PETROQUIMICA DE VENEZUELA, S.A., BARIVEN, S.A.:
PDVSA SERVICES, B.V., PETROLEOS DE VENEZUELA, S.A.:
                               :
    Defendants.            :

---

**CERTIFICATE OF DUE DILIGENCE TO EXTEND THE TIME TO SERVE PROCESS ABROAD**

State of New Jersey   :
                        :SS
County of Morris      :

I, Anthony Mboho, of full age, being duly sworn according to law upon my oath depose and Say:

    1.) I am one of the service of process experts at DGR Legal. I am familiar with the above referenced matter and familiar with service of Process in International Cases.

    2.) On or about August 22, 2019, I received a Summons and Complaint for service upon the defendant **Bariven, S.A.**, Liberator Ave., Petroleos De Venezuela Building, East Tower, La Campina Distrito Metropolitan de Caracas, Distrito Capital, Postal code: 169, Republica Bolivariana de Venezuela.

    3.) To conform to the requirements of the Hague Convention, the above documents were translated into Spanish.

    4.) On or about September 6, 2019, a Request of Service Abroad of Judicial or Extrajudicial documents was prepared in order to serve this defendant via the Hague Service Convention Treaty. This is the formal method of service for those documents which are to be service in

international matters under the Convention. The Request of Service Abroad of Judicial or Extrajudicial and service documents – Summons and Complaint including the translated Summons and Complaint were forwarded to the proper authority **Ministerio del Poder Popular para Relaciones Exteriores, Oficina de Relaciones Consulare, Avenida Urdaneta Esquina Carmelitas a Puente Llaguno, Torre Anexo a Torre MRE Piso 1 Caracas, 1010, República Bolivariana de Venezuela**

5.) On September 10, 2019, DGR received confirmation from the courier service that the Request and service documents were delivered to the central authority at the above address and the package was signed for by an agent Alexis Paredes.

6.) Service via The Hague in Venezuela ideally has average completion time of 3-4 months but can take longer depending on unforeseen circumstances and the current political climate in Venezuela. Upon completion, a certificate of service will be mailed directly to the counsel of record from the central authority. There is no known means of expediting the process and obtaining a status of the service until a formal correspondence is sent to counsel of record. The foreign authorities rarely, if ever, provide status if requested before this time frame, and most will NEVER provide status at all. The foreign authorities are not obligated to provide status.

7.) DGR Legal has made several requests for status from the contact person at the Ministerio del Poder Popular para Relaciones Exteriores, Oficina de Relaciones Consulare in Venezuela, the last request being March 11, 2020 as it has been 5 months since the request was received by the central authority. A response has not been received from the central authority till date. DGR will continue requesting for status.

8.) On or about August 19, 2020, DGR Legal made follow up requests for status from the contact person at the Ministerio del Poder Popular para Relaciones Exteriores, Oficina de Relaciones Consulare in Venezuela, as it has been over 11 months since the request was received by the central authority. A response has not been received from the central authority till date. DGR will continue requesting for status.

9.) I certify that the above information is true to the best of my knowledge and if any statements made by me are willfully false, I am subject to punishment.

Sworn and subscribed to before me this

28th day of August, 2020

By: _____

Anthony Mboho

*[Signature: Melissa Giambattista]*

MELISSA GIAMBATTISTA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 9/17/2024

Attorney: Matthew P. Leto, Esq. "Counsel of Record"
LETO LAW FIRM
Address: 201 South Biscayne Boulevard, Suite 2700
Miami, Florida 33131
Attorney for: Plaintiff Isaac Industries, Inc.

| | |
|---|---|
| ISAAC INDUSTRIES, INC : | |
| Plaintiff, : | **UNITED STATES DISTRICT COURT FOR** |
| | **THE SOUTHERN DISTRICT OF FLORIDA** |
| vs. | **Civil Action No. 1:19-cv-23113** |
| PETROQUIMICA DE VENEZUELA, S.A., BARIVEN, S.A.: | |
| PDVSA SERVICES, B.V., PETROLEOS DE VENEZUELA, S.A.: | |
| Defendants. : | |

**CERTIFICATE OF DUE DILIGENCE TO EXTEND THE TIME TO SERVE PROCESS ABROAD**

State of New Jersey :
:SS
County of Morris :

I, Anthony Mboho, of full age, being duly sworn according to law upon my oath depose and Say:

1.) I am one of the service of process experts at DGR Legal. I am familiar with the above referenced matter and familiar with service of Process in International Cases.

2.) On or about August 22, 2019, I received a Summons and Complaint for service upon the defendant **Petroleos De Venezuela, S.A.,** Liberator Ave., Petroleos De Venezuela Building, East Tower, La Campina Distrito Metropolitan de Caracas, Distrito Capital, Postal code: 169, Republica Bolivariana de Venezuela.

3.) To conform to the requirements of the Hague Convention, the above documents were translated into Spanish.

4.) On or about September 6, 2019, a Request of Service Abroad of Judicial or Extrajudicial documents was prepared in order to serve this defendant via the Hague Service Convention Treaty. This is the formal method of service for those documents which are to be service in

international matters under the Convention. The Request of Service Abroad of Judicial or Extrajudicial and service documents – Summons and Complaint including the translated Summons and Complaint were forwarded to the proper authority **Ministerio del Poder Popular para Relaciones Exteriores, Oficina de Relaciones Consulare, Avenida Urdaneta Esquina Carmelitas a Puente Llaguno, Torre Anexo a Torre MRE Piso 1 Caracas, 1010, República Bolivariana de Venezuela**

5.) On September 10, 2019, DGR received confirmation from the courier service that the Request and service documents were delivered to the central authority at the above address and the package was signed for by an agent Alexis Paredes.

6.) Service via The Hague in Venezuela ideally has average completion time of 3-4 months but can take longer depending on unforeseen circumstances and the current political climate in Venezuela. Upon completion, a certificate of service will be mailed directly to the counsel of record from the central authority. There is no known means of expediting the process and obtaining a status of the service until a formal correspondence is sent to counsel of record. The foreign authorities rarely, if ever, provide status if requested before this time frame, and most will NEVER provide status at all. The foreign authorities are not obligated to provide status.

7.) DGR Legal has made several requests for status from the contact person at the Ministerio del Poder Popular para Relaciones Exteriores, Oficina de Relaciones Consulare in Venezuela, the last request being March 11, 2020 as it has been 5 months since the request was received by the central authority. A response has not been received from the central authority till date. DGR will continue requesting for status.

8.) On or about August 19, 2020, DGR Legal made follow up requests for status from the contact person at the Ministerio del Poder Popular para Relaciones Exteriores, Oficina de Relaciones Consulare in Venezuela, as it has been over 11 months since the request was received by the central authority. A response has not been received from the central authority till date. DGR will continue requesting for status.

9.) I certify that the above information is true to the best of my knowledge and if any statements made by me are willfully false, I am subject to punishment.

Sworn and subscribed to before me this

28th day of August, 2020

By: _____

Anthony Mboho

*Melissa Giambattista*

MELISSA GIAMBATTISTA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 9/17/2024

Attorney: Matthew P. Leto, Esq. "Counsel of Record"
LETO LAW FIRM.
Address: 201 South Biscayne Boulevard, Suite 2700
Miami, Florida 33131
Attorney for: Plaintiff Isaac Industries, Inc.

|  |  |
|---|---|
| ISAAC INDUSTRIES, INC : | |
| Plaintiff, : | UNITED STATES DISTRICT COURT FOR |
|  | THE SOUTHERN DISTRICT OF FLORIDA |
| vs. | Civil Action No. 1:19-cv-23113 |
| PETROQUIMICA DE VENEZUELA, S.A., BARIVEN, S.A.: PDVSA SERVICES, B.V., PETROLEOS DE VENEZUELA, S.A.: | |
| Defendants. : | |

**CERTIFICATE OF DUE DILIGENCE TO EXTEND THE TIME TO SERVE PROCESS ABROAD**

State of New Jersey :
:SS
County of Morris :

I, Anthony Mboho, of full age, being duly sworn according to law upon my oath depose and Say:

1.) I am one of the service of process experts at DGR Legal. I am familiar with the above referenced matter and familiar with service of Process in International Cases.

2.) On or about August 22, 2019, I received a Summons and Complaint for service upon the defendant **Petroquimica De Venezuela, S.A.**, at Zona Industrial Municipal Sur., Av.73 con calle 79-B, Municipio Valencia, estado Carabobo, Zonal Postal: 2003/Apartado Postal :2243, Republica Bolivariana de Venezuela.

3.) To conform to the requirements of the Hague Convention, the above documents were translated into Spanish.

4.) On or about September 6, 2019, a Request of Service Abroad of Judicial or Extrajudicial documents was prepared in order to serve this defendant via the Hague Service Convention Treaty. This is the formal method of service for those documents which are to be service in

international matters under the Convention. The Request of Service Abroad of Judicial or Extrajudicial and service documents – Summons and Complaint including the translated Summons and Complaint were forwarded to the proper authority **Ministerio del Poder Popular para Relaciones Exteriores, Oficina de Relaciones Consulare, Avenida Urdaneta Esquina Carmelitas a Puente Llaguno, Torre Anexo a Torre MRE Piso 1 Caracas, 1010, República Bolivariana de Venezuela**

5.) On September 10, 2019, DGR received confirmation from the courier service that the Request and service documents were delivered to the central authority at the above address and the package was signed for by an agent Alexis Paredes.

6.) Service via The Hague in Venezuela ideally has average completion time of 3-4 months but can take longer depending on unforeseen circumstances and the current political climate in Venezuela. Upon completion, a certificate of service will be mailed directly to the counsel of record from the central authority. There is no known means of expediting the process and obtaining a status of the service until a formal correspondence is sent to counsel of record. The foreign authorities rarely, if ever, provide status if requested before this time frame, and most will NEVER provide status at all. The foreign authorities are not obligated to provide status.

7.) DGR Legal has made several requests for status from the contact person at the Ministerio del Poder Popular para Relaciones Exteriores, Oficina de Relaciones Consulare in Venezuela, the last request being March 11, 2020 as it has been 5 months since the request was received by the central authority. A response has not been received from the central authority till date. DGR will continue requesting for status.

8.) On or about August 19, 2020, DGR Legal made follow up requests for status from the contact person at the Ministerio del Poder Popular para Relaciones Exteriores, Oficina de Relaciones Consulare in Venezuela, as it has been over 11 months since the request was received by the central authority. A response has not been received from the central authority till date. DGR will continue requesting for status.

9.) I certify that the above information is true to the best of my knowledge and if any statements made by me are willfully false, I am subject to punishment.

Sworn and subscribed to before me this

28th day of August, 2020

By: _____

Anthony Mboho

MELISSA GIAMBATTISTA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 9/17/2024