# EXHIBIT 38

## CHAP. V.

*Of the Right of Embassy, or of the Right of sending or receiving public Ministers.*

§ 55.
It is necessary that nations may treat and communicate together.

IT is necessary that nations should treat with each for the good of their affairs, for avoiding reciprocal damages, and for adjusting and terminating their differences. And all being under the indispensable obligation of joining and concurring in what tends to the common safety, and the opportunity (Prelim. Sect. 13.) of procuring to themselves the means of accommodating and concluding their differences (Book II. Sect. 323. &c.); and each having a right to every thing its preservation requires (Book I. Sect. 18.) to whatever can contribute to its perfection without injuring others, (ibid. Sect. 23.) as likewise to the means necessary to the accomplishment of its duties: it will follow, that every nation has the right of communicating with others, and is under the reciprocal obligation of conforming to this communication, as much as the state of affairs can permit.

§ 56.
This is done by public ministers.

But nations or sovereign states do not treat together immediately; and it is very seldom that their conductors or their sovereigns can personally confer together for discussing their affairs. These interviews would be often impracticable: and exclusive of delays, troubles, expence, and so many other inconveniences, it is rarely, according to the observation of Philip de Commines, that any good effect can be expected from them. The only way for nations and sovereigns to communicate and adjust their interest is by means of mandatories, or delegates, commissioned with their instructions and powers; that is by means of *public ministers*. This term in its utmost extent denotes

## CHAP. VII.

*Of the Rights, Privileges, and Immunities of Ambassadors and other Public Ministers.*

§ 80.
Respect due to public ministers.

A RESPECT due to sovereigns should reflect on their representatives, and chiefly on their ambassadors, as representing his master's person in the first degree. Whoever affronts or injures a public minister commits a crime the more deserving a severe punishment, as thereby the sovereign and his country might be brought into great difficulties and trouble. It is just that he should be punished for his fault, and that the state should, at the expence of the delinquent, give a full satisfaction to the sovereign affronted in the person of his minister. If a sovereign minister offends a citizen, the latter may oppose him without departing from the respect due to the character, and give him a lesson which shall both efface the stain of the outrage and expose the author of it. The person offended may further prefer a complaint to his sovereign, who will demand of the minister's master a just satisfaction. The great concerns of the state forbid a citizen on such occasions, to entertain those thoughts of revenge, which the point of honour might suggest, though otherwise allowable. Even, according to the maxims of the world, a gentleman receives no disgrace by an affront for which it is not in his power, of himself, to procure satisfaction.

§ 81.
Their person sacred and inviolable.

The necessity and right of embassies being established (See Chap. V. of this Book) the perfect security, the inviolability of ambassadors and other ministers, is a certain consequence of it; for if their person be not defended from violence of every kind, the right of embassies becomes precarious, and the success very uncertain.  A right to the

end

end is a right to the necessary means. Embassies then being of such great importance in the universal society of nations, and so necessary to their common well-being, the person of ministers charged with this embassy is to be *sacred* and *inviolable* among all nations (See Book. II. Sect. 218.). Whoever offers any violence to an ambassador, or any other public minister, not only injures the sovereign whom this minister represents, but he also hurts the common safety and well-being of nations: he becomes guilty of an atrocious crime towards the whole world.

This safety is particularly due to the minister, from the sovereign to whom he is sent. To admit a minister, to acknowledge him in such quality, is engaging to grant him the most particular protection, and that he shall enjoy all possible safety. A sovereign is indeed to protect every person within his dominions, whether native or foreigner, and shelter him from violence, but this attention is in a higher degree due to a foreign minister. A violence done to a private person is a common trespass, which, according to circumstances, the prince may pardon: but if done to a public minister, it is a crime of state, an offence against the law of nations. A pardon of this does not depend on the prince, in whose country the crime has been committed, but on him who has been offended in the person of his representative. However, if the minister has been insuled by persons ignorant of his character, the fault does not affect the law of nations; but comes within the case of common trespasses. Some dissolute young fellows in a town of Switzerland having, in the night time, insulted the English minister's house, not knowing who lived there, the magistracy sent a message to the minister to know what satisfaction he required. He wisely answered, that it was the magistrates concern to vindicate the public as they should judge proper, but as for himself he required nothing, not thinking himself affronted by persons who could have no design on him, as not knowing his house. Another particular

§ 82. Particular protection due to them.