# Exhibit 3







