IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, *et al.*,<br><br>Defendants. | Case No. 19-20450-CR-Scola |

**DEFENDANT ALEX NAIN SAAB MORAN'S NOTICE REGARDING REMOTE TESTIMONY FOR UPCOMING EVIDENTIARY HEARING**

Defendant Alex Nain Saab Moran respectfully submits this notice in response to the Court's Order dated November 16, 2022 (ECF No. 159). At the Status Conference held on November 15, 2022, counsel for Mr. Saab advised that the Embassy of Switzerland in Venezuela might require an additional order or specific language confirming the dates of the hearing and the acceptability to the Court of utilizing the Swiss premises in Venezuela. Accordingly, the Court ordered submission, no later than November 28, 2022, of "a proposed order to the Court which includes language requested by the Swiss government." *Id.* Having conferred further with the relevant parties regarding the Court's prior orders in this matter related to videoconference testimony and the hearing logistics (and the language thereof), no additional order is required in order to enable testimony to proceed from the Swiss premises in Venezuela.

Date: November 28, 2022

Respectfully submitted,

BAKER & HOSTETLER LLP

/s/ *Lindy K. Keown*
Lindy K. Keown (FL: 117888)
200 South Orange Avenue
Suite 2300
Orlando, Florida 32801
Tel: (407) 649-4000
lkeown@bakerlaw.com

/s/ *David B. Rivkin, Jr.*
David B. Rivkin, Jr. (*pro hac vice*)
Elizabeth Price Foley (FL: 92380)

Jonathan R. Barr (*pro hac vice*)
Lee A. Casey (*pro hac vice*)
Richard Raile (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
drivkin@bakerlaw.com
efoley@bakerlaw.com
jbarr@bakerlaw.com
lcasey@bakerlaw.com
rrraile@bakerlaw.com

Jonathan B. New (*pro hac vice*)
45 Rockefeller Plaza
11th Floor
New York, New York 10111
Tel: (212) 589-4200
jnew@bakerlaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 28, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Lindy K. Keown*
Lindy K. Keown
