IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, *et al.*,<br><br>Defendants. | Case No. 19-20450-CR-Scola |

**UNOPPOSED MOTION FOR WITHDRAWAL
OF ATTORNEY KENDALL E. WANGSGARD**

Attorney Kendall E. Wangsgard of Baker & Hostetler LLP, admitted *pro hac vice*, respectfully submits this Motion pursuant to Local Rule 11.1(d)(3) to Withdraw and moves this Court for entry of an Order authorizing his withdrawal as counsel for Defendant Alex Nain Saab Moran. In support of this Motion, he states as follows:

1. On January 22, 2021, Kendall E. Wangsgard filed a motion, ECF No. 15, for appearance *pro hac vice* for purposes of a special appearance as counsel on behalf of Alex Nain Saab Moran to pursue the pre-arraignment motion to dismiss the indictment. The motion was granted on January 25, 2021. ECF No. 21.

2. On June 21, 2022, Kendall E. Wangsgard filed a Notice Refining Scope of Temporary Appearance. ECF No. 111.

3. Effective November 29, 2022, Kendall E. Wangsgard is leaving the employment of Baker & Hostetler LLP.

4. Pursuant to Southern District of Florida Local Rule 11.1(d)(3), Mr. Wangsgard requests that he be allowed to withdraw as counsel for Mr. Saab, and that the Clerk be directed to remove his name from the electronic service list for pleadings in this action.

5.      Mr. Saab will continue to be represented by attorneys of record from Baker & Hostetler LLP who have made limited appearances in this matter, as well as Messrs. Neil M. Schuster and Joseph M. Schuster, attorneys of record who have made permanent appearances in this matter. Pursuant to Local Rule 11.1(d)(3)(A), Mr. Wangsgard states that the remaining attorneys' mailing addresses are available on the docket.

6.      This motion is not being filed to hinder or delay this matter or to prejudice any party.

WHEREFORE, Attorney Kendall E. Wangsgard respectfully requests that this Court enter an Order granting this Motion, granting leave for withdrawal, and directing the Clerk to remove his name from the CM/ECF electronic service list for pleadings and other papers.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Undersigned Counsel has conferred with Counsel for the United States pursuant to Local Rule 7.1(a)(3) and the United States does not object.

Date: November 29, 2022

Respectfully submitted,

BAKER & HOSTETLER LLP

/s/ *Lindy K. Keown*
Lindy K. Keown (FL: 117888)
200 South Orange Avenue
Suite 2300
Orlando, Florida 32801
Tel: (407) 649-4000
lkeown@bakerlaw.com

/s/ *David B. Rivkin, Jr.*
David B. Rivkin, Jr. (*pro hac vice*)
Elizabeth Price Foley (FL: 92380)
Jonathan R. Barr (*pro hac vice*)
Lee A. Casey (*pro hac vice*)
Richard Raile (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036

Tel: (202) 861-1500  
drivkin@bakerlaw.com  
efoley@bakerlaw.com  
jbarr@bakerlaw.com  
lcasey@bakerlaw.com  
rrraile@bakerlaw.com  

Jonathan B. New (*pro hac vice*)
45 Rockefeller Plaza
11th Floor
New York, New York 10111
Tel: (212) 589-4200
jnew@bakerlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 29, 2022, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Lindy K. Keown*
Lindy K. Keown