IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, *et al.*,<br><br>Defendants. | Case No. 19-20450-CR-Scola |

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL
OF ATTORNEY KENDALL E. WANGSGARD**

THIS CAUSE having come before the Court pursuant to the Unopposed Motion For Withdrawal Of Attorney Kendall E. Wangsgard (the "Motion"), and after having reviewed the Motion, the record, and being otherwise fully advised in the premises, it is hereby ORDERED and ADJUDGED as follows:

1.	The Motion (ECF No. 164) is **GRANTED**.

2.	Kendall E. Wangsgard is hereby granted leave to withdraw as counsel of record.

3.	The Clerk shall remove Kendall E. Wangsgard's name from the CM/ECF electronic service list for pleadings and other papers filed in this action.

DONE AND ORDERED at Miami, Florida, on November 30, 2022.

_____
Robert N. Scola, Jr.
United States District Judge