IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, *et al.*,<br><br>Defendants. | Case No. 19-20450-CR-Scola |

**UNOPPOSED MOTION TO SET ORAL ARGUMENT FOR DECEMBER 20, 2022**

Defendant Alex Naan Saab Moran respectfully moves this Court for entry of an Order scheduling the oral argument on Mr. Saab's Motion to Dismiss the Indictment (ECF No. 147) for December 20, 2022 from 9:00 AM to 12:00 PM. In support of this Motion, he states as follows:

1. This Court has scheduled a one-week evidentiary hearing on Mr. Saab's Motion to Dismiss the Indictment (the "Motion") to begin December 12, 2022 (ECF No. 137).

2. Following a status conference with the parties, the Court entered an Order scheduling oral argument on the law concerning the Motion to take place "on December 16, 2022, time permitting. If there is no time available on December 16, 2022, the Court will hear the parties' oral arguments on December 20, 2022, from 9:00 AM to 12:00 PM." (ECF No. 159, at ¶ 6).

3. Since the status conference, the lead counsel for Mr. Saab has encountered an unexpected medical issue that will prevent him from attending the evidentiary hearing and appearing in Court on December 16. If the court requires additional information, Mr. Saab is prepared to file a more detailed submission under seal.

4. Mr. Saab therefore requests that the Court schedule the oral argument to take place on December 20, 2022 in order to allow Mr. Saab's lead counsel to appear and participate in the oral argument on behalf of Mr. Saab.

WHEREFORE, Alex Naan Saab Moran respectfully requests that this Court enter an order scheduling the oral argument on Mr. Saab's Motion to Dismiss the Indictment (ECF No. 147) for December 20, 2022 from 9:00 AM to 12:00 PM.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 88.9**

Counsel has conferred with Counsel for the United States of America pursuant to Local Rule 88.9 in a good faith effort to resolve the issues raised in this motion and Counsel for the United States does not object to the relief sought herein.

Date: December 1, 2022

Respectfully submitted,

BAKER & HOSTETLER LLP

By: *Lindy K. Keown*

Lindy K. Keown (FL: 117888)
200 South Orange Avenue
Suite 2300
Orlando, Florida 32801
Tel: (407) 649-4000
lkeown@bakerlaw.com

By: *David B. Rivkin, Jr.*
David B. Rivkin, Jr. (*pro hac vice*)
Elizabeth Price Foley (FL: 92380)
Jonathan R. Barr (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
drivkin@bakerlaw.com
efoley@bakerlaw.com
jbarr@bakerlaw.com

Jonathan B. New (*pro hac vice*)
45 Rockefeller Plaza
11th Floor
New York, New York 10111
Tel: (212) 589-4200
jnew@bakerlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 1, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Lindy K. Keown*
Lindy K. Keown