UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: <u>19-cr-20450-SCOLA</u>

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

**ALEX NAIN SAAB MORAN,**

      **Defendant.**

_____/

## GOVERNMENT'S NOTICE OF CLASSIFIED FILING

Pursuant to the Court's order [DE 159, 161], the United States, by and through the undersigned attorneys, hereby provides notice that on December 2, 2022, the United States made a classified filing concerning Section 4 of the Classified Information Procedures Act with the Classified Information Security Officer.

      Respectfully submitted,

      JUAN ANTONIO GONZALEZ
      UNITED STATES ATTORNEY

By: */s/ Kurt K. Lunkenheimer*
      Kurt K. Lunkenheimer
      Assistant U.S. Attorney
      Court ID No. A5501535
      99 N.E. 4th Street
      Miami, Florida 33132-2111
      TEL (305) 961-9008
      Kurt.Lunkenheimer@usdoj.gov

GLENN S. LEON
CHIEF, FRAUD SECTION
Criminal Division
U.S. Department of Justice

By: */s/ Alexander Kramer*
      Alexander Kramer

Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
Court ID No. A5502240
1400 New York Ave. NW
Washington, DC 20005
TEL (202) 768-1919
alexander.kramer@usdoj.gov