IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff<br><br>   v.<br><br>ALEX NAIN SAAB MORAN,<br><br>   Defendant. | Case No. 19-20450-CR-Scola |

**UNOPPOSED SUPPLEMENTAL MOTION TO ALLOW ELECTRONIC EQUIPMENT INTO THE COURTROOM AT EVIDENTIARY HEARING**

     Defendant Alex Nain Saab Moran, by and through undersigned counsel, hereby requests that this Court allow counsel for Mr. Saab to bring electronic equipment, associated electronic accessories, and cellular devices into the courtroom during the evidentiary hearing on Mr. Saab's Motion to Dismiss the Indictment (ECF No. 147), and in support thereof state:

     1.    The evidentiary hearing on Mr. Saab's Motion to Dismiss the Indictment (ECF No. 147) is scheduled to begin December 12.

     2.    The Defense respectfully requests the ability to utilize certain electronic equipment during the hearing in order to effectively present some of Mr. Saab's case electronically.

     2.    The Defense also intends to call certain witnesses to testify at the hearing live. In order to properly coordinate their testimony, counsel respectfully requests that this Court allow counsel to bring their cell phones into the courtroom to provide the ability to remain in contact with their witnesses and to enable the witnesses to reach counsel by phone or by e-mail, as necessary. Counsel will ensure that said mobile devices do not ring or make noise such as to interfere with the hearing proceedings.

4. The following individuals are those who will bring the equipment and/or communication devices into the courtroom and who will be using or have access to the equipment and communication devices throughout the hearing:

| Counsel/Legal Assistant/Paralegal/Party or Party or Representative | Equipment |
|---|---|
| Elizabeth Price Foley, Esq. Counsel for Mr. Saab | One Laptop computer, including appropriate cables and/or converters, cellular phone and charger |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 88.9

Counsel has conferred with Counsel for the government pursuant to Local Rule 88.9 and the government does not object to the relief requested herein.

Date: December 8, 2022

Respectfully submitted,

BAKER & HOSTETLER LLP

By: *Lindy K. Keown*
Lindy K. Keown (FL: 117888)
200 South Orange Avenue
Suite 2300
Orlando, Florida 32801
Tel: (407) 649-4000
lkeown@bakerlaw.com

David B. Rivkin, Jr. (*pro hac vice*)
Elizabeth Price Foley (FL: 92380)
Jonathan R. Barr (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
drivkin@bakerlaw.com
efoley@bakerlaw.com
jbarr@bakerlaw.com

Jonathan B. New (*pro hac vice*)
45 Rockefeller Plaza
11th Floor
New York, New York 10111
Tel: (212) 589-4200
jnew@bakerlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 8, 2022, I electronically served the foregoing to all counsel of record.

*s/Lindy K. Keown*
Lindy K. Keown
