IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

   Plaintiff

v.

ALEX NAIN SAAB MORAN,

   Defendant.

Case No. 19-20450-CR-Scola

## PROPOSED ORDER GRANTING UNOPPOSED SUPPLEMENTAL MOTION TO ALLOW ELECTRONIC EQUIPMENT INTO THE COURTROOM AT EVIDENTIARY HEARING

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion To Allow Electronic Equipment into the Courtroom at Evidentiary Hearing (the **"Motion"**), and with the Court being fully advised on the premises, the Court ORDERS as follows:

1. The Motion is GRANTED.

2. The following individual is permitted to bring the listed equipment and/or communication devices into the courthouse during the evidentiary hearing of this matter, from December 12-December 16:

| Counsel/Legal Assistant/Paralegal/Party or Party or Representative | Equipment |
|---|---|
| Elizabeth Price Foley, Esq. Counsel for Mr. Saab | One Laptop computer, including appropriate cables and/or converters, cellular phone and charger |

DONE AND ORDERED in chambers, in Miami, Florida this ___ day of ____, 2022.

                                                                   _____
                                                                   ROBERT N. SCOLA, JR.
                                                                   UNITED STATES DISTRICT JUDGE