# Exhibit "A"



From: "Kramer, Alexander (CRM)" <Alexander.Kramer@usdoj.gov>
Date: November 8, 2022 at 7:26:30 PM EST
To: "New, Jonathan B." <jnew@bakerlaw.com>, "Lunkenheimer, Kurt (USAFLS)" <Kurt.Lunkenheimer@usdoj.gov>
Cc: "Neil M. Schuster" <Neil@neilmschuster.com>, Joseph Schuster <joseph.schuster.esq@gmail.com>, "Rivkin, David" <drivkin@bakerlaw.com>, "Barr, Jonathan R." <jbarr@bakerlaw.com>, "Wangsgard, Kendall E." <kwangsgard@bakerlaw.com>, "Foley, Elizabeth P." <efoley@bakerlaw.com>
**Subject: RE: US v. Saab - Request for Expert Disclosure**


[External Email: Use caution when clicking on links or opening attachments.]

Jon,

We do intend to call an expert to testify during the December 12, 2022, hearing.  We are currently in the process of retaining a new expert as our intended expert recently notified us they are unwilling to testify due to fear of reprisal in Venezuela.  We will provide you with the name and CV of our expert as soon as he is formally retained.  We will provide you a written summary soon thereafter.  Consistent with your request below, we provide the following list of topics about which we expect our expert to testify.  If you have any questions, please let us know.

1) Expert will testify regarding the formal process of designating a diplomat in Venezuela.
2) Expert will testify regarding the different types of diplomatic status in Venezuela.
3) Expert will testify regarding requirements in Venezuela regarding the publication of official acts in the official Gaceta.
4) Expert will testify regarding the appropriate means of amending or correcting discrepancies in the official Gaceta.

The basis for the expert's testimony will include Official Gaceta No 20.546 (1941); Official Gaceta No. 41.217 (2013) ; and Official Gaceta No. 6.688 Extraordinario (2022).

Regards,
Alex

**Alexander J. Kramer**

Office: 202-307-0955
Mobile: 202-███████

**From:** New, Jonathan B. <jnew@bakerlaw.com>
**Sent:** Monday, October 31, 2022 9:09 AM
**To:** Lunkenheimer, Kurt (USAFLS) <KLunkenheimer@usa.doj.gov>; Kramer, Alexander (CRM) <Alexander.Kramer@usdoj.gov>
**Cc:** Neil M. Schuster <Neil@neilmschuster.com>; Joseph Schuster <joseph.schuster.esq@gmail.com>; Rivkin, David <drivkin@bakerlaw.com>; Barr, Jonathan R. <jbarr@bakerlaw.com>; Wangsgard, Kendall E. <kwangsgard@bakerlaw.com>; Foley, Elizabeth P. <efoley@bakerlaw.com>
**Subject:** [EXTERNAL] US v. Saab - Request for Expert Disclosure

Alex and Kurt,

In our prior conversations, you have indicated that the government will be offering the testimony of at least one expert at the upcoming evidentiary hearing on the defendant's diplomatic immunity defense. Although we have informally requested that you provide the requisite expert disclosure, for the avoidance of doubt, the defendant is formally requesting the government disclosures required by Federal Rule of Criminal Procedure 16(a)(1)(G). Please let us know when the government expects to provide a written summary of expert testimony pursuant to the Rule. Given the short time frame between now and the hearing on December 12, 2022, we would greatly appreciate it if you could immediately identify at least the topics and issues on which your expert(s) will be opining so that we may consider the retention of appropriate rebuttal expert(s).

Best regards,

**Jonathan New**
Partner

**BakerHostetler**

45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4650
M +1.646████████

jnew@bakerlaw.com
bakerlaw.com



This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of

inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.