# Exhibit "B"



**U.S. Department of Justice**

Criminal Division

*Fraud Section*                                                      *Washington, D.C. 20530*

December 5, 2022

**VIA EMAIL**

Jonathan B. New
David B. Rivkin, Jr.
Elizabeth Price Foley
Jonathan R. Barr
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
drivkin@bakerlaw.com
efoley@bakerlaw.com
jbarr@bakerlaw.com
jnew@bakerlaw.com

Re:   *United States v. SAAB MORAN - Case No. 19-20450-CR-Scola*

Dear Counsel:

The government herby provides written notice of its intent to introduce expert testimony and provides the following pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G). Additionally, pursuant to Federal Rules of Evidence 702, 703 and 704, the government intends to give notice regarding two expert witnesses, Samuel Marple and ▓▓▓▓▓▓▓▓ – as more fully set forth below:

Samuel Marple is a computer scientist working with the Federal Bureau of Investigation. His resume is attached. Mr. Marple is a GIAC Certified Forensic Examiner and FBI Computer Analysis Response Team Technician. Mr. Marple was tasked with reviewing two different websites containing different versions of "Gaceta Oficial de la Republica Bolivariana de Venezuela, No. 6.373 Extraordinario" (Gaceta No. 6.373 Extraordinario). Mr. Marple was specifically tasked with determining whether any alterations had been made to the Gaceta No. 6.373 Extraordinario on either website.

Mr. Marple will testify that he downloaded one PDF copy of Gaceta No. 6.373 Extraordinario from the Venezuelan "Tribunal Supremo de Justicia" website at:

http[:]//historico.tsj.gob.ve/gaceta_ext/abril/2642018-5246.pdf#page=1. Mr. Marple reviewed the metadata associated with this document and determined the document was created on May 10, 2018, and modified on May 11, 2018. He identified no further modifications.

Mr. Marple will also testify that he downloaded another PDF copy of Gaceta No. 6.373 Extraordinario from the Venezuelan "Imprenta Nacional" website at: http[:]//spgoin.imprentanacional.gob.ve/cgi-win/be_alex.cgi?Documento=T028700024419/0&Nombrebd=spgoin&CodAsocDoc=2866&t04=1&t05=png&Sesion=803364951. Mr. Marple reviewed the metadata associated with this document and determined it was initially created on April 13, 2018. Mr. Marple will testify that according to his review of the metadata, the document was modified many times between April 13, 2018, and March 31, 2022. The document history shows the vast majority of these modifications were changes to the metadata of the document, meaning the document would not necessarily have any change to the viewer's eye.

Mr. Marple will further testify that the metadata shows there were four modifications to the document where the document history includes no description of the change. Mr. Marple will testify that according to Adobe PDF standards, where there is no description of the change, "it should be assumed that anything might have been changed." The modifications occurred on November 23, 2021, another on November 23, 2021, February 15, 2022, and February 25, 2022. Mr. Marple will testify that he is unable to identify what changes occurred to the PDF on those dates. He will testify that the document was in an editable state for years and that the integrity of the file has been compromised.

Mr. Marple bases his opinions on his years of experience working in the computer forensics field, his educational background, and certifications. The qualifications of Mr. Marple are contained in his resume, which is attached. The United States is also attaching reports created by Mr. Marple regarding his review of the metadata described above.

Mr. Marple has reviewed and approved this disclosure as it relates to his testimony. He certifies as such as follows:

---

Pursuant to Fed. R. Crim. P. 16(a)(1)(G)(v), I approve the foregoing disclosure.

*[signature]*

Samuel Marple
Computer Scientist – Field Operations
Miami Cyber Criminal Squad
Federal Bureau of Investigation
754-703-2141
samarple@fbi.gov

---

The United States also intends to call ▮▮▮▮▮ to testify. The United States is, under separate cover, producing Mr. ▮▮▮'s Curriculum Vitae and a report regarding his

suspected testimony. This report includes exhibits which help form the "bases and reasons" for his testimony. Mr. ▮ has entered into a contract with the United States related to the preparation of this report and the intended testimony. Under the terms of this contract, Mr. ▮ is being compensated at a rate of $550 per hour.

If you have any questions concerning this letter, please do not hesitate to call or email either one of us.

| | |
|---|---|
| GLENN S. LEON<br>CHIEF, FRAUD SECTION<br>Criminal Division<br>U.S. Department of Justice | JUAN ANTONIO GONZALEZ<br>UNITED STATES ATTORNEY |
| By: /s/ Alexander J. Kramer<br>Alexander J. Kramer<br>Trial Attorney | By: P.P. /s/ Kurt K. Lunkenheimer<br>Kurt K. Lunkenheimer<br>Assistant U.S. Attorney |