**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-20450-CR-SCOLA-1**

<u>**MINUTES FOR EVIDENTIARY HEARING**</u>

**DAY 1** – Monday, December 12, 2022

**UNITED STATES OF AMERICA**,

Plaintiff,

VS

**ALEX NAIN SAAB MORAN**,

Defendant.

<u>Counsel for Government</u>: Alexander J. Kramer, and Robert Emery.
<u>Counsel for Defendant</u>: Jonathan B. New, Jonathan R. Barr, Elizabeth Price Foley, Neil M. Schuster, Joseph Michael Schuster, and Lindy Kathryn Keown.

Spanish interpreters: Consuelo Burranca, and Guiomar Emedan-Lauten.
Portuguese interpreters: Javier Aparisi-Winthuysen, and Carla Grassi.

<u>Court Reporter</u>: Sharon Velazco

-----------------------------------------------------------------------------------------------------------------

<u>Miscellaneous</u>:

- Evidentiary hearing on Defendant's motion to dismiss indictment (ECF No. 147).
- Defense witnesses: Maria Gonzalez (via Zoom meeting), Juan Carlos Arrieche Granadillo (via Zoom meeting), Freddy Rafael Plathi Figuera (via Zoom meeting), and Floriano Arnaldo Fabrizio Mandl (in-person).
- Evidentiary hearing recessed at 5:45 p.m. and will resume Tuesday, December 13, 2022 at 9:00 a.m.