# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

United States of America

v.

Alex Nain Saab Moran

**EXHIBIT AND WITNESS LIST**

Case Number: 19-20450-CR-Scola

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Robert N. Scola, Jr. | Alexander Kramer, Kurt Lunkenheimer | Jon New, Jon Barr, David Rivkin, et al. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/12/2022 - 12/16/2022 | Sharon Velazco | Jacob Hasbun |

| PLS. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
|  | A | 12/12 |  | ✓ | Stipulation re Authenticity of Documents |
|  | B |  |  |  | 6/3/2020 Note Verbale DM No.: 000789 from the Minister of Foreign Affairs of Venezuela |
|  | C |  |  |  | 6/8/2020 Note Verbale No.: 610/458732 from the Embassy of Iran in Venezuela |
|  | D |  |  |  | 6/8/2020 Note Verbale No.: 610/458732 from the Embassy of Iran in Venezuela and response Note Verbale I.DVAMOO No 000120-A from the Ministry of Foreign Affairs of Venezuela |
|  | E |  |  |  | 6/13/2020 Note Verbale DM No. 000810 from the Minister of Foreign Affairs of Venezuela |
|  | F |  |  |  | 6/13/2020 Note Verbale DM No. 000811 from Jorge Arreaza, Minister of People's Power of Foreign Affairs Venezuela |
|  | G |  |  |  | 6/14/2020 Note Verbale No. 00277/2020 from the Embassy of Venezuela in Senegal accredited in Cape Verde |
|  | H |  |  |  | 9/25/2020 Note Verbale DM No.: 001158 from Minister of Foreign Affairs of Venezuela |
|  | I |  |  |  | 1/27/2021 Note Verbale No. 3436/01/AID from the Embassy of Iran |
|  | J |  |  |  | 3/15/2021 Note Verbale DM No.: 000269 from Minister of Foreign Affairs of Venezuela |
|  | K |  |  |  | 3/19/2021 Note Verbale DM No.: 000323 from Minister of Foreign Affairs of Venezuela |
|  | L |  |  |  | 5/12/2021 Note Verbale No. 3584/05/AID from the Embassy of Iran in Dakar |
|  | M |  |  |  | 8/3/2021 Note Verbale DM No.: 000711 from Minister of Foreign Affairs of Venezuela |
|  | N |  |  |  | 8/6/2021 Note Verbale No. 3708/08/AID in the form of Amicus Curiae from the Embassy of Iran |
|  | O |  |  |  | 9/14/2021 Note Verbale No. 000099 from Minister of Foreign Affairs of Venezuela addressed to Ministry of Foreign Affairs, Communities and Regional Integration of Cape Verde |
|  | P |  |  | ✓ | 9/14/2021 Note Verbale No. 000100 from Minister of Foreign Affairs of Venezuela addressed to Presiding Judge at the Supreme Court of Justice of Cape Verde |

| PLS. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | Q | | | | 9/14/2021 Note Verbale No. 000101 from Minister of Foreign Affairs of Venezuela addressed to Minister of Justice of Cape Verde |
| | R | | | | 10/22/2021 Note Verbale DM No. 000170 from Ministry of Foreign Affairs of Venezuela |
| | S | | | | 10/23/2021 Note Verbale DM No. 000171 from Ministry of Foreign Affairs of Venezuela |
| | T | | | | 3/21/2022 Note Verbale DM No. 000187 from Ministry of Foreign Affairs of Venezuela |
| | U | | | | 6/8/2022 Note Verbale No. 7041/1206193 from the Embassy of Iran in Venezuela |
| | V | 12/12 | | ✓ | Stipulation re Abdulaziz, et al. v. Metropolitan Dade County |
| | W | | | | 6/4/1982 Motion to Dismiss filed in H.R.H Prince Turki Ben Abdulaziz, et al.. Vs.. Metropolitian Dade County, et. al., filed in USDC, Southern District of Florida, Case No.: 82-0422 |
| | X | | | | 6/14/1982 Joint Reponse to Motion to Dismiss field by Plaintiffs in H.R.H Prince Turki Ben Abdulaziz, et al.. Vs.. Metropolitian Dade County, et. al., filed in USDC, Southern District of Florida, Case No.: 82-0422 |
| | Y | | | | 6/23/1982 Supplement to Plaintiffs' Motion to Dismiss filed in H.R.H Prince Turki Ben Abdulaziz, et al.. Vs.. Metropolitian Dade County, et. al., filed in USDC, Southern District of Florida, Case No.: 82-0422 |
| | Z | | | | 11/30/1982 Order Granting Motion to Dismiss in H.R.H Prince Turki Ben Abdulaziz, et al.. Vs.. Metropolitian Dade County, et. al., filed in USDC, Southern District of Florida, Case No.: 82-0422 |
| | AA | | | ✓ | 4/20/1982 Statement from Richard Gookin of Department of State re Abdulaziz |
| | AB | 12/12 | | ✓ | Stipluation - Discovery Production |
| | AC | | | | 4/14/2020 Central Bank of Venezuela authorization to export - Spanish |
| | AD | | | | 4/14/2020 Central Bank of Venezuela authorization to export - Translated |
| | AE | | | | 4/14/2020 Receipt of delivery of $53M in gold - Spanish |
| | AF | | | | 4/14/2020 Receipt of delivery of $53M in gold - Translated |
| | AG | | | | 5/1/2020 May 2020 OSINT Report - Iranian Incursion Into Venezuela |
| | AH | | | | 5/8/2020 Email regarding Saab from Jean Leidenz |
| | AI | | | | 6/1/2020 Letter No.000101 from the Executive Vice-President of Venezuela |
| | AJ | | | | 6/1/2020 Letter No. 000106 from the Executive Vice-President of Venezuela Delcy Rodriguez Gómez |
| | AK | | | | 6/1/2020 Letter No.000101 from the Executive Vice-President of Venezuela and Letter No. 0000106- Translated |
| | AL | | | | 6/11/2020 Letter from Nicolas Maduro addressed to Ayatollah Ali Khamenei, Supreme Leader of the Iran |
| | AM | | | | 6/11/2020 Letter from Nicolas Maduro addressed to Ayatollah Ali Khamenei, Supreme Leader of the Iran - Translated |

| PLS. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| | AN | 12/12 | | 12/12 | 6/11/2020 Email from Hook to Abrams regarding negotiations |
| | AO | ↓ | | ↓ | 6/14/2020 Email from Elliot Abrams to Bruce Swartz |
| | AP | ↓ | | ↓ | 12/16/2020 Email from Daniel Binder to Nicole re journalist questions |
| | AQ | 12/13 | | ✓ | 2/9/2021 Letter from US State Department to Maria de los Angeles Lunque Colmenares |
| | AR | 12/12 | | ✓ | 3/4/2021 Email from Mark Aziz to Jeffrey Olson re Saab Question |
| | AS | ↓ | | ✓ | 9/7/2021 Email from Karen Johnson to Katie King, Mary Malin, May Mitchell, Thodore Kill, Michael Gilles, and Judith Osborn re Cabo Verde: Alex Saab extradition |
| | AT | 12/12 | | ✓ | 6/1/2020 Photos of Special Envoy Letters issued by Venezuela and addressed to senior government officials of Iran |
| | AU | 12/12 | | ✓ | 6/1/2020 Letter from Delcy Rodriguez Gomez to Kazam Khavazi |
| | AV | | | ↓ | 6/1/2020 Letter from Delcy Rodriguez Gomez to Sadegh Kharazi |
| | AW | ↓ | | ↓ | 6/11/2020 Letter from Nicolas Maduro to Supreme Leader of the Islamic Republic of Iran, Ayatola Ali Jamenei |
| | AX | | | | Photographs of Suitcase |
| | AY | 12/12 | | ✓ | Photographs of brown folder |
| | AZ | 12/12 | | ✓ | Passport Certification for Saab Moran |
| | BA | 12/12 | | ✓ | Diplomatic Passport of Saab |
| | BB | | | | Diplomatic Passport of Camilla Saab |
| | BC | 12/12 | | ✓ | 4/9/2018 Letter from the Peoples Minister of Foreign Affairs Jorge Montserrat |
| | BD | 12/12 | | ✓ | 4/1/2020 Letter DM No.: 000319 from the Minister of Foreign Affairs of Venezuela |
| | BE | 12/13 | | ✓ | Apr. 30. 2021 CRS report |
| | BF | 12/13 | | ✓ | Feb. 25, 2020 CRS Report |
| | BG | 12/13 | | ✓ | 11/11/2022 Certification re Child Abduction |
| | BH | 12/13 | | ✓ | Maduro Communique LR-1122-809 |
| | BI | 12/13 | | ✓ | Excerpts from Mark Esper "Sacred Oath" book |
| | BJ | | | | 7/1/2020 Ministerial Decree No. 000860 - Letter from The Minister of People's Power for External Relations of the Venezuela |
| | BK | 12/13 | | ✓ | 6/14/2020 Cape Verde Court decision |
| | BL | 12/13 | | ✓ | 6/18/2020 Cape Verde Court decision |
| | BM | 12/13 | | ✓ | 3/15/2021 ECOWAS decision |
| | BN | 12/12 | | ✓ | 7/22/2020 Inventory from Cape Verde |
| | BO | | | | 8/26/2022 Letter from Government |
| | BP | | | | 3/10/2020 Photo of Saab 1 |
| | BQ | | | | 3/10/2020 Photo of Saab 2 |

| PLS. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
|  | BR |  |  |  | 3/10/2020 Photo of Saab 3 |
|  | BS | 12/13 |  | ✓ | 2/28/2022 UN Speech |
|  | BT | 12/13 |  | ✓ | 2/28/2022 UN Speech - Translated |
|  | BU | 12/12 |  | ✓ | stipulation - ① Saab traveled on 3 occasion 3/8 → 3/15 to IRAN letter 6/8/2022 - this meeting was to discuss humanitarian 4/14 → 4/20 3rd special mission - scheduled - special envoy was scheduled to meet w/ IRAN △ traveled to Iran △ traveled w/ ordinary Ven. passport A△ ox AG no recognition of Maduro Regime |
| BV | | 12/12 | | ✓ | △'s ordinary passport - copy |
| BW | | 12/13 | | ✓ | passport cert. from SAIME |
| BX | | 12/13 | | ✓ | excerpt from treatise on Venezuela gov't websites |
| BY | | 12/13 | | ✓ | Peña CV |

Page 4 of 4 Pages