AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

United States of America

v.

Alex Nain Saab Moran

**EXHIBIT AND WITNESS LIST**

Case Number: 19-20450-CR-Scola

| PRESIDING JUDGE<br>Robert N. Scola, Jr. | PLAINTIFF'S ATTORNEY<br>Alexander Kramer, Kurt Lunkenheimer | DEFENDANT'S ATTORNEY<br>Jon New, David Rivkin, et al. |
|---|---|---|
| TRIAL DATE (S)<br>12/12/2022 to 12/16/2022 | COURT REPORTER | COURTROOM DEPUTY<br>Jacob Hasbun |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 12/13 |  | ✓ | Cabo Verde Supreme Court of Justice Judgement No 28/2021 |
| 2 |  |  |  | ✓ | Cabo Verde Constitutional Ruling No 39/2021 |
| 3 |  |  |  | ✓ | Cabo Verde Barlavento Relations Court Ruling dated June 18, 2020 |
| 4 |  | ✓ |  | ✓ | Cabo Verde Certificate of No Record |
| 5 |  | 12/13 |  | ✓ | Alex Nain Saab Moran Venezuelan Diplomatic Passport |
| 6 |  | 12/13 |  | ✓ | Alex Nain Saab Moran Venezuelan Passport |
| 7 |  | 12/13 |  | ✓ | Alex Nain Saab Moran Colombian Passport |
| 8 |  | 12/13 |  | ✓ | Alex Nain Saab Moran Passport Comparison — dems only |
| 9 |  | 12/13 |  | ✓ | United States State Department Certification |
| 10 |  | 12/12 |  | ✓ | Saab Moran Special Envoy Credential Letter |
| 11 |  | 12/13 |  | ✓ | 6.15.2020 Mattiussi Letter to Interpol |
| 12 |  | 12/13 |  | ✓ | 6.3.2020 Arreaza Letter to Iran |
| 13 |  | 12/12 |  | ✓ | 6.8.2020 Iran Letter to Venezuela re Saab Visit |
| 14 |  | 12/12 |  | ✓ | 6.13.2020 Arreaza Letter to Cabo Verde |
| 15 |  | 12/12 |  | ✓ | 6.13.2020 Arreaza Letter to Cabo Verde |
| 16 |  | 12/12 |  | ✓ | 6.14.2020 Letter from Venezuela Embassy in Senegal to Cabo Verde |
| 17 |  | 12/12 |  | ✓ | Gaceta No. 6.373 Extraordinario – Imprenta Nacional |
| 17A |  | 12/12 |  | ✓ | Gaceta No. 6.373 Extraordinario – Imprenta Nacional – translated excerpt |
| 18 |  | 12/13 |  | ✓ | Gaceta No. 6.373 Extraordinario – Supreme Court Tribunal |
| 19 |  |  |  | ✓ | Gaceta No. 6.373 Extraordinario – United States Library of Congress |
| 20 |  |  |  | ✓ | Gaceta No. 20.546 |
| 20A |  |  |  | ✓ | Gaceta No. 20.546 – Translated Excerpt |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 3 Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States of America | vs. | Alex Nain Saab Moran | CASE NO. 19-20450-CR-Scola |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 20B | | 12/13 | • | ✓ | Gaceta No. 20.546 – Library of Congress |
| 21 | | | | | Gaceta No. 6.688 |
| 21A | | | | | Gaceta No. 6.688 – Translated Excerpt |
| 22 | | | | | Gaceta No. 40.217 |
| 22A | | | | | Gaceta No. 40.217 – Translated Excerpt |
| 22B | | | | | Gaceta No. 40.217 – United States Library of Congress |
| 23 | | | | | Gaceta No. 6.147 – United States Library of Congress |
| 23A | | | | ✓ | Gaceta No. 6.147 – Translated Excerpt |
| 24 | | 12/12 | | ✓ | Gaceta No. 41.527 |
| 24A | | 12/12 | | ✓ | Gaceta No. 41.527 – Translated Excerpt |
| 24B | | 12/12 | | ✓ | Gaceta No. 41.527 – United States Library of Congress |
| 25 | | 12/13 | | ✓ | Gaceta No. 30.634 |
| 25A | | | | | Gaceta No. 30.634 – Translated Excerpt |
| 25B | | | | | Gaceta No. 30.634 – United States Library of Congress |
| 26 | | | | | Gaceta No. 36.860 |
| 26A | | | | | Gaceta No. 36.860 – Translated Excerpt |
| 26B | | | | ✓ | Gaceta No. 36.860 – Library of Congress |
| 27 | | | | | 6.24.2022 Email from Counsel re Gaceta |
| 28 | | | | | Marple CV |
| 29 | | | | | Marple Report Supreme Court Tribunal Website |
| 30 | | | | | Marple Report Imprenta Nacional Website |
| 31 | | | | | Anzola CV |
| 32 | | | | | Gaceta No. 41.194 |
| 33 | | | | | Gaceta No. 41.393 |
| 34 | | | | | Memoria Min Ext Venezuela 2018 |
| 35 | | | | | Cuenta Min ext Venezuela 2018 |
| 36 | | | | | Memoria 2018 |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | United States of America | | vs. | Alex Nain Saab Moran | CASE NO. 19-20450-CR-Scola |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 37 | | | | | Memoria 2018 -Translated Excerpt |
| 38 | | 12/13 | | ✓ | DEA Stipulation |
| 39 | | 12/13 | | ✓ | Authenticity Stipulation |
| | | | | | Witness - Samuel Marple |
| | | | | | Witness - Kurt Carroll |
| | | | | | Witness - Jose Eloy Anzola Etchevers |

Page 3 of 3 Pages