UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-cr-20450-SCOLA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALEX NAIN SAAB MORAN SAAB,

Defendant.

_____/

## PROTECTIVE ORDER

This matter comes before the Court upon the United States of America's Motion, filed *ex parte, in camera*, and under seal, pursuant to Section 4 of the Classified Information Procedure Act, 18 U.S.C. App. 3, and Fed. R. Crim. P. 16(d)(1) and 26.2(c), for an Order authorizing the government to delete certain classified information from discovery. For the reasons stated in the Government's Motion and in light of the information contained in the classified Declarations submitted therewith, and finding good cause shown, the Government's Motion is GRANTED.

IT IS HEREBY ORDERED:

The Government is permitted to delete the classified information that is not relevant and helpful to the defendant from discovery.

SO ORDERED this 15 day of December, 2022 at Miami, Florida.

HONORABLE ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE