```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                          MIAMI DIVISION
                       CASE NO: 1:19-CR-20450
 3

 4   UNITED STATES OF AMERICA,            Miami, Florida

 5        Plaintiff,                      December 12, 2022

 6            vs.                         9:02 a.m. - 5:45 p.m.

 7   ALEX NAIN SAAB MORAN,

 8        Defendant.                      Pages 1 to 161
     _____

 9

10                       EVIDENTIARY HEARING
                       BEFORE THE HONORABLE
11         UNITED STATES DISTRICT JUDGE ROBERT N. SCOLA

12   APPEARANCES:

13
     FOR THE PLAINTIFF:        ROBERT J. EMERY, ESQ.
14                             US Attorney's Office
                               99 NE 4th Street
15                             Miami, FL  33132
                               Kurt.lunkenheimer@usdoj.gov
16
                               ALEXANDER J. KRAMER, ESQ.
17                             U.S. Department of Justice
                               Criminal Division
18                             Bond Building
                               1400 New York Avenue, N.W.
19                             8th Floor
                               Washington, DC  20005
20                             Alexander.kramer@usdoj.gov

21

22   FOR THE DEFENDANT:        JONATHAN V. NEW, ESQ.
                                Baker & Hostetler, LLP
23                             45 Rockefeller Plaza
                               New York, NY  10111
24                             Jnew@bakerlaw.com
                               PRO HAC VICE
25
```

```
 1

 2   APPEARANCES (Cont'd):

 3   FOR THE DEFENDANT:
                              JONATHAN BARR, ESQ.
 4                            Baker & Hostetler, LLP
                              1050 Connecticut Ave NW
 5                            Ste 1100
                              Washington, DC 20036-5318
 6                            Jbarr@bakerlaw.com

 7
                              ELIZABETH PRICE FOLEY, ESQ.
 8                            Baker & Hostetler, LLP
                              1050 Connecticut Ave NW
 9                            Ste 1100
                              Washington, DC 20036-5318
10                            Efoley@bakerlaw.com

11
                              LINDY KEOWN, ESQUIRE
12                            Baker & Hostetler, LLP
                              200 South Orange Avenue
13                            Suite 2300
                              Orlando, FL 32801
14                            Lkeown@bakerlaw.com

15
                              JOSEPH MICHAEL SCHUSTER, ESQ.
16                            Joseph M. Schuster, Esq., P.A.
                              5750 Collins Avenue
17                            Suite 12G
                              Miami Beach, FL  33140
18                            Joe@josephmschuster.com

19
                              NEIL M. SCHUSTER, ESQ.
20                            555 NE 15th Street
                              Suite 2-C
21                            Miami, FL  33132
                              Neil@neilmschuster.com
22

23

24

25
```

```
 1
    STENOGRAPHICALLY REPORTED BY:
 2

 3                               SHARON VELAZCO, RPR, FPR
                                 Official Court Reporter
 4                               United States District Court
                                 400 North Miami Avenue
 5                               Miami, Florida 33128

 6

 7

 8                          —     —     —

 9
                            I N D E X
10

11  Witnesses              DIRECT         CROSS      REDIRECT

12  MARIA GONZALEZ
    By Mr. New             34                          66
13  By Mr. Kramer                         42

14

15  JUAN CARLOS ARRIECHE GRANDILLO
    By Mr. Barr            77                          110
16  By Mr. Kramer                         95

17

18  FREDDY RAFAEL PLATHI FIGUERA
    By Mr. Barr            112
    By Mr. Emery                          121
19

20  FLORIANO MANDL
    By Mr. New             130
21  By Mr. Kramer                         156

22

23

24                          —     —     —

25
```

```
 1
                           E X H I B I T S
 2
     No.                                        PAGE
 3
     Defense A-U                                22
 4   Defense V- Z                               23
     Defense AC-AP, AR-AS                       24
 5   Defense BC                                 39
     Defense BD                                 41
 6   Government 10                              51
     Government 24, 24A, 24B                    54
 7   Government 17                              57
     Government 17A                             59
 8   Government 13                              62
     Defense BU                                 76
 9   Defense BA                                 82
     Defense BV                                 82
10   Defense AT                                 92
     Defense AZ                                121
11   Defense VN                                143
     Defense AU                                154
12   Defense AV                                154
     Defense AW                                154
13   Defense AY                                155

14

15

16

17

18

19

20

21

22

23

24

25
```

1   (The following proceedings were had:)

2        THE COURT:  The next matter this morning is United

3   States of America versus Alex Saab Moran.  Who's here for the

4   Government?

5        MR. KRAMER:  Good morning, your Honor, Alex Kramer on

6   behalf of the United States.  With me here at counsel table is

7   AU Rob Emery, Special Agent Phil Callow and litigation

8   specialist George Laurente.

9        THE COURT:  Good morning.

10       And on behalf of the defense?

11       MR. NEW:  Good morning, your Honor, Jonathan New on

12   behalf of the defendant, Alex Saab.  With me this morning at

13   counsel table is my partner, Jonathan Barr, my other partner

14   Elizabeth Foley, Mr. Neil Schuster, Mr. Joe Schuster, Lindy

15   Keown, who's also with Baker & Hostetler and Jeff Fetzer, who's

16   a paralegal.

17       THE COURT:  All right.  Good morning to all of you.

18       Good morning, Mr. Saab Moran.

19       THE DEFENDANT:  Good morning, sir.

20       THE COURT:  All right.  This is set for evidentiary

21   hearing on the Defendant's motion to dismiss.  You all want to

22   make brief openings statements, and we talked about that.

23       MR. NEW:  Your Honor, I would like to make a brief

24   opening statement, but there are a few housekeeping matters I

25   just want to raise quickly beforehand.

1         THE COURT:  Okay.

2         MR. NEW:  First, we request that the Court would permit

3    Mr. Saab to remove his handcuffs so he can take notes and

4    provide assistance to counsel during the proceeding.

5         THE COURT:  Okay.  He can -- can the marshals take off

6    his handcuffs, please?

7         MR. NEW:  Thank you, your Honor.

8         The second -- oh, wait.  Sorry about that.

9         THE COURT:  Yes.

10        THE INTERPRETER:  Your Honor, excuse me, the

11    interpreter could please use -- could he use the microphone

12    properly.

13        THE COURT:  Mr. New, can you move the microphone

14    closer.

15        MR. NEW:  Yes, your Honor.  Thank you.

16        The second issue, your Honor, is we noticed that the

17    Government had filed a notice under CIPA Section 4, that they

18    made an ex parte filing, obviously, we don't know what that's

19    about, but we just want to inquire if the Court had yet ruled

20    on it?

21        THE COURT:  So last week -- I do review those

22    documents.  More than zero and fewer than infinity.  So I have

23    not entered an order because I don't know what's going to

24    happen during the trial, so I am keeping an open mind, but as

25    of now, I don't believe there's anything there that is relevant

1   and helpful to the defense that would be required to be turned

2   over.  But I have not made a final decision until I hear your

3   presentation and the Government's.

4          MR. NEW:  Thank you, your Honor.

5          And then the third issue and final issue that we just

6   want to flag for the Court is that, as your Honor knows, the

7   witnesses in Venezuela will be testifying from the Swiss

8   Consulate.  We have been informed by the Swiss Consulate that

9   while they're available all day today and all day tomorrow, on

10  Wednesday, they are only available in the afternoon.  We are

11  hopeful that that won't be an issue, we are planning to try to

12  get through all of the Venezuelan witnesses today with the

13  exception of our rebuttal expert.  And if it comes to

14  Wednesday, your Honor, then on Tuesday, we'll propose a

15  schedule for that.

16         THE COURT:  All right.

17         MR. NEW:  Okay.

18         THE COURT:  Any other matters?

19         MR. NEW:  That's all I have.  I don't know if the

20  Government has anything --

21         MR. KRAMER:  No, nothing, your Honor, from us.

22         THE COURT:  Okay.  So let me hear your opening

23  statements.

24         MR. NEW:  Thank you, your Honor.  May I use the podium?

25         THE COURT:  Yes.

1          MS. KEOWN:  Your Honor, we will have a PowerPoint that

2    goes along with Mr. New's opening statement.  Is there a way to

3    publish it from my computer?  I am hooked up.

4          THE COURT:  You are hooked up?

5          MS. KEOWN:  I am.

6          THE COURT:  With HDMI?

7          MS. KEOWN:  Yes, your Honor.  Thank you, your Honor.

8          MR. NEW:  Thank you, your Honor.  May I proceed?

9          THE COURT:  Yes.

10         MR. NEW:  Good morning, your Honor.  As you know, we

11   are here today for an evidentiary hearing on Mr. Saab's motion

12   to dismiss.  The factual issue for the Court to decide is

13   whether Mr. Saab was a special envoy from Venezuela to Iran

14   traveling on a mission when he was detained in Cape Verde and

15   ultimately extradited here to the United States, and therefore,

16   whether he is entitled to diplomatic immunity.

17         In order to make that determination, the Court must

18   answer three questions:  One, was Mr. Saab sent on an official

19   mission from one state to another, in this state for Venezuela

20   to Iran; two, did the receiving state, in this case, Iran,

21   accept Mr. Saab as a special envoy; and three, was Mr. Saab in

22   transit on this mission at the time of his detention and

23   extradition.

24         We respectfully submit that the evidence will show by

25   substantially more than a preponderance that the answer to all

1    these questions is yes.  Mr. Saab was a special envoy of

2    Venezuela on an important humanitarian mission to Iran when he

3    was detained.

4         Now, in order to decide these questions, it's important

5    for the Court to understand the context and circumstances

6    surrounding Mr. Saab's mission since, at least the time of his

7    appointment in 2018, Venezuela has been facing an unprecedented

8    humanitarian crisis, due primarily to crippling economic

9    sanctions imposed by the United States.  The people of

10   Venezuela face shortages in food, medical supplies, and other

11   necessities, including gasoline; empty shelves at grocery

12   stores, long lines at gas stations, blackouts in many cities,

13   people going hungry.  As the U.S. Congressional Research

14   Service has reported to the U.S. Congress, even before the

15   coronavirus disease --

16        MS. KEOWN:  I apologize, Mr. New.  It is not

17   publishing, your Honor.

18        MR. NEW:  There we go.

19        So, your Honor, if I may continue.

20        As the Congressional Research Service reported to

21   Congress in April 2021, even before the coronavirus pandemic,

22   Venezuelans were facing a lack of food, medicine, health, and

23   access to social services.  By the end of 2020, more than 7

24   million people were estimated to require humanitarian

25   assistance; with pregnant and nursing women, those with chronic

1   illness, indigenous people, migrants, children under five, and

2   people with disabilities, particularly, in need.

3        When COVID-19 emerged in Venezuela in mid March 2020,

4   it added a complicated layer to the country's humanitarian

5   crisis, that it was under these circumstances that the

6   Venezuelan Minister of Foreign Affairs, at the instruction of

7   the president of Venezuela, appointed Mr. Saab as a special

8   envoy and tasked him with negotiating with representatives of

9   other governments for the procurement of humanitarian relief,

10  including food, medical supplies, machinery and oil

11  sector-related equipment.

12       In early 2020, and as a result of the COVID pandemic,

13  Mr. Saab was specifically instructed by the Ministry of Foreign

14  Affairs to undertake diplomatic missions to Iran to obtain

15  these essential items.  He twice traveled to Iran and back in

16  March and April 2020, where he met with Iranian government

17  officials and successfully negotiated for the Iranians to

18  provide urgently needed food, medicine, and other supplies to

19  alleviate the suffering of the Venezuelan people.

20       And on your screen, your Honor, are some photos of that

21  trip in -- the first trip in March to Iran.

22       Among other things, Mr. Saab helped negotiate a deal

23  where Iran shipped gasoline to Venezuela which was paid for

24  with Venezuelan gold.  It should be noted that Mr. Saab put

25  himself at great personal risk going on these missions that

1    took place during the height of the COVID pandemic, before any

2    vaccines had been developed, and most international travel was

3    halted due to the extreme risk of transmission.

4         Although Venezuela tried to keep Mr. Saab's missions to

5    Iran secret, the United States was well aware of his trips and

6    the subject of his diplomatic negotiations.  And what you can

7    see on the screen, your Honor, is a document that was in the

8    State Department files that reported on Mr. Saab's trips.

9         Indeed, the nature of Mr. Saab's diplomatic missions

10   became publicly known as media report surfaced in Bloomberg and

11   other publications.  This did not sit well with the United

12   States, as Mr. Saab was working on behalf of the Venezuelan

13   government to relieve the pressure of U.S. economic sanctions.

14        In June 2020, Venezuela sent Mr. Saab on a third trip

15   to Iran, a trip that he has been unable to complete.  You will

16   see, your Honor, that on June 3, 2020, the Venezuelan Minister

17   of Foreign Affairs sent a diplomatic note to the Iranian

18   Ambassador in Caracas notifying Iran of Mr. Saab's upcoming

19   visit in his capacity as a special envoy.

20        And, the Iranian Ambassador sent a note back to

21   Venezuela to the Ministry of Foreign Affairs confirming the

22   dates for Mr. Saab's diplomatic mission and that Iran had

23   scheduled meetings for Mr. Saab relating to the provision of

24   food and medicine to Venezuela.

25        You will also see, your Honor, that prior to his trip,

1    Mr. Saab was provided with official diplomatic correspondence

2    from the president and vice-president of Venezuela to deliver

3    to Iranian government officials.  Here is an English language

4    translation of one of the three letters that Mr. Saab carried

5    with him on his June mission.

6         This letter was from the president of Venezuela,

7    President Maduro, to the Supreme Leader of Iran, Ayatollah Ali

8    Khamenei.  And you can see in this letter, that the president

9    of Venezuela asked Ayatollah Ali Khamenei through the bearer of

10   this letter, who was Mr. Saab, to guarantee yet another

11   shipment of gasoline from Iran to Venezuela.

12        Now, on June 11, 2020, the day before his final trip,

13   Mr. Saab attended a meeting at the presidential palace in

14   Caracas with an Iranian diplomatic delegation and with the

15   president of Venezuela.  The next morning, Mr. Saab left on a

16   flight for Iran in his capacity as a special envoy, carrying

17   with him three diplomatic letters.  However, as we all know, he

18   never got to Iran.  When his plane stopped briefly to refuel in

19   Cape Verde, he was arrested and detained by Cape Verde law

20   enforcement at the request of the United States.

21        When Mr. Saab finally appeared before a Cape Verde

22   court for the first time after his arrest, he made it clear to

23   the judge that he was traveling as a diplomatic agent of

24   Venezuela on a mission to Iran.

25        Now, the United States realized almost immediately that

 1   the arrest of Mr. Saab presented a serious diplomatic issue.

 2   Discussions were held at the highest level of the U.S.

 3   Government, including at the White House, the State Department,

 4   and the Defense Department.  And here's the email that was

 5   produced to us in discovery by the Government, your Honor, that

 6   shows that even secretary -- then Secretary of State Pompeo was

 7   trying to figure out whether or not Mr. Saab's diplomatic

 8   status would pose a problem to the U.S., and what arguments

 9   they could make that he was not a diplomat -- arguments that

10   you are going to hear echoed by the U.S. in this proceeding.

11          And, as former U.S. Secretary of Defense Esper has

12   written in a book, the U.S. understood that Mr. Saab was

13   purportedly on a special mission to negotiating a deal with

14   Iran to receive more food -- fuel, food, and medical supplies.

15   Nevertheless, the U.S. persisted in detaining Mr. Saab and

16   preventing him from completing his diplomatic mission as a

17   special envoy from Venezuela to Iran.

18          Now, what is the evidence that will prove these facts,

19   the facts that Venezuela and Iran considered Mr. Saab to be a

20   special envoy on a mission of critical importance?

21          First, you will see the 2018, April 2018, credential

22   appointing Mr. Saab as a special envoy and hear from a director

23   secretary at the Venezuelan Ministry of Foreign Affairs who

24   will confirm that this credential is a true and correct

25   document that is maintained in the records of the Ministry of

1    Foreign Affairs in Venezuela.

2         You will also see other correspondence from the

3    Ministry of Foreign Affairs' archives related to Mr. Saab's

4    mission as a special envoy.  Next, you will hear from Mr.

5    Arrieche, who serves as head of security for Mr. Saab and his

6    family, assigned to that position by the Ministry of Foreign

7    Affairs.  Mr. Arrieche will testify that he observed Mr. Saab

8    meeting with an Iranian delegation and the president of

9    Venezuela on June 11, 2020, and then the next morning, he

10   escorted Mr. Saab to the airport for his fateful last trip

11   bound for Iran.  Mr. Arrieche will further testify that

12   Mr. Saab carried with him on that trip three envelopes

13   containing official correspondence from the president and

14   vice-president of Venezuela to Iranian government officials.

15        As it turns out, U.S. law enforcement was monitoring

16   Mr. Saab's activities leading up to his June trip.  In a letter

17   provided to the defense in response to Brady requests, the DOJ

18   disclosed that U.S. law enforcement had received

19   contemporaneous information about Mr. Saab's meeting with the

20   Iranian delegation in Venezuela and his planned trip to Iran on

21   or about June 11th.  Then you will hear from a legal advisor to

22   the Venezuela government agency responsible for issuing

23   identification documents such as passports.  He will testify

24   that the records of that agency confirm that Mr. Saab was

25   issued a diplomatic passport by the government of Venezuela for

1    his use as a special envoy in 2019.

2         Finally, you will hear from a lawyer who represented

3    Mr. Saab during his detention in Cape Verde while he was

4    awaiting extradition.  He will testify that he obtained

5    Mr. Saab's belongings from the prison in Cape Verde, and found

6    inside Mr. Saab's luggage the three official letters that

7    Mr. Saab was carrying with him and that he was supposed to

8    deliver to senior Iranian officials in Tehran.

9         The Court will also see evidence that both Venezuela

10   and Iran have repeatedly and strenuously objected to Mr. Saab's

11   detention on the basis that he was a diplomatic envoy on

12   mission to Iran, and therefore, has immunity.

13        This is overwhelming confirmation, these diplomatic

14   notes, from both the sending and receiving states, that they

15   each considered Mr. Saab to have diplomatic status.  Indeed,

16   the president of Venezuela has often proclaimed and continues

17   to emphasize Mr. Saab's status as a special envoy and has

18   decried his detention.  For example, at his speech before the

19   United Nations Human Rights Commission on February -- in

20   February 2022, the president of Venezuela said, "Madam

21   President, Special Envoy Alex Saab was illegally detained on

22   June 12, 2020 in Cape Verde when he was on an official mission

23   to bring food and medicine to Venezuela."

24        An official UN recording of that speech is marked as an

25   exhibit and will be available for the Court to watch, if it

1    chooses.

2         All of this evidence will prove overwhelmingly that

3    Mr. Saab was a special envoy traveling on a diplomatic mission

4    at the time of his detention.

5         In answer to the three factual questions that I posed

6    at the beginning of this opening, your Honor, the evidence will

7    show that; one, Mr. Saab was sent by Venezuela on the mission

8    and they considered him to be a special envoy; two, Mr. Saab

9    was accepted by Iran as a special envoy for Venezuela; and

10   three, he was in transit on that mission when he was arrested.

11        Your Honor, this really is one of those cases where if

12   it looks like a duck, swims like a duck and quacks like a duck,

13   it's a duck.  Mr. Saab was and is a special envoy.

14        Thank you, your Honor.

15        THE COURT:  All right.  Thank you.

16        Mr. Kramer?

17        MR. KRAMER:  Thank you, your Honor.

18        We will argue next week at the actual hearing on the

19   legal issues that are relevant to this case that there are no

20   set of facts present here that may be presented today or before

21   the Court that could lead to Mr. Saab having diplomatic

22   immunity based on the arguments in our motion to dismiss and

23   the arguments we will make to our opposition to the motion to

24   dismiss and the arguments we will -- we will make next week.

25        From our per -- perspective, the purpose here today is

1    to address whether or not Mr. Saab had any kind of diplomatic

2    status from the Maduro regime to Iran, and if he did have any

3    such diplomatic status, what type of diplomatic status that

4    was.

5         As made relevant for our arguments and the arguments in

6    this case, there's a difference between permanent mission

7    diplomats and temporary or special mission diplomats.

8         Permanent mission diplomats fall under the Vienna

9    Convention on Diplomatic Relations, otherwise referred to as

10   the VCDR, and provide a different type of protection for

11   in-transit immunity for individuals.

12        Transit-based immunity under the Special Missions

13   Convention is different.  It requires notice for individuals

14   when they're traveling to a third-party country.  It requires

15   consent from those third-party countries when you're traveling

16   through in order to provide that.

17        So the purpose, in our view, of this evidentiary

18   hearing is to determine whether or not Mr. Saab had any such

19   diplomatic status and, if he did, whether it fell under that

20   permanent mission diplomatic status or the temporary mission

21   diplomatic status.

22        The Government will show through documents that even

23   the defense has put forth as part of its own argument that

24   there are regular references to Mr. Saab as a temporary -- on a

25   temporary mission or on a special mission.  Declarations done

1   in support of the individuals that are on the Defense's witness

2   list refer to Mr. Saab as a -- on being on a special mission.

3          The documents that were put forth in his defense for

4   Cabo Verde argue he was on a special mission in a special

5   envoy.  As to that, he did not even try to argue whether or not

6   he fell under a permanent mission under the Vienna Convention.

7          As a result, the best Mr. Saab can potentially claim

8   is that he was a diplomat under a special mission which will be

9   covered by the UN Special Missions Convention to which the US

10  is not a party and it's not a part of customary law. But again,

11  we'll reserve our argument for that on our legal arguments next

12  week.

13         In terms of the evidence as to whether or not Mr. Saab

14  was a special envoy or diplomat at all, the Government believes

15  and the Government will show that there is indicia that

16  Mr. Saab and the Maduro regime have put forth falsified

17  evidence into the public sphere to indicate that he is indeed

18  a -- to provide some kind of credibility to his argument that

19  he is a  special envoy.

20         Before the 11th Circuit, Mr. Saab's counsel, when asked

21  about whether or not there was any basis to say he was a

22  special envoy, cited to Gaceta No. 6.373 Extraordinario saying

23  that that document listed Mr. Saab as being appointed a special

24  envoy diplomat.

25         Following our -- our understanding of that, we had

1   found evidence that that Gaceta No. 6.373 has been modified.

2   There are versions of that document that the Library of

3   Congress of the United States acquired contemporaneously in

4   2018 that list no reference towards Mr. Saab whatsoever.

5          The Government will call as one of its wit --

6          THE COURT:  And just my curiosity, does the Library of

7   Con- -- Congress keep records or obtain records from every

8   other country and their legislative executive decision and keep

9   them there?

10          MR. KRAMER:  So, I've been remarkably impressed with

11   the Library of Congress, you know, what they have in their

12   library.  I do not know and I couldn't attest to whether it's

13   every country, your Honor, but they do have copies of the

14   Venezuela Gaceta as well as, I think, various other legal

15   documents.  But, you know, I know they do have this here.

16          Separately, even if it is not on the Library of

17   Congress website, your Honor, in Venezuela, the Gaceta is

18   maintained on two separate websites.  There is an Imprenta

19   Nacional website where the version of Mr. -- the Gaceta that

20   includes Mr. Saab's name is included.  There is also that same

21   Gaceta 6.373 on a -- the Supreme Court Tribunal website.  On

22   that website, there is no reference towards Mr. Saab.

23          The Government will call a computer scientist from the

24   FBI to discuss the metadata on those two pages, and one of the

25   things we will present before this Court is that the metadata

1    on the Supreme Court Tribunal website, the one without

2    Mr. Saab's reference, was created and not changed since 2018.

3    Whereas, the version that is on the Imprenta Nacional website

4    that does include Mr. Saab's name was created in 2018 but

5    modified and changed through March of 2022 indicating some

6    changes to that document, and we view that in light of there's

7    no reference on the Supreme Court Tribunal website.  There's no

8    reference on the Library of Congress website.  There's

9    certainly an indication that there was a modification or a

10   backdating of certain information on that document which the

11   Government believes calls into question the veracity of

12   Mr. Saab's appointment if there was such a need to falsify

13   information in order to bolster an argument that he was so

14   appropriately appointed.

15         The Government will also be looking at the very

16   documents that Mr. Saab has presented in his defense, letters

17   sent by the Maduro regime to Cabo Verde and to Interpol

18   following the arrest of Mr. Saab in June of 2020 indicate no

19   reference towards Mr. Saab being a special envoy.  They include

20   references towards him being an agent.  They say he is

21   representing the president, but there is no such honor we think

22   or no such reference to the actual diplomatic title.  That was

23   only made public sometime into his defense of diplomatic

24   immunity, and we think is also indicative of the falsification

25   or the after-the-fact creation of that defense.

1          That is where the Government believes this evidentiary

2    hearing will go.  We will present evidence on those pieces and

3    reserve our legal argument until next week.

4          THE COURT:  Thank you.

5          Who's the first witness for the Defense?

6          MR. PERFILDOS:  Before presenting the first witness,

7    the Government and the Defense have agreed on certain

8    stipulations that we would like to make the Court aware of and

9    then we would like to offer into evidence pursuant to the

10   stipulations certain exhibits.

11         THE COURT:  Okay.

12         MR. BARR:  The first stipulation is Defense Exhibit A

13   related to the authenticity of certain documents that are true

14   and correct copies of foreign public and locked documents

15   involving agencies and ministries of the governments of

16   Venezuela and Iran.  These are the Note Verbale, the

17   communications from Venezuela and the communications from Iran.

18   Those are Defense Exhibits B, C, D, E, F, G, H, I, J, K, L, M,

19   N, O, P, Q, R, S and T, U.

20         And, we believe these documents are admissible under

21   the federal Rules of Evidence, and the Defense moves their

22   admission.

23         THE COURT:  All right.  So based upon the stipulation

24   for this B through U -- that's --

25         MR. BARR:  B through U, yes, your Honor.  And that's

1    Defense Exhibit A which, you know, we also tendered Defense

2    Exhibit A, the stipulation, and move it into evidence.

3          THE COURT:  All right.  So the Defense Exhibits A

4    through U are in evidence.

5          (Defense Exhibits A through U were received in

6    Evidence.)

7          MR. BARR:  Thank you, your Honor.

8          There is another stipulation which is Defense Exhibit

9    V.  This -- this stipulation relates to certain documents that

10   were part of the court record in Abdulaziz.  The Abdulaziz

11   case, which I'm sure your Honor is very familiar with --

12         THE COURT:  All right.

13         MR. BARR:  -- and that is -- one moment, your Honor --

14   that relates to Defense Exhibits W, X, Y, Z,and Defense Exhibit

15   AA.

16         I will note, your Honor, that the -- the underlying

17   stipulation that provides Defense numbered exhibits as opposed

18   to the letters, but I -- I've accurately -- I've actually

19   accurately summarized what the actual Defense exhibits are in

20   terms of those.

21         And I -- so I move for admission of the stipulation

22   which is Defense Exhibit V and then also move for admission of

23   Defense Exhibit W, X, Y, Z, and Defense Exhibit AA.

24         THE COURT:  Okay.  Those are in evidence.

25         (Defense Exhibits V through Z and Defense Exhibit AA

1    were received in Evidence.)

2           MR. BARR:  Next, your Honor, the Government and the

3    Defense have entered into a stipulation regarding the auth- --

4    authenticity of documents that were produced to the Defense

5    during discovery by the Government where the Government has

6    indicated it's not going to object to the authenticity of those

7    records.  Those documents for which that authenticity

8    stipulation relate to are Defense Exhibit AE, AF, AI, AK, AJ,

9    AK, AC, AD and AI.

10          THE COURT:  Okay.  You kind of went out of order there.

11   So AE, AF.

12          MR. BARR:  AE, AF.

13          THE COURT:  AI.

14          MR. BARR:  AI.

15          THE COURT:  AJ, AK.

16          MR. BARR:  One moment, your Honor.  Can I ask your

17   indulgence, the Court's indulgence?

18          To make this easier, your Honor, it's Defense Exhibits

19   AC through AP and Defense Exhibits AR through AS.

20          THE COURT:  AC through A --

21          MR. BARR:  Through AP.

22          THE COURT:  "P as in Peter?

23          MR. BARR:  "P" as in Peter, yes, your Honor.

24          THE COURT:  Okay.

25          MR. BARR:  And Defense Exhibits AR through AS.

```
 1              Now, I understand that the Government may have

 2   objections on some of these -- on some of these exhibits but

 3   we --

 4              THE COURT:  Well, I'm -- I'm letting them in for this

 5   hearing so...

 6              MR. BARR:  Okay.  All right.

 7              THE COURT:  So there's a full record for somebody else.

 8              MR. BARR:  All right. We move for their admission, your

 9   Honor.

10              THE COURT: Okay.  Those are in.

11              (Defense Exhibits AC through AP and Defense Exhibits AR

12   through AS were received in Evidence.)

13              MR. KRAMER:  And, your Honor, just solely I'm objecting

14   here for the ruling -- that our objection could just be noted

15   on the admissibility of those exhibits.

16              THE COURT:  Okay.

17              MR. KRAMER:  Thank you.

18              MR. BARR:  There's a -- another stipulation, but

19   Mr. New will discuss that later, your Honor.

20              THE COURT:  Okay.  All right.  So who's your first

21   witness?

22              MR. NEW:  Your Honor, the Defense calls Maria Gonzalez

23   who is located in Venezuela.  So we're going to need to start

24   the Zoom now, your Honor.

25              THE COURT:  Okay.
```

1              THE COURT:  And I was not here Friday for the technical

2    service.  If I put this on my computer, is it going to show up

3    everywhere or --

4              MR. NEW:  That is our understanding, your Honor.

5              THE COURT:   Maybe Ms. Keown can enlighten the Court.

6              MS. KEOWN:  Good morning, your Honor.  I wasn't here.

7              When you open up the Zoom, it will show -- I don't know

8    if it will show to everyone in the court but it will open to

9    the gallery and Venezuela will see you and will see us.

10             (Following proceedings by Zoom)

11             Recording in progress.

12             THE COURT:  Good morning.  Do we have the people from

13   Venezuela?

14             Hello.  Good morning, Judge.

15             THE COURT:  Good morning.  And is there anybody else

16   expected?  Who -- who is Samuel Rubenfeld (phonetic) who's on

17   here?  And Rebecca Haciki.

18             MR. RUBENFELD:  I am -- my name is Samuel Rubenfeld.

19   I'm a reporter covering the hearing.

20             THE COURT:  Okay.  All right.

21             So this is a court proceeding, so there is no --

22             MR. KRAMER:  Your Honor, I believe Ms. Haciki is an

23   individual --

24             THE COURT:  I can't hear you.

25             MR. KRAMER:  I'm sorry.  I believe Ms. Haciki is an

 1    individual who works at OIA.

 2           THE COURT:  Okay.  So this is a court hearing in

 3    federal court.  The rules still apply even though it's by video

 4    conference.  So there can't be any photographs or screenshots

 5    taken during the hearing.

 6           Okay.  So, sir, again from Venezuela, can you tell us

 7    your name again?

 8           THE INTERPRETER:  Yes.  My name is Usuario Perfildos.

 9    I'm the Deputy Head of Mission of the Embassy of Switzerland in

10    Venezuela.

11           THE COURT:  Good morning.

12           MR. PERFILDOS:  To my right sits the notary, Luis

13    Alfredo Ramirez, and outside, there are three witnesses

14    waiting.

15           THE COURT:  Okay.  And where you're sitting now, is

16    that where the witness is going to be sitting while they are

17    testifying?

18           MR. PERFILDOS:  Correct.

19           THE COURT:  Okay.  And is there anybody else in the

20    room besides you and the notary?

21           MR. PERFILDOS:  At the moment, no.

22            But then I have another camera here that will join the

23    meeting and that will monitor the room.  So you can see that

24    the -- that there will be only the notary, the witness and

25    myself in the room.  However, the notary will leave the room

1    after he has identified and taken the witness and taken the

2    oath.

3              THE COURT:  Okay.  And -- and does the witness speak

4    English or Spanish?

5              MR. PERFILDOS:  The witnesses speak Spanish, but I

6    believe in the -- that there is a translator that offers a

7    consecutive translation.

8              THE COURT:  With you, or will you use the courtroom

9    interpreters?

10             MR. PERFILDOS:  We were informed that you are going to

11   use the courtroom interpreters.

12             THE COURT:  Okay.  Okay.  So then -- so how do you turn

13   on that other camera?

14             MR. PERFILDOS:  I will do it right now.

15             THE COURT:  Thank you.  All right.

16             And does our notary speak English?

17             MR. PERFILDOS:  No.  One second, please.  I have to

18   turn off the echo.

19             The notary does not speak English.

20             THE COURT:  All right.  Before we bring in

21   Ms. Gonzalez, can you put the notary in front of the camera or

22   the camera on the notary or have the notary sit where you're

23   sitting so it is easier?

24             Good morning.

25             THE NOTARY:  Good morning.

```
 1            THE COURT:  Can he hear your translation?

 2            MR. PERFILDOS:  He just heard it.

 3            THE COURT:  The person who's the notary, are you

 4   hearing the Spanish translation of what I'm saying?

 5            MR. PERFILDOS:  Now, we are waiting for translation.

 6   Before, we just heard it.

 7            THE NOTARY:  I do.

 8            THE COURT:  All right.  What is your name, sir?

 9            THE NOTARY:  Luis Alfredo Ramirez Monsalve.

10            THE COURT:  Are you authorized under the laws of

11   Venezuela to administer oaths to witnesses?

12            THE NOTARY:  Yes, sir.

13            THE COURT:  All right.  And what is the basis of your

14   authority to do that?

15            THE NOTARY:  The Gaceta.

16            THE COURT:  That's a license?

17            THE NOTARY:  It is an administrative disposition.

18            THE COURT:  All right.  And so can we bring

19   Ms. Gonzalez in?

20            MR. PERFILDOS:  Yes.  I will go get her now.

21            THE COURT:  Thank you.

22            THE NOTARY:  Good morning.  Luis Alfredo Ramirez

23   Monsalve. I swear under the constitution and I give faith of

24   what this witness is about to say, and I give faith and I

25   attest to what this witness will now say.
```

1          THE COURT:  All right.  And have -- have you seen or if

2    you have not, can you ask her to show you an official

3    identification to confirm that she is who she says she is?

4          THE NOTARY: Yes, sir.

5          THE COURT:  What identification has she shown you?

6          THE NOTARY: Maria Gonzalez, Cedula -- ID Cedula --

7    bearer of ID Cedula 7591556.

8          THE COURT:  All right.  Will you please swear

9    Ms. Gonzalez in to tell the truth here today?

10          THE NOTARY: Yes, sir.

11          THE WITNESS:  I attest that my name is Maria Gonzalez.

12          THE COURT:  All right.  And will you please administer

13    her the oath to tell the truth?

14          THE NOTARY: Yes, sir.

15          THE WITNESS:  I do swear -- I do swear to tell the

16    truth on the constitution of the Bolivarian Republic of

17    Venezuela.

18          THE COURT:  All right.  And, Mr. Monsalve, is that how

19    an oath is administered in Venezuela?  The person just says

20    that? You don't say something to them or read something to

21    them?

22          THE NOTARY: Yes, sir.

23          THE COURT:  Okay.  And so, Ms. Gonzalez, would you

24    please raise your right hand?

25    Thereupon:

```
 1                      MARIA GONZALEZ
 2   was called as a witness and, having been duly sworn, was
 3   examined and testified as follows:
 4           THE WITNESS:  I do.
 5           THE COURT:  Okay.  So the witness has now been sworn
 6   under Venezuelan law and under our United States law.
 7           All right.  You can put your hand down.
 8           So we are going to excuse the notary until the next
 9   witness.  Or?  Let me ask you a question.  Are all witnesses
10   there?  So that -- so that the notary doesn't have to be there
11   all day do you want to just swear all the three witnesses now?
12           MR. PERFILDOS:  As you prefer.  The other two witnesses
13   are waiting outside, but the notary -- notary as well.  So if
14   you prefer to do it now, we can do it now or we can do it
15   consecutively.
16           THE COURT:  What do you all want to do?  Do you want to
17   just wait and do it one at a time?
18           MR. NEW:  We have no objection to doing them all now,
19   your Honor.  I don't know if the Government has a preference.
20           MR. KRAMER:  Your Honor, we are fine with doing the
21   Venezuelan version all at one time.  If we could just have the
22   Court do the U.S. attestation before each individual, we have
23   no objection.
24           THE COURT: Okay.  So Ms. Gonzalez if you could just
25   wait outside for a minute.  We're going to bring in, one at a
```

1    time, the other two witnesses and administer their oaths so

2    that way the notary doesn't have to stick around all day.

3              THE WITNESS:  Okay.

4              MR. PERFILDOS:  Which witness would you like to proceed

5    now?

6              THE COURT:  Whichever one is closest to the door to get

7    in here.

8              THE NOTARY: Juan Carlos Arrieche Grandillo, ID Number

9    for Cedula 12850322.

10             THE COURT:  All right.  And you have verified the

11   identity of this witness?

12             THE NOTARY: Yes, sir.

13             THE COURT:  All right.  Will you please administer the

14   oath to tell the truth to this gentleman?

15             (Discussion off the record in Spanish.)

16             THE WITNESS:  Mr. Juan Carlos Arrieche Grandillo swears

17   to tell the truth on the constitution of the Bolverian Republic

18   of Venezuela. Yes, I do swear.

19             THE COURT: All right.  Thank you.

20             All right.  If you can wait outside and bring in the

21   next witness.

22             THE WITNESS:  Agreed.

23             THE COURT:  What is the name of this witness?

24             THE NOTARY: Freddy Plathi Figuera, ID Number for Cedula

25   12054902.

```
 1            THE COURT:  All right.  And has the notary verified the
 2   identification of this witness?
 3            THE NOTARY: I do so attest that this is the person
 4   being mentioned.
 5            THE COURT:  All right.  Will you please administer the
 6   oath for this person to tell the truth during his testimony
 7   during this hearing?
 8            THE NOTARY: Yes, sir.
 9            (Discussion off the record in Spanish.)
10            MR. FIGUERA: Do you swear -- I do swear to tell the
11   truth of all the information I will provide.
12            THE COURT: Don't you have to say under the constitution
13   of Venezuela?
14            THE NOTARY: Yes, sir.  I do so attest before the
15   constitution of Venezuela.
16            THE COURT:  Okay.  Sir, I didn't hear your answer?
17            MR. FIGUERA:  I do attest before the constitution of
18   Venezuela that I will tell the truth of everything that I will
19   be saying here today.
20            THE COURT:  All right.  Thank you.
21            All right.  So I hate to do this, but I've been here
22   since 8:30 and I need to take a break.  Let's take a ten-minute
23   break and we will come back and start with the testimony of Ms.
24   Gonzalez.  See everybody here in ten minutes.
25            (Brief recess.)
```

```
 1              (Notario Publico Octavo de Chacao LUIS ALFREDO RAMIREZ
 2     MONSALVE, CI V- 12.470.365)
 3     Thereupon:
 4                          MARIA GONZALEZ
 5     was called as a witness and duly sworn.
 6              THE COURT:  Thank you.  Be seated.
 7              Who is going to be doing the examination of
 8     Ms. Gonzalez?
 9              MR. NEW:  Your Honor, that will be me.
10              THE COURT:  Okay.  I think you have to do it from the
11     lectern so they can see you.
12              MR. NEW:  Before I do that, your Honor, may I just ask
13     one question of the Court?
14              THE COURT:  Yes.
15              MR. NEW:  Which is, you know, we were not aware that
16     there would be anybody available on the Zoom other than the
17     witness and the lawyers.  But there is a reporter on there.  So
18     if it is possible for other people to be on the Zoom, we would
19     ask if Mr. Saab's wife, who is in Venezuela might be able to
20     get a link so she could observe the proceedings.
21              THE COURT:  Is there some -- Sergio, if there are too
22     many people in the Zoom, is that going to mess up the signal
23     from the witness, or does it matter?
24              IT TECH:  It all depends on how many people are on the
25     Zoom.
```

```
 1              MR. NEW:  Just one.

 2              IT TECH:  No.  You mean here?  You mean in the

 3    courtroom?

 4              THE COURT:  No, they're going to be in Venezuela.

 5              IT TECH:  No, that's fine.

 6              THE COURT:  Okay.  So you can give her the Zoom link.

 7              MR. NEW:  Thank you, your Honor.  It's much

 8    appreciated.

 9              May I approach, your Honor?

10              THE COURT: Yes.  Go ahead.

11              MR. NEW:  Thank you, your Honor.

12                       DIRECT EXAMINATION

13    BY MR. NEW:

14    Q.  Good morning.  Could you please state your name and spell

15    your last name for the record?

16    A.  Maria Gonzalez, G-O-N-Z-A-L-E-Z.

17    Q.  Ms. Gonzalez, how old are you?

18    A.  56.

19    Q.  What countries are you a citizen of?

20    A.  Venezuela.

21    Q.  Do you currently live in Venezuela?

22    A.  Yes.

23    Q.  Have you lived in Venezuela your whole life?

24    A.  Yes.

25    Q.  Could you briefly tell us about your educational
```

1    background?

2    A.   I undertook studies in archiving at the Central University

3    of Venezuela during ten months without presenting my final

4    thesis.

5    Q.   And who is your current employer?

6    A.   The Ministry of Popular Power for Foreign Affairs.

7    Q.   And is it all right if I just refer to them as the Ministry

8    of Foreign Affairs?

9    A.   Yes.

10   Q.   When did you start working at the Ministry of Foreign

11   Affairs?

12   A.   On 3-3-1993.

13   Q.   So March of 1993?

14   A.   Yes.

15   Q.   And what position did you start in?

16   A.   As a contractor.

17   Q.   And at that time, do you recall who was the president of

18   Venezuela?

19   A.   Carlos Andres Perez.

20   Q.   And have you worked at the Ministry of Foreign Affairs

21   under various presidents of Venezuela?

22   A.   Yes.

23   Q.   What is your current position?

24        THE INTERPRETER:  Your Honor, from the Interpreter, I

25   need to ask for a repetition.

1            THE WITNESS:  Director of the secretary of the General

2    Office of the Ministry of the Popular Power for Foreign

3    Affairs.

4    BY MR. NEW:

5    Q.  And how long have you been in that position?

6    A.  Six years.

7    Q.  When will you be eligible to retire?

8    A.  I have been retired for the last six years.

9    Q.  So could you explain how that could be, given that you're

10   still working at the Ministry of Foreign Affairs?

11   A.  Six years ago, by special decree there were three

12   requirements in order to be able to retire.  I fulfilled those

13   three requirements.

14        My retirement is momentarily suspended, I was retired then,

15   but I am still occupying this position.  I may activate my

16   retirement whenever I deem fit.

17   Q.  And have your retirement benefits already been set,

18   Ms. Gonzalez?

19   A.  They've already been paid.

20   Q.  Now, would you describe for us your duties and

21   responsibilities in your current position?

22   A.  All -- everything that the general director of the office

23   needs to sign goes through my hands, as well as everything the

24   Minister needs to sign.

25        I handle the sealing, numbering and scanning of all

1    documents.  I also process all envelopes with correct addresses

2    that are then mailed forward.

3        Also, the diplomatic pouch is addressed to my address.

4    Q.  Now, Ms. Gonzalez, other than correspondence, are there

5    other types of documents that pass through your hands at the

6    Ministry of Foreign Affairs?

7    A.  For due processing, among the things that must be signed

8    and that come through my hands, I, at the Ministry, I would

9    include all certifications, credentials, official namings of

10   consulate staff and ambassadors and powers of attorney that

11   need to be duly processed by me.

12   Q.  And when you receive those documents, how do you process

13   them?

14   A.  It depends.  If it is a note that will be signed by the

15   Minister, it has to be numbered, it's sealed and scanned in

16   order to be processed according to due process.

17       If these are namings, official namings, or appointments,

18   then they have to be numbered in order to be published in the

19   Official Gazette.

20       In the case of credentials and powers, they are not

21   numbered.

22   Q.  Now, is there a process for keeping official copies of

23   correspondence and documents at the Ministry of Foreign

24   Affairs?

25   A.  Yes, that is done in a consecutive numbering.

1   Q.   And are -- is there any sort of archives or records of all

2   those documents?

3   A.   We keep two registries, one digital and one physical.

4   Q.   And in your -- in your job, do you have access to both of

5   those registries?

6   A.   Yes.

7   Q.   Now, I would like to show you what has been marked for

8   identification as Exhibit B as in boy, C as in Charlie.

9        Ms. Gonzalez, can you see this document on the screen in

10  front of you?

11  A.   Yes.

12  Q.   And if you need, it could be scrolled up or down to read

13  it, please let us know.

14       Now, Ms. Gonzalez, do you recognize this document?

15  A.   Yes.

16  Q.   And how do you recognize it?

17  A.   At the time when it needed to be signed by Minister Jorge

18  Arreaza for a credential, it came through my hands.  It was

19  scanned.  It was processed with all the due steps that needed

20  to be undertaken for it to be archived, so it's formally

21  archived in the Ministry of Foreign Affairs.

22  Q.   And when was this document archived?

23  A.   In 2018.

24  Q.   Now, prior to your testimony today, have you had an

25  opportunity to check in the archives of the Ministry of Foreign

1   Affairs and look for this document?

2   A.  Yes.  Yes.  It's archived there.

3   Q.  So is this a true and correct copy of the document that's

4   contained in the archives of the Ministry of Foreign Affairs?

5   A.  Yes.

6           MR. NEW:  Your Honor, the defense offers Exhibit BC?

7           THE COURT:  Okay.  That will be received in evidence.

8           (Defendant's No. BC, Letter from the Peoples Minister of

9           Foreign Affairs Montserrat, was received in Evidence.)

10  BY MR. NEW:

11  Q.  Now, Ms. Gonzalez, I don't think I've asked you.  What is

12  that document?

13  A.  This is a credential that Minister Jorge Arreaza is issuing

14  to Mr. Alex Saab.

15  Q.  And I think you mentioned before that some documents have

16  numbers on them and some documents don't.  Is there a number

17  that was assigned to this document?

18  A.  No. Credentials and powers do not have numbers assigned to

19  them.

20          MR. NEW:  Thank you.  You can take that down, Ms.

21  Keown.

22  BY MR. NEW:

23  Q.  Now, Ms. Gonzalez, I would like to show you another

24  document, this one has been marked for identification as

25  Defense Exhibit B as in boy, D as in David.

1      Ms. Gonzalez, can you see that document on the screen in

2   front of you?

3   A.   Yes.

4   Q.   And do you recognize this document?

5   A.   Yes.

6   Q.   What is it?

7   A.   This is a credential, it is a letter being issued by

8   Minister Jorge Arreaza to Mr. Alex Saab, charging him with

9   being a special envoy, capable of negotiating for medications

10  and food.  It is a letter that authorizes him to perform that

11  function.

12  Q.   And how do you recognize this document?

13  A.   Back then, after having been signed by the minister, it was

14  sent to me, that I could number it, seal it, scan it, and

15  process it.

16  Q.   And before you -- excuse me.  Withdrawn.

17      Prior to your testimony here today, have you had a chance

18  to look in the archives at the Ministry of Foreign Affairs to

19  check if this document is stored there?

20  A.   It is in our registry.

21  Q.   And is this exhibit a true and correct copy of the document

22  that is maintained in the registry of the Ministry of Foreign

23  Affairs?

24  A.   Yes.

25          MR. NEW:  Your Honor, defense offers Exhibit BD.

1          THE COURT:  Okay.

2           (Defendant's No. BD, Letter DM No: 000319 from the

3          Minister of Foreign Affairs of Venezuela, was received in

4          Evidence.)

5     BY MR. NEW:

6     Q.  Now, Ms. Gonzalez, is there a date on this letter?

7     A.  April 1st, 2020.

8     Q.  And is that on or around the date that you processed this

9     document?

10    A.  Yes.

11    Q.  And you mentioned earlier that documents such as this are

12    given a number.  Can you describe where, on this document, that

13    number is located?

14    A.  The number is to the left-hand side, 000310 -- 319.

15          THE INTERPRETER:  Sorry.  The Interpreter stands

16    corrected.

17          MR. NEW:  Thank you.  You can take that down,

18    Ms. Keown.

19          Your Honor, may I have moment?  We may be done with the

20    direct.

21          THE COURT:  Okay.

22          MR. NEW:  No further questions, your Honor.  Thank you.

23          THE COURT:  Do you have any cross-examination?

24          MR. KRAMER:  Yes, your Honor.

25

```
 1                     CROSS-EXAMINATION
 2   BY MR. KRAMER:
 3   Q.  Good morning, Ms. Gonzalez.
 4   A.  Good morning.
 5   Q.  You have been with the Foreign -- the Ministry of Foreign
 6   Affairs for approximately 30 years; correct?
 7   A.  Yes.
 8   Q.  And based on your time at the Ministry of Foreign Affairs,
 9   are you familiar with the rules and regulations of the Ministry
10   of Foreign Affairs?
11   A.  Yes.
12   Q.  Are you familiar with the process of appointing foreign
13   ministers?
14   A.  Once the designations or the appointments are signed by the
15   minister, I receive them in order to process the resolution and
16   publish it in the Official Gazette.
17   Q.  Are you aware of the appointment of various different
18   diplomats or accredited individuals by the Foreign Ministry?
19   A.  Yes.
20   Q.  Are you involved, I think you said, in the process of
21   taking those appointments and publishing them in the Oficial
22   Gaceta?
23   A.  Once it has been signed by the Minister.
24   Q.  And is that true for individuals who are considered
25   diplomats on current missions, as well as special missions?
```

```
 1   A.   For special missions, it is done through credentials.

 2   Q.   And are those credentials then published on the Oficial

 3   Gaceta, as well?

 4   A.   No, credentials are not -- credentials are not published in

 5   the Official Gazette.  Only resolutions.

 6   Q.   Only resolutions are published in the Oficial Gaceta?

 7   A.   Yes.

 8   Q.   So the letter we were looking at previously of the

 9   credential of Mr. Saab, that would not be put in the Gazette?

10   A.   No.

11   Q.   So if it were to be in the Oficial Gaceta, would that seem

12   odd to you?

13   A.   Yes.

14   Q.   So I want to ask you a little bit about Mr. Saab,

15   generally.  Is the news of Mr. Saab's detention big news in

16   Venezuela?

17   A.   Yes.

18   Q.   And is it an important issue of the Maduro government to

19   bring Mr. Saab back?

20          MR. NEW:  Objection.

21          THE COURT:  Overruled.

22   BY MR. KRAMER:

23   Q.   Sorry.  So the question, and then you can answer it, is it

24   a big deal for the Maduro administration to bring Mr. Saab back

25   to Venezuela?
```

1   A.   I believe that Mr. Saab was a person who supported us when

2   the United States unilaterally were denying us the possibility

3   of purchasing food and medication.

4   Q.   And so for the Maduro administration, it is important to

5   get him back, would that be correct?

6   A.   Yes.

7   Q.   You are aware that he has given public speeches on this

8   issue?

9   A.   Yes.

10  Q.   And are you aware that he pulled out of talks with the

11  Guaido government in Mexico because of Mr. Saab's extradition

12  decision to the United States?

13        THE INTERPRETER:  Would counsel repeat that for the

14  interpreter?

15        MR. KRAMER: Sure.

16  BY MR. KRAMER:

17  Q.   Are you aware that he pulled out of talks with the Guaido

18  government in Mexico because of Mr. Saab's extradition to the

19  United States?

20        MR. NEW:  Objection.

21        THE INTERPRETER:  One moment, your Honor.

22        MR. NEW:  Objection, your Honor.

23        THE COURT:  Overruled.

24        THE INTERPRETER:  Would counsel repeat the question for

25  the Interpreter one more time?

 1          MR. KRAMER:  Absolutely.

 2   BY MR. KRAMER:

 3   Q.   My question is:  Are you aware that Mr. Maduro abandoned

 4   talks with the Guaido government in Mexico because of

 5   Mr. Saab's extradition from Cabo Verde to the United States?

 6   A.   You are talking or referring to the dialogue Mexico,

 7   Venezuela?

 8   Q.   There were talks between the Maduro government and the

 9   Guaido government regarding Venezuela in Mexico that were

10   abandoned in approximately late 2021.

11          MR. NEW:  Objection, your Honor.  The Government is

12   testifying.

13          THE COURT: Overruled.

14          THE WITNESS:  Well, there is a dialogue, but here,

15   there is no longer a government and has never been a government

16   by Mr. Guaido.

17   BY MR. KRAMER:

18   Q.   And to be clear, can you please tell us, just because I

19   referred to Mr. Maduro, but we have not given his title, who is

20   Mr. Maduro?

21   A.   The president of the Bolivarian Republic of Venezuela.

22   Q.   Who approached you about testifying here today?

23   A.   The attorneys; Mr. Saab's attorneys.

24   Q.   Did anyone in the Ministry of Foreign Affairs talk to you

25   about your testimony today?

1    A.   No.

2    Q.   Did anyone else in the government in Venezuela speak to you

3    about your testimony here today?

4    A.   No.

5    Q.   So you had no communications whatsoever with anyone about

6    this testimony other than the attorneys for Mr. Saab?

7    A.   Exactly.

8    Q.   Did you talk with the attorneys for Mr. Saab about your

9    testimony here today in preparation for your testimony?

10   A.   Yes.

11   Q.   How many times did you speak with them?

12   A.   Twice.

13   Q.   And when did you speak with them?

14   A.   Exactly this week, on the 6th of this week.

15   Q.   Did you ever speak with them beforehand?

16   A.   Yes.  Approximately about two months ago.

17   Q.   And was that in relation to a declaration that you signed?

18   A.   Exactly.

19   Q.   Who drafted that declaration, was that you, or did someone

20   else draft it?

21   A.   An attorney.

22   Q.   Did you provide any notes or comments on the declaration?

23   A.   Yes.

24   Q.   You gave notes on a version of that declaration?

25   A.   No.  The draft that I received in order to sign it, I had

1   to certify that it was what I was going to sign for.

2   Q.  You had no comments or edits to the draft itself?

3   A.  Certain words that were modified.

4   Q.  In your position with the foreign -- Ministry of Foreign

5   Affairs, do you travel?

6   A.  Yes.

7   Q.  When you travel, do you ever travel internationally?

8   A.  Yes.

9   Q.  When you travel internationally for work, do you use a

10  diplomatic passport?

11  A.  Yes.

12  Q.  Do you remember obtaining that passport?

13        MR. NEW:  Objection, your Honor.  This is way beyond

14  the scope.

15        THE COURT:  What is the relevance of this?

16        MR. KRAMER:  Your Honor, the Government's called into

17  question the passports of Mr. Saab that were presented, one of

18  the -- his diplomatic passport bearing a striking resemblance

19  to his personal passport, and I was simply going to ask the

20  witness, as someone who also has a diplomatic passport, what

21  the process was for her to obtain her passport.

22        THE COURT:  Okay.

23        MR. KRAMER:  I will go quickly.

24  BY MR. KRAMER:

25  Q.  So did you receive a diplomatic passport?

1  A.  Yes.

2  Q.  And how did you go about obtaining that passport?

3  A.  Well, it was requested, and then I went to protocol, to the

4  Office of Protocol of the department.  I went to the passport

5  department, and they took down all of the information and then

6  the SAIME issued it.

7  Q.  Did you have to sign your passport?

8  A.  Yes.

9  Q.  Did you have to provide pictures for your passport?

10  A.  No. They are taken at the passport department.

11  Q.  So they took your photo at the passport department when you

12  received your passport?

13  A.  Yes.

14  Q.  Thank you.

15      When you travel for work on your -- when you travel on your

16  diplomatic passport, what type of plane do you travel on?

17          MR. NEW:  Objection, outside the scope.

18          THE COURT:  Sustained.

19  BY MR. KRAMER:

20  Q.  You talked on your -- in your testimony about two documents

21  that you had seen, the accreditation letter, as well as another

22  letter that was provided to Mr. Saab in 2020, do you recall

23  that?

24  A.  Yes.

25  Q.  You said that you recall receiving those documents.  Do you

1   remember that?

2   A.  Yes.

3   Q.  Do you specifically recall receiving those two specific

4   documents, or was that your practice of how you would typically

5   do something?

6   A.  It is my practice.  It is a part of my job.

7   Q.  Because you handle a lot of documents; correct?

8   A.  Yes.

9   Q.  You wouldn't necessarily remember one or two specific

10  documents from two to four years ago?

11  A.  I have a very good memory.

12  Q.  But you don't recall these two documents in particular,

13  it's your normal practice to have dealt with it; correct?

14  A.  I remember them perfectly.

15  Q.  Sorry.  So I think you previously told me that you do not

16  remember those two specific documents, and now, these two

17  documents you remember perfectly?

18       MR. NEW:  Objection, asked and answered.

19       THE COURT:  I will sustain the form of the question.

20  BY MR. KRAMER:

21  Q.  Do you specifically recall seeing those two documents?

22  A.  Yes.

23  Q.  Do you recall previously telling me that you -- it was your

24  practice, that that's how you -- that's how you would handle

25  those documents, but you don't specifically recall?

1    A.   Yes, I do remember.

2    Q.   So you remember saying that, but now you're saying you

3    specifically recall these two documents?

4    A.   Yes.

5    Q.   How many documents come across your desk in the average

6    month?

7    A.   It could be 100, 200, 50.  There is no specific number for

8    that.

9    Q.   So in 1 or 200 documents a month, and you had a career

10   lasting almost 30 years, I can't do the math, but that's a very

11   big number, you recall these two documents specifically from

12   2018 to 2020; is that your testimony?

13   A.   Yes.

14        MR. KRAMER:  Okay.  I would like to bring out the

15   accreditation letter, Mr. Laurente, if you could bring up the

16   Spanish translation to Government's Exhibit 10, Page 5, on the

17   left side, and the English translation will be Exhibit 10,

18   Page 1, on the right.

19        THE COURT:  When the defense was showing their

20   exhibits, is that because Ms. Keown was on the Zoom and she

21   shared the screen?

22        MS. KEOWN:  Yes, your Honor.

23        THE COURT:  So -- so are you all connected to the Zoom?

24        What exhibit do you want to show her?

25        MR. KRAMER:  Government Exhibit 10 and I want to show

1    the English and the Spanish translation.

2              THE COURT:  Do you have those, Ms. Keown?

3              MS. KEOWN:  Government 10?

4              MR. KRAMER:  Government 10, page 5.

5              THE COURT:  While she's pulling that up, maybe your

6    people can get on Zoom so the next time they'll be ready to

7    share the screen.

8              MR. KRAMER:  Yes.

9              THE COURT:  Is this the same exhibit as their BC?

10             MR. KRAMER:  With the English translation on one side

11   is the only reason, your Honor.

12             THE COURT:  Okay.

13             MR. KRAMER:  That was just to make it so we can all see

14   as well.

15             THE COURT:  All right.  Does the defense have any

16   objection to Exhibit 10 coming in?

17             MR. NEW:  No objection, your Honor.

18             THE COURT:  Okay.  So No. 10 is in evidence.

19        (Goverment's No. 10, Saab Moran Special Envoy Credential

20        Letter, was received in Evidence.)

21             THE COURT:  Can you see that, Ms. Gonzalez?

22             THE WITNESS:  Yes.

23             MR. KRAMER:  You don't know how to do side by side,

24   right?

25             MS. KEOWN:  You want to do side by side?

 1          MR. KRAMER:  Exhibit 10, Page 1 on the other side to

 2   have the English and Spanish translation.

 3          MS. KEOWN:  Sorry, I don't know how to do that.

 4          MR. KRAMER:  That's okay.  It is an issue of our own

 5   making around.  We will deal with it.

 6          Your Honor, could I ask if the Court could please

 7   re-send the Zoom specifically to Mr. George Laurente so he

 8   could have access to that and log in?

 9          THE COURT:  Make sure I get this back.  I may need that

10   later if I get cut off.

11          MR. KRAMER:  No interest in stealing anything from the

12   Court, your Honor.  I will make sure this gets back.

13   BY MR. KRAMER:

14   Q.  So, Ms. Gonzalez, I apologize for the delay.  Do you see

15   the document in front of you here?

16   A.  Yes.

17   Q.  And this is the same document we were looking at before; is

18   that correct?

19   A.  Yes.

20   Q.  In this letter, there's reference towards Mr. Saab being a

21   special envoy; correct?

22   A.  Yes.

23   Q.  Do you see any reference to Iran?

24   A.  No.  It is a credential issued to him as a special envoy

25   for the obtention of food and medication for Venezuela.

1   Q.   This letter is for him being a special envoy.  There's no

2   reference towards him being part of any permanent mission; is

3   that correct?

4   A.   This is -- this is a credential as special envoy.

5   Q.   Does Venezuela actually have a permanent mission,

6   ambassador to Iran?

7   A.   Yes.

8         MR. KRAMER:  And if you could, please show Government's

9   Exhibit 24B.  And if you could please go to page 6.

10        THE COURT:  This is what exhibit again?

11        MR. KRAMER:  This is Government Exhibit 24 --

12   Government's 24 -- 24A and 24B.  This version 24B, your Honor,

13   comes from the Library of Congress.  It has been -- we have an

14   authenticity stipulation to it.

15        THE COURT:  So any objection to 24B?

16        MR. NEW:  No, your Honor.

17        MR. KRAMER:  And then 24A is a translation of -- to

18   the -- 24B is from the Library of Congress; 24 is an excerpt

19   received from a different website, but it is essentially -- it

20   is the same context or text of the document.  24A is a

21   translation of 24.  We had put all of them together because we

22   have an authenticity stipulation from the Library of Congress,

23   but the translation is from the prior version and we're

24   including both of them to show that they were the same.

25        THE COURT:  So any objection to 24, 24A, and 24B?

1          MR. NEW:  Your Honor, may I have a second?

2          I would ask a question of Mr. Kramer.

3          Your Honor, the defense objects to Exhibit 24, it comes

4    from a blog spot on the web, because of the authenticity.  We

5    have no objection to 24B, which comes from the Library of

6    Congress, and we wouldn't object to the translation coming in,

7    your Honor, even though it does come from that one because we

8    feel that it's an accurate and fair translation, even to the

9    one for the Library of Congress.

10          THE COURT:  Overrule the objection, 24 and 24A and B

11   are in evidence.

12          (Government's No. 24, Gaceta No.  41.527, was received in

13          Evidence.)

14          (Government's No. 24A, Gaceta No. 41.527-Translated

15          Excerpt, was received in Evidence.)

16          (Government's No. 24B, Gaceta No. 41.527-U.S. Library of

17          Congress, was received in Evidence.)

18          MR. KRAMER:  And, Ms. Keown, would you please show

19   Government's Exhibit 24B, Page 6?

20   BY MR. KRAMER:

21   Q.  Ms. Gonzalez, what is the document we are looking at here?

22   A.  You can't read it very well.  It is a resolution.

23   Q.  And is this published -- is this resolution published in

24   the Gaceta?

25   A.  Could you move it up a little more, please?

1    Q.   Absolutely.  What area would help you the most?  Do you

2    need to see the first page, or what would be the most helpful

3    to you?

4    A.   Exactly what is it that you wish me to see?

5    Q.   So my first question is:  Is this resolution published in

6    an Official Gazette?

7    A.   Yes.

8    Q.   And then, I think, the specific resolution here is on the

9    right side of the page.

10           MR. KRAMER:  And if you could scroll down a little bit.

11   Okay.

12   BY MR. KRAMER:

13   Q.   If you look where it says, "resolve," at the bottom, who is

14   this authorizing -- or what is this resolution authorizing?

15   A.   That is the appointment of the individual that was our

16   ambassador to Iran.

17   Q.   And who is that individual?

18   A.   Carlos Antonio Alcala Cordones.

19   Q.   This was published in the Gaceta because it was a

20   resolution; correct?

21   A.   Yes. It is his appointment as ambassador.

22   Q.   And that occurs because he is a diplomat to a permanent

23   mission; correct?

24   A.   To an embassy.

25   Q.   You previously said, or --

1          MR. KRAMER:  Actually, let me take a quick look at

2    this.  If you could scroll up just a little bit.

3    BY MR. KRAMER:

4    Q.  And this document has the numbering and the different

5    characteristics you described for something that would be a

6    resolution; correct?

7    A.  Yes.

8          THE COURT:  What's the date of this resolution?

9          THE WITNESS:  Could you make it larger, please?

10         The year cannot be seen.

11         MR. KRAMER:  If you could actually scroll over a bit to

12   the bottom right.

13   BY MR. KRAMER:

14   Q.  Do you see the date there just above where it says

15   "resolved"?

16   A.  It says resolved here, it has -- it says resolved here, but

17   it has to do with the administrative; but up above, where the

18   resolution is, you cannot really see the year.

19         THE COURT:  Is that November 13, 20 something; you

20   can't see the last two digits.

21         THE WITNESS:  November 13th.

22         MR. KRAMER:  And can you go to the first page of this

23   document, Ms. Keown?   And if you could just kind of scroll to

24   the middle, there's a date there for the Gaceta.

25

1   BY MR. KRAMER:

2   Q.   Is the date of this Gaceta, November 19, 2018?

3   A.   The Gazette says November 19, 2018.

4   Q.   You recall testifying earlier that you said this type of

5   thing would be in a Gaceta, because it's a resolution, but it

6   would be odd for a -- I think it was the other document, the --

7   Mr. Saab document to be in the Gaceta; is that correct?

8   A.   Yes, because it was a credential.

9        MR. KRAMER:  Ms. Keown, could you please bring up

10   Government's Exhibit 17?

11        Your Honor, this document has been authentically

12   agreed upon and Government wishes to admit.

13        THE COURT:  All right.  That is in evidence.

14        (Government No. 17, Gaceta No. 6.373

15        Extraordinario-Imprenta Nacional, was received in

16        Evidence.)

17        MR. KRAMER:  Actually, Ms. Keown I think we are now up

18   and running on our side, so I don't think I need to bother you,

19   hopefully.

20        Mr. Laurente, can you please bring up Government's

21   Exhibit 17?

22   BY MR. KRAMER:

23   Q.   And Ms. Gonzalez, what is this document?

24   A.   It is an Official Gazette.

25   Q.   And do you see the second paragraph on the left-hand

1   column, and we can blow that up for you.  Do you see a

2   reference to Mr. Saab's appointment as a special envoy here?

3   A.  Yes, I can see that.

4        MR. KRAMER:  And then, Mr. Laurente, can you also go to

5   Page 78 of this document?

6   BY MR. KRAMER:

7   Q.  And is this a copy of the credential letter for Mr. Saab

8   that we previously looked at?

9   A.  Yes.

10  Q.  And I think you, again, previously said that you would not

11  have expected to see that in the Gaceta; correct?

12        MR. NEW:  Objection.

13        THE COURT:  Grounds?

14        MR. KRAMER:  Asked and answered several times.

15        THE COURT:  Sustained.

16  BY MR. KRAMER:

17  Q.  Ms. Gonzalez, you see a lot of correspondence coming across

18  your desk, right, official correspondence between countries?

19  A.  Yes.

20  Q.  And that's -- you have to provide the numbers and do all of

21  the stamping of those documents; correct?

22  A.  Yes.

23  Q.  In those letters, people use their official titles when

24  referencing one party or another; is that correct?

25  A.  Yes.

1    Q.   In matters of diplomacy, it's important give people the

2    appropriate titles and honorifics; correct?

3    A.   Yes.

4    Q.   So if someone is an ambassador or special envoy, you refer

5    to that person as ambassador or special envoy, whatever their

6    name is; correct?

7    A.   Yes.

8    Q.   So if there are letters going back and forth between

9    Venezuela and another country talking about Mr. Saab, you would

10   expect to see the reference of Mr. Saab as special envoy, Alex

11   Saab; correct?

12            MR. NEW:   Objection, your Honor.   We're way, way

13   outside the scope and beyond this witness' competence.

14            THE COURT:   Overruled.

15            THE WITNESS:   Yes.

16            MR. KRAMER:   And, your Honor's housekeeping, the

17   Government moves Exhibit 17 and 17A into evidence.   I don't

18   think I asked about that,

19            THE COURT:   Well, 17 is in evidence.   17A?

20            MR. KRAMER:   Is the translation.

21            THE COURT:   So that will be admitted.

22        (Government No. 17A, Gaceta No. 6.373

23        Extraordinario-Imprenta Nacional translated excerpt, was

24        received in Evidence.)

25            MR. KRAMER:   I would like, Mr. Laurente, can you please

1   pull up Defendant's Exhibit I?  And you could look at the

2   Spanish page on Page 3, please?

3   BY MR. KRAMER:

4   Q.  Do you see the document in front of you, Ms. Gonzalez?

5   A.  Yes.

6   Q.  What is the date of this document?

7   A.  Could you please put it in Spanish, please?

8           MR. KRAMER:  Let's go to Government's Exhibit H

9   instead.  The -- excuse me, Defense Exhibit H.  And page 4,

10  please.

11  BY MR. KRAMER:

12  Q.  Okay.  Is this better, Ms. Gonzalez?

13  A.  Yes.

14  Q.  What is the date of this document?

15  A.  September 25th of 2020.

16  Q.  Okay.  And who is this letter to?

17  A.  It is addressed to the -- keep it, please -- to the

18  Minister of Foreign Affairs and Communities, Administer of

19  Defense of the Republic of Cape Verde.

20          MR. KRAMER:  And if you could go to the next page.

21          All right.  One more.

22  BY MR. KRAMER:

23  Q.  Who is this letter from?

24  A.  It is signed by Minister Jorge Arreaza.

25  Q.  And is he the Minister of Foreign Affairs for Venezuela?

1   A.   At that time, he was the Minister of Foreign Affairs.

2   Q.   And this is actually a fine section here.  Do you see

3   reference to Mr. Saab in the paragraph above where it says he's

4   special envoy, Mr. Alex Saab?

5   A.   Yes.

6   Q.   And that's how you would expect his title to be displayed

7   in the letter like this; correct?

8   A.   Yes.

9        MR. KRAMER:  And Government moves -- I guess, Defense I

10   is already in evidence?

11        THE COURT:  I thought it was H.

12        MR. KRAMER:  H is already in evidence; correct, your

13   Honor.  I apologize.

14   BY MR. KRAMER:

15   Q.   Ms. Gonzalez, were you aware that after Mr. Saab was

16   arrested in Cabo Verde that there were official letters sent

17   from Maduro, the Venezuelan government, to Cabo Verde

18   protesting Mr. Saab's arrest?

19   A.   Yes.

20        MR. KRAMER:  If we could, I would like to show you what

21   was previously marked as Government's Exhibit 13.

22        THE COURT:  Any objections by the defense, 13?

23        MR. NEW:  No objection, your Honor.

24        THE COURT:  All right.  Exhibit 13 is in evidence.

25        (Government No. 13, 6-8-20 Iran Letter to Venezuela re:

1          Saab visit, was received in Evidence.)

2          MR. KRAMER:  Your Honor, I will just move to Exhibit 14

3    first, but that is also, I think I will be moving 14, 15 and 16

4    in relatively short success and I think those are all documents

5    we agreed on.

6          MR. NEW:  No objection, your Honor.

7          THE COURT:  So 13 through 16, inclusive are in

8    evidence.

9          (Government Nos. 13 through 16, Letters, were received in

10         Evidence.)

11         MR. KRAMER:  Can you please bring up Exhibit 14,

12    actually?  And if you could please go to Page 3 for the Spanish

13    version.

14    BY MR. KRAMER:

15    Q.  Ms. Gonzalez, what is the date of this document?

16    A.  Caracas, June 13, 2020.

17    Q.  And do you know the day that Mr. Saab was arrested in

18    Cabo Verde?

19    A.  (No audible response.)

20         MR. KRAMER:  And if you could highlight the second

21    paragraph, Mr. Laurente and blow it up, it may help?

22         MR. NEW:   Your Honor, I don't think she has answered

23    the question, yet.

24         Your Honor, is the question what is written in the

25    document, or her personal knowledge?

```
 1            THE COURT:  All right.  Do you remember?
 2            THE WITNESS:  What the document states.
 3            THE COURT:  Do you specifically remember what day
 4   Mr. Saab Moran was arrested?
 5            THE WITNESS:  No.
 6   BY MR. KRAMER:
 7   Q.  Looking at the document in front of you, does it indicate
 8   that Mr. Saab was arrested in Cabo Verde on June 12, 2020?
 9   A.  2020.
10   Q.  Who is this document to?  Who is it being sent to?
11   A.  It is being addressed to his Excellency, Mr. Luis Filipe
12   Lopez Tavares, Minister of Foreign Affairs Communities and
13   Defense of the Republic of Cape Verde.
14            MR. KRAMER:  And if you could go to the next page,
15   Mr. Laurente.
16   BY MR. KRAMER:
17   Q.  Ms. Gonzalez, can you please tell me who sent this letter?
18   A.  Minister Jorge Arreaza.
19   Q.  Is that the same Minister Arreaza that credentialed
20   Mr. Saab on April 9th, 2018?
21   A.  Yes.
22            MR. KRAMER:  If you could, please, go to Page 1 or back
23   one page, Mr. Laurente?  If you could look at the second
24   paragraph -- actually, the second and fourth paragraph, just
25   blow up the bottom half of the document.
```

1    BY MR. KRAMER:

2    Q.  Do you see the references to Mr. Saab here in the first

3    paragraph in front of you, as well as the third paragraph, I

4    guess all three paragraphs in front of you?

5    A.  Yes.

6    Q.  Do you see any reference to Mr. Saab's special envoy title

7    in these paragraphs?

8    A.  No.

9    Q.  Also, I would like to show you Government's Exhibit 15.

10        And what is the date of this letter?

11        MR. KRAMER:  Sorry, if we could please go to Page 2,

12   the Spanish version, I apologize, Mr. Laurente.

13        THE WITNESS:  Caracas, June 13, 2020.

14   BY MR. KRAMER:

15   Q.  And if you could look at the top of this letter, who is

16   this letter sent to?

17   A.  To his Excellency, Luis Filipe Lopez Tavares, Minister of

18   Foreign Affairs Communities and Defense of the Republic of Cape

19   Verde.

20   Q.  And who's the letter sent by?

21   A.  Minister Jorge Arreaza.

22        MR. KRAMER:  And Mr. Laurente, if you could go back to

23   the text of the page?  Could you please highlight the first

24   paragraph.

25   BY MR. KRAMER:

```
1   Q.   How is Mr. Saab referred to in this paragraph?

2   A.   As Venezuelan citizen.

3   Q.   Is there a reference towards him being a special envoy in

4   this statement?

5   A.   It is not indicated.

6        MR. KRAMER:  And then if we could, please, pull up

7   Government's Exhibit 16, Mr. Laurente?

8        And if you could please pull up Page 5.

9   BY MR. KRAMER:

10  Q.   What is the date of this document, Ms. Gonzalez?  Do you

11  see that?

12  A.   June 14th, 2020.

13  Q.   And who is the document sent to, if you could see that?

14       THE COURT:  Could you blow that up?

15       THE WITNESS:  Could you blow it up?

16       MR. KRAMER:  Yes, I think, Mr. Laurente, it is going to

17  be -- I believe it is the bolded section just below the current

18  highlighting.  I think this is the bolded section below that.

19  That's for the interpreter.

20       We can take this document down.  And your Honor, if I

21  could just have one moment to see if I have any more questions.

22       Thank you.  We have no further questions, your Honor.

23       THE COURT:  All right.  Any redirect?

24       MR. NEW:  Yes, your Honor.  May I have a moment just to

25  organize my papers?
```

```
 1              THE COURT:  Yes.

 2              MR. NEW:  Your Honor, may I proceed?

 3              THE COURT:  Yes.

 4                          REDIRECT EXAMINATION

 5   BY MR. NEW:

 6   Q.  Good morning, again, Ms. Gonzalez.

 7   A.  Good morning.

 8   Q.  Now, just now, on cross-examination, Mr. Kramer asked you

 9   some questions about diplomatic titles, do you remember that?

10   A.  Yes.

11   Q.  Now, do you have any degree in diplomatic relations?

12   A.  No.

13   Q.  Have you ever served in the Venezuelan foreign service?

14   A.  No.

15   Q.  Have you ever been a diplomat for Venezuela?

16   A.  No.

17   Q.  And when it comes to diplomatic correspondence, I believe

18   you testified that you receive it after it has been signed for

19   processing; correct?

20   A.  Yes.

21   Q.  So are you involved at all in drafting correspondence for

22   the Foreign Minister?

23   A.  No.

24   Q.  Now, I'd like to show you what you were just looking at,

25   Government's Exhibit 13.
```

 1          MR. NEW:  Ms. Keown, if you could please bring that up,

 2  and let's turn to the third page of this exhibit, please.

 3  BY MR. NEW:

 4  Q.  Now, Ms. Gonzalez, do you remember Mr. Kramer showing you

 5  this document and asking you some questions about it?

 6  A.  This one exactly, no.

 7  Q.  Okay.

 8          MR. NEW:  Well, can we turn to the -- actually, the

 9  prior page, Ms. Keown.

10  BY MR. NEW:

11  Q.  Now, Ms. Gonzalez, can you read this page?  Is this in

12  Spanish?

13  A.  Yes.  It is from the embassy of the Islamic Republic of

14  Iran.  It's a verbal note.

15  Q.  Okay.  And is this the type of correspondence that would

16  pass through your desk?

17  A.  When the embassy sends it, I am the one who receives it.

18  Q.  Okay.  And now, if I could focus your attention to the top

19  paragraph, and do you see one, two, three -- in the fourth line

20  from the top, the word "Oceania"?

21  A.  Um-hmm.  Yes.

22  Q.  And after the comma there, is there a mention of an

23  official visit of the government envoy of the Bolivarian

24  Republic of Venezuela?

25  A.  Yes.

1   Q.   And who is that referring to?

2   A.   To Mr. Alex Saab.

3   Q.   Now, if we can turn to another exhibit that Mr. Kramer

4   showed you on cross?

5         THE COURT:  Before we do that, that was Exhibit 13?

6         MR. NEW:  Yes, your Honor.

7         THE COURT:  What is the date of that?

8         MR. NEW:  Your Honor, would you like me to bring that

9   up and you ask the witness or should I just tell you?

10        THE COURT:  You can tell me unless there's a

11   disagreement on that.

12        MR. NEW:  It's dated June 8, 2020.

13        THE COURT:  Okay.

14        MR. NEW: If we could now turn to Government Exhibit 14?

15        Ms. Keown, please turn to Page 3 of this exhibit.

16   BY MR. NEW:

17   Q.   Now, Ms. Gonzalez, do you recall Mr. Kramer showing you

18   this document, Government's Exhibit 14?

19   A.   Yes.

20   Q.   And is this document dated June 13th, 2020?

21   A.   Yes.

22   Q.   And do you see references to Mr. Saab in this document?

23   A.   Yes.

24   Q.   Now, if I could direct your attention to the last paragraph

25   on this page that begins with the word "adicionalmente."  Do

1    you see that paragraph?

2    A.   Yes.

3    Q.   And what does that paragraph say about Mr. Saab?

4    A.   That he is an agent of the government of the Bolivarian

5    Republic of Venezuela.

6    Q.   And what does it say next about him?

7    A.   It indicates that he has sovereign immunity as an agent of

8    the government of Bolivarian Republic of Venezuela.

9    Q.   Thank you.

10          MR. NEW:   Ms. Keown, I would like to now show

11    Government's Exhibit 15.   Turn to Page 2, please.

12    BY MR. NEW:

13    Q.   Ms. Gonzalez, do you remember Mr. Kramer showing you this

14    document a few minutes ago?

15    A.   Yes.

16    Q.   And what is the date on this document?

17    A.   June 13, 2020.

18    Q.   And who -- who is sending this correspondence?

19    A.   It is being sent my Minister Jorge Arreaza.

20    Q.   Now, do you see in the second to last paragraph on this

21    page a reference to Mr. Saab?

22    A.   Yes.

23    Q.   What does that paragraph state about Mr. Saab?

24    A.   It states that Mr. Saab enjoys sovereign immunity,

25    according to international law while undertaking his job as an

 1    agent of the government of the Bolivarian Republic of

 2    Venezuela.

 3    Q.   Now -- thank you very much.

 4         MR. NEW:  If we could go now to Government Exhibit 16.

 5    BY MR. NEW:

 6    Q.    Now, Ms. Gonzalez, do you recall Mr. Kramer showing you

 7    this exhibit, Government's Exhibit 16?

 8    A.   Yes.

 9         MR. NEW: Now, let's get to the Spanish portion of it,

10    please.  Very good.

11    BY MR. NEW:

12    Q.  Ms. Gonzalez, can you read this page?  This is in Spanish;

13    correct?

14    A.   Yes.

15    Q.   What is the date of this document?

16    A.   June 14th, 2020.

17         MR. NEW:  If we could scroll down so that Ms. Gonzalez

18    can see the bottom of the page?  Thank you.

19    BY MR. NEW:

20    Q.   Ms.  Gonzalez, do you see the paragraph that begins with

21    the words, "En Nombre."

22    A.   On behalf of our government.  So on behalf of our

23    government, we would like to ratify that Mr. Saab enjoys

24    immunity by virtue of international law since he is acting as

25    an agent of the government of the Bolivarian Republic of

```
 1   Venezuela.  Specifically, Mr. Saab was traveling as a
 2   representative of the president of the Bolivarian Republic of
 3   Venezuela, Nicolas Maduro Moros, who was unable to leave the
 4   Bolivarian Republic of Venezuela because he was at the
 5   forefront of the struggle in our country against the pandemic
 6   of COVID-19.
 7   Q.  And does the paragraph after that also discuss Mr. Saab?
 8   A.  Yes.
 9   Q.  What does that paragraph say about Mr. Saab?
10   A.  It says, therefore, Mr. Saab enjoys the same immunity as --
11   well, wait.  I think it is in Portuguese, that he -- that the
12   president of the Bolivarian Republic of Venezuela would have
13   enjoyed if he had transited, if he had gone through Cape Verde,
14   and the Bolivarian Republic of Venezuela had not renounced this
15   immunity.
16         MR. NEW:  Thank you, Ms. Keown.  You can take that
17   down.
18   BY MR. NEW:
19   Q.  Now, Ms. Gonzalez, do you recall Mr. Kramer asking you some
20   questions about the Oficial Gaceta?
21   A.  Yes.
22   Q.  And is there a particular government agency that publishes
23   the Gaceta?
24   A.  Yes.
25   Q.  And what agency is that?
```

```
 1   A.   The National Print Office, printing office.

 2   Q.   Ms. Gonzalez, do you work for that particular agency?

 3   A.   No.

 4   Q.   Have you ever worked for that agency?

 5   A.   No.

 6   Q.   Do you play any role in deciding what gets published in the

 7   Gaceta?

 8   A.   No.

 9   Q.   Do you know what the rules and regulations are with regard

10   to what gets published in the Gaceta?

11   A.   No.

12   Q.   Now, you were also asked some questions about your

13   diplomatic passport.  Do you remember that?

14   A.   Yes.

15   Q.   Now, is there a particular agency that is responsible for

16   issuing Venezuelan passports?

17   A.   SAIME.

18   Q.   Now, do you work for SAIME?

19   A.   No.

20   Q.   Have you ever worked for SAIME?

21   A.   No.

22   Q.   Now, you were asked some questions about your specific

23   experience getting diplomatic passports.  Do you remember that?

24   A.   Yes.

25   Q.   Now, when you answered that question, were you speaking
```

1    just about your experience, or were you speaking about

2    generally what the practice is at SAIME?

3    A.   About my experience.

4         MR. NEW:  Your Honor, I may be done, if I may have a

5    moment.  You know one more question, your Honor, if that's

6    okay?

7    BY MR. NEW:

8    Q.   Ms. Gonzalez, are you aware of all the rules and

9    regulations that SAIME must follow in issuing passports?

10   A.   No.

11        MR. NEW:  Thank you, your Honor, no further questions.

12        THE COURT:  What time is it in Venezuela right now?

13        THE WITNESS:  12:05.

14        THE COURT:  All right.  Ms. Gonzalez, I'm sorry, 1

15   o'clock.

16        (Witness excused.)

17        THE COURT:  Okay.  So it is now noon here, I have a

18   committee meeting at noon, so I need to break for lunch now, so

19   we are going to recess at 1:30 our time, which is 90 minutes

20   from now.  So, people in Venezuela, we will see you back in

21   90 minutes.  Also, people here, we will see you back here in

22   90 minutes, whatever time that is.

23        (Whereupon, there was a recess for lunch at 12, after

24   which the following proceedings were had:)

25            THE COURT:  Thank you.  Be seated.

1          All right.  Who is the next witness?

2          MR. BARR:  The next witness is Juan Carlos Arrieche.

3          THE COURT:  Okay.

4          MR. NEW:  And, your Honor, while Mr. Arrieche is

5   getting ready, we'd like to offer a stipulation.

6          THE COURT:  Okay.

7          MR. NEW:  This is -- I don't believe this has been

8   provided to you before, your Honor, because we just agreed to

9   it this morning with the Government.

10          THE COURT:  Okay.

11          MR. NEW:  But it will be Exhibit BU.  "B" as in boy,

12   "U" as in Utah.  It is a stipulation regarding certain

13   undisputed facts.  The United States of America, the

14   Government, and the Defendant, Alex Nain Saab Moran, Defendant,

15   pursuant to Local Law 88.10(n), by and through their

16   undersigned counsel, hereby agree and stipulate to the matters

17   set forth below, in advance of the evidentiary hearing

18   regarding diplomatic immunity.

19          One, Mr. Saab traveled or attempted to travel from

20   Venezuela to Iran on three occasions in 2020.  Specifically,

21   from March 8th through March 15th, 2020, Mr. Saab traveled to

22   Iran, per Defense Exhibit U, the government of Iran stated in a

23   letter dated June 8th, 2022, that this travel was for Mr. Saab

24   to meet with various Iranian authorities, quote, "to discuss

25   strategic humanitarian supplies to Venezuela at the time of the

1    COVID emergency," closed quote.

2          Paragraph 3, then from April 14th through April 21st,

3    2020, Mr. Saab also traveled to Iran, per Defense Exhibit U,

4    the government of Iran stated in a letter dated June 8, 2022,

5    that this travel was for Mr. Saab to "Meet with different

6    Iranian authorities in the areas of food, medicine, and opening

7    an Iranian supermarket in Venezuela."

8          Paragraph 4, per Defense Exhibit U, the government of

9    Iran stated in a letter dated June 8, 2022, "That a third

10   special mission was scheduled for June 2020, as discussed in

11   our diplomatic note number 610/458732 dated June 8, 2020.  The

12   special envoy was scheduled to meet with the Iranian

13   authorities."

14         Five, on June 12, 2020, Mr. Saab again departed

15   Venezuela destined for Iran, he was detained during a refueling

16   stop in Cabo Verde and has not traveled onward to Iran.

17         Six, for his third trip, Mr. Saab traveled on his

18   Venezuelan ordinary passport, number redacted, ends in 1956,

19   and that's Exhibit -- well, we filed an exhibit with the brief,

20   your Honor, ECF No. 157-1.  There is a footnote for that

21   paragraph, an entry stamped to Cape Verde is on the visa page,

22   page 19 of this passport.

23         Paragraph 7, according to documents in possession of

24   the U.S. Department of State, "Saab traveled to Tehran as part

25   of an agreement in which Iran sends gasoline additives, parts

1    and technicians for gold."  That's Defense Exhibit AG.

2            Eight, nothing in the stipulations shall be construed

3    as recognition by the government of Maduro regime --

4    recognition of the government of the Maduro regime as the

5    government of Venezuela.

6            Nine, the Government reserves the right to object to

7    the admissibility of the documents cited herein, under any

8    other grounds permitted by law and does not concede the truth

9    of any of the statements contained in these documents, and the

10   references to those documents at paragraphs 2, 3, and 4.

11           THE COURT:  Okay.

12           MR. NEW:  And if I didn't, we offer BU.

13           THE COURT:  Okay.  BU will be received in evidence.

14      (Defendant's No. BU, Stipulation, was received in

15      Evidence.)

16           MR. NEW:  Thank you, your Honor.

17           THE COURT:  All right.  So the witness is there.  All

18   right.  Sir, I know that you have been sworn in as a witness by

19   the Venezuelan notary.

20           I am going to administer an oath to you here.  Do you

21   swear or affirm to tell the truth, the whole truth and nothing

22   but the truth?

23           THE WITNESS:  Yes, I do swear.

24           Thereupon:

25                        JUAN CARLOS ARRIECHE GRANDILLO

 1   was called as a witness and duly sworn.

 2          THE COURT:  All right.  Tell us your name and spell

 3   your last name, please.

 4          THE WITNESS:  My name is Juan Carlos Arrieche

 5   Grandillo.  It's A-r-r-i-e-c-h-e.

 6          THE COURT:  All right.  Thank you.  Go ahead.

 7                    DIRECT EXAMINATION

 8   BY MR. BARR:

 9   Q.  Mr. Arrieche, how old are you, sir?

10   A.  42 years old.

11   Q.  And what countries are you a citizen of, sir?

12   A.  Venezuela.

13   Q.  And who is your current employer?

14   A.  Military officer in active service of the armed forces of

15   Venezuela, Bolivarian forces of Venezuela.

16   Q.  And how long have you served in the armed forces of

17   Venezuela?

18   A.  26 years as an active officer.

19   Q.  And are you currently assigned to provide services to

20   another ministry of the Venezuelan government?

21   A.  Currently, I am assigned to a commission for service for

22   the Venezuelan Ministry of Foreign Affairs.

23   Q.  And what are your current duties and responsibilities?

24   A.  My current service is to be security and escort for

25   Mr. Alex Saab and the members of his family.

1    Q.   And who assigned you to serve as head of security for

2    Mr. Saab and his family?

3    A.   It was Minister Jorge -- Minister of Foreign Affairs Jorge

4    Arreaza, when the appointment took place.

5    Q.   What is your understanding as to why you've been assigned

6    to be the head of security for Mr. Saab?

7    A.   Because I am an active officer of the Venezuelan

8    government.

9    Q.   Okay.

10   A.   Because I am an active officer.

11   Q.   And do you know why, in particular, Mr. Saab has been

12   provided government security by an active officer of the

13   Venezuelan military?

14   A.   Because he was appointed as a special envoy of the

15   Bolivarian Republic of Venezuela for the year 2018.

16   Q.   And when did you begin -- when did you first become

17   assigned by the Ministry of Foreign Affairs to provide security

18   to Mr. Saab?

19   A.   Could you please repeat the question?

20   Q.   Yes.

21        When -- when were you assigned by the Foreign Ministry to

22   provide security to Mr. Saab?

23   A.   I was assigned in the year 2018.

24   Q.   And prior to your being assigned by the Ministry of Foreign

25   Affairs to be -- to provide security to Mr. Saab and his

1   family, did you have occasion to provide any private security

2   services for Mr. Saab?

3   A.   On occasion, on my free days, I did offer security service

4   to Mr. Saab.

5   Q.   Okay.  And during what period did you provide those

6   services?

7   A.   Starting the year 2010.

8   Q.   And would you describe -- I want to take you back to the

9   period beginning in 2018 to the present.  Would you describe

10   for the Court what your duties and responsibilities are for

11   head of security for Mr. Saab and his family?

12   A.   To provide security services together with a team and an

13   escort to provide security to his residence, to accompany him

14   to activities and meetings.

15   Q.   And what, if any, responsibilities do you have in providing

16   security related to when he takes -- when Mr. Saab takes

17   international trips?

18        I'm sorry, can I rephrase the question?

19   A.   Please.

20   Q.   What duties and responsibilities do you have as head of

21   security when Mr. Saab takes an official international trip?

22   A.   My responsibilities following the active protocol is to

23   provide security from the residence to the airport until the

24   international departure to another country takes place.

25   Q.   In executing your responsibilities as head of security,

1   have you had occasion to see Mr. Saab's personal passport,

2   personal Venezuelan passport?

3   A.   Yes, sir.

4   Q.   And have you also had occasion to see Mr. Saab's diplomatic

5   passport?

6   A.   Yes, sir.

7   Q.   I would like to show the witness what's been previously

8   marked as Defense Exhibit BA.

9        If I could direct the witness' attention to Page 2 of

10  Defense Exhibit BA, please?

11       Sir, do you recognize Defense Exhibit BA?

12  A.   Yes, I do recognize it.

13  Q.   And what were the circumstances under which you -- let me

14  ask it this way:  Have you previously seen the -- what is

15  depicted in Defense Exhibit BA?

16  A.   Yes, sir.

17  Q.   And could you describe the circumstances under which you

18  have seen this prior to today?

19  A.   On occasions, I saw that document inside the briefcase that

20  Mr. Saab used frequently.

21  Q.   Okay.  And can you identify what is this document that's

22  portrayed in Defense Exhibit BA?

23  A.   Yes.  Yes.  The document, the first page, it shows a brown

24  page which indicates that it is a diplomatic passport.

25       And, upon opening it to the first page, it reads special

1  envoy, so this differentiates him from the regular passport

2  which color is a blue, the cover is color blue.

3  Q.  Okay.  And, sir, are you able to read the expiration date

4  of this particular passport?

5  A.  Yes, sir.

6  Q.  Would you read it for the Court, please?

7  A.  22, March, 2020.

8  Q.  And, sir, are you aware of whether the passport office in

9  Caracas was open to the public during the period March 2020

10 through June 2020?

11        MR. KRAMER:  Objection, your Honor, foundation.

12        THE COURT:  Overruled.

13 BY MR. BARR:

14 Q.  You may answer, sir.

15 A.  Can you repeat the question, please?

16 Q.  Yes.

17        Was the passport office in Caracas open during the period

18 of March 2020 through June 2020?

19 A.  At that time, the offices were closed due to the COVID

20 pandemic.

21 Q.  I would like to show --

22        MR. BARR:  Your Honor, at this time, I move the

23 admission into evidence of exhibit -- Defense Exhibit BA.

24        THE COURT:  All right.  That will be received in

25 evidence.

1          (Defendant's No. BA, Diplomatic Passport of Saab, was

2          received in Evidence.)

3    BY MR. BARR:

4    Q.   I'd like to show the witness what's been marked as Defense

5    Exhibit BV.

6               THE COURT:  V as in Victor.

7               MR. BARR:  B as in boy and V as in Victor.

8               THE COURT:  That's not under this.  That's a new

9    exhibit?

10              MR. BARR:  Yes, your Honor.  During discussions with

11   the Government over some of the stipulations, the Government

12   asked whether there was a clearer copy of Mr. Saab's personal

13   passport.  We were able to locate one at the -- at the end of

14   the week.  This is a clearer copy of what the government has

15   marked as an exhibit, which is Government Exhibit 6, your

16   Honor.

17              THE COURT:  Does the Government have any objection to

18   BV?

19              MR. KRAMER:  No, your Honor.

20              THE COURT:  So that will be received in evidence.

21         (Defendant's No. BV, Mr. Saab's personal passport, was

22          received in Evidence.)

23   BY MR. BARR:

24   Q.   Mr. Arrieche, do you recognize Defense Exhibit BV, the

25   picture contained -- of the document contained in Defense

1    Exhibit BV?

2            MR. BARR:  And if we could show the witness page -- the

3    next page also, Page 4.

4    BY MR. BARR:

5    Q.  The first page is that -- the cover of a regular passport

6    which is blue in color.

7    Q.  And when you look at the -- Page 4, are you able to -- do

8    you recognize this -- this regular passport?

9    A.  Yes.  This is the regular passport belonging to Mr. Saab

10   Moran, Alex Nain, and this is the regular passport.

11           MR. BARR:  And I'd like to show the witness what's on

12   Page 19 of the passport, which is Defense Exhibit BV, if we

13   could blow up the bottom of that page.

14   BY MR. BARR:

15   Q.  Sir, are you able to read the stamp that appears on Page 19

16   of Defense Exhibit BA -- BV?

17   A.  Above it says "CPV."  Below -- below it it says "Cabo

18   Verde" then there are some numbers, 12, 6, 20, 50 and below

19   that, it says "S-A-L" which means exit.

20   Q.  Thank you, sir.  Are you aware of whether the United States

21   and other countries imposed economic sanctions on Venezuela?

22   A.  Yes, many.

23   Q.  And what did -- what, if anything, did you observe in 2020

24   regarding how these sanctions impacted people in Venezuela in

25   their daily life?

1   A.   There was -- there were many needs.  The need to obtain

2   food, medicines, fuel.

3   Q.   Was there any effect -- did the sanctions have any effect

4   on the ability of people to obtain supplies of medicine, fuel

5   and food?

6   A.   Yes.  It caused a great impact on Venezuelans to obtain

7   medication, food, access to medical services, such as

8   oncological services, fuel and so that the people could be able

9   to mobilize throughout the Venezuelan country.

10  Q.   Okay.  Thank you, sir.  I'd like to take -- I'd like to

11  direct your attention to the period of March 8th of 2020.  Are

12  you aware of whether on or about March 8th of 2020, Mr. Saab

13  took an international flight?

14  A.   Yes.  There was a departure from the airport on a private

15  flight that was -- which destination was Iran.

16  Q.   And how are you aware that Mr. Saab took an international

17  flight to Iran -- destined for Iran on that date?

18  A.   In my capacity as head of security, it was incumbent upon

19  me to know, have knowledge of these activities, and I would

20  report hours in advance for doing -- taking care of the

21  departures to other countries.

22  Q.   And what did you do in order to assist with Mr. Saab going

23  on the departure on March 8, 2020?

24  A.   I proceeded to receive his luggage by the door of his

25  residence.  I put it in the vehicle that was going to take him

1   to the airport.  Subsequently, I reviewed his -- I checked his

2   carry-on luggage.  I checked that his medicines were inside,

3   also his passports for the trip that he was to take.

4   Q.  And for the March 8, 2020 trip what passport or passports

5   did you check to make sure were in the luggage?

6   A.  His regular passport.

7   Q.  And what about his diplomatic passport?

8   A.  I do not know how to answer that question.

9   Q.  Okay.  After you performed the duties you previously

10  discussed --

11        THE COURT:  Can I ask a question before you --

12        MR. BARR:  Yes, your Honor.

13        THE COURT:  So, as the head of security, on March 8th,

14  when is the last time he traveled internationally before

15  March 8, 2020?

16        THE WITNESS:  Excuse me.  Could you repeat the

17  question, please?

18        THE COURT:  Sure.  Before this trip on March 8, 2020,

19  when is the most recent time before that that Mr. Saab had

20  traveled internationally?

21        THE WITNESS:  Much before the pandemic.  There was a

22  trip, I believe it was to Russia.

23        THE COURT:  When was that?

24        THE WITNESS:  I do not remember.

25        THE COURT:  Okay.  Did you look and see that his

1    diplomatic passport was about to expire on March 22, 2020?

2            THE WITNESS:  I did not check that detail.

3            THE COURT:  Thank you.

4    BY MR. BARR:

5    Q.  Mr. Arrieche, prior to Mr. Saab boarding the flight on

6    March 8th, did you have occasion to see the flight manifest for

7    that flight?

8    A.  The flight manifest was in the hands of the pilots, and

9    they are the ones that state the destination programmed for the

10   flight.

11   Q.  And -- and what was the destination for the 8th of March?

12   Yes.

13   A.  It was for Iran.

14           THE COURT:  Wait.  I thought you said you did not

15   review the manifest because only the pilots had it.

16           THE WITNESS:  The pilots are the ones that indicate to

17   me the destination of the flight.

18   BY MR. BARR:

19   Q.  After you performed the duties you previously discussed on

20   March 8th, did you wait for the flight to depart before you

21   left the airport?

22   A.  I accompanied the pilot to the immigration office to hand

23   over the flight manifest that I said before together with the

24   passports.  Once the SAIME protocol has been done, I then

25   return accompanied by the pilot until I confirm that the

1    passport is in the hands of Mr. Saab.

2    Q.   Okay.  Thank you.

3         And after you performed those duties, did you wait for the

4    plane to take off?

5    A.   I waited until the taking off of the plane and after that I

6    waited for 15 additional minutes before returning to the

7    regular activities at the residence.

8    Q.   Thank you.

9         I want to direct your attention to the time period of on or

10   about April 13, 2020.  Sir, are you aware of whether on or

11   about April 13, 2020 Mr. Saab took another international

12   flight?

13   A.   April 13, 2020 precisely a commercial flight took place.

14   Q.   And was Mr. Saab on that commercial flight on

15   April 13, 2020?

16   A.   Yes.

17   Q.   And did you have occasion on -- on April 13, 2020 to see

18   the boarding pass for Mr. Saab for that flight?

19   A.   He had a boarding pass for the Republic of Iran.

20   Q.   Okay.  And was -- was that the destination for the flight?

21   A.   Yes, sir.

22   Q.   Was that a private flight or commercial flight?

23   A.   It was a private flight with Conviasa Airline.  Excuse me.

24   It was a commercial flight with Conviasa Airline.

25   Q.   And did you take Mr. Saab to the airport for that flight

1   that day?

2   A.   I accompanied him to the entrance of the airport.

3   Q.   Okay.  And what other responsibilities did you -- did you

4   perform that day for Mr. Saab as head of security?

5   A.   I waited 15 minutes after to make sure that the flight had

6   departed.

7   Q.   Okay.  I want to direct your attention to the date of on or

8   about June 11, 2020.  On that date did you travel with Mr. Saab

9   to a meeting at the Venezuelan presidential residence in

10  Caracas?

11  A.   Yes, sir.

12  Q.   And what do you recall observing when you arrived at the

13  presidential palace?

14  A.   We arrived to the presidential residency.  He was received

15  by the door of the resident, by citizen president of the

16  Republic, Nicolas Maduro, and his wife, Silvia Flores de

17  Maduro.

18  Q.   All right.  Did you observe any other vehicles arriving at

19  the residence after Mr. Saab arrived?

20  A.   Yes, sir.

21  Q.   And what did you observe?

22  A.   I observed that a committee of diplomats arrived from the

23  Republic of Iran.  I identified them because of the flags,

24  flags that were flown on the car and because of the diplomatic

25  license plate.  I also talked with the escort officers of that

1   diplomatic committee.

2   Q.   And were you -- did you know those diplomatic -- did you

3   know the security officers from prior dealings?

4   A.   We had coincided by being at other activities.

5   Q.   And which -- which countries' diplomats were these security

6   officers -- were these security officers for?

7   A.   There were Venezuelan officers and also from the Republic

8   of Iran and that was because of their accent.

9   Q.   Okay.  And, approximately, how long did the meeting last at

10  the presidential palace?

11  A.   I calculate it was two hours.

12  Q.   And after the meeting what did you do?

13  A.   I received Mr. Saab again and then I transported him to his

14  residence.

15  Q.   And did Mr. Saab give you any instructions when you dropped

16  him off at his residence?

17          MR. BARR:  Objection, your Honor, hearsay.

18          THE COURT:  Overruled.

19          THE WITNESS:  Can I answer?

20          THE COURT:  Yes.

21          MR. BARR:  Yes, you can.

22          THE WITNESS:  I -- when upon arriving at the residence,

23  I received instructions from Mr. Saab to return to the

24  presidential residence to receive some documents.  I went back

25  to the residence and then I delivered them in his hands.

 1   BY MR. BARR:

 2   Q.   After you received the instructions from Mr. Saab, did

 3   you -- did you travel to the presidential palace to obtain the

 4   documents?

 5   A.   Yes, sir.

 6   Q.   And what -- what did -- the documents that you obtained

 7   from the presidential palace, what were they?

 8   A.   These were sealed documents.  What you could read was

 9   vice-presidency of the Republic, a golden seal, and the

10   destination, or this was the person receiving, to whom it was

11   addressed to, and an envelope of several colors that read

12   "Presidency of the Republic."  Again, there was a -- a sticker

13   with the name of the person it was addressed to.  So, in total,

14   it was three documents.

15   Q.   And were these -- were these documents envelopes?

16   A.   Sealed envelopes.

17   Q.   Sealed envelopes, okay.  And from whom did you receive

18   these sealed -- these three sealed envelopes?

19   A.   From the chief of presidential security, General Marquez.

20   Q.   And what did you do after you received these three sealed

21   envelopes?

22   A.   I went back to Mr. Saab's residency and I gave them to him

23   in his hands.

24        MR. BARR:  Okay.  And at this point I would like to

25   show the witness Page 4 of Defense Exhibit AT.

```
1              THE COURT:  AT?

2              MR. BARR:  AT.

3    BY MR. BARR:

4    Q.  Sir, do you recognize the envelope that is pictured in --

5    on Page 4 of Defense Exhibit AT?

6    A.  Yes.  I had it in my hands.

7    Q.  And is -- does this photo that is Defense Exhibit AT fairly

8    and accurately depict one of the envelopes you retrieved from

9    the presidential palace on June 11th and gave to Mr. Saab?

10   A.  Exactly.  It is one of two envelopes with that same color

11   shield.

12   Q.  And this shield you're referring to is the seal in the

13   right-hand corner of the exhibit that is being highlighted?

14   A.  It is the gold shield, the shield that represents the

15   vice-president of the Republic.

16   Q.  Okay.  And, sir, are you able to read to whom the envelope

17   is addressed to where it says "para"?

18              THE COURT:  Can -- can that be rotated?

19              MR. BARR:  We are going to attempt that, your Honor.

20              THE COURT:  Thank you.

21   BY MR. BARR:

22   Q.  Are you able to read on the envelope to whom the envelope

23   is addressed to?

24   A.  Yes, I can read it.

25   Q.  Would you read it for us, please?
```

1    A.   Para Kazam Khavazi, Minister of Agriculture of the Islamic

2    Republic of Iran, from Delcy Rodriguez Gomez, Vice -- Executive

3    Vice-President of the Bolivarian Republic of Venezuela.

4    Q.   Okay.  Thank you, sir.

5         Now, earlier, you spoke about --

6              THE COURT:  Any objection to AT coming into evidence?

7              MR. KRAMER:  No, your Honor.

8              THE COURT:  Okay.  AT is in evidence.

9              (Defense Exhibit AT was received in evidence.)

10             MR. BARR:  Thank you, your Honor.

11   BY MR. BARR:

12   Q.   Earlier you spoke of an envelope with some multi colors on

13   it.  Did you -- when you said multi colors, did you mean the

14   envelope or the seal on the envelope?

15   A.   The shield has multiple colors.

16   Q.   Thank you, sir.

17             MR. BARR:  I'd like to show the witness Page 8 of

18   Defense Exhibit AT.

19   BY MR. BARR:

20   Q.   Sir, do you recognize what is reflected in this photo on

21   Page 8 of Defense Exhibit AT?

22   A.   That is the second envelope with the gold shield that I

23   also have in my hand.

24   Q.   Okay.  And was this the second envelope which you delivered

25   to Mr. Saab?

1   A.   The second envelope of three.

2   Q.   Okay.  And does this photo accurately depict the second

3   envelope that you retrieved from the presidential palace on

4   June 11th and gave to Mr. Saab?

5   A.   This is the second envelope out of three that I received at

6   the residence of the president of the Republic.

7   Q.   Okay.  Would you read for us to whom the envelope is

8   addressed?

9   A.   For Sadegh Kharazi, senior advisor to the vice-president,

10  from Delcy Rodriguez Gomez, vice -- executive vice-president of

11  the Bolivarian Republic of Venezuela.

12        MR. BARR:   Okay.  I'd like to show the witness what's

13  page 11 of Defense Exhibit AT.  Could you blow up the portion

14  that is the envelope?

15  BY MR. BARR:

16  Q.   Sir, do you recognize the envelope that is pictured in --

17  on page 11 of Defense Exhibit AT?

18  A.   Yes, I do recognize it.

19  Q.   And what is it?

20  A.   It is the third envelope I received, and I identify it by

21  the colors on the shield as a document from the presidency of

22  the Bolivarian Republic of Venezuela.

23  Q.   And does this photo fairly and accurately -- this is a fair

24  and accurate photo of one of the envelopes you retrieved from

25  the presidential palace on June 11th and gave to Mr. Saab?

1    A.   Yes, sir.

2    Q.   Would you describe for us what you did on June 12th, 2020,

3    in terms of assisting Mr. Saab with going to the airport?

4    A.   I got the luggage at 11:00 A.M.  I went with Mr. Saab to

5    the international airport where the private plane was located.

6    I got the luggage to the plane and handed it over to the pilot.

7        I gave Mr. Saab's briefcase to him on the plane and then I

8    accompanied the pilots to the SAIME office where the passports

9    and the flight manifest were processed, and then I went back to

10   the plane.

11       THE COURT:  Didn't he say something about the luggage?

12       THE WITNESS:  Yes.  I gave the luggage to the pilots so

13   they could put them in their place, and the briefcase or hand

14   luggage I gave to Mr. Saab on the plane.

15   BY MR. BARR:

16   Q.   And did you take any steps with regard to -- what, if any

17   steps did you take with regard to the luggage, I'm sorry, with

18   regard to the briefcase that you took to Mr. Saab?

19   A.   The measures that I always take when leaving from his

20   residence to the airport, checking in to see that his

21   medication was there, the money necessary for the trip, and

22   also, the three envelopes that I had mentioned were in there.

23   Q.   Okay.  And you -- and where were the three envelopes?

24   A.   In the briefcase, the hand luggage.

25   Q.   Okay.  And were the envelopes in the briefcase when you

1   provided the briefcase to Mr. Saab on the plane?

2   A.  They were in the hand luggage, the briefcase.

3   Q.  Okay.  And what, if anything, did you do to determine the

4   destination of the flight that Mr. Saab was going to take on

5   that morning?

6   A.  The night before, Mr. Saab told me of the destination for

7   the flight, and in the morning when we went to the airport, the

8   pilots told me of the destination of the flight.

9   Q.  And what was the destination, sir?

10  A.  The Republic of Iran.

11  Q.  And after Mr. Saab boarded the flight, how long did you

12  remain at the airport?

13  A.  15 minutes after the flight took off.

14          MR. BARR:  Your Honor, if I could have your indulgence

15  for a moment?

16          THE COURT:  Okay.

17          MR. BARR:  At this time, your Honor, we're prepared to

18  tender the witness.

19          THE COURT:  Okay.  All right, cross-examination?

20          MR. KRAMER:  Thank you, your Honor.

21                        CROSS-EXAMINATION

22  BY MR. KRAMER:

23  Q.  Good afternoon, Mr. Arrieche.

24  A.  Good afternoon, sir.

25  Q.  You worked for the armed forces for about 25 years; is that

1  right?

2  A.  26 years.

3  Q.  26.

4      What is your rank again?

5  A.  Sergeant aide -- assistant sergeant.

6  Q.  How long, as part of your role in the Venezuelan armed

7  forces, have you done individual security, or security for

8  individuals?

9  A.  16 years.

10  Q.  In addition to Mr. Saab, who have you done security for?

11  A.  To the chancellor of the Republic, Nicolas Maduro Moros, to

12  date.

13  Q.  So the two people you provide security for have been Alex

14  Saab and Nicolas Maduro?

15  A.  Correct.

16  Q.  Is this case of Mr. Saab and his extradition to the United

17  States, has that been an issue of importance for Mr. Maduro?

18  A.  No, for the country of Venezuela, the Venezuelan state.

19  Q.  And so Mr. Maduro, as far as you're aware, has no personal

20  feelings about it?

21  A.  I have no knowledge of that reply, answer.

22  Q.  When were you security service for Mr. Maduro?

23  A.  Since 2005.

24  Q.  And did that go until you became security services for

25  Mr. Saab?

1   A.   I would provide security services to Mr. Saab privately.

2   Q.   All right.  But in 2018, you began to provide security

3   services for Mr. Saab as part of your work for the armed

4   services; correct?

5   A.   By instructions from the chancellor of the Republic.

6   Q.   I understand that.

7        But you did provide services for him beginning in 2018;

8   correct?

9   A.   Correct.

10  Q.   What have you done since he has been -- since he was

11  captured in Cabo Verde in June of 2020?

12  A.   Provide security services for the Saab family.

13  Q.   And does the Saab family have any official status in

14  Venezuela as of June 2020?

15  A.   I do not know.  I only provide security services to the

16  Saab family.

17  Q.   Under what authority?  Who commanded you to provide those

18  services?

19  A.   The chancellor of the republic; to date, Jorge Arreaza, the

20  Minister of Foreign Affairs.

21  Q.   So as of June 2020, you have been commanded to protect

22  Mr. Saab's family; correct?

23  A.   Since 2018, when he was appointed as a diplomat.

24  Q.   Who pays you for your protection for Mr. Saab?

25  A.   The Ministry of Defense of the state of Venezuela.

1   Q.   You said you also provided private security for Mr. Saab;

2   is that correct?

3   A.   Since 2010, I would provide private security services.

4   Q.   Okay.

5   A.   Later, and then in 2018, I was commissioned to provide

6   security services to a citizen diplomat whose name was Alex

7   Saab.

8           THE COURT:   One second.  I don't see the extra camera

9   for the room where Mr. Arrieche is in.  Is the gentleman there

10  with you still from the Swiss Embassy, Mr. Arrieche?

11          THE WITNESS:   Yes, sir, to my left.

12          THE COURT:   I don't see the feed from the --

13          MR. PERFILDOS:   The Zoom -- the Zoom conference with

14  the phone, I just dial in again.

15          THE COURT:   But it is still the same situation there,

16  it is only the two of you?

17          MR. PERFILDOS:   Exactly the same situation, I can also

18  show you with the other camera in just a second, please.

19          THE COURT:   That's okay.  We are going to keep going

20  and when you get it up and going, we'll see it.

21          All right, go ahead.

22  BY MR. KRAMER:

23  Q.   Prior to 2018, how much did Mr. Saab pay you for security?

24  A.   $200 monthly.

25  Q.   $200 per month?

1   A.   Correct.

2   Q.   How did you receive that payment?

3   A.   In cash.

4   Q.   And following 2018, did you ever receive any payments from

5   Mr. Saab or on behalf of Mr. Saab?

6   A.   The amount of $200 per month remained the same of paying --

7   of Mr. Saab paying me for my services.

8   Q.   Did you ever receive any payments from a person called

9   Alvaro Pulido or his assistant?

10   A.   I do not know.

11   Q.   Did you ever receive any payments from an individual named

12   Vicky Perez?

13   A.   No.

14   Q.   Are you aware of a company called Halcones, that's

15   H-a-l-c-o-n-e-s?

16         MR. BARR:   Your Honor, I object to relevance.

17         THE COURT:   Overruled.

18   BY MR. KRAMER:

19   Q.   Sorry.   I didn't get the answer to the question.

20   A.   Yes.

21   Q.   What is Halcones?

22   A.   A private security company.

23   Q.   Do you have any relation to Halcones?

24   A.   I control the security staff that provides security

25   services at Halcones.

1  Q.  So, in addition to your work for the armed services, you

2  work for this private security company?

3  A.  Yes.

4  Q.  Have you ever received any payments from Halcones related

5  to the -- your protection of Alex Saab or his family?

6  A.  From Halcones, no.

7          MR. KRAMER:  Just a moment, your Honor.

8          Thank you for the moment.

9  BY MR. KRAMER:

10  Q.  How were you first approached about your testimony here

11  today?

12  A.  Mr. Saab's attorney got in touch with me.

13  Q.  Did you discuss your testimony with anyone in the Maduro

14  government?

15  A.  No.

16  Q.  Did you discuss your testimony with anyone in the armed

17  services?

18  A.  With my immediate boss, immediate boss, to request

19  authorization for it.

20  Q.  Did you discuss the substance of your testimony with him?

21  A.  Yes.

22  Q.  I want to talk about your discussion of Mr. Saab's travel

23  really quick.

24          As head of security, you were responsible for overseeing

25  some of his travel; correct?

1  A.  To oversee what is security protocol.

2  Q.  Did you have any role in arranging his travel, his actual

3  flights?

4  A.  No.

5  Q.  You said that he traveled on a private plane; is that

6  correct?

7  A.  Yes.

8  Q.  Was that a private plane that he, himself, owned?

9  A.  I have no knowledge about that.

10 Q.  Did Mr. Saab travel on that private plane for any reasons

11 other than his official travel?

12 A.  I have no knowledge of that.

13 Q.  Do you know if Mr. Saab ever took any business trips

14 outside of his official travel?

15 A.  I have no knowledge of that.

16 Q.  So you were the head of security for Mr. Saab; is that

17 correct?

18 A.  Yes.

19 Q.  And do you recall in your declaration that you said -- and

20 bear with me -- that you said 90 percent of your time --

21 A.  We have problems with the Internet connection, excuse me.

22 Q.  Can you hear me now?  Is this more clear?

23 A.  Yes.

24 Q.  Do you recall in the declaration that you submitted that

25 you said you spent around 90 percent of your time dealing

1    directly with Mr. Saab?

2    A.   That is correct, I did say that.

3    Q.   And so as his head of security that spends 90 percent of

4    your time on Mr. Saab's security, you're not aware if he took

5    any travel or conducted any other business outside of just his

6    official work?

7    A.   Excuse me.  Excuse me.  We are having Internet problems.

8    The video is not coming properly.

9         THE COURT:  Can you hear us?

10         THE WITNESS:  At this time, yes.

11         THE COURT:  Okay.  As long as you can hear us and we

12    can see and hear you, that's more important than whether you

13    can see us, so --

14         THE WITNESS:  I wanted to make sure that my answer

15    would reach you.

16    BY MR. KRAMER:

17    Q.   Thank you.

18         The question was:  You spent 90 percent of your time as the

19    head of security for Mr. Saab, are you saying you have no

20    knowledge whatsoever of anything outside of his diplomatic

21    travel?

22         MR. BARR:  Objection, your Honor, mischaracterizes.

23         THE COURT:  Overruled.  If it does, he can tell us.

24         THE WITNESS:  Can you please repeat the question?

25         THE COURT:  Wouldn't you know if Mr. Saab left town for

1    a week, wouldn't you know that, as his head of security?

2         THE WITNESS:  He is not -- he is not under any

3    obligation to tell me what the destination of any of his trips

4    is.  I am only limited to the security aspect.

5    BY MR. KRAMER:

6    Q.   Isn't there a security concern if the person you're in

7    charge of the security of is away from you and you're not sure

8    what their location is?

9    A.   The security that I offer Mr. Saab is that which I offer in

10   national territory.

11   Q.   It's the national territory, but you also said you're

12   responsible for ensuring that his travel when he's traveling as

13   a diplomat abroad was also part of your job; correct?

14   A.   When he would inform me, would give me the information.

15   Otherwise, I would continue with my mission of offering

16   security.

17   Q.   Who traveled with Mr. Saab when he would go on these

18   diplomatic trips?

19   A.   I have no knowledge of that.

20   Q.   Do you know if any diplomatic staff joined him?

21   A.   I have no knowledge of that.

22   Q.   You testified earlier that you would take him to the plane

23   and you would walk over his passport and go through the

24   documentation standpoint and look at the manifest; is that

25   correct?

1    A.   The ones that took the flight manifest were the pilots.   I

2    would accompany with taking the passport of Mr. Saab

3    exclusively for security purposes.

4    Q.   So as part of your role as head of security, it wasn't

5    important for you to know who was traveling with the person you

6    were in charge of, security?

7    A.   My security consisted in accompanying and offering security

8    to Mr. Saab.

9    Q.   Do you know if his son traveled with him on these

10   diplomatic trips?

11   A.   No.

12   Q.   Didn't you also provide security to Mr. Saab and his

13   family?

14   A.   Yes.

15   Q.   Mr. Saab's son is part of that family; correct?

16   A.   That's correct.

17   Q.   So wouldn't you, therefore, know whether Mr. Saab's son

18   also traveled with him on these diplomatic trips?

19   A.   I did not see him on the plane.

20   Q.   So Shadhi Saab was not on the plane on the June trip?

21   A.   No.

22   Q.   You said you are aware Mr. Saab traveled to Iran.   What

23   other countries are you aware that Mr. Saab traveled to as part

24   of his official work?

25   A.   As the what?   Traveled as what?

1   Q.   The travel you were responsible for, his travel as an

2   alleged diplomat, you said he traveled to Iran; correct?

3   A.   Correct.

4   Q.   I think the Court asked you other countries and you listed

5   Russia as another one; is that correct?

6   A.   Correct.

7   Q.   Are there any other countries he traveled to?

8   A.   I am -- I don't have the capacity to answer that question.

9   Q.   You were responsible for his security for those trips;

10  correct?

11  A.   I am responsible for him while he is on the national

12  territory, and for accompanying him to the airport.

13  Q.   And you're responsible for getting his passport and travel

14  documents and making sure his bags were packed; correct?

15  A.   My responsibility is to check out everything that is

16  necessary for him to travel.  Among those things, his passport

17  and his medication.

18  Q.   And you remember testifying that you specifically remember

19  seeing certain documents with certain color insignia on certain

20  letters; correct?

21  A.   Yes.

22  Q.   And you can remember that, but you can't remember the

23  countries he traveled to.  Is that what your testimony is?

24  A.   When I received the documents of the last trip that

25  Mr. Saab took...

1    Q.  Was there something?  I'm sorry.  I thought we were

2    awaiting translation.  I apologize.

3            THE INTERPRETER:  He said something else.  I'm just

4    asking what was the rest.

5            THE WITNESS:  I am talking about the last trip Mr. Saab

6    took, the documents I received.

7    BY MR. KRAMER:

8    Q.  And so my question is, you can remember the details about

9    that; correct?

10   A.  Of the documents, yes.  The envelope.

11   Q.  Do you recall being asked about a March 8, 2020 trip?

12   A.  Yes, sir.

13   Q.  And do you remember helping ensure that Mr. Saab had what

14   he needed for that trip as part of your security detail?

15   A.  Of March 8th, yes.

16   Q.  And do you recall saying that you put his personal passport

17   into his briefcase?

18   A.  Correct.

19   Q.  And you were asked if you recalled putting his diplomatic

20   passport in his briefcase and you did not recall; is that

21   correct?

22   A.  I do not remember whether it was in the briefcase.

23           MR. KRAMER:  One moment, your Honor, please.

24   BY MR. KRAMER:

25   Q.  The briefcase that you would put the documents in, can you

1    describe that briefcase and where you put the passports and the

2    different letters?

3    A.   It is a black briefcase, small.  It has some pockets on the

4    outside and then the main one where his travel documents were,

5    which is the main one on the outside.

6    Q.   And is that where you would --

7    A.   On the inside.  Sorry.

8    Q.   And is that where you would put his passport?

9    A.   Where the passport was.

10   Q.   Sorry.  My question is:  Is that where you would put the

11   passport?

12   A.   No.  The passport, I would hand over the passport to

13   Mr. Saab in his hands.

14   Q.   You provided security to Mr. Saab since 2010, correct?

15   A.   Correct.  Privately, that is.

16   Q.   And from 2010 to 2018 it was only private; correct?

17   A.   Up to 2018.

18   Q.   What kind of things did you do when you were providing

19   security in that time period?

20   A.   I would accompany him.

21   Q.   Mr. Saab is a businessman; correct?

22   A.   Yes.

23   Q.   Do you know what kind of business he does?

24   A.   I have no knowledge of that.

25   Q.   So you would accompany him to meetings and to -- on

1    business trips, but you have no idea what type of business he

2    was engaged in?

3              MR. BARR:  Objection, relevance.

4              THE WITNESS:  I have no idea.

5              THE COURT:  Overruled.

6    BY MR. KRAMER:

7    Q.  Are you aware that Mr. Saab signed a contract with the

8    Venezuelan government in 2011 to provide housing units?

9              MR. BARR:  Objection, relevance.  2011, your Honor.

10             THE COURT:  Overruled.

11             THE WITNESS:  I have no knowledge.

12   BY MR. KRAMER:

13   Q.  Have you ever heard of company called Fondo de Global

14   Construction (sic)?

15   A.  I have no knowledge.

16   Q.  Have you ever heard of a company called Elm, E-l-m?

17   A.  No.

18   Q.  Have you ever heard of a company called Thermo?

19   A.  I have no knowledge.

20   Q.  Do you know what the CLAP program is?

21   A.  Yes.

22   Q.  Are you aware that Mr. Saab had any contracts with the

23   Venezuelan government to provide food and medicine under the

24   CLAP program?

25             MR. BARR:  Objection, your Honor, relevance.  And we

1    have gone through this program on the discovery hearing.

2             THE COURT:  Overruled.

3             THE WITNESS:  I have no knowledge of that.  That, I

4    only have knowledge of, of the food supplied door to door by

5    the government of Venezuela.

6    BY MR. KRAMER:

7    Q.  Do you have any knowledge of a company called Group Grand

8    Limited or Asasi Food?

9    A.  I have no knowledge of that.

10            MR. KRAMER:  Your Honor, if I may have one moment.

11            No further questions.  Thank you.

12            THE COURT:  All right.  Do you have more than two

13   minutes of redirect?

14            MR. BARR:  Your Honor, if I could just have a moment

15   with my colleague.

16            THE COURT:  You can take as long as you want, but we

17   have been here for an hour and 40 minutes so we're either going

18   to take a break --

19            MR. BARR:  Why don't we take a short break?

20            THE COURT:  So let's take a 15-minute break.

21            THE COURTROOM DEPUTY:  All rise.

22            (Whereupon, there was a recess, after which the

23   following proceedings were had:)

24            THE COURT:  All right.  Let's go back on the record.

25            All right.  Do you have redirect?

1          MR. BARR:  Just a little bit, your Honor.

2                    REDIRECT EXAMINATION

3   BY MR. BARR:

4   Q.  Mr. Arrieche, do you recall during cross-examination

5   Mr. Kramer asked you about whether you discussed your planned

6   testimony with your superior officer?  Do you recall that?

7   A.  Yes, I do remember.

8   Q.  And when you spoke to your superior officer, did he give

9   you any instructions regarding your testimony?

10  A.  No.

11  Q.  Okay.  And do you also recall, during cross-examination,

12  Mr. Kramer observing that you remembered the details of the

13  trip on June 11th, but did not remember the details as well of

14  the trip to Russia?  Do you recall that?

15          THE INTERPRETER:  Could counsel repeat that question

16  for the Interpreter?

17          MR. BARR:  Yes.

18  BY MR. BARR:

19  Q.  Do you recall Mr. Kramer observing in cross-examination

20  that you remembered the details of the trip on June 11th,

21  including the envelopes, but did not remember the details as

22  well of the Russia trip?

23  A.  Correct.

24  Q.  And, Mr. Arrieche, why do you remember the details of the

25  envelopes and the trip on June 11th so well?

1    A.   Because I had the envelopes in my hand and this was the

2    last trip that Mr. Saab took.

3            MR. BARR:   Thank you, sir.  No further questions, your

4    Honor.

5            THE COURT:   All right.  Thank you, sir.  You're

6    excused.

7            [Witness Excused]

8            THE COURT:   Who is the next witness for the defense?

9            MR. BARR:   Your Honor, the next witness for the defense

10   is Mr. Plathi Figuera.

11           MR. NEW:   Your Honor, may we ask a question about

12   timing of the witnesses?

13           THE COURT:   Yes.

14           MR. NEW:   So, after Mr. Figuera, we will --

15           THE REPORTER:   I can't hear you, sir.  I'm sorry.

16           MR. NEW:   My apologies.  After Mr. Figuera, we'll be

17   done with the witnesses in Venezuela and our case in chief.

18           We have one other witness who is in Miami, but is not

19   present in the courthouse.

20           Would your Honor like us to have him here available to

21   start this afternoon?

22           THE COURT:   Yes.

23           MR. NEW:   All right. Then we will make that so.   Thank

24   you, your Honor.

25           THE COURT:   Okay. I see Mr. Plathi there.   Good

1    afternoon.

2              MR. PLATHI:  Good afternoon.

3              THE COURT:  All right.  I know you were sworn in this

4    morning by the notary there at the embassy.  I am also going to

5    administer the oath to you from the court here this afternoon.

6              THE WITNESS:  Very well.

7              THE COURT:  All right.  Please raise your right hand.

8              Do you swear or affirm to tell the truth, the whole

9    truth, and nothing but the truth?

10             THE WITNESS:  Yes, I do swear.

11   Thereupon:

12                  FREDDY RAFAEL PLATHI FIGUERA

13   was called as a witness and duly sworn.

14             THE COURT:  All right.  You can put your hand down.

15             Will you please tell us your name and spell your last

16   name?

17             THE WITNESS:  My name is Freddy Rafael Plathi Figuera.

18             My last name is spelled P-l-a-t-h-i.

19             THE COURT:  All right.  Thank you.  Go ahead, Mr. Barr.

20                       DIRECT EXAMINATION

21   BY MR. BARR:

22   Q.  Sir, how old are you?

23   A.  I'm 48 years old.

24   Q.  And of what countries are you a citizen?

25   A.  Only a Venezuelan citizen.

1  Q.  And would you describe for the Court, briefly, your

2  educational background?

3  A.  I am an attorney, practicing attorney.  I graduated from

4  the Santa Maria University in 1982.

5  Q.  And how -- sorry, sir, go ahead.

6  A.  I am an expert on law of war and international law.  And,

7  currently, studying for a master's in legal sciences.

8  Q.  And how are you currently employed, sir?

9  A.  I am currently the chief --

10         THE INTERPRETER:  One moment, your Honor, I need the

11  witness to repeat his title.

12         THE WITNESS:  I am the legal consultant for the

13  service, so I am the legal director.

14         THE COURT:  What did you say, legal consultant for

15  what?

16         THE WITNESS:  Of the administrative service for

17  identification, immigration, and foreigners for immigration

18  control.

19  BY MR. BARR:

20  Q.  And is there a short name for the government agency you

21  work for?

22  A.  Yes.  The acronym would be SAIME.

23         THE COURT:  How do you spell that?

24         THE WITNESS:  S-A-I-M-E.

25

1   BY MR. BARR:

2   Q.   And is your title director?

3   A.   Yes.  I am the director of legal consulting.

4   Q.   And when did you begin to work at SAIME as the director of

5   legal consulting?

6   A.   I began in 2018.

7   Q.   And would you describe for the Court what SAIME does?

8   A.   SAIME is responsible of the identification of Venezuelan

9   citizens.  In other words, we issue ID for Cedulas and

10  passports.  We are also responsible for immigration control and

11  for immigration of foreigners to our country.

12          THE COURT:  Mr. Plathi, either I wrote this down or

13  somebody misheard it, what year did you graduate from the Santa

14  Maria University?

15          THE WITNESS:  In 2002.

16          THE COURT:  Because I wrote down 1982 and then I

17  started doing the math and you would have been eight years old.

18          MR. BARR:  A very good student.

19  BY MR. BARR:

20  Q.   What role, if any, does SAIME have in the issuance of

21  diplomatic passports?

22  A.   For issuing diplomatic passports, SAIME receives

23  instructions from the Ministry of Foreign Affairs, it manages

24  the databases, and prints out the passports.

25  Q.   Okay.  And would you describe, generally, your duties and

1    responsibilities as the director of legal consulting?

2    A.   The main duties are to provide consulting to the general

3    director in all areas pertaining to IDing foreigners,

4    immigration, and immigration control, as well as in the

5    enforcement of rules and regulations that govern these matters.

6    Q.   And would you describe the process followed by SAIME in

7    issuing a regular passport to a Venezuelan citizen for the

8    first time?

9    A.   Yes. It begins -- the issuance of a Venezuelan passport

10   begins with entering the citizen or the person into the SAIME

11   system.  It's an IT system available at the SAIME web page.

12   Each citizen will input his or her information as a user, which

13   is their ID Cedula number, and a secret code or a key which is

14   individual for each person, a different one.

15        Once this information is input, they proceed to request the

16   passport, fill out a form, pay the taxes and then the

17   appointment is scheduled.  That appointment is scheduled at one

18   of the offices that the user, himself or herself, would

19   request.

20        Once they arrived, they go to the office they have chosen.

21   They then take all biometrical information, like, for example,

22   the photo, the fingerprints and other information, as well as

23   the signature, they print out a passport which they come to get

24   once they receive a message saying that the passport is now

25   ready.

1   Q.   And what happens to the data that is collected, such as the

2   signature and the photo?

3   A.   All biometrical information pertaining to the Cedula ID or

4   the passport, for any Venezuelan citizen, is registered in the

5   SAIME databases.

6   Q.   When someone who is a regular Venezuelan passport holder

7   seeks a diplomatic passport, are they required to provide a new

8   photo and a new signature?

9   A.   No, the biometrical information is already available in the

10   database.  Since SAIME is then administrator of the databases,

11   they have access to it in order to issue the diplomatic

12   passport.

13   Q.   And is it -- would it be unusual for SAIME to issue a

14   diplomatic passport using the photo or the signature from a

15   regular passport?

16   A.   No, it would not be anything unusual.  It would be a viable

17   course of action being that the information would already be

18   available in the databases.  Above all, for diplomatic

19   passports.  With the understanding that our diplomatic staff

20   needs to be identified abroad.

21   Q.   Okay.  When you say they "need to be identified abroad," is

22   there a practical reason for SAIME being able to print a

23   passport with the picture and signature already on file?

24   A.   First of all, there is a need for the diplomatic staff to

25   be IDed in real time.

1       And secondly, the availability of the information already

2    in the SAIME databases.

3       Well, and then from a practical point of view, you can

4    imagine to have to bring someone from Australia to Venezuela

5    when you already have the information available, so it is

6    impractical.

7            MR. BARR:  I would like to, at this time, to show the

8    witness Defense Exhibit AZ.  If we could show the first page,

9    allow the witness to look at that -- and then when the witness

10   is ready, to move to the second page?

11           THE WITNESS:  I am ready.

12           MR. BARR:  Could we move to the second page or the next

13   page?  I'm sorry.  If we could go back to the first page.

14   BY MR. BARR:

15   Q.  Sir, do you recognize this document that is Defense Exhibit

16   AZ.

17           MR. BARR:  I think you need to show him it in Spanish.

18           THE WITNESS:  Yes, I recognize the format.  It is the

19   format for a passport certification.

20           MR. BARR:  Okay.  And if we -- that's Page 5 of Exhibit

21   AZ.  Could we look at Page 6 of Exhibit AZ?

22   BY MR. BARR:

23   Q.  And do you recognize Page 6 of Exhibit AZ?

24   A.  Yes, it is a passport.

25   Q.  And is this a regular passport, or a diplomatic passport,

1  sir?

2  A.  It is a diplomatic passport.

3  Q.  And for whom is it a diplomatic passport?

4  A.  A diplomatic passport is only issued to officers of the

5  state that have that appointment.

6  Q.  Okay.  And if you look at the identification of the person

7  for whom this passport is, would you tell us for whom the

8  passport is issued?

9       MR. BARR:  Perhaps we could flip the photo so it is

10  easier for the witness to see.

11       THE WITNESS:  Yes.  It is a diplomatic passport issued

12  to citizen Alex Nain Saab Moran.

13  BY MR. BARR:

14  Q.  And could you read for the Court what the issue date is and

15  what the expiration date is?

16  A.  The date on which it was issued was March 21st, 2019.  The

17  expiration date is March 22nd, 2020.

18       MR. BARR:  And if we could move the passport down so

19  that we could see the -- I'm sorry, move it up.  Stop there.

20  If we could flip it so he could easily read that page of the

21  passport, which is Page 3.

22       THE COURT:  Do all diplomatic passports expire after

23  one year?

24       THE WITNESS:  No, your Honor.  It depends on the time

25  period issued by or allowed by the Department of Foreign

1    Affairs, the Ministry of Foreign Affairs.

2         THE COURT:  And generally, what is the range of time

3    that these passports expire?

4         THE WITNESS:  Between one and five years, your Honor.

5         THE COURT:  Thank you.

6    BY MR. BARR:

7    Q.  Sir, if you look at Page 3 of the passport, is that -- in

8    the bottom -- in the bottom right-hand corner, do you recognize

9    that seal and stamp?

10   A.  The bottom right-hand, I understand it to be where the seal

11   is and the signature.

12   Q.  Actually, I'm talking about on the bottom right-hand corner

13   under -- on Page 3.

14        MR. BARR:  Could you highlight it, Lindy?

15        THE WITNESS:  Yes.  That's the stamp for SAIME and the

16   signature of the general director as the top authority for

17   that.

18   BY MR. BARR:

19   Q.  And if we look at the -- Page 5 of Exhibit AZ, the

20   certification that you discussed earlier, is this -- can you

21   explain what this certification does with regard to the

22   passport we just looked at?

23   A.  In this case, the maximum administrative authority or

24   power, the general director of SAIME, certifies or, in other

25   words, attests to the fact that the passport was issued and was

1    printed by this administrative service.  In other words, the

2    data that appears in the certification includes the same data

3    to be found in the passport, and the same data to be found in

4    the SAIME databases.

5    Q.  And is it a certification that that passport that appears

6    on Page 6 is a validly-issued passport, diplomatic passport,

7    for Mr. Saab?

8    A.  Yes.  Yes.  It attests to the fact that this passport was

9    printed and was issued with all the legal parameters required

10   by the issuance of this type of document.

11   Q.  Okay.  And prior to your testimony here today, did you

12   conduct a search of the official records of SAIME to determine

13   whether Defense Exhibit AZ is contained and stored in the

14   official records of SAIME?

15   A.  Yes.  And, as a matter of fact, the certification for the

16   passport with the control number and the date of issuance are

17   to be found in the databases of SAIME.

18   Q.  Okay.  And did you conduct a search of the records of SAIME

19   to determine when this passport that is on Page 6 of Exhibit AZ

20   was issued?

21   A.  Yes.  And the date is the same one that is to be found in

22   both the certification and the passport, which is March 21st,

23   2019.

24        MR. BARR:  Your Honor, at this time we move admission

25   into evidence of Defense Exhibit AZ.

1          THE COURT:  Okay.

2          MR. EMERY:  No objection, your Honor.

3          THE COURT:  It is in evidence.

4     (Defendant's No. AZ, Passport Certification for Saab

5     Moran, was received in Evidence.)

6          MR. BARR:  If we could show the witness what has been

7  marked as Defense Exhibit BA.

8          THE COURT:  That is already in evidence.

9          MR. BARR:  One moment, your Honor.

10         May I have just one second, your Honor?

11         THE COURT:  Yes.

12         MR. BARR:  Okay.  At this time, your Honor, we have no

13  further questions and tender the witness.

14         THE COURT:  All right.  Do you have cross-examination?

15         MR. EMERY:  Thank you, your Honor.

16                    CROSS-EXAMINATION

17  BY MR. EMERY:

18  Q.  Good afternoon, sir, how are you?

19  A.  Very well, sir.

20  Q.  When Alex Saab was arrested in June of 2020, that made the

21  news in Venezuela; correct?

22  A.  Yes, it is true.

23  Q.  In fact, it made the international news; correct?

24  A.  Yes, it is true.

25  Q.  Now, the -- let's talk a little bit about the issuance of a

1  personal passport, and the government of Venezuela issues a

2  personal passport to a citizen who wishes to travel abroad;

3  correct?

4  A.  That's correct.

5  Q.  For example, if that Venezuelan citizen with that personal

6  passport wanted to travel to Mexico, they would need a

7  passport; correct?

8  A.  That's correct.

9  Q.  For example, if you wanted to go to Mexico as a tourist,

10  you would need a personal passport; correct?

11  A.  Yes, that's correct.

12  Q.  And when that Venezuelan citizen arrives in Mexico with

13  that personal passport, they, of course, are identifying

14  themselves as a citizen of that country; correct?

15  A.  Yes, that's correct.

16  Q.  And why does the government of Venezuela issue a diplomatic

17  passport?

18  A.  A diplomatic passport is issued by Venezuela when the

19  Ministry of Foreign Affairs certifies that the person in

20  question is a Venezuelan official and is working as such.

21  Q.  And that's to identify to the country of arrival that that

22  person is a diplomat; correct?

23  A.  That's correct.

24  Q.  Do you have a diplomatic passport?

25  A.  No, sir.

1   Q.   Have you ever traveled on a diplomatic passport?

2   A.   No, sir.

3   Q.   And just to be clear, when a diplomatic passport is issued

4   by Venezuela, again, what does that signify to the country

5   where the person is entering?

6        MR. BARR:  Asked and answered, Judge.

7        THE COURT:  Overruled.

8        THE WITNESS:  The diplomatic passport is issued to

9   people that are recognized by the state of Venezuela, the

10  country of Venezuela, as being officers and working under the

11  government of Venezuela.

12  BY MR. EMERY:

13  Q.   But it also tells the country where that diplomat's

14  traveling to that that person is a diplomat; correct?

15  A.   Yes.  That's correct.

16  Q.   Because when you're traveling on a diplomatic passport,

17  that has certain protections under international law; correct?

18       MR. BARR:  Objection, your Honor.

19       THE COURT:  What's the objection?

20       MR. BARR:  Calls for expert legal testimony and exceeds

21  the scope.

22       THE COURT:  Sustained.

23       MR. EMERY:  Your Honor, he declared himself an expert

24  when he -- at the beginning.

25       THE COURT:  On international law?  I don't think so.

1      MR. BARR:  We are not putting him on as an expert.

2      THE COURT:  What's the next question?

3  BY MR. EMERY:

4  Q.  Do you remember the questioning about -- well, as far as

5  using information that was already in the database to issue

6  someone a diplomatic passport?

7  A.  Yes, I remember.

8  Q.  And the diplomatic passports that are issued by Venezuela,

9  I would imagine, are created in Venezuela, correct?

10  A.  Yes.  The diplomatic passports or regular passports are

11  printed in the printer -- printing center in Caracas.

12  Q.  So if somebody was living in Caracas, Venezuela and they

13  were to be issued a diplomatic passport, they -- they could

14  easily go and get one, correct?

15  A.  Yes, as long as he is a diplomatic officer and this is

16  certified by the Ministry of Foreign Affairs.

17      MR. EMERY:  If you could go to the next page and if you

18  could keep going to the diplomatic -- the passport page.

19      THE COURT:  This -- this is AZ?

20      MR. EMERY:  This is Defense Exhibit AZ.

21      Okay.  That's it.  Thank you.

22  BY MR. EMERY:

23  Q.  Now, I'm showing you what has been admitted into evidence

24  as Defense Exhibit AZ.  And just so I'm clear, this -- this

25  is -- this is a passport for Mr. Saab who's in the courtroom

1    today?

2    A.   The passport was indeed issued for Mr. Saab.

3    Q.   And it's your testimony that this was a diplomatic

4    passport, correct?

5    A.   That is correct.

6    Q.   And according to this exhibit, this diplomatic passport for

7    Mr. Saab expired in -- in March of 2020; is that correct?

8    A.   It expired on March 22, 2020, according to the information

9    that appears on the passport.

10   Q.   So, in other words, this passport was -- only had a

11   validity of one year; is that correct?

12   A.   That is correct.

13   Q.   And when a person is issued a diplomatic passport in

14   Venezuela -- actually, I want to rephrase that.

15           MR. EMERY:  If I could have one minute, your Honor?

16           THE COURT:  Yes.

17   BY MR. EMERY:

18   Q.   And going back to Defense Exhibit AZ and -- and the fact

19   that this information here indicates that the diplomatic

20   passport was only issued for one year for Mr. Saab, and that

21   information is based on information received from the

22   Venezuelan Foreign Ministry?

23   A.   That's correct.

24   Q.   And if you are a Venezuelan diplomat issued a diplomatic

25   passport, then you're required to travel on that diplomatic

1    passport for official business, correct?

2           MR. BARR:  Objection, your Honor.  Calls for expert

3    testimony on areas outside of his responsibilities.

4           THE COURT:  Overruled.

5           THE WITNESS:  Yes.  But according to the law of

6    Venezuela, a citizen can have a regular passport in addition to

7    a diplomatic passport.  This is according to international law

8    as well.

9    BY MR. EMERY:

10   Q.  Okay.  So -- so just so I'm clear, so if you're a diplomat

11   for Venezuela traveling on official business, you need to

12   travel with your diplomatic passport, correct?

13   A.  Yes.

14          MR. EMERY:  That's all I have, your Honor.  Thank you.

15          THE COURT:  Sir, do you remember what day -- the date

16   that your office closed because of the COVID pandemic?

17          THE WITNESS:  Yes.  If I remember well, it was at the

18   beginning of the month of March, 2020.

19          THE COURT:  And then when did it reopen?

20          THE WITNESS:  Approximately, in April -- March, April

21   2021.  If you will allow me a clarification, your Honor?

22          THE COURT:  Sure.

23          THE WITNESS:  In reality, the informat- -- the IT

24   services assignment never stopped working.  They were always

25   subject to maintenance of -- maintenance of their database.

1          What there were was a closure of the SAIME offices

2    because of COVID and the impact it had on workers.  Plus, at

3    that time there was a closure of air spaces.  So this limited

4    the issuance of passports for citizens.

5          THE COURT:  But if somebody was a diplomat, let's say

6    their passport expired in June of 2020, and they were in

7    Australia and wanted to fly home for Christmas, would you have

8    the ability to get them a new passport even though the office

9    was physically closed?

10          THE WITNESS:  Yes, your Honor, because the information

11    was available in the database.

12          THE COURT:  So any diplomat, even during March, April,

13    May, June of 2020, if they needed to have a passport renewed

14    they could get it done electronically?

15          THE WITNESS:  Yes, with the exception of the closure of

16    air spaces.  And this was due to international law that the

17    government had no way of intervening or acting on it.

18          THE COURT:  But if somebody were going to fly on behalf

19    of the government of Venezuela as a diplomat in May or June of

20    2020, you had the ability to get them a passport if their

21    diplomatic passport had expired?

22          THE WITNESS:  Yes, sir.

23          THE COURT:  All right.  Does anybody have any

24    additional questions based on my questions?

25          MR. NEW:  I don't.

1           MR. EMERY:  No, your Honor.

2           MR. BARR:  Just one moment, your Honor.

3           THE COURT:  Sure.

4           MR. BARR:  No further questions, your Honor.

5           THE COURT:  All right.  Thank you, Mr. Plathi.

6           Is that the end of the witnesses from the Swiss

7    Embassy?

8           MR. NEW: Yes, your Honor, with the exception of a

9    possible rebuttal expert witness after the government's case.

10          THE COURT:  Okay.  So is it Mr. Perfildos who's there

11   on behalf of the Swiss Embassy?

12          MR. PERFILDOS:  Here I am, your Honor.

13          THE COURT:  All right.  So I just wanted to thank you

14   and your government and your embassy for making these

15   accommodations for the Court and for the parties and we all

16   appreciate your efforts.  So thank you, and I guess we may be

17   seeing you sometime later this week.

18          MR. PERFILDOS:  Thank you.  You are more than welcome.

19          THE COURT:  All right.  So can we disconnect the zoom?

20          MR. EMERY:  Yes, your Honor.

21          THE COURT:  Is your next witness here yet?

22          MR. NEW:  I believe he is, your Honor.  It is Mr.

23   Floriano Mandl, M-a-n-d-l.

24          THE COURT:  Please swear in the interpreters.

25          (Portuguese Interpreters Carla Grassi and Javier

1    Aparisi-Winthuysen were duly sworn.)

2            THE COURT:  What language does he speak?

3            THE INTERPRETER:  Portuguese.

4            THE COURT:  Okay.  Tell us your name.

5            THE INTERPRETER:  Carla Grassi.

6            THE COURT:  Tell us slowly.

7            The interpreter's.

8            THE INTERPRETER: Carla Grassi, G-R-A-S-S-I.

9            THE COURT:  The interpreter can stand there.

10            What's the problem?

11            Okay.  And now will you please be seated?

12            Is there any particular title like doctor?

13            THE WITNESS:  No.

14            THE COURT:  Now, would the witness please raise your

15    right hand.

16    THEREUPON:

17                          FLORIANO MANDL

18    was called as a witness and duly sworn.

19            THE COURT:  Thank you.  Please be seated.

20            Please pull your chair close to the microphone and pull

21    the microphone close to you.

22            And please tell us your name and spell your last name?

23            THE WITNESS:  Floriano Mandl, F-l-o-r-i-a-n-o

24    M-a-n-d-l.

25            THE COURT:  How do you pronounce that, Mandl?

```
 1              THE WITNESS:  Correct.

 2              THE COURT:  All right.  Mr. New, go ahead.

 3              MR. NEW:  Thank you, your Honor.

 4                       DIRECT EXAMINATION

 5   BY MR. NEW:

 6   Q.   Good afternoon, Mr. Mandl.

 7   A.   Good afternoon.

 8   Q.   Is there any particular title like doctor that people

 9   commonly call you by?

10   A.   Yes. I have a law degree and as such I have a title as

11   doctor.

12   Q.   Dr. Mandl, how old are you?

13   A.   I am 30 years of age.

14   Q.   And what countries are you a citizen of?

15   A.   I am a Cape Verde citizen and German.

16   Q.   And where do you currently live?

17   A.   In Cape Verde.

18   Q.   Now, where is Cape Verde located?

19   A.   Cape Verde is a small archipelago made up of ten islands

20   off the coast of West Africa.

21   Q.   Now, is there any one of those islands that's considered to

22   be the main island?

23   A.   Yes.  We have a largest island, Santiago, where the capital

24   of the city is called Praia, P-r-a-i-a.

25   Q.   And which island do you live on, Dr. Mandl?
```

1    A.   I live on another island called Isla de Sal, I-s-l-a,

2    space, d-e, space S-a-l.

3    Q.   So is it correct to refer to that island just as Sal,

4    S-a-l?

5    A.   Yes.

6    Q.   Now, is Cape Verde divided into any zones or districts?

7    A.   Yes, it's a division.   Two sections.   There is a group of

8    islands that composes a region of Barlavento, B-a-r-l-v-e-n-t-o

9    (sic), and there's another set of islands that composes the

10   region called Sotavento, S-o-t-a-v-e-n-t-o.

11   Q.   Which region is Sal in?

12   A.   In the Barlavento region.

13   Q.   And which region is Praia in?

14   A.   It's in the Sotavento region in the island of Santiago.

15   Q.   Now, Dr. Mandl, could you briefly tell us about your legal

16   background?   Let me -- let me re-ask that question.   Your legal

17   education.

18   A.   I had an undergraduate degree in law in 2013 by the

19   University of Mindelo in the Island of Sao Vicente in Cape

20   Verde and 2015 I started a --  a law internship and in 2018 I

21   concluded the internship, and it gave me definitive license as

22   an attorney.

23   Q.   So how long have you been practicing law?

24   A.   Since 2015.   Initially, as an internship attorney and

25   starting in 2018 as an attorney.

1  Q.  And what type of law have you been practicing?

2  A.  So Cape Verde, because it's a small archipelago in -- not

3  -- it's kind of limited.  We practice general law.

4       THE COURT:  Could you move the -- that microphone move

5  more?  Is that as far as it goes?

6       THE INTERPRETER:  I'll get closer, your Honor.

7       THE COURT:  The interpreter is the one that needs to be

8  speaking more into the microphone.

9       Okay.  Sorry.

10       MR. NEW:  I'm sorry.  I'm not sure I heard the answer,

11  your Honor.

12       THE COURT:  I didn't hear the question.

13       MR. NEW:   I'll repeat the question.  That's okay.

14  BY MR. NEW:

15  Q.  What type of law have you been be practicing, Dr. Mandl?

16  A.  As I have said, the competency for the attorneys is very

17  generic.  So attorneys work in several areas, but I

18  specifically work more in criminal law, civil law,

19  constitutional law, labor law and commercial law.

20  Q.  And do you have your own legal practice or are you part of

21  a larger group?

22  A.  I have my own practice, but I also have a partner.

23  Q.  Now, where in Cape Verde is your office located?

24  A.  In the Island of Sal, in the city of Santa Maria.

25  Q.  And where do you primarily practice?

1   A.   In the Island of Sal.

2   Q.   Now, Dr. Mandl, did there come a time when you came to

3   represent a man named Alex Saab?

4   A.   Yes.

5   Q.   And when did you first get retained to represent Mr. Saab?

6   A.   July 3rd of 2020.  At night, I was contacted by the main

7   attorney of the case in Cape Verde to represent Mr. Alex Saab,

8   to visit him in prison, in the Sal Island.

9   Q.   You mentioned that was the night of Friday, sorry, the

10  night of July 3rd, 2020, what day of the week was that?

11  A.   It was a Friday.

12  Q.   And what did you do after being -- immediately after being

13  retained?

14  A.   Because it was the nighttime, and indeed on a Friday, I was

15  not able to do anything.  But, the following day, on the 4th,

16  on a Saturday, so I went -- I headed to the prison

17  establishment, the Sal prison, and I requested a visit, to

18  visit Mr. Alex Saab to the -- I asked the warden.

19  Q.   And Mr. -- Dr. Mandl, at that point, what was your

20  understanding as to what had happened in Mr. Saab's case in

21  Cape Verde that led him, at that point, to be in Sal prison?

22  A.   Up until then, I only had information on the case through

23  social networks.  It was a very media-focused case in Cape

24  Verde.  And from what I knew, what I had found out, Mr. Alex

25  Saab had been detained in the Island of Sal on June 12th of

1    2020, within the context of an extradition case where he was

2    being required by the United States of America.

3    Q.   And Dr. Mandl, had he been in Sal prison the whole time

4    since he had been detained?

5    A.   No.

6    Q.   Could you explain where else he had been?

7    A.   As I have stated, Mr. Alex Saab was detained in the Island

8    of Sal, and had taken into account competency rules, competency

9    for the courts, so the -- competent tribunal for an extradition

10   would be an appeals court.  And that court is called, in

11   Portuguese, Tribunal da Relacao, R-e-l-a-c-a-o.  That tribunal

12   was headquartered in the island of -- island of -- for the

13   islands that are in the Barlavento region.  So that would be

14   the case for the Sal Island.

15   Q.   And after Mr. Saab was arrested, had he appeared in the

16   Barlavento court?

17   A.   No, not immediately.  So right after Mr. -- the detainment

18   of Mr. Saab, and keeping into account the COVID-19 pandemic,

19   there were no air connections between the islands.  And keeping

20   into account that Mr. Saab first appeared in the Sal court,

21   that it determined his preventative arrest.

22        And so that -- became in -- by the Sal court, had to be

23   confirmed by the competent tribunal, which would be the appeals

24   court.

25   Q.   So, eventually, did Mr. Saab get transferred to the appeals

1    court?

2    A.   Yes, to confirm the decision of the Sal court.

3    Q.   And so was Mr. Saab, at that point, physically transferred

4    from Sal to a different island?

5    A.   Yes.

6    Q.   And where was he transferred to?

7    A.   To the Island of Sao Vicente.

8    Q.   And then somehow he ended up back on Sal; is that correct?

9    A.   Yes.  So on July 3rd of 2020, on a Friday, Mr. Alex Saab

10   was transferred, sent to the Island of Sal.  And that's why I

11   was contacted him, to represent him.

12   Q.   Now, I would like to take you to the next day, July 4th,

13   and you began to explain what happened when you went to the

14   prison.  Were you initially allowed to visit Mr. Saab on

15   July 4th?

16   A.   Initially, I made a verbal request to the prison warden,

17   but that request was denied because this was on a weekend, on a

18   Saturday.  And the rule is that prison visits are only allowed

19   Monday through Friday, unless there is an exception that would

20   allow a visit on a weekend.

21        MR. KRAMER:   Objection, your Honor, relevance.

22        THE COURT:   You just give me like a -- in 30 seconds

23   what his testimony is going to be and at the end of day, so I

24   know where this is going.

25        MR. NEW:   Yes, your Honor.  After a few more questions,

1   we're going to get to the fact that Mr. -- Dr. Mandl requested

2   Mr. Saab's belongings from the prison and he is going to

3   testify about those events and what he found in the belongings.

4            THE COURT:  All right.  Overruled.

5   BY MR. NEW:

6   Q.   Were you eventually allowed in to see Mr. Saab on the 4th

7   of July?

8   A.   As I stated before, my verbal request was denied.  That's

9   why I wrote an application in writing explaining that Mr. Saab

10  had been transferred on a Friday night, and that's why I needed

11  to go visit him.  And according to the law, it is allowed to do

12  so on a weekend.

13  Q.   And in response to your written request, did the warden

14  allow you to visit Mr. Saab?

15  A.   Yes.

16  Q.   And, approximately, how long was that first visit with

17  Mr. Saab?

18  A.   Approximately, between 30 and 40 minutes.

19  Q.   And now after that first visit, how often did you go to the

20  prison to visit with Mr. Saab?

21  A.   So starting on July 6th, 2020, I would visit Mr. Saab twice

22  a day between Mondays and Fridays.

23  Q.   And when was the last time that you visited Mr. Saab?

24  A.   It was on July 25th of 2020.

25  Q.   And was that the last time that you saw Mr. Saab?

1    A.   Yes.

2    Q.   Now, did there come a time when you sought to obtain

3    Mr. Saab's belongings from the prison?

4    A.   Yes.

5    Q.   And when was that?

6    A.   That was on July 21st of 2020, in the morning.

7    Q.   Now, was -- was there anything in particular you were

8    looking for when you asked for Mr. Saab's belongings?

9    A.   Yes.  I knew that among Mr. Saab's belongings, there might

10   be important elements for the defense of Mr. Saab.

11   Q.   Now, in your experience, does Sal prison normally wait so

12   long to give a prisoner back his or her belongings?

13   A.   No.

14   Q.   And is there anything in particular that caused the delay

15   in this case?

16   A.   I cannot say.  So, by law, as soon as a prisoner goes into

17   a prison establishment, an inventory of all of his belongings

18   is done.  And the prison warden asks the prisoner to name a

19   person to which these belongings can be handed to.

20       Now, if the prisoner says there is no one to hand the

21   belongings to, then the prison can store the belongings.

22   Q.   And in the case of Mr. Saab, was there anybody to return

23   his belongings to before you asked for them?

24   A.   Mr. Alex Saab was not asked to indicate -- to name someone

25   who could take care of the belongings.

1    Q.   So just to be clear, your understanding is he was not even

2    asked to identify someone to give his belongings to?

3    A.   Correct.  He was not asked.

4    Q.   Now, how did you go about obtaining Mr. Saab's belongings

5    from the prison?

6    A.   In the morning of the 21st of July of 2020, I wrote an

7    authorization in the name of Mr. Alex Saab that he should sign,

8    providing the prison warden with the authorization for him to

9    give me all of his belongings.

10   Q.   And did you submit that authorization to the prison?

11   A.   Yes.

12   Q.   And what happened after you submitted the written

13   authorization to the prison?

14   A.   I presented that authorization, as I have stated, in the

15   morning of the 21st.  So, theoretically, that hand over of the

16   belongings should be immediately.

17   Q.   And in this case, was it immediate?

18   A.   No, it was not.  And indeed, in that afternoon on the same

19   21st, I once again requested the return of Mr. Saab's

20   belongings.  But nevertheless, the prison warden informed me

21   that he did not yet have a response to that request.

22   Q.   So were the belongings returned to you on the 21st of July?

23   A.   No.

24   Q.   When -- were they ever finally returned to you?

25   A.   Yes.

1    Q.   And when was that?

2    A.   It was on July 22nd, it was in the morning, somewhere

3    around 11:40.

4    Q.   And could you describe the circumstances that led to that

5    delivery on the morning of July 22nd?

6    A.   So the visits in the morning at the prison go all the way

7    to the 30th.  So at the end of the morning visit, the prison

8    warden came to me at the -- in the same room where I would see

9    Alex Saab, and then he informed me that they would proceed to

10   hand over the -- his belongings.

11   Q.   And did they then hand over Mr. Saab's belongings to you?

12   A.   Yes.  As I've stated, the prison warden went to the room,

13   he let me know that he would be handing over the belongings, so

14   he called in to come into that same room, the security chief,

15   by -- his name is Joa Siqueira, J-o-a S-i-q-u-e-i-r-a.  And the

16   guard commander by the name of Antonio Andrade.

17   Q.   And what happened after those men entered the room?

18   A.   So, after we came into the room, the prison warden asked

19   Mr. Joa Siqueira to go get the belongings and bring them back

20   to the room.

21   Q.   And did Mr. Siqueira then bring them back to the room?

22   A.   Yes.

23   Q.   Now, what exactly did Mr. Siqueira bring into the room?

24   A.   He brought in a luggage travel piece that was very big, and

25   a smaller luggage, piece of luggage.

1   Q.   Could you describe the large piece of luggage?

2   A.   It was -- as I have said, a travel piece of luggage that

3   was blue colored.

4   Q.   And do you remember what the other bag looked like?

5   A.   It was a very small piece of luggage, the carry-on type.

6   Q.   Now, at any point when you were in the room, were either of

7   the bags opened?

8   A.   Yes.

9   Q.   Which bag?

10   A.   Only the smallest one.

11   Q.   And what was the reason for opening the small bag?

12   A.   That was because I -- in that small suitcase, Mr. Alex

13   Saab's belongings were there, which -- with certain monetary

14   value, such as smartphones, jewelry, credit cards, chargers for

15   the phones, shaving machines, among others.

16   Q.   So what was the reason why you needed to look in the small

17   bag to check those items of value?

18   A.   That's because when they returned the detainee's

19   belongings, they do a manifest of what is being handed back.

20   Q.   Now, did -- was the larger bag opened at all while you were

21   in the prison?

22   A.   No, it was not opened.

23   Q.   Now, were you provided with any inventory for Mr. Saab's

24   belongings?

25   A.   Yes.  Like I said before, there is -- they prepare a hand

1   over guide which is a, an inventory of some of the items that

2   are there.

3   Q.  When you say "some of the items," why some of the items but

4   not all of the items?

5   A.  By law, the inventory should cover all of the items.  But,

6   in practice, in prison establishments, they only, in practice,

7   they only do an inventory of items that are either money or

8   that have a monetary value.  So, for example, in the inventory,

9   they are not going to put in there the number of T-shirts,

10  clothing items, et cetera.

11         MR. NEW:  Your Honor, I'd like to approach the witness

12  to show him an exhibit.

13         THE COURT:  Can you put it on the ELMO?

14         MR. NEW:  I guess I could, your Honor.  We can actually

15  publish it electronically.

16  BY MR. NEW:

17  Q.  So I'd like to show the witness -- Dr. Mandl, I have now

18  shown you what's been marked for identification as Defendant's

19  Exhibit BN, B as in boy, N as in Nancy.

20         THE COURT:  Does the Government have an objection to

21  this?

22         MR. KRAMER:  One moment, your Honor.

23         Your Honor, we're trying to determine the origin of

24  where this document came from.  I'm not sure if it is a

25  document the Government's produced, so we're trying to get a

1   sense of what it is.

2         THE COURT:  Let's put it on the ELMO.  Put it on the

3   ELMO.

4         All right.  Go ahead.

5         MR. NEW:  Your Honor, is it admitted or would you like

6   me to have the witness identify it?

7         THE COURT:  Do you have an objection?

8         MR. KRAMER:  Your Honor, the Government will need -- I

9   just don't know where the document actually came from.  I

10  don't -- it is not something the Government produced.

11        THE COURT:  What do you mean, you don't know?  All

12  right.  Ask him about it.

13        MR. NEW:  Thank you, your Honor.

14  BY MR. NEW:

15  Q.  Dr. Mandl, do you recognize what you see on the screen in

16  front of you that is marked as exhibit BN?

17  A.  Yes.

18  Q.  And what is depicted on this page that you can see on the

19  screen?

20  A.  It is the hand over guide that was prepared at the time of

21  the hand over of Mr. Alex Saab's belongings.

22  Q.  So, this guide was actually given to you when Mr. Saab's

23  belongings were returned on July 23rd, 2020; correct?

24  Actually, July 22nd, 2020?

25  A.  Can you please repeat the question?

1  Q.  Yes. I was just clarifying, is this a copy of the guide

2  that was handed to you at the prison in Sal on July 22nd, 2020?

3  A.  Yes.

4  Q.  And is that your signature on the document?

5  A.  Yes.  My signature is in two parts of the document.

6       THE COURT:  What is that scribbling under Item 9 or

7  next to Item 9?

8       THE WITNESS:  On Item 9 there was a correction that was

9  made.

10      THE COURT:  What was the correction?

11      THE WITNESS:  On Visa cards it -- it showed 10, but it

12  was changed to 11.  That's why it was signed by myself and the

13  prison warden to confirm the correction.

14      THE COURT:  You mean like Visa credit cards as opposed

15  to an immigration visa?

16      THE WITNESS:  Yes, a Visa credit card.

17      THE COURT:  All right.  I will allow this into

18  evidence.

19      (Defense Exhibit VN was received in evidence.)

20      MR. NEW:  Thank you, Judge.

21  BY MR. NEW:

22  Q.  Now, Dr. Mandl, what are the items that are listed here in

23  Rows 1 through 18?

24  A.  These were the items that were under the possession of

25  Mr. Alex Saab with some monetary value that were handed to me

1   on July 22nd of 2020.

2   Q.   Now, are these all the items that were in Mr. Saab's

3   belongings or just the ones with value?

4   A.   Only the ones with monetary value.

5   Q.   Now,  if I can ask you to take a look at the next page in

6   Exhibit VN and let me know if you recognize this page.

7   A.   Yes, I do recognize it.

8   Q.   And what is depicted on this page?

9   A.   That document was written by myself in the name of Mr. Alex

10  Saab, and it is the authorization.  It is the authorization to

11  the prison warden to hand me Mr. Alex Saab's belongings.

12  Q.   Okay. And now is this copy of this authorization handed

13  back to you along with the guide we just looked at?

14  A.   Yes.

15  Q.   And then --

16          THE COURT:  Like the original was given back to you?

17          THE WITNESS:  No, a copy.  The original remained in the

18  possession of the prison warden.

19  BY MR. NEW:

20  Q.   Now, Dr. Mandl, what's depicted on the next page?

21  A.   It is an inventory of some of Mr. Alex Saab's belongings

22  that he had under his possession when he entered the prison

23  establishment of Sao Vicente when he was transferred there.

24  Q.   Now, this inventory seems to be divided into two sections.

25  A.   Yes.

1  Q.   The Section Number 2m that is empty.  What -- what is the

2  title of that section?

3  A.   The title is inventory of monetary items in --

4        THE INTERPRETER:  I need to find the word in money.

5        MR. NEW:  I'll just ask the question in a different

6  way.

7  BY MR. NEW:

8  Q.   What is supposed to be listed in that section if it's

9  present?

10 A.   In that segment it should show the money that the prisoner

11 has with him.

12 Q.   And now how about the section below that, Section 3, what

13 is listed in that section?

14 A.   In that section it should show items that are not money but

15 do have monetary value.  So it says "Inventory for other items

16 of value."

17 Q.   And now, Mr. Saab -- excuse me -- Dr. Mandl, I would like

18 you to look at the last page of Exhibit VN.  Can you tell us

19 what this page is?

20 A.   That page is a continuation of the previous page.  So if we

21 look at the previous page on Segment 3 it had run out of room.

22 So because it was not possible to continue listing further

23 items on that table, they went onto a further page.

24 Q.   Thank you, Dr. Mandl.

25      Now, Dr. Mandl, what did you do with Mr. Saab's belongings

1    after they were given to you at the prison?

2    A.   After receiving the belongings of Mr. Alex Saab, I brought

3    them with me to my house.   Because I would no longer be going

4    back to the office, I brought them home.

5    Q.   And after you brought them home, did there come a time when

6    you opened the bags?

7    A.   Yes.

8    Q.   And, approximately, how long after you left the prison did

9    you open the bags?

10   A.   Approximately, between 40 to 45 minutes.

11   Q.   And was anybody with you when you opened the bags?

12   A.   My wife and my son were at home, but they were not in the

13   same room where I opened the luggage.

14   Q.   Now, at any point in time between when you received the

15   luggage and you opened it, did anyone else have access to it?

16   A.   No, no one.

17   Q.   Now, when you opened the large suitcase, what did you see

18   inside it?

19   A.   I found clothing, some shoes, a boot, several face masks,

20   there were magazines and some documents.

21   Q.   And how would you describe the general organization of the

22   bag when you opened it?

23   A.   In truth, the suitcase was very disorganized.   So the

24   clothing was not folded and the masks were somewhat spread out.

25   Q.   Now, were there any other bags inside the larger suitcase?

1   A.   Yes. There was a tan-colored backpack and there was also a

2   tan-colored folder that contained some documents.

3   Q.   Now, you mentioned earlier that you saw some documents in

4   the large suitcase.  How many documents did you see?

5   A.   It was a big stack of documents and it seemed to be there

6   were accounting or business type documents.

7   Q.   And where were those documents located?

8   A.   They were inside the tan colored folder.

9   Q.   Now, apart from those accounting documents inside the tan

10  colored folder, did you see any other documents in the

11  suitcase?

12  A.   Yes. There were three envelopes of white -- of the white

13  color and that within those were the -- were letters, precisely

14  three letters, one in each of the envelopes.

15  Q.   Now, were the envelopes open or sealed when you found them?

16  A.   They were open.

17  Q.   And did you take a look at each of those three letters?

18  A.   Yes, I did.

19  Q.   And what -- what did they look like?  Could you describe

20  them?

21  A.   Well, the letters appeared to be official documents. The

22  envelopes had a stamp on it that illustrated the symbol for the

23  Republic of Venezuela and also the letters also had a seal, a

24  stamp on it and also the letters were written on very thick

25  paper.

1   Q.  Now, could you -- do you recall what -- the substance of

2   any of the letters?

3   A.  As I have stated, they appeared to be official letters and

4   one of them was signed by President Nicolas Maduro and the

5   letters were written in Spanish.

6   Q.  Do you read Spanish, Dr. Mandl?

7   A.  Yes.  Spanish is very close to Portuguese so I do

8   understand.

9           THE COURT:  Okay, let's take a seven-minute break and

10  be back to finish up.  See everybody in seven minutes.

11          (Whereupon, there was a recess, after which the

12  following proceedings were had:)

13          THE COURT:  Thank you.  Be seated.

14          All right.  Go ahead, Mr. New.

15          MR. NEW:  Thank you, your Honor.

16  BY MR. NEW:

17  Q.  Dr. Mandl, I would like to show you Exhibit -- Defense

18  Exhibit AT which is already admitted into evidence.  Do -- do

19  you recognize this document?

20  A.  Yes.

21  Q.  And what is this document on Page 1 of Exhibit AT?

22  A.  That's one of the three letters that I found in the

23  suitcase of Mr. Saab.

24  Q.  And how do you recognize this letter?

25  A.  I remember the signatory.  This was signed by Delcy

1    Rodriguez Gomez who is the Executive President of Venezuela by

2    the seal in the upper corner, left upper corner.  And I also

3    remember that it was addressed to the Agricultural Minister of

4    Iran and that's one of the reasons that this is an official

5    document.

6    Q.   Now, I would like you to take a look at Page 2 of Exhibit

7    AT.  And focusing on the envelope in the top half of the page,

8    do you recognize this envelope?

9    A.   Yes, I do recognize this envelope.

10   Q.   And how do -- what is this envelope?

11   A.   This is one of the three envelopes that I found in

12   Mr. Saab's suitcase.

13   Q.   And is this the envelope in which you found the letter that

14   we just read on Page 1?

15   A.   Yes.

16   Q.   Now, in this exhibit, there's a letter and a folder at the

17   bottom of the page.  Do you see that?

18   A.   Yes.

19   Q.   Were those inside the envelope when you found it?

20   A.   Yes, they were inside.

21   Q.   I'm showing you Page 6 of Exhibit AT.  Do you recognize

22   this letter?

23   A.   Yes, I do recognize it.

24   Q.   And was this also one of the letters that you found in

25   Mr. Saab's luggage?

1   A.   Yes. This is the second letter signed by Ms. Delcy

2   Rodriguez.

3   Q.   And what is the date of this letter?

4   A.   June 1, 2020.

5   Q.   And who is it addressed to?

6   A.   To a senior advisor to the vice-president of Iran.

7   Q.   Now, turning to the next page, Page 7, of Exhibit AT and at

8   the top of the page, there is an envelope.  Do you see that?

9   A.   Yes.

10  Q.   Do you recognize that envelope?

11  A.   Yes, I do recognize it.

12  Q.   And what is that envelope?

13  A.   This envelope was also in Mr. Alex Saab's luggage and

14  inside it was that letter that was previously shown.

15  Q.   Now, at the bottom of this same page there's a letter and a

16  folder.  Do you see that?

17  A.   Yes.

18  Q.   And were those inside the envelope that you found in

19  Mr. Saab's luggage?

20  A.   I can't really see the letter.  The image is a bit blurry.

21  Q.   Is that any better, Dr. Mandl?

22  A.   Yes.  To answer your question, yes, that was the letter

23  that was inside that envelope.

24  Q.   And now turning to Page 10 of Exhibit AT.  Do you recognize

25  this letter, Dr. Mandl?

1   A.   Yes, I do recognize it.

2   Q.   And what is this letter?

3   A.   So this letter was also inside Mr. Alex Saab's luggage.

4   Q.   And how do you recognize it?

5   A.   This is the letter signed by President Nicolas Maduro.

6   Actually, this is the letter that called my attention for the

7   most part.  So because there's the first paragraph that

8   contained --  that contains language about God, spirits so that

9   really stayed with me.

10   Q.   Now, what is the date of this letter?

11   A.   June 11, 2020.

12   Q.   And who is it addressed to?

13   A.   The senior leader of the Islamic from Iran.  Regional

14   named Ayatollah.

15   Q.   Now, if I could -- turning to the next page, do you

16   recognize this page?

17   A.   Yes.

18   Q.   And what is this?

19   A.   That's the continuation of the same letter.

20   Q.   And whose signature is there?

21   A.   Nicolas Maduro.

22   Q.   And now finally turning to the last page of Exhibit AT,

23   focusing on the top half, do you recognize the envelope

24   depicted in the top half of Page 12 of Exhibit AT?

25   A.   Yes, I do recognize it.

1    Q.   And what is that?

2    A.   It's another envelope that I found inside Mr. Saab's

3    luggage.

4    Q.   And do you recall which letter was inside this envelope?

5    A.   Yes.  The one signed by President Nicolas Maduro.  Yes,

6    because the -- all the envelopes had a sender and an addressee.

7    Q.   Now, at the bottom of the page, there's a two-page letter

8    and an envelope, do you recognize those?

9    A.   Yes, I do recognize.

10   Q.   And were those letters and the envelope inside with --

11        Were these items inside the envelope at the top of the page

12   when you found it in Mr. Saab's luggage?

13   A.   Yes. They were.

14   Q.   Dr. Mandl, I would like to show you what is already

15   admitted into evidence as Exhibit AI.

16        Do you recognize this document?

17   A.   Yes.

18   Q.   And what is it?

19   A.   One of the letters that was found inside Mr. Saab's luggage

20   addressed to the Agricultural Minister.

21   Q.   Now, I would like to direct your attention to the top of

22   the page of Exhibit AI.  Do you see some typing at the top

23   header of the page?

24   A.   Yes.

25   Q.   Now, was that typing on the letter when you saw it in

1  Mr. Saab's luggage?

2  A.  No, they were not.

3  Q.  Now, there is a date written on the upper left-hand corner.

4  Do you see that?

5  A.  Yes.

6  Q.  And what date is that?

7  A.  June 20th, 2020.

8  Q.  Very quickly, Dr. Mandl, I would like to show you what has

9  been admitted as Exhibit AJ.  Do you recognize this exhibit?

10  A.  Yes, I do recognize this.

11  Q.  Is this another copy of one of the letters you found in

12  Mr. Saab's luggage?

13  A.  Yes, it is.

14  Q.  Now, I am showing you what is admitted into evidence as

15  Defense's Exhibit AL.  Do you recognize this letter?

16  A.  Yes, I do recognize it.

17  Q.  And what is this letter?

18  A.  This is the letter that was signed by President Nicolas

19  Maduro.

20  Q.  So this is another copy of one of the letters you found in

21  Mr. Saab's luggage; correct?

22  A.  Yes.  Correct.

23  Q.  If I could direct your attention again to the top -- at the

24  very top of Exhibit AL, is there some typing on the top?

25  A.  Yes.

1    Q.   Was that typing on the document when you saw it in

2    Mr. Saab's luggage?

3    A.   No.

4    Q.   And what is the date typed on the upper left-hand corner of

5    AL, Exhibit AL?

6    A.   June 20th, 2020.

7         MR. NEW:  Your Honor, may I have a moment to speak to

8    Mr. Kramer?

9         THE COURT:  Yes.

10        MR. NEW:  Your Honor, the defense would like to offer

11   Exhibits AU, AV, and AW, which are additional copies of the

12   same letters we just discussed, but with translations.

13        THE COURT:  All right.  Any objection?

14        MR. KRAMER:  No, your Honor.

15        THE COURT:  All right.  So those three exhibits will be

16   received in evidence.

17        (Defendant's No. AU, Letter from Delcy Rodriguez Gomez to

18        Kazam Khavazi, was received in Evidence.)

19        (Defendant's No. AV, letter from Delcy Rodriguez Gomez to

20        Sadegh Kharazi, was received in Evidence.)

21        (Defendant's No. AW, Letter from Nicolas Maduro to

22        Ayatollah Khamenei, was received in Evidence.)

23   BY MR. NEW:

24   Q.   Finally, Dr. Mandl, I would like to show you what has been

25   marked for identification as Defendant Exhibit AY.

1      Do you recognize what is depicted in Exhibit AY?

2  A.  Yes, I recognize it.

3  Q.  And what is this?

4  A.  It is a brown folder that had the envelopes inside, and the

5  letters inside, and the other documents, as well.

6  Q.  And the second page, I'm just showing it to you, is that

7  another photograph of that same brown folder?

8  A.  Yes, it is.

9  Q.  And the same with the third page, is that another

10  photograph from a different angle of the same brown folder?

11  A.  Yes, it is.

12  Q.  And are the photographs in Exhibit AY true and correct

13  copies of the brown folder as it was when you saw it?

14  A.  Yes, they are.

15      MR. NEW:  Your Honor, the defense offers Exhibit AY.

16      THE COURT:  All right, that is in evidence.

17      (Defendant's No. AY, Photographs of Brown Folder, was

18      received in Evidence.)

19  BY MR. NEW:

20  Q.  Dr. Mandl, did you look inside that brown folder at all?

21  A.  Yes, I did.

22  Q.  And what did you see inside it?

23  A.  I saw the documents that I mentioned previously, that

24  looked like -- it could all be financial or commercial nature,

25  in the three envelopes.

1   Q.   Just to be clear, the three envelopes with the letters that

2   we were previously discussing, those were in that brown folder?

3   A.   Yes, they were.

4   Q.   Do you remember what any of the other documents in that

5   folder looked like?

6   A.   Honestly, the remaining documents didn't really catch my

7   attention.  I do not recall.

8   Q.   Now, Dr. Mandl, how long did you continue to visit Mr. Saab

9   in prison in Sal?

10  A.   I visited Mr. Alex Saab in prison until July 25th, 2020,

11  because at that point, the lead attorney, the lead counsel for

12  Mr. Saab, Mr. Montiero, who hadn't been able to travel to Sal

13  due to COVID-19 issues, then he was finally able to get to Sal.

14        MR. NEW:  Your Honor, if I may have a moment.  I may be

15  done.

16        THE COURT: Okay.

17        MR. NEW:  Your Honor, I pass the witness.

18        THE COURT:  Do you have cross-examination?

19        MR. KRAMER:  Yes, your Honor.

20                    CROSS-EXAMINATION

21  BY MR. KRAMER:

22  Q.   Good afternoon, Dr. Mandl.

23  A.   Good afternoon.

24  Q.   You worked on this case with Dr. Pinto; is that correct?

25  A.   Yes.

1   Q.   And I think you say in the declaration that you submitted

2   as part of this case, that you communicated regularly with

3   Dr. Pinto as a conduit between him and Mr. Saab; is that

4   correct?

5   A.   Correct.

6   Q.   And you were involved in his defense during this time; is

7   that correct?

8   A.   Honestly, I was not involved in the extradition process,

9   per se.  I was not part of the defense in that case.

10  Q.   Were you aware of what was going on in the defense, though,

11  as a conduit between the defense and Mr. Saab?

12  A.   The arguments and the strategy for the defense, I was not

13  on the inside for that.

14  Q.   I understand you were not on the inside, but you were aware

15  of the arguments being made; correct?

16  A.   No.

17  Q.   So you previously testified that before you were even

18  retained here, you knew about the case because it was big news

19  and you learned about it on social media and it was a very big

20  deal in Cabo Verde; is that correct?

21  A.   Yes, it was big news.

22  Q.   So you knew about what was going on in the case before you

23  were retained to be representing Mr. Saab, but afterwards, you

24  no longer paid attention to what was going on in the defense?

25  A.   Well, honestly, before being hired, I had knowledge of what

1    was being disseminated in the news about the case.  And the

2    newspapers did not have access to the arguments for the

3    defense, and also, not for the other side.

4    Q.   And so as part of the defense team, you had no knowledge

5    that he was claiming he was a diplomat and therefore, immune

6    from prosecution?

7    A.   Yes, that was in the newspapers.  I did have knowledge of

8    that even before being hired.

9    Q.   And so you were aware that he was making claims of

10   diplomatic immunity; correct?

11   A.   Yes.

12   Q.   Were you aware he was making those claims under the Special

13   Omissions Convention?

14   A.   The arguments, per se, of the convention, that was not

15   disseminated, it was just an abstract part of it.

16   Q.   So my question is:  Were you aware that he was arguing he

17   was immune from prosecution under the United Nations Special

18   Conventions Mission?

19         MR. NEW:  Your Honor, I object.  There's a lack of

20   foundation and it's a compound question and it's assuming

21   something not in evidence.

22         MR. KRAMER:  To make it clear --

23         THE COURT:  I'm trying to -- is there anything that he

24   said that is -- are you going to argue to me later that he

25   didn't find these documents?

1          MR. KRAMER:  No, your Honor.  No, that's -- that's --
2    I'm going to ask about those documents.

3          THE COURT:  I'm trying to figure it out.  He came,
4    basically, in a nutshell, he's going to say I represented him
5    for a short period of time, I got back his belongings and with
6    the belongings were these documents.

7          MR. KRAMER:  Your Honor, as a member of his legal team,
8    what I'm trying to ask about is, they made certain arguments
9    about his immunity which were then found in the Special
10   Missions Convention.

11         THE COURT:  I'm talking about what his testimony, he
12   can testify either as to what his immunity is.  He's a fact
13   witness about these documents.  So are you contesting that, if
14   you're not contesting it, why are you asking so many questions?

15         MR. KRAMER:  I'll move on, your Honor.

16         THE COURT:  Okay.

17         MR. KRAMER:  I just have a very few brief questions
18   about the documents themselves.  Can you please bring up
19   Exhibit AT, Mr. Laurente?

20   BY MR. KRAMER:

21   Q.  And just looking at Page 1 here, recognizing this is the
22   document you said you found, do you see any reference towards
23   Mr. Saab on this document?

24         THE COURT:  Can't I see that there isn't any?

25         MR. KRAMER:  Yes, sir.

1          THE COURT:  Okay.

2          THE WITNESS:  Can you please repeat the question?

3     BY MR. KRAMER:

4     Q.   Simply, is there any reference towards Mr. Saab in this

5     document?

6     A.   No.  No.  I did not see any reference in the document.

7          MR. KRAMER:  Your Honor, the Government has no further

8     questions.

9          THE COURT:  Do you have any redirect?

10         MR. NEW:  No, your Honor.

11         THE COURT:  All right.  Thank you, Doctor.

12         You may step down.

13         [Witness Excused]

14         THE COURT:  So we are going to recess for the evening.

15         Since we have the Portuguese interpreters here, let's

16    talk about our logistics for tomorrow.  Do you need them

17    tomorrow?

18         MR. NEW:  No, your Honor.  I don't believe we will.

19         THE COURT:  Does anybody need them tomorrow?

20         MR. KRAMER:  No, your Honor.

21         THE COURT:  Or any time?

22         All right.  So I have an 8:30 hearing that shouldn't

23    take more than 20 minutes or so, so we will start at 9 o'clock.

24    I don't know how much stuff you have here, as long as you leave

25    room for the lawyers in that one hearing, that use part of the

1    desk, you can do that.  All right.  We will see everybody at 9

2    o'clock on this case.

3              THE COURTROOM DEPUTY:  All rise.

4              (Concluded at 5:45 P.M.)

5                         _     _     _

6

7                     C E R T I F I C A T E

8

9

10             I hereby certify that the foregoing is an

11   accurate transcription of the proceedings in the

12   above-entitled matter.

13

14   _____ , 2022      /s/Sharon Velazco
     DATE                        SHARON VELAZCO, RPR, FPR
15                               Official Court Reporter
                                 United States District Court
16                               400 North Miami Avenue
                                 8th Floor
17                               Miami, Florida 33128

18

19

20

21

22

23

24

25

## $

**$200** [3] - 98:24, 98:25, 99:6

## /

**/s/Sharon** - 161:13

## 0

**000310** [1] - 41:14
**000319** [1] - 41:2

## 1

**1** [11] - 1:8, 50:9, 50:18, 52:1, 63:22, 73:14, 143:23, 148:21, 149:14, 150:4, 159:21
**10** [12] - 4:6, 50:16, 50:17, 50:25, 51:3, 51:4, 51:16, 51:18, 51:19, 52:1, 143:11, 150:24
**100** [1] - 50:7
**10111** [1] - 1:23
**1050** [2] - 2:4, 2:8
**11** [7] - 12:12, 14:9, 88:8, 93:13, 93:17, 143:12, 151:11
**110** [1] - 3:15
**1100** [2] - 2:5, 2:9
**112** [1] - 3:18
**11:00** [1] - 94:4
**11:40** [1] - 139:3
**11th** [8] - 14:21, 18:20, 91:9, 93:4, 93:25, 110:13, 110:20, 110:25
**12** [7] - 1:5, 15:22, 63:8, 73:23, 75:14, 83:18, 151:24
**12.470.365** [1] - 33:2
**12054902** [1] - 31:25
**121** [2] - 3:18, 4:10
**12850322** [1] - 31:9
**12:05** [1] - 73:13
**12G** [1] - 2:17
**12th** [2] - 94:2, 133:25
**13** [18] - 4:8, 56:19, 61:21, 61:22, 61:24, 61:25, 62:7, 62:9, 62:16, 64:13, 66:25, 68:5, 69:17, 87:10, 87:11, 87:13, 87:15, 87:17

**130** [1] - 3:20
**13th** [2] - 56:21, 68:20
**14** [5] - 62:2, 62:3, 62:11, 68:14, 68:18
**1400** [1] - 1:18
**143** [1] - 4:11
**14th** [3] - 65:12, 70:16, 75:2
**15** [6] - 62:3, 64:9, 69:11, 87:6, 88:5, 95:13
**15-minute** [1] - 109:20
**154** [3] - 4:11, 4:12, 4:12
**155** [1] - 4:13
**156** [1] - 3:21
**157-1** [1] - 75:20
**159** [1] - 1:8
**15th** [2] - 2:20, 74:21
**16** [7] - 62:3, 62:7, 62:9, 65:7, 70:4, 70:7, 96:9
**17** [6] - 4:7, 57:10, 57:14, 57:21, 59:17, 59:19
**17A** [4] - 4:7, 59:17, 59:19, 59:22
**18** [1] - 143:23
**19** [5] - 57:2, 57:3, 75:22, 83:12, 83:15
**1956** [1] - 75:18
**1982** [2] - 113:4, 114:16
**1993** [1] - 35:13
**1:19-CR-20450** [1] - 1:2
**1:30** [1] - 73:19
**1st** [1] - 41:7

## 2

**2** [5] - 64:11, 69:11, 76:10, 80:9, 149:6
**2-C** [1] - 2:20
**20** [3] - 56:19, 83:18, 160:23
**200** [3] - 2:12, 50:7, 50:9
**20005** [1] - 1:19
**2002** [1] - 114:15
**20036-5318** [2] - 2:5, 2:9
**2005** [1] - 96:23
**2010** [4] - 79:7, 98:3, 107:14, 107:16
**2011** [2] - 108:8, 108:9
**2013** [1] - 131:18

**2015** [2] - 131:20, 131:24
**2018** [25] - 9:7, 13:21, 19:4, 20:2, 20:4, 38:23, 50:12, 57:2, 57:3, 63:20, 78:15, 78:23, 79:9, 97:2, 97:7, 97:23, 98:5, 98:23, 99:4, 107:16, 107:17, 114:6, 131:20, 131:25
**2019** [3] - 15:1, 118:16, 120:23
**2020** [78] - 9:23, 10:3, 10:12, 10:16, 11:14, 11:16, 12:12, 14:9, 15:22, 20:18, 41:7, 48:22, 50:12, 60:15, 62:16, 63:8, 63:9, 64:13, 65:12, 68:12, 68:20, 69:17, 70:16, 74:20, 74:21, 75:3, 75:10, 75:11, 75:14, 81:7, 81:9, 81:10, 81:18, 83:23, 84:11, 84:12, 84:23, 85:4, 85:15, 85:18, 86:1, 87:10, 87:11, 87:13, 87:15, 87:17, 88:8, 94:2, 97:11, 97:14, 97:21, 106:11, 118:17, 121:20, 125:7, 125:8, 126:18, 127:6, 127:13, 127:20, 133:6, 133:10, 134:1, 135:9, 136:21, 136:24, 137:6, 138:6, 142:23, 142:24, 143:2, 144:1, 150:4, 151:11, 153:7, 154:6, 156:10
**2021** [3] - 9:21, 45:10, 126:21
**2022** [7] - 1:5, 15:20, 20:5, 74:23, 75:4, 75:9, 161:13
**20th** [2] - 153:7, 154:6
**21st** [8] - 75:2, 118:16, 120:22, 137:6, 138:6, 138:15, 138:19, 138:22
**22** [4] - 4:3, 81:7, 86:1, 125:8
**22nd** [6] - 118:17, 139:2, 139:5, 142:24, 143:2, 144:1
**23** [1] - 4:4
**2300** [1] - 2:13
**23rd** [1] - 142:23

**24** [10] - 4:4, 4:6, 53:11, 53:12, 53:18, 53:21, 53:25, 54:3, 54:10, 54:12
**24A** [7] - 4:6, 53:12, 53:17, 53:20, 53:25, 54:10, 54:14
**24B** [10] - 4:6, 53:9, 53:12, 53:15, 53:18, 53:25, 54:5, 54:16, 54:19
**25** [1] - 95:25
**25th** [3] - 60:15, 136:24, 156:10
**26** [3] - 77:18, 96:2, 96:3
**2m** [1] - 145:1

## 3

**3** [11] - 11:16, 60:2, 62:12, 68:15, 75:2, 76:10, 118:21, 119:7, 119:13, 145:12, 145:21
**3-3-1993** [1] - 35:12
**30** [5] - 42:6, 50:10, 130:13, 135:22, 136:18
**30th** [1] - 139:7
**319** [1] - 41:14
**32801** [1] - 2:13
**33128** [2] - 3:5, 161:16
**33132** [2] - 1:15, 2:21
**33140** [1] - 2:17
**34** [1] - 3:12
**39** [1] - 4:5
**3rd** [2] - 133:6, 133:10, 135:9

## 4

**4** [8] - 6:17, 60:9, 75:8, 76:10, 83:3, 83:7, 90:25, 91:5
**40** [3] - 109:17, 136:18, 146:10
**400** [2] - 3:4, 161:15
**41** [1] - 4:5
**41.527** [1] - 54:12
**41.527-Translated** [1] - 54:14
**41.527-U.S** [1] - 54:16
**42** [2] - 3:13, 77:10
**45** [2] - 1:23, 146:10
**48** [1] - 112:23
**4th** [5] - 1:14, 133:15, 135:12,

**135:15, 136:6**

## 5

**5** [5] - 50:16, 51:4, 65:8, 117:20, 119:19
**50** [2] - 50:7, 83:18
**51** [1] - 4:6
**54** [1] - 4:6
**555** [1] - 2:20
**56** [1] - 34:18
**57** [1] - 4:7
**5750** [1] - 2:16
**59** [1] - 4:7
**5:45** [2] - 1:6, 161:4

## 6

**6** [9] - 53:9, 54:19, 82:15, 83:18, 117:21, 117:23, 120:6, 120:19, 149:21
**6-8-20** [1] - 61:25
**6.373** [5] - 18:22, 19:1, 19:21, 57:14, 59:22
**610/458732** [1] - 75:11
**62** [1] - 4:8
**66** [1] - 3:12
**6th** [2] - 46:14, 136:21

## 7

**7** [3] - 9:23, 75:23, 150:7
**7591556** [1] - 29:7
**76** [1] - 4:8
**77** [1] - 3:15
**78** [1] - 58:5

## 8

**8** [11] - 68:12, 75:4, 75:9, 75:11, 84:23, 85:4, 85:15, 85:18, 92:17, 92:21, 106:11
**82** [2] - 4:9, 4:9
**88.10(n** [1] - 74:15
**8:30** [2] - 32:22, 160:22
**8th** [11] - 1:19, 74:21, 74:23, 84:11, 84:12, 85:13, 86:6, 86:11, 86:20, 106:15, 161:16

## 9

**9** [5] - 143:6, 143:7,

143:8, 160:23, 161:1
**90** [7] - 73:19, 73:21,
73:22, 101:20,
101:25, 102:3, 102:18
**92** [1] - 4:10
**95** [1] - 3:16
**99** [1] - 1:14
**9:02** [1] - 1:6
**9th** [1] - 63:20

# A

**A-r-r-i-e-c-h-e** [1] -
77:5
**A.M** [1] - 94:4
**a.m** [1] - 1:6
**AA** [3] - 22:15, 22:23,
22:25
**abandoned** [2] -
45:3, 45:10
**Abdulaziz** [2] - 22:10
**ability** [3] - 84:4,
127:8, 127:20
**able** [13] - 33:19,
36:12, 81:3, 82:13,
83:7, 83:15, 84:8,
91:16, 91:22, 116:22,
133:15, 156:12,
156:13
**above-entitled** [1] -
161:11
**abroad** [4] - 103:13,
116:20, 116:21, 122:2
**absolutely** [2] - 45:1,
55:1
**abstract** [1] - 158:15
**AC** [5] - 4:4, 23:9,
23:19, 23:20, 24:11
**AC-AP** [1] - 4:4
**accent** [1] - 89:8
**accept** [1] - 8:21
**accepted** [1] - 16:9
**access** [5] - 9:23,
38:4, 52:8, 84:7,
116:11, 146:15, 158:2
**accommodations**
[1] - 128:15
**accompanied** [4] -
86:22, 86:25, 88:2,
94:8
**accompany** [4] -
79:13, 104:2, 107:20,
107:25
**accompanying** [2] -
104:7, 105:12
**according** [8] -
37:16, 69:25, 75:23,
125:6, 125:8, 126:5,
126:7, 136:11
**account** [3] - 134:8,

134:18, 134:20
**accounting** [2] -
147:6, 147:9
**accreditation** [2] -
48:21, 50:15
**accredited** [1] -
42:18
**accurate** [3] - 54:8,
93:24, 161:10
**accurately** [5] -
22:18, 22:19, 91:8,
93:2, 93:23
**acquired** [1] - 19:3
**acronym** [1] - 113:22
**acting** [2] - 70:24,
127:17
**action** [1] - 116:17
**activate** [1] - 36:15
**active** [6] - 77:14,
77:18, 78:7, 78:10,
78:12, 79:22
**activities** [5] - 14:16,
79:14, 84:19, 87:7,
89:4
**actual** [4] - 16:18,
20:22, 22:19, 101:2
**AD** [1] - 23:9
**added** [1] - 10:4
**addition** [3] - 96:10,
100:1, 126:6
**additional** [3] - 87:6,
127:24, 154:11
**additives** [1] - 75:25
**address** [2] - 17:1,
37:3
**addressed** [12] -
37:3, 60:17, 63:11,
90:11, 90:13, 91:17,
91:23, 93:8, 149:3,
150:5, 151:12, 152:20
**addressee** [1] -
152:6
**addresses** [1] - 37:1
**adicionalmente** [1] -
68:25
**Administer** [1] -
60:18
**administer** [7] -
28:11, 29:12, 31:1,
31:13, 32:5, 76:20,
112:5
**administered** [1] -
29:19
**administration** [2] -
43:24, 44:4
**administrative** [5] -
28:17, 56:17, 113:16,
119:23, 120:1
**administrator** [1] -
116:10

**admissibility** [2] -
24:15, 76:7
**admissible** [1] -
21:20
**admission** [6] -
21:22, 22:21, 22:22,
24:8, 81:23, 120:24
**admit** [1] - 57:12
**admitted** [7] - 59:21,
124:23, 142:5,
148:18, 152:15,
153:9, 153:14
**advance** [2] - 74:17,
84:20
**advisor** [2] - 14:21,
93:9, 150:6
**AE** [2] - 23:8, 23:11,
23:12
**AF** [3] - 23:8, 23:11,
23:12
**Affairs** [42] - 10:6,
10:14, 11:17, 11:21,
13:23, 14:1, 14:7,
35:6, 35:8, 35:11,
35:20, 36:3, 36:10,
37:6, 37:24, 38:21,
39:1, 39:4, 39:9,
40:18, 40:23, 41:3,
42:6, 42:8, 42:10,
45:24, 47:5, 60:18,
60:25, 61:1, 63:12,
64:18, 77:22, 78:3,
78:17, 78:25, 97:20,
114:23, 119:1,
122:19, 124:16
**Affairs'** [1] - 14:3
**affirm** [2] - 76:21,
112:8
**Africa** [1] - 130:20
**after-the-fact** [1] -
20:25
**afternoon** [13] - 7:10,
95:23, 95:24, 111:21,
112:1, 112:2, 112:5,
121:18, 130:6, 130:7,
138:18, 156:22,
156:23
**afterwards** [1] -
157:23
**AG** [1] - 76:1
**age** [1] - 130:13
**agencies** [1] - 21:15
**agency** [8] - 14:22,
14:24, 71:22, 71:25,
72:2, 72:4, 72:15,
113:20
**agent** [6] - 12:23,
20:20, 69:4, 69:7,
70:1, 70:25
**Agent** [1] - 5:7

**ago** [4] - 36:11,
46:16, 49:10, 69:14
**agree** [1] - 74:16
**agreed** [5] - 21:7,
31:22, 57:12, 62:5,
74:8
**agreement** [1] -
75:25
**Agricultural** [2] -
149:3, 152:20
**Agriculture** [1] - 92:1
**ahead** [8] - 34:10,
77:6, 98:21, 112:19,
113:5, 130:2, 142:4,
148:14
**AI** [6] - 23:8, 23:9,
23:13, 23:14, 152:15,
152:22
**aide** [1] - 96:5
**air** [3] - 127:3,
127:16, 134:19
**Airline** [1] - 87:23,
87:24
**airport** [13] - 14:10,
79:23, 84:14, 85:1,
86:21, 87:25, 88:2,
94:3, 94:5, 94:20,
95:7, 95:12, 105:12
**AJ** [2] - 23:8, 23:15,
153:9
**AK** [2] - 23:8, 23:9,
23:15
**AL** [4] - 153:15,
153:24, 154:5
**Alcala** [1] - 55:18
**ALEX** [1] - 1:7
**Alex** [34] - 5:3, 5:5,
5:12, 15:21, 40:8,
59:10, 61:4, 68:2,
74:14, 77:25, 83:10,
96:13, 98:6, 100:5,
118:12, 121:20,
133:3, 133:7, 133:18,
133:24, 134:7, 135:9,
137:24, 138:7, 139:9,
140:12, 142:21,
143:25, 144:9,
144:11, 144:21,
146:2, 151:3, 156:10
**alex** [2] - 39:14,
150:13
**ALEXANDER** [1] -
1:16
**alexander.kramer@
usdoj.gov** [1] - 1:20
**ALFREDO** [1] - 33:1
**Alfredo** [3] - 26:13,
28:9, 28:22
**Ali** [2] - 12:7, 12:9
**alleged** [1] - 105:2

**alleviate** [1] - 10:19
**allow** [5] - 117:9,
126:21, 135:20,
136:14, 143:17
**allowed** [5] - 118:25,
135:14, 135:18,
136:6, 136:11
**almost** [2] - 12:25,
50:10
**Alvaro** [1] - 99:9
**Ambassador** [2] -
11:18, 11:20
**ambassador** [6] -
53:6, 55:16, 55:21,
59:4, 59:5
**ambassadors** [1] -
37:10
**AMERICA** [1] - 1:4
**America** [3] - 5:3,
74:13, 134:2
**amount** [1] - 99:6
**Andrade** [1] - 139:16
**Andres** [1] - 35:19
**angle** [1] - 155:10
**answer** [14] - 8:18,
8:25, 16:5, 32:16,
43:23, 81:14, 85:8,
89:19, 96:21, 99:19,
102:14, 105:8,
132:10, 150:22
**answered** [5] -
49:18, 58:14, 62:22,
72:25, 123:6
**Antonio** [2] - 55:18,
139:16
**AP** [4] - 4:4, 23:19,
23:21, 24:11
**Aparisi** [1] - 129:1
**Aparisi-
Winthuysen** [1] -
129:1
**apart** [1] - 147:9
**apologies** [1] -
111:16
**apologize** [5] - 9:16,
52:14, 61:13, 64:12,
106:2
**appeals** [3] - 134:10,
134:23, 134:25
**APPEARANCES** [2] -
1:12, 2:2
**appeared** [5] - 12:21,
134:15, 134:20,
147:21, 148:3
**application** [1] -
136:9
**apply** [1] - 26:3
**appointed** [5] - 10:7,
18:23, 20:14, 78:14,
97:23

**appointing** [2] - 13:22, 42:12

**appointment** [10] - 9:7, 20:12, 42:17, 55:15, 55:21, 58:2, 78:4, 115:17, 118:5

**appointments** [3] - 37:17, 42:14, 42:21

**appreciate** [1] - 128:16

**appreciated** [1] - 34:8

**approach** [2] - 34:9, 141:11

**approached** [2] - 45:22, 100:10

**appropriate** [1] - 59:2

**appropriately** [1] - 20:14

**April** [15] - 9:21, 10:16, 13:21, 41:7, 63:20, 75:2, 87:10, 87:11, 87:13, 87:15, 87:17, 126:20, 127:12

**AR** [4] - 4:4, 23:19, 23:25, 24:11

**AR-AS** [1] - 4:4

**archipelago** [2] - 130:19, 132:2

**archived** [4] - 38:20, 38:21, 38:22, 39:2

**archives** [5] - 14:3, 38:1, 38:25, 39:4, 40:18

**archiving** [1] - 35:2

**area** [1] - 55:1

**areas** [4] - 75:6, 115:3, 126:3, 132:17

**argue** [4] - 16:18, 18:4, 18:5, 158:24

**arguing** [1] - 158:16

**argument** [5] - 17:23, 18:11, 18:18, 20:13, 21:3

**arguments** [13] - 13:8, 13:9, 16:22, 16:23, 16:24, 17:5, 18:11, 157:12, 157:15, 158:2, 158:14, 159:8

**armed** [7] - 77:14, 77:16, 95:25, 96:6, 97:3, 100:1, 100:16

**arranging** [1] - 101:2

**Arreaza** [10] - 38:18, 39:13, 40:8, 60:24, 63:18, 63:19, 64:21, 69:19, 78:4, 97:19

**arrest** [5] - 12:22,

13:1, 20:18, 61:18, 134:21

**arrested** [8] - 12:19, 16:10, 61:16, 62:17, 63:4, 63:8, 121:20, 134:15

**Arrieche** [16] - 14:5, 14:7, 14:11, 31:8, 31:16, 74:2, 74:4, 77:4, 77:9, 82:24, 86:5, 95:23, 98:9, 98:10, 110:4, 110:24

**ARRIECHE** [2] - 3:15, 76:25

**arrival** [1] - 122:21

**arrived** [5] - 88:12, 88:14, 88:19, 88:22, 115:20

**arrives** [1] - 122:12

**arriving** [2] - 88:18, 89:22

**AS** [4] - 4:4, 23:19, 23:25, 24:12

**Asasi** [1] - 109:8

**aspect** [1] - 103:4

**assigned** [11] - 14:6, 39:17, 39:18, 77:19, 77:21, 78:1, 78:5, 78:17, 78:21, 78:23, 78:24

**assignment** [1] - 126:24

**assist** [1] - 84:22

**assistance** [2] - 6:4, 9:25

**assistant** [2] - 96:5, 99:9

**assisting** [1] - 94:3

**assuming** [1] - 158:20

**AT** [22] - 4:10, 90:25, 91:1, 91:2, 91:5, 91:7, 92:6, 92:8, 92:9, 92:18, 92:21, 93:13, 93:17, 148:18, 148:21, 149:7, 149:21, 150:7, 150:24, 151:22, 151:24, 159:19

**attempt** [1] - 91:19

**attempted** [1] - 74:19

**attended** [1] - 12:13

**attention** [11] - 67:18, 68:24, 80:9, 84:11, 87:9, 88:7, 151:6, 152:21, 153:23, 156:7, 157:24

**attest** [6] - 19:12, 28:25, 29:11, 32:3, 32:14, 32:17

**attestation** [1] - 30:22

**attests** [2] - 119:25, 120:8

**attorney** [10] - 37:10, 46:21, 100:12, 113:3, 131:22, 131:24, 131:25, 133:7, 156:11

**Attorney's** [1] - 1:14

**attorneys** [6] - 45:23, 46:6, 46:8, 132:16, 132:17

**AU** [5] - 4:3, 4:11, 5:7, 154:11, 154:17

**audible** [1] - 62:19

**Australia** [2] - 117:4, 127:7

**auth** [1] - 23:3

**authentically** [1] - 57:11

**authenticity** [7] - 21:13, 23:4, 23:6, 23:7, 53:14, 53:22, 54:4

**authorities** [3] - 74:24, 75:6, 75:13

**authority** [4] - 28:14, 97:17, 119:16, 119:23

**authorization** [9] - 100:19, 138:7, 138:8, 138:10, 138:13, 138:14, 144:10, 144:12

**authorized** [1] - 28:10

**authorizes** [1] - 40:10

**authorizing** [2] - 55:14

**AV** [3] - 4:12, 154:11, 154:19

**availability** [1] - 117:1

**available** [10] - 7:9, 7:10, 15:25, 33:16, 111:20, 115:11, 116:9, 116:18, 117:5, 127:11

**Ave** [2] - 2:4, 2:8

**Avenue** [5] - 1:18, 2:12, 2:16, 3:4, 161:15

**average** [1] - 50:5

**AW** [3] - 4:12, 154:11, 154:21

**awaiting** [2] - 15:4, 106:2

**aware** [27] - 11:5, 21:8, 33:15, 42:17, 44:7, 44:10, 44:17,

45:3, 61:15, 73:8, 81:8, 83:20, 84:12, 84:16, 87:10, 96:19, 99:14, 102:4, 104:22, 104:23, 108:7, 108:22, 157:10, 157:14, 158:9, 158:12, 158:16

**AY** [6] - 4:13, 154:25, 155:1, 155:12, 155:15, 155:17

**Ayatollah** [4] - 12:7, 12:9, 151:14, 154:22

**AZ** [15] - 4:10, 117:8, 117:16, 117:21, 117:23, 119:19, 120:13, 120:19, 120:25, 121:4, 124:19, 124:20, 124:24, 125:18

## B

**BA** [10] - 4:9, 80:8, 80:10, 80:11, 80:15, 80:22, 81:23, 82:1, 83:16, 121:7

**backdating** [1] - 20:10

**background** [3] - 35:1, 113:2, 131:16

**backpack** [1] - 147:1

**bag** [6] - 140:4, 140:9, 140:11, 140:17, 140:20, 146:22

**bags** [6] - 105:14, 140:7, 146:6, 146:9, 146:11, 146:25

**Baker** [1] - 1:22, 2:4, 2:8, 2:12, 5:15

**Barlavento** [4] - 131:8, 131:12, 134:13, 134:16

**BARLVENTO** [1] - 131:8

**Barr** [4] - 3:15, 3:18, 5:13, 112:19

**BARR** [88] - 2:3, 21:12, 21:25, 22:7, 22:13, 23:2, 23:12, 23:14, 23:16, 23:21, 23:23, 23:25, 24:6, 24:8, 24:18, 74:2, 77:8, 81:13, 81:22, 82:3, 82:7, 82:10, 82:23, 83:2, 83:4, 83:11, 83:14, 85:12, 86:4, 86:18, 89:17, 89:21, 90:1, 90:24,

91:2, 91:3, 91:19, 91:21, 92:10, 92:11, 92:17, 92:19, 93:12, 93:15, 94:15, 95:14, 95:17, 99:16, 102:22, 108:3, 108:9, 108:25, 109:14, 109:19, 110:1, 110:3, 110:17, 110:18, 111:3, 111:9, 112:21, 113:19, 114:1, 114:18, 114:19, 117:7, 117:12, 117:14, 117:17, 117:20, 117:22, 118:9, 118:13, 118:18, 119:6, 119:14, 119:18, 120:24, 121:6, 121:9, 121:12, 123:6, 123:18, 123:20, 124:1, 126:2, 128:2, 128:4

**based** [6] - 16:22, 17:12, 21:23, 42:8, 125:21, 127:24

**basis** [3] - 15:11, 18:21, 28:13

**BC** [4] - 4:5, 39:6, 39:8, 51:9

**BD** [3] - 4:5, 40:25, 41:2

**Beach** [1] - 2:17

**bear** [1] - 101:20

**bearer** [2] - 12:9, 29:7

**bearing** [1] - 47:18

**became** [3] - 11:10, 96:24, 134:22

**become** [1] - 78:16

**BEFORE** [1] - 1:10

**beforehand** [2] - 5:25, 46:15

**began** [2] - 97:2, 114:6, 135:13

**begin** [2] - 78:16, 114:4

**beginning** [5] - 16:6, 79:9, 97:7, 123:24, 126:18

**begins** [4] - 68:25, 70:20, 115:9, 115:10

**behalf** [9] - 5:6, 5:10, 5:12, 11:12, 70:22, 99:5, 127:18, 128:11

**believes** [3] - 18:14, 20:11, 21:1

**belonging** [1] - 83:9

**belongings** [35] - 15:5, 136:2, 136:3, 137:3, 137:8, 137:9,

137:12, 137:17, 137:19, 137:21, 137:23, 137:25, 138:2, 138:4, 138:9, 138:16, 138:20, 138:22, 139:10, 139:11, 139:13, 139:19, 140:13, 140:19, 140:24, 142:21, 142:23, 144:3, 144:11, 144:21, 145:25, 146:2, 159:5, 159:6
**below** [6] - 65:17, 65:18, 74:17, 83:17, 83:18, 145:12
**Below** [1] - 83:17
**benefits** [1] - 36:17
**best** [1] - 18:7
**better** [2] - 60:12, 150:21
**between** [12] - 17:6, 45:8, 58:18, 59:8, 119:4, 134:19, 136:18, 136:22, 146:10, 146:14, 157:3, 157:11
**beyond** [2] - 47:13, 59:13
**big** [8] - 43:15, 43:24, 50:11, 139:24, 147:5, 157:18, 157:19, 157:21
**biometrical** [3] - 115:21, 116:3, 116:9
**bit** [7] - 43:14, 55:10, 56:2, 56:11, 110:1, 121:25, 150:20
**black** [1] - 107:3
**blackouts** [1] - 9:12
**blog** [1] - 54:4
**Bloomberg** [1] - 11:10
**blow** [7] - 58:1, 62:21, 63:25, 65:14, 65:15, 83:13, 93:13
**blue** [4] - 81:2, 83:6, 140:3
**blurry** [1] - 150:20
**BN** [2] - 141:19, 142:16
**boarded** [1] - 95:11
**boarding** [3] - 86:5, 87:18, 87:19
**bolded** [2] - 65:17, 65:18
**Bolivarian** [16] - 29:16, 45:21, 67:23, 69:4, 69:8, 70:1, 70:25, 71:2, 71:4,

71:12, 71:14, 77:15, 78:15, 92:3, 93:11, 93:22
**bolster** [1] - 20:13
**Bolverian** [1] - 31:17
**Bond** [1] - 1:18
**book** [1] - 13:12
**boot** [1] - 146:19
**boss** [2] - 100:18
**bother** [1] - 57:18
**bottom** [12] - 55:13, 56:12, 63:25, 70:18, 83:13, 119:8, 119:10, 119:12, 149:17, 150:15, 152:7
**bound** [1] - 14:11
**boy** [5] - 38:8, 39:25, 74:11, 82:7, 141:19
**Brady** [1] - 14:17
**break** [7] - 32:22, 32:23, 73:18, 109:18, 109:19, 109:20, 148:9
**brief** [4] - 5:22, 5:23, 75:19, 159:17
**Brief** [1] - 32:25
**briefcase** [14] - 80:19, 94:7, 94:13, 94:18, 94:24, 94:25, 95:1, 95:2, 106:17, 106:20, 106:22, 106:25, 107:1, 107:3
**briefly** [4] - 12:18, 34:25, 113:1, 131:15
**bring** [19] - 15:23, 27:20, 28:18, 30:25, 31:20, 43:19, 43:24, 50:14, 50:15, 57:9, 57:20, 62:11, 67:1, 68:8, 117:4, 139:19, 139:21, 139:23, 159:18
**brought** [4] - 139:24, 146:2, 146:4, 146:5
**brown** [7] - 80:23, 155:4, 155:7, 155:10, 155:13, 155:20, 156:2
**Brown** [1] - 155:17
**BU** [5] - 4:8, 74:11, 76:12, 76:13, 76:14
**Building** [1] - 1:18
**business** [8] - 101:13, 102:5, 107:23, 108:1, 126:1, 126:11, 147:6
**businessman** [1] - 107:21
**BV** [8] - 4:9, 82:5, 82:18, 82:21, 82:24, 83:1, 83:12, 83:16
**BY** [101] - 3:1, 34:13,

36:4, 39:10, 39:22, 41:5, 42:2, 43:22, 44:16, 45:2, 45:17, 47:24, 48:19, 49:20, 52:13, 54:20, 55:12, 56:3, 56:13, 57:1, 57:22, 58:6, 58:16, 60:3, 60:11, 60:22, 61:14, 62:14, 63:6, 63:16, 64:1, 64:14, 64:25, 65:9, 66:5, 67:3, 67:10, 68:16, 69:12, 70:5, 70:11, 70:19, 71:18, 73:7, 77:8, 81:13, 82:3, 82:23, 83:4, 83:14, 86:4, 86:18, 90:1, 91:3, 91:21, 92:11, 92:19, 93:15, 94:15, 95:22, 98:22, 99:18, 100:9, 102:16, 103:5, 106:7, 106:24, 108:6, 108:12, 109:6, 110:3, 110:18, 112:21, 113:19, 114:1, 114:19, 117:14, 117:22, 118:13, 119:6, 119:18, 121:17, 123:12, 124:3, 124:22, 125:17, 126:9, 130:5, 132:14, 136:5, 141:16, 142:14, 143:21, 144:19, 145:7, 148:16, 154:23, 155:19, 156:21, 159:20, 160:3

## C

**Cabo** [11] - 18:4, 20:17, 45:5, 61:16, 61:17, 62:18, 63:8, 75:16, 83:17, 97:11, 157:20
**calculate** [1] - 89:11
**Callow** [1] - 5:7
**camera** [6] - 26:22, 27:13, 27:21, 27:22, 98:8, 98:18
**cannot** [3] - 56:10, 56:18, 137:16
**capable** [1] - 40:9
**capacity** [4] - 11:19, 12:16, 84:18, 105:8
**Cape** [23] - 8:14, 12:19, 12:21, 15:3, 15:5, 15:22, 60:19, 63:13, 64:18, 71:13, 75:21, 130:15, 130:17, 130:18,

130:19, 131:6, 131:19, 132:2, 132:23, 133:7, 133:21, 133:23
**capital** [1] - 130:23
**captured** [1] - 97:11
**car** [1] - 88:24
**Caracas** [9] - 11:18, 12:14, 62:16, 64:13, 81:9, 81:17, 88:10, 124:11, 124:12
**card** [1] - 143:16
**cards** [3] - 140:14, 143:11, 143:14
**care** [2] - 84:20, 137:25
**career** [1] - 50:9
**carla** [1] - 129:5
**Carla** [2] - 128:25, 129:8
**Carlos** [6] - 31:8, 31:16, 35:19, 55:18, 74:2, 77:4
**CARLOS** [2] - 3:15, 76:25
**carried** [2] - 12:4, 14:12
**carry** [2] - 85:2, 140:5
**carry-on** [2] - 85:2, 140:5
**carrying** [2] - 12:16, 15:7
**case** [25] - 8:20, 16:19, 17:6, 22:11, 37:20, 96:16, 111:17, 119:23, 128:9, 133:7, 133:20, 133:22, 133:23, 134:1, 134:14, 137:15, 137:22, 138:17, 156:24, 157:2, 157:9, 157:18, 157:22, 158:1, 161:2
**CASE** [1] - 1:2
**cases** [1] - 16:11
**cash** [1] - 99:3
**catch** [1] - 156:6
**caused** [2] - 84:6, 137:14
**Cedula** [7] - 29:6, 29:7, 31:9, 31:24, 115:13, 116:3
**Cedulas** [1] - 114:9
**center** [1] - 124:11
**Central** [1] - 35:2
**certain** [13] - 20:10, 21:7, 21:10, 21:13, 22:9, 47:3, 74:12, 105:19, 123:17,

140:13, 159:8
**certainly** [1] - 20:9
**Certification** [1] - 121:4
**certification** [7] - 117:19, 119:20, 119:21, 120:2, 120:5, 120:15, 120:22
**certifications** [1] - 37:9
**certified** [1] - 124:16
**certifies** [2] - 119:24, 122:19
**certify** [2] - 47:1, 161:9
**cetera** [1] - 141:10
**Chacao** [1] - 33:1
**chair** [1] - 129:20
**chance** [1] - 40:17
**chancellor** [3] - 96:11, 97:5, 97:19
**changed** [3] - 20:2, 20:5, 143:12
**changes** [1] - 20:6
**characteristics** [1] - 56:5
**charge** [2] - 103:7, 104:6
**chargers** [1] - 140:14
**charging** [1] - 40:8
**Charlie** [1] - 38:8
**check** [6] - 38:25, 40:19, 85:5, 86:2, 105:15, 140:17
**checked** [2] - 85:1, 85:2
**checking** [1] - 94:20
**chief** [4] - 90:19, 111:17, 113:9, 139:14
**children** [1] - 10:1
**chooses** [1] - 16:1
**chosen** [1] - 115:20
**Christmas** [1] - 127:7
**chronic** [1] - 9:25
**CI** [1] - 33:2
**CIPA** [1] - 6:17
**Circuit** [1] - 18:20
**circumstances** [5] - 9:5, 10:5, 80:13, 80:17, 139:4
**cited** [2] - 18:22, 76:7
**cities** [1] - 9:12
**citizen** [19] - 34:19, 65:2, 77:11, 88:15, 98:6, 112:24, 112:25, 115:7, 115:10, 115:12, 116:4, 118:12, 122:2, 122:5,

122:12, 122:14, 126:6, 130:14, 130:15

**citizens** [2] - 114:9, 127:4

**city** [2] - 130:24, 132:24

**civil** [1] - 132:18

**claim** [1] - 18:7

**claiming** [1] - 158:5

**claims** [2] - 158:9, 158:12

**CLAP** [2] - 108:20, 108:24

**clarification** [1] - 126:21

**clarifying** [1] - 143:1

**clear** [9] - 12:22, 45:18, 101:22, 123:3, 124:24, 126:10, 138:1, 156:1, 158:22

**clearer** [2] - 82:12, 82:14

**close** [3] - 129:20, 129:21, 148:7

**closed** [4] - 75:1, 81:19, 126:16, 127:9

**closer** [2] - 6:14, 132:6

**closest** [1] - 31:6

**closure** [3] - 127:1, 127:3, 127:15

**clothing** [3] - 141:10, 146:19, 146:24

**coast** [1] - 130:20

**code** [1] - 115:13

**coincided** [1] - 89:4

**colleague** [1] - 109:15

**collected** [1] - 116:1

**Collins** [1] - 2:16

**color** [6] - 81:2, 83:6, 91:10, 105:19, 147:13

**colored** [5] - 140:3, 147:1, 147:2, 147:8, 147:10

**colors** [5] - 90:11, 92:12, 92:13, 92:15, 93:21

**column** [1] - 58:1

**coming** [5] - 51:16, 54:6, 58:17, 92:6, 102:8

**comma** [1] - 67:22

**commanded** [2] - 97:17, 97:21

**commander** [1] - 139:16

**comments** [2] - 46:22, 47:2

**commercial** [6] -

87:13, 87:14, 87:22, 87:24, 132:19, 155:24

**Commission** [1] - 15:19

**commission** [1] - 77:21

**commissioned** [1] - 98:5

**committee** [3] - 73:18, 88:22, 89:1

**commonly** [1] - 130:9

**communicated** [1] - 157:2

**communications** [3] - 21:17, 46:5

**Communities** [3] - 60:18, 63:12, 64:18

**company** [7] - 99:14, 99:22, 100:2, 108:13, 108:16, 108:18, 109:7

**competence** [1] - 59:13

**competency** [3] - 132:16, 134:8

**competent** [2] - 134:9, 134:23

**complete** [1] - 11:15

**completing** [1] - 13:16

**complicated** [1] - 10:4

**composes** [2] - 131:8, 131:9

**compound** [1] - 158:20

**computer** [3] - 8:3, 19:23, 25:2

**Con** [1] - 19:7

**concede** [1] - 76:8

**concern** [1] - 103:6

**concluded** [2] - 131:21, 161:4

**conduct** [2] - 120:12, 120:18

**conducted** [1] - 102:5

**conduit** [2] - 157:3, 157:11

**conference** [2] - 26:4, 98:13

**confirm** [6] - 13:24, 14:24, 29:3, 86:25, 135:2, 143:13

**confirmation** [1] - 15:13

**confirmed** [1] - 134:23

**confirming** [1] - 11:21

**Congress** [13] - 9:14, 9:21, 19:3, 19:7, 19:11, 19:17, 20:8, 53:13, 53:18, 53:22, 54:6, 54:9, 54:17

**Congressional** [2] - 9:13, 9:20

**connected** [1] - 50:23

**Connecticut** [2] - 2:4, 2:8

**connection** [1] - 101:21

**connections** [1] - 134:19

**consecutive** [2] - 27:7, 37:25

**consecutively** [1] - 30:15

**consent** [1] - 17:15

**considered** [5] - 13:19, 15:15, 16:8, 42:24, 130:21

**consisted** [1] - 104:7

**constitution** [6] - 28:23, 29:16, 31:17, 32:12, 32:15, 32:17

**constitutional** [1] - 132:19

**Construction** [1] - 108:14

**construed** [1] - 76:2

**Consulate** [2] - 7:8

**consulate** [1] - 37:10

**consultant** [2] - 113:12, 113:14

**consulting** [4] - 114:3, 114:5, 115:1, 115:2

**Cont'd** [1] - 2:2

**contacted** [2] - 133:6, 135:11

**contained** [7] - 39:4, 76:9, 82:25, 120:13, 147:2, 151:8

**containing** [1] - 14:13

**contains** [1] - 151:8

**contemporaneous** [1] - 14:19

**contemporaneously** [1] - 19:3

**contesting** [2] - 159:13, 159:14

**context** [3] - 9:5, 53:20, 134:1

**continuation** [2] - 145:20, 151:19

**continue** [4] - 9:19, 103:15, 145:22, 156:8

**continues** [1] - 15:16

**contract** [1] - 108:7

**contractor** [1] - 35:16

**contracts** [1] - 108:22

**control** [5] - 99:24, 113:18, 114:10, 115:4, 120:16

**Convention** [6] - 17:9, 17:13, 18:6, 18:9, 158:13, 159:10

**convention** [1] - 158:14

**Conventions** [1] - 158:18

**Conviasa** [2] - 87:23, 87:24

**copies** [5] - 19:13, 21:14, 37:22, 154:11, 155:13

**copy** [10] - 39:3, 40:21, 58:7, 82:12, 82:14, 143:1, 144:12, 144:17, 153:11, 153:20

**Cordones** [1] - 55:18

**corner** [7] - 91:13, 119:8, 119:12, 149:2, 153:3, 154:4

**coronavirus** [2] - 9:15, 9:21

**Correct** [2] - 130:1, 138:3

**correct** [95] - 13:24, 21:14, 26:18, 37:1, 39:3, 40:21, 42:6, 44:5, 49:7, 49:13, 52:18, 52:21, 53:3, 55:20, 55:23, 56:6, 57:7, 58:11, 58:21, 58:24, 59:2, 59:6, 59:11, 61:7, 61:12, 66:19, 70:13, 96:15, 97:4, 97:8, 97:9, 97:22, 98:2, 99:1, 100:25, 101:6, 101:17, 102:2, 103:13, 103:25, 104:15, 104:16, 105:2, 105:3, 105:5, 105:6, 105:10, 105:14, 105:20, 106:9, 106:18, 106:21, 107:14, 107:15, 107:16, 107:21, 110:23, 121:21, 121:23, 122:3, 122:4, 122:7, 122:8, 122:10,

122:11, 122:14, 122:15, 122:22, 122:23, 123:14, 123:15, 123:17, 124:9, 124:14, 125:4, 125:5, 125:7, 125:11, 125:12, 125:23, 126:1, 126:12, 131:3, 135:8, 142:23, 153:21, 153:22, 155:12, 156:24, 157:4, 157:5, 157:7, 157:15, 157:20, 158:10

**corrected** [1] - 41:16

**correction** [3] - 143:8, 143:10, 143:13

**correspondence** [11] - 12:1, 14:2, 14:13, 37:4, 37:23, 58:17, 58:18, 66:17, 66:21, 67:15, 69:18

**counsel** [9] - 5:6, 5:13, 6:4, 18:20, 44:13, 44:24, 74:16, 110:15, 156:11

**countries** [12] - 17:15, 34:19, 58:18, 77:11, 83:21, 84:21, 104:23, 105:4, 105:7, 105:23, 112:24, 130:14

**countries'** [1] - 89:5

**country** [14] - 17:14, 19:8, 19:13, 59:9, 71:5, 79:24, 84:9, 96:18, 114:11, 122:14, 122:21, 123:4, 123:10, 123:13

**country's** [1] - 10:4

**course** [2] - 116:7, 122:13

**COURT** [269] - 1:1, 5:2, 5:9, 5:17, 5:20, 6:1, 6:5, 6:9, 6:13, 6:21, 7:16, 7:18, 7:22, 7:25, 8:4, 8:6, 8:9, 16:15, 19:6, 21:4, 21:11, 21:23, 22:3, 22:12, 22:24, 23:10, 23:13, 23:15, 23:20, 23:22, 23:24, 24:4, 24:7, 24:10, 24:16, 24:20, 24:25, 25:1, 25:5, 25:12, 25:15, 25:20, 25:24, 26:2, 26:11, 26:15, 26:19, 27:3, 27:8, 27:12, 27:15, 27:20, 28:1, 28:3, 28:8, 28:10,

28:13, 28:16, 28:18, 28:21, 29:1, 29:5, 29:8, 29:12, 29:18, 29:23, 30:5, 30:16, 30:24, 31:6, 31:10, 31:13, 31:19, 31:23, 32:1, 32:5, 32:12, 32:16, 32:20, 33:6, 33:10, 33:14, 33:21, 34:4, 34:6, 34:10, 39:7, 41:1, 41:21, 41:23, 43:21, 44:23, 45:13, 47:15, 47:22, 48:18, 49:19, 50:19, 50:23, 51:2, 51:5, 51:9, 51:12, 51:15, 51:18, 51:21, 52:9, 53:10, 53:15, 53:25, 54:10, 56:8, 56:19, 57:13, 58:13, 58:15, 59:14, 59:19, 59:21, 61:11, 61:22, 61:24, 62:7, 63:1, 63:3, 65:14, 65:23, 66:1, 66:3, 68:5, 68:7, 68:10, 68:13, 73:12, 73:14, 73:17, 73:25, 74:3, 74:6, 74:10, 76:11, 76:13, 76:17, 77:2, 77:6, 81:12, 81:24, 82:6, 82:8, 82:17, 82:20, 85:11, 85:13, 85:18, 85:23, 85:25, 86:3, 86:14, 89:18, 89:20, 91:1, 91:18, 91:20, 92:6, 92:8, 94:11, 95:16, 95:19, 98:8, 98:12, 98:15, 98:19, 99:17, 102:9, 102:11, 102:23, 102:25, 108:5, 108:10, 109:2, 109:12, 109:16, 109:20, 109:24, 111:5, 111:8, 111:13, 111:22, 111:25, 112:3, 112:7, 112:14, 112:19, 113:14, 113:23, 114:12, 114:16, 118:22, 119:2, 119:5, 121:1, 121:3, 121:8, 121:11, 121:14, 123:7, 123:19, 123:22, 123:25, 124:2, 124:19, 125:16, 126:4, 126:15, 126:19, 126:22, 127:5, 127:12, 127:18, 127:23, 128:3, 128:5, 128:10,

128:13, 128:19, 128:21, 128:24, 129:2, 129:4, 129:6, 129:9, 129:14, 129:19, 129:25, 130:2, 132:4, 132:7, 132:12, 135:22, 136:4, 141:13, 141:20, 142:2, 142:7, 142:11, 143:6, 143:10, 143:14, 143:17, 144:16, 148:9, 148:13, 154:9, 154:13, 154:15, 155:16, 156:16, 156:18, 158:23, 159:3, 159:11, 159:16, 159:24, 160:1, 160:9, 160:11, 160:14, 160:19, 160:21
   **Court** [30] - 3:3, 3:4, 6:2, 6:19, 7:6, 8:12, 8:17, 9:5, 15:9, 15:25, 16:21, 19:21, 19:25, 20:1, 20:7, 21:8, 25:5, 30:22, 33:13, 52:6, 52:12, 79:10, 81:6, 105:4, 113:1, 114:7, 118:14, 128:15, 161:14, 161:15
   **court** [15] - 12:2, 22:10, 25:8, 25:21, 26:2, 26:3, 112:5, 134:10, 134:16, 134:20, 134:22, 134:24, 135:1, 135:2
   **Court's** [1] - 23:17
   **courthouse** [1] - 111:19
   **courtroom** [4] - 27:8, 27:11, 34:3, 124:25
   **COURTROOM** [2] - 109:21, 161:3
   **courts** [1] - 134:9
   **cover** [3] - 81:2, 83:5, 141:5
   **covered** [1] - 18:9
   **covering** [1] - 25:19
   **COVID** [6] - 10:12, 11:1, 75:1, 81:19, 126:16, 127:2
   **COVID-19** [4] - 10:3, 71:6, 134:18, 156:13
   **CPV** [1] - 83:17
   **created** [3] - 20:2, 20:4, 124:9
   **creation** [1] - 20:25
   **credential** [10] - 13:21, 13:24, 38:18,

39:13, 40:7, 43:9, 52:24, 53:4, 57:8, 58:7
   **Credential** [1] - 51:19
   **credentialed** [1] - 63:19
   **credentials** [7] - 37:9, 37:20, 39:18, 43:1, 43:2, 43:4
   **credibility** [1] - 18:18
   **credit** [3] - 140:14, 143:14, 143:16
   **Criminal** [1] - 1:17
   **criminal** [1] - 132:18
   **crippling** [1] - 9:8
   **crisis** [2] - 9:8, 10:5
   **critical** [1] - 13:20
   **cross** [9] - 41:23, 66:8, 68:4, 95:19, 110:4, 110:11, 110:19, 121:14, 156:18
   **CROSS** [5] - 3:11, 42:1, 95:21, 121:16, 156:20
   **cross-examination** [8] - 41:23, 66:8, 95:19, 110:4, 110:11, 110:19, 121:14, 156:18
   **CROSS-EXAMINATION** [4] - 42:1, 95:21, 121:16, 156:20
   **curiosity** [1] - 19:6
   **current** [8] - 35:5, 35:23, 36:21, 42:25, 65:17, 77:13, 77:23, 77:24
   **customary** [1] - 18:10
   **cut** [1] - 52:10

**D**

   **daily** [1] - 83:25
   **data** [4] - 116:1, 120:2, 120:3
   **database** [4] - 116:10, 124:5, 126:25, 127:11
   **databases** [7] - 114:24, 116:5, 116:10, 116:18, 117:2, 120:4, 120:17
   **DATE** [1] - 161:14
   **date** [32] - 41:6, 41:8, 56:8, 56:14, 56:24, 57:2, 60:6, 60:14,

62:15, 64:10, 65:10, 68:7, 69:16, 70:15, 81:3, 84:17, 88:7, 88:8, 96:12, 97:19, 118:14, 118:15, 118:16, 118:17, 120:16, 120:21, 126:15, 150:3, 151:10, 153:3, 153:6, 154:4
   **dated** [6] - 68:12, 68:20, 74:23, 75:4, 75:9, 75:11
   **dates** [1] - 11:22
   **David** [1] - 39:25
   **days** [1] - 79:3
   **DC** [3] - 1:19, 2:5, 2:9
   **de** [4] - 33:1, 88:16, 108:13, 131:1
   **DE** [1] - 131:2
   **deal** [5] - 10:22, 13:13, 43:24, 52:5, 157:20
   **dealing** [1] - 101:25
   **dealings** [1] - 89:3
   **dealt** [1] - 49:13
   **December** [1] - 1:5
   **decide** [2] - 8:12, 9:4
   **deciding** [1] - 72:6
   **decision** [4] - 7:2, 19:8, 44:12, 135:2
   **declaration** [7] - 46:17, 46:19, 46:22, 46:24, 101:19, 101:24, 157:1
   **declarations** [1] - 17:25
   **declared** [1] - 123:23
   **decree** [1] - 36:11
   **decried** [1] - 15:18
   **deem** [1] - 36:16
   **defendant** [2] - 1:8, 5:12
   **DEFENDANT** [3] - 1:22, 2:3, 5:19
   **Defendant** [3] - 74:14, 154:25
   **Defendant's** [13] - 5:21, 39:8, 41:2, 60:1, 76:14, 82:1, 82:21, 121:4, 141:18, 154:17, 154:19, 154:21, 155:17
   **Defense** [83] - 4:3, 4:4, 4:4, 4:5, 4:8, 4:9, 4:9, 4:10, 4:11, 4:11, 4:12, 4:12, 4:13, 13:4, 13:11, 21:5, 21:7, 21:12, 21:18, 21:21, 22:1, 22:3, 22:5, 22:8,

22:14, 22:17, 22:19, 22:22, 22:23, 22:25, 23:3, 23:4, 23:8, 23:18, 23:19, 23:25, 24:11, 24:22, 39:25, 60:9, 60:19, 61:9, 63:13, 64:18, 74:22, 75:3, 75:8, 76:1, 80:8, 80:10, 80:11, 80:15, 80:22, 81:23, 82:4, 82:24, 82:25, 83:12, 83:16, 90:25, 91:5, 91:7, 92:9, 92:18, 92:21, 93:13, 93:17, 97:25, 117:8, 117:15, 120:13, 120:25, 121:7, 124:20, 124:24, 125:18, 143:19, 148:17
   **defense** [29] - 4:5, 4:10, 5:10, 7:1, 14:17, 17:23, 18:3, 20:16, 20:23, 20:25, 39:6, 40:25, 50:19, 51:15, 54:3, 61:22, 111:8, 111:9, 137:10, 154:10, 155:15, 157:6, 157:9, 157:10, 157:11, 157:12, 157:24, 158:3, 158:4
   **Defense's** [2] - 18:1, 153:15
   **definitive** [1] - 131:21
   **degree** [2] - 66:11, 130:10, 131:18
   **delay** [2] - 52:14, 137:14
   **Delcy** [6] - 92:2, 93:10, 148:25, 150:1, 154:17, 154:19
   **delegation** [3] - 12:14, 14:8, 14:20
   **deliver** [2] - 12:2, 15:8
   **delivered** [2] - 89:25, 92:24
   **delivery** [1] - 139:5
   **denied** [2] - 135:17, 136:8
   **denying** [1] - 44:2
   **depart** [1] - 86:20
   **departed** [2] - 75:14, 88:6
   **department** [4] - 48:4, 48:5, 48:10, 48:11
   **Department** [6] - 1:17, 11:8, 13:3, 13:4, 75:24, 118:25

**departure** [3] - 79:24, 84:14, 84:23

**departures** [1] - 84:21

**depict** [2] - 91:8, 93:2

**depicted** [6] - 80:15, 142:18, 144:8, 144:20, 151:24, 155:1

**Deputy** [1] - 26:9

**DEPUTY** [2] - 109:21, 161:3

**describe** [15] - 36:20, 41:12, 79:8, 79:9, 80:17, 94:2, 107:1, 113:1, 114:7, 114:25, 115:6, 139:4, 140:1, 146:21, 147:19

**described** [1] - 56:5

**designations** [1] - 42:14

**desk** [4] - 50:5, 58:18, 67:16, 161:1

**destination** [11] - 84:15, 86:9, 86:11, 86:17, 87:20, 90:10, 95:4, 95:6, 95:8, 95:9, 103:3

**destined** [2] - 75:15, 84:17

**detail** [2] - 86:2, 106:14

**details** [6] - 106:8, 110:12, 110:13, 110:20, 110:21, 110:24

**detained** [8] - 8:14, 9:3, 12:19, 15:21, 75:15, 133:25, 134:4, 134:7

**detainee's** [1] - 140:18

**detaining** [1] - 13:15

**detainment** [1] - 134:17

**detention** [6] - 8:22, 15:3, 15:11, 15:18, 16:4, 43:15

**determination** [1] - 8:17

**determine** [5] - 17:18, 95:3, 120:12, 120:19, 141:23

**determined** [1] - 134:21

**developed** [1] - 11:2

**dial** [1] - 98:14

**dialogue** [2] - 45:6, 45:14

**difference** [1] - 17:6

**different** [11] - 17:10, 17:13, 42:17, 53:19, 56:4, 75:5, 107:2, 115:14, 135:4, 145:5, 155:10

**differentiates** [1] - 81:1

**digital** [1] - 38:3

**digits** [1] - 56:20

**diplomacy** [1] - 59:1

**diplomat** [18] - 13:9, 18:8, 18:14, 18:24, 55:22, 66:15, 97:23, 98:6, 103:13, 105:2, 122:22, 123:14, 125:24, 126:10, 127:5, 127:12, 127:19, 158:5

**diplomat's** [1] - 123:13

**Diplomatic** [2] - 17:9, 82:1

**diplomatic** [91] - 8:16, 10:14, 11:6, 11:9, 11:17, 11:22, 12:1, 12:14, 12:17, 12:23, 13:1, 13:7, 13:16, 14:25, 15:11, 15:13, 15:15, 16:3, 16:21, 17:1, 17:3, 17:19, 17:20, 17:21, 20:22, 20:23, 37:3, 47:10, 47:18, 47:20, 47:25, 48:16, 66:9, 66:11, 66:17, 72:13, 72:23, 74:18, 75:11, 80:4, 80:24, 85:7, 86:1, 88:24, 89:1, 89:2, 102:20, 103:18, 103:20, 104:10, 104:18, 106:19, 114:21, 114:22, 116:7, 116:11, 116:14, 116:18, 116:19, 116:24, 117:25, 118:2, 118:3, 118:4, 118:11, 118:22, 120:6, 122:16, 122:18, 122:24, 123:1, 123:3, 123:8, 123:16, 124:6, 124:8, 124:10, 124:13, 124:15, 124:18, 125:3, 125:6, 125:13, 125:19, 125:24, 125:25, 126:7, 126:12, 127:21, 158:10

**diplomats** [7] - 17:7, 17:8, 42:18, 42:25,

88:22, 89:5

**DIRECT** [5] - 3:11, 34:12, 77:7, 112:20, 130:4

**direct** [8] - 41:20, 68:24, 80:9, 84:11, 87:9, 88:7, 152:21, 153:23

**directly** [1] - 102:1

**director** [11] - 13:22, 36:1, 36:22, 113:13, 114:2, 114:3, 114:4, 115:1, 115:3, 119:16, 119:24

**disabilities** [1] - 10:2

**disagreement** [1] - 68:11

**disclosed** [1] - 14:18

**disconnect** [1] - 128:19

**discovery** [3] - 13:5, 23:5, 109:1

**discuss** [7] - 19:24, 24:19, 71:7, 74:24, 100:13, 100:16, 100:20

**discussed** [6] - 75:10, 85:10, 86:19, 110:5, 119:20, 154:12

**discussing** [1] - 156:2

**Discussion** [2] - 31:15, 32:9

**discussion** [1] - 100:22

**discussions** [2] - 13:2, 82:10

**disease** [1] - 9:15

**dismiss** [4] - 5:21, 8:12, 16:22, 16:24

**disorganized** [1] - 146:23

**displayed** [1] - 61:6

**disposition** [1] - 28:17

**disseminated** [2] - 158:1, 158:15

**DISTRICT** [3] - 1:1, 1:1, 1:11

**District** [2] - 3:4, 161:15

**districts** [1] - 131:6

**divided** [2] - 131:6, 144:24

**DIVISION** [1] - 1:2

**division** [1] - 131:7

**Division** [1] - 1:17

**DM** [1] - 41:2

**doctor** [3] - 129:12, 130:8, 130:11

**Doctor** [1] - 160:11

**document** [73] - 11:7, 13:25, 18:23, 19:2, 20:6, 20:10, 38:9, 38:14, 38:22, 39:1, 39:3, 39:12, 39:17, 39:24, 40:1, 40:4, 40:12, 40:19, 40:21, 41:9, 41:12, 52:15, 52:17, 53:20, 54:21, 56:4, 56:23, 57:6, 57:7, 57:11, 57:23, 58:5, 60:4, 60:6, 60:14, 62:15, 62:25, 63:2, 63:7, 63:10, 63:25, 65:10, 65:13, 65:20, 67:5, 68:18, 68:20, 68:22, 69:14, 69:16, 70:15, 80:19, 80:21, 80:23, 82:25, 93:21, 117:15, 120:10, 141:24, 141:25, 142:9, 143:4, 143:5, 144:9, 148:19, 148:21, 149:5, 152:16, 154:1, 159:22, 159:23, 160:5, 160:6

**documentation** [1] - 103:24

**documents** [72] - 6:22, 14:23, 17:22, 18:3, 19:15, 20:16, 21:13, 21:14, 21:20, 22:9, 23:4, 23:7, 37:1, 37:5, 37:12, 37:23, 38:2, 39:15, 39:16, 41:11, 48:20, 48:25, 49:4, 49:7, 49:10, 49:12, 49:16, 49:17, 49:21, 49:25, 50:3, 50:5, 50:9, 50:11, 58:21, 62:4, 75:23, 76:7, 76:9, 76:10, 89:24, 90:4, 90:6, 90:8, 90:14, 90:15, 105:14, 105:19, 105:24, 106:6, 106:10, 106:25, 107:4, 146:20, 147:2, 147:3, 147:4, 147:5, 147:6, 147:7, 147:9, 147:10, 147:21, 155:5, 155:23, 156:4, 156:6, 158:25, 159:2, 159:6, 159:13, 159:18

**DOJ** [1] - 14:17

**done** [13] - 17:25, 37:25, 41:19, 43:1, 73:4, 86:24, 96:7,

96:10, 97:10, 111:17, 127:14, 137:18, 156:15

**door** [5] - 31:6, 84:24, 88:15, 109:4

**down** [14] - 30:7, 38:12, 39:20, 41:17, 48:5, 55:10, 65:20, 70:17, 71:17, 112:14, 114:12, 114:16, 118:18, 160:12

**Dr** [27] - 130:12, 130:25, 131:15, 132:15, 133:2, 133:19, 134:3, 136:1, 141:17, 142:15, 143:22, 144:20, 145:17, 145:24, 145:25, 148:6, 148:17, 150:21, 150:25, 152:14, 153:8, 154:24, 155:20, 156:8, 156:22, 156:24, 157:3

**draft** [3] - 46:20, 46:25, 47:2

**drafted** [1] - 46:19

**drafting** [1] - 46:21

**dropped** [1] - 89:15

**duck** [4] - 16:12, 16:13

**due** [8] - 9:8, 11:3, 37:7, 37:16, 38:19, 81:19, 127:16, 156:13

**duly** [7] - 30:2, 33:5, 37:11, 77:1, 112:13, 129:1, 129:18

**during** [18] - 6:4, 6:24, 11:1, 15:3, 23:5, 26:5, 32:6, 32:7, 35:3, 75:15, 79:5, 81:9, 81:17, 82:10, 110:4, 110:11, 127:12, 157:6

**duties** [9] - 36:20, 77:23, 79:10, 79:20, 85:9, 86:19, 87:3, 114:25, 115:2

## E

**early** [1] - 10:12

**easier** [3] - 23:18, 27:23, 118:10

**easily** [2] - 118:20, 124:14

**ECF** [1] - 75:20

**echo** [1] - 27:18

**echoed** [1] - 13:10

**economic** [3] - 9:8, 11:13, 83:21

**edits** [1] - 47:2
**education** [1] - 131:17
**educational** [2] - 34:25, 113:2
**effect** [2] - 84:3
**efforts** [1] - 128:16
**efoley@bakerlaw. com** [1] - 2:10
**eight** [2] - 76:2, 114:17
**either** [5] - 109:17, 114:12, 140:6, 141:7, 159:12
**electronically** [2] - 127:14, 141:15
**elements** [1] - 137:10
**eligible** [1] - 36:7
**ELIZABETH** [1] - 2:7
**Elizabeth** [1] - 5:14
**Elm** [1] - 108:16
**ELM** [1] - 108:16
**ELMO** [3] - 141:13, 142:2, 142:3
**email** [1] - 13:4
**embassy** [5] - 55:24, 67:13, 67:17, 112:4, 128:14
**Embassy** [4] - 26:9, 98:10, 128:7, 128:11
**emerged** [1] - 10:3
**emergency** [1] - 75:1
**EMERY** [16] - 1:13, 121:2, 121:15, 121:17, 123:12, 123:23, 124:3, 124:17, 124:20, 124:22, 125:15, 125:17, 126:9, 126:14, 128:1, 128:20
**Emery** [2] - 3:18, 5:7
**emphasize** [1] - 15:17
**employed** [1] - 113:8
**employer** [2] - 35:5, 77:13
**empty** [2] - 9:11, 145:1
**En** [1] - 70:21
**end** [5] - 9:23, 82:13, 128:6, 135:23, 139:7
**ended** [1] - 135:8
**ends** [1] - 75:18
**enforcement** [4] - 12:20, 14:15, 14:18, 115:5
**engaged** [1] - 108:2
**English** [8] - 12:3, 27:4, 27:16, 27:19,

50:17, 51:1, 51:10, 52:2
**enjoyed** [1] - 71:13
**enjoys** [3] - 69:24, 70:23, 71:10
**enlighten** [1] - 25:5
**ensure** [1] - 106:13
**ensuring** [1] - 103:12
**entered** [4] - 6:23, 23:3, 139:17, 144:22
**entering** [2] - 115:10, 123:5
**entitled** [2] - 8:16, 161:11
**entrance** [1] - 88:2
**entry** [1] - 75:21
**envelope** [36] - 90:11, 91:4, 91:16, 91:22, 92:12, 92:14, 92:22, 92:24, 93:1, 93:3, 93:5, 93:7, 93:14, 93:16, 93:20, 106:10, 149:7, 149:8, 149:9, 149:10, 149:13, 149:19, 150:8, 150:10, 150:12, 150:13, 150:18, 150:23, 151:23, 152:2, 152:4, 152:8, 152:10, 152:11
**envelopes** [25] - 14:12, 37:1, 90:15, 90:16, 90:17, 90:18, 90:21, 91:8, 91:10, 93:24, 94:22, 94:23, 94:25, 110:21, 110:25, 111:1, 147:12, 147:14, 147:15, 147:22, 149:11, 152:6, 155:4, 155:25, 156:1
**envoy** [39] - 8:13, 8:21, 9:1, 10:8, 11:19, 12:16, 13:17, 13:20, 13:22, 14:4, 15:1, 15:11, 15:17, 16:3, 16:8, 16:9, 16:13, 18:5, 18:14, 18:19, 18:22, 18:24, 20:19, 40:9, 52:21, 52:24, 53:1, 53:4, 58:2, 59:4, 59:5, 59:10, 61:4, 64:6, 65:3, 67:23, 75:12, 78:14, 81:1
**Envoy** [2] - 15:21, 51:19
**equipment** [1] - 10:11
**escort** [3] - 77:24, 79:13, 88:25

**escorted** [1] - 14:10
**Esper** [1] - 13:11
**Esq** [1] - 2:16
**ESQ** [7] - 1:13, 1:16, 1:22, 2:3, 2:7, 2:15, 2:19
**ESQUIRE** [1] - 2:11
**essential** [1] - 10:15
**essentially** [1] - 53:19
**establishment** [3] - 133:17, 137:17, 144:23
**establishments** [1] - 141:6
**estimated** [1] - 9:24
**et** [1] - 141:10
**evening** [1] - 160:14
**events** [1] - 136:3
**eventually** [2] - 134:25, 136:6
**everywhere** [1] - 25:3
**Evidence** [22] - 21:21, 22:6, 23:1, 24:12, 39:9, 41:4, 51:20, 54:13, 54:15, 54:17, 57:16, 59:24, 62:1, 62:10, 76:15, 82:2, 82:22, 121:5, 154:18, 154:20, 154:22, 155:18
**evidence** [42] - 8:24, 13:18, 15:9, 16:2, 16:6, 18:13, 18:17, 19:1, 21:2, 21:9, 22:2, 22:4, 22:24, 39:7, 51:18, 54:11, 57:13, 59:17, 59:19, 61:10, 61:12, 61:24, 62:8, 76:13, 81:23, 81:25, 82:20, 92:6, 92:8, 92:9, 120:25, 121:3, 121:8, 124:23, 143:18, 143:19, 148:18, 152:15, 153:14, 154:16, 155:16, 158:21
**EVIDENTIARY** [1] - 1:10
**evidentiary** [5] - 5:20, 8:11, 17:17, 21:1, 74:17
**ex** [1] - 6:18
**exactly** [8] - 46:7, 46:14, 46:18, 55:4, 67:6, 91:10, 98:17, 139:23
**EXAMINATION** [10] - 34:12, 42:1, 66:4,

77:7, 95:21, 110:2, 112:20, 121:16, 130:4, 156:20
**examination** [9] - 33:7, 41:23, 66:8, 95:19, 110:4, 110:11, 110:19, 121:14, 156:18
**examined** [1] - 30:3
**example** [5] - 15:18, 115:21, 122:5, 122:9, 141:8
**exceeds** [1] - 123:20
**Excellency** [2] - 63:11, 64:17
**exception** [4] - 7:13, 127:15, 128:8, 135:19
**excerpt** [2] - 53:18, 59:23
**Excerpt** [1] - 54:15
**exclusively** [1] - 104:3
**excuse** [10] - 6:10, 30:8, 40:16, 60:9, 85:16, 87:23, 101:21, 102:7, 145:17
**Excused** [2] - 111:7, 160:13
**excused** [2] - 73:16, 111:6
**executing** [1] - 79:25
**Executive** [2] - 92:2, 149:1
**executive** [2] - 19:8, 93:10
**exhibit** [19] - 15:25, 40:21, 50:24, 51:9, 53:10, 67:2, 68:3, 68:15, 70:7, 75:19, 81:23, 82:9, 82:15, 91:13, 125:6, 141:12, 142:16, 149:16, 153:9
**Exhibit** [105] - 21:12, 22:1, 22:2, 22:8, 22:14, 22:22, 22:23, 22:25, 23:8, 38:8, 39:6, 39:25, 40:25, 50:16, 50:17, 50:25, 51:16, 52:1, 53:9, 53:11, 54:3, 54:19, 57:10, 57:21, 59:17, 60:1, 60:8, 60:9, 61:21, 61:24, 62:2, 62:11, 64:9, 65:7, 66:25, 68:5, 68:14, 68:18, 69:11, 70:4, 70:7, 74:11, 74:22, 75:3, 75:8, 75:19, 76:1, 80:8, 80:10, 80:11, 80:15, 80:22,

81:23, 82:5, 82:15, 82:24, 83:1, 83:12, 83:16, 90:25, 91:5, 91:7, 92:9, 92:18, 92:21, 93:13, 93:17, 117:8, 117:15, 117:20, 117:21, 117:23, 119:19, 120:13, 120:19, 120:25, 121:7, 124:20, 124:24, 125:18, 141:19, 143:19, 144:6, 145:18, 148:17, 148:18, 148:21, 149:6, 149:21, 150:7, 150:24, 151:22, 151:24, 152:15, 152:22, 153:9, 153:15, 153:24, 154:5, 154:25, 155:1, 155:12, 155:15, 159:19
**exhibits** [7] - 21:10, 22:17, 22:19, 24:2, 24:15, 50:20, 154:15
**Exhibits** [11] - 21:18, 22:3, 22:5, 22:14, 22:25, 23:18, 23:19, 23:25, 24:11, 154:11
**exit** [1] - 83:19
**expect** [2] - 59:10, 61:6
**expected** [2] - 25:16, 58:11
**experience** [4] - 72:23, 73:1, 73:3, 137:11
**expert** [7] - 7:13, 113:6, 123:20, 123:23, 124:1, 126:2, 128:9
**expiration** [3] - 81:3, 118:15, 118:17
**expire** [3] - 86:1, 118:22, 119:3
**expired** [4] - 125:7, 125:8, 127:6, 127:21
**explain** [4] - 36:9, 119:21, 134:6, 135:13
**explaining** [1] - 136:9
**extra** [1] - 98:8
**extradited** [1] - 8:15
**extradition** [9] - 8:23, 15:4, 44:11, 44:18, 45:5, 96:16, 134:1, 134:9, 157:8
**Extraordinario** [3] - 18:22, 57:15, 59:23

**Extraordinario-Imprenta** [2] - 57:15, 59:23
**extreme** [1] - 11:3

**F**

**face** [2] - 9:10, 146:19
**facing** [2] - 9:7, 9:22
**fact** [8] - 20:25, 119:25, 120:8, 120:15, 121:23, 125:18, 136:1, 159:12
**facts** [4] - 13:18, 13:19, 16:20, 74:13
**factual** [2] - 8:12, 16:5
**fair** [2] - 54:8, 93:23
**fairly** [1] - 91:7, 93:23
**faith** [2] - 28:23, 28:24
**fall** [1] - 17:8
**falsification** [1] - 20:24
**falsified** [1] - 18:16
**falsify** [1] - 20:12
**familiar** [3] - 22:11, 42:9, 42:12
**family** [12] - 14:6, 77:25, 78:2, 79:1, 79:11, 97:12, 97:13, 97:16, 97:22, 100:5, 104:13, 104:15
**far** [3] - 96:19, 124:4, 132:5
**fateful** [1] - 14:10
**FBI** [1] - 19:24
**February** [2] - 15:19, 15:20
**federal** [2] - 21:21, 26:3
**feed** [1] - 98:12
**feelings** [1] - 96:20
**fell** [2] - 17:19, 18:6
**Fetzer** [1] - 5:15
**few** [4] - 5:24, 69:14, 135:25, 159:17
**fewer** [1] - 6:22
**Figuera** [5] - 31:24, 111:10, 111:14, 111:16, 112:17
**FIGUERA** [4] - 3:17, 32:10, 32:17, 112:12
**figure** [2] - 13:7, 159:3
**file** [1] - 116:23
**filed** [2] - 6:17, 75:19
**files** [1] - 11:8

**filing** [1] - 6:18
**Filipe** [2] - 63:11, 64:17
**fill** [1] - 115:16
**final** [4] - 7:2, 7:5, 12:12, 35:3
**finally** [6] - 12:21, 15:2, 138:24, 151:22, 154:24, 156:13
**financial** [1] - 155:24
**fine** [3] - 30:20, 34:5, 61:2
**fingerprints** [1] - 115:22
**finish** [1] - 148:10
**first** [28] - 6:2, 10:21, 12:22, 13:21, 21:5, 21:6, 21:12, 24:20, 55:2, 55:5, 56:22, 62:3, 64:2, 64:23, 78:16, 80:23, 80:25, 83:5, 100:10, 115:8, 116:24, 117:8, 117:13, 133:5, 134:20, 136:16, 136:18, 151:7
**fit** [1] - 36:16
**five** [3] - 10:1, 75:14, 119:4
**FL** [4] - 1:15, 2:13, 2:17, 2:21
**flag** [1] - 7:6
**flags** [2] - 88:23, 88:24
**flight** [30] - 12:16, 84:13, 84:15, 84:17, 86:5, 86:6, 86:7, 86:8, 86:10, 86:17, 86:20, 86:23, 87:12, 87:13, 87:14, 87:18, 87:20, 87:22, 87:23, 87:24, 87:25, 88:5, 94:9, 95:4, 95:7, 95:8, 95:11, 95:13, 104:1
**flights** [1] - 101:3
**flip** [2] - 118:9, 118:20
**Floor** [2] - 1:19, 161:16
**Flores** [1] - 88:16
**FLORIANO** [1] - 3:20, 129:17, 129:23
**Floriano** [2] - 128:23, 129:23
**FLORIDA** [1] - 1:1
**Florida** [3] - 1:4, 3:5, 161:16
**flown** [1] - 88:24
**fly** [2] - 127:7, 127:18
**focus** [1] - 67:18

**focused** [1] - 133:23
**focusing** [2] - 149:7, 151:23
**folded** [1] - 146:24
**folder** [12] - 147:2, 147:8, 147:10, 149:16, 150:16, 155:4, 155:7, 155:10, 155:13, 155:20, 156:2, 156:5
**Folder** [1] - 155:17
**FOLEY** [1] - 2:7
**Foley** [1] - 5:14
**follow** [1] - 73:9
**followed** [1] - 115:6
**following** [10] - 5:1, 18:25, 20:18, 25:10, 73:24, 79:22, 99:4, 109:23, 133:15, 148:12
**follows** [1] - 30:3
**Fondo** [1] - 108:13
**food** [17] - 9:10, 9:22, 10:10, 10:18, 11:24, 13:14, 15:23, 40:10, 44:3, 52:25, 75:6, 84:2, 84:5, 84:7, 108:23, 109:4
**Food** [1] - 109:8
**footnote** [1] - 75:20
**FOR** [3] - 1:13, 1:22, 2:3
**forces** [5] - 77:14, 77:15, 77:16, 95:25, 96:7
**forefront** [1] - 71:5
**foregoing** [1] - 161:9
**foreign** [4] - 21:14, 42:12, 47:4, 66:13
**Foreign** [48] - 10:6, 10:13, 11:17, 11:21, 13:23, 14:1, 14:3, 14:6, 35:6, 35:8, 35:10, 35:20, 36:2, 36:10, 37:6, 37:23, 38:21, 38:25, 39:4, 39:9, 40:18, 40:22, 41:3, 42:5, 42:8, 42:10, 42:18, 45:24, 47:4, 60:18, 60:25, 61:1, 63:12, 64:18, 66:22, 77:22, 78:3, 78:17, 78:21, 78:24, 97:20, 114:23, 118:25, 119:1, 122:19, 124:16, 125:22
**foreigners** [3] - 113:17, 114:11, 115:3
**form** [2] - 49:19,

115:16
**formally** [1] - 38:20
**format** [2] - 117:18, 117:19
**former** [1] - 13:11
**forth** [5] - 17:23, 18:3, 18:16, 59:8, 74:17
**forward** [1] - 37:2
**foundation** [2] - 81:11, 158:20
**four** [1] - 49:10
**fourth** [2] - 63:24, 67:19
**FPR** [2] - 3:3, 161:14
**Freddy** [2] - 31:24, 112:17
**FREDDY** [2] - 3:17, 112:12
**free** [1] - 79:3
**frequently** [1] - 80:20
**Friday** [7] - 25:1, 133:9, 133:11, 133:14, 135:9, 135:19, 136:10
**Fridays** [1] - 136:22
**front** [9] - 27:21, 38:10, 40:2, 52:15, 60:4, 63:7, 64:3, 64:4, 142:16
**fuel** [4] - 13:14, 84:2, 84:4, 84:8
**fulfilled** [1] - 36:12
**full** [1] - 24:7
**function** [1] - 40:11

**G**

**G-O-N-Z-A-L-E-Z** [1] - 34:16
**G-R-A-S-S-I** [1] - 129:8
**Gaceta** [27] - 18:22, 19:1, 19:14, 19:17, 19:19, 19:21, 28:15, 42:22, 43:3, 43:6, 43:11, 54:12, 54:14, 54:16, 54:24, 55:19, 56:24, 57:2, 57:5, 57:7, 57:14, 58:11, 59:22, 71:20, 71:23, 72:7, 72:10
**gallery** [1] - 25:9
**gas** [1] - 9:12
**gasoline** [4] - 9:11, 10:23, 12:11, 75:25
**Gazette** [7] - 37:19, 42:16, 43:5, 43:9, 55:6, 57:3, 57:24

**General** [2] - 36:1, 90:19
**general** [6] - 36:22, 115:2, 119:16, 119:24, 132:3, 146:21
**generally** [4] - 43:15, 73:2, 114:25, 119:2
**generic** [1] - 132:17
**gentleman** [2] - 31:14, 98:9
**George** [2] - 5:8, 52:7
**German** [1] - 130:15
**given** [7] - 36:9, 41:12, 44:7, 45:19, 142:22, 144:16, 146:1
**Global** [1] - 108:13
**God** [1] - 151:8
**gold** [4] - 10:24, 76:1, 91:14, 92:22
**golden** [1] - 90:9
**Gomez** [5] - 92:2, 93:10, 149:1, 154:17, 154:19
**GONZALEZ** [3] - 3:12, 30:1, 33:4
**Gonzalez** [42] - 24:22, 28:19, 29:6, 29:11, 29:23, 30:24, 32:24, 33:8, 34:16, 34:17, 36:18, 37:4, 38:9, 38:14, 39:11, 39:23, 40:1, 41:6, 42:3, 51:21, 52:14, 54:21, 57:23, 58:17, 60:4, 60:12, 61:15, 62:15, 63:17, 65:10, 66:6, 67:4, 67:11, 68:17, 69:13, 70:6, 70:12, 70:17, 71:19, 72:2, 73:8, 73:14
**gonzalez** [3] - 27:21, 29:9, 70:20
**Goverment's** [1] - 51:19
**govern** [1] - 115:5
**Government** [47] - 4:6, 4:6, 4:7, 4:7, 4:8, 5:4, 6:17, 7:20, 13:3, 13:5, 17:22, 18:14, 18:15, 19:5, 19:23, 20:11, 20:15, 21:1, 21:7, 23:2, 23:5, 24:1, 30:19, 45:11, 51:4, 53:11, 57:12, 57:14, 59:17, 59:22, 61:9, 61:25, 62:9, 68:14, 70:4, 74:9, 74:14, 76:6, 82:11, 82:15, 82:17, 141:20, 142:8,

142:10, 160:7
**government** [47] -
10:16, 11:13, 12:3,
14:14, 14:22, 14:25,
43:18, 44:11, 44:18,
45:4, 45:8, 45:9,
45:15, 46:2, 50:25,
51:3, 61:17, 67:23,
69:4, 69:8, 70:1,
70:22, 70:23, 70:25,
71:22, 74:22, 75:4,
75:8, 76:3, 76:4, 76:5,
77:20, 78:8, 78:12,
82:14, 100:14, 108:8,
108:23, 109:5,
113:20, 122:1,
122:16, 123:11,
127:17, 127:19,
128:14
**Government's** [20] -
7:3, 47:16, 50:16,
53:8, 53:12, 54:12,
54:14, 54:16, 54:19,
57:10, 57:20, 60:8,
61:21, 64:9, 65:7,
66:25, 68:18, 69:11,
70:7, 141:25
**government's** [1] -
128:9
**governments** [2] -
10:9, 21:15
**graduate** [1] - 114:13
**graduated** [1] -
113:3
**Grand** [1] - 109:7
**Grandillo** [3] - 31:8,
31:16, 77:5
**GRANDILLO** [2] -
3:15, 76:25
**Grassi** [3] - 128:25,
129:5, 129:8
**great** [2] - 10:25,
84:6
**grocery** [1] - 9:11
**grounds** [2] - 58:13,
76:8
**Group** [1] - 109:7
**group** [2] - 131:7,
132:21
**Guaido** [5] - 44:11,
44:17, 45:4, 45:9,
45:16
**guarantee** [1] - 12:10
**guard** [1] - 139:16
**guess** [4] - 61:9,
64:4, 128:16, 141:14
**guide** [5] - 141:1,
142:20, 142:22,
143:1, 144:13

**H**

**HAC** [1] - 1:24
**Haciki** [3] - 25:17,
25:22, 25:25
**Halcones** [6] - 99:14,
99:21, 99:23, 99:25,
100:4, 100:6
**HALCONES** [1] -
99:15
**half** [4] - 63:25,
149:7, 151:23, 151:24
**halted** [1] - 11:3
**hand** [28] - 29:24,
30:7, 41:14, 57:25,
86:22, 91:13, 92:23,
94:13, 94:24, 95:2,
107:12, 111:1, 112:7,
112:14, 119:8,
119:10, 119:12,
129:15, 137:20,
138:15, 139:10,
139:11, 140:25,
142:20, 142:21,
144:11, 153:3, 154:4
**handcuffs** [2] - 6:3,
6:6
**handed** [6] - 94:6,
137:19, 140:19,
143:2, 143:25, 144:12
**handing** [1] - 139:13
**handle** [3] - 36:25,
49:7, 49:24
**hands** [10] - 36:23,
37:5, 37:8, 38:18,
86:8, 87:1, 89:25,
90:23, 91:6, 107:13
**hate** [1] - 32:21
**HDMI** [1] - 8:6
**head** [15] - 14:5,
78:1, 78:6, 79:11,
79:20, 79:25, 84:18,
85:13, 88:4, 100:24,
101:16, 102:3,
102:19, 103:1, 104:4
**Head** [1] - 26:9
**headed** [1] - 133:16
**header** [1] - 152:23
**headquartered** [1] -
134:12
**health** [1] - 9:22
**hear** [16] - 7:2, 7:22,
13:10, 13:22, 14:4,
14:21, 15:2, 25:24,
28:1, 32:16, 101:22,
102:9, 102:11,
102:12, 111:15,
132:12
**heard** [6] - 28:2,
28:6, 108:13, 108:16,

108:18, 132:10
**HEARING** [1] - 1:10
**hearing** [15] - 5:21,
8:11, 16:18, 17:18,
21:2, 24:5, 25:19,
26:2, 26:5, 28:4, 32:7,
74:17, 109:1, 160:22,
160:25
**hearsay** [1] - 89:17
**height** [1] - 11:1
**held** [1] - 13:2
**hello** [1] - 25:14
**help** [2] - 55:1, 62:21
**helped** [1] - 10:22
**helpful** [2] - 7:1, 55:2
**helping** [1] - 106:13
**hereby** [2] - 74:16,
161:9
**herein** [1] - 76:7
**herself** [1] - 115:18
**highest** [1] - 13:2
**highlight** [3] - 62:20,
64:23, 119:14
**highlighted** [1] -
91:13
**highlighting** [1] -
65:18
**himself** [4] - 10:25,
101:8, 115:18, 123:23
**hired** [2] - 157:25,
158:8
**hmm** [1] - 67:21
**holder** [1] - 116:6
**home** [4] - 127:7,
146:4, 146:5, 146:12
**honestly** [3] - 156:6,
157:8, 157:25
**honor** [1] - 20:21
**Honor** [174] - 5:5,
5:11, 5:23, 6:7, 6:10,
6:15, 6:16, 7:4, 7:6,
7:14, 7:21, 7:24, 8:1,
8:7, 8:8, 8:10, 9:17,
9:19, 10:20, 11:7,
11:16, 11:25, 13:5,
16:6, 16:11, 16:14,
16:17, 19:13, 19:17,
21:25, 22:7, 22:11,
22:13, 22:16, 23:2,
23:16, 23:18, 23:23,
24:9, 24:13, 24:19,
24:22, 24:24, 25:4,
25:6, 25:22, 30:19,
30:20, 33:9, 33:12,
34:7, 34:9, 34:11,
35:24, 39:6, 40:25,
41:19, 41:22, 41:24,
44:21, 44:22, 45:11,
47:13, 47:16, 50:22,
51:11, 51:17, 52:6,

52:12, 53:12, 53:16,
54:1, 54:3, 54:7,
57:11, 59:12, 61:13,
61:23, 62:2, 62:6,
62:22, 62:24, 65:20,
65:22, 65:24, 66:2,
68:6, 68:8, 73:4, 73:5,
73:11, 74:4, 74:8,
75:20, 76:16, 81:11,
81:22, 82:10, 82:16,
82:19, 85:12, 89:17,
91:19, 92:7, 92:10,
95:14, 95:17, 95:20,
99:16, 100:7, 102:22,
106:23, 108:9,
108:25, 109:10,
109:14, 110:1, 111:4,
111:9, 111:11,
111:20, 111:24,
113:10, 118:24,
119:4, 120:24, 121:2,
121:9, 121:10,
121:12, 121:15,
123:18, 123:23,
125:15, 126:2,
126:14, 126:21,
127:10, 128:1, 128:2,
128:4, 128:8, 128:12,
128:20, 128:22,
130:3, 132:6, 132:11,
135:21, 135:25,
141:11, 141:14,
141:22, 141:23,
142:5, 142:8, 142:13,
148:15, 154:7,
154:10, 154:14,
155:15, 156:14,
156:17, 156:19,
156:19, 159:1, 159:7,
159:15, 160:7,
160:10, 160:18,
160:20
**Honor's** [1] - 59:16
**HONORABLE** [1] -
1:10
**honorifics** [1] - 59:2
**hooked** [2] - 8:3, 8:4
**hopeful** [1] - 7:11
**hopefully** [1] - 57:19
**Hostetler** [5] - 1:22,
2:4, 2:8, 2:12, 5:15
**hour** [1] - 109:17
**hours** [2] - 84:20,
89:11
**House** [1] - 13:3
**house** [1] - 146:3
**housekeeping** [2] -
5:24, 59:16
**housing** [1] - 108:8
**Human** [1] - 15:19

**humanitarian** [6] -
9:2, 9:8, 9:24, 10:4,
10:9, 74:25
**hungry** [1] - 9:13

**I**

**ID** [7] - 29:6, 29:7,
31:8, 31:24, 114:9,
115:13, 116:3
**idea** [2] - 108:1,
108:4
**IDed** [1] - 116:25
**identification** [11] -
14:23, 29:3, 29:5,
32:2, 38:8, 39:24,
113:17, 114:8, 118:6,
141:18, 154:25
**identified** [4] - 27:1,
88:23, 116:20, 116:21
**identify** [5] - 80:21,
93:20, 122:21, 138:2,
142:6
**identifying** [1] -
122:13
**identity** [1] - 31:11
**IDing** [1] - 115:3
**illegally** [1] - 15:21
**illness** [1] - 10:1
**illustrated** [1] -
147:22
**image** [1] - 150:20
**imagine** [2] - 117:4,
124:9
**immediate** [3] -
100:18, 138:17
**immediately** [4] -
12:25, 133:12,
134:17, 138:16
**immigration** [8] -
86:22, 113:17,
114:10, 114:11,
115:4, 143:15
**immune** [2] - 158:5,
158:17
**immunity** [15] - 8:16,
15:12, 16:22, 17:11,
17:12, 20:24, 69:7,
69:24, 70:24, 71:10,
71:15, 74:18, 158:10,
159:9, 159:12
**impact** [2] - 84:6,
127:2
**impacted** [1] - 83:24
**importance** [2] -
13:20, 96:17
**important** [8] - 9:2,
9:4, 43:18, 44:4, 59:1,
102:12, 104:5, 137:10
**imposed** [2] - 9:9,

83:21
**impractical** [1] - 117:6
**Imprenta** [4] - 19:18, 20:3, 57:15, 59:23
**impressed** [1] - 19:10
**in-transit** [1] - 17:11
**include** [3] - 20:4, 20:19, 37:9
**included** [1] - 19:20
**includes** [2] - 19:20, 120:2
**including** [5] - 9:11, 10:10, 13:3, 53:24, 110:21
**inclusive** [1] - 62:7
**incumbent** [1] - 84:18
**indeed** [6] - 11:9, 15:15, 18:17, 125:2, 133:14, 138:18
**indicate** [5] - 18:17, 20:18, 63:7, 86:16, 137:24
**indicated** [2] - 23:6, 65:5
**indicates** [3] - 69:7, 80:24, 125:19
**indicating** [1] - 20:5
**indication** [1] - 20:9
**indicative** [1] - 20:24
**indicia** [1] - 18:15
**indigenous** [1] - 10:1
**individual** [8] - 25:23, 26:1, 30:22, 55:15, 55:17, 96:7, 99:11, 115:14
**individuals** [6] - 17:11, 17:13, 18:1, 42:18, 42:24, 96:8
**indulgence** [3] - 23:17, 95:14
**infinity** [1] - 6:22
**inform** [1] - 103:14
**informat** [1] - 126:23
**information** [22] - 14:19, 20:10, 20:13, 32:11, 48:5, 103:14, 115:12, 115:15, 115:21, 115:22, 116:3, 116:9, 116:17, 117:1, 117:5, 124:5, 125:8, 125:19, 125:21, 127:10, 133:22
**informed** [4] - 7:8, 27:10, 138:20, 139:9
**input** [2] - 115:12, 115:15

**inquire** [1] - 6:19
**inside** [25] - 15:6, 80:19, 85:2, 107:7, 146:18, 146:25, 147:8, 147:9, 149:19, 149:20, 150:14, 150:18, 150:23, 151:3, 152:2, 152:4, 152:10, 152:11, 152:19, 155:4, 155:5, 155:20, 155:22, 157:13, 157:14
**insignia** [1] - 105:19
**instead** [1] - 60:9
**instructed** [1] - 10:13
**instruction** [1] - 10:6
**instructions** [6] - 89:15, 89:23, 90:2, 97:5, 110:9, 114:23
**interest** [1] - 52:11
**international** [16] - 11:2, 69:25, 70:24, 79:17, 79:21, 79:24, 84:13, 84:16, 87:11, 94:5, 113:6, 121:23, 123:17, 123:25, 126:7, 127:16
**internationally** [4] - 47:7, 47:9, 85:14, 85:20
**Internet** [2] - 101:21, 102:7
**internship** [3] - 131:20, 131:21, 131:24
**Interpol** [1] - 20:17
**Interpreter** [4] - 35:24, 41:15, 44:25, 110:16
**INTERPRETER** [15] - 6:10, 26:8, 35:24, 41:15, 44:13, 44:21, 44:24, 106:3, 110:15, 113:10, 129:3, 129:5, 129:8, 132:6, 145:4
**interpreter** [5] - 6:11, 44:14, 65:19, 129:9, 132:7
**interpreter's** [1] - 129:7
**Interpreters** [1] - 128:25
**interpreters** [4] - 27:9, 27:11, 128:24, 160:15
**intervening** [1] - 127:17
**inventory** [9] - 137:17, 140:23,

141:1, 141:5, 141:7, 141:8, 144:21, 144:24, 145:3
**Inventory** [1] - 145:15
**involved** [4] - 42:20, 66:21, 157:6, 157:8
**involving** [1] - 21:15
**Iran** [56] - 8:13, 8:20, 9:2, 10:14, 10:15, 10:21, 10:23, 11:5, 11:15, 11:18, 11:22, 12:7, 12:11, 12:16, 12:18, 12:24, 13:14, 13:17, 13:19, 14:11, 14:20, 15:10, 15:12, 16:9, 17:2, 21:16, 21:17, 52:23, 53:6, 55:16, 61:25, 67:14, 74:20, 74:22, 75:3, 75:4, 75:9, 75:15, 75:16, 75:25, 84:15, 84:17, 86:13, 87:19, 88:23, 89:8, 92:2, 95:10, 104:22, 105:2, 149:4, 150:6, 151:13
**Iranian** [13] - 10:16, 11:17, 11:20, 12:3, 12:14, 14:8, 14:14, 14:20, 15:8, 74:24, 75:6, 75:7, 75:12
**Iranians** [1] - 10:17
**Isla** [1] - 131:1
**ISLA** [1] - 131:1
**Islamic** [3] - 67:13, 92:1, 151:13
**island** [9] - 130:22, 130:23, 130:25, 131:1, 131:3, 131:14, 134:12, 135:4
**Island** [9] - 131:19, 132:24, 133:1, 133:8, 133:25, 134:7, 134:14, 135:7, 135:10
**islands** [6] - 130:19, 130:21, 131:8, 131:9, 134:13, 134:19
**issuance** [6] - 114:20, 115:9, 120:10, 120:16, 121:25, 127:4
**issue** [16] - 6:16, 7:5, 7:11, 8:12, 13:1, 43:18, 44:8, 52:4, 96:17, 114:9, 116:11, 116:13, 118:14, 122:16, 124:5
**issued** [24] - 14:25, 40:7, 48:6, 52:24, 118:4, 118:8, 118:11,

118:16, 118:25, 119:25, 120:6, 120:9, 120:20, 122:18, 123:3, 123:8, 124:8, 124:13, 125:2, 125:13, 125:20, 125:24
**issues** [3] - 16:19, 122:1, 156:13
**issuing** [6] - 14:22, 39:13, 72:16, 73:9, 114:22, 115:7
**IT** [5] - 33:24, 34:2, 34:5, 115:11, 126:23
**Item** [3] - 143:6, 143:7, 143:8
**items** [17] - 10:15, 140:17, 141:1, 141:3, 141:4, 141:5, 141:7, 141:10, 143:22, 143:24, 144:2, 145:3, 145:14, 145:15, 145:23, 152:11
**itself** [1] - 47:2

## J

**Javier** [1] - 128:25
**jbarr@bakerlaw.com** [1] - 2:6
**Jeff** [1] - 5:15
**jewelry** [1] - 140:14
**jnew@bakerlaw.com** [1] - 1:24
**Joa** [2] - 139:15, 139:19
**JOA** [1] - 139:15
**job** [4] - 38:4, 49:6, 69:25, 103:13
**Joe** [1] - 5:14
**joe@josephmschuster.com** [1] - 2:18
**join** [1] - 26:22
**joined** [1] - 103:20
**JONATHAN** [2] - 1:22, 2:3
**Jonathan** [2] - 5:11, 5:13
**Jorge** [10] - 38:17, 39:13, 40:8, 60:24, 63:18, 64:21, 69:19, 78:3, 97:19
**JOSEPH** [1] - 2:15
**Joseph** [1] - 2:16
**Juan** [4] - 31:8, 31:16, 74:2, 77:4
**JUAN** [2] - 3:15, 76:25
**JUDGE** [1] - 1:11

**Judge** [3] - 25:14, 123:6, 143:20
**judge** [1] - 12:23
**July** [18] - 133:6, 133:10, 135:9, 135:12, 135:15, 136:7, 136:21, 136:24, 137:6, 138:6, 138:22, 139:2, 139:5, 142:23, 142:24, 143:2, 144:1, 156:10
**June** [46] - 11:14, 11:16, 12:5, 12:12, 14:9, 14:16, 14:21, 15:22, 20:18, 62:16, 63:8, 64:13, 65:12, 68:12, 68:20, 69:17, 70:16, 74:23, 75:4, 75:9, 75:10, 75:11, 75:14, 81:10, 81:18, 88:8, 91:9, 93:4, 93:25, 94:2, 97:11, 97:14, 97:21, 104:20, 110:13, 110:20, 110:25, 121:20, 127:6, 127:13, 127:19, 133:25, 150:4, 151:11, 153:7, 154:6
**Justice** [1] - 1:17

## K

**Kazam** [2] - 92:1, 154:18
**keep** [7] - 11:4, 19:7, 19:8, 38:3, 60:17, 98:19, 124:18
**keeping** [4] - 6:24, 37:22, 134:18, 134:19
**Keown** [13] - 5:15, 39:21, 41:18, 50:20, 54:18, 56:23, 57:9, 57:17, 67:1, 67:9, 68:15, 69:10, 71:16
**KEOWN** [10] - 2:11, 8:1, 8:5, 8:7, 9:16, 25:6, 50:22, 51:3, 51:25, 52:3
**keown** [2] - 25:5, 51:2
**key** [1] - 115:13
**Khamenei** [2] - 12:8, 12:9, 154:22
**Kharazi** [2] - 93:9, 154:20
**Khavazi** [2] - 92:1, 154:18
**kind** [7] - 17:1, 18:18, 23:10, 56:23,

107:18, 107:23, 132:3
**knowledge** [20] -
62:25, 84:19, 96:21,
101:9, 101:12,
101:15, 102:20,
103:19, 103:21,
107:24, 108:11,
108:15, 108:19,
109:3, 109:4, 109:7,
109:9, 157:25, 158:4,
158:7
**known** [1] - 11:10
**knows** [1] - 7:6
**Kramer** [17] - 3:13,
3:16, 3:21, 5:5, 16:16,
54:2, 66:8, 67:4, 68:3,
68:17, 69:13, 70:6,
71:19, 110:5, 110:12,
110:19, 154:8
**KRAMER** [116] -
1:16, 5:5, 7:21, 16:17,
19:10, 24:13, 24:17,
25:22, 25:25, 30:20,
41:24, 42:2, 43:22,
44:15, 44:16, 45:1,
45:2, 45:17, 47:16,
47:23, 47:24, 48:19,
49:20, 50:14, 50:25,
51:4, 51:8, 51:10,
51:13, 51:23, 52:1,
52:4, 52:11, 52:13,
53:8, 53:11, 53:17,
54:18, 54:20, 55:10,
55:12, 56:1, 56:3,
56:11, 56:13, 56:22,
57:1, 57:9, 57:17,
57:22, 58:4, 58:6,
58:14, 58:16, 59:16,
59:20, 59:25, 60:3,
60:8, 60:11, 60:20,
60:22, 61:9, 61:12,
61:14, 61:20, 62:2,
62:11, 62:14, 62:20,
63:6, 63:14, 63:16,
63:22, 64:1, 64:11,
64:14, 64:22, 64:25,
65:6, 65:9, 65:16,
81:11, 82:19, 92:7,
95:20, 95:22, 98:22,
99:18, 100:7, 100:9,
102:16, 103:5, 106:7,
106:23, 106:24,
108:6, 108:12, 109:6,
109:10, 135:21,
141:22, 142:8,
154:14, 156:19,
156:21, 158:22,
159:1, 159:7, 159:15,
159:17, 159:20,
159:25, 160:3, 160:7,
160:20
**kurt.lunkenheimer**
**@usdoj.gov** [1] - 1:15

**L**

**labor** [1] - 132:19
**lack** [2] - 9:22,
158:19
**language** [3] - 12:3,
129:2, 151:8
**large** [3] - 140:1,
146:17, 147:4
**larger** [4] - 56:9,
132:21, 140:20,
146:25
**largest** [1] - 130:23
**last** [20] - 6:21,
14:10, 34:15, 36:8,
56:20, 68:24, 69:20,
77:3, 85:14, 89:9,
105:24, 106:5, 111:2,
112:15, 112:18,
129:22, 136:23,
136:25, 145:18,
151:22
**lasting** [1] - 50:10
**late** [1] - 45:10
**Laurente** [13] - 5:8,
50:15, 52:7, 58:4,
59:25, 62:21, 63:15,
63:23, 64:12, 64:22,
65:7, 65:16, 159:19
**laurente** [1] - 57:20
**Law** [1] - 74:15
**law** [31] - 12:19,
14:15, 14:18, 18:10,
30:6, 69:25, 70:24,
76:8, 113:6, 123:17,
123:25, 126:5, 126:7,
127:16, 130:10,
131:18, 131:20,
131:23, 132:1, 132:3,
132:15, 132:18,
132:19, 136:11,
137:16, 141:5
**laws** [1] - 28:10
**lawyer** [1] - 15:2
**lawyers** [2] - 33:17,
160:25
**layer** [1] - 10:4
**lead** [3] - 16:21,
156:11
**leader** [1] - 151:13
**Leader** [1] - 12:7
**leading** [1] - 14:16
**learned** [1] - 157:19
**least** [1] - 9:6
**leave** [3] - 26:25,
71:3, 160:24

**leaving** [1] - 94:19
**lectern** [1] - 33:11
**led** [2] - 133:21,
139:4
**left** [11] - 12:15,
41:14, 50:17, 57:25,
86:21, 98:11, 102:25,
146:8, 149:2, 153:3,
154:4
**left-hand** [4] - 41:14,
57:25, 153:3, 154:4
**legal** [18] - 14:21,
16:19, 18:11, 19:14,
21:3, 113:7, 113:12,
113:13, 113:14,
114:3, 114:5, 115:1,
120:9, 123:20,
131:15, 131:16,
132:20, 159:7
**legislative** [1] - 19:8
**letter** [49] - 12:6,
12:8, 12:10, 14:16,
40:7, 40:10, 41:6,
43:8, 48:21, 48:22,
50:15, 52:20, 53:1,
58:7, 60:16, 60:23,
61:7, 63:17, 64:10,
64:15, 64:16, 64:20,
74:23, 75:4, 75:9,
148:24, 149:13,
149:16, 149:22,
150:1, 150:3, 150:14,
150:15, 150:20,
150:22, 150:25,
151:2, 151:3, 151:5,
151:6, 151:10,
151:19, 152:4, 152:7,
152:25, 153:15,
153:17, 153:18,
154:19
**Letter** [6] - 39:8,
41:2, 51:20, 61:25,
154:17, 154:21
**Letters** [1] - 62:9
**letters** [28] - 12:4,
12:17, 15:6, 20:16,
22:18, 58:23, 59:8,
61:16, 105:20, 107:2,
147:13, 147:14,
147:17, 147:21,
147:23, 147:24,
148:2, 148:3, 148:5,
148:22, 149:24,
152:10, 152:19,
153:11, 153:20,
154:12, 155:5, 156:1
**letting** [1] - 24:4
**level** [1] - 13:2
**Library** [11] - 19:2,
19:6, 19:11, 19:16,

20:8, 53:13, 53:18,
53:22, 54:5, 54:9,
54:16
**library** [1] - 19:12
**license** [3] - 28:16,
88:25, 131:21
**life** [2] - 34:23, 83:25
**light** [1] - 20:6
**limited** [1] - 103:4,
127:3, 132:3
**Limited** [1] - 109:8
**LINDY** [1] - 2:11
**Lindy** [2] - 5:14,
119:14
**line** [1] - 67:19
**lines** [1] - 9:12
**link** [2] - 33:20, 34:6
**list** [2] - 18:2, 19:4
**listed** [5] - 18:23,
105:4, 143:22, 145:8,
145:13
**listing** [1] - 145:22
**litigation** [1] - 5:7
**live** [4] - 34:21,
130:16, 130:25, 131:1
**lived** [1] - 34:23
**living** [1] - 124:12
**lkeown@bakerlaw.**
**com** [1] - 2:14
**LLP** [4] - 1:22, 2:4,
2:8, 2:12
**Local** [1] - 74:15
**locate** [1] - 82:13
**located** [6] - 24:23,
41:13, 94:5, 130:18,
132:23, 147:7
**location** [1] - 103:8
**locked** [1] - 21:14
**log** [1] - 52:8
**logistics** [1] - 160:16
**look** [23] - 39:1,
40:18, 55:13, 56:1,
60:1, 63:23, 64:15,
83:7, 85:25, 103:24,
117:9, 117:21, 118:6,
119:7, 119:19,
140:16, 144:5,
145:18, 145:21,
147:17, 147:19,
149:6, 155:20
**looked** [6] - 58:8,
119:22, 140:4,
144:13, 155:24, 156:5
**looking** [8] - 20:15,
43:8, 52:17, 54:21,
63:7, 66:24, 137:8,
159:21
**looks** [1] - 16:12
**Lopez** [2] - 63:12,
64:17

**luggage** [31] - 15:6,
84:24, 85:2, 85:5,
94:4, 94:6, 94:11,
94:12, 94:14, 94:17,
94:24, 95:2, 139:24,
139:25, 140:1, 140:2,
140:5, 146:13,
146:15, 149:25,
150:13, 150:19,
151:3, 152:3, 152:12,
152:19, 153:1,
153:12, 153:21, 154:2
**Luis** [5] - 26:12,
28:9, 28:22, 63:11,
64:17
**LUIS** [1] - 33:1
**lunch** [2] - 73:18,
73:23

**M**

**M-a-n-d-l** [2] -
128:23, 129:24
**machinery** [1] -
10:10
**machines** [1] -
140:15
**madam** [1] - 15:20
**Maduro** [29] - 12:7,
17:2, 18:16, 20:17,
43:18, 43:24, 44:4,
45:3, 45:8, 45:19,
45:20, 61:17, 71:3,
76:3, 76:4, 88:16,
88:17, 96:11, 96:14,
96:17, 96:19, 96:22,
100:13, 148:4, 151:5,
151:21, 152:5,
153:19, 154:21
**magazines** [1] -
146:20
**mailed** [1] - 37:2
**main** [5] - 107:4,
107:5, 115:2, 130:22,
133:6
**maintained** [3] -
13:25, 19:18, 40:22
**maintenance** [2] -
126:25
**man** [1] - 133:3
**manages** [1] -
114:23
**Mandl** [29] - 128:23,
129:23, 129:25,
130:6, 130:12,
130:25, 131:15,
132:15, 133:2,
133:19, 134:3, 136:1,
141:17, 142:15,
143:22, 144:20,

145:17, 145:24,
145:25, 148:6,
148:17, 150:21,
150:25, 152:14,
153:8, 154:24,
155:20, 156:8, 156:22
**MANDL** [2] - 3:20,
129:17
**manifest** [8] - 86:6,
86:8, 86:15, 86:23,
94:9, 103:24, 104:1,
140:19
**March** [31] - 10:3,
10:16, 10:21, 20:5,
35:13, 74:21, 81:7,
81:9, 81:18, 84:11,
84:12, 84:23, 85:4,
85:13, 85:15, 85:18,
86:1, 86:6, 86:11,
86:20, 106:11,
106:15, 118:16,
118:17, 120:22,
125:7, 125:8, 126:18,
126:20, 127:12
**Maria** [7] - 24:22,
29:6, 29:11, 34:16,
113:4, 114:14, 132:24
**MARIA** [3] - 3:12,
30:1, 33:4
**marked** [11] - 15:24,
38:7, 39:24, 61:21,
80:8, 82:4, 82:15,
121:7, 141:18,
142:16, 154:25
**Marquez** [1] - 90:19
**marshals** [1] - 6:5
**masks** [2] - 146:19,
146:24
**master's** [1] - 113:7
**math** [2] - 50:10,
114:17
**matter** [4] - 5:2,
33:23, 120:15, 161:11
**matters** [5] - 5:24,
7:18, 59:1, 74:16,
115:5
**maximum** [1] -
119:23
**mean** [5] - 34:2,
92:13, 142:11, 143:14
**means** [1] - 83:19
**measures** [1] - 94:19
**media** [3] - 11:10,
133:23, 157:19
**media-focused** [1] -
133:23
**medical** [4] - 9:10,
10:10, 13:14, 84:7
**medication** [5] -
44:3, 52:25, 84:7,

94:21, 105:17
**medications** [1] -
40:9
**medicine** [7] - 9:22,
10:18, 11:24, 15:23,
75:6, 84:4, 108:23
**medicines** [2] - 84:2,
85:2
**meet** [3] - 74:24,
75:5, 75:12
**meeting** [8] - 12:13,
14:8, 14:19, 26:23,
73:18, 88:9, 89:9,
89:12
**meetings** [3] - 11:23,
79:14, 107:25
**member** [1] - 159:7
**members** [1] - 77:25
**memory** [1] - 49:11
**men** [1] - 139:17
**mention** [1] - 67:22
**mentioned** [7] - 32:4,
39:15, 41:11, 94:22,
133:9, 147:3, 155:23
**mess** [1] - 33:22
**message** [1] -
115:24
**met** [1] - 10:16
**metadata** [1] - 19:24,
19:25
**Mexico** [8] - 44:11,
44:18, 45:4, 45:6,
45:9, 122:6, 122:9,
122:12
**MIAMI** [1] - 1:2
**Miami** [9] - 1:4, 1:15,
2:17, 2:21, 3:4, 3:5,
111:18, 161:15,
161:16
**MICHAEL** [1] - 2:15
**microphone** [6] -
6:11, 6:13, 129:20,
129:21, 132:4, 132:8
**mid** [1] - 10:3
**middle** [1] - 56:24
**might** [2] - 33:19,
137:9
**migrants** [1] - 10:1
**military** [2] - 77:14,
78:13
**million** [1] - 9:24
**mind** [1] - 6:24
**Mindelo** [1] - 131:19
**minister** [2] - 40:13,
42:15
**Minister** [27] - 10:6,
11:16, 36:24, 37:15,
38:17, 39:8, 39:13,
40:8, 41:3, 42:23,
60:18, 60:24, 60:25,

61:1, 63:12, 63:18,
63:19, 64:17, 64:21,
66:22, 69:19, 78:3,
92:1, 97:20, 149:3,
152:20
**ministers** [1] - 42:13
**ministries** [1] - 21:15
**ministry** [1] - 77:20
**Ministry** [36] - 10:13,
11:21, 13:23, 13:25,
14:3, 14:6, 35:6, 35:7,
35:10, 35:20, 36:2,
36:10, 37:6, 37:8,
37:23, 38:21, 38:25,
39:4, 40:18, 40:22,
42:5, 42:8, 42:9,
42:18, 45:24, 47:4,
77:22, 78:17, 78:21,
78:24, 97:25, 114:23,
119:1, 122:19,
124:16, 125:22
**minute** [4] - 30:25,
32:22, 125:15, 148:9
**minutes** [14] - 32:24,
69:14, 73:19, 73:21,
73:22, 87:6, 88:5,
95:13, 109:13,
109:17, 136:18,
146:10, 148:10,
160:23
**mischaracterizes** [1]
- 102:22
**misheard** [1] -
114:13
**mission** [33] - 8:14,
8:19, 8:22, 9:2, 9:6,
11:22, 12:5, 12:24,
13:13, 13:16, 13:20,
14:4, 15:12, 15:22,
16:3, 16:7, 16:10,
17:6, 17:7, 17:8,
17:20, 17:25, 18:2,
18:4, 18:6, 18:8, 53:2,
53:5, 55:23, 75:10,
103:15
**Mission** [2] - 26:9,
158:18
**Missions** [3] - 17:12,
18:9, 159:10
**missions** [7] - 10:14,
10:25, 11:4, 11:9,
42:25, 43:1
**mobilize** [1] - 84:9
**modification** [1] -
20:9
**modified** [3] - 19:1,
20:5, 47:3
**moment** [20] - 22:13,
23:16, 26:21, 41:19,
44:21, 65:21, 65:24,

73:5, 95:15, 100:7,
100:8, 106:23,
109:10, 109:14,
113:10, 121:9, 128:2,
141:22, 154:7, 156:14
**momentarily** [1] -
36:14
**Monday** [1] - 135:19
**Mondays** [1] -
136:22
**monetary** [6] -
140:13, 141:8,
143:25, 144:4, 145:3,
145:15
**money** [5] - 94:21,
141:7, 145:4, 145:10,
145:14
**monitor** [1] - 26:23
**monitoring** [1] -
14:15
**MONSALVE** [1] -
33:2
**Monsalve** [3] - 28:9,
28:23, 29:18
**month** [5] - 50:6,
50:9, 98:25, 99:6,
126:18
**monthly** [1] - 98:24
**months** [2] - 35:3,
46:16
**Montiero** [1] - 156:12
**Montserrat** [1] - 39:9
**MORAN** [1] - 1:7
**Moran** [8] - 5:3, 5:18,
51:19, 63:4, 74:14,
83:10, 118:12, 121:5
**morning** [35] - 5:2,
5:5, 5:9, 5:11, 5:12,
5:17, 5:18, 5:19, 8:10,
12:15, 14:9, 25:6,
25:12, 25:14, 25:15,
26:11, 27:24, 27:25,
28:22, 34:14, 42:3,
42:4, 66:6, 66:7, 74:9,
95:5, 95:7, 112:4,
137:6, 138:6, 138:15,
139:2, 139:5, 139:6,
139:7
**Moros** [2] - 71:3,
96:11
**most** [5] - 11:2, 55:1,
55:2, 85:19, 151:7
**motion** [4] - 5:21,
8:11, 16:22, 16:23
**move** [16] - 6:13,
22:2, 22:21, 22:22,
24:8, 54:25, 62:2,
81:22, 117:10,
117:12, 118:18,
118:19, 120:24,

132:4, 159:15
**moves** [3] - 21:21,
59:17, 61:9
**moving** [1] - 62:3
**MR** [349] - 5:5, 5:11,
5:23, 6:2, 6:7, 6:15,
7:4, 7:17, 7:19, 7:21,
7:24, 8:8, 8:10, 9:18,
16:17, 19:10, 21:6,
21:12, 21:25, 22:7,
22:13, 23:2, 23:12,
23:14, 23:16, 23:21,
23:23, 23:25, 24:6,
24:8, 24:13, 24:17,
24:18, 24:22, 25:4,
25:18, 25:22, 25:25,
26:12, 26:18, 26:21,
27:5, 27:10, 27:14,
27:17, 28:2, 28:5,
28:20, 30:12, 30:18,
30:20, 31:4, 32:10,
32:17, 33:9, 33:12,
33:15, 34:7, 34:11,
34:13, 36:4, 39:6,
39:10, 39:20, 39:22,
40:25, 41:5, 41:17,
41:22, 41:24, 42:2,
43:20, 43:22, 44:15,
44:16, 44:20, 44:22,
45:1, 45:2, 45:11,
45:17, 47:13, 47:16,
47:23, 47:24, 48:17,
48:19, 49:18, 49:20,
50:14, 50:25, 51:4,
51:8, 51:10, 51:13,
51:17, 51:23, 52:1,
52:4, 52:11, 52:13,
53:8, 53:11, 53:16,
53:17, 54:1, 54:18,
54:20, 55:10, 55:12,
56:1, 56:3, 56:11,
56:13, 56:22, 57:1,
57:9, 57:17, 57:22,
58:4, 58:6, 58:12,
58:14, 58:16, 59:12,
59:16, 59:20, 59:25,
60:3, 60:8, 60:11,
60:20, 60:22, 61:9,
61:12, 61:14, 61:20,
61:23, 62:2, 62:6,
62:11, 62:14, 62:20,
62:22, 63:6, 63:14,
63:16, 63:22, 64:1,
64:11, 64:14, 64:22,
64:25, 65:6, 65:9,
65:16, 65:24, 66:2,
66:5, 67:1, 67:3, 67:8,
67:10, 68:6, 68:8,
68:12, 68:14, 68:16,
69:10, 69:12, 70:4,
70:5, 70:9, 70:11,

70:17, 70:19, 71:16, 71:18, 73:4, 73:7, 73:11, 74:2, 74:4, 74:7, 74:11, 76:12, 76:16, 77:8, 81:11, 81:13, 81:22, 82:3, 82:7, 82:10, 82:19, 82:23, 83:2, 83:4, 83:11, 83:14, 85:12, 86:4, 86:18, 89:17, 89:21, 90:1, 90:24, 91:2, 91:3, 91:19, 91:21, 92:7, 92:10, 92:11, 92:17, 92:19, 93:12, 93:15, 94:15, 95:14, 95:17, 95:20, 95:22, 98:13, 98:17, 98:22, 99:16, 99:18, 100:7, 100:9, 102:16, 102:22, 103:5, 106:7, 106:23, 106:24, 108:3, 108:6, 108:9, 108:12, 108:25, 109:6, 109:10, 109:14, 109:19, 110:1, 110:3, 110:17, 110:18, 111:3, 111:9, 111:11, 111:14, 111:16, 111:23, 112:2, 112:21, 113:19, 114:1, 114:18, 114:19, 117:7, 117:12, 117:14, 117:17, 117:20, 117:22, 118:9, 118:13, 119:6, 119:14, 119:18, 120:24, 121:2, 121:6, 121:9, 121:12, 121:15, 121:17, 123:6, 123:12, 123:18, 123:20, 123:23, 124:1, 124:3, 124:17, 124:20, 124:22, 125:15, 125:17, 126:2, 126:9, 126:14, 127:25, 128:1, 128:2, 128:4, 128:8, 128:12, 128:18, 128:20, 128:22, 130:3, 130:5, 132:10, 132:13, 132:14, 135:21, 135:25, 136:5, 141:11, 141:14, 141:16, 141:22, 142:5, 142:8, 142:13, 142:14, 143:20, 143:21, 144:19, 145:5, 145:7, 148:15, 148:16, 154:7,

154:10, 154:14, 154:23, 155:15, 155:19, 156:14, 156:17, 156:19, 156:21, 158:19, 158:22, 159:1, 159:7, 159:15, 159:17, 159:20, 159:25, 160:3, 160:7, 160:10, 160:18, 160:20
**MS** [9] - 8:1, 8:5, 8:7, 9:16, 25:6, 50:22, 51:3, 51:25, 52:3
**multi** [2] - 92:12, 92:13
**multiple** [1] - 92:15
**must** [3] - 8:17, 37:7, 73:9

## N

**N.W** [1] - 1:18
**Nacional** [4] - 19:19, 20:3, 57:15, 59:23
**Nain** [3] - 74:14, 83:10, 118:12
**NAIN** [1] - 1:7
**name** [30] - 19:20, 20:4, 25:18, 26:7, 26:8, 28:8, 29:11, 31:23, 34:14, 34:15, 59:6, 77:2, 77:3, 77:4, 90:13, 98:6, 112:15, 112:16, 112:17, 112:18, 113:20, 129:4, 129:22, 137:18, 137:24, 138:7, 139:15, 139:16, 144:9
**named** [3] - 99:11, 133:3, 151:14
**namings** [3] - 37:9, 37:17
**Nancy** [1] - 141:19
**national** [3] - 103:10, 103:11, 105:11
**National** [1] - 72:1
**Nations** [2] - 15:19, 158:17
**nature** [2] - 11:9, 155:24
**NE** [2] - 1:14, 2:20
**necessarily** [1] - 49:9
**necessary** [2] - 94:21, 105:16
**necessities** [1] - 9:11
**need** [23] - 10:2, 20:12, 24:23, 32:22,

35:25, 37:11, 38:12, 52:9, 55:2, 57:18, 73:18, 84:1, 113:10, 116:21, 116:24, 117:17, 122:6, 122:10, 126:11, 142:8, 145:4, 160:16, 160:19
**needed** [7] - 10:18, 38:17, 38:19, 106:14, 127:13, 136:10, 140:16
**needs** [5] - 36:23, 36:24, 84:1, 116:20, 132:7
**negotiate** [1] - 10:22
**negotiated** [1] - 10:17
**negotiating** [3] - 10:8, 13:13, 40:9
**negotiations** [1] - 11:6
**Neil** [1] - 5:14
**NEIL** [1] - 2:19
**neil@ neilmschuster.com** [1] - 2:21
**networks** [1] - 133:23
**never** [3] - 12:18, 45:15, 126:24
**nevertheless** [2] - 13:15, 138:20
**new** [5] - 67:3, 82:8, 116:7, 116:8, 127:8
**New** [10] - 1:18, 1:23, 3:12, 3:20, 5:11, 6:13, 9:16, 24:19, 130:2, 148:14
**NEW** [113] - 1:22, 5:11, 5:23, 6:2, 6:7, 6:15, 7:4, 7:17, 7:19, 7:24, 8:8, 8:10, 9:18, 24:22, 25:4, 30:18, 33:9, 33:12, 33:15, 34:1, 34:7, 34:11, 34:13, 36:4, 39:6, 39:10, 39:20, 39:22, 40:25, 41:5, 41:17, 41:22, 43:20, 44:20, 44:22, 45:11, 47:13, 48:17, 49:18, 51:17, 53:16, 54:1, 58:12, 59:12, 61:23, 62:6, 62:22, 65:24, 66:2, 66:5, 67:1, 67:8, 67:10, 68:6, 68:8, 68:12, 68:14, 68:16, 69:10, 69:12, 70:4, 70:5, 70:9, 70:11,

70:17, 70:19, 71:16, 71:18, 73:4, 73:7, 73:11, 74:4, 74:7, 74:11, 76:12, 76:16, 111:11, 111:14, 111:16, 111:23, 127:25, 128:8, 128:22, 130:3, 130:5, 132:10, 132:13, 132:14, 135:25, 136:5, 141:11, 141:14, 141:16, 142:5, 142:13, 142:14, 143:20, 143:21, 144:19, 145:5, 145:7, 148:15, 148:16, 154:7, 154:10, 154:23, 155:15, 155:19, 156:14, 156:17, 158:19, 160:10, 160:18
**new's** [1] - 8:2
**news** [7] - 43:15, 121:21, 121:23, 157:18, 157:21, 158:1
**newspapers** [2] - 158:2, 158:7
**next** [30] - 5:2, 12:15, 14:4, 14:9, 16:18, 16:24, 18:11, 21:3, 23:2, 30:8, 31:21, 51:6, 60:20, 63:14, 69:6, 74:1, 74:2, 83:3, 111:8, 111:9, 117:12, 124:2, 124:17, 128:21, 135:12, 143:7, 144:5, 144:20, 150:7, 151:15
**Nicolas** [10] - 71:3, 88:16, 96:11, 96:14, 148:4, 151:5, 151:21, 152:5, 153:18, 154:21
**night** [5] - 95:6, 133:6, 133:9, 133:10, 136:10
**nighttime** [1] - 133:14
**nine** [1] - 76:6
**NO** [1] - 1:2
**Nombre** [1] - 70:21
**noon** [2] - 73:17, 73:18
**normal** [1] - 49:13
**normally** [1] - 137:11
**North** [2] - 3:4, 161:15
**Nos** [1] - 62:9
**Notario** [1] - 33:1
**notary** [18] - 26:12,

26:20, 26:24, 26:25, 27:16, 27:19, 27:21, 27:22, 28:3, 30:8, 30:10, 30:13, 31:2, 32:1, 76:19, 112:4
**NOTARY** [18] - 27:25, 28:7, 28:9, 28:12, 28:15, 28:17, 28:22, 29:4, 29:6, 29:10, 29:14, 29:22, 31:8, 31:12, 31:24, 32:3, 32:8, 32:14
**note** [6] - 11:17, 11:20, 22:16, 37:14, 67:14, 75:11
**Note** [1] - 21:16
**noted** [2] - 10:24, 24:14
**notes** [4] - 6:3, 15:14, 46:22, 46:24
**nothing** [4] - 7:21, 76:2, 76:21, 112:9
**notice** [2] - 6:17, 17:13
**noticed** [1] - 6:16
**notifying** [1] - 11:18
**November** [4] - 56:19, 56:21, 57:2, 57:3
**number** [12] - 39:16, 40:14, 41:12, 41:13, 41:14, 50:7, 50:11, 75:11, 75:18, 115:13, 120:16, 141:9
**Number** [3] - 31:8, 31:24, 145:1
**numbered** [4] - 22:17, 37:15, 37:18, 37:21
**numbering** [1] - 36:25, 37:25, 56:4
**numbers** [4] - 39:16, 39:18, 58:20, 83:18
**nursing** [1] - 9:25
**nutshell** [1] - 159:4
**NW** [2] - 2:4, 2:8
**NY** [1] - 1:23

## O

**o'clock** [3] - 73:15, 160:23, 161:2
**oath** [7] - 27:2, 29:13, 29:19, 31:14, 32:6, 76:20, 112:5
**oaths** [2] - 28:11, 31:1
**object** [5] - 23:6, 54:6, 76:6, 99:16, 158:19

**objected** [1] - 15:10
**objecting** [1] - 24:13
**Objection** [1] - 44:22
**objection** [35] -
24:14, 30:18, 30:23,
43:20, 44:20, 45:11,
47:13, 48:17, 49:18,
51:16, 51:17, 53:15,
53:25, 54:5, 54:10,
58:12, 59:12, 61:23,
62:6, 81:11, 82:17,
89:17, 92:6, 102:22,
108:3, 108:9, 108:25,
121:2, 123:18,
123:19, 126:2,
135:21, 141:20,
142:7, 154:13
**objections** [2] - 24:2,
61:22
**objects** [1] - 54:3
**obligation** [1] - 103:3
**observe** [4] - 33:20,
83:23, 88:18, 88:21
**observed** [2] - 14:7,
88:22
**observing** [3] -
88:12, 110:12, 110:19
**obtain** [8] - 10:14,
19:7, 47:21, 84:1,
84:4, 84:6, 90:3,
137:2
**obtained** [2] - 15:4,
90:6
**obtaining** [3] - 47:12,
48:2, 138:4
**obtention** [1] - 52:25
**obviously** [1] - 6:18
**occasion** [6] - 79:1,
79:3, 80:1, 80:4, 86:6,
87:17
**occasions** [2] -
74:20, 80:19
**occupying** [1] -
36:15
**occurs** [1] - 55:22
**Oceania** [1] - 67:20
**Octavo** [1] - 33:1
**odd** [2] - 43:12, 57:6
**OF** [2] - 1:1, 1:4
**offer** [7] - 21:9, 74:5,
76:12, 79:3, 103:9,
154:10
**offering** [2] - 103:15,
104:7
**offers** [4] - 27:6,
39:6, 40:25, 155:15
**office** [11] - 36:22,
72:1, 81:8, 81:17,
86:22, 94:8, 115:20,
126:16, 127:8,

132:23, 146:4
**Office** [4] - 1:14,
36:2, 48:4, 72:1
**officer** [8] - 77:14,
77:18, 78:7, 78:10,
78:12, 110:6, 110:8,
124:15
**officers** [7] - 88:25,
89:3, 89:6, 89:7,
118:4, 123:10
**offices** [3] - 81:19,
115:18, 127:1
**Official** [6] - 37:19,
42:16, 43:5, 55:6,
57:24, 161:14
**official** [29] - 3:3,
8:18, 12:1, 14:13,
15:6, 15:22, 15:24,
29:2, 37:9, 37:17,
37:22, 58:18, 58:23,
61:16, 67:23, 79:21,
97:13, 101:11,
101:14, 102:6,
104:24, 120:12,
120:14, 122:20,
126:1, 126:11,
147:21, 148:3, 149:4
**officials** [4] - 10:17,
12:3, 14:14, 15:8
**Oficial** [5] - 42:21,
43:2, 43:6, 43:11,
71:20
**often** [2] - 15:16,
136:19
**OIA** [1] - 26:1
**oil** [1] - 10:10
**old** [7] - 34:17, 77:9,
77:10, 112:22,
112:23, 114:17,
130:12
**Omissions** [1] -
158:13
**once** [7] - 42:14,
42:23, 86:24, 115:15,
115:20, 115:24,
138:19
**oncological** [1] -
84:8
**one** [76] - 8:18, 8:19,
12:4, 16:7, 16:11,
19:5, 19:24, 20:1,
22:13, 23:16, 27:17,
30:17, 30:21, 30:25,
31:6, 33:13, 34:1,
38:3, 39:24, 44:25,
47:17, 49:9, 51:10,
54:7, 54:9, 58:24,
60:21, 63:23, 65:21,
67:6, 67:17, 67:19,
73:5, 74:19, 82:13,

91:8, 91:10, 93:24,
98:8, 105:5, 106:23,
107:4, 107:5, 109:10,
111:18, 113:10,
115:14, 115:17,
118:23, 119:4,
120:21, 121:9,
121:10, 124:14,
125:11, 125:15,
125:20, 128:2,
130:21, 132:7,
137:20, 140:10,
141:22, 146:16,
147:14, 148:4,
148:22, 149:4,
149:11, 149:24,
152:5, 152:19,
153:11, 153:20,
160:25
**One** [1] - 44:21
**ones** [5] - 86:9,
86:16, 104:1, 144:3,
144:4
**onward** [1] - 75:16
**open** [8] - 6:24, 25:7,
25:8, 81:9, 81:17,
146:9, 147:15, 147:16
**opened** [9] - 140:7,
140:20, 140:22,
146:6, 146:11,
146:13, 146:15,
146:17, 146:22
**opening** [7] - 5:24,
7:22, 8:2, 16:6, 75:6,
80:25, 140:11
**openings** [1] - 5:22
**opportunity** [1] -
38:25
**opposed** [2] - 22:17,
143:14
**opposition** [1] -
16:23
**Orange** [1] - 2:12
**order** [13] - 6:23,
8:17, 9:4, 17:16,
20:13, 23:10, 36:12,
37:16, 37:18, 42:15,
46:25, 84:22, 116:11
**ordinary** [1] - 75:18
**organization** [1] -
146:21
**organize** [1] - 65:25
**origin** [1] - 141:23
**original** [2] - 144:16,
144:17
**Orlando** [1] - 2:13
**otherwise** [2] - 17:9,
103:15
**outside** [2] - 26:13,
30:13, 30:25, 31:20,

48:17, 59:13, 101:14,
102:5, 102:20, 107:4,
107:5, 126:3
**overrule** [1] - 54:10
**overruled** [14] -
43:21, 44:23, 45:13,
59:14, 81:12, 89:18,
99:17, 102:23, 108:5,
108:10, 109:2, 123:7,
126:4, 136:4
**oversee** [1] - 101:1
**overseeing** [1] -
100:24
**overwhelming** [1] -
15:13
**overwhelmingly** [1] -
16:2
**own** [4] - 17:23, 52:4,
132:20, 132:22
**owned** [1] - 101:8

**P**

**P-l-a-t-h-i** [1] -
112:18
**P-r-a-i-a** [1] - 130:24
**P.A** [1] - 2:16
**P.M** [1] - 161:4
**p.m** [1] - 1:6
**packed** [1] - 105:14
**PAGE** [1] - 4:2
**Page** [38] - 50:16,
50:18, 52:1, 54:19,
58:5, 60:2, 62:12,
63:22, 64:11, 65:8,
68:15, 69:11, 80:9,
83:3, 83:7, 83:12,
83:15, 90:25, 91:5,
92:17, 92:21, 117:20,
117:21, 117:23,
118:21, 119:7,
119:13, 119:19,
120:6, 120:19,
148:21, 149:6,
149:14, 149:21,
150:7, 150:24,
151:24, 159:21
**page** [64] - 51:4,
53:9, 55:2, 55:9,
56:22, 60:2, 60:9,
60:20, 63:14, 63:23,
64:23, 67:2, 67:9,
67:11, 68:25, 69:21,
70:12, 70:18, 75:21,
75:22, 80:23, 80:24,
80:25, 83:2, 83:3,
83:5, 83:13, 93:13,
93:17, 115:11, 117:8,
117:10, 117:12,
117:13, 118:20,

124:17, 124:18,
142:18, 144:5, 144:6,
144:8, 144:20,
145:18, 145:19,
145:20, 145:21,
145:23, 149:7,
149:17, 150:7, 150:8,
150:15, 151:15,
151:16, 151:22,
152:7, 152:11,
152:22, 152:23,
155:6, 155:9
**Pages** [1] - 1:8
**pages** [1] - 19:24
**paid** [3] - 10:23,
36:19, 157:24
**palace** [8] - 12:13,
88:13, 89:10, 90:3,
90:7, 91:9, 93:3,
93:25
**pandemic** [8] - 9:21,
10:12, 11:1, 71:5,
81:20, 85:21, 126:16,
134:18
**paper** [1] - 147:25
**papers** [1] - 65:25
**para** [1] - 91:17
**Para** [1] - 92:1
**paragraph** [23] -
57:25, 61:3, 62:21,
63:24, 64:3, 64:24,
65:1, 67:19, 68:24,
69:1, 69:3, 69:20,
69:23, 70:20, 71:7,
71:9, 75:2, 75:8,
75:21, 75:23, 151:7
**paragraphs** [3] -
64:4, 64:7, 76:10
**paralegal** [1] - 5:16
**parameters** [1] -
120:9
**part** [20] - 17:23,
18:10, 22:10, 49:6,
53:2, 75:24, 96:6,
97:3, 103:13, 104:4,
104:15, 104:23,
106:14, 132:20,
151:7, 157:2, 157:9,
158:4, 158:15, 160:25
**parte** [1] - 6:18
**particular** [10] -
49:12, 71:22, 72:2,
72:15, 78:11, 81:4,
129:12, 130:8, 137:7,
137:14
**particularly** [1] -
10:2
**parties** [1] - 128:15
**partner** [3] - 5:13,
132:22

**parts** [2] - 75:25, 143:5

**party** [4] - 17:14, 17:15, 18:10, 58:24

**pass** [5] - 37:5, 67:16, 87:18, 87:19, 156:17

**Passport** [2] - 82:1, 121:4

**passport** [119] - 14:25, 47:10, 47:12, 47:18, 47:19, 47:20, 47:21, 47:25, 48:2, 48:4, 48:7, 48:9, 48:10, 48:11, 48:12, 48:16, 72:13, 75:18, 75:22, 80:1, 80:2, 80:5, 80:24, 81:1, 81:4, 81:8, 81:17, 82:13, 82:21, 83:5, 83:8, 83:9, 83:10, 83:12, 85:4, 85:6, 85:7, 86:1, 87:1, 103:23, 104:2, 105:13, 105:16, 106:16, 106:20, 107:8, 107:9, 107:11, 107:12, 115:7, 115:9, 115:16, 115:23, 115:24, 116:4, 116:6, 116:7, 116:12, 116:14, 116:15, 116:23, 117:19, 117:24, 117:25, 118:2, 118:3, 118:4, 118:7, 118:8, 118:11, 118:18, 118:21, 119:7, 119:22, 119:25, 120:3, 120:5, 120:6, 120:8, 120:16, 120:19, 120:22, 122:1, 122:2, 122:6, 122:7, 122:10, 122:13, 122:17, 122:18, 122:24, 123:1, 123:3, 123:8, 123:16, 124:6, 124:13, 124:18, 124:25, 125:2, 125:4, 125:6, 125:9, 125:10, 125:13, 125:20, 125:25, 126:1, 126:6, 126:7, 126:12, 127:6, 127:8, 127:13, 127:20, 127:21

**passports** [21] - 14:23, 47:17, 72:16, 72:23, 73:9, 85:3, 85:4, 86:24, 94:8, 107:1, 114:10,

114:21, 114:22, 114:24, 116:19, 118:22, 119:3, 124:8, 124:10, 127:4

**pay** [2] - 98:23, 115:16

**paying** [2] - 99:6, 99:7

**payment** [1] - 99:2

**payments** [4] - 99:4, 99:8, 99:11, 100:4

**pays** [1] - 97:24

**people** [21] - 9:9, 9:13, 9:24, 10:1, 10:2, 10:19, 25:12, 33:18, 33:22, 33:24, 51:6, 58:23, 59:1, 73:20, 73:21, 83:24, 84:4, 84:8, 96:13, 123:9, 130:8

**Peoples** [1] - 39:8

**per** [8] - 16:25, 74:22, 75:3, 75:8, 98:25, 99:6, 157:9, 158:14

**percent** [4] - 101:20, 101:25, 102:3, 102:18

**Perez** [2] - 35:19, 99:12

**perfectly** [2] - 49:14, 49:17

**PERFILDOS** [17] - 21:6, 26:12, 26:18, 26:21, 27:5, 27:10, 27:14, 27:17, 28:2, 28:5, 28:20, 30:12, 31:4, 98:13, 98:17, 128:12, 128:18

**Perfildos** [2] - 26:8, 128:10

**perform** [2] - 40:10, 88:4

**performed** [3] - 85:9, 86:19, 87:3

**perhaps** [1] - 118:9

**period** [9] - 79:5, 79:9, 81:9, 81:17, 84:11, 87:9, 107:19, 118:25, 159:5

**permanent** [6] - 17:6, 17:20, 18:6, 53:2, 53:5, 55:22

**Permanent** [1] - 17:8

**permit** [1] - 6:2

**permitted** [1] - 76:8

**persisted** [1] - 13:15

**person** [20] - 28:3, 29:19, 32:3, 32:6, 44:1, 59:5, 90:10, 90:13, 99:8, 103:6,

104:5, 115:10, 115:14, 118:6, 122:19, 122:22, 123:5, 123:14, 125:13, 137:19

**personal** [14] - 10:25, 47:19, 62:25, 80:1, 80:2, 82:12, 82:21, 96:19, 106:16, 122:1, 122:2, 122:5, 122:10, 122:13

**perspective** [1] - 16:25

**pertaining** [2] - 115:3, 116:3

**Peter** [2] - 23:22, 23:23

**Phil** [1] - 5:7

**phone** [1] - 98:14

**phones** [1] - 140:15

**phonetic** [1] - 25:16

**photo** [11] - 48:11, 91:7, 92:20, 93:2, 93:23, 93:24, 115:22, 116:2, 116:8, 116:14, 118:9

**photograph** [2] - 155:7, 155:10

**photographs** [2] - 26:4, 155:12

**Photographs** [1] - 155:17

**photos** [1] - 10:20

**physical** [1] - 38:3

**physically** [2] - 127:9, 135:3

**picture** [2] - 82:25, 116:23

**pictured** [2] - 91:4, 93:16

**pictures** [1] - 48:9

**piece** [5] - 139:24, 139:25, 140:1, 140:2, 140:5

**pieces** [1] - 21:2

**pilot** [3] - 86:22, 86:25, 94:6

**pilots** [7] - 86:8, 86:15, 86:16, 94:8, 94:12, 95:8, 104:1

**pinto** [1] - 156:24

**Pinto** [1] - 157:3

**place** [5] - 11:1, 78:4, 79:24, 87:13, 94:13

**Plaintiff** [1] - 1:5

**PLAINTIFF** [1] - 1:13

**plane** [16] - 12:18, 48:16, 87:4, 87:5, 94:5, 94:6, 94:7, 94:10, 94:14, 95:1,

101:5, 101:8, 101:10, 103:22, 104:19, 104:20

**planned** [2] - 14:20, 110:5

**planning** [1] - 7:11

**plate** [1] - 88:25

**Plathi** [6] - 31:24, 111:10, 111:25, 112:17, 114:12, 128:5

**PLATHI** [3] - 3:17, 112:2, 112:12

**play** [1] - 72:6

**Plaza** [1] - 1:23

**plus** [1] - 127:2

**pockets** [1] - 107:3

**podium** [1] - 7:24

**point** [8] - 90:24, 117:3, 133:19, 133:21, 135:3, 140:6, 146:14, 156:11

**Pompeo** [1] - 13:6

**Popular** [2] - 35:6, 36:2

**portion** [2] - 70:9, 93:13

**portrayed** [1] - 80:22

**portuguese** [1] - 129:3

**Portuguese** [5] - 71:11, 128:25, 134:11, 148:7, 160:15

**pose** [1] - 13:8

**posed** [1] - 16:5

**position** [7] - 14:6, 35:15, 35:23, 36:5, 36:15, 36:21, 47:4

**possession** [4] - 75:23, 143:24, 144:18, 144:22

**possibility** [1] - 44:2

**possible** [3] - 33:18, 128:9, 145:22

**potentially** [1] - 18:7

**pouch** [1] - 37:3

**Power** [2] - 35:6, 36:2

**power** [1] - 119:24

**PowerPoint** [1] - 8:1

**powers** [3] - 37:10, 37:20, 39:18

**practical** [2] - 116:22, 117:3

**practice** [11] - 49:4, 49:6, 49:13, 49:24, 73:2, 132:3, 132:20, 132:22, 132:25, 141:6

**practicing** [4] - 113:3, 131:23, 132:1, 132:15

**Praia** [2] - 130:24, 131:13

**precisely** [2] - 87:13, 147:13

**prefer** [2] - 30:12, 30:14

**preference** [1] - 30:19

**pregnant** [1] - 9:25

**preparation** [1] - 46:9

**prepare** [1] - 140:25

**prepared** [2] - 95:17, 142:20

**preponderance** [1] - 8:25

**present** [6] - 16:20, 19:25, 21:2, 79:9, 111:19, 145:9

**presentation** [1] - 7:3

**presented** [5] - 13:1, 16:20, 20:16, 47:17, 138:14

**presenting** [2] - 21:6, 35:3

**presidency** [2] - 90:9, 93:21

**Presidency** [1] - 90:12

**President** [8] - 12:7, 15:21, 92:3, 148:4, 149:1, 151:5, 152:5, 153:18

**president** [22] - 10:7, 12:2, 12:6, 12:8, 12:15, 14:8, 14:13, 14:14, 15:16, 15:20, 20:21, 35:17, 45:21, 71:2, 71:12, 88:15, 91:15, 93:6, 93:9, 93:10, 150:6

**presidential** [12] - 12:13, 88:9, 88:13, 88:14, 89:10, 89:24, 90:3, 90:7, 90:19, 91:9, 93:3, 93:25

**presidents** [1] - 35:21

**pressure** [1] - 11:13

**preventative** [1] - 134:21

**preventing** [1] - 13:16

**previous** [2] - 145:20, 145:21

**previously** [15] - 43:8, 49:15, 49:23, 55:25, 58:8, 58:10, 61:21, 80:7, 80:14,

85:9, 86:19, 150:14, 155:23, 156:2, 157:17

**PRICE** [1] - 2:7

**primarily** [2] - 9:8, 132:25

**print** [2] - 115:23, 116:22

**Print** [1] - 72:1

**printed** [3] - 120:1, 120:9, 124:11

**printer** [1] - 124:11

**printing** [2] - 72:1, 124:11

**prints** [1] - 114:24

**prison** [36] - 15:5, 133:8, 133:16, 133:17, 133:21, 134:3, 135:14, 135:16, 135:18, 136:2, 136:20, 137:3, 137:11, 137:17, 137:18, 137:21, 138:5, 138:8, 138:10, 138:13, 138:20, 139:6, 139:7, 139:12, 139:18, 140:21, 141:6, 143:2, 143:13, 144:11, 144:18, 144:22, 146:1, 146:8, 156:9, 156:10

**prisoner** [5] - 137:12, 137:16, 137:18, 137:20, 145:10

**private** [13] - 79:1, 84:14, 87:22, 87:23, 94:5, 98:1, 98:3, 99:22, 100:2, 101:5, 101:8, 101:10, 107:16

**privately** [2] - 97:1, 107:15

**PRO** [1] - 1:24

**problem** [2] - 13:8, 129:10

**problems** [2] - 101:21, 102:7

**proceed** [5] - 8:8, 31:4, 66:2, 115:15, 139:9

**proceeded** [1] - 84:24

**proceeding** [3] - 6:4, 13:10, 25:21

**proceedings** [7] - 5:1, 25:10, 33:20, 73:24, 109:23, 148:12, 161:10

**process** [11] - 37:1, 37:12, 37:16, 37:22, 40:15, 42:12, 42:15,

42:20, 47:21, 115:6, 157:8

**processed** [5] - 37:11, 37:16, 38:19, 41:8, 94:9

**processing** [2] - 37:7, 66:19

**proclaimed** [1] - 15:16

**procurement** [1] - 10:9

**produced** [4] - 13:5, 23:4, 141:25, 142:10

**program** [3] - 108:20, 108:24, 109:1

**programmed** [1] - 86:9

**progress** [1] - 25:11

**pronounce** [1] - 129:25

**properly** [2] - 6:12, 102:8

**propose** [1] - 7:14

**prosecution** [2] - 158:6, 158:17

**protect** [1] - 97:21

**protection** [3] - 17:10, 97:24, 100:5

**protections** [1] - 123:17

**protesting** [1] - 61:18

**protocol** [4] - 48:3, 79:22, 86:24, 101:1

**Protocol** [1] - 48:4

**prove** [2] - 13:18, 16:2

**provide** [32] - 6:4, 10:18, 17:10, 17:16, 18:18, 32:11, 46:22, 48:9, 58:20, 77:19, 78:17, 78:22, 78:25, 79:1, 79:5, 79:12, 79:13, 79:23, 96:13, 97:1, 97:2, 97:7, 97:12, 97:15, 97:17, 98:3, 98:5, 104:12, 108:8, 108:23, 115:2, 116:7

**provided** [9] - 12:1, 14:17, 48:22, 74:8, 78:12, 95:1, 98:1, 107:14, 140:23

**provides** [2] - 22:17, 99:24

**providing** [3] - 79:15, 107:18, 138:8

**provision** [1] - 11:23

**public** [5] - 18:17, 20:23, 21:14, 44:7,

81:9

**publications** [1] - 11:11

**publicly** [1] - 11:10

**Publico** [1] - 33:1

**publish** [3] - 8:3, 42:16, 141:15

**published** [10] - 37:18, 43:2, 43:4, 43:6, 54:23, 55:5, 55:19, 72:6, 72:10

**publishes** [1] - 71:22

**publishing** [2] - 9:17, 42:21

**Pulido** [1] - 99:9

**pull** [5] - 60:1, 65:6, 65:8, 129:20

**pulled** [2] - 44:10, 44:17

**pulling** [1] - 51:5

**purchasing** [1] - 44:3

**purportedly** [1] - 13:13

**purpose** [2] - 16:25, 17:17

**purposes** [1] - 104:3

**pursuant** [2] - 21:9, 74:15

**put** [22] - 10:24, 17:23, 18:3, 18:16, 25:2, 27:21, 30:7, 43:9, 53:21, 60:7, 84:25, 94:13, 106:16, 106:25, 107:1, 107:8, 107:10, 112:14, 141:9, 141:13, 142:2

**putting** [2] - 106:19, 124:1

**Q**

**quacks** [1] - 16:12

**questioning** [1] - 124:4

**questions** [23] - 8:18, 9:1, 9:4, 16:5, 41:22, 65:21, 65:22, 66:9, 67:5, 71:20, 72:12, 72:22, 73:11, 109:11, 111:3, 121:13, 127:24, 128:4, 135:25, 159:14, 159:17, 160:8

**quick** [2] - 56:1, 100:23

**quickly** [3] - 5:25, 47:23, 153:8

**quote** [2] - 74:24, 75:1

**R**

**R-e-l-a-c-a-o** [1] - 134:11

**Rafael** [1] - 112:17

**RAFAEL** [2] - 3:17, 112:12

**raise** [4] - 5:25, 29:24, 112:7, 129:14

**Ramirez** [3] - 26:13, 28:9, 28:22

**RAMIREZ** [1] - 33:1

**range** [1] - 119:2

**rank** [1] - 96:4

**ratify** [1] - 70:23

**re** [3] - 52:7, 61:25, 131:16

**re-ask** [1] - 131:16

**re-send** [1] - 52:7

**reach** [1] - 102:15

**read** [29] - 29:20, 38:12, 54:22, 67:11, 70:12, 81:3, 81:6, 83:15, 90:8, 90:11, 91:16, 91:22, 91:24, 91:25, 93:7, 118:14, 118:20, 148:6, 149:14

**reads** [1] - 80:25

**ready** [5] - 51:6, 74:5, 115:25, 117:10, 117:11

**real** [1] - 116:25

**reality** [1] - 126:23

**realized** [1] - 12:25

**really** [6] - 16:11, 56:18, 100:23, 150:20, 151:9, 156:6

**reason** [4] - 51:11, 116:22, 140:11, 140:16

**reasons** [2] - 101:10, 149:4

**Rebecca** [1] - 25:17

**rebuttal** [2] - 7:13, 128:9

**recalled** [1] - 106:19

**receive** [13] - 13:14, 37:12, 42:15, 47:25, 66:18, 84:24, 89:24, 90:17, 99:2, 99:4, 99:8, 99:11, 115:24

**received** [44] - 14:18, 22:5, 23:1, 24:12, 39:7, 39:9, 41:3, 46:25, 48:12, 51:20, 53:19, 54:12, 54:15, 54:17, 57:15, 59:24, 62:1, 62:9, 76:13, 76:14, 81:24, 82:2, 82:20, 82:22, 88:14,

89:13, 89:23, 90:2, 90:20, 92:9, 93:5, 93:20, 100:4, 105:24, 106:6, 121:5, 125:21, 143:19, 146:14, 154:16, 154:18, 154:20, 154:22, 155:18

**receives** [2] - 67:17, 114:22

**receiving** [6] - 8:20, 15:14, 48:25, 49:3, 90:10, 146:2

**recent** [1] - 85:19

**recess** [6] - 32:25, 73:19, 73:23, 109:22, 148:11, 160:14

**recognition** [2] - 76:3, 76:4

**recognize** [42] - 38:14, 38:16, 40:4, 40:12, 80:11, 80:12, 82:24, 83:8, 91:4, 92:20, 93:16, 93:18, 117:15, 117:18, 117:23, 119:8, 142:15, 144:6, 144:7, 148:19, 148:24, 149:8, 149:9, 149:21, 149:23, 150:10, 150:11, 150:24, 151:1, 151:4, 151:16, 151:23, 151:25, 152:8, 152:9, 152:16, 153:9, 153:10, 153:15, 153:16, 155:1, 155:2

**recognized** [1] - 123:9

**recognizing** [1] - 159:21

**record** [6] - 22:10, 24:7, 31:15, 32:9, 34:15, 109:24

**recording** [2] - 15:24, 25:11

**records** [9] - 13:25, 14:24, 19:7, 23:7, 38:1, 120:12, 120:14, 120:18

**redacted** [1] - 75:18

**redirect** [4] - 65:23, 109:13, 109:25, 160:9

**REDIRECT** [3] - 3:11, 66:4, 110:2

**refer** [4] - 18:2, 35:7, 59:4, 131:3

**reference** [19] - 19:4, 19:22, 20:2, 20:7, 20:8, 20:19, 20:22,

52:20, 52:23, 53:2, 58:2, 59:10, 61:3, 64:6, 65:3, 69:21, 159:22, 160:4, 160:6
**references** [5] - 17:24, 20:20, 64:2, 68:22, 76:10
**referencing** [1] - 58:24
**referred** [3] - 17:9, 45:19, 65:1
**referring** [3] - 45:6, 68:1, 91:12
**reflected** [1] - 92:20
**refuel** [1] - 12:18
**refueling** [1] - 75:15
**regard** [5] - 72:9, 94:16, 94:17, 94:18, 119:21
**regarding** [6] - 23:3, 45:9, 74:12, 74:18, 83:24, 110:9
**regime** [5] - 17:2, 18:16, 20:17, 76:3, 76:4
**region** [7] - 131:8, 131:10, 131:11, 131:12, 131:13, 131:14, 134:13
**regional** [1] - 151:13
**registered** [1] - 116:4
**registries** [2] - 38:3, 38:5
**registry** [2] - 40:20, 40:22
**regular** [14] - 17:24, 81:1, 83:5, 83:8, 83:9, 83:10, 85:6, 87:7, 115:7, 116:6, 116:15, 117:25, 124:10, 126:6
**regularly** [1] - 157:2
**regulations** [4] - 42:9, 72:9, 73:9, 115:5
**Relacao** [1] - 134:11
**relate** [1] - 23:8
**related** [5] - 10:11, 14:3, 21:13, 79:16, 100:4
**relates** [2] - 22:9, 22:14
**relating** [1] - 11:23
**relation** [2] - 46:17, 99:23
**Relations** [1] - 17:9
**relations** [1] - 66:11
**relatively** [1] - 62:4
**relevance** [6] - 47:15, 99:16, 108:3,

108:9, 108:25, 135:21
**relevant** [3] - 6:25, 16:19, 17:5
**relief** [1] - 10:9
**relieve** [1] - 11:13
**remain** [1] - 95:12
**remained** [2] - 99:6, 144:17
**remaining** [1] - 156:6
**remarkably** [1] - 19:10
**remember** [35] - 47:12, 49:1, 49:9, 49:14, 49:16, 49:17, 50:1, 50:2, 63:1, 63:3, 66:9, 67:4, 69:13, 72:13, 72:23, 85:24, 105:18, 105:22, 106:8, 106:13, 106:22, 110:7, 110:13, 110:21, 110:24, 124:4, 124:7, 126:15, 126:17, 140:4, 148:25, 149:3, 156:4
**remembered** [2] - 110:12, 110:20
**remove** [1] - 6:3
**renewed** [1] - 127:13
**renounced** [1] - 71:14
**reopen** [1] - 126:19
**repeat** [11] - 44:13, 44:24, 78:19, 81:15, 85:16, 102:24, 110:15, 113:11, 132:13, 142:25, 160:2
**repeatedly** [1] - 15:10
**repetition** [1] - 35:25
**rephrase** [2] - 79:18, 125:14
**reply** [1] - 96:21
**report** [2] - 11:10, 84:20
**reported** [3] - 9:14, 9:20, 11:8
**REPORTED** [1] - 3:1
**REPORTER** [1] - 111:15
**Reporter** [2] - 3:3, 161:14
**reporter** [2] - 25:19, 33:17
**represent** [4] - 133:3, 133:5, 133:7, 135:11
**representative** [1] - 71:2
**representatives** [1] -

10:8
**represented** [2] - 15:2, 159:4
**representing** [2] - 20:21, 157:23
**represents** [1] - 91:14
**Republic** [33] - 29:16, 31:17, 45:21, 60:19, 63:13, 64:18, 67:13, 67:24, 69:5, 69:8, 70:1, 70:25, 71:2, 71:4, 71:12, 71:14, 78:15, 87:19, 88:16, 88:23, 89:7, 90:9, 90:12, 91:15, 92:2, 92:3, 93:6, 93:11, 93:22, 95:10, 96:11, 97:5, 147:23
**republic** [1] - 97:19
**request** [10] - 6:2, 12:20, 100:18, 115:15, 115:19, 135:16, 135:17, 136:8, 136:13, 138:21
**requested** [4] - 48:3, 133:17, 136:1, 138:19
**requests** [1] - 14:17
**require** [1] - 9:24
**required** [5] - 7:1, 116:7, 120:9, 125:25, 134:2
**requirements** [2] - 36:12, 36:13
**requires** [2] - 17:13, 17:14
**Research** [2] - 9:13, 9:20
**resemblance** [1] - 47:18
**reserve** [2] - 18:11, 21:3
**reserves** [1] - 76:6
**residence** [13] - 79:13, 79:23, 84:25, 87:7, 88:9, 88:19, 89:14, 89:16, 89:22, 89:24, 89:25, 93:6, 94:20
**residency** [2] - 88:14, 90:22
**resident** [1] - 88:15
**resolution** [11] - 42:15, 54:22, 54:23, 55:5, 55:8, 55:14, 55:20, 56:6, 56:8, 56:18, 57:5
**resolutions** [2] - 43:5, 43:6
**resolve** [1] - 55:13

**resolved** [3] - 56:15, 56:16
**respectfully** [1] - 8:24
**response** [4] - 14:17, 62:19, 136:13, 138:21
**responsibilities** [10] - 36:21, 77:23, 79:10, 79:15, 79:20, 79:22, 79:25, 88:3, 115:1, 126:3
**responsibility** [1] - 105:15
**responsible** [10] - 14:22, 72:15, 100:24, 103:12, 105:1, 105:9, 105:11, 105:13, 114:8, 114:10
**rest** [1] - 106:4
**result** [2] - 10:12, 18:7
**retained** [4] - 133:5, 133:13, 157:18, 157:23
**retire** [2] - 36:7, 36:12
**retired** [2] - 36:8, 36:14
**retirement** [3] - 36:14, 36:16, 36:17
**retrieved** [3] - 91:8, 93:3, 93:24
**return** [4] - 86:25, 89:23, 137:22, 138:19
**returned** [4] - 138:22, 138:24, 140:18, 142:23
**returning** [1] - 87:6
**review** [2] - 6:21, 86:15
**reviewed** [1] - 85:1
**right-hand** [4] - 91:13, 119:8, 119:10, 119:12
**Rights** [1] - 15:19
**rise** [2] - 109:21, 161:3
**risk** [2] - 10:25, 11:3
**Rob** [1] - 5:7
**ROBERT** [2] - 1:11, 1:13
**Rockefeller** [1] - 1:23
**Rodriguez** [6] - 92:2, 93:10, 149:1, 150:2, 154:17, 154:19
**role** [5] - 72:6, 96:6, 101:2, 104:4, 114:20
**room** [17] - 26:20, 26:23, 26:25, 98:9,

139:8, 139:12, 139:14, 139:17, 139:18, 139:20, 139:21, 139:23, 140:6, 145:21, 146:13, 160:25
**rotated** [1] - 91:18
**Rows** [1] - 143:23
**RPR** [2] - 3:3, 161:14
**Rubenfeld** [2] - 25:16, 25:18
**RUBENFELD** [1] - 25:18
**rule** [1] - 135:18
**ruled** [1] - 6:19
**Rules** [1] - 21:21
**rules** [6] - 26:3, 42:9, 72:9, 73:8, 115:5, 134:8
**ruling** [1] - 24:14
**run** [1] - 145:21
**running** [1] - 57:18
**Russia** [4] - 85:22, 105:5, 110:14, 110:22

---

## S

**S-A-I-M-E** [1] - 113:24
**S-a-l** [1] - 131:2
**S-i-q-u-e-i-r-a** [1] - 139:15
**S-o-t-a-v-e-n-t-o** [1] - 131:10
**SAAB** [1] - 1:7
**Saab** [232] - 5:3, 5:12, 5:18, 6:3, 8:13, 8:18, 8:21, 9:1, 10:7, 10:13, 10:22, 10:24, 11:12, 11:14, 11:23, 12:1, 12:4, 12:10, 12:13, 12:15, 12:21, 13:1, 13:12, 13:15, 13:19, 13:22, 14:5, 14:7, 14:10, 14:12, 14:24, 15:3, 15:7, 15:15, 15:21, 16:3, 16:7, 16:8, 16:13, 16:21, 17:1, 17:18, 17:24, 18:7, 18:13, 18:16, 18:23, 19:4, 19:22, 20:16, 20:18, 20:19, 39:14, 40:8, 43:9, 43:14, 43:19, 43:24, 44:1, 46:6, 46:8, 47:17, 48:22, 51:19, 52:20, 57:7, 58:7, 59:9, 59:10, 59:11, 61:3, 61:4, 61:15, 62:1, 62:17,

63:4, 63:8, 63:20, 64:2, 65:1, 68:2, 68:22, 69:3, 69:21, 69:23, 69:24, 70:23, 71:1, 71:7, 71:9, 71:10, 74:14, 74:19, 74:21, 74:23, 75:3, 75:5, 75:14, 75:17, 75:24, 77:25, 78:2, 78:6, 78:11, 78:18, 78:22, 78:25, 79:2, 79:4, 79:11, 79:16, 79:21, 80:20, 82:1, 83:9, 84:12, 84:16, 84:22, 85:19, 86:5, 87:1, 87:11, 87:14, 87:18, 87:25, 88:4, 88:8, 88:19, 89:13, 89:15, 89:23, 90:2, 91:9, 92:25, 93:4, 93:25, 94:3, 94:4, 94:14, 94:18, 95:1, 95:4, 95:6, 95:11, 96:10, 96:14, 96:16, 96:25, 97:1, 97:3, 97:12, 97:13, 97:16, 97:24, 98:1, 98:7, 98:23, 99:5, 99:7, 100:5, 101:10, 101:13, 101:16, 102:1, 102:19, 102:25, 103:9, 103:17, 104:2, 104:8, 104:12, 104:20, 104:22, 104:23, 105:25, 106:5, 106:13, 107:13, 107:14, 107:21, 108:7, 108:22, 111:2, 118:12, 120:7, 121:4, 121:20, 124:25, 125:2, 125:7, 125:20, 133:3, 133:5, 133:7, 133:18, 133:25, 134:7, 134:15, 134:18, 134:20, 134:25, 135:3, 135:9, 135:14, 136:6, 136:9, 136:14, 136:17, 136:20, 136:21, 136:23, 136:25, 137:10, 137:22, 137:24, 138:7, 139:9, 143:25, 144:10, 145:17, 146:2, 148:23, 156:8, 156:10, 156:12, 157:3, 157:11, 157:23, 159:23, 160:4

**saab** [1] - 18:2
**Saab's** [69] - 8:11,

9:6, 11:4, 11:8, 11:9, 11:18, 11:22, 13:7, 14:3, 14:16, 14:19, 15:5, 15:6, 15:10, 15:17, 18:20, 19:20, 20:2, 20:4, 20:12, 33:19, 43:15, 44:11, 44:18, 45:5, 45:23, 58:2, 61:18, 64:6, 80:1, 80:4, 82:12, 82:21, 90:22, 94:7, 97:22, 100:12, 100:22, 102:4, 104:15, 104:17, 133:20, 136:2, 137:3, 137:8, 137:9, 138:4, 138:19, 139:11, 140:13, 140:23, 142:21, 142:22, 144:2, 144:11, 144:21, 145:25, 149:12, 149:25, 150:13, 150:19, 151:3, 152:2, 152:12, 152:19, 153:1, 153:12, 153:21, 154:2
**Sadegh** [2] - 93:9, 154:20
**SAIME** [30] - 48:6, 72:17, 72:18, 72:20, 73:2, 73:9, 86:24, 94:8, 113:22, 114:4, 114:7, 114:8, 114:20, 114:22, 115:6, 115:10, 115:11, 116:5, 116:10, 116:13, 116:22, 117:2, 119:15, 119:24, 120:4, 120:12, 120:14, 120:17, 120:18, 127:1
**SAL** [2] - 83:19, 131:4
**Sal** [23] - 131:1, 131:3, 131:11, 132:24, 133:1, 133:8, 133:17, 133:21, 133:25, 134:3, 134:8, 134:14, 134:20, 134:22, 135:2, 135:4, 135:8, 135:10, 137:11, 143:2, 156:9, 156:12, 156:13
**Samuel** [2] - 25:16, 25:18
**sanctions** [5] - 9:9, 11:13, 83:21, 83:24, 84:3
**Santa** [3] - 113:4, 114:13, 132:24

**Santiago** [2] - 130:23, 131:14
**Sao** [3] - 131:19, 135:7, 144:23
**Saturday** [2] - 133:16, 135:18
**saw** [7] - 80:19, 136:25, 147:3, 152:25, 154:1, 155:13, 155:23
**scan** [1] - 40:14
**scanned** [2] - 37:15, 38:19
**scanning** [1] - 36:25
**schedule** [1] - 7:15
**scheduled** [5] - 11:23, 75:10, 75:12, 115:17
**SCHUSTER** [2] - 2:15, 2:19
**Schuster** [3] - 2:16, 5:14
**sciences** [1] - 113:7
**scientist** [1] - 19:23
**SCOLA** [1] - 1:11
**scope** [4] - 47:14, 48:17, 59:13, 123:21
**screen** [8] - 10:20, 11:7, 38:9, 40:1, 50:21, 51:7, 142:15, 142:19
**screenshots** [1] - 26:4
**scribbling** [1] - 143:6
**scroll** [5] - 55:10, 56:2, 56:11, 56:23, 70:17
**scrolled** [1] - 38:12
**se** [2] - 157:9, 158:14
**seal** [8] - 40:14, 90:9, 91:12, 92:14, 119:9, 119:10, 147:23, 149:2
**sealed** [8] - 37:15, 90:8, 90:16, 90:17, 90:18, 90:20, 147:15
**sealing** [1] - 36:25
**search** [2] - 120:12, 120:18
**seated** [5] - 33:6, 73:25, 129:11, 129:19, 148:13
**second** [21] - 6:8, 6:16, 27:17, 54:1, 57:25, 62:20, 63:23, 63:24, 69:20, 92:22, 92:24, 93:1, 93:2, 93:5, 98:8, 98:18, 117:10, 117:12, 121:10, 150:1, 155:6
**secondly** [1] - 117:1

**seconds** [1] - 135:22
**secret** [2] - 11:5, 115:13
**secretary** [3] - 13:6, 13:23, 36:1
**Secretary** [2] - 13:6, 13:11
**Section** [3] - 6:17, 145:1, 145:12
**section** [8] - 61:2, 65:17, 65:18, 145:2, 145:8, 145:12, 145:13, 145:14
**sections** [2] - 131:7, 144:24
**sector** [1] - 10:11
**sector-related** [1] - 10:11
**security** [65] - 14:5, 77:24, 78:1, 78:6, 78:12, 78:17, 78:22, 78:25, 79:1, 79:3, 79:11, 79:12, 79:13, 79:16, 79:21, 79:23, 79:25, 84:18, 85:13, 88:4, 89:3, 89:5, 89:6, 90:19, 96:7, 96:10, 96:13, 96:22, 96:24, 97:1, 97:2, 97:12, 97:15, 98:1, 98:3, 98:6, 98:23, 99:22, 99:24, 100:2, 100:24, 101:1, 101:16, 102:3, 102:4, 102:19, 103:1, 103:4, 103:6, 103:7, 103:9, 103:16, 104:3, 104:4, 104:6, 104:7, 104:12, 105:9, 106:14, 107:14, 107:19, 139:14
**see** [78] - 11:7, 11:16, 11:25, 12:8, 13:21, 14:2, 15:9, 25:9, 26:23, 32:24, 33:11, 38:9, 40:1, 51:13, 51:21, 52:14, 52:23, 55:2, 55:4, 56:14, 56:18, 56:20, 57:25, 58:1, 58:3, 58:11, 58:17, 59:10, 60:4, 61:2, 64:2, 64:6, 65:11, 65:13, 65:21, 67:19, 68:22, 69:1, 69:20, 70:18, 70:20, 73:20, 73:21, 80:1, 80:4, 85:25, 86:6, 87:17, 94:20, 98:8, 98:12, 98:20, 102:12, 102:13, 104:19, 111:25, 118:10,

118:19, 136:6, 139:8, 142:15, 142:18, 146:17, 147:4, 147:10, 148:10, 149:17, 150:8, 150:16, 150:20, 152:22, 153:4, 155:22, 159:22, 159:24, 160:6, 161:1
**seeing** [3] - 49:21, 105:19, 128:17
**seeks** [1] - 116:7
**seem** [1] - 43:11
**segment** [1] - 145:10
**Segment** [1] - 145:21
**send** [1] - 52:7
**sender** [1] - 152:6
**sending** [2] - 15:14, 69:18
**sends** [2] - 67:17, 75:25
**senior** [4] - 15:8, 93:9, 150:6, 151:13
**sense** [1] - 142:1
**sent** [15] - 8:18, 11:14, 11:17, 11:20, 16:7, 20:17, 40:14, 61:16, 63:10, 63:17, 64:16, 64:20, 65:13, 69:19, 135:10
**separate** [1] - 19:18
**separately** [1] - 19:16
**September** [1] - 60:15
**sergeant** [2] - 96:5
**Sergio** [1] - 33:21
**serious** [1] - 13:1
**serve** [1] - 78:1
**served** [2] - 66:13, 77:16
**serves** [1] - 14:5
**service** [10] - 25:2, 66:13, 77:14, 77:17, 77:24, 79:3, 96:22, 113:13, 113:16, 120:1
**Service** [2] - 9:14, 9:20
**services** [22] - 9:23, 77:19, 79:2, 79:6, 79:12, 84:7, 84:8, 96:24, 97:1, 97:3, 97:4, 97:7, 97:12, 97:15, 97:18, 98:3, 98:6, 99:7, 99:25, 100:1, 100:17, 126:24
**set** [5] - 5:20, 16:20, 36:17, 74:17, 131:9
**seven** [2] - 148:9, 148:10

**seven-minute** [1] - 148:9

**several** [4] - 58:14, 90:11, 132:17, 146:19

**Shadhi** [1] - 104:20

**shall** [1] - 76:2

**share** [1] - 51:7

**shared** [1] - 50:21

**SHARON** [2] - 3:3, 161:14

**shaving** [1] - 140:15

**shelves** [1] - 9:11

**shield** [7] - 91:11, 91:12, 91:14, 92:15, 92:22, 93:21

**shipment** [1] - 12:11

**shipped** [1] - 10:23

**shirts** [1] - 141:9

**shoes** [1] - 146:19

**short** [4] - 62:4, 109:19, 113:20, 159:5

**shortages** [1] - 9:10

**show** [40] - 8:24, 16:7, 17:22, 18:15, 25:2, 25:7, 25:8, 29:2, 38:7, 39:23, 50:24, 50:25, 53:8, 53:24, 54:18, 61:20, 64:9, 66:24, 69:10, 80:7, 81:21, 82:4, 83:2, 83:11, 90:25, 92:17, 93:12, 98:18, 117:7, 117:8, 117:17, 121:6, 141:12, 141:17, 145:10, 145:14, 148:17, 152:14, 153:8, 154:24

**showed** [2] - 68:4, 143:11

**showing** [9] - 50:19, 67:4, 68:17, 69:13, 70:6, 124:23, 149:21, 153:14, 155:6

**shown** [3] - 29:5, 141:18, 150:14

**shows** [2] - 13:6, 80:23

**sic** [2] - 108:14, 131:9

**side** [11] - 41:14, 50:17, 51:10, 51:23, 51:25, 52:1, 55:9, 57:18, 158:3

**sign** [6] - 36:23, 36:24, 46:25, 47:1, 48:7, 138:7

**signal** [1] - 33:22

**signatory** [1] - 148:25

**signature** [10] -

115:23, 116:2, 116:8, 116:14, 116:23, 119:11, 119:16, 143:4, 143:5, 151:20

**signed** [17] - 37:7, 37:14, 38:17, 40:13, 42:14, 42:23, 46:17, 60:24, 66:18, 108:7, 143:12, 148:4, 148:25, 150:1, 151:5, 152:5, 153:18

**signify** [1] - 123:4

**Silvia** [1] - 88:16

**simply** [2] - 47:19, 160:4

**Siqueira** [4] - 139:15, 139:19, 139:21, 139:23

**sit** [2] - 11:11, 27:22

**sits** [1] - 26:12

**sitting** [3] - 26:15, 26:16, 27:23

**situation** [2] - 98:15, 98:17

**six** [4] - 36:6, 36:8, 36:11, 75:17

**slowly** [1] - 129:6

**small** [7] - 107:3, 130:19, 132:2, 140:5, 140:11, 140:12, 140:16

**smaller** [1] - 139:25

**smallest** [1] - 140:10

**smartphones** [1] - 140:14

**so..** [1] - 24:5

**social** [3] - 9:23, 133:23, 157:19

**solely** [1] - 24:13

**someone** [8] - 46:19, 47:20, 59:4, 116:6, 117:4, 124:6, 137:24, 138:2

**sometime** [2] - 20:23, 128:17

**somewhat** [1] - 146:24

**somewhere** [1] - 139:2

**son** [4] - 104:9, 104:15, 104:17, 146:12

**soon** [1] - 137:16

**sorry** [21] - 6:8, 25:25, 41:15, 43:23, 49:15, 52:3, 64:11, 73:14, 79:18, 94:17, 99:19, 106:1, 107:7, 107:10, 111:15, 113:5, 117:13,

118:19, 132:9, 132:10, 133:9

**sort** [1] - 38:1

**Sotavento** [2] - 131:10, 131:14

**sought** [1] - 137:2

**South** [1] - 2:12

**SOUTHERN** [1] - 1:1

**sovereign** [2] - 69:7, 69:24

**space** [2] - 131:2

**spaces** [2] - 127:3, 127:16

**Spanish** [19] - 27:4, 27:5, 28:4, 31:15, 32:9, 50:16, 51:1, 52:2, 60:2, 60:7, 62:12, 64:12, 67:12, 70:9, 70:12, 117:17, 148:5, 148:6, 148:7

**speaking** [2] - 72:25, 73:1, 132:8

**special** [47] - 8:13, 8:21, 9:1, 10:7, 11:19, 12:16, 13:13, 13:17, 13:20, 13:22, 14:4, 15:1, 15:17, 16:3, 16:8, 16:9, 16:13, 17:7, 17:25, 18:2, 18:4, 18:8, 18:14, 18:19, 18:22, 18:23, 20:19, 36:11, 40:9, 42:25, 43:1, 52:21, 52:24, 53:1, 53:4, 58:2, 59:4, 59:5, 59:10, 61:4, 64:6, 65:3, 75:10, 75:12, 78:14, 80:25

**Special** [8] - 5:7, 15:21, 17:12, 18:9, 51:19, 158:12, 158:17, 159:9

**specialist** [1] - 5:8

**specific** [6] - 49:3, 49:9, 49:16, 50:7, 55:8, 72:22

**specifically** [12] - 10:13, 49:3, 49:21, 49:25, 50:3, 50:11, 52:7, 63:3, 71:1, 74:20, 105:18, 132:18

**speech** [2] - 15:18, 15:24

**speeches** [1] - 44:7

**spell** [5] - 34:14, 77:2, 112:15, 113:23, 129:22

**spelled** [1] - 112:18

**spends** [1] - 102:3

**spent** [2] - 101:25,

102:18

**sphere** [1] - 18:17

**spirits** [1] - 151:8

**spot** [1] - 54:4

**spread** [1] - 146:24

**stack** [1] - 147:5

**staff** [5] - 37:10, 99:24, 103:20, 116:19, 116:24

**stamp** [5] - 83:15, 119:9, 119:15, 147:22, 147:24

**stamped** [1] - 75:21

**stamping** [1] - 58:21

**stand** [1] - 129:9

**standpoint** [1] - 103:24

**stands** [1] - 41:15

**start** [6] - 24:23, 32:23, 35:10, 35:15, 111:21, 160:23

**started** [2] - 114:17, 131:20

**starting** [3] - 79:7, 131:25, 136:21

**State** [4] - 11:8, 13:3, 13:6, 75:24

**state** [10] - 8:19, 8:20, 34:14, 69:23, 86:9, 96:18, 97:25, 118:5, 123:9

**statement** [3] - 5:24, 8:2, 65:4

**statements** [3] - 5:22, 7:23, 76:9

**States** [20] - 3:4, 5:3, 5:6, 8:15, 9:9, 11:5, 11:12, 12:20, 12:25, 19:3, 30:6, 44:2, 44:12, 44:19, 45:5, 74:13, 83:20, 96:17, 134:2, 161:15

**states** [3] - 15:14, 63:2, 69:24

**STATES** [3] - 1:1, 1:4, 1:11

**stations** [1] - 9:12

**status** [10] - 13:8, 15:15, 15:17, 17:2, 17:3, 17:19, 17:20, 17:21, 97:13

**stayed** [1] - 151:9

**Ste** [2] - 2:5, 2:9

**stealing** [1] - 52:11

**STENOGRAPHICA LLY** [1] - 3:1

**step** [1] - 160:12

**steps** [3] - 38:19, 94:16, 94:17

**stick** [1] - 31:2

**sticker** [1] - 90:12

**still** [5] - 26:3, 36:10, 36:15, 98:10, 98:15

**stipulate** [1] - 74:16

**stipulation** [14] - 21:12, 21:23, 22:2, 22:8, 22:9, 22:17, 22:21, 23:3, 23:8, 24:18, 53:14, 53:22, 74:5, 74:12

**Stipulation** [1] - 76:14

**stipulations** [4] - 21:8, 21:10, 76:2, 82:11

**stop** [2] - 75:16, 118:19

**stopped** [2] - 12:18, 126:24

**store** [1] - 137:21

**stored** [2] - 40:19, 120:13

**stores** [1] - 9:12

**strategic** [1] - 74:25

**strategy** [1] - 157:12

**Street** [2] - 1:14, 2:20

**strenuously** [1] - 15:10

**striking** [1] - 47:18

**struggle** [1] - 71:5

**student** [1] - 114:18

**studies** [1] - 35:2

**studying** [1] - 113:7

**stuff** [1] - 160:24

**subject** [2] - 11:6, 126:25

**submit** [2] - 8:24, 138:10

**submitted** [3] - 101:24, 138:12, 157:1

**subsequently** [1] - 85:1

**substance** [2] - 100:20, 148:1

**substantially** [1] - 8:25

**success** [1] - 62:4

**successfully** [1] - 10:17

**suffering** [1] - 10:19

**suitcase** [8] - 140:12, 146:17, 146:23, 146:25, 147:4, 147:11, 148:23, 149:12

**Suite** [3] - 2:13, 2:17, 2:20

**summarized** [1] - 22:19

**superior** [2] - 110:6,

110:8
**supermarket** [1] - 75:7
**supplied** [1] - 109:4
**supplies** [6] - 9:10, 10:10, 10:18, 13:14, 74:25, 84:4
**support** [1] - 18:1
**supported** [1] - 44:1
**supposed** [2] - 15:7, 145:8
**Supreme** [4] - 12:7, 19:21, 20:1, 20:7
**surfaced** [1] - 11:10
**surrounding** [1] - 9:6
**suspended** [1] - 36:14
**sustain** [1] - 49:19
**sustained** [3] - 48:18, 58:15, 123:22
**swear** [13] - 28:23, 29:8, 29:15, 30:11, 31:18, 32:10, 76:21, 76:23, 112:8, 112:10, 128:24
**swears** [1] - 31:16
**swims** [1] - 16:12
**Swiss** [5] - 7:7, 7:8, 98:10, 128:6, 128:11
**Switzerland** [1] - 26:9
**sworn** [9] - 30:2, 30:5, 33:5, 76:18, 77:1, 112:3, 112:13, 129:1, 129:18
**symbol** [1] - 147:22
**system** [2] - 115:11

**T**

**T-shirts** [1] - 141:9
**table** [3] - 5:6, 5:13, 145:23
**talks** [4] - 44:10, 44:17, 45:4, 45:8
**tan** [4] - 147:1, 147:2, 147:8, 147:9
**tan-colored** [2] - 147:1, 147:2
**tasked** [1] - 10:8
**Tavares** [2] - 63:12, 64:17
**taxes** [1] - 115:16
**team** [3] - 79:12, 158:4, 159:7
**TECH** [3] - 33:24, 34:2, 34:5
**technical** [1] - 25:1
**technicians** [1] - 76:1

**Tehran** [2] - 15:8, 75:24
**temporary** [4] - 17:7, 17:20, 17:24, 17:25
**ten** [4] - 32:22, 32:24, 35:3, 130:19
**ten-minute** [1] - 32:22
**tender** [2] - 95:18, 121:13
**tendered** [1] - 22:1
**terms** [3] - 18:13, 22:20, 94:3
**territory** [3] - 103:10, 103:11, 105:12
**testified** [4] - 30:3, 66:18, 103:22, 157:17
**testify** [6] - 14:7, 14:11, 14:23, 15:4, 136:3, 159:12
**testifying** [6] - 7:7, 26:17, 45:12, 45:22, 57:4, 105:18
**testimony** [24] - 32:6, 32:23, 38:24, 40:17, 45:25, 46:3, 46:6, 46:9, 48:20, 50:12, 100:10, 100:13, 100:16, 100:20, 105:23, 110:6, 110:9, 120:11, 123:20, 125:3, 126:3, 135:23, 159:11
**text** [2] - 53:20, 64:23
**THE** [373] - 1:10, 1:13, 1:22, 2:3, 5:2, 5:9, 5:17, 5:19, 5:20, 6:1, 6:5, 6:9, 6:10, 6:13, 6:21, 7:16, 7:18, 7:22, 7:25, 8:4, 8:6, 8:9, 16:15, 19:6, 21:4, 21:11, 21:23, 22:3, 22:12, 22:24, 23:10, 23:13, 23:15, 23:20, 23:22, 23:24, 24:4, 24:7, 24:10, 24:16, 24:20, 24:25, 25:1, 25:5, 25:12, 25:15, 25:20, 25:24, 26:2, 26:8, 26:11, 26:15, 26:19, 27:3, 27:8, 27:12, 27:15, 27:20, 27:25, 28:1, 28:3, 28:7, 28:8, 28:9, 28:10, 28:12, 28:13, 28:15, 28:16, 28:17, 28:18, 28:21, 28:22, 29:1, 29:4, 29:5, 29:6, 29:8, 29:10, 29:11,

29:12, 29:14, 29:15, 29:18, 29:22, 29:23, 30:4, 30:5, 30:16, 30:24, 31:3, 31:6, 31:8, 31:10, 31:12, 31:13, 31:16, 31:19, 31:22, 31:23, 31:24, 32:1, 32:3, 32:5, 32:8, 32:12, 32:14, 32:16, 32:20, 33:6, 33:10, 33:14, 33:21, 34:4, 34:6, 34:10, 35:24, 36:1, 39:7, 41:1, 41:15, 41:21, 41:23, 43:21, 44:13, 44:21, 44:23, 44:24, 45:13, 45:14, 47:15, 47:22, 48:18, 49:19, 50:19, 50:23, 51:2, 51:5, 51:9, 51:12, 51:15, 51:18, 51:21, 51:22, 52:9, 53:10, 53:15, 53:25, 54:10, 56:8, 56:9, 56:19, 56:21, 57:13, 58:13, 58:15, 59:14, 59:15, 59:19, 59:21, 61:11, 61:22, 61:24, 62:7, 63:1, 63:2, 63:3, 63:5, 64:13, 65:14, 65:15, 65:23, 66:1, 66:3, 68:5, 68:7, 68:10, 68:13, 73:12, 73:14, 73:17, 73:25, 74:3, 74:6, 74:10, 76:11, 76:13, 76:17, 76:23, 77:2, 77:4, 77:6, 81:12, 81:24, 82:6, 82:8, 82:17, 82:20, 85:11, 85:13, 85:16, 85:18, 85:21, 85:23, 85:24, 85:25, 86:2, 86:3, 86:14, 86:16, 89:18, 89:19, 89:20, 89:22, 91:1, 91:18, 91:20, 92:6, 92:8, 94:11, 94:12, 95:16, 95:19, 98:8, 98:11, 98:12, 98:15, 98:19, 99:17, 102:9, 102:10, 102:11, 102:14, 102:23, 102:24, 102:25, 103:2, 106:3, 106:5, 108:4, 108:5, 108:10, 108:11, 109:2, 109:3, 109:12, 109:16, 109:20, 109:21, 109:24, 110:15, 111:5, 111:8, 111:13, 111:15, 111:22, 111:25,

112:3, 112:6, 112:7, 112:10, 112:14, 112:17, 112:19, 113:10, 113:12, 113:14, 113:16, 113:23, 113:24, 114:12, 114:15, 114:16, 117:11, 117:18, 118:11, 118:22, 118:24, 119:2, 119:4, 119:5, 119:15, 121:1, 121:3, 121:8, 121:11, 121:14, 123:7, 123:8, 123:19, 123:22, 123:25, 124:2, 124:19, 125:16, 126:4, 126:5, 126:15, 126:17, 126:19, 126:20, 126:22, 126:23, 127:5, 127:10, 127:12, 127:15, 127:18, 127:22, 127:23, 128:3, 128:5, 128:10, 128:13, 128:19, 128:21, 128:24, 129:2, 129:3, 129:4, 129:5, 129:6, 129:8, 129:9, 129:13, 129:14, 129:19, 129:23, 129:25, 130:1, 130:2, 132:4, 132:6, 132:7, 132:12, 135:22, 136:4, 141:13, 141:20, 142:2, 142:7, 142:11, 143:6, 143:8, 143:10, 143:11, 143:14, 143:16, 143:17, 144:16, 144:17, 145:4, 148:9, 148:13, 154:9, 154:13, 154:15, 155:16, 156:16, 156:18, 158:23, 159:3, 159:11, 159:16, 159:24, 160:1, 160:2, 160:9, 160:11, 160:14, 160:19, 160:21, 161:3
**themselves** [2] - 122:14, 159:18
**theoretically** [1] - 138:15
**therefore** [5] - 8:15, 15:12, 71:10, 104:17, 158:5
**THEREUPON** [1] - 129:16

**Thereupon** [3] - 29:25, 33:3, 76:24
**thereupon** [1] - 112:11
**Thermo** [1] - 108:18
**thesis** [1] - 35:4
**they've** [1] - 36:19
**thick** [1] - 147:24
**third** [10] - 7:5, 11:14, 17:14, 17:15, 64:3, 67:2, 75:9, 75:17, 93:20, 155:9
**third-party** [2] - 17:14, 17:15
**three** [30] - 8:18, 8:21, 12:4, 12:17, 14:12, 15:6, 16:5, 16:10, 26:13, 30:11, 36:11, 36:13, 64:4, 67:19, 74:20, 90:14, 90:18, 90:20, 93:1, 93:5, 94:22, 94:23, 147:12, 147:14, 147:17, 148:22, 149:11, 154:15, 155:25, 156:1
**throughout** [1] - 84:9
**timing** [1] - 111:12
**title** [11] - 20:22, 45:19, 61:6, 64:6, 113:11, 114:2, 129:12, 130:8, 130:10, 145:2, 145:3
**titles** [3] - 58:23, 59:2, 66:9
**today** [17] - 7:9, 7:12, 8:11, 16:20, 16:25, 29:9, 32:19, 38:24, 40:17, 45:22, 45:25, 46:3, 46:9, 80:18, 100:11, 120:11, 125:1
**together** [3] - 53:21, 79:12, 86:23
**tomorrow** [4] - 7:9, 160:16, 160:17, 160:19
**took** [15] - 11:1, 48:5, 48:11, 78:4, 84:13, 84:16, 87:11, 87:13, 94:18, 95:13, 101:13, 102:4, 104:1, 106:6, 111:2
**took..** [1] - 105:25
**top** [14] - 64:15, 67:18, 67:20, 119:16, 149:7, 150:8, 151:23, 151:24, 152:11, 152:21, 152:22, 153:23, 153:24
**total** [1] - 90:13

touch [1] - 100:12
tourist [1] - 122:9
towards [9] - 19:4,
19:22, 20:19, 20:20,
52:20, 53:2, 65:3,
159:22, 160:4
town [1] - 102:25
transcription [1] -
161:10
transferred [6] -
134:25, 135:3, 135:6,
135:10, 136:10,
144:23
Transit [1] - 17:12
transit [3] - 8:22,
16:10, 17:11
Transit-based [1] -
17:12
transited [1] - 71:13
translated [1] - 59:23
translation [17] -
12:4, 27:7, 28:1, 28:4,
28:5, 50:16, 50:17,
51:1, 51:10, 52:2,
53:17, 53:21, 53:23,
54:6, 54:8, 59:20,
106:2
translations [1] -
154:12
translator [1] - 27:6
transmission [1] -
11:3
transported [1] -
89:13
travel [34] - 11:2,
47:5, 47:7, 47:9,
48:15, 48:16, 74:19,
74:23, 75:5, 88:8,
90:3, 100:22, 100:25,
101:2, 101:10,
101:11, 101:14,
102:5, 102:21,
103:12, 105:1,
105:13, 105:16,
107:4, 122:2, 122:6,
125:25, 126:12,
139:24, 140:2, 156:12
traveled [20] - 10:15,
74:19, 74:21, 75:3,
75:16, 75:17, 75:24,
85:14, 85:20, 101:5,
103:17, 104:9,
104:18, 104:22,
104:23, 104:25,
105:2, 105:7, 105:23,
123:1
traveling [11] - 8:14,
12:23, 16:3, 17:14,
17:15, 71:1, 103:12,
104:5, 123:14,

23:16, 126:11
trial [1] - 6:24
tribunal [3] - 134:9,
134:11, 134:23
Tribunal [4] - 19:21,
20:1, 20:7, 134:11
tried [1] - 11:4
trip [28] - 10:21,
11:14, 11:15, 11:25,
12:12, 14:10, 14:12,
14:16, 14:20, 75:17,
79:21, 85:3, 85:4,
85:18, 85:22, 94:21,
104:20, 105:24,
106:5, 106:11,
106:14, 110:13,
110:14, 110:20,
110:22, 110:25, 111:2
trips [10] - 11:5,
11:8, 79:17, 101:13,
103:3, 103:18,
104:10, 104:18,
105:9, 108:1
true [8] - 13:24,
21:13, 39:3, 40:21,
42:24, 121:22,
121:24, 155:12
truth [16] - 29:9,
29:13, 29:16, 31:14,
31:17, 32:6, 32:11,
32:18, 76:8, 76:21,
76:22, 112:8, 112:9,
146:23
try [2] - 7:11, 18:5
trying [6] - 13:7,
141:23, 141:25,
158:23, 159:3, 159:8
Tuesday [1] - 7:14
turn [8] - 27:12,
27:18, 67:2, 67:8,
68:3, 68:14, 68:15,
69:11
turned [1] - 7:1
turning [4] - 150:7,
150:24, 151:15,
151:22
turns [1] - 14:15
twice [3] - 10:15,
46:12, 136:21
two [29] - 8:20, 16:8,
19:18, 19:24, 30:12,
31:1, 38:3, 46:16,
48:20, 49:3, 49:9,
49:10, 49:12, 49:16,
49:21, 50:3, 50:11,
56:20, 67:19, 89:11,
91:10, 96:13, 98:16,
109:12, 131:7, 143:5,
144:24, 152:7
two-page [1] - 152:7

type [11] - 17:3,
17:10, 48:16, 57:4,
67:15, 108:1, 120:10,
132:1, 132:15, 140:5,
147:6
typed [1] - 154:4
types [1] - 37:5
typically [1] - 49:4
typing [4] - 152:22,
152:25, 153:24, 154:1


U

u.S [1] - 1:17
U.S [13] - 9:13, 9:14,
11:13, 13:2, 13:8,
13:10, 13:11, 13:12,
13:13, 14:15, 14:18,
30:22, 75:24
ultimately [1] - 8:15
um-hmm [1] - 67:21
UN [2] - 15:24, 18:9
unable [2] - 11:15,
71:3
under [31] - 6:17,
10:1, 10:5, 17:8,
17:12, 17:19, 18:6,
18:8, 21:20, 28:10,
28:23, 30:6, 32:12,
35:21, 76:7, 80:13,
80:17, 82:8, 97:17,
103:2, 108:23,
119:13, 123:10,
123:17, 143:6,
143:24, 144:22,
158:12, 158:17
undergraduate [1] -
131:18
underlying [1] -
22:16
undersigned [1] -
74:16
understood [1] -
13:12
undertake [1] - 10:14
undertaken [1] -
38:20
undertaking [1] -
69:25
undertook [1] - 35:2
undisputed [1] -
74:13
unilaterally [1] - 44:2
united [1] - 3:4
United [21] - 5:2, 5:6,
8:15, 9:9, 11:5, 11:11,
12:20, 12:25, 15:19,
19:3, 30:6, 44:2,
44:12, 44:19, 45:5,
74:13, 83:20, 96:16,

134:2, 158:17, 161:15
UNITED [3] - 1:1,
1:4, 1:11
units [1] - 108:8
University [4] - 35:2,
113:4, 114:14, 131:19
unless [2] - 68:10,
135:19
unprecedented [1] -
9:7
unusual [2] - 116:13,
116:16
up [36] - 8:3, 8:4,
14:16, 25:2, 25:7,
33:22, 38:12, 50:15,
51:5, 54:25, 56:2,
56:17, 57:9, 57:17,
57:20, 58:1, 60:1,
62:11, 62:21, 63:25,
65:6, 65:8, 65:14,
65:15, 67:1, 68:9,
83:13, 93:13, 98:20,
107:17, 118:19,
130:19, 133:22,
135:8, 148:10, 159:18
upcoming [1] - 11:18
upper [4] - 149:2,
153:3, 154:4
urgently [1] - 10:18
US [1] - 18:9
user [2] - 115:12,
115:18
Usuario [1] - 26:8
Utah [1] - 74:12


V

vaccines [1] - 11:2
validity [1] - 125:11
validly [1] - 120:6
validly-issued [1] -
120:6
value [8] - 140:14,
140:17, 141:8,
143:25, 144:3, 144:4,
145:15, 145:16
various [4] - 19:14,
35:21, 42:17, 74:24
VCDR [1] - 17:10
vehicle [1] - 84:25
vehicles [1] - 88:18
Velazco [1] - 161:13
VELAZCO [2] - 3:3,
161:14
Venezuela [119] -
7:7, 8:13, 8:19, 9:2,
9:7, 9:10, 10:3, 10:7,
10:23, 11:4, 11:14,
11:21, 11:24, 12:2,
12:6, 12:9, 12:11,

12:15, 12:24, 13:17,
13:19, 14:1, 14:9,
14:14, 14:20, 14:22,
14:25, 15:9, 15:16,
15:20, 15:23, 16:7,
16:9, 19:14, 19:17,
21:16, 21:17, 24:23,
25:9, 25:13, 26:6,
26:10, 28:11, 29:17,
29:19, 31:18, 32:13,
32:15, 32:18, 33:19,
34:4, 34:20, 34:21,
34:23, 35:3, 35:18,
35:21, 41:3, 43:16,
43:25, 45:7, 45:9,
45:21, 46:2, 52:25,
53:5, 59:9, 60:25,
61:25, 66:15, 67:24,
69:5, 69:8, 70:2, 71:1,
71:3, 71:4, 71:12,
71:14, 73:12, 73:20,
74:20, 74:25, 75:7,
75:15, 76:5, 77:12,
77:15, 77:17, 78:15,
83:21, 83:24, 92:3,
93:11, 93:22, 96:18,
97:14, 97:25, 109:5,
111:17, 117:4,
121:21, 122:1,
122:16, 122:18,
123:4, 123:9, 123:10,
123:11, 124:8, 124:9,
124:12, 125:14,
126:6, 126:11,
127:19, 147:23, 149:1
Venezuelan [38] -
7:12, 10:6, 10:19,
10:24, 11:12, 11:16,
13:23, 30:6, 30:21,
61:17, 65:2, 66:13,
72:16, 75:18, 76:19,
77:20, 77:22, 78:7,
78:13, 80:2, 84:9,
88:9, 89:7, 96:6,
96:18, 108:8, 108:23,
112:25, 114:8, 115:7,
115:9, 116:4, 116:6,
122:5, 122:12,
122:20, 125:22,
125:24
Venezuelans [2] -
9:22, 84:6
veracity [1] - 20:11
verbal [3] - 67:14,
135:16, 136:8
Verbale [1] - 21:16
Verde [34] - 8:14,
12:19, 12:21, 15:3,
15:5, 15:22, 18:4,
20:17, 45:5, 60:19,

61:16, 61:17, 62:18, 63:8, 63:13, 64:19, 71:13, 75:16, 75:21, 83:18, 97:11, 130:15, 130:17, 130:18, 130:19, 131:6, 131:20, 132:2, 132:23, 133:7, 133:21, 133:24, 157:20

**verified** [2] - 31:10, 32:1

**version** [8] - 19:19, 20:3, 30:21, 46:24, 53:12, 53:23, 62:13, 64:12

**versions** [1] - 19:2

**versus** [1] - 5:3

**viable** [1] - 116:16

**VICE** [1] - 1:24

**Vice** [2] - 92:2, 92:3

**vice** [8] - 12:2, 14:14, 90:9, 91:15, 93:9, 93:10, 150:6

**vice-presidency** [1] - 90:9

**Vice-President** [1] - 92:3

**vice-president** [6] - 12:2, 14:14, 91:15, 93:9, 93:10, 150:6

**Vicente** [3] - 131:19, 135:7, 144:23

**Vicky** [1] - 99:12

**Victor** [2] - 82:6, 82:7

**video** [2] - 26:3, 102:8

**Vienna** [2] - 17:8, 18:6

**view** [3] - 17:17, 20:6, 117:3

**virtue** [1] - 70:24

**Visa** [3] - 143:11, 143:14, 143:16

**visa** [2] - 75:21, 143:15

**visit** [16] - 11:19, 62:1, 67:23, 133:8, 133:17, 133:18, 135:14, 135:20, 136:11, 136:14, 136:16, 136:19, 136:20, 136:21, 139:7, 156:8

**visited** [2] - 136:23, 156:10

**visits** [2] - 135:18, 139:6

**VN** [4] - 4:11, 143:19, 144:6, 145:18

**vs** [1] - 1:6

## W

**wait** [9] - 6:8, 30:17, 30:25, 31:20, 71:11, 86:14, 86:20, 87:3, 137:11

**waited** [3] - 87:5, 87:6, 88:5

**waiting** [3] - 26:14, 28:5, 30:13

**walk** [1] - 103:23

**war** [1] - 113:6

**warden** [12] - 133:18, 135:16, 136:13, 137:18, 138:8, 138:20, 139:8, 139:12, 139:18, 143:13, 144:11, 144:18

**Washington** [3] - 1:19, 2:5, 2:9

**watch** [1] - 15:25

**web** [2] - 54:4, 115:11

**website** [9] - 19:17, 19:19, 19:21, 19:22, 20:1, 20:3, 20:7, 20:8, 53:19

**websites** [1] - 19:18

**Wednesday** [2] - 7:10, 7:14

**week** [11] - 6:21, 16:18, 16:24, 18:12, 21:3, 46:14, 82:14, 103:1, 128:17, 133:10

**weekend** [3] - 135:17, 135:20, 136:12

**welcome** [1] - 128:18

**West** [1] - 130:20

**whatsoever** [3] - 19:4, 46:5, 102:20

**whereas** [1] - 20:3

**whichever** [1] - 31:6

**White** [1] - 13:3

**white** [2] - 147:12

**whole** [4] - 34:23, 76:21, 112:8, 134:3

**wife** [3] - 33:19, 88:16, 146:12

**Winthuysen** [1] - 129:1

**wish** [1] - 55:4

**wishes** [2] - 57:12, 122:2

**wit** [1] - 19:5

**withdrawn** [1] - 40:16

**Witness** [2] - 111:7, 160:13

**witness** [57] - 18:1, 21:5, 21:6, 24:21, 26:16, 26:24, 27:1, 27:3, 28:24, 28:25, 30:2, 30:5, 30:9, 31:4, 31:11, 31:21, 31:23, 32:2, 33:5, 33:17, 33:23, 47:20, 68:9, 73:16, 74:1, 74:2, 76:17, 76:18, 77:1, 80:7, 82:4, 83:2, 83:11, 90:25, 92:17, 93:12, 95:18, 111:8, 111:9, 111:18, 112:13, 113:11, 117:8, 117:9, 118:10, 121:6, 121:13, 128:9, 128:21, 129:14, 129:18, 141:11, 141:17, 142:6, 156:17, 159:13

**WITNESS** [65] - 29:11, 29:15, 30:4, 31:3, 31:16, 31:22, 36:1, 45:14, 51:22, 56:9, 56:21, 59:15, 63:2, 63:5, 64:13, 65:15, 73:13, 76:23, 77:4, 85:16, 85:21, 85:24, 86:2, 86:16, 89:19, 89:22, 94:12, 98:11, 102:10, 102:14, 102:24, 103:2, 106:5, 108:4, 108:11, 109:3, 112:6, 112:10, 112:17, 113:12, 113:16, 113:24, 114:15, 117:11, 117:18, 118:11, 118:24, 119:4, 119:15, 123:8, 126:5, 126:17, 126:20, 126:23, 127:10, 127:15, 127:22, 129:13, 129:23, 130:1, 143:8, 143:11, 143:16, 144:17, 160:2

**witness'** [2] - 59:13, 80:9

**Witnesses** [1] - 3:11

**witnesses** [12] - 7:7, 7:12, 26:13, 27:5, 28:11, 30:9, 30:11, 30:12, 31:1, 31:12, 111:17, 128:6

**women** [1] - 9:25

**word** [3] - 67:20,

68:25, 145:4

**words** [6] - 47:3, 70:21, 114:9, 119:25, 120:1, 125:10

**workers** [1] - 127:2

**works** [1] - 26:1

**writing** [1] - 136:9

**written** [8] - 13:12, 62:24, 136:13, 138:12, 144:9, 147:24, 148:5, 153:3

**wrote** [4] - 114:12, 114:16, 136:9, 138:6

## Y

**year** [9] - 56:10, 56:18, 78:15, 78:23, 79:7, 114:13, 118:23, 125:11, 125:20

**years** [15] - 36:6, 36:8, 36:11, 42:6, 49:10, 50:10, 77:10, 77:18, 95:25, 96:2, 96:9, 112:23, 114:17, 119:4, 130:13

**York** [2] - 1:18, 1:23

## Z

**Z,and** [1] - 22:14

**zero** [1] - 6:22

**zones** [1] - 131:6

**zoom** [1] - 128:19

**Zoom** [14] - 24:24, 25:7, 25:10, 33:16, 33:18, 33:22, 33:25, 34:6, 50:20, 50:23, 51:6, 52:7, 98:13