```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                          MIAMI DIVISION
                         CASE NO: 1:19-CR-20450
 3

 4    UNITED STATES OF AMERICA,              Miami, Florida

 5         Plaintiff,                        December 13, 2022

 6              vs.                          9:05 a.m. - 11:55 a.m.

 7    ALEX NAIN SAAB MORAN,

 8         Defendant.                        Pages 1 to 77

 9    _____

10                       EVIDENTIARY HEARING
                         BEFORE THE HONORABLE
11         UNITED STATES DISTRICT JUDGE ROBERT N. SCOLA

12    APPEARANCES:

13
      FOR THE PLAINTIFF:        ROBERT J. EMERY, ESQ.
14                              US Attorney's Office
                                99 NE 4th Street
15                              Miami, FL  33132
                                Kurt.lunkenheimer@usdoj.gov
16
                                ALEXANDER J. KRAMER, ESQ.
17                              U.S. Department of Justice
                                Criminal Division
18                              Bond Building
                                1400 New York Avenue, N.W.
19                              8th Floor
                                Washington, DC  20005
20                              Alexander.kramer@usdoj.gov

21

22    FOR THE DEFENDANT:        JONATHAN V. NEW, ESQ.
                                 Baker & Hostetler, LLP
23                              45 Rockefeller Plaza
                                New York, NY  10111
24                              Jnew@bakerlaw.com
                                PRO HAC VICE
25
```

```
 1

 2   APPEARANCES (Cont'd):

 3   FOR THE DEFENDANT:
                                 JONATHAN BARR, ESQ.
 4                               Baker & Hostetler, LLP
                                 1050 Connecticut Ave NW
 5                               Ste 1100
                                 Washington, DC 20036-5318
 6                               Jbarr@bakerlaw.com

 7
                                 ELIZABETH PRICE FOLEY, ESQ.
 8                               Baker & Hostetler, LLP
                                 1050 Connecticut Ave NW
 9                               Ste 1100
                                 Washington, DC 20036-5318
10                               Efoley@bakerlaw.com

11
                                 LINDY KEOWN, ESQUIRE
12                               Baker & Hostetler, LLP
                                 200 South Orange Avenue
13                               Suite 2300
                                 Orlando, FL 32801
14                               Lkeown@bakerlaw.com

15
                                 JOSEPH MICHAEL SCHUSTER, ESQ.
16                               Joseph M. Schuster, Esq., P.A.
                                 5750 Collins Avenue
17                               Suite 12G
                                 Miami Beach, FL  33140
18                               Joe@josephmschuster.com

19
                                 NEIL M. SCHUSTER, ESQ.
20                               555 NE 15th Street
                                 Suite 2-C
21                               Miami, FL  33132
                                 Neil@neilmschuster.com
22

23

24

25
```

```
 1
     STENOGRAPHICALLY REPORTED BY:
 2

 3                             SHARON VELAZCO, RPR, FPR
                              Official Court Reporter
 4                             United States District Court
                              400 North Miami Avenue
 5                             Miami, Florida 33128

 6

 7

 8                        —      —      —

 9

10                          I N D E X

11

12   Witnesses              DIRECT          CROSS      REDIRECT

13   SAMUEL MARPLE
     By Mr. Kramer          18                         43
14   By Mr. Kramer                          32

15

16   HECTOR PENA
     By Mr. New            48                          69
17   By Mr. Kramer                          58

18

19

20

21

22                        —      —      —

23

24

25
```

1                              E X H I B I T S

2        No.                                          PAGE

3
         Defense AQ                                   5
4        Defense BE                                   8
         Defense BF                                   6
5        Defense BG                                   6
         Defense BH                                   6
6        Defense BI                                   6
         Defense BK                                   6
7        Defense BL                                   7
         Defense BM                                   7
8        Defense BS, BT                               7
         Defense BW                                   8
9        Defense BX                                   46
         Defense BY                                   50
10

11       Government 39                                10
         Government 11, 12                            77
12       Government 17-26B                            11
         Government 5, 10-16                          12
13       Government 38                                13

14

15                       _      _      _

16

17

18

19

20

21

22

23

24

25

1                    (The following proceedings were had:)

2          THE COURT:  Let's go back on the record.  Everybody is

3    here.  So, who is the defense's next witness?

4          MR. NEW:  Your Honor, we would like, at this point, to

5    offer into evidence other exhibits on our exhibit list.

6          THE COURT:  Okay.  Go ahead.

7          MR. NEW:  First, starting with Defense Exhibit AB, that

8    is a stipulation that Mr. Barr --

9          THE COURT:  Sorry, A what?

10         MR. NEW:  A as in apple, B as in boy.

11         THE COURT:  I have that in already.

12         MR. NEW:  Well, that was our question, your Honor, we

13   know we offered it yesterday to get the documents in, but we

14   didn't remember if we actually offered the exhibits, this is

15   the stipulation, itself.

16         THE COURT:  Okay.

17         MR. NEW:  Then AQ, A as in apple, Q as in quartz.

18         THE COURT:  Does the government have any objection to

19   AQ?

20         MR. KRAMER:  No objection, your Honor.

21         THE COURT:  So, all right, so AQ is in evidence.

22        (Defendant's Exhibit AQ was received in Evidence.)

23         MR. NEW:  BE, B as boy, E as in Edward.

24         THE COURT:  That's a CRS, what is CRS?

25         MR. NEW:  Congressional Research Service report, your

1    Honor.

2              THE COURT:  Do you have any objection to that?

3              MR. KRAMER:  No, your Honor.

4              THE COURT:  Okay.  And that is in evidence.

5         (Defendant's Exhibit BE was received in Evidence.)

6              MR. NEW:  Exhibit BF, B as in boy, F as in Frank.

7              THE COURT:  Another CRS report, okay.  That will be

8    received in evidence.

9         (Defendant's Exhibit BF was received in Evidence.)

10             MR. NEW:  Exhibit BG, B as in boy, G as in George.

11             THE COURT:  That will be received in evidence.

12        (Defendant's Exhibit BG was received in Evidence.)

13             MR. NEW:  Exhibit BH, B as in boy, H as in Harry.

14             THE COURT:  Okay.  That is in.

15        (Defendant's Exhibit BH was received in Evidence.)

16             MR. NEW:  Exhibit BI, B as in boy, I as in Idaho.

17             THE COURT:  That's in.

18        (Defendant's Exhibit BI was received in Evidence.)

19             MR. NEW:  Exhibit BK, B as in boy, K as in Kappa.

20             THE COURT:  Burger King will be very upset you didn't

21    use them.

22             All right, BK.

23        (Defendant's Exhibit BK was received in Evidence.)

24             MR. NEW:  BL, B as in boy, L as in Larry.

25             THE COURT:  That's in.

```
 1          (Defendant's Exhibit BL was received in Evidence.)
 2              MR. NEW:  BM, B as in boy, M as in Mary.
 3              THE COURT:  That's in.
 4          (Defendant's Exhibit BM was received in Evidence.)
 5              MR. NEW:  BS and BT.
 6              THE COURT:  BS -- those are the speeches, okay, those
 7    are in.
 8          (Defendant's Exhibit BS was received in Evidence.)
 9          (Defendant's Exhibit BT was received in Evidence.)
10              MR. NEW:  One is a speech your Honor, the other is a
11    translation.
12              THE COURT:  Okay.
13              MR. NEW:  And then we have a new exhibit.  Ms. Keown,
14    has this been provided to the Court and the government?
15              MS. KEOWN:  Uh-huh.
16              THE COURT:  What is this, BW?
17              MR. NEW:  It would be BW, your Honor.
18              THE COURT:  And what is it, just generally?
19              MR. NEW:  I don't that is passport certification from
20    SAIME in -- from SAIME in Venezuela, also with regard to
21    Mr. Moran's passport.
22              THE COURT:  Okay, that's in.
23              MR. KRAMER:  Your Honor, just for the record, the
24    government objects to -- that he's recognizing that.  We object
25    as it is hearsay.  The witness testified --
```

1          THE REPORTER:  I'm sorry, Counsel, would you please use

2     your mic?

3          MR. KRAMER:  I apologize.  The witness testified about

4     this yesterday.  He was not the witness who signed the

5     certification, and there are additional facts in here.  So, it

6     is hearsay, and the government's inability to cross --

7          THE COURT:  Can I see it?

8          MR. KRAMER:  May I approach, your Honor?

9          THE COURT:  Yes.

10         MR. NEW:  Your Honor, just to be clear, this document

11    has already been filed as an attachment to our motion to

12    dismiss.

13         MR. KRAMER:  Your Honor, the portion that the

14    government objects to is the observation section where it talks

15    about the person's view as of why or why not Mr. Saab was able

16    to -- or unable to get a passport during the relevant time

17    period.

18         THE COURT:  Okay.  The witness' testimony was different

19    from that.  But, it is in evidence.

20         (Defendant's Exhibit BW was received in Evidence.)

21         MR. NEW:  Thank you, your Honor.

22         At this time, our only remaining witness is our expert

23    who we had designated as a rebuttal witness, your Honor.  I

24    have just been informed by the government that they do not plan

25    to call their legal, Venezuelan law expert.  We would still

1   like to call Dr. Pena, however, because he was a rebuttal

2   witness.  We had told him to come to the Swiss Embassy at 10:30

3   this morning.

4          Also, we -- you know, we would like the opportunity to

5   call him.  We are happy to do it in rebuttal and wait until

6   after the Government's case, but, we would like to offer him

7   before we rest.

8          THE COURT:  Okay.

9          MR. KRAMER:  Your Honor, the government would object.

10  There is nothing to rebut if we don't call a witness as to the

11  subject matter.

12         THE COURT:  Okay.  All right.  Do you have -- so, you

13  don't have any witnesses until 10:30?

14         MR. NEW:  If we have to call him in our case in chief,

15  your Honor, unfortunately, yes.

16         THE COURT:  Do you have any witnesses ready to go?

17         MR. KRAMER:  Yes, your Honor.

18         THE COURT:  Who is your first witness?

19         MR. KRAMER:  First, your Honor, may we go through a few

20  of our stipulated exhibits, introduce those and read into the

21  record one --

22         THE COURT:  Yes.

23         MR. KRAMER:  -- stipulation?

24         THE REPORTER:  And, Mr. Kramer, if you could please use

25  the mic or speak up.

1          THE COURT:  Come to the lectern.

2          MR. KRAMER:  Thank you.

3          Your Honor, the government and the defense has entered

4    into a stipulation as to the authenticity of documents.  It is

5    Government's Exhibit 39, and we would like to move that into

6    evidence.

7          THE COURT:  39 is in evidence.

8          (Government's Exhibit No. 39 was received in Evidence.)

9          MR. KRAMER:  As part of that stipulation, your Honor,

10   the parties have agreed to the authenticity of the Government's

11   Exhibits 1 through 4, 6 and 7, 9, and then 17 through 26B, with

12   the caveat that 7 -- or, excuse me, 18 through 26B are copies

13   of the Gaceta.  And, similar to yesterday, some of them are

14   versions where we have the Library of Congress copied that they

15   have agreed with the authenticity, but the translation was done

16   off of a different version that we are introducing, to show

17   that it was substantially -- or is the same as the authenticity

18   or authenticated document.

19         THE COURT:  Okay.

20         MR. KRAMER:  And, we would like to move all of those

21   into evidence.

22         THE COURT:  Okay.  So it is 1 through 4?

23         MR. KRAMER:  Yes.

24         THE COURT:  Okay, and then?

25         MR. KRAMER:  Six and 7, 9, and then 10 through 16, but

1    I believe that we have already admitted --

2         THE COURT:  Ten and 13 through 16.

3         MR. KRAMER:  Correct, so, it is just 11 and 12 there.

4         THE COURT:  11 and 12 are in.

5    (Government's Exhibit No. 11 was received in Evidence.)

6    (Government's Exhibit No. 12 was received in Evidence.)

7         MR. KRAMER:  And 17 through 26B.  And I believe we have

8    already introduced 17, 17A, and 24, 24A and 24B.

9         THE COURT:  Did you say it is through 26?

10        MR. KRAMER:  B, as in boy.

11        THE COURT:  Okay.

12   (Government's Exhibit Nos. 17-26B were received in

13     Evidence.)

14        MR. KRAMER:  And then separately, your Honor, the

15   Government's Exhibits 5, and then 10 through 16 -- excuse me,

16   we put those in already -- were documents provided by defense.

17   I think we might have mistakenly incorporated those in the last

18   grouping, but -- those were not agreed to the authenticity, but

19   those are documents we obtained from the defendant's filings

20   attached to their motions to dismiss.

21        THE COURT:  Well, Exhibit 5 is his diplomatic -- isn't

22   that already in through one of the defense exhibits?

23        MR. KRAMER:  Yes, your Honor.

24        THE COURT:  You want yours in?

25        MR. KRAMER:  If it would be acceptable to the Court,

1   just for convenience --

2        THE COURT:  Okay.

3        MR. KRAMER:  -- I am referencing.

4        THE COURT:  All right.  So, 5 is in.

5     (Government's Exhibit No. 5 was received in Evidence.)

6        MR. KRAMER:  And then 10 through 16.

7        THE COURT:  Those are already in.

8        MR. KRAMER:  Yes, I discussed those, I think, as part

9   of our authenticated case, but I don't believe there is any

10   objection to any of them.

11        THE COURT:  Okay.

12     (Government's Exhibit Nos. 10-16 were received in

13      Evidence.)

14        MR. KRAMER:  And I believe that is all, your Honor.

15        THE COURT:  So, I have 1 through 26B, except for

16   Exhibit 8.

17        MR. KRAMER:  Correct.  And, your Honor, that is a

18   compilation of the passports that we had included as one of the

19   attachments to our opposition to the motion to dismiss.

20   Defense has objected that it is a demonstrative as opposed to

21   anything else.

22        We would move to admit it for the Court's -- for the

23   record.

24        THE COURT:  All right.  So, I will allow it in, but

25   only for demonstrative purposes, only.

1        MR. KRAMER:  And then, finally, before calling our

2    witness, your Honor, we have Government's Exhibit 38, which is

3    a stipulation.

4        THE COURT:  Okay.

5        MR. KRAMER:  If I may read it into the record.

6        THE COURT:  Go ahead.

7        MR. KRAMER:  It states, "Stipulation of testimony.  The

8    United States of America, the Government and defendant, Alex

9    Nain Saab Moran, Saab Moran, pursuant to local Rule 88.10(n),

10   by and through their undersigned counsel, hereby agree and

11   stipulate that if called as a witness at the evidentiary

12   hearing on defendant's defense of diplomatic immunity, DEA

13   special agents and task force officers will testify as follows:

14       Paragraph one:  "DEA special agents and task force

15   officers participated in meetings with the defendant from 2016

16   to 2019, in different locations.

17       "Those meetings took place in August and

18   September 2016, November 2017, June and July 2018, and

19   April 2019.

20       "On June" -- paragraph two:  "On June 27, 2018, the

21   defendant entered into a cooperating source agreement with the

22   DEA and became an active law enforcement source.  As part of

23   his cooperation, he met with DEA agents and provided proactive

24   cooperation."

25       Paragraph three:  "During meetings with the DEA, and in

1  response to the agent's questions, defendant discussed how he

2  conducted his Venezuelan business, how he began doing business

3  in Venezuela, and that he made substantial bribe payments to

4  high-level Venezuelan political figures in connection with the

5  contracts he was awarded to build housing for and provide food

6  to the people of Venezuela.

7          "During those meetings" -- excuse me, paragraph four.

8          "During those meetings, the defendant was not asked if

9  he was a diplomat, and he never stated that he was a diplomat

10  of the Bolivarian Republic of Venezuela."

11  Paragraph five:  "The defendant continued to

12  communicate with the DEA about large bribe payments made by him

13  and others to high-level government officials through in and

14  around April 2019."

15  Paragraph six:  "Additionally, the defendant agreed to

16  disgorge profits received related to the contracts described in

17  paragraph three.  For example, on approximately August 9, 2018,

18  the defendant caused a wire transfer of $3,255,593.90 from an

19  account he controlled to a bank account controlled by DEA.

20          "In addition, on approximately September 24, 2018, the

21  defendant caused a wire transfer of $3,313,757.69 from an

22  account he controlled to a bank account controlled by DEA.

23          "Also, on approximately November 1, 2018, the defendant

24  caused a wire transfer of $3,138,844.70 from an account he

25  controlled to a bank account controlled by DEA.

1          "Finally, on approximately February 5, 2019, the

2     defendant caused a wire transfer of $2,942,501.37, from an

3     account he controlled to a bank account controlled by DEA.

4          "The defendant does not concede or admit to the

5     substance of any of the above testimony by DEA special agents

6     and task force officers.  The defendant reserves all rights to

7     objects to its admissibility."

8               MR. NEW:  Your Honor --

9               THE COURT:  One moment.

10              Yes.

11              MR. NEW:  Your Honor, with regard to the stipulation,

12    it is correct that we have stipulated that if called as a

13    witness, that testimony would be given; however, as stated at

14    the end of it, Mr. Saab does not agree or concede any of it,

15    and we would object on the basis of relevance and 403 grounds

16    as to the admission of such testimony, if this witness had

17    testified.

18              THE COURT:  Okay.  So, I will accept the stipulation.

19    I will overrule that objection, as to relevance.

20              What's next?

21              MR. KRAMER:  Your Honor, at this point in time, the

22    government calls its witness, computer scientist Sam Marple

23    from the FBI.  I believe there is an outstanding objection to

24    his testimony.

25              THE COURT:  Okay.

1          MR. NEW:  That's correct, your Honor.  We filed a

2     motion in limine to exclude his testimony.  The government has

3     not responded to that motion yet, and I don't know how the

4     Court wants to handle it.

5          THE COURT:  Just argue it now.

6          MR. NEW:  Thank you, your Honor.

7          It is our understanding that the witness is being

8     offered here as an expert in, I guess, some aspect of computer

9     science, that he is a technical expert, and that he is going to

10    testify with regard to certain online versions of the official

11    Gaceta of Venezuela.

12         Now, as your Honor is aware, the defense has not

13    offered any version of the Gaceta as evidence to prove that

14    Mr. Saab was a special envoy.

15         The government, however, is trying to submit this

16    evidence to knock it down as a straw man.  On that basis, we

17    think that it is irrelevant; we think it is a distraction; it

18    would cause confusion of the issues, and should be excluded

19    under 403.

20         We would also mention, your Honor, to the Court that we

21    have had discussions for quite some time with the government as

22    to who they might be calling as an expert, even before we made

23    official demand under Rule 16 for an expert disclosure and

24    before the Court set a date for that disclosure.

25         Throughout those discussions, the government had

1    informed us that they were only going to be calling one expert

2    on Venezuelan law, who they are now not calling at all.

3    Instead, they are now calling an expert on a different subject,

4    a highly technical subject, for which we only got notice last

5    Monday.  It is not sufficient time to prepare or obtain a

6    rebuttal expert, and, given that they are not even calling the

7    one they told us about, your Honor, we have serious concerns

8    about the fairness of that disclosure and the effect that it

9    has had on the defense.

10         THE COURT:  Okay.  So, here is what I am going to do.

11   I am going to allow you to put on the testimony as a proffer.

12   And, at the end of the testimony and cross-examination, if I

13   agree with the defense, or if, in making my ruling, I am not

14   going to consider it anyway, then it doesn't matter.  I will

15   let you put on the witness.

16         MR. KRAMER:  Thank you, your Honor.

17         THE COURT:  All right.

18         Sir, would you mind raising your right hand?

19   Thereupon:

20                    SAMUEL MARPLE

21   was called as a witness and, having been duly sworn, was

22   examined and testified as follows:

23         THE WITNESS:  I do.

24         THE COURT:  Please have a seat, get close to the

25   microphone and pull the microphone close to you.

1              Give me a second to get to the right spot here in my

2        notes.  Okay.

3              Can you tell us your name, and spell your last name,

4        please?

5              THE WITNESS:  Samuel Marple, M-A-R-P-L-E.

6              THE COURT:  Okay.  Go ahead.

7              MR. KRAMER:  Thank you, Your Honor.

8                          DIRECT EXAMINATION

9        BY MR. KRAMER:

10       Q.  Mr. Marple, where do you work?

11       A.  The FBI here in Miami.

12       Q.  And how long have you worked with the FBI?

13       A.  I began interning with the FBI in June 2019, and got my

14       current position in Miami in August of 2021.

15       Q.  What is your current title with the FBI?

16       A.  Computer scientist field operations.

17       Q.  What division are you with in the FBI?

18              MR. BARR:  Your Honor, could we request a Spanish

19       translation?

20              THE COURT:  Yes.

21              THE INTERPRETER:  Yes.

22              THE COURT:  Go ahead.

23              MR. KRAMER:  Thank you, your Honor.

24       BY MR. KRAMER:

25       Q.  What division are you at with the FBI?

1    A.   I am with the operational technology division.

2    Q.   High level, what does the operational technical division --

3    excuse me, technology division do?

4    A.   High tech assistance with investigations.

5    Q.   Are you in a specific group with the operational technology

6    division?

7    A.   Here in Miami, I am part of the cyber criminal squad.

8    Q.   And is that with the Miami field office?

9    A.   Yes, it is.

10   Q.   What does the criminal cyber squad of the Miami field

11   office do?

12   A.   Cyber criminal investigations, that can include a

13   ransomware, computer intrusions, business compromise, all types

14   of cyber crime.

15   Q.   Let's discuss your education briefly.  Do you have a

16   bachelor's degree?

17   A.   I do.

18   Q.   And what is that bachelor's degree in?

19   A.   Computer Systems Engineering with an emphasis on Cyber

20   Security.

21   Q.   When and where did you receive that degree?

22   A.   I got it from Arizona State University, in 2020.

23   Q.   Do you have a post-graduate degree?

24   A.   I do, I got my Master's degree from ASU as well in Computer

25   Science.

1   Q.   When did you complete that degree?

2   A.   In 2021.

3   Q.   During your time in school, were you also interning at the

4   FBI?

5   A.   I was.

6   Q.   What type of work did you do as an intern with the FBI?

7   A.   As an intern, I assisted with special agents and support

8   staff.  I started on the drug trafficking squad and then moved

9   to the cyber squad in Phoenix.

10  Q.   Following your graduation from your Master's program in

11  Computer Science, did you join the FBI full time?

12  A.   I did.

13  Q.   And what was the title when you first joined?

14  A.   Computer scientist, field operation.

15  Q.   What are your duties and responsibilities as a computer

16  scientist?

17  A.   I assist with all types of investigations.  But, again,

18  that high technical, high technological level, I do digital

19  forensics, I do malware analysis to include file and metadata

20  analysis, I do cryptocurrency tracking, seizure, network

21  infrastructure.  I also program and create tools for -- to

22  assist with investigations.

23  Q.   As part of your experience, have you had the opportunity to

24  review websites or documents on websites for metadata?

25  A.   Yes.

1    Q.   In addition to your education, do you have any

2    certifications from your time period with the FBI?

3    A.   I do.  I have been qualified as a CART technician.  I was a

4    computer scientist, obviously, and also received GIAC

5    certifications in reverse engineering malware and Windows

6    forensics.

7    Q.   What is GIAC?

8    A.   A private sector company that provides cyber security

9    training and certifications.

10   Q.   When you said you are an FBI CART technician, what does

11   that mean?

12   A.   I have the stamp of approval from the FBI to acquire and

13   handle digital evidence.

14   Q.   Did you have to go to a special training for that?

15   A.   I did.

16   Q.   How long was that training?

17   A.   That was a week-long training.

18   Q.   You said you were also certified as a computer scientist;

19   is that correct?

20   A.   That's correct.

21   Q.   Did you have to go through a training to become a certified

22   computer scientist for the FBI?

23   A.   I did.

24   Q.   How long was that training?

25   A.   Eight weeks.

1   Q.   Where did that take place?

2   A.   In Quantico.

3   Q.   What types of topics did you cover during your eight-week

4   training at Quantico?

5   A.   I mean, a large variety over eight weeks, but we covered

6   digital forensics, file analysis, malware, reverse engineering,

7   open source information, anything to assist with investigations

8   that's computer-related.

9   Q.   Did part of your training include a review of how to look

10  at the metadata of documents, or documents on websites?

11  A.   Yes.

12  Q.   Is that a complicated process?

13  A.   Not particularly.

14  Q.   Can you briefly describe what is entailed in that process?

15  A.   It can be as simple as opening it up in a PDF viewer, like

16  we all do, and clicking the properties button.  And then I

17  would go along to just view the raw data in something like

18  TextPad or Notepad, where many of the properties are, that

19  might not be displayed in PFD viewer, just written in plain

20  English.

21  Q.   Does it require any use of a specialized technical program

22  to do this?

23  A.   Not particularly.

24  Q.   Your training as a computer scientist, did it have an exam

25  at the end?

 1   A.   It did.

 2   Q.   Did you pass that exam?

 3   A.   I did.

 4   Q.   In the course of your work since becoming a computer

 5   scientist in 2021, have you had occasion to review documents or

 6   websites for their metadata?

 7   A.   Yes.

 8   Q.   Now, how frequently would you say something like that comes

 9   across your desk?

10   A.   I would say I have done it at least a dozen times in the

11   past year.

12   Q.   Have you sought to testify before as an expert?

13   A.   No.

14   Q.   But, in terms of this type of work, of looking at documents

15   and looking at websites for their metadata, this is something

16   you have done, you said, dozens of times?

17   A.   Sure.

18        MR. KRAMER:  Your Honor, at this point in time, the

19   government would seek to qualify Mr. Marple in the area of

20   computer forensics, particularly as it relates to reviewing the

21   metadata documents and websites.

22        MR. NEW:  Your Honor, no objection to the witness'

23   qualifications, but we made the objection earlier for the

24   motion in limine.

25        THE COURT:  Okay.  So I will allow him to give an

1    opinion, and still basically deferring on the other issues, so

2    go ahead.

3              MR. KRAMER:   Thank you, your Honor.

4    BY MR. KRAMER:

5    Q.   Can you briefly describe for us what is metadata?

6    A.   It is data that describes data.

7    Q.   And how is it created?

8    A.   Often software will log -- depending on what software it

9    is, they will log specific information, whether that be the

10   author or the date/time it was created, the locations the image

11   was taken.

12   Q.   In terms of documents, particularly documents posted to

13   websites, what would the metadata typically show on that

14   document?

15   A.   It would often show the creator, the created time and date,

16   the last modified time and date, the software that produced it.

17             THE REPORTER:   I'm sorry, sir, your voice is dropping

18   at the end, could you please -- thank you, sir.

19   BY MR. KRAMER:

20   Q.   And you briefly covered this.  But, in terms if you were to

21   look at a PDF document attached to a website, what would be the

22   process of viewing the metadata for that page, or that

23   document?

24   A.   So, the first step would be opening it in a PDF viewer,

25   looking at the properties there, and then opening it in its raw

1    format to view the properties that may not be displayed in PDF

2    viewer.

3    Q.  Are you generally aware of the Government's investigation

4    into Mr. Saab?

5    A.  Yes.

6    Q.  When did you first become aware of the investigation?

7    A.  Mid-November.

8    Q.  And how did you come to be involved in the investigation?

9    A.  Special Agent Carroll contacted me and asked if I could do

10   some analysis on two different documents.  He sent me two links

11   where I could download them and do the analysis.

12   Q.  And do you know what the document in question was?

13   A.  I guess 6.373, I believe.

14   Q.  And were the two websites you were asked to look at that

15   document from, a document called the Imprenta Nacional and the

16   Tribunal Supremo websites?

17   A.  Correct.

18   Q.  Have you reviewed those two websites?

19   A.  I have.

20   Q.  And have you specifically reviewed Gaceta Number 6.373 as

21   they appear on those two websites?

22   A.  Yes.

23   Q.  What, if any, difference were you able to determine between

24   the two documents from a -- looking on just the outside level,

25   not a metadata review?

1    A.   I mean, the front page looks different.  There seems to be

2    an additional paragraph on one of them that doesn't exist on

3    the other.  There were different number of pages total, and

4    then, certainly, there is differences in them, technically

5    speaking.

6    Q.   And did you, in fact, review those two pages for the

7    metadata?

8    A.   I did.

9    Q.   Did you create reports regarding your review of those two

10   pages?

11   A.   I did.

12   Q.   And did you provide these reports to the government?

13   A.   Yes.

14   Q.   I would like to start with the version of the document you

15   looked at from the Tribunal website.

16        MR. KRAMER:  Mr. Laurente, could you please pull up

17   Government's Exhibit 18?

18   BY MR. KRAMER:

19   Q.   Mr. Marple, have you seen this document before?

20   A.   Yes.

21   Q.   And does it appear to be the document that you reviewed as

22   it appeared on the Tribunal Supremo de Justicia website?

23   A.   Yes.

24   Q.   And here, the first page, you don't see any reference to

25   Mr. Saab; correct?

1   A.   Correct.

2   Q.   I would like to now show you what has been marked as

3   Government's Exhibit 19.

4        Have you had a chance to review this document, as well?

5   A.   Yes.

6   Q.   And do you see that at the top there is a stamp?

7   A.   Yes.

8   Q.   Can you just read what that stamp says?

9   A.   "Library of Congress, June 27, 2018, Law Library Purchase."

10  Q.   Were you asked to review this document and take a look at

11  it, as well?

12  A.   Yes.

13  Q.   Is this document substantially the same to the document we

14  just looked at from the Supremo -- excuse me, the Tribunal

15  Supremo website?

16  A.   From what I can see, yes.

17        MR. KRAMER:  If we could go back to Government's

18  Exhibit 18.

19  BY MR. KRAMER:

20  Q.   All right.  What was your process for reviewing the

21  metadata of this document?

22  A.   I began with opening it in a PDF viewer, like most would,

23  and I clicked on the properties button, and it showed that it

24  had been created and modified within a day of each other in

25  2018.

1    Q.   And would it help you if you were able to review the

2    reports you created as part of -- in advance of your testimony

3    here today?

4    A.   That would input specific dates.

5            MR. KRAMER:  Your Honor, would it be permissible to

6    provide Mr. Marple with copies of his report to assist in his

7    testimony?

8            These documents have been previously marked as

9    Government Exhibit 29 and 30, your Honor, for the record.

10           May I approach?

11           THE COURT:  Yes.

12           MR. J. SCHUSTER:  Your Honor, objection to this witness

13   having his report to refer to while he testifies.

14           THE COURT:  Do you have a copy of the report?

15           MR. J. SCHUSTER:  We received it last Monday.

16           THE COURT:  Okay.  Overruled.

17   BY MR. KRAMER:

18   Q.   Mr. Marple, you previously just stated, I think, that the

19   documents was created and changed -- excuse me, created and

20   last modified in 2018.

21           Based on your report, are you able to state the dates of

22   that creation date and last modified date?

23   A.   Yes.  Created May 10, 2018, and last modified May 11, 2018.

24   Q.   Does the metadata include any other changes to that

25   document?

1    A.   No.   As I proceeded with my analysis, I was able to open

2    the raw data, and, looking, there was no indication of any

3    other further modifications, past that date.

4    Q.   So, were those two dates and that information available

5    simply by looking at the properties of the document?

6    A.   Yes.   Nothing else, nothing additional was found in the raw

7    data.

8    Q.   And can you explain, for the record, what is entailed in

9    identifying the properties of a document?

10        How do you go about actually finding the property?

11        What do you actually do?

12   A.   So, I mean, it can be as simple as opening it up in a

13   viewer like this and clicking on properties.   When I open it in

14   raw format, you have to find the lines that describe the

15   metadata, itself.   So, I went and found the lines that said

16   "created" and "modified," and there were no other additional

17   pieces of information that described any further modifications.

18   Q.   So, based on that, were you able to determine anything

19   regarding the integrity of the document?

20   A.   As far as I can tell, the integrity was maintained.   There

21   didn't appear to be any changes or any alterations made past

22   this time.

23   Q.   Does that essentially mean the version we are looking at

24   today is the same as it was in the last modified date as May --

25   or, excuse me, in 2019?

1    A.   Yes, it appears to be.

2    Q.   I would like to now ask you about the version of this

3    document you saw from the Imprenta Nacional website, and if we

4    could please bring up Exhibit 17 --

5         Does this appear to be the document that you were asked to

6    review?

7    A.   It does.

8    Q.   And, in this document, in the second paragraph on the left

9    side column, do you see a reference to a Mr. Alex Saab?

10   A.   Yes.

11   Q.   Okay.  How did you go about reviewing this document?

12   A.   I followed the same process as the other document.  I first

13   opened it in PDF viewer and clicked on properties, and it

14   indicated that it was created and modified on March 31st of

15   2022.  I then continued to view the raw data, and it showed

16   actually that it had been created back in 2018.

17   Q.   What was the date of its creation in 2018?

18   A.   April 13, 2018.

19   Q.   Okay.  And what was the last modified date that you were

20   able to determine on the properties?

21   A.   That was March 31, 2022.

22   Q.   Do you recall the date that you conducted your review of

23   this document?

24   A.   It was mid-November; the 15th, I believe.

25   Q.   And, when you were reviewing the metadata of this document,

1    were you able to identify whether any changes occurred?

2    A.   Yes.

3    Q.   How many changes occurred in this document?

4    A.   There was a section that contained the action history, and

5    there were about 2,500 entries in that log of saved

6    occurrences.  But, there were particularly four of the saved

7    occurrences that indicated that contents of the document had

8    changed.

9    Q.   So, other than those four changes, the other number of

10   changes that occurred there, would there be any difference to

11   the viewer's eye of the documents, based on those changes?

12   A.   Not necessarily.

13   Q.   And, in terms of before changes that did occur, what would

14   be the difference between what the viewer would see versus what

15   the viewer would -- what would be the -- I apologize, let me

16   rephrase the question.

17        Would there be a difference to the page that the viewer

18   would be looking at?

19   A.   Would there be a change?

20   Q.   Yes.

21   A.   Yes.

22   Q.   And how many changes of those occurred?

23   A.   There were four of the statement pieces.

24   Q.   And what were the dates of those changes you were able to

25   identify?

1  A.   There were two on November 23, 2021, one on February 15,

2  2022, and the latest was on February 25, 2022.

3  Q.   Based on your review of the metadata, were you able to

4  identify who made those changes?

5  A.   No.

6  Q.   Are you able to identify what, specifically, was changed on

7  the documents based on your review of the metadata?

8  A.   No.

9  Q.   Is all you're able to determine that there were, in fact,

10  changes made to the document on those four dates?

11  A.   Correct.

12       MR. KRAMER:  Your Honor, no further questions.

13       THE COURT:  Why isn't March 31st one of the four dates?

14       THE WITNESS:  So, that is the last time it was saved,

15  but not necessarily a change occurred on that day.

16       But, due to the way that the metadata was stored, the

17  PDF viewer interpreted it as the last saved date, but not

18  necessarily the last modification.

19       THE COURT:  Okay.

20                      CROSS-EXAMINATION

21  BY MR. J. SCHUSTER:

22  Q.   Good morning, Mr. Marple.

23  A.   Good morning.

24  Q.   So, this is your first time testifying as an expert for

25  this Court, correct?

1    A.   Correct.

2    Q.   It's the first time you testified anywhere as an expert?

3    A.   Correct.

4    Q.   And you gave some of your background prior to giving your

5    expert opinion in this case; correct?

6    A.   Correct.

7    Q.   You have a highly specialized bachelor's degree in Computer

8    Science; correct?

9    A.   Yes, my Bachelor's degree is in Computer Systems

10   Engineering but the Master's degree is in Computer Science.

11   Q.   So, you also have a graduate degree in Computer Science?

12   A.   I do.

13   Q.   Highly specialized area?

14   A.   Sure.

15   Q.   And, you work in a highly specialized unit of the FBI; is

16   that right?

17   A.   Yes.

18   Q.   And, the tasks that you were called to perform for the FBI

19   are highly specialized; is that right?

20   A.   Yes, often.

21   Q.   And, you were asked about what you did in this case, and it

22   was downplayed a little bit.  You said that anyone could take a

23   look at the metadata; is that right?

24   A.   Sure.

25   Q.   I don't know if anyone can take a look at the metadata and

1   know what was changed.  Is that your testimony?

2   A.  I mean, I didn't change anything.

3   Q.  To identify whether something was changed in metadata.

4   A.  It is written in English.  So I figure anyone that can

5   speak English could read the created and modified section.

6   Q.  So, your testimony is that anything written in English,

7   someone should be able to understand?

8   A.  Yes, it is not highly technical in this aspect.

9   Q.  Okay.  All right, so you were called to perform a very

10  mundane task; is that your testimony?

11  A.  Not particularly advanced, no.

12  Q.  Not particularly advanced, okay.

13      All right.  Well, let's get into what you did in this case.

14  You were approached by Special Agent Carroll in November to

15  perform an analysis; correct?

16  A.  Correct.

17  Q.  And that was early to mid-November 2022?

18  A.  Yes, mid-November, the 14th, I believe.

19  Q.  Okay.  And Special Agent Carroll explained to you the

20  background in the case; correct?

21  A.  Not too much.  Just that these documents needed to be

22  analyzed.

23  Q.  And, he sent you links to the documents that he wanted

24  analyzed; correct?

25  A.  Correct.

1   Q.   Okay.  And then after that, you spoke to the prosecutor,

2   Mr. Kramer; correct?

3   A.   Is that Alex?  Yes.

4   Q.   Okay.  So, after you spoke to the Prosecutor Alex Kramer,

5   you had a conference call with the prosecution team; correct?

6   A.   Yes.

7   Q.   And was that on November 15, 2022?

8   A.   No.

9   Q.   When did that conference call occur?

10  A.   I don't recall.

11  Q.   Was it in mid-November 2022?

12  A.   It would have been in later November.

13  Q.   Later November.  Okay.

14  A.   Well, at least a few days after I did the analysis.

15  Q.   Do you recall what day did you the analysis?

16  A.   I believe it was the 15th of November.

17  Q.   Okay.  So, you performed your analysis on the 15th.  On the

18  morning of November 17th, did you email Prosecutor Alex Kramer?

19  A.   I may have.

20  Q.   You are not sure when you emailed him?

21  A.   Several emails were exchanged.  I'm not sure when, to be

22  honest.

23  Q.   I'm sorry.  You wrote several emails to the prosecution?

24  A.   Yes, we communicated over that time.

25  Q.   Okay.  What did you communicate about?

```
 1   A.   This analysis, and coordination for testifying.
 2   Q.   Okay.  So, but you have more than one email with the
 3   prosecutor; is that right?
 4   A.   I believe so, yes.
 5   Q.   All right.  We will get back to that in a moment.
 6        So, in one of your emails to the prosecutor, the one that
 7   we received, the only one that we received, you wrote that you
 8   haven't got to analyze any other Gacetas to establish a
 9   baseline; do you remember that?
10   A.   Yes.
11   Q.   And, at that point, you had only looked -- is that the
12   Gaceta Number 6.373 for the Imprenta Nacional that you had
13   analyzed?
14   A.   Yes.
15   Q.   You had not looked at the Gaceta from the Venezuelan
16   Tribunal Supremo de Justicia website at that point; right?
17   A.   I had.
18   Q.   Oh, you had, okay.
19   A.   Yes.
20   Q.   But you haven't -- other than those two Gacetas, you have
21   not looked at any other Gacetas on either website; is that
22   correct?
23   A.   Not at the time.
24   Q.   Since that time, have you?
25   A.   I glanced at a few, yes.
```

1   Q.   You glanced at a few.  Is that anywhere in your report?

2   A.   No.

3   Q.   Did you memorialize that anywhere?

4   A.   No.

5   Q.   Why did you glance at those other Gacetas?

6   A.   To see if they followed a similar pattern of having been

7   altered back around this date.

8   Q.   But, you didn't memorialize that anywhere?

9   A.   No.

10  Q.   Would you think that that would be an important point you

11  would like to point out?

12  A.   No.

13  Q.   No?  Okay.

14          THE COURT:  What was the name of the two websites, one

15  them is Imprenta Nacional --

16          THE WITNESS:  Yes.

17          THE COURT:  And the other one is what?

18          THE WITNESS:  Tribunal Supremo de Justicia, I think.

19          THE COURT:  Tribunal Supremo --

20          THE WITNESS:  De Justicia.

21          THE COURT:  Okay.  Thank you.

22  BY MR. J. SCHUSTER:

23  Q.   Mr. Marple, you are not an expert in Venezuelan law; is

24  that correct?

25  A.   That's correct.

1   Q.   You don't know the rules and regulations for alterations to

2   a Venezuelan official Gaceta; do you?

3   A.   No.

4   Q.   You don't know what goes into changing a Gaceta on the

5   Imprenta Nacional website, do you?

6   A.   Changing a document on the website?

7   Q.   You don't know what rules and regulations are over the

8   change of a document on the Imprenta Nacional?

9   A.   No.  Legally, no.

10   Q.   You don't know anything about that area; correct?

11   A.   Correct.

12   Q.   Now, the document on the Imprenta Nacional website, the

13   Gaceta Number 6.373, that you analyzed, that was created on

14   April 13, 2018; correct?

15   A.   Correct.

16   Q.   Now, that is about one month earlier than you determined

17   the creation date for the same numbered Gaceta on the Tribunal

18   Supremo de Justicia website?

19   A.   Correct.

20   Q.   You don't know why the creation dates were different from

21   those two sites, do you?

22   A.   No.

23         THE COURT:  Can you tell what date the paragraph that

24   mentions Mr. Saab was placed in that document, whether it was

25   April of '18, or one of those other four modifications?

1          THE WITNESS:  No, I cannot.

2    BY MR. J. SCHUSTER:

3    Q.  Sir, can you tell when any change was made, other than the

4    fact that a change was made to that document?

5    A.  No, just that a change was made.

6    Q.  Sir, would you expect a document that is occasionally

7    updated -- to have the ability to change it online?

8    A.  Can you say that one more time?

9    Q.  Yes, if a document is occasionally changed, such as updated

10   laws, would you expect the website to be able to be updated?

11   A.  I am sorry.  So, we are talking about the website, or

12   the --

13   Q.  I'm sorry, the document.

14   A.  Okay, the document.  So, what -- would I expect that the

15   document could be updated?

16   Q.  Yes.

17   A.  Yes.

18   Q.  So that would not seem unusual to you?

19   A.  To see evidence of change?

20   Q.  To see that, yes, that a document that could be changed,

21   was changed.

22   A.  Sure.

23   Q.  Now, sir, you are also not an expert in Venezuelan

24   governmental institutions?

25   A.  No.

1   Q.   And are you aware of scholarship that says that the

2   Internet is one of the main areas where Venezuelan laws are put

3   out to the public?

4   A.   No.

5   Q.   Okay.  Are you aware of scholarship that says most

6   Venezuelan government official websites are either inoperative

7   or do not include any legislation, executive regulation, or

8   presidential decree databases that are systematically

9   maintained?

10  A.   No.

11  Q.   Sir, are you aware of any scholarship that says websites

12  from the Venezuelan government are, for the most part,

13  inoperative or failed to offer access to statutes, regulations,

14  and resolutions in their respective specialties?

15  A.   No.

16  Q.   You are not familiar with the way that Venezuela keeps its

17  laws online; is that correct?

18  A.   That is correct.

19       MR. J. SCHUSTER:  Your Honor, we move to introduce, under

20  Federal Rule of Evidence 803.18, a periodical that discusses

21  that matter and the maintenance of Venezuelan government

22  websites.  It is, "An introduction to Venezuelan Governmental

23  Institutions, Primary Legal Sources."  It is by Luis Bergola,

24  and it was in the GlobalX.

25       I have a copy that I have marked, and if it can't be

1    admitted into evidence, I would like to just read that section

2    into the record.

3            THE COURT:  This was what, Exhibit BX?

4            MR. J. SCHUSTER:  BX, and if it is not admissible under

5    that provision, I would like to read the section on these --

6            THE COURT:  Go ahead and read the section.

7            MR. J. SCHUSTER:  Okay.

8            THE COURT:  Slowly, for our court reporter.

9            MR. J. SCHUSTER:  Mr. Bergola wrote, "Of course, the

10   internet is quickly becoming the medium of choice for the

11   dissemination of these materials," referring to government

12   regulations.

13           "Unfortunately, at this point, most official government

14   websites are either inoperative or do not include any

15   legislation, executive regulation, or presidential decree

16   databases that are systematically maintained.

17           "At some point in recent years, the home page of many

18   ministerial websites offered links to bodies of its own

19   structure and to others which deal with the same subject.

20           These websites are, for the most part, inoperative or

21   fail to offer access to statutes, regulations, and resolutions

22   in their respective specialties."

23           And, again, that's from an update, "An Introduction to

24   Venezuelan Governmental Institutions and Primary Legal

25   Sources," by Luis Bergola.

1    BY MR. J. SCHUSTER:

2    Q.  So, Mr. Marple, you are not able to tell us what was

3    changed in any version of -- in two versions of the Gaceta that

4    you reviewed online; is that correct?

5    A.  Correct.

6    Q.  You are only able to tell us that a change was made?

7    A.  Correct.

8    Q.  You are not able to tell us why that change was made;

9    correct?

10   A.  Correct.

11   Q.  You are not able to tell us who changed that document;

12   correct?

13   A.  Correct.

14          MR. J. SCHUSTER:  Your Honor, may I have a moment?

15          THE COURT:  Yes.

16          MR. J. SCHUSTER:  May I have another moment, your

17   Honor?

18          THE COURT:  Yes.

19          MR. J. SCHUSTER:  If I could just also add that the

20   periodical portion that I read into the record was published in

21   March-April of 2022, by the NYU Law Global Organization.

22          THE COURT:  Okay.

23   BY MR. J. SCHUSTER:

24   Q.  Now, Mr. Marple, not knowing what was changed on that

25   version of the Gaceta, it could have been something such as an

1   "a" to an "an"; is that correct?

2   A.   Correct.

3   Q.   There's no way for us to know about that?

4   A.   Correct.

5        MR. J. SCHUSTER:  Thank you, your Honor.  Nothing

6   further.

7        THE COURT:  Do you have any redirect?

8        MR. KRAMER:  Very briefly, your Honor.

9                    REDIRECT EXAMINATION

10  BY MR. KRAMER:

11  Q.   Mr. Marple, I just want to discuss a little bit about the

12  technical aspects of how you conducted your review.

13  A.   Sure.

14  Q.   So, on cross-examination, you testified that it was pretty

15  simple, and anyone could do it; correct?

16  A.   Sure.

17  Q.   And, in terms of reviewing the properties of a document, of

18  a -- you know, purely the properties of a PDF, that's a very

19  simple process; correct?

20  A.   Correct.

21  Q.   Does it essentially entail right-clicking a document and

22  selecting properties?

23  A.   Yes, it can be as simple as that.

24  Q.   In terms of reviewing the underlying text via a Notepad,

25  that is a little bit more complicated; correct?

1   A.   Sure.   There is -- I mean, there is a lot of lines of

2   information.   But, once you find the lines you are looking for,

3   it says, in English, created and time and date and modified.

4   Q.   So just to be clear, it does require, though, a certain

5   level of knowledge of knowing how to get to that --

6   A.   Yes.

7   Q.   -- text, correct?

8   A.   Yes.

9   Q.   Once there, anyone could understand it; is that correct?

10   A.   Correct.

11   Q.   But certainly, you are facilitated in understanding that

12   based on your experiences?

13   A.   Yes.

14         MR. KRAMER:   No further questions, your Honor.

15         THE COURT:   All right.

16         Thank you, sir, you can step down.

17         [Witness Excused]

18         THE COURT:   All right.   Who is the next witness for the

19   government?

20         MR. KRAMER:   Your Honor, the government has no further

21   witnesses.

22         THE COURT:   Okay.   And you set up to start at 10:30?

23         MR. NEW:   Yes, your Honor.   I believe that -- that we

24   had told him to be there by 10:00.   So, I am hopeful that we

25   can start promptly at 10:30.

1          THE COURT:  And is it the same Zoom as yesterday?

2          MR. NEW:  It would be the same Zoom one.  It is at the

3   Swiss Consulate.

4          THE COURT:  Okay.

5          MR. NEW:  And he would be our last witness, your Honor.

6          MR. KRAMER:  Your Honor, the government renews its

7   objection to rebuttal witness testimony if there is nothing to

8   rebut to.  We have not called any witness regarding Venezuelan

9   law, addressing it, and now addressed by them as an expert for

10  their case in chief.  It wasn't, you know --

11         THE REPORTER:  I'm sorry, Counsel, I cant' hear you.

12         MR. KRAMER:  The disclosure was provided on Friday

13  evening at five o'clock as a rebuttal witness.

14         Again, just to make it clear, the government did not

15  put forth any witness for this to rebut and has not made an

16  issue of Venezuelan law as to issue nor has Mr. Saab in his

17  initial case.  This is seemingly a second bite at the apple as

18  to put on their initial case where they did not choose to do to

19  so in the beginning.  The government objects.

20         THE COURT:  So, I will take the same position.  I am

21  going to allow them to put him on by way of proffer.  And, at

22  the end of his testimony, if I will take up your motion to

23  strike him, at least we will have a full record of what

24  everybody wants to put on.

25         Okay, let's take a recess until 10:30.

1        If you can just talk to the Embassy and they are ready

2    before 10:30, let me know, we will come back earlier.

3        THE COURTROOM DEPUTY:  All rise.

4        (Whereupon, there was a recess, after which the

5    following proceedings were had:)

6        THE COURT:  Thank you, be seated.

7        For those of you in Venezuela, at the Swiss Embassy, we

8    are waiting for Mr. Saab to be brought to the courtroom.  So,

9    we will get started in just a minute.

10        Can you hear us?

11        MR. PERFILDOS:  Hello, I am speaking from the Embassy

12    of Switzerland in Venezuela, and I can hear you loud and

13    clearly.

14        THE COURT:  I think I hear Mr. Saab coming in now.  So,

15    Mr. New and Mr. Barr, who is your next witness?

16        MR. NEW:  Your Honor, we call Dr. Hector Pena.  Before

17    we do that, your Honor, just as a matter of housekeeping.

18        MR. J. SCHUSTER:  Yes, your Honor, I would like to move

19    into evidence Defense Exhibit BX, as in X-ray, that is a copy

20    of the scholarly periodical that I read from during the

21    testimony of Mr. Marple.

22        THE COURT:  Okay, that will be received in evidence.

23        MR. J. SCHUSTER:  Thank you, your Honor.

24        (Defendant's Exhibit BX was received in Evidence.)

25        THE COURT:  Okay.  So Dr. Pena, is that you there that

1    I see?

2            THE WITNESS:  Yes.

3            THE COURT:  All right, and is there a notary or person

4    authorized in Venezuela to administer an oath present also?

5            THE WITNESS:  Yes.  Yes.

6            MR. KEOWN:  Luis Alfredo Monsalve.

7            Certifications were provided yesterday.

8            (Notary Luis Alfredo Monsalve was duly sworn by the

9    Court.)

10           THE NOTARY PUBLIC:  It is Dr. Hector Pena Paredes, the

11   bearer of ID card 1127357.

12           And I, as a notary public, I attest before the

13   Constitution of the Bolivarian Republic of Venezuela that

14   everything that Dr. Hector Pena is going to attest to is the

15   truth.

16           THE COURT:  All right.  So will you administer the oath

17   to Dr. Pena, please?

18           THE NOTARY PUBLIC:  We attest that everything that

19   Dr. Hector Ogdulio Pena is going to attest to is the truth, and

20   we attest this and swear before the Constitution of the

21   Bolivarian Republic of Venezuela.

22           THE COURT:  All right.  Thank you, Dr. Pena.  You can

23   sit and put your hand down.

24           And the notary, I guess, can be excused.

25           And Dr. Pena, will you raise your right hand, I am

1    going to administer the oath from here.

2    Thereupon:

3                          HECTOR PENA

4    was called as a witness and, having been duly sworn through the

5    interpreter, was examined and testified as follows:

6              THE WITNESS:  Yes, I do swear.

7              THE COURT:  Thank you, please be seated.

8              And can you please tell us your name and spell your

9    last name.

10             THE WITNESS:  Hector Ogdulio P-E-N-A.

11             THE COURT:  Thank you.

12             Mr. New, go ahead.

13             MR. NEW:  Thank you, your Honor.

14                        DIRECT EXAMINATION

15   BY MR. NEW:

16   Q.  Good morning, Dr. Pena.

17   A.  Good morning.

18   Q.  Dr. Pena, what age are you?

19   A.  74 years old.

20   Q.  What countries are you a citizen of?

21   A.  Venezuelan.

22   Q.  Have you lived in Venezuela your entire life?

23   A.  No.  No, I lived for some years in Paris, France, for two

24   years.

25   Q.  Now, Dr. Pena, what do you do for a living?

```
 1   A.   To -- I exercise freely the profession of attorney.

 2   Q.   How long have you been an attorney?

 3   A.   38 years.

 4   Q.   Now, could you explain for us a little bit about your

 5   educational background?

 6        Maybe I will rephrase the question.

 7        Dr. Pena, where did you go to university?

 8   A.   I attended the Central University of Venezuela.

 9   Q.   Did you obtain any degrees from the Central University of

10   Venezuela?

11   A.   Yes.  Yes.  A licensed degree in Commercial Administration

12   and attorney-at-law.

13   Q.   And did you attend any other universities?

14   A.   Yes, University of Paris, in Paris, France.

15   Q.   And what degree, if any, did you obtain from the University

16   of Paris?

17   A.   It was a specialized studies diploma.

18   Q.   Was there a particular subject matter?

19   A.   Yes.  Financial Systems and Development.

20   Q.   Now, I would like to show you what has been marked for

21   identification as Defendant's Exhibit B as in boy, Y as in

22   Yankee.

23        Dr. Pena, do you recognize this document?

24   A.   Yes.

25   Q.   And what is this document?
```

1  A.   That is my background of my professional training.

2  Q.   So, is this your CV?

3  A.   Yes, sir.

4       MR. NEW:  Your Honor, we offer Exhibit BY, which also

5  contains an English translation in the back.

6       THE COURT:  All right.  That will be admitted.

7       (Defendant's Exhibit BY was received in Evidence.)

8  BY MR. NEW:

9  Q.   Dr. Pena, when you first received your law degree, what was

10 your first legal job?

11 A.   At the Ministry of Public Works.

12 Q.   Is that a job with the government of Venezuela?

13 A.   Yes.

14 Q.   And how long did you work in the public sector?

15 A.   For 16 years.

16 Q.   And was that for one agency, or for multiple agencies?

17 A.   The first 16 years, it was as a public official.

18 Q.   Okay.  And was that when you -- for those first 16 years,

19 were you working in one agency or for different agencies?

20 A.   For several.

21 Q.   And was your role at those agencies always of a legal

22 nature?

23 A.   No.

24 Q.   Okay.  What types of roles did you have?

25 A.   As a financial planner and analyst.

1    Q.   Any other roles?

2    A.   No, only that.

3    Q.   Now, did there come a time when you became a judge in

4    Venezuela?

5    A.   Yes.

6    Q.   And what type of judge were you -- what was the first time

7    that you became a judge in Venezuela?

8    A.   In 1999, as counsel of the Council for Judiciary, for the

9    judiciary.

10   Q.   And, in that position, you were technically a judge?

11   A.   Yes.

12   Q.   Now, did you serve on any other courts in Venezuela?

13   A.   Yes.

14   Q.   What court?

15   A.   The Supreme Tribunal of -- Justice Tribunal.

16   Q.   Now, in terms of the hierarchy of courts in Venezuela,

17   where does the Supreme Court of Justice fit?

18   A.   It is the highest tribunal of the country.

19   Q.   And what types of law did you handle when you were on the

20   Supreme Court of Justice?

21   A.   Basically, constitutional and administrative laws.  But,

22   let me say that there are other areas taken under consideration

23   there, as well.

24   Q.   How long did you serve as a judge?

25   A.   Two years.

 1   Q.   Now, after you left the role of judge, did you continue to

 2   work in the public sector?

 3   A.   No.  Not as a public official.

 4   Q.   So, what did you do?

 5   A.   As an independent legal advisor.

 6   Q.   And who were you advising?

 7   A.   Several ministries and several institutions.

 8   Q.   And how many years have you served as a legal advisor to

 9   ministries and institutions?

10   A.   About 22 years.

11   Q.   Now, Dr. Pena, have you ever served as an expert witness

12   before?

13   A.   Yes.

14   Q.   How many times?

15   A.   Three times.

16   Q.   And when you served as an expert witness, was that in a

17   court, or something like an arbitration?

18   A.   In arbitration court, an arbitration tribunal.

19   Q.   So, all three times you served as an expert witness, that

20   was in international arbitration?

21   A.   Yes.

22   Q.   And did you testify in any of those three arbitrations?

23   A.   I gave my testimony, yes.

24   Q.   In all three?

25   A.   In the three, no, excuse me.  Two of them.

1  Q.  Okay.  And what area of law did you testify about?

2  A.  For the first one, it was constitutional and mining law.

3      It was -- the second one, it was administrative contracts,

4  the context was contracts.

5  Q.  Now, have you ever testified in a court before?

6  A.  No.

7      MR. NEW:  Your Honor, at this time, we tender Dr. Pena

8  as an expert in Venezuelan constitutional and administrative

9  law.

10     MR. KRAMER:  Your Honor, the government just maintains

11 its objection to relevance.

12     THE COURT:  Okay.  I will allow him to testify as an

13 expert in that area.

14     Go ahead.

15 BY MR. NEW:

16 Q.  Dr. Pena, are you familiar with the different types of

17 diplomats under Venezuelan law?

18 A.  Yes.

19 Q.  And is there any particular law that sets forth the types

20 of diplomats?

21 A.  Excuse me, I did not understand.  Excuse me.

22 Q.  Do you need me to repeat the question, Dr. Pena?

23 A.  Yes.

24 Q.  Okay.  What is the law in Venezuela that sets forth the

25 different types of diplomats?

1   A.   The organic law for the foreign service.

2   Q.   And, under that law, is there a difference between

3   permanent diplomats and temporary diplomats?

4   A.   Yes.

5   Q.   Could you explain what the difference is?

6   A.   The -- for the diplomatic mission, the permanent diplomatic

7   mission, there is continuity throughout time in that area, and,

8   on the contrary, with the temporary missions, as the name

9   indicates, that is for a very specific activity and for

10  specific period of time.

11  Q.   Now, focusing on temporary missions, is a special envoy a

12  type of temporary mission?

13  A.   Yes.

14  Q.   Now, for temporary missions, do they need to be approved by

15  the National Assembly?

16  A.   No.

17  Q.   So, what is the process for appointing someone on a

18  temporary mission?

19  A.   It is the president of the Republic that has the power to

20  appoint the person designated to fill a temporary diplomatic

21  mission.  But, the Minister of Foreign Affairs can be given the

22  power to -- to designate a diplomatic agent.

23  Q.   Now, when the president appoints a temporary diplomatic

24  agent, does he need to do it in writing?

25  A.   Not necessarily.  It is the president who can delegate to

1   his Minister of Foreign Affairs who, complying with that order,

2   can then designate this individual as an appointed diplomat.

3   Q.   Now, Dr. Pena, are you familiar with the Gaceta Oficial of

4   Venezuela?

5   A.   Yes.

6   Q.   And what is the Gaceta Oficial?

7   A.   It is the official means of disseminating the news from the

8   Bolivarian people of the Republic of Venezuela.

9   Q.   Is there a particular law that sets forth what needs to be

10  published in the Gaceta?

11  A.   Yes.

12  Q.   What law is that?

13  A.   The law for official publications.

14  Q.   And do you happen to know what the date was when that law

15  was passed?

16  A.   Yes, that was in 1941.

17  Q.   Is the law from 1941 still in effect?

18  A.   No, no.  It was annulled.

19  Q.   And when was it annulled?

20  A.   Just now, in the year 2022.

21  Q.   So, that law was still in effect in 2018?

22  A.   The one from 1941, yes.

23  Q.   Now, with regard to temporary missions, are you aware of

24  any Venezuelan laws that require that they be published?

25  A.   No.

1   Q.   And, is the president of Venezuela allowed to withhold

2   publications of appointments that have national security

3   concerns?

4   A.   Yes.

5           MR. KRAMER:  Objection, your Honor, foundation.

6           THE COURT:  Overruled.

7   BY MR. NEW:

8   Q.   Now, Dr. Pena, in your opinion, if an appointment of a

9   temporary minister is not published in the Gaceta, does that

10  impact in any way the validity of that appointment?

11  A.   Absolutely not.

12  Q.   Now, can the president or the Minister of Foreign Affairs

13  decide in their discretion to publish the appointment of a

14  special envoy?

15  A.   The president can delegate to his Minister of Foreign

16  Relations to publish due to the merit of such information to

17  have this information published, but, this is not the law --

18  the law does not make this compulsory.

19  Q.   And, when the president instructs the Foreign Minister to

20  appoint a special envoy, can he do that orally?

21  A.   Yes.

22  Q.   Now, is there -- if the president decides to publish the

23  appointment of a special envoy, is there any requirement as to

24  when he must make that publication?

25  A.   No. No.  There is no date for that.

1   Q.   So, the president can decide at any time to publish the

2   appointment of a special envoy; is that right?

3   A.   Yes.

4   Q.   Dr. Pena, I would like to ask you about a different topic

5   of Venezuelan law.

6        Are you aware of any Venezuelan laws regarding the use of

7   diplomatic passports?

8   A.   Yes.

9   Q.   Okay.  And what laws govern the use of diplomatic passports

10  in Venezuela?

11  A.   The regulation as to passports issued in 1974.

12  Q.   And is that regulation still in effect?

13  A.   No.  It was annulled.

14  Q.   And when was it annulled?

15  A.   The year 2021.

16  Q.   Now, under that 1974 law, is a diplomat required to always

17  use his diplomatic passport when he travels?

18  A.   No.

19  Q.   Could you explain a little bit about that?

20  A.   No, according to this law, a diplomat does not necessarily

21  have to use his or her diplomatic passport, even when they are

22  abroad.  They can freely travel using their personal passport.

23        MR. NEW:  Thank you, your Honor, if I may have a

24  moment.

25        Thank you, Dr. Pena.

1           Your Honor, I pass the witness.

2           THE COURT:  All right.

3           Cross-examination?

4           MR. KRAMER:  Your Honor, I apologize, but may I indulge

5    the Court for a three-minute break?

6           THE COURT:  Yes.

7           MR. KRAMER:  Your Honor, we are just waiting on

8    Mr. Laurente, but it will just be a moment.  Thank you.

9           Your Honor, may we begin?

10          THE COURT:  Yes.

11          MR. KRAMER:  Thank you very much.

12                        CROSS-EXAMINATION

13   BY MR. KRAMER:

14   Q.  Good morning, Dr. Pena.

15   A.  Good morning.

16   Q.  I wanted to ask you a couple of questions about your

17   professional background.

18          You served as a legal advisor to the government of

19   Venezuela; correct?

20   A.  And to some ministries and independent institutes.

21   Q.  Have you ever met with anyone -- have you ever met with

22   Mr. Maduro?

23   A.  Never.

24   Q.  Have you ever met with anyone from Mr. Maduro's

25   administration?

```
 1    A.   For independent institutes, but not directly with his

 2    staff.

 3    Q.   When would those meetings have occurred?

 4    A.   With the presidents, about two, three years ago, with

 5    presidents of independent or autonomous institutes.

 6    Q.   Dr. Pena, when were you first approached about testifying

 7    in this case?

 8    A.   Could you please repeat the question?  I did not understand

 9    well.

10    Q.   Dr. Pena, when were you approached about testifying in this

11    case?

12         THE INTERPRETER:  Your Honor, we are having a bit of

13    trouble with the connection.  Could the interpreter ask the

14    witness to repeat the response?

15         THE COURT:  Yes.

16         THE WITNESS:  It was about four months ago,

17    approximately.

18    BY MR. KRAMER:

19    Q.   Who approached you?

20    A.   From the law offices of Alan Aldana.

21    Q.   Where are the law offices of Alan Aldana?

22    A.   In Altamira, the Altamira development.

23    Q.   Did you, at some point in time, begin to speak with lawyers

24    from the United States?

25    A.   It was approximately a month and-a-half ago.
```

1  Q.  And how many meetings did you have with the attorneys in

2  the United States?

3  A.  Through video conference, about four meetings.

4  Q.  On that video conference, was anyone taking any notes of

5  your meetings?

6  A.  No.

7  Q.  Dr. Pena, are you being paid to testify here today?

8  A.  No, not at all.

9  Q.  You are testifying as an expert witness, and you are not

10 receiving any compensation?

11 A.  That would be later.  Currently, I have not received

12 anything at all.

13 Q.  Have you entered an agreement to be paid for your

14 testimony?

15 A.  No, not yet.

16 Q.  But, you do expect to be paid at a later time?

17 A.  For my professional fees, of course.

18 Q.  I understand.  But, wouldn't you have had to enter some

19 kind of agreement to be paid if you are going to be paid in the

20 future?

21 A.  Not necessarily.

22        THE COURT:  How much do you anticipate that you are

23 going to be asking for?

24        THE WITNESS:  I haven't decided that yet because that

25 will depend on the action I have to take, or the activities I

1   have to undertake in relation to this trial.

2          THE COURT:  Assuming this is the last time that you are

3   involved in the case, how much money would you get paid, up to

4   this point?

5          THE WITNESS:  I don't know, because that would have to

6   be determined in an agreement with the Alan Aldana law offices.

7          THE COURT:  But, there has to be some ballpark figure.

8   It is more than a dollar and less than a million dollars.  You

9   have to have some sense of how much you would expect to be paid

10  for the time you have put in so far.

11         THE WITNESS:  I don't know.  I don't know because that

12  is something that would have to be by mutual agreement between

13  the law offices of Alan Aldana and myself.

14         MR. KRAMER:  One follow-up question, your Honor.

15  BY MR. KRAMER:

16  Q.  Will that, then, be based purely on the amount of time you

17  spent on this case, or will it be based at all on what you say

18  or the outcome of your testimony?

19  A.  No.  These are two different things all together.  In other

20  words, I would charge for the work that I have undertaken so

21  far.

22  Q.  But, you currently do not have any sense of what that

23  charge will be; correct?

24  A.  No.  I do not.

25  Q.  You testified on direct examination about diplomatic

1    passports; correct?

2    A.   Yes.

3    Q.   What is the purpose of a diplomatic passport?

4    A.   To identify the bearer.

5    Q.   To identify the bearer to whom?

6    A.   Some foreign authority.

7    Q.   You testified that there is no requirement for a diplomat

8    to travel with their diplomatic passport; correct?

9    A.   Yes.

10   Q.   And that includes when they are traveling on official

11   diplomatic business?

12   A.   The passport, itself, does not credit the person or convey

13   a diplomatic character to the holder, because it could be the

14   case, in Venezuela, that an individual could hold a diplomatic

15   passport without being one.

16   Q.   So, a person can have a diplomatic passport without being a

17   diplomat?

18   A.   Yes.  According to the Subtitle 1, the only subtitle to law

19   Number 16, issued in 1974, regarding the issuance of passports.

20   Q.   So, the possession of a diplomatic passport is in no way,

21   shape, or form, relevant to a person's diplomatic status; is

22   that your testimony?

23   A.   It could not credit or convey the status of being a

24   diplomat.

25   Q.   I understand it doesn't convey or accredit a person as a

1   diplomat.  But, the possession of a diplomatic passport does

2   not mean a person was ever accredited by a different, you know,

3   through the appropriate channels of being a diplomat; is that

4   correct?

5   A.   I'm sorry.  I don't understand the question very well.

6   Q.   My question is, is it your testimony that having a

7   diplomatic passport is not actually indicative of a person

8   having diplomatic status?

9   A.   Not necessarily, because, as I mentioned before, an

10  individual could be holding a diplomatic passport without

11  necessarily having had the status of being a diplomat in the

12  past.

13  Q.   You testified that the purpose of a diplomatic passport is

14  to identify one's self to a foreign authority as a diplomat;

15  correct?

16  A.   Yes.

17  Q.   So, while there may be no requirements to carry a

18  diplomatic passport, it would defeat the very purpose of having

19  one if you did not bring it with you on a diplomatic trip

20  internationally; correct?

21  A.   No, but that is not the sense of the response.

22       The diplomatic agent is conferred the diplomatic passport

23  that he may identify himself as such abroad.

24       The holder of the passport has, thus, been invested as

25  such.  And so, in order to take any actions or to identify

1    himself, he shows his passport.  But, in real truth, the

2    document that affords him that status is the document with the

3    designation as the diplomat.

4    Q.   Understood.  But, the purpose of a diplomatic passport is

5    to travel with it so you can tell other countries you are, in

6    fact, a diplomat; correct?

7    A.   Yes.  Yes.

8    Q.   You talked, on your direct testimony, about the difference

9    between a temporary mission and a permanent mission; correct?

10   A.   Yes.

11   Q.   And you testified that a special envoy is not part of a

12   permanent mission; correct?

13   A.   Yes.

14   Q.   And they are part of a -- they are considered part of a

15   temporary mission; is that correct?

16   A.   Yes.

17   Q.   Are you aware of a law called the United Nations Special

18   Mission Convention?

19            MR. NEW:  Objection, your Honor.  Beyond the scope.

20            THE COURT:  Overruled.

21            THE WITNESS:  Please repeat the question.

22   BY MR. KRAMER:

23   Q.   Are you aware of a law called the United Nations Convention

24   on Special Missions?

25   A.   No.

1   Q.   To the extent a person was appointed as they had a

2   permanent mission, that would require publication in the

3   Gaceta; is that correct?

4   A.   All designations of diplomatic agents with a permanent

5   character must be previously approved by the National Assembly.

6   Q.   So, is there a requirement for the National Assembly to

7   approve any permanent mission; correct?

8   A.   Yes.

9   Q.   Are you aware of documents accrediting Alex Saab as a

10  special mission?

11  A.   Yes.

12  Q.   There are no indications or any documents that indicate the

13  National Assembly approved that appointment; correct?

14  A.   They didn't -- were not required to do so.

15  Q.   Right, because he was only on a temporary mission; correct?

16  A.   Yes.

17  Q.   You were a magistrate for the Supreme Court; correct?

18  A.   Yes, I was the principal magistrate.

19  Q.   Are you aware that the website for the Supreme Court

20  Tribunal maintains a copy of the Gaceta?

21  A.   Yes.  The Supreme Court of Justice has a compilation of the

22  Gaceta that it upkeeps daily.

23  Q.   And where do they obtain those Gacetas from?

24  A.   From the national printing shop.

25  Q.   And is it your understanding that the Gacetas posted to the

1   Supreme Court Tribunal website are accurate?

2   A.  Yes.

3   Q.  You also testified about -- if there were changes made to

4   the Gaceta; correct?

5         MR. NEW:  Objection, mischaracterizes the testimony.

6         THE COURT:  Overruled.

7         THE WITNESS:  Please repeat the question.

8   BY MR. KRAMER:

9   Q.  Did you testify about the process of how to deal with

10  changes or discrepancies to a Gaceta?

11        MR. NEW:  Objection, your Honor, same objection.  This

12  topic was not covered on his direct.

13        THE COURT:  Overruled.

14        THE WITNESS:  You asked me about the mechanism in order

15  to be able to correct any discrepancies?

16  BY MR. KRAMER:

17  Q.  Yes.

18  A.  The law of official publication of 1941 establishes -- sets

19  forth in Article 4 the correct mechanism to deal with changes

20  or discrepancies made in the Gaceta.

21        Yes.  The law about official publications of 1941 sets

22  forth in Article 4 the mechanism to be employed when there are

23  differences or corrections in between the content of the

24  original Gaceta and the text, whenever there are discrepancies.

25  Q.  And the 1941 rules on that require notice to be made if

1   there are any changes to a Gaceta; correct?

2   A.   Yes.  Yes, through previous notice, a previous notice is

3   required in order to make any changes to the initial Gaceta.

4   Q.   And those changes to the initial Gaceta would be made in a

5   new edition; correct?

6   A.   Yes, when a correction must be made.

7   Q.   And the -- that law was in effect until February 25, 2022;

8   correct?

9   A.   Yes; correct.

10  Q.   At that point in time, the 2022 law took effect; is that

11  correct?

12  A.   Yes.

13  Q.   In that law, any changes to the Gaceta would still need to

14  be made in a new edition; correct?

15  A.   Yes.

16  Q.   The only difference is the notice provision in those two

17  laws regarding to changing discrepancies; correct?

18  A.   Yes.

19  Q.   Have you looked at Gaceta Number 6373 Extraordinario in

20  relation to your testimony in this case?

21  A.   Yes.

22  Q.   Were you aware of any changes or modifications made from

23  its original publication to later times?

24  A.   Yes.  Yes.  What happens there is that there is no

25  difference in the text, there is no discrepancy as far as the

 1   text is concerned.

 2   Q.  So, you are saying there is no difference in the text of

 3   the original 6373 Gaceta and where it winds up today?

 4   A.  Yes.  Yes.  The text did not show any difference.

 5        MR. KRAMER:  Mr. Laurente, could you please bring up

 6   Government's Exhibit 18 on one side, and 17 on the other

 7   side --

 8   BY MR. KRAMER:

 9   Q.  Dr. Pena, can you see those two documents?

10   A.  Yes.

11        MR. KRAMER:  Mr. Laurente, if you could please zoom in

12   on the "sumario" section for both documents, if that's

13   possible.  If you could include the second paragraph of the

14   right side, as well.

15   BY MR. KRAMER:

16   Q.  Do you see that there is a difference between the two

17   sections I am showing you here?

18   A.  There is no difference.  What there is, is an omission, and

19   that's different.

20   Q.  So, an omission from a document is different than a

21   difference between documents?

22   A.  It is different.

23   Q.  So, if there is an omission from a Gaceta, the rules

24   towards modifying the Gaceta that we discussed, would those

25   still apply?

 1   A.   No.   It is not applicable.

 2   Q.   So, if there is a mere mistake on a document, a misspelled

 3   word, that requires notice and a change in the Gaceta under the

 4   rules.   But, an omission of actual information requires no such

 5   notice?

 6   A.   The same rules do not apply.

 7   Q.   Do any rules apply towards providing any kind of notice or

 8   modifying a Gaceta when facts were omitted, or information was

 9   omitted?

10   A.   There is none.

11           MR. KRAMER:   Your Honor, may I have one moment?

12           THE COURT:   Yes.

13           MR. KRAMER:   Sorry, your Honor.   Just bear with me --

14           Your Honor, no further questions.

15           THE COURT:   All right.

16           Mr. New?

17           MR. NEW:   Yes, your Honor.

18           Your Honor, may I proceed?

19           THE COURT:   Yes.

20                        REDIRECT EXAMINATION

21   BY MR. NEW:

22   Q.   Good morning, again, Dr. Pena.

23   A.   Good morning.

24   Q.   Now, Dr. Pena, when is the last time you worked for the

25   Supreme Judicial Court in Venezuela?

1   A.   It was by the end of -- it was December of the year 2000.

2   Q.   Now, do you recall just now Mr. Kramer asking you some

3   questions about the website of the Supreme Court?

4   A.   Yes.

5   Q.   Do you know anything about the accuracy of the website

6   today?

7   A.   Excuse me, the Supreme Tribunal has its own official page.

8   Q.   Now, would the Supreme Judicial Court's website, or the

9   Imprenta Nacional website, be considered the primary source for

10  the Gaceta?

11          THE INTERPRETER:  Can you repeat the last part of the

12  question?

13  BY MR. NEW:

14  Q.   The primary source for publishing the Gaceta?

15  A.   The publication of the Gaceta is done at an office of the

16  national government, which is called Autonomous Service,

17  National Autonomous Service and National Printing Press.

18  Q.   Now, Dr. Pena, do you recall Mr. Kramer asking you some

19  questions about when changes are made to texts in the Gaceta?

20  A.   Yes.

21  Q.   And what article of what law was Mr. Kramer asking you

22  about?

23  A.   About Article 4 of the law of national publications of

24  1941.

25  Q.   I'd like to now show you what is in evidence as

1    Government's Exhibit 20.

2            MR. NEW:  And, for the Court, the English translation

3    of this was entered into evidence as Government's Exhibit 20A.

4    BY MR. NEW:

5    Q.  Now, Dr. Pena, is this the 1941 law that you were just

6    referring to?

7    A.  That is correct.

8            MR. NEW:  And now, Ms. Keown, could you please focus on

9    Article 4?

10   BY MR. NEW:

11   Q.  And, Dr. Pena, do you see Article 4 on your screen?

12   A.  Yes.

13   Q.  Now, could you read for us what is stated in the first two

14   lines of Article 4?

15   A.  Article 4, "Whenever there are discrepancies that are

16   evident between the original and the printing of a law, this

17   law will be published again in its corrected version in the

18   Official Gaceta of the United Republic of Venezuela."

19   Q.  Now, Dr. Pena, this Article 4 refers to a discrepancy that

20   is evident.  What does that mean?

21   A.  That you can see it, that it is evident.

22   Q.  And what type of discrepancy does Article 4 apply to?

23   A.  When there is a difference in the text, the text of the

24   original, that it is -- there is discrepancies between the

25   original and that which was published.

1   Q.   And now, Ms. -- before I get there, Dr. Pena, is there

2   anywhere in Article 4 where it talks about omissions?

3   A.   No.

4        MR. NEW:   And now, Ms. Keown, would you mind zooming

5   out a little bit?

6   BY MR. NEW:

7   Q.   Now, Dr. Pena, Article 4 is in the first section of the

8   1941 act; is that correct?

9   A.   Yes.

10  Q.   And what does that section apply to?

11  A.   To publication of official acts in general.

12  Q.   So, even though it says "laws," that applies to all

13  official acts?

14  A.   No, only to the laws.  No, but, it is of the practice

15  that -- the administrative practice that resorts to the

16  mechanism of Article 4 to correct discrepancies in other

17  official acts.

18  Q.   Now, you say it is a practice, but -- withdrawn.

19       Now, with regard to Article 4, one last question, Dr. Pena.

20  It speaks about an original, the difference between an original

21  and a printed version.

22       What original is Article 4 speaking to?

23  A.   The text, the text that contains the law or the act or

24  action, whichever it refers to.

25  Q.   And, just to be clear, original is not referring to the

1   original version of the Gaceta versus the corrected version of

2   the Gaceta; correct?

3   A.   Yes.

4   Q.   Original there means the original law, or the original act;

5   correct?

6   A.   It refers to the text, the original text, the discrepancy

7   has to be in the text.  It always refers to the text.

8           MR. NEW:  Thank you, your Honor, if I may have one

9   moment.

10          THE COURT:  Yes.

11          MR. NEW:  Sorry, your Honor.  One last topic.

12  BY MR. NEW:

13  Q.   Dr. Pena, do you recall Mr. Kramer and the Court asking you

14  some questions about how you expect to be paid for working as

15  an expert?

16  A.   Yes.

17  Q.   And are you aware whether the Aldana law firm has been

18  sending invoices for your time as an expert?

19  A.   No, I do not know that because that is something internal

20  of the -- that law practice.

21  Q.   I would like to show you a document and see if that helps

22  you to recall the answer to this question.

23          MR. KRAMER:  Your Honor -- your Honor, he said he is

24  not aware of internal practices of another law firm.  He has

25  already testified that he is not aware of it.

1              THE COURT:  Overruled.

2    BY MR. NEW:

3    Q.  Dr. Pena, is this an invoice from Alan Aldana law firm to

4    Baker & Hostetler for services as an expert?

5    A.  I do not know it.

6    Q.  Now, Dr. Pena, I believe you testified to Mr. Kramer that

7    you expected to be paid for the hours that you worked; is that

8    correct?

9    A.  Yes, of course.  It is my work.

10   Q.  Now, do you know what your rate is per hour?

11   A.  No.

12   Q.  Would it -- would it be inconsistent with your rate, what

13   appears to be on this invoice, of 1,300?

14   A.  It would be -- no, I have not come to any agreement yet

15   about the amount for the professional fees.

16              MR. NEW:  Your Honor, I have no further questions,

17   thank you.

18              THE COURT:  All right.  Thank you, Dr. Pena.

19              And again, once again, thank you for the assistance of

20   the staff at the Swiss Embassy.

21              So, can we disconnect from the Zoom?

22              MR. NEW:  Yes, we can, your Honor.

23              THE COURT:  Thank you.

24              All right.  Any other witnesses or evidence on behalf

25   of the defense?

1          MR. NEW:  No further witnesses, your Honor.  But, if we

2     may have just one minute to make sure we have everything in

3     that we need?

4          THE COURT:  All right.  Any other witnesses or evidence

5     for the government?

6          MR. KRAMER:  No, your Honor.

7          THE COURT:  All right.

8          MR. NEW:  Thank you, your Honor for your indulgence

9     again.

10          At this time, we rest.  We have no further witnesses or

11     evidence.

12          THE COURT:  Okay.  And I know we had tentatively set

13     aside a week from today to do arguments.  But, I was in

14     anticipation that you would be using the whole week for

15     evidence and testimony.  So, what is your pleasure in terms of

16     that?

17          MR. NEW:  Your Honor, as we requested in our motion,

18     unopposed motion a few weeks ago, due to the unavailability,

19     for personal reasons, of -- for health reasons of one of the

20     key members of the team that would be making that argument, we

21     would ask that the Court allow us to wait until the 20th to

22     make the argument on the facts and the law.

23          THE COURT:  Does the government have any objection to

24     that?

25          MR. KRAMER:  No, your Honor.

```
 1          THE COURT:  The downside is that means Mr. Lunkenheimer
 2   might be here.
 3          MR. KRAMER:  We are aware of the downside, your Honor.
 4          THE COURT:  Okay.  So, we will reconvene next Tuesday
 5   at 9:00 A.M.
 6          How much time do you anticipate wanting for your
 7   arguments, an hour each?
 8          MR. KRAMER:  That would be fine, I think, from the
 9   government, your Honor.
10          MR. NEW:  That should be fine, your Honor, thank you.
11          THE COURT:  Okay.  All right, we will see everybody
12   Tuesday, the 20th at 9:00 A.M.
13          THE COURT SECURITY OFFICER:  All rise.
14          (Proceeding concluded at 11:57 A.M.)
15
16
17                        _    _    _
18
19
20
21
22
23
24
25
```

```
1                    C E R T I F I C A T E

2

3            I hereby certify that the foregoing is an

4    accurate transcription of the proceedings in the

5    above-entitled matter.

6

7    December 13, 2022      /s/Sharon Velazco
     DATE                   SHARON VELAZCO, RPR, FPR
8                           Official Court Reporter
                            United States District Court
9                           400 North Miami Avenue
                            8th Floor
10                          Miami, Florida 33128

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**$**

**$2,942,501.37** [1] - 15:2
**$3,138,844.70** [1] - 14:24
**$3,255,593.90** [1] - 14:18
**$3,313,757.69** [1] - 14:21

**'**

**'18** [1] - 38:25

**/**

**/s/Sharon** [1] - 77:7

**1**

**1** [6] - 1:8, 10:11, 10:22, 12:15, 14:23, 62:18
**1,300** [1] - 74:13
**10** [5] - 4:11, 10:25, 11:15, 12:6, 28:23
**10-16** [2] - 4:12, 12:12
**10111** [1] - 1:23
**1050** [2] - 2:4, 2:8
**10:00** [1] - 44:24
**10:30** [6] - 9:2, 9:13, 44:22, 44:25, 45:25, 46:2
**11** [6] - 4:11, 4:12, 11:3, 11:4, 11:5, 28:23
**1100** [2] - 2:5, 2:9
**1127357** [1] - 47:11
**11:55** [1] - 1:6
**11:57** [1] - 76:14
**12** [5] - 4:11, 4:12, 11:3, 11:4, 11:6
**12G** [1] - 2:17
**13** [6] - 1:5, 4:13, 11:2, 30:18, 38:14, 77:7
**1400** [1] - 1:18
**14th** [1] - 34:18
**15** [2] - 32:1, 35:7
**15th** [4] - 2:20, 30:24, 35:16, 35:17
**16** [9] - 10:25, 11:2, 11:15, 12:6, 16:23, 50:15, 50:17, 50:18, 62:19
**17** [5] - 10:11, 11:7, 11:8, 30:4, 68:6
**17-26B** [2] - 4:12,

11:12
**17A** [1] - 11:8
**17th** [1] - 35:18
**18** [5] - 3:13, 10:12, 26:17, 27:18, 68:6
**19** [1] - 27:3
**1941** [9] - 55:16, 55:17, 55:22, 66:18, 66:21, 66:25, 70:24, 71:5, 72:8
**1974** [3] - 57:11, 57:16, 62:19
**1999** [1] - 51:8
**1:19-CR-20450** [1] - 1:2

**2**

**2,500** [1] - 31:5
**2-C** [1] - 2:20
**20** [1] - 71:1
**200** [1] - 2:12
**2000** [1] - 70:1
**20005** [1] - 1:19
**20036-5318** [2] - 2:5, 2:9
**2016** [2] - 13:15, 13:18
**2017** [1] - 13:18
**2018** [15] - 13:18, 13:20, 14:17, 14:20, 14:23, 27:9, 27:25, 28:20, 28:23, 30:16, 30:17, 30:18, 38:14, 55:21
**2019** [6] - 13:16, 13:19, 14:14, 15:1, 18:13, 29:25
**2020** [1] - 19:22
**2021** [5] - 18:14, 20:2, 23:5, 32:1, 57:15
**2022** [13] - 1:5, 30:15, 30:21, 32:2, 34:17, 35:7, 35:11, 42:21, 55:20, 67:7, 67:10, 77:7
**20A** [1] - 71:3
**20th** [2] - 75:21, 76:12
**22** [1] - 52:10
**23** [1] - 32:1
**2300** [1] - 2:13
**24** [2] - 11:8, 14:20
**24A** [1] - 11:8
**24B** [1] - 11:8
**25** [2] - 32:2, 67:7
**26** [1] - 11:9
**26B** [4] - 10:11, 10:12, 11:7, 12:15

**27** [2] - 13:20, 27:9
**29** [1] - 28:9

**3**

**30** [1] - 28:9
**31** [1] - 30:21
**31st** [2] - 30:14, 32:13
**32** [1] - 3:14
**32801** [1] - 2:13
**33128** [2] - 3:5, 77:10
**33132** [2] - 1:15, 2:21
**33140** [1] - 2:17
**38** [3] - 4:13, 13:2, 49:3
**39** [4] - 4:11, 10:5, 10:7, 10:8

**4**

**4** [16] - 10:11, 10:22, 66:19, 66:22, 70:23, 71:9, 71:11, 71:14, 71:15, 71:19, 71:22, 72:2, 72:7, 72:16, 72:19, 72:22
**400** [2] - 3:4, 77:9
**403** [2] - 15:15, 16:19
**43** [1] - 3:13
**45** [1] - 1:23
**46** [1] - 4:9
**48** [1] - 3:16
**4th** [1] - 1:14

**5**

**5** [7] - 4:3, 4:12, 11:15, 11:21, 12:4, 12:5, 15:1
**50** [1] - 4:9
**555** [1] - 2:20
**5750** [1] - 2:16
**58** [1] - 3:17

**6**

**6** [6] - 4:4, 4:5, 4:5, 4:6, 4:6, 10:11
**6.373** [4] - 25:13, 25:20, 36:12, 38:13
**6373** [2] - 67:19, 68:3
**69** [1] - 3:16

**7**

**7** [6] - 4:7, 4:7, 4:8, 10:11, 10:12, 10:25
**74** [1] - 48:19
**77** [2] - 1:8, 4:11

**8**

**8** [3] - 4:4, 4:8, 12:16
**803.18** [1] - 40:20
**88.10(n** [1] - 13:9
**8th** [2] - 1:19, 77:9

**9**

**9** [3] - 10:11, 10:25, 14:17
**99** [1] - 1:14
**9:00** [2] - 76:5, 76:12
**9:05** [1] - 1:6

**A**

**A.M** [3] - 76:5, 76:12, 76:14
**a.m** [2] - 1:6
**AB** [19] - 5:7
**ability** [1] - 39:7
**able** [19] - 8:15, 25:23, 28:1, 28:21, 29:1, 29:18, 30:20, 31:1, 31:24, 32:3, 32:6, 32:9, 34:7, 39:10, 42:2, 42:6, 42:8, 42:11, 66:15
**above-entitled** [1] - 77:5
**abroad** [2] - 57:22, 63:23
**absolutely** [1] - 56:11
**accept** [1] - 15:18
**acceptable** [1] - 11:25
**access** [2] - 40:13, 41:21
**according** [2] - 57:20, 62:18
**account** [8] - 14:19, 14:22, 14:24, 14:25, 15:3
**accredit** [1] - 62:25
**accredited** [1] - 63:2
**accrediting** [1] - 65:9
**accuracy** [1] - 70:5
**accurate** [2] - 66:1, 77:4
**acquire** [1] - 21:12
**act** [3] - 72:8, 72:23, 73:4
**action** [3] - 31:4, 60:25, 72:24
**actions** [1] - 63:25
**active** [1] - 13:22
**activities** [1] - 60:25
**activity** [1] - 54:9

**acts** [3] - 72:11, 72:13, 72:17
**actual** [1] - 69:4
**add** [1] - 42:19
**addition** [2] - 14:20, 21:1
**additional** [4] - 8:5, 26:2, 29:6, 29:16
**additionally** [1] - 14:15
**addressed** [1] - 45:9
**addressing** [1] - 45:9
**administer** [3] - 47:4, 47:16, 48:1
**administration** [1] - 58:25
**Administration** [1] - 49:11
**administrative** [4] - 51:21, 53:3, 53:8, 72:15
**admissibility** [1] - 15:7
**admissible** [1] - 41:4
**admission** [1] - 15:16
**admit** [2] - 12:22, 15:4
**admitted** [3] - 11:1, 41:1, 50:6
**advance** [1] - 28:2
**advanced** [2] - 34:11, 34:12
**advising** [1] - 52:6
**advisor** [3] - 52:5, 52:8, 58:18
**Affairs** [3] - 54:21, 55:1, 56:12
**affords** [1] - 64:2
**age** [1] - 48:18
**agencies** [3] - 50:16, 50:19, 50:21
**agency** [2] - 50:16, 50:19
**Agent** [3] - 25:9, 34:14, 34:19
**agent** [3] - 54:22, 54:24, 63:22
**agent's** [1] - 14:1
**agents** [6] - 13:13, 13:14, 13:23, 15:5, 20:7, 65:4
**ago** [4] - 59:4, 59:16, 59:25, 75:18
**agree** [3] - 13:10, 15:14, 17:13
**agreed** [4] - 10:10, 10:15, 11:18, 14:15
**agreement** [6] - 13:21, 60:13, 60:19,

61:6, 61:12, 74:14
**ahead** [8] - 5:6, 13:6, 18:6, 18:22, 24:2, 41:6, 48:12, 53:14
**Alan** [5] - 59:20, 59:21, 61:6, 61:13, 74:3
**Aldana** [6] - 59:20, 59:21, 61:6, 61:13, 73:17, 74:3
**ALEX** [1] - 1:7
**Alex** [6] - 13:8, 30:9, 35:3, 35:4, 35:18, 65:9
**ALEXANDER** [1] - 1:16
**alexander.kramer@ usdoj.gov** [1] - 1:20
**Alfredo** [2] - 47:6, 47:8
**allow** [6] - 12:24, 17:11, 23:25, 45:21, 53:12, 75:21
**allowed** [1] - 56:1
**Altamira** [2] - 59:22
**alterations** [2] - 29:21, 38:1
**altered** [1] - 37:7
**AMERICA** [1] - 1:4
**America** [1] - 13:8
**amount** [2] - 61:16, 74:15
**analysis** [11] - 20:19, 20:20, 22:6, 25:10, 25:11, 29:1, 34:15, 35:14, 35:15, 35:17, 36:1
**analyst** [1] - 50:25
**analyze** [1] - 36:8
**analyzed** [4] - 34:22, 34:24, 36:13, 38:13
**and-a-half** [1] - 59:25
**annulled** [4] - 55:18, 55:19, 57:13, 57:14
**answer** [1] - 73:22
**anticipate** [2] - 60:22, 76:6
**anticipation** [1] - 75:14
**anyway** [1] - 17:14
**apologize** [3] - 8:3, 31:15, 58:4
**appear** [4] - 25:21, 26:21, 29:21, 30:5
**APPEARANCES** [2] - 1:12, 2:2
**appeared** [1] - 26:22
**apple** [3] - 5:10, 5:17, 45:17
**applicable** [1] - 69:1

**applies** [1] - 72:12
**apply** [5] - 68:25, 69:6, 69:7, 71:22, 72:10
**appoint** [2] - 54:20, 56:20
**appointed** [2] - 55:2, 65:1
**appointing** [1] - 54:17
**appointment** [6] - 56:8, 56:10, 56:13, 56:23, 57:2, 65:13
**appointments** [1] - 56:2
**appoints** [1] - 54:23
**approach** [2] - 8:8, 28:10
**approached** [4] - 34:14, 59:6, 59:10, 59:19
**appropriate** [1] - 63:3
**approval** [1] - 21:12
**approve** [1] - 65:7
**approved** [3] - 54:14, 65:5, 65:13
**April** [6] - 13:19, 14:14, 30:18, 38:14, 38:25, 42:21
**AQ** [5] - 4:3, 5:17, 5:19, 5:21, 5:22
**arbitration** [4] - 52:17, 52:18, 52:20
**arbitrations** [1] - 52:22
**area** [6] - 23:19, 33:13, 38:10, 53:1, 53:13, 54:7
**areas** [2] - 40:2, 51:22
**argue** [1] - 16:5
**argument** [2] - 75:20, 75:22
**arguments** [2] - 75:13, 76:7
**Arizona** [1] - 19:22
**article** [1] - 70:21
**Article** [14] - 66:19, 66:22, 70:23, 71:9, 71:11, 71:14, 71:15, 71:19, 71:22, 72:2, 72:7, 72:16, 72:19, 72:22
**aside** [1] - 75:13
**aspect** [2] - 16:8, 34:8
**aspects** [1] - 43:12
**Assembly** [4] - 54:15, 65:5, 65:6,

65:13
**assist** [4] - 20:17, 20:22, 22:7, 28:6
**assistance** [2] - 19:4, 74:19
**assisted** [1] - 20:7
**assuming** [1] - 61:2
**ASU** [1] - 19:24
**attached** [2] - 11:20, 24:21
**attachment** [1] - 8:11
**attachments** [1] - 12:19
**attend** [1] - 49:13
**attended** [1] - 49:8
**attest** [5] - 47:12, 47:14, 47:18, 47:19, 47:20
**attorney** [3] - 49:1, 49:2, 49:12
**Attorney's** [1] - 1:14
**attorney-at-law** [1] - 49:12
**attorneys** [1] - 60:1
**August** [3] - 13:17, 14:17, 18:14
**authenticated** [2] - 10:18, 12:9
**authenticity** [5] - 10:4, 10:10, 10:15, 10:17, 11:18
**author** [1] - 24:10
**authority** [2] - 62:6, 63:14
**authorized** [1] - 47:4
**Autonomous** [2] - 70:16, 70:17
**autonomous** [1] - 59:5
**available** [1] - 29:4
**Ave** [2] - 2:4, 2:8
**Avenue** [5] - 1:18, 2:12, 2:16, 3:4, 77:9
**awarded** [1] - 14:5
**aware** [17] - 16:12, 25:3, 25:6, 40:1, 40:5, 40:11, 55:23, 57:6, 64:17, 64:23, 65:9, 65:19, 67:22, 73:17, 73:24, 73:25, 76:3

**B**

**Bachelor's** [1] - 33:9
**bachelor's** [3] - 19:16, 19:18, 33:7
**background** [5] - 33:4, 34:20, 49:5, 50:1, 58:17
**Baker** [5] - 1:22, 2:4,

2:8, 2:12, 74:4
**ballpark** [1] - 61:7
**bank** [4] - 14:19, 14:22, 14:25, 15:3
**Barr** [2] - 5:8, 46:15
**BARR** [2] - 2:3, 18:18
**based** [8] - 28:21, 29:18, 31:11, 32:3, 32:7, 44:12, 61:16, 61:17
**baseline** [1] - 36:9
**basis** [2] - 15:15, 16:16
**BE** [3] - 4:4, 5:23, 6:5
**Beach** [2] - 2:17
**bear** [1] - 69:13
**bearer** [3] - 47:11, 62:4, 62:5
**became** [3] - 13:22, 51:3, 51:7
**become** [2] - 21:21, 25:6
**becoming** [2] - 23:4, 41:10
**BEFORE** [1] - 1:10
**began** [3] - 14:2, 18:13, 27:22
**begin** [2] - 58:9, 59:23
**beginning** [1] - 45:19
**behalf** [1] - 74:24
**Bergola** [3] - 40:23, 41:9, 41:25
**between** [11] - 25:23, 31:14, 54:2, 61:12, 64:9, 66:23, 68:16, 68:21, 71:16, 71:24, 72:20
**beyond** [1] - 64:19
**BF** [3] - 4:4, 6:6, 6:9
**BG** [3] - 4:5, 6:10, 6:12
**BH** [3] - 4:5, 6:13, 6:15
**BI** [3] - 4:6, 6:16, 6:18
**bit** [7] - 33:22, 43:11, 43:25, 49:4, 57:19, 59:12, 72:5
**bite** [1] - 45:17
**BK** [4] - 4:6, 6:19, 6:22, 6:23
**BL** [3] - 4:7, 6:24, 7:1
**bM** [1] - 7:2
**BM** [2] - 4:7, 7:4
**bodies** [1] - 41:18
**Bolivarian** [4] - 14:10, 47:13, 47:21, 55:8

**Bond** [1] - 1:18
**boy** [11] - 5:10, 5:23, 6:6, 6:10, 6:13, 6:16, 6:19, 6:24, 7:2, 11:10, 49:21
**break** [1] - 58:5
**bribe** [2] - 14:3, 14:12
**briefly** [5] - 19:15, 22:14, 24:5, 24:20, 43:8
**bring** [3] - 30:4, 63:19, 68:5
**brought** [1] - 46:8
**BS** [4] - 4:8, 7:5, 7:6, 7:8
**BT** [3] - 4:8, 7:5, 7:9
**build** [1] - 14:5
**Building** [1] - 1:18
**Burger** [1] - 6:20
**business** [4] - 14:2, 19:13, 62:11
**button** [2] - 22:16, 27:23
**BW** [4] - 4:8, 7:16, 7:17, 8:20
**BX** [5] - 4:9, 41:3, 41:4, 46:19, 46:24
**BY** [36] - 3:1, 4:9, 18:9, 18:24, 24:4, 24:19, 26:18, 27:19, 28:17, 32:21, 37:22, 39:2, 42:1, 42:23, 43:10, 48:15, 50:4, 50:7, 50:8, 53:15, 56:7, 58:13, 59:18, 61:15, 64:22, 66:8, 66:16, 68:8, 68:15, 69:21, 70:13, 71:4, 71:10, 72:6, 73:12, 74:2

**C**

**cannot** [1] - 39:1
**cant'** [1] - 45:11
**card** [1] - 47:11
**Carroll** [3] - 25:9, 34:14, 34:19
**carry** [1] - 63:17
**CART** [2] - 21:3, 21:10
**CASE** [1] - 1:2
**case** [16] - 9:6, 9:14, 12:9, 33:5, 33:21, 34:13, 34:20, 45:10, 45:17, 45:18, 59:7, 59:11, 61:3, 61:17, 62:14, 67:20
**caused** [4] - 14:18,

14:21, 14:24, 15:2
**caveat** [1] - 10:12
**Central** [2] - 49:8, 49:9
**certain** [2] - 16:10, 44:4
**certainly** [2] - 26:4, 44:11
**certification** [2] - 7:19, 8:5
**certifications** [4] - 21:2, 21:5, 21:9, 47:7
**certified** [2] - 21:18, 21:21
**certify** [1] - 77:3
**chance** [1] - 27:4
**change** [12] - 31:19, 32:15, 34:2, 38:8, 39:3, 39:4, 39:5, 39:7, 39:19, 42:6, 42:8, 69:3
**changed** [11] - 28:19, 31:8, 32:6, 34:1, 34:3, 39:9, 39:20, 39:21, 42:3, 42:11, 42:24
**changes** [21] - 28:24, 29:21, 31:1, 31:3, 31:9, 31:10, 31:11, 31:13, 31:22, 31:24, 32:4, 32:10, 66:3, 66:10, 66:19, 67:1, 67:3, 67:4, 67:13, 67:22, 70:19
**changing** [3] - 38:4, 38:6, 67:17
**channels** [1] - 63:3
**character** [2] - 62:13, 65:5
**charge** [2] - 61:20, 61:23
**chief** [2] - 9:14, 45:10
**choice** [1] - 41:10
**choose** [1] - 45:18
**citizen** [1] - 48:20
**clear** [4] - 8:10, 44:4, 45:14, 72:25
**clearly** [1] - 46:13
**clicked** [2] - 27:23, 30:13
**clicking** [3] - 22:16, 29:13, 43:21
**close** [2] - 17:24, 17:25
**Collins** [1] - 2:16
**column** [1] - 30:9
**coming** [1] - 46:14
**Commercial** [1] - 49:11

**communicate** [2] - 14:12, 35:25
**communicated** [1] - 35:24
**company** [1] - 21:8
**compensation** [1] - 60:10
**compilation** [2] - 12:18, 65:21
**complete** [1] - 20:1
**complicated** [2] - 22:12, 43:25
**complying** [1] - 55:1
**compromise** [1] - 19:13
**compulsory** [1] - 56:18
**computer** [14] - 15:22, 16:8, 18:16, 19:13, 19:19, 20:14, 20:15, 21:4, 21:18, 21:22, 22:8, 22:24, 23:4, 23:20
**Computer** [6] - 19:24, 20:11, 33:7, 33:9, 33:10, 33:11
**computer-related** [1] - 22:8
**concede** [2] - 15:4, 15:14
**concerned** [1] - 68:1
**concerns** [2] - 17:7, 56:3
**concluded** [1] - 76:14
**conducted** [3] - 14:2, 30:22, 43:12
**conference** [4] - 35:5, 35:9, 60:3, 60:4
**conferred** [1] - 63:22
**confusion** [1] - 16:18
**Congress** [2] - 10:14, 27:9
**Congressional** [1] - 5:25
**Connecticut** [2] - 2:4, 2:8
**connection** [2] - 14:4, 59:13
**consider** [1] - 17:14
**consideration** [1] - 51:22
**considered** [2] - 64:14, 70:9
**Constitution** [2] - 47:13, 47:20
**constitutional** [3] - 51:21, 53:2, 53:8
**Consulate** [1] - 45:3
**Cont'd** [1] - 2:2

**contacted** [1] - 25:9
**contained** [1] - 31:4
**contains** [2] - 50:5, 72:23
**content** [1] - 66:23
**contents** [1] - 31:7
**context** [1] - 53:4
**continue** [1] - 52:1
**continued** [2] - 14:11, 30:15
**continuity** [1] - 54:7
**contracts** [4] - 14:5, 14:16, 53:3, 53:4
**contrary** [1] - 54:8
**controlled** [8] - 14:19, 14:22, 14:25, 15:3
**convenience** [1] - 12:1
**Convention** [2] - 64:18, 64:23
**convey** [3] - 62:12, 62:23, 62:25
**cooperating** [1] - 13:21
**cooperation** [2] - 13:23, 13:24
**coordination** [1] - 36:1
**copied** [1] - 10:14
**copies** [2] - 10:12, 28:6
**copy** [4] - 28:14, 40:25, 46:19, 65:20
**correct** [82] - 11:3, 12:17, 15:12, 16:1, 21:19, 21:20, 25:17, 26:25, 27:1, 32:11, 32:25, 33:1, 33:3, 33:5, 33:6, 33:8, 34:15, 34:16, 34:20, 34:24, 34:25, 35:2, 35:5, 36:22, 37:24, 37:25, 38:10, 38:11, 38:14, 38:15, 38:19, 40:17, 40:18, 42:4, 42:5, 42:7, 42:9, 42:10, 42:12, 42:13, 43:1, 43:2, 43:4, 43:15, 43:19, 43:20, 43:25, 44:7, 44:9, 44:10, 58:19, 61:23, 62:1, 62:8, 63:4, 63:15, 63:20, 64:6, 64:9, 64:12, 64:15, 65:3, 65:7, 65:13, 65:15, 65:17, 66:4, 66:15, 66:19, 67:1, 67:5, 67:8, 67:9, 67:11, 67:14, 67:17,

71:7, 72:8, 72:16, 73:2, 73:5, 74:8
**corrected** [2] - 71:17, 73:1
**correction** [1] - 67:6
**corrections** [1] - 66:23
**Council** [1] - 51:8
**counsel** [2] - 13:10, 51:8
**Counsel** [2] - 8:1, 45:11
**countries** [2] - 48:20, 64:5
**country** [1] - 51:18
**couple** [1] - 58:16
**course** [4] - 23:4, 41:9, 60:17, 74:9
**court** [5] - 41:8, 51:14, 52:17, 52:18, 53:5
**Court** [23] - 3:3, 3:4, 7:14, 11:25, 16:4, 16:20, 16:24, 32:25, 47:9, 51:17, 51:20, 58:5, 65:17, 65:19, 65:21, 66:1, 69:25, 70:3, 71:2, 73:13, 75:21, 77:8, 77:8
**COURT** [121] - 1:1, 5:2, 5:6, 5:9, 5:11, 5:16, 5:18, 5:21, 5:24, 6:2, 6:4, 6:7, 6:11, 6:14, 6:17, 6:20, 6:25, 7:3, 7:6, 7:12, 7:16, 7:18, 7:22, 8:7, 8:9, 8:18, 9:8, 9:12, 9:16, 9:18, 9:22, 10:1, 10:7, 10:19, 10:22, 10:24, 11:2, 11:4, 11:9, 11:11, 11:21, 11:24, 12:2, 12:4, 12:7, 12:11, 12:15, 12:24, 13:4, 13:6, 15:9, 15:18, 15:25, 16:5, 17:10, 17:17, 17:24, 18:6, 18:20, 18:22, 23:25, 28:11, 28:14, 28:16, 32:13, 32:19, 37:14, 37:17, 37:19, 37:21, 38:23, 41:3, 41:6, 41:8, 42:15, 42:18, 42:22, 43:7, 44:15, 44:18, 44:22, 45:1, 45:4, 45:20, 46:6, 46:14, 46:22, 46:25, 47:3, 47:16, 47:22, 48:7, 48:11, 50:6, 53:12, 56:6, 58:2, 58:6, 58:10,

59:15, 60:22, 61:2, 61:7, 64:20, 66:6, 66:13, 69:12, 69:15, 69:19, 73:10, 74:1, 74:18, 74:23, 75:4, 75:7, 75:12, 75:23, 76:1, 76:4, 76:11, 76:13
**Court's** [2] - 12:22, 70:8
**courtroom** [1] - 46:8
**COURTROOM** [1] - 46:3
**courts** [2] - 51:12, 51:16
**cover** [1] - 22:3
**covered** [3] - 22:5, 24:20, 66:12
**create** [2] - 20:21, 26:9
**created** [14] - 24:7, 24:10, 24:15, 27:24, 28:2, 28:19, 28:23, 29:16, 30:14, 30:16, 34:5, 38:13, 44:3
**creation** [4] - 28:22, 30:17, 38:17, 38:20
**creator** [1] - 24:15
**credit** [2] - 62:12, 62:23
**crime** [1] - 19:14
**Criminal** [1] - 1:17
**criminal** [3] - 19:7, 19:10, 19:12
**cross** [4] - 8:6, 17:12, 43:14, 58:3
**CROSS** [3] - 3:12, 32:20, 58:12
**cross-examination** [3] - 17:12, 43:14, 58:3
**CROSS-EXAMINATION** [2] - 32:20, 58:12
**CRS** [3] - 5:24, 6:7
**cryptocurrency** [1] - 20:20
**current** [2] - 18:14, 18:15
**CV** [1] - 50:2
**cyber** [6] - 19:7, 19:10, 19:12, 19:14, 20:9, 21:8
**Cyber** [1] - 19:19

---

**D**

**daily** [1] - 65:22
**data** [6] - 22:17, 24:6, 29:2, 29:7, 30:15

**databases** [2] - 40:8, 41:16

**DATE** [1] - 77:7

**date** [17] - 16:24, 24:15, 24:16, 28:22, 29:3, 29:24, 30:17, 30:19, 30:22, 32:17, 37:7, 38:17, 38:23, 44:3, 55:14, 56:25

**date/time** [1] - 24:10

**dates** [2] - 28:4, 28:21, 29:4, 31:24, 32:10, 32:13, 38:20

**days** [1] - 35:14

**DC** [3] - 1:19, 2:5, 2:9

**de** [5] - 26:22, 36:16, 37:18, 37:20, 38:18

**DEA** [11] - 13:12, 13:14, 13:22, 13:23, 13:25, 14:12, 14:19, 14:22, 14:25, 15:3, 15:5

**deal** [3] - 41:19, 66:9, 66:19

**December** [3] - 1:5, 70:1, 77:7

**decide** [2] - 56:13, 57:1

**decided** [1] - 60:24

**decides** [1] - 56:22

**decree** [2] - 40:8, 41:15

**defeat** [1] - 63:18

**defendant** [14] - 1:8, 13:8, 13:15, 13:21, 14:1, 14:8, 14:11, 14:15, 14:18, 14:21, 14:23, 15:2, 15:4, 15:6

**DEFENDANT** [2] - 1:22, 2:3

**defendant's** [2] - 11:19, 13:12

**Defendant's** [15] - 5:22, 6:5, 6:9, 6:12, 6:15, 6:18, 6:23, 7:1, 7:4, 7:8, 7:9, 8:20, 46:24, 49:21, 50:7

**Defense** [14] - 4:3, 4:4, 4:4, 4:5, 4:5, 4:6, 4:6, 4:7, 4:7, 4:8, 4:9, 4:9, 5:7, 46:19

**defense** [10] - 4:8, 10:3, 11:16, 11:22, 12:20, 13:12, 16:12, 17:9, 17:13, 74:25

**defense's** [1] - 5:3

**deferring** [1] - 24:1

**degree** [13] - 19:16, 19:18, 19:21, 19:23,

19:24, 20:1, 33:7, 33:9, 33:10, 33:11, 49:11, 49:15, 50:9

**degrees** [1] - 49:9

**delegate** [2] - 54:25, 56:15

**demand** [1] - 16:23

**demonstrative** [2] - 12:20, 12:25

**Department** [1] - 1:17

**DEPUTY** [1] - 46:3

**describe** [3] - 22:14, 24:5, 29:14

**described** [2] - 14:16, 29:17

**describes** [1] - 24:6

**designate** [2] - 54:22, 55:2

**designated** [2] - 8:23, 54:20

**designation** [1] - 64:3

**designations** [1] - 65:4

**desk** [1] - 23:9

**determine** [4] - 25:23, 29:18, 30:20, 32:9

**determined** [2] - 38:16, 61:6

**Development** [1] - 49:19

**development** [1] - 59:22

**difference** [16] - 25:23, 31:10, 31:14, 31:17, 54:2, 54:5, 64:8, 67:16, 67:25, 68:2, 68:4, 68:16, 68:18, 68:21, 71:23, 72:20

**differences** [2] - 26:4, 66:23

**different** [17] - 8:18, 10:16, 13:16, 17:3, 25:10, 26:1, 26:3, 38:20, 50:19, 53:16, 53:25, 57:4, 61:19, 63:2, 68:19, 68:20, 68:22

**digital** [3] - 20:18, 21:13, 22:6

**diploma** [1] - 49:17

**diplomat** [14] - 14:9, 55:2, 57:16, 57:20, 62:7, 62:17, 62:24, 63:1, 63:3, 63:11, 63:14, 64:3, 64:6

**diplomatic** [31] -

11:21, 13:12, 54:6, 54:20, 54:22, 54:23, 57:7, 57:9, 57:17, 57:21, 61:25, 62:3, 62:8, 62:11, 62:13, 62:14, 62:16, 62:20, 62:21, 63:1, 63:7, 63:8, 63:10, 63:13, 63:18, 63:19, 63:22, 64:4, 65:4

**diplomats** [5] - 53:17, 53:20, 53:25, 54:3

**DIRECT** [3] - 3:12, 18:8, 48:14

**direct** [3] - 61:25, 64:8, 66:12

**directly** [1] - 59:1

**disclosure** [4] - 16:23, 16:24, 17:8, 45:12

**disconnect** [1] - 74:21

**discrepancies** [8] - 66:10, 66:15, 66:20, 66:24, 67:17, 71:15, 71:24, 72:16

**discrepancy** [4] - 67:25, 71:19, 71:22, 73:6

**discretion** [1] - 56:13

**discuss** [2] - 19:15, 43:11

**discussed** [3] - 12:8, 14:1, 68:24

**discusses** [1] - 40:20

**discussions** [2] - 16:21, 16:25

**disgorge** [1] - 14:16

**dismiss** [3] - 8:12, 11:20, 12:19

**displayed** [2] - 22:19, 25:1

**disseminating** [1] - 55:7

**dissemination** [1] - 41:11

**distraction** [1] - 16:17

**District** [2] - 3:4, 77:8

**DISTRICT** [3] - 1:1, 1:1, 1:11

**division** [6] - 18:17, 18:25, 19:1, 19:2, 19:3, 19:6

**DIVISION** [1] - 1:2

**Division** [1] - 1:17

**document** [51] -

8:10, 10:18, 24:14, 24:21, 24:23, 25:12, 25:15, 26:14, 26:19, 26:21, 27:4, 27:10, 27:13, 27:21, 28:25, 29:5, 29:9, 29:19, 30:3, 30:5, 30:8, 30:11, 30:12, 30:23, 30:25, 31:3, 31:7, 32:10, 38:6, 38:8, 38:12, 38:24, 39:4, 39:6, 39:9, 39:13, 39:14, 39:15, 39:20, 42:11, 43:17, 43:21, 49:23, 49:25, 64:2, 68:20, 69:2, 73:21

**documents** [25] - 5:13, 10:4, 11:16, 11:19, 20:24, 22:10, 23:5, 23:14, 23:21, 24:12, 25:10, 25:24, 28:8, 28:19, 31:11, 32:7, 34:21, 34:23, 65:9, 65:12, 68:9, 68:12, 68:21

**dollar** [1] - 61:8

**dollars** [1] - 61:8

**done** [4] - 10:15, 23:10, 23:16, 70:15

**down** [3] - 16:16, 44:16, 47:23

**download** [1] - 25:11

**downplayed** [1] - 33:22

**downside** [2] - 76:1, 76:3

**dozen** [1] - 23:10

**dozens** [1] - 23:16

**Dr** [41] - 9:1, 46:16, 46:25, 47:10, 47:14, 47:17, 47:19, 47:22, 47:25, 48:16, 48:18, 48:25, 49:7, 49:23, 50:9, 52:11, 53:7, 53:16, 53:22, 55:3, 56:8, 57:4, 57:25, 58:14, 59:6, 59:10, 60:7, 68:9, 69:22, 69:24, 70:18, 71:5, 71:11, 71:19, 72:1, 72:7, 72:19, 73:13, 74:3, 74:6, 74:18

**dropping** [1] - 24:17

**drug** [1] - 20:8

**due** [3] - 32:16, 56:16, 75:18

**duly** [3] - 17:21, 47:8, 48:4

**during** [7] - 8:16, 13:25, 14:7, 14:8,

20:3, 22:3, 46:20

**duties** [1] - 20:15

---

## E

**early** [1] - 34:17

**edition** [2] - 67:5, 67:14

**education** [2] - 19:15, 21:1

**educational** [1] - 49:5

**Edward** [6] - 5:23

**effect** [7] - 17:8, 55:17, 55:21, 57:12, 67:7, 67:10

**efoley@bakerlaw. com** [1] - 2:10

**eight** [3] - 21:25, 22:3, 22:5

**eight-week** [1] - 22:3

**either** [3] - 36:21, 40:6, 41:14

**ELIZABETH** [1] - 2:7

**email** [2] - 35:18, 36:2

**emailed** [1] - 35:20

**emails** [3] - 35:21, 35:23, 36:6

**Embassy** [5] - 9:2, 46:1, 46:7, 46:11, 74:20

**EMERY** [1] - 1:13

**emphasis** [1] - 19:19

**employed** [1] - 66:22

**end** [6] - 15:14, 17:12, 22:25, 24:18, 45:22, 70:1

**enforcement** [1] - 13:22

**engineering** [2] - 21:5, 22:6

**Engineering** [2] - 19:19, 33:10

**English** [7] - 22:20, 34:4, 34:5, 34:6, 44:3, 50:5, 71:2

**entail** [1] - 43:21

**entailed** [2] - 22:14, 29:8

**enter** [1] - 60:18

**entered** [4] - 10:3, 13:21, 60:13, 71:3

**entire** [1] - 48:22

**entitled** [1] - 77:5

**entries** [1] - 31:5

**envoy** [7] - 16:14, 54:11, 56:14, 56:20, 56:23, 57:2, 64:11

**Esq** [1] - 2:16

5

**ESQ** [7] - 1:13, 1:16, 1:22, 2:3, 2:7, 2:15, 2:19

**ESQUIRE** [1] - 2:11

**essentially** [2] - 29:23, 43:21

**establish** [1] - 36:8

**establishes** [1] - 66:18

**evening** [1] - 45:13

**evidence** [22] - 5:5, 5:21, 6:4, 6:8, 6:11, 8:19, 10:6, 10:7, 10:21, 16:13, 16:16, 21:13, 39:19, 41:1, 46:19, 46:22, 70:25, 71:3, 74:24, 75:4, 75:11, 75:15

**Evidence** [21] - 5:22, 6:5, 6:9, 6:12, 6:15, 6:18, 6:23, 7:1, 7:4, 7:8, 7:9, 8:20, 10:8, 11:5, 11:6, 11:13, 12:5, 12:13, 40:20, 46:24, 50:7

**evident** [3] - 71:16, 71:20, 71:21

**EVIDENTIARY** [1] - 1:10

**evidentiary** [1] - 13:11

**exam** [2] - 22:24, 23:2

**examination** [4] - 17:12, 43:14, 58:3, 61:25

**EXAMINATION** [6] - 18:8, 32:20, 43:9, 48:14, 58:12, 69:20

**examined** [2] - 17:22, 48:5

**example** [1] - 14:17

**except** [1] - 12:15

**exchanged** [1] - 35:21

**exclude** [1] - 16:2

**excluded** [1] - 16:18

**excuse** [11] - 10:12, 11:15, 14:7, 19:3, 27:14, 28:19, 29:25, 52:25, 53:21, 70:7

**Excused** [1] - 44:17

**excused** [1] - 47:24

**executive** [2] - 40:7, 41:15

**exercise** [1] - 49:1

**exhibit** [7] - 5:5, 6:6, 6:10, 6:13, 6:16, 6:19, 7:13

**Exhibit** [37] - 5:7,

5:22, 6:5, 6:9, 6:12, 6:15, 6:18, 6:23, 7:1, 7:4, 7:8, 7:9, 8:20, 10:5, 10:8, 11:5, 11:6, 11:12, 11:21, 12:5, 12:12, 12:16, 13:2, 26:17, 27:3, 27:18, 28:9, 30:4, 41:3, 46:19, 46:24, 49:21, 50:4, 50:7, 68:6, 71:1, 71:3

**Exhibits** [2] - 10:11, 11:15

**exhibits** [4] - 5:5, 5:14, 9:20, 11:22

**exist** [1] - 26:2

**expect** [6] - 39:6, 39:10, 39:14, 60:16, 61:9, 73:14

**expected** [1] - 74:7

**experience** [1] - 20:23

**experiences** [1] - 44:12

**expert** [25] - 8:22, 8:25, 16:8, 16:9, 16:22, 16:23, 17:1, 17:3, 17:6, 23:12, 32:24, 33:2, 33:5, 37:23, 39:23, 45:9, 52:11, 52:16, 52:19, 53:8, 53:13, 60:9, 73:15, 73:18, 74:4

**explain** [4] - 29:8, 49:4, 54:5, 57:19

**explained** [1] - 34:19

**extent** [1] - 65:1

**Extraordinario** [1] - 67:19

**eye** [1] - 31:11

---

## F

**facilitated** [1] - 44:11

**fact** [4] - 26:6, 32:9, 39:4, 64:6

**facts** [3] - 8:5, 69:8, 75:22

**fail** [1] - 41:21

**failed** [1] - 40:13

**fairness** [1] - 17:8

**familiar** [3] - 40:16, 53:16, 55:3

**far** [4] - 29:20, 61:10, 61:21, 67:25

**FBI** [16] - 15:23, 18:11, 18:12, 18:13, 18:15, 18:17, 18:25, 20:4, 20:6, 20:11, 21:2, 21:10, 21:12,

21:22, 33:15, 33:18

**February** [4] - 15:1, 32:1, 32:2, 67:7

**Federal** [1] - 40:20

**fees** [2] - 60:17, 74:15

**few** [5] - 9:19, 35:14, 36:25, 37:1, 75:18

**field** [4] - 18:16, 19:8, 19:10, 20:14

**figure** [2] - 34:4, 61:7

**figures** [1] - 14:4

**file** [2] - 20:19, 22:6

**filed** [2] - 8:11, 16:1

**filings** [1] - 11:19

**fill** [1] - 54:20

**finally** [2] - 13:1, 15:1

**financial** [2] - 49:19, 50:25

**fine** [2] - 76:8, 76:10

**firm** [3] - 73:17, 73:24, 74:3

**first** [19] - 5:7, 9:18, 9:19, 20:13, 24:24, 25:6, 26:24, 30:12, 32:24, 33:2, 50:9, 50:10, 50:17, 50:18, 51:6, 53:2, 59:6, 71:13, 72:7

**fit** [1] - 51:17

**five** [2] - 14:11, 45:13

**FL** [4] - 1:15, 2:13, 2:17, 2:21

**Floor** [2] - 1:19, 77:9

**FLORIDA** [1] - 1:1

**Florida** [3] - 1:4, 3:5, 77:10

**focus** [1] - 71:8

**focusing** [1] - 54:11

**FOLEY** [1] - 2:7

**follow** [1] - 61:14

**follow-up** [1] - 61:14

**followed** [2] - 30:12, 37:6

**following** [5] - 5:1, 20:10, 46:5

**follows** [3] - 13:13, 17:22, 48:5

**food** [1] - 14:5

**FOR** [3] - 1:13, 1:22, 2:3

**force** [3] - 13:13, 13:14, 15:6

**foregoing** [1] - 77:3

**Foreign** [5] - 54:21, 55:1, 56:12, 56:15, 56:19

**foreign** [3] - 54:1, 62:6, 63:14

**forensics** [4] - 20:19, 21:6, 22:6, 23:20

**form** [1] - 62:21

**format** [2] - 25:1, 29:14

**forth** [6] - 45:15, 53:19, 53:24, 55:9, 66:19, 66:22

**foundation** [1] - 56:5

**four** [9] - 14:7, 31:6, 31:9, 31:23, 32:10, 32:13, 38:25, 59:16, 60:3

**FPR** [2] - 3:3, 77:7

**France** [2] - 48:23, 49:14

**Frank** [1] - 6:6

**freely** [2] - 49:1, 57:22

**frequently** [1] - 23:8

**Friday** [1] - 45:12

**front** [1] - 26:1

**full** [2] - 20:11, 45:23

**future** [1] - 60:20

---

## G

**Gaceta** [40] - 10:13, 16:11, 16:13, 15:20, 36:12, 36:15, 38:2, 38:4, 38:13, 38:17, 42:3, 42:25, 55:3, 55:6, 55:10, 56:9, 65:3, 65:20, 65:22, 66:4, 66:10, 66:20, 66:24, 67:1, 67:3, 67:4, 67:13, 67:19, 68:3, 68:23, 68:24, 69:3, 69:8, 70:10, 70:14, 70:15, 70:19, 71:18, 73:1, 73:2

**Gacetas** [6] - 36:8, 36:20, 36:21, 37:5, 65:23, 65:25

**general** [1] - 72:11

**generally** [2] - 7:18, 25:3

**George** [1] - 6:10

**GIAC** [2] - 21:4, 21:7

**given** [3] - 15:13, 17:6, 54:21

**glance** [1] - 37:5

**glanced** [2] - 36:25, 37:1

**Global** [1] - 42:21

**GlobalX** [1] - 40:24

**govern** [1] - 57:9

**Government** [7] - 4:11, 4:11, 4:12, 4:12, 4:13, 13:8, 28:9

**government** [32] - 5:18, 7:14, 7:24, 8:14, 8:24, 9:9, 10:3, 14:13, 15:22, 16:2, 16:15, 16:21, 16:25, 23:19, 26:12, 40:6, 40:12, 40:21, 41:11, 41:13, 44:19, 44:20, 45:6, 45:14, 45:19, 50:12, 53:10, 58:18, 70:16, 75:5, 75:23, 76:9

**government's** [1] - 8:6

**Government's** [18] - 9:6, 10:5, 10:8, 10:10, 11:5, 11:6, 11:12, 11:15, 12:5, 12:12, 13:2, 25:3, 26:17, 27:3, 27:17, 68:6, 71:1, 71:3

**governmental** [1] - 39:24

**Governmental** [2] - 40:22, 41:24

**graduate** [2] - 19:23, 33:11

**graduation** [1] - 20:10

**grounds** [1] - 15:15

**group** [1] - 19:5

**grouping** [1] - 11:18

**guess** [3] - 16:8, 25:13, 47:24

---

## H

**HAC** [1] - 1:24

**half** [1] - 59:25

**hand** [3] - 17:18, 47:23, 47:25

**handle** [3] - 16:4, 21:13, 51:19

**happy** [1] - 9:5

**Harry** [1] - 6:13

**health** [1] - 75:19

**hear** [4] - 45:11, 46:10, 46:12, 46:14

**hearing** [1] - 13:12

**HEARING** [1] - 1:10

**hearsay** [2] - 7:25, 8:6

**HECTOR** [2] - 3:16, 48:3

**Hector** [5] - 46:16, 47:10, 47:14, 47:19, 48:10

**hello** [1] - 46:11

**help** [1] - 28:1

**helps** [1] - 73:21

**hereby** [2] - 13:10,

77:3
**hierarchy** [1] - 51:16
**High** [1] - 19:2
**high** [5] - 14:4, 14:13, 19:4, 20:18
**high-level** [2] - 14:4, 14:13
**highest** [1] - 51:18
**highly** [6] - 17:4, 33:7, 33:13, 33:15, 33:19, 34:8
**himself** [2] - 63:23, 64:1
**history** [1] - 31:4
**hold** [1] - 62:14
**holder** [2] - 62:13, 63:24
**holding** [1] - 63:10
**home** [1] - 41:17
**honest** [1] - 35:22
**Honor** [90] - 5:4, 5:12, 5:20, 6:1, 6:3, 7:10, 7:17, 7:23, 8:8, 8:10, 8:13, 8:21, 8:23, 9:9, 9:15, 9:17, 9:19, 10:3, 10:9, 11:14, 11:23, 12:14, 12:17, 13:2, 15:8, 15:11, 15:21, 16:1, 16:6, 16:12, 16:20, 17:7, 17:16, 18:7, 18:18, 18:23, 23:18, 23:22, 24:3, 28:5, 28:9, 28:12, 32:12, 40:19, 42:14, 42:17, 43:5, 43:8, 44:14, 44:20, 44:23, 45:5, 45:6, 46:16, 46:17, 46:18, 46:23, 48:13, 50:4, 53:7, 53:10, 56:5, 57:23, 58:1, 58:4, 58:7, 58:9, 59:12, 61:14, 64:19, 66:11, 69:11, 69:13, 69:14, 69:17, 69:18, 73:8, 73:11, 73:23, 74:16, 74:22, 75:1, 75:6, 75:8, 75:17, 75:25, 76:3, 76:9, 76:10
**HONORABLE** [1] - 1:10
**hopeful** [1] - 44:24
**Hostetler** [5] - 1:22, 2:4, 2:8, 2:12, 74:4
**hour** [2] - 74:10, 76:7
**hours** [1] - 74:7
**housekeeping** [1] - 46:17
**housing** [1] - 14:5

**I**

**ID** [1] - 47:11
**Idaho** [1] - 6:16
**identification** [1] - 49:21
**identify** [10] - 31:1, 31:25, 32:4, 32:6, 34:3, 62:4, 62:5, 63:14, 63:23, 63:25
**identifying** [1] - 29:9
**image** [1] - 24:10
**immunity** [1] - 13:12
**impact** [1] - 56:10
**important** [1] - 37:10
**Imprenta** [8] - 25:15, 30:3, 36:12, 37:15, 38:5, 38:8, 38:12, 70:9
**inability** [1] - 8:6
**include** [7] - 19:12, 20:19, 22:9, 28:24, 40:7, 41:14, 68:13
**included** [1] - 12:18
**includes** [1] - 62:10
**inconsistent** [1] - 74:12
**incorporated** [1] - 11:17
**independent** [4] - 52:5, 58:20, 59:1, 59:5
**indicate** [1] - 65:12
**indicated** [2] - 30:14, 31:7
**indicates** [1] - 54:9
**indication** [1] - 29:2
**indications** [1] - 65:12
**indicative** [1] - 63:7
**individual** [3] - 55:2, 62:14, 63:10
**indulge** [1] - 58:4
**indulgence** [1] - 75:8
**information** [9] - 22:7, 24:9, 29:4, 29:17, 44:2, 56:16, 56:17, 69:4, 69:8
**informed** [2] - 8:24, 17:1
**infrastructure** [1] - 20:21
**initial** [4] - 45:17, 45:18, 67:3, 67:4
**inoperative** [4] - 40:6, 40:13, 41:14, 41:20
**input** [1] - 28:4
**instead** [1] - 17:3
**institutes** [3] - 58:20,

59:1, 59:5
**institutions** [3] - 39:24, 52:7, 52:9
**Institutions** [2] - 40:23, 41:24
**instructs** [1] - 56:19
**integrity** [2] - 29:19, 29:20
**intern** [2] - 20:6, 20:7
**internal** [2] - 73:19, 73:24
**international** [1] - 52:20
**internationally** [1] - 63:20
**Internet** [1] - 40:2
**internet** [1] - 41:10
**interning** [2] - 18:13, 20:3
**interpreted** [1] - 32:17
**interpreter** [2] - 48:5, 59:13
**INTERPRETER** [3] - 18:21, 59:12, 70:11
**introduce** [2] - 9:20, 40:19
**introduced** [1] - 11:8
**introducing** [1] - 10:16
**Introduction** [1] - 41:23
**introduction** [1] - 40:22
**intrusions** [1] - 19:13
**invested** [1] - 63:24
**investigation** [3] - 25:3, 25:6, 25:8
**investigations** [5] - 19:4, 19:12, 20:17, 20:22, 22:7
**invoice** [2] - 74:3, 74:13
**invoices** [1] - 73:18
**involved** [2] - 25:8, 61:3
**irrelevant** [1] - 16:17
**issuance** [1] - 62:19
**issue** [2] - 45:16
**issued** [2] - 57:11, 62:19
**issues** [2] - 16:18, 24:1
**itself** [3] - 5:15, 29:15, 62:12

**J**

**jbarr@bakerlaw.**

**com** [1] - 2:6
**jnew@bakerlaw.**
**com** [1] - 1:24
**job** [2] - 50:10, 50:12
**joe@**
**josephmschuster.**
**com** [1] - 2:18
**join** [1] - 20:11
**joined** [1] - 20:13
**JONATHAN** [2] - 1:22, 2:3
**JOSEPH** [1] - 2:15
**Joseph** [1] - 2:16
**JUDGE** [1] - 1:11
**judge** [6] - 51:3, 51:6, 51:7, 51:10, 51:24, 52:1
**Judicial** [2] - 69:25, 70:8
**Judiciary** [1] - 51:8
**judiciary** [1] - 51:9
**July** [1] - 13:18
**June** [5] - 13:18, 13:20, 18:13, 27:9
**Justice** [5] - 1:17, 51:15, 51:17, 51:20, 65:21
**Justicia** [5] - 26:22, 36:16, 37:18, 37:20, 38:18

**K**

**Kappa** [1] - 6:19
**keeps** [1] - 40:16
**Keown** [2] - 71:8, 72:4
**keown** [1] - 7:13
**KEOWN** [3] - 2:11, 7:15, 47:6
**key** [1] - 75:20
**kind** [2] - 60:19, 69:7
**King** [1] - 6:20
**knock** [1] - 16:16
**knowing** [2] - 42:24, 44:5
**knowledge** [1] - 44:5
**KRAMER** [76] - 1:16, 5:20, 6:3, 7:23, 8:3, 8:8, 8:13, 9:9, 9:17, 9:19, 9:23, 10:2, 10:9, 10:20, 10:23, 10:25, 11:3, 11:7, 11:10, 11:14, 11:23, 11:25, 12:3, 12:6, 12:8, 12:14, 12:17, 13:1, 13:5, 13:7, 15:21, 17:16, 18:7, 18:9, 18:23, 18:24, 23:18, 24:3, 24:4, 24:19,

26:16, 26:18, 27:17, 27:19, 28:5, 28:17, 32:12, 43:8, 43:10, 44:14, 44:20, 45:6, 45:12, 53:10, 56:5, 58:4, 58:7, 58:11, 58:13, 59:18, 61:14, 61:15, 64:22, 66:8, 66:16, 68:5, 68:8, 68:11, 68:15, 69:11, 69:13, 73:23, 75:6, 75:25, 76:3, 76:8
**Kramer** [12] - 3:13, 3:14, 3:17, 9:24, 35:2, 35:4, 35:18, 70:2, 70:18, 70:21, 73:13, 74:6
**kurt.lunkenheimer @usdoj.gov** [1] - 1:15

**L**

**large** [2] - 14:12, 22:5
**Larry** [1] - 6:24
**last** [20] - 11:17, 17:4, 18:3, 24:16, 28:15, 28:20, 28:22, 28:23, 29:24, 30:19, 32:14, 32:17, 32:18, 45:5, 48:9, 61:2, 69:24, 70:11, 72:19, 73:11
**latest** [1] - 32:2
**Laurente** [4] - 26:16, 58:8, 68:5, 68:11
**law** [52] - 8:25, 13:22, 17:2, 37:23, 45:9, 45:16, 49:12, 50:9, 51:19, 53:1, 53:2, 53:9, 53:17, 53:19, 53:24, 54:1, 54:2, 55:9, 55:12, 55:13, 55:14, 55:17, 55:21, 56:17, 56:18, 57:5, 57:16, 57:20, 59:20, 59:21, 61:6, 61:13, 62:18, 64:17, 64:23, 66:18, 66:21, 67:7, 67:10, 67:13, 70:21, 70:23, 71:5, 71:16, 71:17, 72:23, 73:4, 73:17, 73:20, 73:24, 74:3, 75:22
**Law** [2] - 27:9, 42:21
**laws** [10] - 39:10, 40:2, 40:17, 51:21, 55:24, 57:6, 57:9, 67:17, 72:12, 72:14
**lawyers** [1] - 59:23

**least** [3] - 23:10, 35:14, 45:23
**lectern** [1] - 10:1
**left** [2] - 30:8, 52:1
**Legal** [2] - 40:23, 41:24
**legal** [6] - 8:25, 50:10, 50:21, 52:5, 52:8, 58:18
**legally** [1] - 38:9
**legislation** [2] - 40:7, 41:15
**less** [1] - 61:8
**level** [6] - 14:4, 14:13, 19:2, 20:18, 25:24, 44:5
**Library** [3] - 10:14, 27:9
**licensed** [1] - 49:11
**life** [1] - 48:22
**limine** [2] - 16:2, 23:24
**LINDY** [1] - 2:11
**lines** [5] - 29:14, 29:15, 44:1, 44:2, 71:14
**links** [3] - 25:10, 34:23, 41:18
**list** [1] - 5:5
**lived** [2] - 48:22, 48:23
**living** [1] - 48:25
**lkeown@bakerlaw. com** [1] - 2:14
**LLP** [4] - 1:22, 2:4, 2:8, 2:12
**local** [1] - 13:9
**locations** [2] - 13:16, 24:10
**log** [3] - 24:8, 24:9, 31:5
**look** [6] - 22:9, 24:21, 25:14, 27:10, 33:23, 33:25
**looked** [6] - 26:15, 27:14, 36:11, 36:15, 36:21, 67:19
**looking** [6] - 23:14, 23:15, 24:25, 25:24, 29:2, 29:5, 29:23, 31:18, 44:2
**looks** [1] - 26:1
**loud** [1] - 46:12
**Luis** [4] - 40:23, 41:25, 47:6, 47:8
**Lunkenheimer** [1] - 76:1

**M**

**M-A-R-P-L-E** [1] - 18:5
**Maduro** [1] - 58:22
**Maduro's** [1] - 58:24
**magistrate** [2] - 65:17, 65:18
**main** [1] - 40:2
**maintained** [3] - 29:20, 40:9, 41:16
**maintains** [2] - 53:10, 65:20
**maintenance** [1] - 40:21
**malware** [3] - 20:19, 21:5, 22:6
**man** [1] - 16:16
**March** [4] - 30:14, 30:21, 32:13, 42:21
**March-April** [1] - 42:21
**marked** [4] - 27:2, 28:8, 40:25, 49:20
**Marple** [12] - 15:22, 18:5, 18:10, 23:19, 26:19, 28:6, 28:18, 32:22, 37:23, 42:2, 43:11, 46:21
**marple** [1] - 42:24
**MARPLE** [2] - 3:13, 17:20
**Mary** [1] - 7:2
**Master's** [4] - 19:24, 20:10, 33:10
**materials** [1] - 41:11
**matter** [6] - 9:11, 17:14, 40:21, 46:17, 49:18, 77:5
**mean** [9] - 21:11, 22:5, 26:1, 29:12, 29:23, 34:2, 44:1, 63:2, 71:20
**means** [2] - 55:7, 73:4, 76:1
**mechanism** [4] - 66:14, 66:19, 66:22, 72:16
**medium** [1] - 41:10
**meetings** [9] - 13:15, 13:17, 13:25, 14:7, 14:8, 59:3, 60:1, 60:3, 60:5
**members** [1] - 75:20
**memorialize** [2] - 37:3, 37:8
**mention** [1] - 16:20
**mentioned** [1] - 63:9
**mentions** [1] - 38:24
**mere** [1] - 69:2

**merit** [1] - 56:16
**met** [4] - 13:23, 58:21, 58:24
**metadata** [21] - 20:19, 20:24, 22:10, 23:6, 23:15, 23:21, 24:5, 24:13, 24:22, 25:25, 26:7, 27:21, 28:24, 29:15, 30:25, 32:3, 32:7, 32:16, 33:23, 33:25, 34:3
**MIAMI** [1] - 1:2
**Miami** [13] - 1:4, 1:15, 2:17, 2:21, 3:4, 3:5, 18:11, 18:14, 19:7, 19:8, 19:10, 77:9, 77:10
**mic** [2] - 8:2, 9:25
**MICHAEL** [1] - 2:15
**microphone** [2] - 17:25
**mid** [5] - 25:7, 30:24, 34:17, 34:18, 35:11
**mid-November** [5] - 25:7, 30:24, 34:17, 34:18, 35:11
**might** [4] - 11:17, 16:22, 22:19, 76:2
**million** [1] - 61:8
**mind** [2] - 17:18, 72:4
**mining** [1] - 53:2
**Minister** [5] - 54:21, 55:1, 56:12, 56:15, 56:19
**minister** [1] - 56:9
**ministerial** [1] - 41:18
**ministries** [3] - 52:7, 52:9, 58:20
**Ministry** [1] - 50:11
**minute** [3] - 46:9, 58:5, 75:2
**mischaracterizes** [1] - 66:5
**mission** [13] - 54:6, 54:7, 54:12, 54:18, 54:21, 64:9, 64:12, 64:15, 65:2, 65:7, 65:10, 65:15
**Mission** [1] - 64:18
**missions** [4] - 54:8, 54:11, 54:14, 55:23
**Missions** [1] - 64:24
**misspelled** [1] - 69:2
**mistake** [1] - 69:2
**mistakenly** [1] - 11:17
**modification** [1] - 32:18

**modifications** [4] - 29:3, 29:17, 38:25, 67:22
**modified** [11] - 24:16, 27:24, 28:20, 28:22, 28:23, 29:16, 29:24, 30:14, 30:19, 34:5, 44:3
**modifying** [2] - 68:24, 69:8
**moment** [8] - 15:9, 36:5, 42:14, 42:16, 57:24, 58:8, 69:11, 73:9
**Monday** [2] - 17:5, 28:15
**money** [1] - 61:3
**Monsalve** [2] - 47:6, 47:8
**month** [2] - 38:16, 59:25
**months** [1] - 59:16
**MORAN** [1] - 1:7
**Moran** [2] - 13:9
**Moran's** [1] - 7:21
**morning** [10] - 9:3, 32:22, 32:23, 35:18, 48:16, 48:17, 58:14, 58:15, 69:22, 69:23
**most** [5] - 27:22, 40:5, 40:12, 41:13, 41:20
**motion** [8] - 8:11, 12:19, 16:2, 16:3, 23:24, 45:22, 75:17, 75:18
**motions** [1] - 11:20
**move** [5] - 10:5, 10:20, 12:22, 40:19, 46:18
**moved** [1] - 20:8
**MR** [155] - 5:4, 5:7, 5:10, 5:12, 5:17, 5:20, 5:23, 5:25, 6:3, 6:6, 6:10, 6:13, 6:16, 6:19, 6:24, 7:2, 7:5, 7:10, 7:13, 7:17, 7:19, 7:23, 8:3, 8:8, 8:10, 8:13, 8:21, 9:9, 9:14, 9:17, 9:19, 9:23, 10:2, 10:9, 10:20, 10:23, 10:25, 11:3, 11:7, 11:10, 11:14, 11:23, 11:25, 12:3, 12:6, 12:8, 12:14, 12:17, 13:1, 13:5, 13:7, 15:8, 15:11, 15:21, 16:6, 17:16, 18:7, 18:9, 18:18, 18:23, 18:24, 23:18, 23:22, 24:3,

24:4, 24:19, 26:16, 26:18, 27:17, 27:19, 28:5, 28:12, 28:15, 28:17, 32:12, 32:21, 37:22, 39:2, 40:19, 41:4, 41:7, 41:9, 42:1, 42:14, 42:16, 42:19, 42:23, 43:5, 43:8, 43:10, 44:14, 44:20, 44:23, 45:2, 45:5, 45:6, 45:12, 46:11, 46:16, 46:18, 46:23, 47:6, 48:13, 48:15, 50:4, 50:8, 53:7, 53:10, 53:15, 56:5, 56:7, 57:23, 58:4, 58:7, 58:11, 58:13, 59:18, 61:14, 61:15, 64:19, 64:22, 66:5, 66:8, 66:11, 66:16, 68:5, 68:8, 68:11, 68:15, 69:11, 69:13, 69:17, 69:21, 70:13, 71:2, 71:4, 71:8, 71:10, 72:4, 72:6, 73:8, 73:11, 73:12, 73:23, 74:2, 74:16, 74:22, 75:1, 75:6, 75:8, 75:17, 75:25, 76:3, 76:8, 76:10
**MS** [1] - 7:15
**multiple** [1] - 50:16
**mundane** [1] - 34:10
**must** [3] - 56:24, 65:5, 67:6
**mutual** [1] - 61:12

**N**

**N.W** [1] - 1:18
**Nacional** [8] - 25:15, 30:3, 36:12, 37:15, 38:5, 38:8, 38:12, 70:9
**Nain** [1] - 13:9
**NAIN** [1] - 1:7
**name** [6] - 18:3, 37:14, 48:8, 48:9, 54:8
**National** [6] - 54:15, 65:5, 65:6, 65:13, 70:17
**national** [4] - 56:2, 65:24, 70:16, 70:23
**Nations** [2] - 64:17, 64:23
**nature** [1] - 50:22
**NE** [2] - 1:14, 2:20
**necessarily** [8] - 31:12, 32:15, 32:18,

54:25, 57:20, 60:21,
63:9, 63:11
 **need** [5] - 53:22,
54:14, 54:24, 67:12,
75:3
 **needed** [1] - 34:21
 **needs** [1] - 55:9
 **NEIL** [1] - 2:19
 **neil@**
**neilmschuster.com**
[1] - 2:21
 **network** [1] - 20:20
 **never** [2] - 14:9,
58:23
 **New** [5] - 1:18, 1:23,
3:16, 46:15, 48:12
 **new** [4] - 7:13, 67:5,
67:14, 69:16
 **NEW** [62] - 1:22, 5:4,
5:7, 5:10, 5:12, 5:17,
5:23, 5:25, 6:6, 6:10,
6:13, 6:16, 6:19, 6:24,
7:2, 7:5, 7:10, 7:13,
7:17, 7:19, 8:10, 8:21,
9:14, 15:8, 15:11,
16:1, 16:6, 23:22,
44:23, 45:2, 45:5,
46:16, 48:13, 48:15,
50:4, 50:8, 53:7,
53:15, 56:7, 57:23,
64:19, 66:5, 66:11,
69:17, 69:21, 70:13,
71:2, 71:4, 71:8,
71:10, 72:4, 72:6,
73:8, 73:11, 73:12,
74:2, 74:16, 74:22,
75:1, 75:8, 75:17,
76:10
 **news** [1] - 55:7
 **next** [5] - 5:3, 15:20,
44:18, 46:15, 76:4
 **NO** [1] - 1:2
 **none** [1] - 69:10
 **North** [2] - 3:4, 77:9
 **Nos** [2] - 11:12,
12:12
 **notary** [4] - 47:3,
47:8, 47:12, 47:24
 **NOTARY** [2] - 47:10,
47:18
 **Notepad** [2] - 22:18,
43:24
 **notes** [2] - 18:2, 60:4
 **nothing** [5] - 9:10,
29:6, 43:5, 45:7
 **notice** [8] - 17:4,
66:25, 67:2, 67:16,
69:3, 69:5, 69:7
 **November** [14] -
13:18, 14:23, 25:7,

30:24, 32:1, 34:14,
34:17, 34:18, 35:7,
35:11, 35:12, 35:13,
35:16, 35:18
 **Number** [5] - 25:20,
36:12, 38:13, 62:19,
67:19
 **number** [2] - 26:3,
31:9
 **numbered** [1] -
38:17
 **NW** [2] - 2:4, 2:8
 **NY** [1] - 1:23
 **NYU** [1] - 42:21

## O

 **o'clock** [1] - 45:13
 **oath** [3] - 47:4,
47:16, 48:1
 **object** [3] - 7:24, 9:9,
9:15
 **objected** [1] - 12:20
 **objection** [17] - 5:18,
5:20, 6:2, 12:10,
15:19, 15:23, 23:22,
23:23, 28:12, 45:7,
53:11, 56:5, 64:19,
66:5, 66:11, 75:23
 **objects** [4] - 7:24,
8:14, 15:7, 45:19
 **observation** [1] -
8:14
 **obtain** [4] - 17:5,
49:9, 49:15, 65:23
 **obtained** [1] - 11:19
 **obviously** [1] - 21:4
 **occasion** [1] - 23:5
 **occasionally** [2] -
39:6, 39:9
 **occur** [2] - 31:13,
35:9
 **occurred** [6] - 31:1,
31:3, 31:10, 31:22,
32:15, 59:3
 **occurrences** [2] -
31:6, 31:7
 **OF** [2] - 1:1, 1:4
 **offer** [5] - 5:5, 9:6,
40:13, 41:21, 50:4
 **offered** [5] - 5:13,
5:14, 16:8, 16:13,
41:18
 **office** [3] - 19:8,
19:11, 70:15
 **Office** [1] - 1:14
 **OFFICER** [1] - 76:13
 **officers** [3] - 13:13,
13:15, 15:6
 **offices** [4] - 59:20,

59:21, 61:6, 61:13
 **official** [17] - 3:3,
16:10, 16:23, 38:2,
40:6, 41:13, 50:17,
52:3, 55:7, 55:13,
62:10, 66:18, 66:21,
70:7, 72:11, 72:13,
72:17
 **Official** [2] - 71:18,
77:8
 **officials** [1] - 14:13
 **Oficial** [2] - 55:3,
55:6
 **often** [3] - 24:8,
24:15, 33:20
 **Ogdulio** [2] - 47:19,
48:10
 **old** [1] - 48:19
 **omission** [4] - 68:18,
68:20, 68:23, 69:4
 **omissions** [1] - 72:2
 **omitted** [2] - 69:8,
69:9
 **once** [3] - 44:2, 44:9,
74:19
 **one** [37] - 7:10, 9:21,
11:22, 12:18, 13:14,
15:9, 17:1, 17:7, 26:2,
32:1, 32:13, 36:2,
36:6, 36:7, 37:14,
37:17, 38:16, 38:25,
39:8, 40:2, 45:2,
50:16, 50:19, 53:2,
53:3, 55:22, 61:14,
62:15, 63:19, 68:6,
69:11, 72:19, 73:8,
73:11, 75:2, 75:19
 **one's** [1] - 63:14
 **online** [4] - 16:10,
39:7, 40:17, 42:4
 **open** [2] - 22:7, 29:1,
29:13
 **opened** [1] - 30:13
 **opening** [5] - 22:15,
24:24, 24:25, 27:22,
29:12
 **operation** [1] - 20:14
 **operational** [3] -
19:1, 19:2, 19:5
 **operations** [1] -
18:16
 **opinion** [3] - 24:1,
33:5, 56:8
 **opportunity** [2] - 9:4,
20:23
 **opposed** [1] - 12:20
 **opposition** [1] -
12:19
 **orally** [1] - 56:20
 **Orange** [1] - 2:12

 **order** [4] - 55:1,
63:25, 66:14, 67:3
 **organic** [1] - 54:1
 **Organization** [1] -
42:21
 **original** [15] - 66:24,
67:23, 68:3, 71:16,
71:24, 71:25, 72:20,
72:22, 72:25, 73:1,
73:4, 73:6
 **Orlando** [2] - 2:13
 **outcome** [1] - 61:18
 **outside** [1] - 25:24
 **outstanding** [1] -
15:23
 **overrule** [1] - 15:19
 **overruled** [6] -
28:16, 56:6, 64:20,
66:6, 66:13, 74:1
 **own** [2] - 41:18, 70:7

## P

 **P-E-N-A** [1] - 48:10
 **P.A** [1] - 2:16
 **page** [6] - 24:22,
26:1, 26:24, 31:17,
41:17, 70:7
 **PAGE** [1] - 4:2
 **Pages** [1] - 1:8
 **pages** [3] - 26:3,
26:6, 26:10
 **paid** [9] - 60:7,
60:13, 60:16, 60:19,
61:3, 61:9, 73:14,
74:7
 **paragraph** [11] -
13:14, 13:20, 13:25,
14:7, 14:11, 14:15,
14:17, 26:2, 30:8,
38:23, 68:13
 **Paredes** [1] - 47:10
 **Paris** [4] - 48:23,
49:14, 49:16
 **part** [13] - 10:9, 12:8,
13:22, 19:7, 20:23,
22:9, 28:2, 40:12,
41:20, 64:11, 64:14,
70:11
 **participated** [1] -
13:15
 **particular** [3] -
49:18, 53:19, 55:9
 **particularly** [7] -
22:13, 22:23, 23:20,
24:12, 31:6, 34:11,
34:12
 **parties** [1] - 10:10
 **pass** [2] - 23:2, 58:1
 **passed** [1] - 55:15

 **passport** [21] - 7:19,
7:21, 8:16, 57:17,
57:21, 57:22, 62:3,
62:8, 62:12, 62:15,
62:16, 62:20, 63:1,
63:7, 63:10, 63:13,
63:18, 63:22, 63:24,
64:1, 64:4
 **passports** [6] -
12:18, 57:7, 57:9,
57:11, 62:1, 62:19
 **past** [4] - 23:11,
29:3, 29:21, 63:12
 **pattern** [1] - 37:6
 **payments** [2] - 14:3,
14:12
 **PDF** [8] - 22:15,
24:21, 24:24, 25:1,
27:22, 30:13, 32:17,
43:18
 **Pena** [39] - 9:1,
46:16, 46:25, 47:10,
47:14, 47:17, 47:19,
47:22, 47:25, 48:16,
48:18, 48:25, 49:7,
49:23, 50:9, 52:11,
53:7, 53:16, 53:22,
55:3, 56:8, 57:4,
57:25, 58:14, 59:6,
59:10, 60:7, 68:9,
69:22, 70:18, 71:5,
71:11, 72:1, 72:7,
72:19, 73:13, 74:3,
74:6, 74:18
 **PENA** [2] - 3:16, 48:3
 **pena** [2] - 69:24,
71:19
 **people** [2] - 14:6,
55:8
 **per** [1] - 74:10
 **PERFILDOS** [1] -
46:11
 **perform** [2] - 33:18,
34:9, 34:15
 **performed** [1] -
35:17
 **period** [3] - 8:17,
21:2, 54:10
 **periodical** [3] -
40:20, 42:20, 46:20
 **permanent** [7] -
54:3, 54:6, 64:9,
64:12, 65:2, 65:4,
65:7
 **permissible** [1] -
28:5
 **person** [8] - 47:3,
54:20, 62:12, 62:16,
62:25, 63:2, 63:7,
65:1

**person's** [2] - 8:15, 62:21
**personal** [2] - 57:22, 75:19
**PFD** [1] - 22:19
**Phoenix** [1] - 20:9
**pieces** [2] - 29:17, 31:23
**place** [2] - 13:17, 22:1
**placed** [1] - 38:24
**plain** [1] - 22:19
**Plaintiff** [1] - 1:5
**PLAINTIFF** [1] - 1:13
**plan** [1] - 8:24
**planner** [1] - 50:25
**Plaza** [1] - 1:23
**pleasure** [1] - 75:15
**point** [12] - 5:4, 15:21, 23:18, 36:11, 36:16, 37:10, 37:11, 41:13, 41:17, 59:23, 61:4, 67:10
**political** [1] - 14:4
**portion** [2] - 8:13, 42:20
**position** [3] - 18:14, 45:20, 51:10
**possession** [2] - 62:20, 63:1
**possible** [1] - 68:13
**post** [1] - 19:23
**post-graduate** [1] - 19:23
**posted** [2] - 24:12, 65:25
**power** [2] - 54:19, 54:22
**practice** [4] - 72:14, 72:15, 72:18, 73:20
**practices** [1] - 73:24
**prepare** [1] - 17:5
**present** [1] - 47:4
**president** [9] - 54:19, 54:23, 54:25, 56:1, 56:12, 56:15, 56:19, 56:22, 57:1
**presidential** [2] - 40:8, 41:15
**presidents** [2] - 59:4, 59:5
**Press** [1] - 70:17
**pretty** [1] - 43:14
**previous** [1] - 67:2
**previously** [3] - 28:8, 28:18, 65:5
**PRICE** [1] - 2:7
**Primary** [2] - 40:23, 41:24
**primary** [2] - 70:9,

70:14
**principal** [1] - 65:18
**printed** [1] - 72:21
**printing** [2] - 65:24, 71:16
**Printing** [1] - 70:17
**private** [1] - 21:8
**PRO** [1] - 1:24
**proactive** [1] - 13:23
**proceed** [1] - 69:18
**proceeded** [1] - 29:1
**proceeding** [1] - 76:14
**proceedings** [3] - 5:1, 46:5, 77:4
**process** [8] - 22:12, 22:14, 24:22, 27:20, 30:12, 43:19, 54:17, 66:9
**produced** [1] - 24:16
**profession** [1] - 49:1
**professional** [4] - 50:1, 58:17, 60:17, 74:15
**proffer** [2] - 17:11, 45:21
**profits** [1] - 14:16
**program** [3] - 20:10, 20:21, 22:21
**promptly** [1] - 44:25
**properties** [13] - 22:16, 22:18, 24:25, 25:1, 27:23, 29:5, 29:9, 29:13, 30:13, 30:20, 43:17, 43:18, 43:22
**property** [1] - 29:10
**prosecution** [2] - 35:5, 35:23
**prosecutor** [3] - 35:1, 36:3, 36:6
**Prosecutor** [2] - 35:4, 35:18
**prove** [1] - 16:13
**provide** [3] - 14:5, 26:12, 28:6
**provided** [5] - 7:14, 11:16, 13:23, 45:12, 47:7
**provides** [1] - 21:8
**providing** [1] - 69:7
**provision** [2] - 41:5, 67:16
**PUBLIC** [2] - 47:10, 47:18
**Public** [1] - 50:11
**public** [6] - 40:3, 47:12, 50:14, 50:17, 52:2, 52:3
**publication** [6] -

56:24, 65:2, 66:18, 67:23, 70:15, 72:11
**publications** [4] - 55:13, 56:2, 66:21, 70:23
**publish** [4] - 56:13, 56:16, 56:22, 57:1
**published** [7] - 42:20, 55:10, 55:24, 56:9, 56:17, 71:17, 71:25
**publishing** [1] - 70:14
**pull** [2] - 17:25, 26:16
**Purchase** [1] - 27:9
**purely** [2] - 43:18, 61:16
**purpose** [4] - 62:3, 63:13, 63:18, 64:4
**purposes** [1] - 12:25
**pursuant** [1] - 13:9
**put** [10] - 11:16, 17:11, 17:15, 40:2, 45:15, 45:18, 45:21, 45:24, 47:23, 61:10

**Q**

**qualifications** [1] - 23:23
**qualified** [1] - 21:3
**qualify** [1] - 23:19
**Quantico** [2] - 22:2, 22:4
**quartz** [1] - 5:17
**questions** [9] - 14:1, 32:12, 44:14, 58:16, 69:14, 70:3, 70:19, 73:14, 74:16
**quickly** [1] - 41:10
**quite** [1] - 16:21

**R**

**raise** [1] - 47:25
**raising** [1] - 17:18
**ransomware** [1] - 19:13
**rate** [2] - 74:10, 74:12
**raw** [4] - 22:17, 24:25, 29:2, 29:6, 29:14, 30:15
**ray** [1] - 46:19
**read** [10] - 9:20, 13:5, 27:8, 34:5, 41:1, 41:5, 41:6, 42:20, 46:20, 71:13
**ready** [2] - 9:16, 46:1

**real** [1] - 64:1
**reasons** [2] - 75:19
**rebut** [3] - 9:10, 45:8, 45:15
**rebuttal** [6] - 8:23, 9:1, 9:5, 17:6, 45:7, 45:13
**receive** [1] - 19:21
**received** [30] - 5:22, 6:5, 6:8, 6:9, 6:11, 6:12, 6:15, 6:18, 6:23, 7:1, 7:4, 7:8, 7:9, 8:20, 10:8, 11:5, 11:6, 11:12, 12:5, 12:12, 14:16, 21:4, 28:15, 36:7, 46:22, 46:24, 50:7, 50:9, 60:11
**receiving** [1] - 60:10
**recent** [1] - 41:17
**recess** [2] - 45:25, 46:4
**recognize** [1] - 49:23
**recognizing** [1] - 7:24
**reconvene** [1] - 76:4
**record** [10] - 5:2, 7:23, 9:21, 12:23, 13:5, 28:9, 29:8, 41:2, 42:20, 45:23
**REDIRECT** [3] - 3:12, 43:9, 69:20
**redirect** [1] - 43:7
**refer** [1] - 28:13
**reference** [2] - 26:24, 30:9
**referencing** [1] - 12:3
**referring** [3] - 41:11, 71:6, 72:25
**refers** [4] - 71:19, 72:24, 73:6, 73:7
**regard** [5] - 7:20, 15:11, 16:10, 55:23, 72:19
**regarding** [6] - 26:9, 29:19, 45:8, 57:6, 62:19, 67:17
**regulation** [4] - 40:7, 41:15, 57:11, 57:12
**regulations** [5] - 38:1, 38:7, 40:13, 41:12, 41:21
**related** [2] - 14:16, 22:8
**relates** [1] - 23:20
**relation** [2] - 61:1, 67:20
**Relations** [1] - 56:16
**relevance** [3] - 15:15, 15:19, 53:11

**relevant** [2] - 8:16, 62:21
**remaining** [1] - 8:22
**remember** [2] - 5:14, 36:9
**renews** [1] - 45:6
**repeat** [6] - 53:22, 59:8, 59:14, 64:21, 66:7, 70:11
**rephrase** [2] - 31:16, 49:6
**report** [7] - 5:25, 6:7, 28:6, 28:13, 28:14, 28:21, 37:1
**REPORTED** [1] - 3:1
**reporter** [1] - 41:8
**REPORTER** [4] - 8:1, 9:24, 24:17, 45:11
**Reporter** [2] - 3:3, 77:8
**reports** [3] - 26:9, 26:12, 28:2
**Republic** [6] - 14:10, 47:13, 47:21, 54:19, 55:8, 71:18
**request** [1] - 18:18
**requested** [1] - 75:17
**require** [5] - 22:21, 44:4, 55:24, 65:2, 66:25
**required** [3] - 57:16, 65:14, 67:3
**requirement** [3] - 56:23, 62:7, 65:6
**requirements** [1] - 63:17
**requires** [2] - 69:3, 69:4
**Research** [1] - 5:25
**reserves** [1] - 15:6
**resolutions** [2] - 40:14, 41:21
**resorts** [1] - 72:15
**respective** [2] - 40:14, 41:22
**responded** [1] - 16:3
**response** [3] - 14:1, 59:14, 63:21
**responsibilities** [1] - 20:15
**rest** [2] - 9:7, 75:10
**reverse** [2] - 21:5, 22:6
**review** [14] - 20:24, 22:9, 23:5, 25:25, 26:6, 26:9, 27:4, 27:10, 28:1, 30:6, 30:22, 32:3, 32:7, 43:12
**reviewed** [4] - 25:18,

25:20, 26:21, 42:4
**reviewing** [6] -
23:20, 27:20, 30:11,
30:25, 43:17, 43:24
**right-clicking** [1] -
43:21
**rights** [1] - 15:6
**rise** [2] - 46:3, 76:13
**ROBERT** [2] - 1:11,
1:13
**Rockefeller** [1] -
1:23
**role** [2] - 50:21, 52:1
**roles** [2] - 50:24,
51:1
**RPR** [2] - 3:3, 77:7
**Rule** [3] - 13:9,
16:23, 40:20
**rules** [7] - 38:1, 38:7,
66:25, 68:23, 69:4,
69:6, 69:7
**ruling** [1] - 17:13

## S

**SAAB** [1] - 1:7
**Saab** [13] - 8:15,
13:9, 15:14, 16:14,
25:4, 26:25, 30:9,
38:24, 45:16, 46:8,
46:14, 65:9
**SAIME** [2] - 7:20
**Sam** [1] - 15:22
**SAMUEL** [2] - 3:13,
17:20
**Samuel** [1] - 18:5
**saved** [4] - 31:5,
31:6, 32:14, 32:17
**saw** [1] - 30:3
**scholarly** [1] - 46:20
**scholarship** [3] -
40:1, 40:5, 40:11
**school** [1] - 20:3
**SCHUSTER** [19] -
2:15, 2:19, 28:12,
28:15, 32:21, 37:22,
39:2, 40:19, 41:4,
41:7, 41:9, 42:1,
42:14, 42:16, 42:19,
42:23, 43:5, 46:18,
46:23
**Schuster** [1] - 2:16
**science** [1] - 16:9
**Science** [5] - 19:25,
20:11, 33:8, 33:10,
33:11
**scientist** [9] - 15:22,
18:16, 20:14, 20:16,
21:4, 21:18, 21:22,
22:24, 23:5

**SCOLA** [1] - 1:11
**scope** [1] - 64:19
**screen** [1] - 71:11
**seat** [1] - 17:24
**seated** [2] - 46:6,
48:7
**second** [5] - 18:1,
30:8, 45:17, 53:3,
68:13
**section** [9] - 8:14,
31:4, 34:5, 41:1, 41:5,
41:6, 68:12, 72:7,
72:10
**sections** [1] - 68:17
**sector** [3] - 21:8,
50:14, 52:2
**SECURITY** [1] -
76:13
**Security** [1] - 19:20
**security** [2] - 21:8,
56:2
**see** [16] - 8:7, 26:24,
27:6, 27:16, 30:9,
31:14, 37:6, 39:19,
39:20, 47:1, 68:9,
68:16, 71:11, 71:21,
73:21, 76:11
**seek** [1] - 23:19
**seem** [1] - 39:18
**seemingly** [1] -
45:17
**seizure** [1] - 20:20
**selecting** [1] - 43:22
**self** [1] - 63:14
**sending** [1] - 73:18
**sense** [1] - 61:9,
61:22, 63:21
**sent** [2] - 25:10,
34:23
**separately** [1] -
1:14
**September** [2] -
13:18, 14:20
**serious** [1] - 17:7
**serve** [2] - 51:12,
51:24
**served** [5] - 52:8,
52:11, 52:16, 52:19,
58:18
**Service** [3] - 5:25,
70:16, 70:17
**service** [1] - 54:1
**services** [1] - 74:4
**set** [3] - 16:24, 44:22,
75:12
**sets** [5] - 53:19,
53:24, 55:9, 66:18,
66:21
**several** [5] - 35:21,
35:23, 50:20, 52:7

**shape** [1] - 62:21
**SHARON** [2] - 3:3,
77:7
**shop** [1] - 65:24
**show** [8] - 10:16,
24:13, 24:15, 27:2,
49:20, 68:4, 70:25,
73:21
**showed** [2] - 27:23,
30:15
**showing** [1] - 68:17
**shows** [1] - 64:1
**side** [4] - 30:9, 68:6,
68:7, 68:14
**signed** [1] - 8:4
**similar** [2] - 10:13,
37:6
**simple** [5] - 22:15,
29:12, 43:15, 43:19,
43:23
**simply** [1] - 29:5
**sit** [1] - 47:23
**sites** [1] - 38:21
**six** [2] - 10:25, 14:15
**slowly** [1] - 41:8
**software** [3] - 24:8,
24:16
**someone** [2] - 34:7,
54:17
**sorry** [10] - 5:9, 8:1,
24:17, 35:23, 39:11,
39:13, 45:11, 63:5,
69:13, 73:11
**sought** [1] - 23:12
**source** [5] - 13:21,
13:22, 22:7, 70:9,
70:14
**Sources** [2] - 40:23,
41:25
**South** [1] - 2:12
**SOUTHERN** [1] - 1:1
**Spanish** [1] - 18:18
**speaking** [3] - 26:5,
46:11, 72:22
**speaks** [1] - 72:20
**special** [14] - 13:13,
13:14, 15:5, 16:14,
20:7, 21:14, 25:9,
54:11, 56:14, 56:20,
56:23, 57:2, 64:11,
65:10
**Special** [4] - 34:14,
34:19, 64:17, 64:24
**specialized** [6] -
22:21, 33:7, 33:13,
33:15, 33:19, 49:17
**specialties** [2] -
40:14, 41:22
**specific** [5] - 19:5,
24:9, 28:4, 54:9,

54:10
**specifically** [2] -
25:20, 32:6
**speech** [1] - 7:10
**speeches** [1] - 7:6
**spell** [2] - 18:3, 48:8
**spent** [1] - 61:17
**spot** [1] - 18:1
**squad** [4] - 19:7,
19:10, 20:8, 20:9
**staff** [3] - 20:8, 59:2,
74:20
**stamp** [2] - 21:12,
27:6, 27:8
**start** [1] - 26:14,
44:22, 44:25
**started** [2] - 20:8,
46:9
**starting** [1] - 5:7
**state** [1] - 28:21
**State** [1] - 19:22
**statement** [1] - 31:23
**STATES** [3] - 1:1,
1:4, 1:11
**States** [5] - 3:4, 13:8,
59:24, 60:2, 77:8
**states** [1] - 13:7
**status** [5] - 62:21,
62:23, 63:8, 63:11,
64:2
**statutes** [2] - 40:13,
41:21
**Ste** [2] - 2:5, 2:9
**STENOGRAPHICA**
**LLY** [1] - 3:1
**step** [2] - 24:24,
44:16
**still** [7] - 8:25, 24:1,
55:17, 55:21, 57:12,
67:13, 68:25
**stipulate** [1] - 13:11
**stipulated** [2] - 9:20,
15:12
**Stipulation** [1] - 13:7
**stipulation** [8] - 5:8,
5:15, 9:23, 10:4, 10:9,
13:3, 15:11, 15:18
**stored** [1] - 32:16
**straw** [1] - 16:16
**Street** [2] - 1:14, 2:20
**strike** [1] - 45:23
**structure** [1] - 41:19
**studies** [1] - 49:17
**subject** [5] - 9:11,
17:3, 17:4, 41:19,
49:18
**submit** [1] - 16:15
**substance** [1] - 15:5
**substantial** [1] - 14:3
**substantially** [2] -

10:17, 27:13
**Subtitle** [1] - 62:18
**subtitle** [1] - 62:18
**sufficient** [1] - 17:5
**Suite** [3] - 2:13, 2:17,
2:20
**sumario** [1] - 68:12
**support** [1] - 20:7
**Supreme** [11] -
51:15, 51:17, 51:20,
65:17, 65:19, 65:21,
66:1, 69:25, 70:3,
70:7, 70:8
**Supremo** [8] - 25:16,
26:22, 27:14, 27:15,
36:16, 37:18, 37:19,
38:18
**swear** [2] - 47:20,
48:6
**Swiss** [4] - 9:2, 45:3,
46:7, 74:20
**Switzerland** [1] -
46:12
**sworn** [3] - 17:21,
47:8, 48:4
**systematically** [2] -
40:8, 41:16
**Systems** [3] - 19:19,
33:9, 49:19

## T

**talks** [2] - 8:14, 72:2
**task** [4] - 13:13,
13:14, 15:6, 34:10
**tasks** [1] - 33:18
**team** [2] - 35:5,
75:20
**tech** [1] - 19:4
**technical** [7] - 16:9,
17:4, 19:2, 20:18,
22:21, 34:8, 43:12
**technically** [2] -
26:4, 51:10
**technician** [2] - 21:3,
21:10
**technological** [1] -
20:18
**technology** [3] -
19:1, 19:3, 19:5
**temporary** [13] -
54:3, 54:8, 54:11,
54:12, 54:14, 54:18,
54:20, 54:23, 55:23,
56:9, 64:9, 64:15,
65:15
**ten** [1] - 11:2
**tender** [1] - 53:7
**tentatively** [1] -
75:12

**terms** [8] - 23:14,
24:12, 24:20, 31:13,
43:17, 43:24, 51:16,
75:15
**testified** [15] - 7:25,
8:3, 15:17, 17:22,
33:2, 43:14, 48:5,
53:5, 61:25, 62:7,
63:13, 64:11, 66:3,
73:25, 74:6
**testifies** [1] - 28:13
**testify** [8] - 13:13,
16:10, 23:12, 52:22,
53:1, 53:12, 60:7,
66:9
**testifying** [5] - 32:24,
36:1, 59:6, 59:10,
60:9
**testimony** [26] -
8:18, 13:7, 15:5,
15:13, 15:16, 15:24,
16:2, 17:11, 17:12,
28:2, 28:7, 34:1, 34:6,
34:10, 45:7, 45:22,
46:21, 52:23, 60:14,
61:18, 62:22, 63:6,
64:8, 66:5, 67:20,
75:15
**text** [15] - 43:24,
44:7, 66:24, 67:25,
68:1, 68:2, 68:4,
71:23, 72:23, 73:6,
73:7
**TextPad** [1] - 22:18
**texts** [1] - 70:19
**THE** [151] - 1:10,
1:13, 1:22, 2:3, 5:2,
5:6, 5:9, 5:11, 5:16,
5:18, 5:21, 5:24, 6:2,
6:4, 6:7, 6:11, 6:14,
6:17, 6:20, 6:25, 7:3,
7:6, 7:12, 7:16, 7:18,
7:22, 8:1, 8:7, 8:9,
8:18, 9:8, 9:12, 9:16,
9:18, 9:22, 9:24, 10:1,
10:7, 10:19, 10:22,
10:24, 11:2, 11:4,
11:9, 11:11, 11:21,
11:24, 12:2, 12:4,
12:7, 12:11, 12:15,
12:24, 13:4, 13:6,
15:9, 15:18, 15:25,
16:5, 17:10, 17:17,
17:23, 17:24, 18:5,
18:6, 18:20, 18:21,
18:22, 23:25, 24:17,
28:11, 28:14, 28:16,
32:13, 32:14, 32:19,
37:14, 37:16, 37:17,
37:18, 37:19, 37:20,

37:21, 38:23, 39:1,
41:3, 41:6, 41:8,
42:15, 42:18, 42:22,
43:7, 44:15, 44:18,
44:22, 45:1, 45:4,
45:11, 45:20, 46:3,
46:6, 46:14, 46:22,
46:25, 47:2, 47:3,
47:5, 47:16, 47:18,
47:22, 48:6, 48:7,
48:10, 48:11, 50:6,
53:12, 56:6, 58:2,
58:6, 58:10, 59:12,
59:15, 59:16, 60:22,
60:24, 61:2, 61:5,
61:7, 61:11, 64:20,
64:21, 66:6, 66:7,
66:13, 66:14, 69:12,
69:15, 69:19, 70:11,
73:10, 74:1, 74:18,
74:23, 75:4, 75:7,
75:12, 75:23, 76:1,
76:4, 76:11, 76:13
**Thereupon** [2] -
17:19, 48:2
**three** [9] - 13:25,
14:17, 52:15, 52:19,
52:22, 52:24, 52:25,
58:5, 59:4
**three-minute** [1] -
58:5
**throughout** [2] -
16:25, 54:7
**title** [2] - 18:15,
20:13
**today** [6] - 28:3,
29:24, 60:7, 68:3,
70:6, 75:13
**together** [1] - 61:19
**took** [2] - 13:17,
67:10
**tools** [1] - 20:21
**top** [1] - 27:6
**topic** [3] - 57:4,
66:12, 73:11
**topics** [1] - 22:3
**total** [1] - 26:3
**towards** [2] - 68:24,
69:7
**tracking** [1] - 20:20
**trafficking** [1] - 20:8
**training** [10] - 21:9,
21:14, 21:16, 21:17,
21:21, 21:24, 22:4,
22:9, 22:24, 50:1
**transcription** [1] -
77:4
**transfer** [4] - 14:18,
14:21, 14:24, 15:2
**translation** [5] -

7:11, 10:15, 18:19,
50:5, 71:2
**travel** [1] - 57:22,
62:8, 64:5
**traveling** [1] - 62:10
**travels** [1] - 57:17
**trial** [1] - 61:1
**Tribunal** [12] - 25:16,
26:15, 26:22, 27:14,
36:16, 37:19, 38:17,
51:15, 65:20, 66:1,
70:7
**tribunal** [3] - 37:18,
51:18, 52:18
**trip** [1] - 63:19
**trouble** [1] - 59:13
**truth** [3] - 47:15,
47:19, 64:1
**trying** [1] - 16:15
**Tuesday** [2] - 76:4,
76:12
**two** [24] - 13:20,
25:10, 25:14, 25:18,
25:21, 25:24, 26:6,
26:9, 29:4, 32:1,
36:20, 37:14, 38:21,
42:3, 48:23, 51:25,
52:25, 59:4, 61:19,
67:16, 68:9, 68:16,
71:13
**type** [5] - 20:6,
23:14, 51:6, 54:12,
71:22
**types** [8] - 19:13,
20:17, 22:3, 50:24,
51:19, 53:16, 53:19,
53:25
**typically** [1] - 24:13

## U

**u.S** [1] - 1:17
**unable** [1] - 8:16
**unavailability** [1] -
75:18
**under** [9] - 16:19,
16:23, 40:19, 41:4,
51:22, 53:17, 54:2,
57:16, 69:3
**underlying** [1] -
43:24
**undersigned** [1] -
13:10
**understood** [1] -
64:4
**undertake** [1] - 61:1
**undertaken** [1] -
61:20
**unfortunately** [2] -
9:15, 41:13

**unit** [1] - 33:15
**united** [1] - 3:4
**UNITED** [3] - 1:1,
1:4, 1:11
**United** [7] - 13:8,
59:24, 60:2, 64:17,
64:23, 71:18, 77:8
**universities** [1] -
49:13
**University** [5] -
19:22, 49:8, 49:9,
49:14, 49:15
**university** [1] - 49:7
**unopposed** [1] -
75:18
**unusual** [1] - 39:18
**up** [11] - 9:25, 22:15,
26:16, 29:12, 30:4,
44:22, 45:22, 61:3,
61:14, 68:3, 68:5
**update** [1] - 41:23
**updated** [4] - 39:7,
39:9, 39:10, 39:15
**upkeeps** [1] - 65:22
**upset** [1] - 6:20

## V

**validity** [1] - 56:10
**variety** [1] - 22:5
**Velazco** [1] - 77:7
**VELAZCO** [2] - 3:3,
77:7
**Venezuela** [28] -
7:20, 14:3, 14:6,
14:10, 16:11, 40:16,
46:7, 46:12, 47:4,
47:13, 47:21, 48:22,
49:8, 49:10, 50:12,
51:4, 51:7, 51:12,
51:16, 53:24, 55:4,
55:8, 56:1, 57:10,
58:19, 62:14, 69:25,
71:18
**Venezuelan** [22] -
8:25, 14:2, 14:4, 17:2,
36:15, 37:23, 38:2,
39:23, 40:2, 40:6,
40:12, 40:21, 40:22,
41:24, 45:8, 45:16,
48:21, 53:8, 53:17,
55:24, 57:5, 57:6
**version** [11] - 10:16,
16:13, 26:14, 29:23,
30:2, 42:3, 42:25,
71:17, 72:21, 73:1
**versions** [3] - 10:14,
16:10, 42:3
**versus** [2] - 31:14,
73:1

**via** [1] - 43:24
**VICE** [1] - 1:24
**video** [2] - 60:3, 60:4
**view** [4] - 8:15,
22:17, 25:1, 30:15
**viewer** [1] - 22:15,
22:19, 24:24, 25:2,
27:22, 29:13, 30:13,
31:14, 31:15, 31:17,
32:17
**viewer's** [1] - 31:11
**viewing** [1] - 24:22
**voice** [1] - 24:17
**vs** [1] - 1:6

## W

**wait** [2] - 9:5, 75:21
**waiting** [2] - 46:8,
58:7
**wants** [2] - 16:4,
45:24
**Washington** [3] -
1:19, 2:5, 2:9
**website** [19] - 24:21,
26:15, 26:22, 27:15,
30:3, 36:16, 36:21,
38:5, 38:6, 38:12,
38:18, 39:10, 39:11,
65:19, 66:1, 70:3,
70:5, 70:8, 70:9
**websites** [18] -
20:24, 22:10, 23:6,
23:15, 23:21, 24:13,
25:14, 25:16, 25:18,
25:21, 37:14, 40:6,
40:11, 40:22, 41:14,
41:18, 41:20
**week** [4] - 21:17,
22:3, 75:13, 75:14
**week-long** [1] -
21:17
**weeks** [3] - 21:25,
22:5, 75:18
**whichever** [1] -
72:24
**whole** [1] - 75:14
**Windows** [1] - 21:5
**winds** [1] - 68:3
**wire** [4] - 14:18,
14:21, 14:24, 15:2
**withdrawn** [1] -
72:18
**withhold** [1] - 56:1
**Witness** [1] - 44:17
**WITNESS** [18] -
17:23, 18:5, 32:14,
37:16, 37:18, 37:20,
39:1, 47:2, 47:5, 48:6,
48:10, 59:16, 60:24,

61:5, 61:11, 64:21, 66:7, 66:14

**witness** [32] - 5:3, 7:25, 8:3, 8:4, 8:22, 8:23, 9:2, 9:10, 9:18, 13:2, 13:11, 15:13, 15:16, 15:22, 16:7, 17:15, 17:21, 28:12, 44:18, 45:5, 45:7, 45:8, 45:13, 45:15, 46:15, 48:4, 52:11, 52:16, 52:19, 58:1, 59:14, 60:9

**witness'** [2] - 8:18, 23:22

**witnesses** [7] - 9:13, 9:16, 44:21, 74:24, 75:1, 75:4, 75:10

**Witnesses** [1] - 3:12

**word** [1] - 69:3

**words** [1] - 61:20

**Works** [1] - 50:11

**writing** [1] - 54:24

**written** [3] - 22:19, 34:4, 34:6

**wrote** [3] - 35:23, 36:7, 41:9

## X

**X-ray** [1] - 46:19

## Y

**Yankee** [1] - 49:22

**year** [4] - 23:11, 55:20, 57:15, 70:1

**years** [12] - 41:17, 48:19, 48:23, 48:24, 49:3, 50:15, 50:17, 50:18, 51:25, 52:8, 52:10, 59:4

**yesterday** [5] - 5:13, 8:4, 10:13, 45:1, 47:7

**York** [2] - 1:18, 1:23

## Z

**zoom** [1] - 68:11

**Zoom** [3] - 45:1, 45:2, 74:21

**zooming** [1] - 72:4