(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: 1:19-CR-20450-RNS-1

USA

_____

**Plaintiff(s)**

v.

Alex Nain Saab Movan

_____

_____

_____

**Defendant(s)**

FILED BY ___ D.C.

DEC 19 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Notice OF Filling
Inform about Legal Situation OF Citizen Alex Saab

**(TITLE OF DOCUMENT)**

I, Antonio Marval. plaintiff or defendant, in the above styled cause,
Chief Just Justice of the Legitimate Supreme Court
of the Bolivarian Republic of Venezuela.

(Rev. 10/2002) General Document

_____

**Certificate of Service**

I _____ , certify that on this date _____ a true copy

of the foregoing document was mailed to: _____
name(s) and address(es)

_____

By: _Antonio Marval_
Printed or typed name of Filer

_____
Signature of Filer

Florida Bar Number
_786- 470 4328_
Phone Number

Marvalabogado@Hotmail.com
E-mail address

_____
Facsimile Number

_8300 NW 53rd St Suite 350_
Street Address

_Doral FL, 33166-7712_
City, State, Zip Code



**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**TRIBUNAL SUPREMO DE JUSTICIA**
**Presidencia**

Doral, Florida, Dec 15, 2022

**Memorandum No.: TSJ/P-0044-2022**

**#1:19-cr-20450-RNS-1**

**Honorable Judge Robert N. Scola, Jr**

**Federal Judge Miami Florida**

In my condition as Chief Justice of the Legitimate Supreme Court of Justice of the Bolivarian Republic of Venezuela, I am writing to you very respectfully, in order to inform you about the legal situation of citizen Alex Saab in relation to the serious crimes he has been charged with to the detriment of the Venezuelan State for which he is being prosecuted in different international judicial jurisdictions, especially in the Americas. By virtue of this, I would like to make the following considerations:

<u>First:</u> It is absolutely false to affirm that citizen Alex Saab is a diplomatic official on commission or career. In matters of Comparative Diplomatic Law, in order for a diplomatic agent to be considered as such, in the face of an event that casts doubt on his legitimacy and the canon enshrined in the Vienna Convention on Diplomatic Relations and the Vienna Convention on Consular Relations regarding his immunity may be applied, he must have been previously appointed in accordance with the provisions of the Foreign Service Law of the accrediting country and that does not contradict the provisions of the aforementioned conventions. All this because it is the Diplomatic Law that legitimizes the action of the State and the conduct of the diplomat, as executor of the high purposes of the State and interests of foreign policy. The diplomatic function does not serve to legitimize acts that offend the nobility of the international civil service. Diplomacy is a function of national service, when the diplomat enters the career, he/she does so with the rank of third secretary, goes through the training process in the diplomatic academies of the member countries of the Convention and then is accredited, when

he/she is on commission and appointed by the executive through the Ministry of Foreign Affairs in some destination, where such privileges come to life. It is not true that a diplomat who performs functions in one State and commits a crime in another, can exercise and develop such immunities. In any case, it is intended to circumvent the diplomatic canon, making Alex Saab, who is not Venezuelan either, look like a diplomatic official or agent, in order to circumvent justice. Under all logical sense and normative interpretation, as enshrined by Ricardo Guastini and Robert Alexy, no interpretation is reliable or possible that would legitimize Alex Saab's status as a diplomat or special envoy for the reasons copiously explained.

All distinctions are interesting and necessary to understand these aspects that are chained in the action-execution, with the whole normative system of Public International Law, where the allegation of Maduro's representatives is invalid, quote: "Venezuelan special envoy, and has diplomatic immunity", therefore, this legitimate judicial instance of Venezuela does not recognize the alleged diplomatic immunity, as well as the alleged Venezuelan nationality of Mr. Alex Saab, for not complying with the legal procedure established in the current Law of Nationality and Citizenship, as there is no Letter of Naturalization published in the Official Gazette of the Republic, nor its inscription in the Civil Registry (article 11. 3,31 and 31); not having had uninterrupted permanent residence, of ten or five years, as the case may be (article 21.1); and for not having followed the naturalization procedure of a competent body in matters of nationality and citizenship. (article 3). Therefore, since he is not a Venezuelan citizen, Alex Saab cannot expect to be recognized as a diplomatic official of the Bolivarian Republic of Venezuela.

**Second:** The actions of Mr. Nicolas Maduro Moros and representatives of the dictatorial regime are null and void according to Article 138 of the Constitution of the Bolivarian Republic of Venezuela, which provides: "Any usurped authority is ineffective and its acts are null and void".

The illegitimacy of Mr. Nicolas Maduro Moros, derives from the declaration of the vacancy of the Venezuelan government by the legitimate National Assembly of Venezuela (Congress of the Republic) and the criminal trial (oral and public) that followed this Court at the request of the Public Ministry of Venezuela culminated with conviction on August 15, 2018, published the judgment in extension, on October 29, 2018, for crimes related to public works contracts with the Odebrecht Company. (Authorized by the Legitimate National Assembly through Agreement dated April 17, 2018, with 105 votes in favor and 02 against; and the final judgment endorsed by the same National Assembly according to the plenary of August 21, 2018.

Mr. Nicolas Maduro Moros was found guilty in the perpetration of the crimes of Own Corruption and Money Laundering, sanctioned in articles 64 and 35, of the Law Against Corruption and the Organic Law against Organized Crime and Financing of Terrorism, imposing a penalty of eighteen (18) years and three (3) months of imprisonment. Likewise, a pecuniary sanction of US $25,000,000 was imposed for the crime. 25,000,000 for the crime of Own Corruption and to compensate the patrimony of the Republic of Venezuela the amount of US $35,000,000,000,000.00.

The Political Disqualification was declared for the duration of the sentence, and Nicolás Maduro Moros was removed from the office of President of the Republic, activating also the International Convention against Transnational Organized Crime, due to the existence of evidence of the assumptions of a transnational criminal network.

**Third:** It is untrue the allegation made by citizen Alex Saab that his nationality was "granted by Nicolas Maduro as a reward for his services", and that his work in Venezuela has been "to negotiate with foreign governments and private companies the creation of new channels to obtain and deliver much needed food, basic medicines and spare parts necessary for the oil industry".

The truth is that Mr. Alex Saab does not hold a diplomatic position according to the laws of Venezuela and the International Conventions on consular matters, being a Colombian citizen who has contracts with Nicolás Maduro Moros and his family.

In the exercise of these relations, a crime has been committed against the Venezuelan Nation, and an investigation is being carried out against the associates of Alex Saab, Nicolás Maduro Moros and a group of his civilian and military political collaborators, for probable cause of connections with international drug trafficking, with terrorist groups such as the FARC, ELN and Hezbollah, and for the crime of money laundering, having as a base of operations the Venezuelan territory and pursuing the objective of generating destabilization in the hemisphere.

In addition, Alex Saab cannot be considered a public official since he has contracted with the regime of Nicolas Maduro and in Venezuela there is a prohibition for public officials to contract with the State.

**Fourth:** Venezuela is experiencing the greatest tragedy and catastrophe of our Republican history, being subjected by the regime of Nicolas Maduro and his criminal network in which Alex Saab is inserted, to the illegitimate and continued confiscation of its patrimony. The balance of the above is measured in the suffering of our people, subjected to a serious humanitarian emergency due to lack of food and medicine, which, together with systematic and widespread violations of human rights, has caused an emigration of more than seven million people, according to the United Nations.

**Fifth:** It is evident that Alex Saab and the lawyers hired by the Maduro Moros regime are trying to incorporate elements of a political nature, as well as false ones, to try to create immunity in your favor and dissociate themselves from the judicial process that you are leading, when you should proceed with the evaluation of the evidence against you and the punishment of the serious criminal acts that you are accused of and that the prosecutors of the case have instructed in full compliance with the laws of the United States of America.

**Sixth:** As legitimate representatives of the Venezuelan judiciary, complying with the principles and duties of the Political Constitution of our country, we provide you with useful elements and information for the trial that you worthily direct, and thus clarify the alleged manipulations made by the dictatorial regime of Nicolas Maduro Moros and his representatives in defense of Alex Saab, who are trying to achieve a political safe-conduct for a

matter that is the strict competence of the criminal justice system. We are confident in his impeccable work as administrator of justice. Your Honor, the sound doctrine since Austin, Kelsen, Hart, Ross, have had justice as a parameter to be developed by the law and those who apply it, in that sense, we reiterate our confidence that this archetype of justice that has bathed the Caribbean from these American lands, continues its brilliance in history.

I reiterate to you the highest considerations of my esteem and deliberation.

Antonio Marvai Jimenez
Chief Just

Pedro Troconis Da Silva
First Vicepresident

Tribunal Supremo de Justicia de la República Bolivariana de Venezuela: 8300 NW 53rd St Suite 350. Doral Florida, 33166-7712.
Teléfono  305-742-2138. Estados Unidos de América.