IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff | Case No. 19-20450-CR-Scola |
| v. | |
| ALEX NAIN SAAB MORAN, | |
| Defendant. | |

**DEFENDANT ALEX NAIN SAAB MORAN'S**
**NOTICE OF FILING ADMITTED EXHIBITS**

Defendant Alex Nain Saab Moran, pursuant to the Clerk's Notice of Policy re Electronic Submission of Exhibits (ECF No. 185), submits his as-admitted Defense Exhibits A-AA from the evidentiary hearing on the Motion to Dismiss the Indictment (ECF No. 147).

| Def Ex. | DATE | DESCRIPTION |
|---|---|---|
| A | N/A | Stipulation re Authenticity of Documents |
| B | 6/3/2020 | Note Verbale DM No.: 000789 from the Minister of Foreign Affairs of Venezuela |
| C | 6/8/2020 | Note Verbale No.: 610/458732 from the Embassy of Iran in Venezuela |
| D | 6/8/2020 | Note Verbale No.: 610/458732 from the Embassy of Iran in Venezuela and response Note Verbale I.DVAMOO No 000120-A from the Ministry of Foreign Affairs of Venezuela |
| E | 6/13/2020 | Note Verbale DM No. 000810 from the Minister of Foreign Affairs of Venezuela |
| F | 6/13/2020 | Note Verbale DM No. 000811 from Jorge Arreaza, Minister of People's Power of Foreign Affairs Venezuela |
| G | 6/14/2020 | Note Verbale No. 00277/2020 from the Embassy of Venezuela in Senegal accredited in Cape Verde |
| H | 9/25/2020 | Note Verbale DM No.: 001158 from Minister of Foreign Affairs of Venezuela |
| I | 1/27/2021 | Note Verbale No. 3436/01/AID from the Embassy of Iran |

| | | |
|---|---|---|
| J | 3/15/2021 | Note Verbale DM No.: 000269 from Minister of Foreign Affairs of Venezuela |
| K | 3/19/2021 | Note Verbale DM No.: 000323 from Minister of Foreign Affairs of Venezuela |
| L | 5/12/2021 | Note Verbale No. 3584/05/AID from the Embassy of Iran in Dakar |
| M | 8/3/2021 | Note Verbale DM No.: 000711 from Minister of Foreign Affairs of Venezuela |
| N | 8/6/2021 | Note Verbale No. 3708/08/AID in the form of Amicus Curiae from the Embassy of Iran |
| O | 9/14/2021 | Note Verbale No. 000099 from Minister of Foreign Affairs of Venezuela addressed to Ministry of Foreign Affairs, Communities and Regional Integration of Cape Verde |
| P | 9/14/2021 | Note Verbale No. 000100 from Minister of Foreign Affairs of Venezuela addressed to Presiding Judge at the Supreme Court of Justice of Cape Verde |
| Q | 9/14/2021 | Note Verbale No. 000101 from Minister of Foreign Affairs of Venezuela addressed to Minister of Justice of Cape Verde |
| R | 10/22/2021 | Note Verbale DM No. 000170 from Ministry of Foreign Affairs of Venezuela |
| S | 10/23/2021 | Note Verbale DM No. 000171 from Ministry of Foreign Affairs of Venezuela |
| T | 3/21/2022 | Note Verbale DM No. 000187 from Ministry of Foreign Affairs of Venezuela |
| U | 6/8/2022 | Note Verbale No. 7041/1206193 from the Embassy of Iran in Venezuela |
| V | N/A | Stipulation re Abdulaziz, et al. v. Metropolitan Dade County |
| W | 6/4/1982 | Motion to Dismiss filed in H.R.H Prince Turki Bin Abdulaziz, et al.. Vs.. Metropolitian Dade County, e. al., filed in USDC, Southern District of Florida, Case No.: 82-0422 |
| X | 6/14/1982 | Joint Response to Motion to Dismiss field by Plaintiffs in H.R.H Prince Turki Bin Abdulaziz, et al.. Vs.. Metropolitan Dade County, et. al., filed in USDC, Southern District of Florida, Case No.: 82-0422 |
| Y | 6/23/1982 | Supplement to Plaintiffs' Motion to Dismiss filed in H.R.H Prince Turki Bin Abdulaziz, et al.. Vs.. Metropolitan Dade County, et. al., filed in USDC, Southern District of Florida, Case No.: 82-0422 |
| Z | 11/30/1982 | Order Granting Motion to Dismiss in H.R.H Prince Turki Bin Abdulaziz, et al.. Vs. Metropolitian Dade County, et. al., filed in USDC, Southern District of Florida, Case No.: 82-0422 |
| AA | 4/20/1982 | Statement from Richard Gookin of Department of State re Abdulaziz |

<table>
<tr><td>Date: December 22, 2022</td><td>Respectfully submitted,<br><br>BAKER & HOSTETLER LLP<br><br>By: *Lindy K. Keown*<br>Lindy K. Keown (FL: 117888)<br>200 South Orange Avenue<br>Suite 2300<br>Orlando, Florida 32801<br>Tel: (407) 649-4000<br>lkeown@bakerlaw.com<br><br>David B. Rivkin, Jr. (*pro hac vice*)<br>Elizabeth Price Foley (FL: 92380)<br>Jonathan R. Barr (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Suite 1100<br>Washington, DC 20036<br>Tel: (202) 861-1500<br>drivkin@bakerlaw.com<br>efoley@bakerlaw.com<br>jbarr@bakerlaw.com<br><br>Jonathan B. New (*pro hac vice*)<br>45 Rockefeller Plaza<br>11th Floor<br>New York, New York 10111<br>Tel: (212) 589-4200<br>jnew@bakerlaw.com</td></tr>
</table>

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 22, 2022, I electronically served the foregoing to all counsel of record.

*s/Lindy K. Keown*
Lindy K. Keown