*[Emblem]*

*The Minister of Popular Power for*
*Foreign Relations*
*Of the Bolivarian Republic of Venezuela*

DEFENDANT EXHIBIT
CASE NO. 19-20450-CR-Scola
EXHIBIT NO. B

DM No. 000789

Caracas, 3rd June 2020

Your Excellency:

I am writing to you on behalf of the President of the Republic, Nicolás Maduro Moros, and myself, given the opportunity of conveying a fraternal greeting, which I request most strongly that it be extended to your Honourable Government, as well as to thank the permanent solidarity of the Islamic Republic of Iran to Venezuela, especially in these difficult circumstances of the Covid-19 pandemic that currently threatens humanity, as well as the criminal imperialist blockade that our peoples face.

In this sense, and as a development of the conversations held with you, I would like to inform you that on 12th June, citizen Alex Saab will travel to Tehran, in his capacity as Special Envoy of the Government of the Bolivarian Republic of Venezuela, with his arrival being scheduled for 13th June. I request that you facilitate procedures required for this purpose.

Likewise, we require your support for the co-ordination of the meetings that he will have to hold during his stay in Iran, especially those previously agreed with the Ministries of Health, Industry and Petroleum, for the acquisition of medicines, food and fuel required by Venezuela in the difficult current circumstances.

Your Excellency
**Hojjatollah Soltani**
**Ambassador of the Islamic Republic of Iran**
Caracas.-



[Emblem]

*The Minister of Popular Power for*
*Foreign Relations*
*Of the Bolivarian Republic of Venezuela*

    Most Honourable Ambassador, please receive this letter as a token of affection and commitment to continue developing diplomatic and economic relations between our countries, and that despite these unfortunate moments for humanity, let us continue to advance towards the construction of a fairer and more humane world, based on mutual respect and support among nations.

    As we renew our sentiments of friendship, I reiterate the assurances of my highest and most distinguished consideration.

*[Signature]*

Jorge Arreaza
Minister

[Stamp:]
BOLIVARIAN REPUBLIC OF VENEZUELA
[Emblem]
OFFICE OF THE MINISTER
Ministry of Popular Power for Foreign Relations





*El Ministro del Poder Popular para
Relaciones Exteriores
de la República Bolivariana de Venezuela*

DM N° 000789

Caracas, 03 de junio de 2020

Excelencia:

Me dirijo a usted en nombre del Presidente de la República, Nicolás Maduro Moros, y el mío propio, en la oportunidad de transmitirle un saludo fraterno, que ruego haga extensivo a su Honorable Gobierno, así como para agradecer la permanente solidaridad de la República Islámica de Irán hacia Venezuela, muy especialmente en las difíciles circunstancias de la pandemia de Covid-19 que actualmente amenaza a la humanidad, así como el criminal bloqueo imperialista que enfrentan nuestros pueblos.

En este sentido, y como desarrollo de las conversaciones sostenidas con Usted, quiero informarle que el próximo día 12 de junio viajará hacia Teherán el ciudadano Alex Saab, en su condición de Enviado Especial del Gobierno de la República Bolivariana de Venezuela, estando prevista su llegada para el día 13 de junio. Le ruego sean facilitados los trámites requeridos para tal fin.

Asimismo, requerimos su apoyo para la coordinación de las reuniones que deberá sostener durante su estancia en Irán, especialmente las previamente acordadas con los Ministerios de Salud, Industria y Petróleo, para la adquisición de medicamentos, alimentos y combustible requeridos por Venezuela en las difíciles circunstancias actuales.

Su Excelencia
**Hojjatollah Soltani**
**Embajador de la República Islámica de Irán**
Caracas.-





*El Ministro del Poder Popular para*
*Relaciones Exteriores*
*de la República Bolivariana de Venezuela*

Estimado embajador, reciba esta misiva como muestra de afecto y compromiso para seguir desarrollando las relaciones diplomáticas y económicas entre nuestros países, y que a pesar de estos momentos desafortunados para la humanidad, continuemos avanzando por la construcción de un mundo más justo y más humano, en base al respeto y apoyo mutuo entre las naciones

Al renovarle nuestros sentimientos de amistad, le reitero las seguridades de mi más alta y distinguida consideración.



Jorge Arreaza
Ministro




 Ministry of the Popular Power for Foreign Affairs    Office for Consular Affairs

No. C25G05Z22E00C05

## APOSTILLE
(Convention de la Haye du 5 octobre 1961)



| 1. Country: Venezuela | |
| --- | --- |
| This public document | |
| 2. has been signed by | **JORGE ALBERTO ARREAZA MONTSERRAT** |
| 3. acting in the capacity of | **MINISTER OF THE POPULAR POWER FOR EXTERNAL AFFAIRS** |
| 4. bears the seal/stamp of: | Ministry of the Popular Power for External Affairs |
| **Certified** | |
| 5. in CARACAS | 6. on 24-05-2022 |
| 7. By the Ministry of the Popular Power for Foreign Affairs | |
| 8. No.   C25G05Z22E00C05 | |
| 9. Seal/stamp:  [BOLIVARIAN REPUBLIC OF VENEZUELA / MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS / LEGALISATIONS DEPARTMENT] | 10. Signature    [*Illegible*]<br><br>**MARCO ANTONIO MAGALLANES GRILLET**<br>General Director of the Consular Affairs Office, as per Resolution No. 013 of 6 September 2021, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 42.206 of 06 September 2021 |

[BOLIVARIAN REPUBLIC OF VENEZUELA / MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS / LEGALISATIONS DEPARTMENT]

-------------------------------------------------------------------------------------------------------------------

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed this public document and where appropriate, the identity of the seal or stamp which the public documents bears. The Apostille does not certify the content of the document for which it was issued.
Date and time of issue: 24/05/2022 20:53:08
To validate the authenticity of this Apostille enter this code: Z6H1YYPPDTA in
http://consultalegalizacionesve.mppre.gob.ve
Document type: COMMUNICATION
Holder: Identification Number: G 200000023  **Name:** MINISTER OF THE POPULAR POWER FOR EXTERNAL AFFAIRS

-------------------------------------------------------------------------------------------------------------------

Mppre-06e0661sf9f0a79994845c0e91532f24b89900e2





15th June 2022

Dear Sirs,

**Re: Spanish into English Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English.

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,

**Emilie Forlacroix**
Project Manager

Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN