[emblem]

The People's Minister for
Foreign Affairs
of the Bolivarian Republic of Venezuela

**DEFENDANT EXHIBIT**
CASE NO. 19-20450-CR-Scola
EXHIBIT NO. E

Caracas, 13 June 2020

**DM** [Minister's Dispatch] No. 000810

Excellent Sir
**Luis Filipe Lopes Tavares**
**Minister for Foreign Affairs, Communities and Defence**
**of the Republic of Cape Verde**
Praia.-

Excellent Sir:

We again call your attention to the situation regarding the Venezuelan citizen Alex Nain SAAB MORÁN, born on 21 December 1971 and holder of Bolivarian Republic of Venezuela passport number 146601956, who was illegally arrested in Cape Verde yesterday.

I would like particularly to call your attention to the fact that the Government of the Bolivarian Republic of Venezuela has recommended Dr. Martha Rutsel, former General Counsel and Director of Legal Affairs of INTERPOL, along with his colleague, Maryna Pogibko, to give legal support in this matter.

The Bolivarian Republic of Venezuela is grateful to the distinguished Government of the Republic of Cape Verde for its cooperation and would like to count on its full support for Dr. Martha Rutsel in this mission.

As previously mentioned, Mr. Saab enjoys sovereign immunity, in accordance with international law, as a representative of the Government of the Bolivarian Republic of Venezuela.

Thanking you in advance for your valuable support and assistance in this regard, I remain, yours.

Faithfully,

[signature]

**Jorge Arreaza**
Minister

[oval stamp:] BOLIVARIAN REPUBLIC OF VENEZUELA [emblem] MINISTER'S DISPATCH The People's Minister for Foreign Affairs





*El Ministro del Poder Popular para*
*Relaciones Exteriores*
*de la República Bolivariana de Venezuela*

DM N° 000810

Caracas, 13 de junio de 2020

Excelentísimo Señor
**Luis Filipe Lopes Tavares**
**Ministro de Asuntos Exteriores, Comunidades y Defensa**
**de la República de Cabo Verde**
Praia.-

Excelencia:

Nuevamente distraigo su atención en relación con la situación del ciudadano venezolano Alex Nain SAAB MORÁN, nacido el 21 de diciembre de 1971 y titular del pasaporte de la República Bolivariana de Venezuela número 146601956, quien ha sido detenido ilegalmente en Cabo Verde el día de ayer.

Sobre este particular, elevo a su conocimiento que el Gobierno de la República Bolivariana de Venezuela ha encomendado a la Dra. Martha Rutsel, ex consejero general y director de asuntos legales de INTERPOL, junto con su colega Maryna Pogibko, para asistir legalmente en esta materia.

La República Bolivariana de Venezuela agradecerá altamente al distinguido Gobierno de la República de Cabo Verde la cooperación que sepa brindarles en el cumplimiento de su misión y asimismo solicita encarecidamente le sea proporcionado todo el apoyo necesario.

Como le he mencionado en correspondencia anterior, el Señor Saab goza de inmunidad soberana de acuerdo con el derecho internacional, en tanto que se desempeña como agente del Gobierno de la República Bolivariana de Venezuela.

Al agradecer de antemano su valioso apoyo y solidaridad en relación con esta solicitud, me valgo nuevamente de la ocasión para reiterar a Su Excelencia las seguridades de mi consideración más distinguida.

Atentamente,



Jorge Arreaza
Ministro





Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para Relaciones Exteriores | Oficina de Relaciones Consulares

No. I15S06X22U16406

# APOSTILLE
(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| 1. País: VENEZUELA<br>Country/Pays | |
| El presente documento público<br>The public document / Le présent acte public | |
| 2. ha sido firmado por<br>has been signed by<br>a été signé par | JORGE ALBERTO ARREAZA MONTSERRAT |
| 3. quien actúa en calidad de<br>acting in the capacity of<br>agissant en qualité de | MINISTRO DEL PODER POPULAR PARA RELACIONES EXTERIORES |
| 4. y está revestido del sello / timbre de<br>bears the seal / stamp of<br>est revêtu du sceau / timbre de | Ministerio del Poder Popular para Relaciones Exteriores |
| | Certificado<br>Certified / Attesté |
| 5. en CARACAS<br>at / a | 6. el día 15-06-2022<br>the / le |
| 7. Por Ministerio del Poder Popular para Relaciones Exteriores<br>by / par | |
| 8. Bajo el número I15S06X22U16406<br>Nº / sous nº | |
| 9. Sello / timbre:<br>Seal / stamp:<br>Sceau / timbre : | 10. Firma:<br>Signature:<br>Signature : |



**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
Director General de la Oficina de Relaciones Consulares, según Resolución Nro. 007 del 24 de mayo de 2022, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro. 42.388 del 31 de mayo de 2022.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
Fecha y hora de la emisión: 15/06/2022 12:35:26
Para validar la autenticidad de esta apostilla ingrese este código: 39H1YY3ZA6Y en http://consultalegalizacionve.mppre.gob.ve
Tipo de Documento: COMUNICACIÓN
**Titular:** Nro de Identificación: G 200000023 **Nombre:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES

---

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
Date and time of issue: 15/06/2022 12:35:26
To validate the authenticity of this Apostille enter this code: 39H1YY3ZA6Y in http://consultalegalizacionve.mppre.gob.ve
Document type: COMUNICACIÓN
**Holder:** Identification Number: G 200000023 **Name:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES

---

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
Date et heure d'émission: 15/06/2022 12:35:26
Pour valider l'authenticité de cette apostille, entrez ce code: 39H1YY3ZA6Y dans http://consultalegalizacionve.mppre.gob.ve
Type de document: COMUNICACIÓN
**Titulaire:** Numéro d'identification: G 200000023 **Prénom:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES



Mppre-39e4fd1408b506dd97297f79f88b849354eb5134



CERTIFIED TRANSLATION
28/06/2022
LANGUAGE REACH
REG.07635166

 Ministry of the Popular Power for Foreign Affairs    Office for Consular Affairs



No. I15S06X22U16406

## APOSTILLE
(Convention de la Haye du 5 octobre 1961)

| 1. Country: Venezuela | |
| --- | --- |
| This public document | |
| 2. has been signed by | **JORGE ALBERTO ARREAZA MONTSERRAT** |
| 3. acting in the capacity of | **MINISTER OF THE POPULAR POWER FOR EXTERNAL AFFAIRS** |
| 4. bears the seal/stamp of: | Ministry of the Popular Power for External Affairs |
| **Certified** | |
| 5. in CARACAS | 6. on 15-06-2022 |
| 7. By the Ministry of the Popular Power for Foreign Affairs | |
| 8. No. I15S06X22U16406 | |
| 9. Seal/stamp: *(BOLIVARIAN REPUBLIC OF VENEZUELA / MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS / LEGALISATIONS DEPARTMENT)* | 10. Signature    [*Illegible*] <br><br> **CHRISTIANS EDUARDO SANCHEZ OLOYOLA** <br> General Director of the Consular Affairs Office, as per Resolution No. 007 of 24 May 2022, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 42.388 of 31 May 2022 |

*(Seal: BOLIVARIAN REPUBLIC OF VENEZUELA / MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS / LEGALISATIONS DEPARTMENT)*

---

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed this public document and where appropriate, the identity of the seal or stamp which the public documents bears. The Apostille does not certify the content of the document for which it was issued.

**Date and time of issue**: 15/06/2022 12:35:26

To validate the authenticity of this Apostille enter this code: 39H1YY3ZA6Y in

http://consultalegalizacionesve.mppre.gob.ve

**Document type**: COMUNICACÍON

Holder: Identification Number: G 2000000023 **Name:** MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS

---

Mppre-39e4fd1408b506dd97297f79f88b849354eb5134





28th June 2022

Dear Sirs,

**Re: Spanish into English (UK) Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English (UK).

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English (UK) written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,

**Aniello Attianese**
Senior Account Manager





Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN