**DEFENDANT EXHIBIT**
CASE NO. 19-20450-CR-Scola
EXHIBIT NO. K

*[Emblem]*

*The Minister of Popular Power for*
*Foreign Affairs*
*Of the Bolivarian Republic of Venezuela*

DM No. 000323                                                                 Caracas, 19th March 2021

Your Excellence:

    Allow me to take this opportunity to greet you on behalf of the Bolivarian Republic of Venezuela and, at the same time, express to you that the State of Venezuela intends to exercise its diplomatic protection prerogatives and bring before the State of Cape Verde the case of one of its citizens, Mr. Alex Saab, who has been arbitrarily detained in his country since 12th June 2020, with the aim of his extradition to the United States of America.

    According to the judgment of the Court of Justice of the Economic Community of West African States (ECOWAS) dated 15th March 2021, the arrest and detention of Mr. Saab on 12th June at Amílcar Cabral airport, on the Island of Sal (Cape Verde), and his continued detention since that date, are illegitimate and arbitrary, and violate Mr. Saab's right to personal freedom guaranteed by Article 6 of the African Charter on Human and Peoples' Rights.

    This judgment, handed down by an international court, confirms that Mr. Saab's human rights have been and are being violated by the State of Cape Verde. The ECOWAS Court of Justice, whose authority and jurisdiction are fully recognized by Cape Verde, in addition to the payment of compensation for moral damage suffered, ordered the immediate release of Mr. Saab, as well as respect for his freedom of movement, and the termination of the execution of all extradition proceedings of Mr. Saab to the United States, also deemed incompatible with international law.

Your Excellency
**Dr. Rui Alberto de Figueiredo Soares**
**Deputy Prime Minister and Minister of Regional Integration, Minister of Foreign Affairs and Communities, and Minister of Defence of the Republic of Cape Verde**
Praia. -



*[Emblem]*

*The Minister of Popular Power for*
*Foreign Affairs*
*Of the Bolivarian Republic of Venezuela*

Excellency, inasmuch as an international court has determined that Mr. Saab was arrested and is being held by the State of Cape Verde, arbitrarily, in violation of international law, the State of Venezuela has an even greater right to take up the cause of its citizen, and to exercise diplomatic protection if necessary.

In the interest and for the sake of preserving the friendly relations that the State of Venezuela maintains with the State of Cape Verde, the State of Venezuela requests full collaboration of the State of Cape Verde to guarantee the absolute and total execution of the judgment of the Court of Justice of ECOWAS dated 15th March 2021; to guarantee, protect and take all necessary measures to ensure the protection of Mr. Saab's human rights, and that he is not subjected to any form of torture or ill-treatment.

Likewise, it also requests the State of Cape Verde to take all necessary measures to put an end to the violations found by the Court of Justice, in guaranteeing the full application of the judgment of the ECOWAS Court of Justice dated 15th March 2021, to release Mr. Saab and fully guarantee his freedom of movement, including his right to leave the territory of Cape Verde, and to cancel all extradition procedures that pertain to him.

Nonetheless, the State of Venezuela considers that the situation suffered by Mr. Saab, in violation of international law, deserves the greatest attention to promptly find an amicable solution that fully respects international law, international courtesy and preserves relations of friendship between the State of Venezuela and the State of Cape Verde.

Your Excellency, I take the propitious occasion to convey to you the assurances of my highest and most distinguished consideration.

*[Signature]*
Jorge Arreaza
Minister

*[Stamp – Bolivarian Republic of Venezuela*
*Office of the Minister*
*Ministry of Popular Power for Foreign Affairs]*





*El Ministro del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela*

DM N° 000323

Caracas, 19 de marzo de 2021

Excelencia:

Permítame aprovechar esta oportunidad para saludarlo en nombre de la República Bolivariana de Venezuela y, a la vez, expresarle que el Estado de Venezuela tiene la intención de ejercer sus prerrogativas de protección diplomática y llevar ante el Estado de Cabo Verde la causa de uno de sus nacionales, el Sr. Alex Saab, quien se encuentra detenido arbitrariamente en su país desde el 12 de junio de 2020, con vistas a su extradición a los Estados Unidos de América.

De acuerdo con la sentencia del Tribunal de Justicia de la Comunidad Económica de Estados de África Occidental (CEDEAO) del 15 de marzo de 2021, la detención y el arresto del Sr. Saab el 12 de junio en el aeropuerto Amílcar Cabral, Sal (Cabo Verde), y su continua detención desde esa fecha, son ilegítimos y arbitrarios, y violan el derecho del Sr. Saab a la libertad personal garantizado por el artículo 6 de la Carta Africana de Derechos Humanos y de los Pueblos.

Esta sentencia, dictada por un tribunal internacional, confirma que los derechos humanos del Sr. Saab han sido y están siendo violados por el Estado de Cabo Verde. El Tribunal de Justicia de la CEDEAO, cuya autoridad y jurisdicción son plenamente reconocidas por Cabo Verde, ordenó, además del pago de una indemnización por los daños morales sufridos, la inmediata puesta en libertad del Sr. Saab, así como el respeto de su libertad de circulación, y la interrupción de la ejecución de todos los procedimientos de extradición del Sr. Saab a los Estados Unidos, también juzgados incompatibles con el derecho internacional.

Excelentísimo señor
**Dr. Rui Alberto de Figueiredo Soares**
**Ministro Adjunto del Primer Ministro y de la Integración Regional, Ministro de Relaciones Exteriores y Comunidades, y Ministro de la Defensa de la República de Cabo Verde**
Praia. –

1





*El Ministro del Poder Popular para*
*Relaciones Exteriores*
*de la República Bolivariana de Venezuela*



Excelencia, por cuanto un tribunal internacional ha determinado que el Sr. Saab fue detenido y está retenido por el Estado de Cabo Verde, de manera arbitraria, en violación del derecho internacional, el Estado de Venezuela tiene aún más derecho a asumir la causa de su nacional, y a ejercer la protección diplomática si es necesario.

En aras de preservar las relaciones de amistad que el Estado de Venezuela mantiene con el Estado de Cabo Verde, el Estado de Venezuela solicita la plena colaboración del Estado de Cabo Verde para garantizar la absoluta y total ejecución de la sentencia del Tribunal de Justicia de la CEDEAO del 15 de marzo de 2021; para garantizar, proteger y tomar todas las medidas necesarias para asegurar la protección de los derechos humanos del Sr. Saab, y que no sea sometido a ninguna forma de tortura ni malos tratos.

Asimismo, también solicita al Estado de Cabo Verde que en garantía de la plena aplicación de la sentencia del Tribunal de Justicia de la CEDEAO del 15 de marzo de 2021, tome todas las medidas necesarias para poner fin a las violaciones constatadas por el Tribunal de Justicia de la CEDEAO, que libere al Sr. Saab y que garantice plenamente su libertad de circulación, incluido su derecho a salir del territorio de Cabo Verde, y que cancele todos los procedimientos de extradición que le conciernen.

En todo caso, el Estado de Venezuela considera que la situación sufrida por el Sr. Saab, en violación del derecho internacional, merece la mayor atención para encontrar prontamente una solución amistosa que respete plenamente el derecho internacional, la cortesía internacional y que preserve las relaciones de amistad entre el Estado de Venezuela y el Estado de Cabo Verde.

Excelencia, hago propicia la ocasión para transmitirle las seguridades de mi más alta y distinguida consideración.



Jorge Arreaza
Ministro







No. 515F06F22T16C06

## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| 1. País: Country/Pays | **VENEZUELA** |
| El presente documento público / The public document / Le présent acte public | |
| 2. ha sido firmado por / has been signed by / a été signé par | **JORGE ALBERTO ARREAZA MONTSERRAT** |
| 3. quien actúa en calidad de / acting in the capacity of / agissant en qualité de | **MINISTRO DEL PODER POPULAR PARA RELACIONES EXTERIORES** |
| 4. y está revestido del sello / timbre de / bears the seal / stamp of / est revêtu du sceau / timbre de | **Ministerio del Poder Popular para Relaciones Exteriores** |
| | **Certificado** Certified / Attesté |
| 5. en CARACAS at / a | 6. el día 15-06-2022 the / le |
| 7. Por Ministerio del Poder Popular para Relaciones Exteriores by / par | |
| 8. Bajo el número 515F06F22T16C06 Nº / sous nº | |
| 9. Sello / timbre: Seal / stamp: Sceau / timbre :  | 10. Firma: Signature: Signature : |

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
Director General de la Oficina de Relaciones Consulares, según Resolución Nro. 007 del 24 de mayo de 2022, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro. 42.388 del 31 de mayo de 2022.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
Fecha y hora de la emisión: 15/06/2022 12:42:47
Para validar la autenticidad de esta apostilla ingrese este código: 71H1YY3ZA94 en http://consultalegalizacionve.mppre.gob.ve
Tipo de Documento: COMUNICACIÓN
**Titular:** Nro de Identificación: G 200000023 **Nombre:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES

---

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
Date and time of issue: 15/06/2022 12:42:47
To validate the authenticity of this Apostille enter this code: 71H1YY3ZA94 in http://consultalegalizacionve.mppre.gob.ve
Document type: COMUNICACIÓN
**Holder:** Identification Number: G 200000023 **Name:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES

---

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
Date et heure d'émission: 15/06/2022 12:42:47
Pour valider l'authenticité de cette apostille, entrez ce code: 71H1YY3ZA94 dans http://consultalegalizacionve.mppre.gob.ve
Type de document: COMUNICACIÓN
**Titulaire:** Numéro d'identification: G 200000023 **Prénom:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES



Mppre-71b8755bd12565f7c6fc9534529f65fb0d0a73f6




 Ministry of the Popular Power for Foreign Affairs    Office for Consular Affairs

No. 515f06f22t16c06

## APOSTILLE
(Convention de la Haye du 5 octobre 1961)



| 1. Country: Venezuela | |
|---|---|
| This public document | |
| 2. has been signed by | **JORGE ALBERTO ARREAZA MONTSERRAT** |
| 3. acting in the capacity of | **MINISTER OF THE POPULAR POWER FOR EXTERNAL AFFAIRS** |
| 4. bears the seal/stamp of: | Ministry of the Popular Power for External Affairs |
| Certified | |
| 5. in CARACAS | 6. on 15-06-2022 |
| 7. By the Ministry of the Popular Power for Foreign Affairs | |
| 8. No.   515F06F22T16C06 | |
| 9. Seal/stamp: [BOLIVARIAN REPUBLIC OF VENEZUELA / MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS / LEGALISATIONS DEPARTMENT] | 10. Signature   [*Illegible*] |

[BOLIVARIAN REPUBLIC OF VENEZUELA / MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS / LEGALISATIONS DEPARTMENT]

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
General Director of the Consular Affairs Office, as per Resolution No. 007 of 24 May 2022, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 42.388 of 31 May 2022

---

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed this public document and where appropriate, the identity of the seal or stamp which the public documents bears. The Apostille does not certify the content of the document for which it was issued.
**Date and time of issue**: 15/06/2022 12:42:47
To validate the authenticity of this Apostille enter this code: 71H1YY3ZA94 in
http://consultalegalizacionesve.mppre.gob.ve
**Document type**: COMUNICACÍON
Holder: Identification Number: G 2000000023  **Name**: MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS

---

Mppre-71b8755bd12565f7c6fc9534529f65fb0d0a73f6





28th June 2022

Dear Sirs,

**Re: Spanish into English (UK) Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English (UK).

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English (UK) written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,





**Emilie Forlacroix**
Project Manager

