



DEFENDANT EXHIBIT
CASE NO. 19-20450-CR-Scola
EXHIBIT NO. L

*Embassy of the Islamic Republic of Iran*
*Dakar*

*In the Name of God the Merciful*

**No. 3584/05/AID**

**On: 12 May 2021**

The Embassy of the Islamic Republic of Iran in Dakar presents its compliments to the Minister of Foreign Affairs and Communities of the Republic of Cape Verde and following its verbal note No. **3436/01/AID dated 21st of January 2021, relating to the matter of Alex Saab**, has the honour to bring the following comments to your attention.

We again reaffirm that according to the information available, Mr. Alex Saab had been appointed Special Envoy of the Bolivarian Republic of Venezuela and had been tasked with sourcing the human resources necessary for the Venezuelan people and to negotiate with companies from the Islamic Republic of Iran in this regard. On this basis, he was expected to hold meetings and official engagements with the ministers of oil, industry and health of the Islamic Republic of Iran and to negotiate the purchase of legitimate and humanitarian items, particularly medicines, food and fuel. Consequently, he is considered by the Government of the Islamic Republic of Iran as an official figure and special envoy of the Bolivarian Republic of Venezuela.

Moreover, the embassy of the Islamic Republic of Iran in Venezuela sent an official note to the Venezuelan ministry of Foreign Affairs on 8 June 2020, before Mr. Saab's visit to Iran and then held working meetings with him from 13 to 16 June 2010, to pursue the matter of supplying food and medicines as immediate needs of Venezuela. The Venezuelan ministry of Foreign Affairs confirmed the receipt of the verbal note from the embassy of the Islamic Republic of Iran in Venezuela in this regard, on 8 June 2020. However, Mr. Saab was arrested on 12 June 2020 at the Island of Sal airport in the Republic of Cape Verde when his plane had stopped there for refuelling en route to Iran. He remains in detention awaiting his extradition to the United States of America.



*Embassy of the Islamic Republic of Iran*
*Dakar*

His detention continued despite the fact that on 15 March 2021, the Court of Justice of the Economic Community of West African States ordered Mr. Saab's release by the state of Cape Verde and the ending of all extradition processes and procedures. However, on 16 March 2021, the Supreme Court of Cape Verde, in request to an appeal application dated 14 January 2021 against extradition, decided to extradite Mr. Saab to the United States despite the binding nature of the order by the Court of Justice of the Economic Community of West African States.

The Islamic Republic of Iran is of the conviction that Mr. Saab, in his capacity as Special Envoy of the Venezuelan Government, was on a special mission and that the Iranian authorities were awaiting his arrival in Iran to initiate bilateral cooperation. In order to go about his mission, he only crossed the territory of Cape Verde for technical reasons as he was still in the process of pursuing his mission.

As a consequence, the arrest and detention of this person raises legal reserves and may legally question the international undertakings of the government of Cape Verde, including the fundamental principle of respect for the sovereign equality of States in accordance with article 2 (1) of the United Nations Charter. Owing to the fact that this act undermined international cooperation and relations, including the diplomatic relations between Iran and Venezuela and led to unfavourable fallout. It should be noted that the principle of the immunity of diplomatic agents and special agents constitutes one of the oldest rules of customary international law and has always been approved and implemented by various States, and its violation will constitute a serious obstacle to the advancement of international relations.

On the other hand, the government of Cape Verde, as a third country, is committed to respecting the privileges and immunities accruing to Mr. Saab in his capacity as a special envoy who was performing his special mission, in accordance with conventional and customary international law. It should be recalled that pursuant to international law, third countries must grant and respect the necessary immunities to the movement of a special agent or members of a diplomatic delegation as well as to the members of their families during their departure to the place of their mission or when they are returning to their own country.



*Embassy of the Islamic Republic of Iran*
*Dakar*

---

The Islamic Republic of Iran wishes to express its profound concern in the face of the consequences of the violation of the fundamental principles of public international law and those of interference in the bilateral relations between Iran and Venezuela and demands that all the necessary measures are taken to put an end to Mr. Saab's detention and that respecting Mr. Saab's immunity as a Special Envoy, he is allowed to pursue, without interruption, he journey as a Special Envoy of the Venezuelan government. It also demands the ending of the proceedings pertaining to his extradition to the United States, which is contrary to international law and to the spirit of international relations.

The Embassy of the Islamic Republic of Iran in Dakar thanks the Ministry of Foreign Affairs and Communities of the Republic of Cape Verde in advance of its kind cooperation and takes this opportunity to reiterate its warm wishes and best regards.

MINISTRY OF FOREIGN AFFAIRS
AND COMMUNICITES
OF THE REPUBLIC OF CAPE VERDE
PRAIA

[Circular stamp]

[Emblem]

Embassy of the Islamic Republic of Iran

Dakar



*Embassy of the Islamic Republic of Iran*
*Dakar*

---

*In the Name of God the Merciful*

**No. 3588/05/AID**

**On: 12 May 2021**

     **The Embassy of the Islamic Republic of Iran in Dakar** hereby presents its best wishes to the Embassy of the Republic of Cape Verde in Dakar and has the honour to attach Note No. 3584/05/AID dated 12 May 2021, in relation to the status of **Mr. Alex Saab, Special Envoy of the Bolivarian Republic of Venezuela and considered by the Government of the Islamic Republic of Iran as an official figure and special envoy of the Bolivarian Republic of Venezuela.**

     In asking it to forward the above-mentioned note to the Ministry of Foreign Affairs and Communities of the Republic of Cape Verde, the Embassy of the Islamic Republic of Iran in Dakar takes this opportunity to reiterate its warm wishes and best regards to the Embassy of the Republic of Cape Verde in Dakar.

[Circular stamp]

[Emblem]

Embassy of the Islamic Republic of Iran

EMBASSY
OF THE REPUBLIC OF CAPE VERDE
DAKAR




## Ambassade de la République Islamique d'Iran
### Dakar

*Au Nom de Dieu Clément et Miséricordieux*

N°  3584/05/AID

Le : 12 Mai 2021

L'ambassade de la République islamique d'Iran à Dakar, présente ses compliments au ministère des Affaires étrangères et des Communautés de la République du Cabo Verde, et suite à sa note verbale n° **3436/01/AID en date du 21 Janvier 2021, relative à l'Affaire d'Alex Saab**, a l'honneur de porter à sa connaissance les remarques suivantes :

On réaffirme de nouveau que, selon les informations disponibles, M. Alex Saab avait été nommé Envoyé spécial du Gouvernement de la République Bolivarienne du Venezuela et avait été chargé de trouver les ressources humaines nécessaires pour le gouvernement et le peuple vénézuéliens et de négocier avec les entreprises de la République islamique d'Iran à cet égard. Sur cette base, il était censé avoir des réunions et des rencontres officielles avec les ministres du pétrole, de l'industrie et de la santé de la République islamique d'Iran et de négocier à propos de l'achat des articles légitimes et humanitaires, notamment des médicaments, de la nourriture et du carburant. Par conséquent, il est considéré par le Gouvernement de la République islamique d'Iran comme une figure officielle et envoyé spécial de la République Bolivarienne du Venezuela.

En outre, l'ambassade de la République islamique d'Iran au Venezuela a envoyé une note officielle au ministère vénézuélien des Affaires étrangères le 8 juin 2020, avant la visite de M. Saab en Iran et ensuite a entretenu des réunions de travail avec celui-ci, du 13 au 16 juin 2020, pour la poursuite de l'affaire de ravitaillement des nourritures et des médicaments comme besoins immédiats du Venezuela. Le ministère Vénézuélien des Affaires étrangères a confirmé la réception d'une note verbale de l'ambassade de la République islamique d'Iran au Venezuela à cet égard, le 8 juin 2020.

Cependant, M. Saab a été arrêté le 12 juin 2020 à l'aéroport de l'île de Sal de la République du Cabo Verde lorsque son avion s'est arrêté pour mettre de l'essence en route vers l'Iran. Il est toujours en détention dans l'attente de son extradition vers les États-Unis.



## Ambassade de la République Islamique d'Iran
## Dakar

Sa détention s'est poursuivie alors que, le 15 mars 2021, la Cour de justice de la Communauté économique des Etats d'Afrique de l'Ouest a décrété la libération de M. Saab par l'Etat de Cabo Verde et la cessation de toutes les procédures et processus d'extradition. Cependant, le 16 mars 2021, la Cour suprême du Cabo Verde en réponse à la demande d'appel daté du 14 janvier 2021 contre l'extradition, a décidé d'extrader M. Saab aux Etats Unis malgré la nature obligatoire du décret de la Cour de justice de la Communauté économique des Etats d'Afrique de l'Ouest.

La République islamique d'Iran est de cette conviction que M. Saab, en tant qu'Envoyé spécial du Gouvernement vénézuélien, était en mission spéciale et que les autorités iraniennes attendaient son arrivée en Iran pour faire réaliser des coopérations bilatérales. Afin de mener à bien sa mission, il n'a traversé le territoire du Cabo Verde que pour des raisons techniques alors qu'il était encore en train de poursuivre sa mission.

En conséquence, l'arrestation et la détention de ladite personne disposent des réserves juridiques et peuvent mettre en défi juridique les engagements internationaux du gouvernement du Cabo Verde, y compris le principe fondamental du respect à l'égalité souveraine des Etats conformément à l'article 2 (1) de la Charte des Nations Unies ; Parce que cet acte a porté atteinte aux coopérations et relations internationales, y compris les relations diplomatiques entre l'Iran et le Venezuela, et y a eu des impacts défavorables. Il convient de noter que le principe de l'immunité des agents diplomatiques et des envoyés spéciaux constitue l'une des plus anciennes règles du droit international coutumier et a toujours été approuvé et mis en œuvre par divers Etats, et sa violation constituera un sérieux obstacle à l'avancement des relations internationales.

D'autre part, le gouvernement du Cabo Verde, en tant que pays tiers, est engagé à respecter les privilèges et immunités relevant à M. Saab en sa qualité d'envoyé spécial qui était dans l'accomplissement de sa mission spéciale, conformément aux règles du droit international conventionnel et coutumier. Il convient de rappeler qu'en vertu du droit international, les pays tiers doivent accorder et respecter les immunités nécessaires au passage d'un agent spécial ou des membres d'une délégation diplomatique ainsi que des membres de leurs familles lors de leur départ vers le lieu de leur mission ou lorsqu'ils sont en retour vers leur propre pays .

La République islamique d'Iran exprime sa profonde préoccupation face aux conséquences de la violation des principes fondamentaux du droit international public et celles de l'ingérence dans les relations bilatérales entre l'Iran et le



## Ambassade de la République Islamique d'Iran
### Dakar

Venezuela, et demande que toutes les mesures nécessaires soient prises pour mettre fin à la détention de M. Saab et que tout en respectant l'immunité de M. Saab, en tant qu'Envoyé spécial, il soit autorisé à poursuivre, sans interruption, son voyage en tant qu'Envoyé spécial du Gouvernement vénézuélien. Il demande également la mise à terme du processus de son extradition vers les États-Unis, qui est contraire au droit international et à l'esprit des relations internationales.

L'Ambassade de la République Islamique d'Iran à Dakar remercie d'avance le ministère des Affaires Etrangères et des Communautés de la République du Cabo Verde de son aimable coopération et saisit cette occasion pour lui renouveler les assurances de sa haute considération.

MINISTERE DES AFFAIRES ETRANGERES
ET DES COMMUNAUTES
DE LA REPUBLIQUE DU CABO VERDE
PRAIA



## Ambassade de la République Islamique d'Iran
## Dakar

*Au Nom de Dieu Clément et Miséricordieux*

N° 3588/05/AID

Le : 12 Mai 2021

L'Ambassade de la République Islamique d'Iran à Dakar présente ses compliments à **l'Ambassade de la République du Cabo Verde à Dakar**, et a l'honneur de lui faire parvenir ci-joint la note n° 3584/05/AID en date du 12 Mai 2021, relative au statut de **M. Alex Saab, Envoyé spécial du Gouvernement bolivarien du Venezuela et considéré comme une figure officielle par le Gouvernement de la République Islamique d'Iran.**

Lui demandant de bien vouloir transmettre ladite note au Ministère des Affaires Etrangères et des Communautés de la République du Cabo Verde, l'Ambassade de la République Islamique d'Iran à Dakar saisit cette occasion pour renouveler à l'Ambassade de la République du Cabo Verde à Dakar, les assurances de sa très haute considération. M.D.

AMBASSADE
DE LA REPUBLIQUE DU CABO VERDE
DAKAR