

16th September 2021

Dear Sirs,

**Re: Spanish into English (UK) Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English (UK).

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English (UK) written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,






**Hidaya Warsame**
Senior Account Manager

Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN

[*Illegible logo*]

*The Minister of the Popular Power for*
     *Foreign Affairs*
*Of the Bolivarian Republic of Venezuela*

000099                                          Caracas, 14 September 2021

**His Excellency,**
**Dr. Rai Alberto de Figueiredo Soares**
**Ministry of Foreign Affairs, Communities**
**and Regional Integration**
**Republic of Cape Verde,**
**Praia. –**

*I would like to take this opportunity to greet you on behalf of the Bolivarian Republic of Venezuela and, at the same time, bring to your knowledge the fact that today, 14 September 2021, the Delegation of the Venezuelan Government at the process of integral and incremental dialogue and negotiation, which opened on 13 August 2021 in Mexico City in the United States of Mexico, a Memorandum of Understanding was signed between the Bolivarian Republic of Venezuela and the Unitary Platform of Venezuela, informed national and international public opinion that the Alternate Permanent Representative and Ambassador to the African Union (AU) based in Addis Ababa (Ethiopia), Alex Nain Saab Morán has been included as a full member of the Venezuelan Delegation in the aforementioned process of dialogue.*

*Similarly, Ambassador Saab Morán is a member of the National Round Table on Social Care, contained in the Partial Agreement for the Social Protection of the Venezuelan People, signed in the City of Mexico, on 06 September 20201, with the support of the Russian Federation and the Kingdom of the Netherlands.*



*In this sense, the Plenipotentiary Envoy of the Government of the Bolivarian Republic of Venezuela, Deputy Dr. Jorge Rodriguez Gómez, Speaker of the National Assembly (Legislative Power), has reported on the decision to include the Venezuelan diplomat in the conversations at which the lawyer Gerardo Blyde is also participating representing the Platform which represents the Venezuelan opposition, as well as Mr. Halvor Nylander, Head of the Delegation of the Kingdom of Norway, in his capacity as Facilitator.*

*I would take this opportunity to convey to you my highest regards.*

***Felix Plasencia Gonzalez***
*Minister*

Bolivarian Republic of Venezuela

OFFICE OF THE MINISTER

Ministry of the Popular Power of Foreign Affairs





*El Ministro del Poder Popular para*
*Relaciones Exteriores*
*de la República Bolivariana de Venezuela*

000099                    Caracas, 14 de septiembre de 2021

Excelentísimo señor
**Dr. Rui Alberto de Figueiredo Soares**
**Ministro de Negocios Extranjeros, Comunidades**
**e Integración Regional**
**República de Cabo Verde**
Praia. –

Permítame aprovechar esta oportunidad para saludarlo en nombre de la República Bolivariana de Venezuela y, a la vez, hacer de su conocimiento que el día de hoy, 14 de septiembre de 2021, la Delegación del Gobierno Nacional Venezolano en el proceso de diálogo y negociación integral e incremental instalado el 13 de agosto de 2021 en Ciudad de México, Estados Unidos Mexicanos, día en el que se suscribió un Memorando de Entendimiento entre el Gobierno de la República Bolivariana de Venezuela y la Plataforma Unitaria de Venezuela, ha informado a la opinión pública nacional e internacional que el Embajador Representante Permanente Alterno ante la Unión Africana (UA) con sede en Addis Abeba (Etiopía), Alex Nain Saab Morán, ha sido incorporado como miembro pleno de la Delegación Venezolana en el citado proceso de diálogo.

De igual manera, el Embajador Saab Morán es miembro en la Mesa Nacional de Atención Social, contenida en el Acuerdo Parcial para la Protección Social del Pueblo Venezolano, suscrito en Ciudad de México, el 06 septiembre de 2021, con el acompañamiento de la Federación de Rusia y del Reino de los Países Bajos.



En este sentido, el Enviado Plenipotenciario del Gobierno de la República Bolivariana de Venezuela, Diputado Dr. Jorge Rodríguez Gómez, Presidente de la Asamblea Nacional (Poder Legislativo), ha informado sobre la decisión de incorporar al diplomático venezolano en las conversaciones donde también participan el abogado Gerardo Blyde, en representación de la Plataforma que representa a las oposiciones venezolanas, así como el señor Dag Halvor Nylander, Jefe de Delegación del Reino de Noruega, en su condición de facilitador.

Excelencia, hago propicia la ocasión para transmitirle las seguridades de mi más alta y distinguida consideración.

Félix Plasencia González
Ministro

