DEFENDANT EXHIBIT
CASE NO. 19-20450-CR-Scola
EXHIBIT NO. V

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA v. ALEX NAIN SAAB MORAN, *et al.*, Defendants. | Case No. 19-20450-CR-Scola |
|---|---|

**STIPULATION REGARDING CERTAIN COURT FILINGS IN ABDULAZIZ, ET AL. v. METROPOLITAN DADE COUNTY, ET AL., S.D. FLA. CASE NO. 82-CV-00422.**

The United States of America (the "Government") and Defendant Alex Nain Saab Moran ("Defendant" or "Mr. Saab"), pursuant to Local Rule 88.10(n), by and through their undersigned counsel, hereby agree and stipulate to the matters set forth below in advance of the evidentiary hearing regarding diplomatic immunity (scheduled to begin on December 12, 2022):

1. Each of the documents identified in the list below this paragraph is a fair and accurate copy of court filings in *Abdulaziz, et al. v. Metropolitan Dade County, et al.,* S.D. Fla. Case No. 82-cv-00422 that were obtained from the National Archives and Record Administration. These documents meet the requirements for identification or authentication under Rules 901(b)(4) and (7), and 902(1), (4) (10) of the Federal Rules of Evidence.

| Exhibit # | Date | Description |
|---|---|---|
| DEF 23 | 6/4/1982 | Motion to Dismiss filed in *H.R.H Prince Turki Bin Abdulaziz, et al. v. Metropolitian Dade County, et. al.,* filed in USDC, Southern District of Florida, Case No.: 82-0422 |
| DEF 24 | 6/14/1982 | Joint Response to Motion to Dismiss field by *Plaintiffs in H.R.H Prince Turki Bin Abdulaziz, et al. v. Metropolitian Dade County, et. al.*, filed in USDC, Southern District of Florida, Case No.: 82-0422 |
| DEF 25 | 6/23/1982 | Supplement to Plaintiffs' Motion to Dismiss filed in *H.R.H Prince Turki Bin Abdulaziz, et al. v. Metropolitian Dade County, et. al.*, filed in USDC, Southern District of Florida, Case No.: 82-0422 |

| Exhibit # | Date | Description |
|---|---|---|
| DEF 26 | 11/30/1982 | Order Granting Motion to Dismiss in *H.R.H Prince Turki Bin Abdulaziz, et al. v. Metropolitian Dade County, et. al.,* filed in USDC, Southern District of Florida, Case No.: 82-0422 |
| DEF 27 | 4/20/1982 | Statement from Richard Gookin of Department of State re Abdulaziz (filed as attachment to DEF 23) |

2. The Parties reserve the right to object to the admissibility of these documents under any other grounds permitted by law and not expressly addressed herein.

Dated: December 8, 2022

Baker & Hostetler LLP

/s/ *Lindy K. Keown*
Lindy K. Keown (FL: 117888)
200 South Orange Avenue
Suite 2300
Orlando, Florida 32801
Tel: (407) 649-4000
lkeown@bakerlaw.com

/s/ *David B. Rivkin, Jr.*
David B. Rivkin, Jr. (*pro hac vice*)
Elizabeth Price Foley (FL: 92380)
Jonathan R. Barr (*pro hac vice*)
Lee A. Casey (*pro hac vice*)
Richard Raile (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
drivkin@bakerlaw.com
efoley@bakerlaw.com
jbarr@bakerlaw.com
lcasey@bakerlaw.com
rraile@bakerlaw.com

Jonathan B. New (*pro hac vice*)
45 Rockefeller Plaza
11th Floor
New York, New York 10111
Tel: (212) 589-4200
jnew@bakerlaw.com

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

/s/ *Alexander Kramer*
Assistant U.S. Attorney
Court ID No. A5501535
99 N.E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9008
Kurt.Lunkenheimer@usdoj.gov

GLENN S. LEON
CHIEF, FRAUD SECTION
Criminal Division
U.S. Department of Justice

Alexander Kramer
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
Court ID No. A5502240
1400 New York Ave. NW
Washington, DC 20005
TEL (202) 768-1919
alexander.kramer@usdoj.gov