No. 82/8520

# United States of America



## DEPARTMENT OF STATE

DEFENDANT EXHIBIT

CASE NO. 19-20450-CR-Scola

EXHIBIT NO. AA

To all to whom these presents shall come, Greeting:

I Certify That ------Richard Gookin--------,

whose name is subscribed to the document hereunto annexed, was at the time of subscribing the same------Associate Chief of Protocol------- ----------- ------------------------------, Department of State, United States America, and that full faith and credit are due to his acts as such.

In testimony whereof, I, Alexander M. Haig, Jr., Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Authentication Officer of the said Department, at the city of Washington, in the District of Columbia, this twentieth day of April, 1982.

Alexander M. Haig Jr
Secretary of State.

By Annie R. Maddus
Authentication Officer, Department of State.

This certificate is not valid if it is removed or altered in any way whatsoever

EXHIBIT "A" 465

TO WHOM IT MAY CONCERN:

This is to certify that I, Richard Gookin, Associate Chief of Protocol of the United States Department of State, am responsible for registering and maintaining the official records of diplomatic and consular officers and other employees of foreign governments in the United States and its territories.

The official records of the Department of State indicate that His Royal Highness Prince Turki Bin Abdulaziz was duly notified to the Department of State as Special Envoy for matters concerning the Government of Saudi Arabia. The date of the notification from the Embassy of Saudi Arabia was April 1, 1982.

Pursuant to Public Law 95-393, the Diplomatic Relations Act (92 Stat. 808; Sections 254a-254e, Title 22, United States Code), His Royal Highness Prince Turki Bin Abdulaziz is entitled to diplomatic immunity as defined by Article 31 of the Vienna Convention on Diplomatic Relations (23 USTS 3227; TIAS 7502; 500 UNTS 95).

Richard Gookin
Associate Chief of Protocol

Department of State,
    Washington, April 20, 1982.

466