IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff | Case No. 19-20450-CR-Scola |
| v. | |
| ALEX NAIN SAAB MORAN, | |
| Defendant. | |

**DEFENDANT ALEX NAIN SAAB MORAN'S**
**NOTICE OF FILING ADMITTED EXHIBITS**

Defendant Alex Nain Saab Moran, pursuant to the Clerk's Notice of Policy re Electronic Submission of Exhibits (ECF No. 185), submits his as-admitted Defense Exhibits AB-AZ from the evidentiary hearing on the Motion to Dismiss the Indictment (ECF No. 147).

| Def Ex. | DATE | DESCRIPTION |
|---|---|---|
| AB | N/A | Stipulation - Discovery Production |
| AC | 4/14/2020 | Central Bank of Venezuela authorization to export |
| AD | 4/14/2020 | Central Bank of Venezuela authorization to export - Translated |
| AE | 4/14/2020 | Receipt of delivery of $53M in gold |
| AF | 4/14/2020 | Receipt of delivery of $53M in gold - Translated |
| AG | 5/1/2020 | May 2020 OSINT Report - Iranian Incursion Into Venezuela |
| AH1 | 5/8/2020 | Email regarding Saab |
| AI | 6/1/2020 | Letter No. 000101 from the Executive Vice-President of Venezuela |

---

1 Pursuant to the Protective order (ECF No. 76), Mr. Saab is filing redacted versions of Defense Exhibits AH, AN, AO, AP, AR, and AS and will file unredacted version under seal.

| AJ | 6/1/2020 | Letter No. 000106 from the Executive Vice-President of Venezuela Delcy Rodriguez Gómez |
| AK | 6/1/2020 | Letter No.000101 from the Executive Vice-President of Venezuela and Letter No. 0000106- Translated |
| AL | 6/11/2020 | Letter from Nicolas Maduro addressed to Ayatollah Ali Khamenei, Supreme Leader of the Iran |
| AM | 6/11/2020 | Letter from Nicolas Maduro addressed to Ayatollah Ali Khamenei, Supreme Leader of the Iran - Translated |
| AN | 6/11/2020 | Email regarding negotiations |
| AO | 6/14/2020 | Email regarding Saab Passport |
| AP | 12/16/2020 | Email re journalist questions |
| AQ | 2/9/2021 | Letter from US State Department to Maria de los Angeles Lunque Colmenares |
| AR | 3/4/2021 | Email re Saab Question |
| AS | 9/7/2021 | Email re Cabo Verde: Alex Saab extradition |
| AT | 6/1/2020 | Photos of Special Envoy Letters issued by Venezuela and addressed to senior government officials of Iran |
| AU | 6/1/2020 | Letter from Delcy Rodriguez Gomez to Kazam Khavazi |
| AV | 6/1/2020 | Letter from Delcy Rodriguez Gomez to Sadegh Kharazi |
| AW | 6/11/2020 | Letter from Nicolas Maduro to Supreme Leader of the Islamic Republic of Iran, Ayatola Ali Jamenei |
|  |  | (AX was withdrawn) |
| AY | N/A | Photographs of brown folder |
| AZ | N/A | Passport Certification for Saab Moran |

Date: December 22, 2022

Respectfully submitted,

BAKER & HOSTETLER LLP

By: *Lindy K. Keown*
Lindy K. Keown (FL: 117888)
200 South Orange Avenue

Suite 2300
Orlando, Florida 32801
Tel: (407) 649-4000
lkeown@bakerlaw.com

David B. Rivkin, Jr. (*pro hac vice*)
Elizabeth Price Foley (FL: 92380)
Jonathan R. Barr (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
drivkin@bakerlaw.com
efoley@bakerlaw.com
jbarr@bakerlaw.com

Jonathan B. New (*pro hac vice*)
45 Rockefeller Plaza
11th Floor
New York, New York 10111
Tel: (212) 589-4200
jnew@bakerlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 22, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Lindy K. Keown*
Lindy K. Keown