

# AUTORIZACIÓN PARA EXPORTAR ORO EN BARRAS

| SOLO PARA USO DEL BCV | |
| --- | --- |
| No. : | 2020-009 |
| FECHA: | 14/04/2020 |

El Banco Central de Venezuela, de conformidad con lo previsto en los artículos 7, numeral 12, y 138 del Decreto con Rango, Valor y Fuerza de Ley del Banco Central de Venezuela, y considerando lo dispuesto en el artículo 31 del Decreto con Rango, Valor y Fuerza de Ley Orgánica que Reserva al Estado las Actividades de Exploración y Explotación del Oro y demás Minerales Estratégicos, en concordancia con el artículo 55 del Convenio Cambiario N° 1 del 21 de agosto de 2018, por medio de la presente declara que autoriza a PETRÓLEOS DE VENEZUELA, S.A. (PDVSA), para realizar en un (1) embarque, la exportación de OCHENTA (80) barras de oro, equivalentes a MIL UNO CON SIETE MIL DOSCIENTOS SETENTA Y SEIS diezmilésimas de kilogramos (kg 1.001,7276) de oro fino y con ley ponderada de 997,8 partes de oro fino por 1000, según solicitud formulada por PETRÓLEOS DE VENEZUELA, S.A. (PDVSA) en comunicación N°VPF-COM-2020-051, de fecha 13 de abril de 2020, cuyos seriales de barras se identifican a continuación:

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| TE37005 | TE30471 | TE45299 | TB38064 | TE26561 | TB29258 | TB11045 |
| TE30522 | TE30546 | TE30473 | TB30400 | TE26560 | TB30034 | TB11222 |
| TE30474 | TE30542 | TA00509 | TB38065 | TE27014 | TB19973 | TB29386 |
| TE30545 | TE30496 | TB30390 | TB30388 | TE27021 | SW03385 | TB11154 |
| TE45305 | TE30544 | TB38087 | TE30469 | TB38069 | TB11157 | TB29253 |
| TE45296 | TE30500 | TE30456 | TE30448 | TE10005 | TB11070 | TB11105 |
| TE45304 | TE30549 | TB38063 | TB29384 | TE30468 | TB29268 | TE36618 |
| TE45303 | TE30548 | TB38088 | TE30467 | TB38068 | TB29251 | TE67961 |
| TE30470 | TE26601 | TB38066 | TE30446 | TB31532 | SW03398 | |
| TE33254 | TB38067 | TB31764 | TE30445 | TE30449 | SW03374 | |
| TE45187 | TB38070 | TE30450 | TE26568 | TE30466 | TB18580 | |
| TE30475 | TB38090 | TE30472 | TE27019 | TB29266 | TB18576 | |

Esta autorización tiene vigencia de 45 días calendarios consecutivos, a partir del 14/04/2020 hasta el 28/05/2020.

**La presente autorización versa sobre la operación de exportación que se indica en la misma no prejuzgando en torno al cumplimiento de las normas de orden legal y de orden sublegal dictadas por las autoridades competentes, en materia del tráfico internacional del oro.**

NOTA   El exportador se obliga a consignar ante el Banco Central de Venezuela, copia de la declaración de aduana de la que emane la exportación aquí autorizada, dentro de los treinta (30) días hábiles bancarios siguientes a la realización de la misma. Queda expresamente entendido que la exportación aquí autorizada tiene lugar en virtud de la liquidación de solicitudes de adquisición de divisas realizada a favor del Fondo de Desarrollo Nacional, S.A. (FONDEN) conforme a la normativa cambiaria vigente, no comportando para el exportador obligación de venta de divisas producto de dicha actividad exportadora.

**FIRMAS AUTORIZADAS**
VICEPRESIDENTA DE OPERACIONES
INTERNACIONALES / COORDINACION DE
OPERACIONES CON ORO MERCADO INTERNO

**FIRMA FUNCIONARIO DE ADUANA**

La presente autorización se extiende en CUATRIPLICADO, un original corresponderá al Exportador y los otros tres (3) al BCV, al Fondo de Desarrollo Nacional y al Servicio Nacional Integrado de Administración Aduanera y Tributaria (SENIAT).

DEFENDANT
EXHIBIT

CASE
NO.   19-20450-CR-Scola

EXHIBIT
NO.   AC