



DEFENDANT EXHIBIT
CASE NO. 19-20450-CR-Scola
EXHIBIT NO. AE

# ACTA DE ENTREGA

El día de hoy 14 de abril de 2020, en las instalaciones del Aeropuerto de Maiquetía, S.A., a las 11:30 a.m., se encuentran presentes el Presidente de Bariven y autorizado para la exportación por parte de PDVSA, Oscar Dávila Rondón, titular de la C.I.V-12.350.175 **(quien recibe)** por una parte y por la otra Saúl López, titular de la cédula de identidad V-16.551.209; Gerente Corporativo de Tesorería **(quien entrega)**, para hacer acto de entrega de 80 barras de oro con las siguientes características:

| Peso Fino Kg. / Fine Gold Kg. | Equivalente USD |
|---|---|
| Kg. 1.001,7276 | USD 53.542.951,51 |

Ello para que se constituya como colateral la operación de "adquisición y suministro de gasolina 91 (calidad Euro 5) entre Petróleos de Venezuela S.A. y la compañía nacional de Petróleos de Irán por cinco millones de barriles de gasolina con las mencionadas características.

Entrega
Saúl López
Gerente Corporativo de Tesorería

Reciben
Oscar Dávila Rondón
Presidente de Bariven

PETROLEOS DE VENEZUELA, S.A.
Avenida Libertador, edificio Petróleos de Venezuela, Torre Este, La Campiña. Apartado postal 169. Caracas 1010-A, Venezuela
Teléfonos: (0212) 708 4111  Fax: (02) 708 4661 / 708 4662  www.pdvsa.com