SBU -LAW ENFORCEMENT

**From:** ████████████ ████████████
**Sent:** Thursday, June 11, 2020 2:38 PM
**To:** ████████████
**Cc:** (U) ████████ ████████████████; ████████████████████
**Subject:** Re: ████████

Adding ████.

On Jun 11, 2020, at 2:37 PM, ████████ ████████████ wrote:

How are the negotiations going? I ask because Sec. Pompeo wants to talk about Alex Saab, who is brokering the Iran/VZ deals, next week at the podium. ████████████████████████

**DEFENDANT EXHIBIT**

CASE
NO.  __19-20450-CR-Scola__

EXHIBIT
NO. ____**AN**____