To: ▮▮▮ (CRM) ▮▮▮
From: ▮▮▮ (CRM) ▮▮▮
Sent: Thur 3/4/2021 7:28:23 PM (UTC)
Subject: RE: Saab question

Ok, thanks!

▮▮▮
DOJ/OIA
▮▮▮

From: ▮▮▮ (CRM) ▮▮▮
Sent: Thursday, March 4, 2021 2:28 PM
To: ▮▮▮ (CRM) ▮▮▮
Subject: Re: Saab question

I don't believe we had any definite information that he was going to claim any immunity when passing through Algeria

On Mar 4, 2021, at 10:47 AM, ▮▮▮ (CRM) <▮▮▮> wrote:

▮▮▮, do you recall, when we thought Saab would transit through Algeria, whether he may have been under any claimed immunity during the transit? I don't think so, but he is now claiming he had immunity while on the plane and on transit through CV? Maybe it would have been on a flight manifest?

This is a bit of a shot in the dark, but wanted to see if that sounded familiar.

Thanks
▮▮

▮▮▮
Associate Director for Asia | Pacific | Africa | Middle East Affairs
U.S. Department of Justice, Office of International Affairs
▮▮▮

DEFENDANT EXHIBIT
CASE NO. 19-20450-CR-Scola
EXHIBIT NO. AR