**DEFENDANT EXHIBIT**
CASE NO. 19-20450-CR-Scola
EXHIBIT NO. AS

**From:** ▇
**Sent:** Tue, 7 Sep 2021 21:58:14 +0000
**To:** ▇
**Subject:** Re: Cabo Verde: Alex Saab extradition

---

**From:** ▇
**Sent:** Tuesday, September 7, 2021 5:47 PM
**To:** ▇
**Subject:** RE: Cabo Verde: Alex Saab extradition

On July 25, 2019, Saab was indicted for his alleged role in laundering the proceeds of violations of the Foreign Corrupt Practices Act (FCPA) in connection with a scheme to pay bribes to take advantage of Venezuela's government-controlled exchange rate.

Cabo Verdean authorities arrested Alex Saab on the night of June 12, 2020, in response to an Interpol Red Notice. His plane was refueling in Cabo Verde – I believe on its way to Iran to meet with officials on behalf of the Maduro regime. The USG has worked closely with CV for months as Saab has vigorously fought extradition to the United States, and this has been a high-profile and resource-intensive case.

SENSITIVE BUT UNCLASSIFIED



