

Case 1:19-cr-20450-RNS Document 194-23 Entered on FLSD Docket 10/27/2022 Page 2 of 3

