

02nd December 2022

Dear Sirs,

**Re: Spanish into English Certified Translation - LR-1222-155**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English.

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,



**Aniello Attianese**
Senior Account Manager





DEFENDANT EXHIBIT
CASE NO. 19-20450-CR-Scola
EXHIBIT NO. AZ



Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN

| (EMBLEM – Ministry of People's Power Internal Affairs, Justice & Peace) RIF-G20000001-5 | BOLIVARIAN REPUBLIC OF VENEZUELA MINISTRY OF PEOPLE'S POWER FOR INTERNAL AFFAIRS JUSTICE AND PEACE ADMINISTRATIVE SERVICE OF IDENTIFICATION, MIGRATION AND FOREIGNERS DIRECTORATE OF IDENTIFICATION | (SAIME – ADMINISTRATIVE SERVICE IDENTIFICATION, MIGRATION & FOREIGNERS) RIF-G20008889-3 |
|---|---|---|
| 1. CONTROL No. 10369 | | 2. DATE 14 NOV 2022 |

## PASSPORT CERTIFICATION

I, the undersigned, **GUSTAVO ADOLFO VIZCAINO GIL**, in my capacity as **Chief Executive Officer of the Administrative Service for Identification, Migration and Foreigners (SAIME)**, hereby certify that the passport described below, a copy of which is attached hereto, was issued and printed by this Administrative Service in the Bolivarian Republic of Venezuela, after complying with the requirements of the law, and therefore the said document and the veracity of the data contained therein form part of the records in the physical and digital databases of this Administrative Service, in accordance with the following certification:

| 3. CITIZEN'S DETAILS ||||
|---|---|---|---|
| **FIRST NAME** ALEX ||| **MIDDLE NAME** NAIN |
| **FIRST SURNAME** SAAB ||| **SECOND SURNAME** MORAN |
| **COUNTRY OF BIRTH** COLOMBIA, BARRANQUILLA || **DATE OF BIRTH** ▮▮▮▮ 1971 | **GENDER** (X) MALE ( ) FEMALE |
| **IDENTITY CARD NUMBER** V-▮▮▮350 | **PASSPORT No.** ▮▮▮8063 | **DATE OF ISSUE** 21 March 2019 | **DATE OF EXPIRY** 22 March 2020 |
| 4. DEPOSIT SLIP DETAILS ||||
| **EXONERATED** [X] YES ( ) NO | **DEPOSIT SHEET NO.** — | **DATE OF DEPOSIT** -- | **BANK I.D.** |
| 5. DETAILS OF THE DIRECTOR GENERAL OF SAIME ||||
| **SURNAME(S) AND FIRST NAME(S)** Gustavo Adolfo Vizcaíno Gil || **SIGNATURE** (Signature – illegible) | *(Stamp – SAIME)* *ADMINISTRATIVE SERVICE* |

**OBSERVATIONS:** By means of the present certification and in accordance with the provisions of the Laws and Regulations governing the matter, it is hereby stated that the identification data of the present passport, such as fingerprint, photograph, handwritten signature and general details, amongst others, are duly registered in the different pre-existing physical and digital databases administered by this Administrative Service, all of which makes it possible to ratify unequivocally that the aforementioned details correspond to Venezuelan citizen ALEX NAIN SAAB MORÁN, holder of Identity Card No. V-▮▮▮350 and Passport N▮▮▮8063. This certificate serves at the same time to state for the record that said details are the product of the different registration processes to which Venezuelan citizens are normally subjected for the purposes of issuing and/or renewing their identity card and/or passport, as appropriate, and that they are permanently stored in the databases relating to the identification processes of Venezuelan citizens, This Administrative Service is empowered to provide them, in accordance with the provisions of the Decree with Range, Value and Force of Law on the Settlement of Administrative Proceedings, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 40,549, dated 26 November 2014, the purpose of which is to establish the principles and bases in accordance with which the administrative procedures to be carried out before the Public Administration will be simplified, with the aim of rationalising and simplifying them in order to improve their effectiveness, efficiency, relevance, usefulness, so as to achieve greater speed and functionality in the same, reduce operating expenses, obtain budgetary savings, cover fiscal obligations and improve relations between the Public Administration and the people, and to this end, the entities attached to the National Public Administration are empowered to, within the scope of their competences, to eliminate unnecessary authorisations, excessive requests for detailed information and, in general, the requirement to cut red tape that hinder administrative activity. By virtue of this certification, the national and international authorities are requested to provide the holder of this passport with the necessary assistance and cooperation in accordance with the provisions of the international agreements, treaties and conventions signed by the Bolivarian Republic of Venezuela in this matter.

Administrative Service of Identification, Migration and Foreigners. Av. Baralt, Edificio 1000, Distrito Capital, Caracas. Bolivarian Republic of Venezuela. Tel: 0800 - SAIME00 / 0212-483.20.70 or 0212-484.61.66. (www.saime.gob.ve)

PREPARED BY THE PLANNING OFFICE
BUDGET AND ORGANISATION

D11D-FOR-0002/11-17



*(Stamp - SAIME – ADMINISTRATIVE SERVICE*
*IDENTIFICATION, MIGRATION & FOREIGNERS)*
*0.   (Signature – illegible)*



■■■■8063  3

**PASSPORT No**

3                ■■■■8063

**OBSERVATIONS**
**COMMENTS**   *(image – SIMÓN BOLIVAR)*

**Job Responsibility:**
**SPECIAL ENVOY FOR THE MINISTRY OF PEOPLE'S POWER FOR EXTERNAL AFFAIRS**

*(illegible)*

**BOLIVARIAN REPUBLIC OF VENEZUELA**

| PASSPORT | Type | Issuing State | Passport No |
|---|---|---|---|
|  | P | VEN | ■■■■8063 |

Last Name
**SAAB MORAN**
First Name
**ALEX NAIN**
Nationality            ID No
**VENEZUELAN**
*(Image)*
Date of Birth          Gender
■■■■ 1971             M
Date of issue          Place of Birth
21 – MAR – 2019        BARRANQUILLA COL
Date of Expiration     Authority
22 – MAR – 2020        *(Signature – illegible)*
Holder's Signature
*(Signature – illegible)*

P<VENSAAB<MORAN<<ALEX<NAIN<<<<<<<<<<<<<<<<<<<<<<<<<
■■■■80636VEN7■■■■■■■■350<<<<<<<<<<<<<<<<<<<<<<<<<76

*(Stamp - SAIME – ADMINISTRATIVE SERVICE*
*IDENTIFICATION, MIGRATION & FOREIGNERS)*
*(Signature – illegible)*



**Bolivarian** Government of Venezuela | MINISTRY OF THE POPULAR POWER FOR **FOREIGN AFFAIRS** | Office of Consular Relations

No. X02K12D22S00C12

## APOSTILLE
(Convention de La Haye du 5 octobre 1961)



| 1. Country: VENEZUELA | |
| --- | --- |
| This public document | |
| 2. has been signed by | GUSTAVO ADOLFO VIZCAINO GIL |
| 3. acting in the capacity of | GENERAL DIRECTOR OF SAIME |
| 4. bears the seal/stamp of | Ministry of the Public Power For Internal Relations, Justice and Peace |
| Certified | |
| 5. In Caracas | 6. on 01-12-2022 |
| 7. by | Ministry of the Public Power For External Relations |
| 8. No. X02K12D22S00C12 | |
| 9. Seal/stamp: BOLIVARIAN REPUBLIC OF VENEZUELA Ministry of the Popular Power for Foreign Affairs DEPARTMENT OF LEGALISATIONS | 10. Signature [*Illegible*] |

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
General Director (E) of the Consular Relations Office in accordance with Resolution No. 007 of 24 May 2020, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 42.388 of 31 May 2022.

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
The Apostille does not certify the content of the document for which it was issued.
**Date and time of issue**: 01/12/2022 20:58:57
To validate the authenticity of this Apostille enter this code: AEH1YY9PP7X  in
https://consultalegalisacionve.mppre.gob.ve
**Document type**: Certification of Passport
**Holder**: Identification number G 200000023 **Name**: MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS

BOLIVARIAN REPUBLIC OF VENEZUELA

DESPATCH

MINISTRY OF THE POPULAR POWER FOR FOREIGN AFFAIRS

Mppre-aeeb9022ada2f5295cc575aa82204184f4c016ac




REPÚBLICA BOLIVARIANA DE VENEZUELA
MINISTERIO DEL PODER POPULAR PARA RELACIONES INTERIORES, JUSTICIA Y PAZ
SERVICIO ADMINISTRATIVO DE IDENTIFICACIÓN, MIGRACIÓN Y EXTRANJERÍA
DIRECCIÓN DE IDENTIFICACIÓN

RIF-G20000001-5

RIF-G20008889-3

| 1. N° DE CONTROL | | 2. FECHA |
|---|---|---|
| 10369 | **CERTIFICACIÓN DE PASAPORTE** | 14NOV2022 |

Quien suscribe **GUSTAVO ADOLFO VIZCAINO GIL** en mi carácter de **Director (E) del Servicio Administrativo de Identificación, Migración y Extranjería (SAIME)** por medio de la presente certifico que el pasaporte que se describe a continuación y cuya copia anexo al presente documento, fue expedido e impreso por este Servicio Administrativo en la República Bolivariana de Venezuela, previo cumplimiento de los requisitos previstos en la ley, por lo que dicho documento y la veracidad de los datos en el contenidos, forman parte de los registros que reposan en las bases de datos físicas y digitales de este Servicio Administrativo, de acuerdo a lo que a continuación se certifica:

| 3. DATOS DEL (LA) CIUDADANO (A) | |
|---|---|
| PRIMER NOMBRE | SEGUNDO NOMBRE |
| ALEX | NAIN |
| PRIMER APELLIDO | SEGUNDO APELLIDO |
| SAAB | MORAN |

| PAÍS DE NACIMIENTO | FECHA DE NACIMIENTO | SEXO |
|---|---|---|
| COLOMBIA, BARRANQUILLA | ▮1971 | [X] MASCULINO [ ] FEMENINO |

| N.° DE CÉDULA DE IDENTIDAD | N.° DE PASAPORTE | FECHA DE EXPEDICIÓN | FECHA DE VENCIMIENTO |
|---|---|---|---|
| V-▮350 | ▮8063 | 21/03/2019 | 22/03/2020 |

| 4. DATOS DE LA PLANILLA DE DEPÓSITO | | | |
|---|---|---|---|
| ¿EXONERADO? [X] SI [ ] NO | N° DE PLANILLA DE DEPOSITO -- | FECHA DE DEPOSITO -- | ENTIDAD BANCARIA |

| 5. DATOS DEL(LA) DIRECTOR(A) GENERAL DEL SAIME | |
|---|---|
| APELLIDO(S) Y NOMBRE(S) | FIRMA |
| Gustavo Adolfo Vizcaíno Gil | |

OBSERVACIONES: Por medio de la presente certificación y a tenor de lo previsto en las Leyes y Reglamentos que rigen la materia, se deja constancia que los datos de identificación del presente pasaporte, tales como huella dactilar, fotografía, firma autógrafa y datos generales, entre otros, se encuentran debidamente registrados en las diferentes bases de datos físicas y digitales preexistentes, administradas por este Servicio Administrativo, todo lo cual permite ratificar de forma inequívoca que los referidos datos corresponden al ciudadano Venezolano **ALEX NAIN SAAB MORÁN**, titular de la cédula de identidad N° V-▮350 y del Pasaporte identificado con el N° ▮8063. Sirva a la vez esta certificación, para dejar constancia que dichos datos son el producto de los diferentes procesos de captación a los que normalmente es sometido un ciudadano Venezolano para efectos de la emisión y/o renovación de su cédula de identidad y/o pasaporte según corresponda y que reposan de forma permanente en las bases de datos inherentes a los procesos de identificación de los ciudadanos Venezolanos, quedando este Servicio Administrativo en la facultad de disponer de los mismos, a tenor de lo previsto en el Decreto con Rango, Valor y Fuerza de Ley de Simplificación de Trámites Administrativos, publicado en Gaceta Oficial de la República Bolivariana de Venezuela N° 40.549, de fecha 26 de noviembre de 2014, cuyo objeto es el de establecer los principios y bases conforme a los cuales, se simplificarán los trámites administrativos que se realicen ante la Administración Pública, con la finalidad de racionalizar y optimizar las tramitaciones que realizan las personas ante la Administración Pública a los fines de mejorar su eficacia, eficiencia, pertinencia, utilidad, para así lograr una mayor celeridad y funcionalidad en las mismas, reducir los gastos operativos, obtener ahorros presupuestarios, cubrir insuficiencias de carácter fiscal y mejorar las relaciones de la Administración Pública con las personas, quedando a tal fin los entes adscritos a la Administración Pública Nacional facultados para, en el ámbito de sus competencias, eliminar las autorizaciones innecesarias, solicitudes excesivas de información de detalle y en general, la exigencia de trámites que entorpezcan la actividad administrativa. En virtud de la presente certificación, se ruega a las autoridades nacionales e internacionales brindar al titular de este pasaporte la ayuda y cooperación necesaria de conformidad a lo establecido en los pactos, tratados y convenios internacionales suscritos por la República Bolivariana de Venezuela en esta materia.

Servicio Administrativo de Identificación, Migración y Extranjería. Av. Baralt, Edificio 1000, Distrito Capital, Caracas.
República Bolivariana de Venezuela. Teléfonos: 0800-SAIME00 / 0212-483.20.70; 0212-484.61.66. (www.saime.gob.ve)

ELABORADO POR OFICINA DE PLANIFICACIÓN, PRESUPUESTO Y ORGANIZACIÓN.

DIID-FOR-0002/11-17





**Gobierno Bolivariano de Venezuela** | Ministerio del Poder Popular para Relaciones Exteriores | Oficina de Relaciones Consulares

No. X02K12D22S00C12

## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| 1. País: VENEZUELA<br>Country/Pays | |
| El presente documento público<br>The public document / Le présent acte public | |
| 2. ha sido firmado por<br>has been signed by<br>a été signé par | GUSTAVO ADOLFO VIZCAINO GIL |
| 3. quien actúa en calidad de<br>acting in the capacity of<br>agissant en qualité de | DIRECTOR GENERAL DEL SAIME |
| 4. y está revestido del sello / timbre de<br>bears the seal / stamp of<br>est revêtu du sceau / timbre de | Ministerio del Poder Popular Para Relaciones Interiores, Justicia y Paz |
| | Certificado<br>Certified / Attesté |
| 5. en CARACAS<br>at / a | 6. el día 01-12-2022<br>the / le |
| 7. Por Ministerio del Poder Popular para Relaciones Exteriores<br>by / par | |
| 8. Bajo el número X02K12D22S00C12<br>Nº / sous nº | |
| 9. Sello / timbre:<br>Seal / stamp:<br>Sceau / timbre :  | 10. Firma:<br>Signature:<br>Signature : |

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
Director General de la Oficina de Relaciones Consulares, según Resolución Nro. 007 del 24 de mayo de 2022, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro. 42.388 del 31 de mayo de 2022.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
Fecha y hora de la emisión: 01/12/2022 20:58:57
Para validar la autenticidad de esta apostilla ingrese este código: AEH1YY9PP7X en http://consultalegalizacionve.mppre.gob.ve
Tipo de Documento: Certificación de Pasaporte
**Titular:** Nro de Identificación: G 200000023 **Nombre:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES
-------------------------------------------------------------------------------
This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
Date and time of issue: 01/12/2022 20:58:57
To validate the authenticity of this Apostille enter this code: AEH1YY9PP7X in http://consultalegalizacionve.mppre.gob.ve
Document type: Certificación de Pasaporte
**Holder:** Identification Number: G 200000023 **Name:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES
-------------------------------------------------------------------------------
Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
Date et heure d'émission: 01/12/2022 20:58:57
Pour valider l'authenticité de cette apostille, entrez ce code: AEH1YY9PP7X dans http://consultalegalizacionve.mppre.gob.ve
Type de document: Certificación de Pasaporte
**Titulaire:** Numéro d'identification: G 200000023 **Prénom:** MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES



Mppre-aeeb9022ada2f5295cc575aa82204184f4c016ac