IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff | Case No. 19-20450-CR-Scola |
| v. | |
| ALEX NAIN SAAB MORAN, | |
| Defendant. | |

**DEFENDANT ALEX NAIN SAAB MORAN'S**
**NOTICE OF FILING ADMITTED EXHIBITS**

Defendant Alex Nain Saab Moran, pursuant to the Clerk's Notice of Policy re Electronic Submission of Exhibits (ECF No. 185), submits his as-admitted Defense Exhibits BA, BC-BI, BK-BN, BU-BY from the evidentiary hearing on the Motion to Dismiss the Indictment (ECF No. 147).

| Def Ex. | DATE | DESCRIPTION |
|---|---|---|
| BA | N/A | Diplomatic Passport of Saab |
| | | (BB Withdrawn) |
| BC | 4/9/2018 | Letter from the Peoples Minister of Foreign Affairs Jorge Montserrat |
| BD | 4/1/2020 | Letter DM No.: 000319 from the Minister of Foreign Affairs of Venezuela |
| BE | 4/30/2021 | Apr. 30. 2021 CRS report |
| BF | 2/25/2020 | Feb. 25, 2020 CRS Report |
| BG | 11/11/2022 | Certification re Child Abduction |
| BH | N/A | Maduro Communique LR-1122-809 |
| BI | N/A | Excerpts from Mark Esper "Sacred Oath" book |
| | | (BJ Withdrawn) |

| BK | 6/14/2020 | Cape Verde Court decision |
|---|---|---|
| BL | 6/18/2020 | Cape Verde Court decision |
| BM | 3/15/2021 | ECOWAS decision |
| BN | 7/22/2020 | Inventory from Cape Verde |
|  |  | (BO Withdrawn) |
|  |  | (BP Withdrawn) |
|  |  | (BQ Withdrawn) |
|  |  | (BR Withdrawn) |
|  |  | (BS, a video of a 2/28/2022 UN Speech, will be conventionally filed) |
|  |  | (BT, a video of a 2/28/2022 UN Speech, will be conventionally filed) |
| BU | N/A | Stipulation Regarding Certain Undisputed Facts |
| BV |  | Saab Passport |
| BW |  | Passport Certification |
| BX |  | Update: An Introduction to Venezuelan Governmental Institutions and Primary Legal Sources |
| BY |  | Pena CV |

Date: December 22, 2022

Respectfully submitted,

BAKER & HOSTETLER LLP

By: *Lindy K. Keown*
Lindy K. Keown (FL: 117888)
200 South Orange Avenue
Suite 2300
Orlando, Florida 32801
Tel: (407) 649-4000
lkeown@bakerlaw.com

David B. Rivkin, Jr. (*pro hac vice*)
Elizabeth Price Foley (FL: 92380)
Jonathan R. Barr (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
drivkin@bakerlaw.com
efoley@bakerlaw.com
jbarr@bakerlaw.com

Jonathan B. New (*pro hac vice*)
45 Rockefeller Plaza
11th Floor
New York, New York 10111
Tel: (212) 589-4200
jnew@bakerlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 22, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/Lindy K. Keown*
Lindy K. Keown
