DEFENDANT EXHIBIT
CASE NO. 19-20450-CR-Scola
EXHIBIT NO. BU

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEX NAIN SAAB MORAN, *et al.*,<br><br>Defendants. | Case No. 19-20450-CR-Scola |

### STIPULATION REGARDING CERTAIN UNDISPUTED FACTS

The United States of America (the "Government") and Defendant Alex Nain Saab Moran ("Defendant" or "Mr. Saab"), pursuant to Local Rule 88.10(n), by and through their undersigned counsel, hereby agree and stipulate to the matters set forth below in advance of the evidentiary hearing regarding diplomatic immunity (scheduled to begin on December 12, 2022):

1. Mr. Saab traveled, or attempted to travel, from Venezuela to Iran on three occasions in 2020.

2. Specifically, from March 8 through March 15, 2020, Mr. Saab traveled to Iran. Per ECF 149-2, Def. Ex. U, the government of Iran stated, in a letter dated June 8, 2022, that this travel was for Mr. Saab to meet with various Iranian authorities "to discuss strategic humanitarian supplies to Venezuela at the time of the COVID emergency." *See* ECF No. 149-2; Def. Ex. U.

3. Then, from April 14 through April 21, 2020, Mr. Saab also traveled to Iran. Per ECF 149-2, Def. Ex. U, the government of Iran stated in a letter dated June 8, 2022, that this travel was for Mr. Saab to "me[et] with different Iranian authorities in the areas of food, medicine and opening an Iranian supermarket in Venezuela." *See* ECF No. 149-2; Def. Ex. U.

4. Per ECF No. 149-2; Def. Ex. U, the government of Iran stated, in a letter dated June 8, 2022, "that a third Special Mission was scheduled for June 2020, as discussed in our Diplomatic

Note No. 610/458732 dated 8 June, 2020. Special Envoy Saab was scheduled to meet with Iranian authorities." *See* ECF No. 149-2; Def. Ex. U.

5. On June 12, 2020, Mr. Saab again departed Venezuela destined for Iran. He was detained during a refueling stop in Cape Verde and has not traveled onward to Iran.

6. For this third trip, Mr. Saab traveled on his Venezuelan ordinary passport No. x1956. *See* ECF No. 157-1.[1]

7. According to documents in possession of the U.S. Department of State, "Saab traveled to Tehran . . . as part of an agreement in which Iran sends gasoline additives, parts and technicians for gold. . . . ." ECF No. 149-13; Def. Ex. AG.

8. Nothing in this stipulation shall be construed as recognition by the Government of the Maduro regime as the government of Venezuela.

9. The Government reserves the right to object to the admissibility of the documents cited herein under any other grounds permitted by law and does not concede the truth of any of the statements contained in these documents and the references to those documents in paragraphs 2, 3, and 4.

Dated: December 12th 2022

Baker & Hostetler LLP

/s/ *Lindy K. Keown*
Lindy K. Keown (FL: 117888)
200 South Orange Avenue
Suite 2300
Orlando, Florida 32801
Tel: (407) 649-4000
lkeown@bakerlaw.com

/s/ *David B. Rivkin, Jr.*
David B. Rivkin, Jr. (*pro hac vice*)
Elizabeth Price Foley (FL: 92380)
Jonathan R. Barr (*pro hac vice*)

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

/s/ *P.P.* [signature]
Assistant U.S. Attorney
Court ID No. A5501535
99 N.E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9008
Kurt.Lunkenheimer@usdoj.gov

GLENN S. LEON
CHIEF, FRAUD SECTION
Criminal Division

---

[1] *[handwritten]* An entry stamp to Cape Verde is on the Visa page 19 of this passport

2

Lee A. Casey (*pro hac vice*)
Richard Raile (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, DC 20036
Tel: (202) 861-1500
drivkin@bakerlaw.com
efoley@bakerlaw.com
jbarr@bakerlaw.com
lcasey@bakerlaw.com
rraile@bakerlaw.com

Jonathan B. New (*pro hac vice*)
45 Rockefeller Plaza
11th Floor
New York, New York 10111
Tel: (212) 589-4200
jnew@bakerlaw.com

U.S. Department of Justice

/s/ Alexander Kramer
Alexander Kramer
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
Court ID No. A5502240
1400 New York Ave. NW
Washington, DC 20005
TEL (202) 768-1919
alexander.kramer@usdoj.gov

3