**DEFENDANT EXHIBIT**
CASE NO. 19-20450-CR-Scola
EXHIBIT NO. BV










REPÚBLICA BOLIVARIANA DE VENEZUELA

PASAPORTE / PASSPORT
Tipo / Type: P
País Emisor / Issuing State: VEN
Pasaporte N° / Passport N°: 956
Apellidos / Surnames: SAAB MORAN
Nombres / Given names: ALEX NAIN
Nacionalidad / Nationality: VENEZOLANA
Fecha de Nacimiento / Date of birth: / 1971
Sexo / Sex: M
Lugar de Nacimiento / Place of birth: BARRANQUILLA COL
Fecha de Emisión / Date of issue: 22 / Ago / Aug / 2017
Fecha de Vencimiento / Date of expiry: 21 / Ago / Aug / 2022

P<VENSAAB<MORAN<<ALEX<NAIN<<<<<<<<<<<<<<<<<<
9562VEN<<<<<<70

















