

DEFENDANT EXHIBIT
CASE NO. 19-20450-CR-Scola
EXHIBIT NO. _____ BY _____

# CURRICULUM VITAE

## HECTOR O. PEÑA TORRELLES
IC 1,127,353
Ref. V-01127353-6

**EDUCATION:**

| | |
|---|---|
| undergraduate | **Central University of Venezuela** |
| | 1975. Bachelor of Business Administration |
| | 1984. Lawyer |
| | |
| Postgraduate | **University of Paris I.** |
| | 1977. Financial Systems and Development |
| | |
| | **Central University of Venezuela** |
| | 1996. Administrative Law. |

**PROFESSIONAL EXPERIENCE**

**Public sector**
Ministry of Public Works
Ministry of Urban Development
1976-1982 Chief Planner I.

Treasury
National Value Comission
1982-1984. Chief Financial Analyst

Comptroller of the Libertador Municipality. Disc. Federal
1993-1995 Legal Advisor

1

Venezuelan Institute of Insurance
Social insurance.
1995-1998. Legal adviser

judiciary Council
1999. Counselor of the Disciplinary Chamber

Supreme justice court
2000. Magistrate of the Constitutional Chamber

National Savings and Loan Bank (BANAP)
National Housing and Habitat Bank (BANAVIH)
2005-2009. Legal adviser.

Ministry of Food (MINAL)
2006- 28-2-2007. Legal adviser

Ministry of Popular Power for the Participation and Social Protection
2008-2009. Legal adviser

Bank of Venezuela, S.A.
2009-2010. Legal adviser

Ministry of Popular Power for Communes and Social Protection
2009-2013. Legal adviser.

**International Center for Settlement of Investment Disputes (ICSID)**
ICSID/ARB/11/1 case (Washington-USA) Highbury International AVV. Ramstein Trading Inc. v. Bolivarian Republic of Venezuela. (2012)
Expert in Venezuelan Law

World Radio Circuit, CA (State Company)
01-09-2013. Legal adviser

Coffee from Venezuela, Shops and Services, SA (State enterprise)
8-23-2014 – 5-30-2015. Legal adviser

**International Center for Dispute Resolution.**
Case of UNCITRAL PDVSA., Servicios, SA and Petrosaudí Oil Services (Venezuela) Ltd. London (2016)
. Expert in Venezuelan Law. Ministry of Popular Power for Planning National Institute of Statistics (INE)
05-01-2015- 2022 Legal Advisor

## EXPERIENCE IN INTERNATIONAL ARBITRATION

**1)** At the request of the Bolivarian Republic of Venezuela, he issued a legal opinion as an independent expert regarding Venezuelan law in the arbitration proceeding initiated by Highbury International AVV and Ramstein Trading INC., against the Bolivarian Republic of Venezuela (ICSID Case/ARB/11/1). (Washington-USA) 2012

**2)** At the request of the Stephenson Harwood LLP Law Firm, legal representative of PDVSA Servicios, SA, plaintiff in the arbitration proceeding, (Case UNCITRAL PDVSA SERVICIOS, SA and Petrosaudi Oil Services -Venezuela- Ltd.) issued a professional opinion on the validity of Clause 803 of the Drilling Contract entered into between PDVSA Servicios, SA and Petrosaudi Oil Services (Venezuela) Ltd on September 30, 2010 (International Center for Dispute Resolution). United Kingdom of Great Britain. London. 2016.

**3)** At the request of the firm Squire Patton Boggs, legal representative of Barive, a subsidiary of PDVSA, plaintiff in an arbitration proceeding (Case of Bariven vs. Wells Ultimate) issued an expert report on the validity of a contract signed between both companies on June 12, 2017 (International Chamber of Commerce)

**PRIVATE SECTOR**      Trial Lawyer (Constitutional and Administrative Law) and Comprehensive Counseling.

4

**CORPORATIONS TO THAT BELONGS**     College of Graduates in Administration

Capital district

Law School

Capital district

Address: Av. Urdaneta cc Av. Fuerzas Armadas

Common Fund Building. South Tower. Floor 14 Of.

14 TO. Caracas.

Phones. 563.93.97-561.92.63. / 0414.262.69.20.

E-mail. hproca@gmail.com

# CURRICULUM VITAE

## HÉCTOR O. PEÑA TORRELLES
C.I. 1.127.353
Rif. V-01127353-6

**EDUCACION:**

| | |
|---|---|
| Pregrado | **Universidad Central de Venezuela** |
| | 1975. Lic. Administración Comercial |
| | 1984. Abogado |
| | |
| Postgrado | **Universidad de Paris I.** |
| | 1977. Sistemas Financieros y Desarrollo |
| | |
| | **Universidad Central de Venezuela** |
| | 1996. Derecho Administrativo. |

**EXPERIENCIA PROFESIONAL**

| | |
|---|---|
| **Sector Público** | Ministerio de Obras Públicas |
| | Ministerio del Desarrollo Urbano |
| | 1976-1982 Planificador Jefe I. |
| | |
| | Ministerio de Hacienda |
| | Comisión Nacional de Valores |
| | 1982-1984. Analista Financiero Jefe |
| | |
| | Contraloría del Municipio Libertador. Dto. Federal |
| | 1993-1995 Asesor Jurídico |

1

2

Instituto Venezolano de los Seguros
Seguros Sociales.
1995-1998. Asesor Jurídico

Consejo de la Judicatura
1999. Consejero de la Sala Disciplinaria

Tribunal Supremo de Justicia
2000. Magistrado de la Sala Constitucional

Banco Nacional de Ahorro y Préstamo (BANAP)
Banco Nacional de la Vivienda y Hábitat (BANAVIH)
2005-2009. Asesor Jurídico.

Ministerio de Alimentación (MINAL)
2006- 28-2-2007. Asesor Jurídico

Ministerio del Poder Popular para la Participación y Protección Social
2008-2009. Asesor Jurídico

Banco de Venezuela, S.A.
2009-2010. Asesor Jurídico

Ministerio del Poder Popular para las Comunas y Protección Social
2009-2013. Asesor Jurídico.

2

3

**Centro Internacional de Arreglo de Diferencias Relativas a Inversiones (CIADI)**
Caso CIADI/ARB/11/1 (Washington-USA)
Highbury Inertnational AVV. Ramstein Trading Inc. Vs. República Bolivariana de Venezuela. (2012)
Experto en Derecho Venezolano

Circuito Radio Mundial, C.A. (Empresa del Estado)
01-09-2013. Asesor Jurídico

Café de Venezuela, Tiendas y Servicios, S.A. (Empresa del Estado)
23-8-2014 – 30-5-2015. Asesor Jurídico

**Centro Internacional de Resolución de Disputas.**
Caso UNCITRAL PDVSA., Servicios, S.A. y Petrosaudí Oil Services (Venezuela) Ltd. Londres ( 2016)
.   Experto en Derecho Venezolano.
Ministerio del Poder Popular de Planificación
Instituto Nacional de Estadística (INE)
01-05-2015- 2022 Asesor Jurídico

3

**EXPERIENCIA EN ARBITRAJE INTERNACIONAL**

**1)** A requerimiento de la República Bolivariana de Venezuela emitió opinión jurídica como experto independiente en cuanto al Derecho venezolano en el procedimiento de arbitraje incoado por Highbury International AVV y Ramstein Trading INC., contra la República Bolivariana de Venezuela (Caso CIADI/ARB/11/1). (Washington-USA) 2012

**2)** A petición del Despacho de Abogados Stephenson Harwood LLP, representante legal de PDVSA Servicios, S.A, demandante en el procedimiento arbitral, (Caso UNCITRAL PDVSA SERVICIOS, S.A. y Petrosaudí Oil Services -Venezuela- Ltd.) emitió opinión profesional acerca de la validez de la Cláusula 803 del Contrato de Perforación celebrado entre PDVSA Servicios, S.A. y Petrosaudi Oil Services (Venezuela) Ltd el 30 de septiembre de 2010. (Centro Internacional de Resolución de Disputas). Reino Unido de Gran Bretaña. Londres. 2016.

**3)** A solicitud de la firma **Squire Patton Boggs**, representante legal de Barive, filial de PDVSA, demandante en un procedimiento arbitral (Caso Bariven vs. Wells Ultimate) emitió opinión informe pericial acerca de la validez de un contrato suscrito entre ambas empresas en fecha 12 de junio de 2017 (Cámara de Comercio Internacional)

**SECTOR PRIVADO**     Abogado litigante (Derecho Constitucional y Administrativo) y Asesoría Integral.

4

5

**CORPORACIONES A**

**QUE PERTENECE**   Colegio de Licenciados en Administración

Distrito Capital

Colegio de Abogados

Distrito Capital

Dirección: Av. Urdaneta cc Av. Fuerzas Armadas

Edificio Fondo Común. Torre Sur. Piso 14 Of. 14-A.

Caracas.

Telfs. 563.93.97-561.92.63. / 0414.262.69.20.

Email. hproca@gmail.com

5