UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: <u>19-cr-20450-SCOLA</u>

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

**ALEX NAIN SAAB MORAN,**

        **Defendant.**

_____/

**GOVERNMENT'S INDEX OF ADMITTED EVIDENTIARY HEARING EXHIBITS**

    COMES NOW, the United States of America, by and through the undersigned counsel, hereby files this Index of Admitted Evidentiary Hearing Exhibits and includes, by way of attachment its exhibits admitted during the Evidentiary Hearing held on December 12-13, 2022.

| Exhibit Number | Description |
|---|---|
| 1 | Cabo Verde Supreme Court of Justice Judgement No 28/2021 |
| 2 | Cabo Verde Constitutional Ruling No 39/2021 |
| 3 | Cabo Verde Barlavento Relations Court Ruling dated June 18, 2020 |
| 4 | Cabo Verde Certificate of No Record |
| 5 | Alex Nain Saab Moran Venezuelan Diplomatic Passport |
| 6 | Alex Nain Saab Moran Venezuelan Passport |
| 7 | Alex Nain Saab Moran Colombian Passport |
| 8 | Alex Nain Saab Moran Passport Comparison |
| 9 | United States State Department Certification |
| 10 | Saab Moran Special Envoy Credential Letter |
| 11 | 6.15.2020 Mattiussi Letter to Interpol |
| 12 | 6.3.2020 Arreaza Letter to Iran |
| 13 | 6.8.2020 Iran Letter to Venezuela re Saab Visit |
| 14 | 6.13.2020 Arreaza Letter to Cabo Verde |
| 15 | 6.13.2020 Arreaza Letter to Cabo Verde |
| 16 | 6.14.2020 Letter from Venezuela Embassy in Senegal to Cabo Verde |
| 17 | Gaceta No. 6.373 Extraordinario – Imprenta Nacional |
| 17A | Gaceta No. 6.373 Extraordinario – Imprenta Nacional – translated excerpt |
| 18 | Gaceta No. 6.373 Extraordinario – Supreme Court Tribunal |
| 19 | Gaceta No. 6.373 Extraordinario – United States Library of Congress |

1

| | |
|---|---|
| 20 | Gaceta No. 20.546 |
| 20A | Gaceta No. 20.546 – Translated Excerpt |
| 20B | Gaceta No. 20.546 – Library of Congress |
| 21 | Gaceta No. 6.688 |
| 21A | Gaceta No. 6.688 – Translated Excerpt |
| 22 | Gaceta No. 40.217 |
| 22A | Gaceta No. 40.217 – Translated Excerpt |
| 22B | Gaceta No. 40.217 – United States Library of Congress |
| 23 | Gaceta No. 6.147 – United States Library of Congress |
| 23A | Gaceta No. 6.147 – Translated Excerpt |
| 24 | Gaceta No. 41.527 |
| 24A | Gaceta No. 41.527 – Translated Excerpt |
| 24B | Gaceta No. 41.527 – United States Library of Congress |
| 25 | Gaceta No. 30.634 |
| 25A | Gaceta No. 30.634 – Translated Excerpt |
| 25B | Gaceta No. 30.634 – United States Library of Congress |
| 26 | Gaceta No. 36.860 |
| 26A | Gaceta No. 36.860 – Translated Excerpt |
| 26B | Gaceta No. 36.860 – Library of Congress |
| 38 | DEA Stipulation |
| 39 | Authenticity Stipulation |

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: /s/ *Kurt K. Lunkenheimer*
    Kurt K. Lunkenheimer
    Assistant U.S. Attorney
    Court ID No. A5501535
    99 N.E. 4th Street
    Miami, Florida 33132-2111
    TEL (305) 961-9008
    Kurt.Lunkenheimer@usdoj.gov

GLENN S. LEON
CHIEF, FRAUD SECTION
Criminal Division
U.S. Department of Justice

By: /s/ *Alexander Kramer*
    Alexander Kramer
    Trial Attorney

        Criminal Division, Fraud Section
        U.S. Department of Justice
        Court ID No. A5502240
        1400 New York Ave. NW
        Washington, DC 20005
        TEL (202) 768-1919
        alexander.kramer@usdoj.gov