**Anexo A**

ATESTADO DE AUSÊNCIA OU INEXISTÊNCIA DE REGISTROS OFICIAIS

Eu, _Eduardo Jorge Lima Barros Silva_,
*(Nome)*

declaro que o meu cargo junto ao Governo da República do Cabo Verde é

_Director Nacional do Protocolo de Estado_
*(Cargo Oficial)*

e que nessa posição sou um depositário oficial dos registros para a

_Actividade do Protocolo de Estado de Cabo Verde_
*(Nome da Autoridde Pública)*

e que sou autorizado pelas leis da da República do Cabo Verde a manter registros oficiais relacionados a assuntos que são autorizados ou exigidos por lei a serem relatados e registrados ou arquivados, e tais assuntos são regularmente registrados ou arquivados pela autoridade pública acima mencionada.

Atesto ainda que, em minha função oficial, fiz, ou fiz com que fosse feita, uma busca diligente dos registros da autoridade acima mencionada para os registros descritos abaixo:

Realizei uma busca oficial em bancos de dados e registros relevantes para quaisquer comunicações, pedidos de visto ou outras notificações que a República Bolivariana de Venezuela possa ter fornecido à República de Cabo Verde sobre a chegada ou trânsito de SAAB MORAN pela República de Cabo Verde como membro de uma missão especial em ou por volta de 12 de junho de 2020, e nenhum desses pedidos, notificações ou comunicações foram feitos ou não existem tais registros.

_[signature]_
*(Assinatura)*

_Director Nac. Protocolo de Estado_
*(Cargo Oficial)*

_07.11.2022_
*(Data)*

*(Carimbo ou Selo Oficial)*

GOVERNMENT EXHIBIT
Case No.: 19-20450-CR-RNS
4



REPÚBLICA DE CABO VERDE
MINISTÉRIO DA JUSTIÇA

## DIRECÇÃO-GERAL DOS REGISTOS, NOTARIADO E IDENTIFICAÇÃO
Cartório Notarial da Região de 2ª Classe da Praia

### TERMO DE RECONHECIMENTO

**No Documento:** Outros Documentos ***

**Assinatura / Letra Reconhecida:** Eduardo Jorge Lima Barros Silva ***
**Forma de Identificação:** Cartão Nacional de Identificação, ▮▮▮▮ 14/03/2019, Anicc Praia ***
**Abonador:** ***
**Abonador:** ***
**Reconhecimento:** Assinatura Simples, Reconhecimento Normal, Presencial/Autenticidade ***
**Rogante:** ***

**Menção das Circunstancias:** ***

**Menção Especial:** ***
**Documento Exibido / Referenciado:** ***

Praia, N. S. Da Graca - 07/11/2022 11:11:11
*MJ / Cartorio - Lina Soares - Oficial 4º Ajudante*
Processo nº 464386, Conta registada sob o N.º 202280608 / 2022 - 450.00

---

### APOSTILLE
(Convention De La Haye Du 5 Octobre de 1961)

1. País: Cabo Verde
   Este documento publico
2. foi assinado por _Lina Soares_
3. agindo na capacidade de _Oficial Ajudante_
4. Possui selo/carimbo de _M. Justiça - Cartório_
   _Registros Colonial da Praia_
   Certificado
5. em Praia _DGRCCIR_ 6. O(a) _07-11-2022_
7. pela Direcção Geral dos Assuntos Consulares e Migrações
8. Nº _25551/7812_
9. Selo/Carimbo
10. Assinatura

---

Cartório Notarial da Região de 2ª Classe da Praia
N. S. Da Graca

Contra Prova/Validation Code
00400202200464386
Processo por via informática

**Schedule A**

**CERTIFICATE OF THE ABSENCE OR INEXISTENCE OF OFFICIAL RECORDS**

I, _____// handwritten: Eduardo Jorge Lima Barros Silva //_____ ,
*(Name)*

declare that my position in the government of the Republic of Cape Verde, is that of

_____// handwritten: National Director for the Protocol of State //_____
*(Official Position)*

and that in such position I am the official Trustee of the records for the

_____// handwritten: Cape Verde Protocol of State activity //_____
*(Name of the Public Authority)*

and that I am authorized by the laws of the Republic of Cape Verde to maintain official records related to matters that are authorized or required by law to be listed and recorded or filed, and such matters are regularly recorded or filed by the above-mentioned public authority.

I further certify that, in my official capacity, I have made, or caused it to be made, a diligent search of the records of the aforementioned authority for the records described below:

I carried out an official search of relevant databases and records for any communications, visa requests or other notifications that the Bolivarian Republic of Venezuela may have provided to the Republic of Cape Verde regarding the arrival or transit of SAAB MORAN through the Republic of Cape Verde as a member of a special mission on or about June 12, 2020, and no such requests, notifications or communications have been made or no such records exist.

_____// illegible signature //_____
*(Signature)*

_____// handwritten: Nat. Director of the Protocol of State //_____
*(Official Position)*

_____// handwritten: 11.07.2022 //_____
*(Date)*

*(Stamp or Official Seal)*

// stamp over the signature and position lines:
Ministry of Foreign Businesses and Communities
DNPE (National Administration of the Protocol of State)

// logo //

# REPUBLIC OF CAPE VERDE
## JUSTICE DEPARTMENT

## GENERAL ADMINISTRATION OF RECORDS, NOTARIES AND IDENTIFICATION
Notary Office of the Region or the 2nd Region of Praia

### ACKNOLEDGMENT TERM

**Document No.:** Other Documents***

**Notarized Signature / Writing:** Eduardo Jorge Lima Barros Silva ***
**Form of Identification:** National Identification Card, ▮▮▮▮▮▮▮▮, 03/14/2019, Anicc Praia ***
**Guarantor:** ***
**Guarantor:** ***
**Notarization:** Simple Signature, Normal Notarization, In-person/Authenticity ***
**Requesting party:** ***

**Circumstances:** ***
**Document Presented / Referenced:** ***

Praia, N.S. Da Graça – 11/07/2022 11:11:11
*MJ/Notary Office – Lina Soares – Agent 4th Assistant*
Process No. 464386, Account registered under no. 202280608 / 2022 – 450.00
// illegible writing //


// stamp: APOSTILLE
(Hague Convention of October 5, 1961)
 1. Country: Cape Verde
This public document
 2. was signed by _____ // handwritten: Lima Soares //
 3. acting in the capacity of _____ // handwritten: official assistant //
 4. Has a seal/stamp of __ handwritten: Justice Notary Office of Praia //
 5. at Praia _____ // illegible //   6. On   handwritten: 11-07-2022
 7. by the General Administration of Consular Affairs and Migrations
 8. No ____ // handwritten: No. 25551/2022
 9. Seal/Stamp
                              10. Signature
                                  // illegible signature //


// stamp over the Apostille on the bottom left corner:
Illegible //

MARIA CAROLINA PARAVENTI
Brazilian Portuguese Translator and Interpreter
Cell: 305-332-9046

### CERTIFICATE OF ACCURACY

I, **MARIA CAROLINA PARAVENTI**, state that I am fully versed in the Portuguese and English languages, and that the foregoing is a true and correct translation of the attached document consisting of a total of 2 (two) pages, and that these pages immediately follow the translation.

*[signature]*
Maria Carolina Paraventi
11/7/2022