

GOVERNMENT
EXHIBIT
Case No.: 19-20450-CR-RNS

5



**OBSERVACIONES**
**COMMENTS**

Cargo:
ENVIADO ESPECIAL DEL MINISTERIO
DEL PODER POPULAR PARA
RELACIONES EXTERIORES

PASAPORTE Nº
PASSPORT Nº

8063

# REPÚBLICA BOLIVARIANA DE VENEZUELA

PASAPORTE / PASSPORT

Tipo / Type
P

País Emisor / Issuing State
VEN

Pasaporte Nº / Passport Nº
063

Apellidos / Surnames
SAAB MORAN

Nombres / Given names
ALEX NAIN

Nacionalidad / Nationality
VENEZOLANA

Cédula de Identidad Nº / Personal Nº

Fecha de Nacimiento / Date of birth
1971

Sexo / Sex
M

Lugar de Nacimiento / Place of birth
BARRANQUILLA COL

Fecha de Emisión / Date of issue
21 / Mar / Mar / 2019

Fecha de Vencimiento / Date of expiry
22 / Mar / Mar / 2020

Autoridad / Authority

Titular / Holder's signature

```
P<VENSAAB<MORAN<<ALEX<NAIN<<<<<<<<<<<<<<<<<<<
80636VEN<<<<<<76
```



**34**

VISAS

**34**

**REGLAMENTO DE PASAPORTES**
**DECRETO N° 611,**
**DE FECHA 10 DE DICIEMBRE DE 1974**

Con base en lo establecido en el artículo 21
del Reglamento de Pasaportes vigentes, el
Ministerio del Poder Popular para
Relaciones Exteriores podrá "...suspender
la validez de un Pasaporte Diplomático y de
un Pasaporte de Servicio en cualquier
momento, sin que deba exponer razones
para justificar tal medida".

Este pasaporte es válido durante el tiempo
que el titular desempeñe las funciones del
cargo para el cual ha sido nombrado.

BATALLA DE CARABOBO

J I I

**VENEZUELA**

El Gobierno de la República Bolivariana de Venezuela,
solicita a las autoridades nacionales y extranjeras,
brindar al titular de este pasaporte, las facilidades para
su normal tránsito y prestarle en los casos pertinentes,
la ayuda y cooperación necesarias; de conformidad a lo
establecido en la Constitución de la República
Bolivariana de Venezuela, pactos, tratados y convenios
internacionales suscritos por nuestra República
en esta materia.

The Government of the Bolivarian Republic of Venezuela
requests from domestic and foreign authorities,
assistance in order to ensure the passport bearer,
free transit through the territory and to provide,
when applicable, all the necessary aid and cooperation;
in accordance with the Constitution of the Bolivarian
Republic of Venezuela, international pacts, treaties and
agreements to which Venezuela is signatory.

En caso de pérdida o extravío de este pasaporte en el
exterior, se agradece enviarlo a las siguientes
direcciones: Sedes Diplomáticas o Representaciones
Consulares de la República Bolivariana de Venezuela,
o informar al Ministerio de Relaciones Exteriores,
a través de la página web: www.mre.gob.ve

In the event of loss of this passport abroad, it should be
immediately delivered to the nearest office of interior or
Diplomatic or Consular agency of the Bolivarian Republic
of Venezuela, or inform the Department of Foreign Affairs
through its web page www.mre.gob.ve

