



AM003740



AM003741





AM003743



AM003744


AM003745





AM003747