

AM003732

GOVERNMENT EXHIBIT
Case No.: 19-20450-CR-RNS
7



AM003733



AM003734



AM003735





AM003737

AM003738