



GOVERNMENT EXHIBIT
Case No.: 19-20450-CR-RNS
8