21016674-1

GOVERNMENT
EXHIBIT

Case No.: 19-20450-CR-RNS

9

# United States of America



## DEPARTMENT OF STATE

### *To all to whom these presents shall come, Greetings:*

ify That Clifton C. Seagroves, whose name is subscribed to the document hereunto annexed, e time of subscribing the same Director, Acting , Office of Foreign Missions, Department of ted States of America, and that full faith and credit are due to his acts as such.

*This certificate is not valid if it is removed or altered in any way whatsoever*



In testimony whereof, I, Antony J. Blinken, Secretary of State , have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this nineteenth day of February, 2021.

_____
Secretary of State

By_____

Assistant Authentication Officer,
Department of State

*Issued     ant to CHX     te of*
*Sept.     89, 1 Stat.     22*
*USC         22USC 265     USC*
*301: 2      1733 et. se     USC*
*1443(      E 44 Federa     of*
*Civil F     re.*



United States Department of State

*Office of Foreign Missions*

*Washington, D.C. 20520*

February 12, 2021

REF: 21-200

RE: Alex Nain SAAB MORAN

This is to certify that the Office of Foreign Missions, U.S. Department of State, is responsible for overseeing the registration and maintenance of the official records of certain diplomatic agents, consular officers, and other employees of foreign governments and international organizations in the United States and its territories, and their family members.

The official records of the Department of State indicate that Alex Nain SAAB MORAN, born December 21, 1971, has never been notified to the Department of State as a member of or representative to any foreign mission in the United States, including Venezuelan bilateral mission.

The Department of State also confirms that Alex Nain SAAB MORAN is not currently nor ever has been notified as a member of the Delegation of the African Union Mission at Washington, DC.

Finally, the Department of State confirms Alex Nain SAAB MORAN is not currently nor ever has been notified as a member of the Office of the Permanent Observer for the African Union to the United Nations. The Office of the Permanent Observer for the African Union (AU) to the United Nations is an Observer Mission to the United Nations.

As such, the Office of Foreign Missions is not aware of a basis for Alex Nain SAAB MORAN to enjoy immunity from the criminal or civil jurisdiction of the United States.

Clifton C. Seagroves
Director, Acting
Office of Foreign Missions