*(Coat of Arms)*

*(Signature - Illegible)*

## *Jorge Arreaza Montserrat*
## *Minister of Popular Power for Foreign Relations*

*Grants this credential to the citizen*
### *Alex Nain Saab Morán*

*Appointing him as **Special Envoy** of the Government of the Bolivarian Republic of Venezuela, with broad powers to take steps on behalf of the Bolivarian Republic of Venezuela, aimed at guaranteeing the commercial and humanitarian procurement of basic necessities for social assistance programmes of the National Executive, especially foodstuffs, supplies, machinery and medical equipment giving authorisation to hold meetings with government authorities, representatives of institutions and companies of public or private ownership, in the search for practical solutions to the complex situations that affect the Bolivarian Republic of Venezuela as a result of the commercial and financial blockade to which it has been subjected since 2015.*

*In the exercise of the activities entrusted to him, the Special Envoy may not commit, represent, agree or dispose of the patrimonial assets of the Bolivarian Republic of Venezuela, nor involve the execution of the budget of the public sector.*

*By virtue of this, the respective authorities are requested to recognise this appointment and to allow him to freely carry out his functions, to grant him the favour and assistance he may need, and to maintain the prerogatives that correspond to him as an Agent in the Service of the Government of the Bolivarian Republic of Venezuela that Alex Nain Saab Moran holds, in accordance with the terms established under international law.*

*In witness whereof the present credential is issued, signed by my hand, with the seal of the People's Ministry for Foreign Affairs of the Bolivarian Republic of Venezuela, in Caracas on the 9th day of April 2018.*

**GOVERNMENT EXHIBIT**
Case No.: 19-20450-CR-RNS
**10**

Marisol Alvarado R
Inpreabogado Nro. 50.113



037175

45/210

## DECLARACIÓN JURADA DE MARÍA GONZÁLEZ

1. Yo, MARÍA GONZÁLEZ, de nacionalidad venezolana, mayor de edad, de estado civil soltera, titular de la Cedula de Identidad Nro. 7.591556. Directora de la Secretaría del Ministerio del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela ("MPPRE"), ocupo este cargo desde el 26 de julio de 2016 y hago esta declaración en mi calidad de funcionaria.

2. Tengo conocimiento personal de los hechos expuestos en esta declaración. Soy mayor de 18 años y competente para testificar en el juicio sobre la información que figura en este documento.

3. Llevo trabajando en el Ministerio del Poder Popular para Relaciones Exteriores desde el 03 de marzo de 1993 hasta la actualidad.

4. Como parte de mis funciones, trabajo con la correspondencia oficial del MPPRE y me aseguro de que se sigan todos los procedimientos y reglamentos necesarios con respecto a la tramitación de la correspondencia y otros documentos oficiales del MPPRE. Esto incluye trabajar con la correspondencia entrante y saliente del MPPRE, y con todos los documentos firmados por el/la Ministro (a).

5. Mis tareas y funciones incluyen la tramitación (numeración cuando corresponde, sellado y envío) de toda la correspondencia saliente producida por el despacho del Ministro del Poder Popular para Relaciones Exteriores.

6. En concreto, el proceso consiste en obtener la firma del funcionario remitente (por ejemplo, el Ministro), y luego asignar un número cuando corresponda, la fecha y el sello correspondiente. A continuación, se digitaliza el documento para almacenarlo electrónicamente, se hacen las copias impresas necesarias y, por último, se introduce la correspondencia en un sobre, se emite un recibo y se envía.

7. Tanto las copias electrónicas como las impresas se conservan en mi Oficina y están organizadas por fecha.

8. El 9 de abril de 2018, en el ejercicio de mis funciones, recibí una carta credencial que designaba al ciudadano Alex Nain Saab Morán para el cargo de Enviado Especial del Gobierno de la República Bolivariana de Venezuela.




Estaba firmada por el entonces Ministro del Poder Popular para Relaciones Exteriores, el Excelentísimo Señor Jorge Arreaza Montserrat. Se adjunta como PRUEBA A una copia fiel y exacta de la carta de credenciales. La PRUEBA A es idéntica a la copia conservada en los archivos de mi Oficina, que he localizado y revisado al preparar esta declaración.

9. Como parte de mi trabajo, en esa fecha recibí la original firmada de la carta de credenciales del Ministerio del Poder Popular para Relaciones Exteriores. Lo tramité de la misma manera que tramito toda la correspondencia/documentos como parte de mi trabajo (que he detallado anteriormente). El documento se digitalizó y se copió para el registro.

10. Asimismo, confirmo que este documento es un registro oficial del gobierno de la República Bolivariana de Venezuela, que se conserva regularmente en los archivos del Ministerio del Poder Popular para Relaciones Exteriores. Este registro se realizó el 9 de abril de 2018, o en torno a esa fecha, en el transcurso de la actividad regular del Ministerio del Poder Popular para Relaciones Exteriores, en la práctica habitual de este Ministerio, y este Ministerio lo considera un registro público oficial.

11. De conformidad con el 28 U.S.C. §1746, declaro bajo pena de perjurio en virtud de las leyes de los Estados Unidos de América que lo anterior es cierto y correcto.

Declaración que se hace en la Ciudad de Caracas-Venezuela, a los 8 días del mes de septiembre de 2022.

*[firma]*
María González



# PRUEBA A



**Jorge Arreaza Montserrat**
Ministro del Poder Popular para Relaciones Exteriores.

Otorga la presente credencial al ciudadano
**Alex Nain Saab Morán**

Designándole como **Enviado Especial** del Gobierno de la República Bolivariana de Venezuela, con amplias atribuciones para realizar gestiones en favor de la República Bolivariana de Venezuela, orientadas a garantizar la procura comercial y humanitaria de bienes y servicios de primera necesidad, destinados a los programas sociales de asistencia del Ejecutivo Nacional, especialmente alimentos; insumos, maquinaria y equipos para la producción y procesamiento de alimentos; medicinas, materiales, insumos y equipos médicos, quedando autorizado a sostener conversaciones con autoridades gubernamentales, representantes de instituciones y empresas de propiedad pública o privada, en la búsqueda de soluciones prácticas a las complejas situaciones que afectan a la República Bolivariana de Venezuela como consecuencia del bloqueo comercial y financiero a que ha sido sometida desde el año 2015.

En el ejercicio de las actividades encomendadas, el Enviado Especial no podrá comprometer, representar, convenir o disponer sobre contenido patrimonial de la República Bolivariana de Venezuela, ni implican la ejecución de presupuesto del sector público.

En tal virtud, se ruega a las autoridades respectivas le reconozcan tal designación y en tal sentido se le permita desempeñar libremente sus funciones, le sea otorgado el favor y auxilio que necesitare y se le guarden las prerrogativas que le correspondan en razón del carácter de Agente al Servicio del Gobierno de la República Bolivariana de Venezuela que ostenta el ciudadano Alex Nain Saab Morán, en los términos establecidos en el derecho internacional.

En fe de lo cual se expide la presente credencial firmada de mi mano, con el sello del Ministerio del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela, en Caracas a los 9 días del mes de abril de 2018.

CERTIFIED TRANSLATION LANGUAGE REACH 22/09/2022 REG.07635166

*(National Flag)* **Bolivarian** Government of Venezuela
Vice-Presidency of the Bolivarian
Republic of Venezuela

212 and 163

AUTONOMOUS SERVICE OF REGISTRIES AND NOTARIES.

*(SAREN – Logo)*

No. of Procedure: 21301.2022.3.11144

The Single Bank Balance Sheet (PUB) will be valid for thirty continuous days from its issue, within which payment must be made within the first ten (10) continuous days. Once the user has made the payment, he/she must present the document together with the paid Single Bank Form (PUB), before the expiry of the thirty (30) continuous days already established.

| **SINGLE BANK BALANCE SHEET (PUB)** | **Spreadsheet No: 21310108590** **Date of Issue: 9 Sept 2022** |
|---|---|
| **Type of Deed:** LEGALISATION OF COMPANIES **Document:** SWORN STATEMENTS  **BALANCE SHEET EXONERATED**  **Name and Surname of Requestor:** Juan Carlos Arrieche Granadillo  **Requestor's CI/RIF (I.D.) / Passport:** ▮▮▮  **Name and Surname of Depositor:** **Requestor's CI/RIF (I.D.) / Passport:** **Signature of Depositor:** | **Control Number: 488 – 0000 - 0000** |
| **Type of Payment:**  Deposit ___ Place of Payment ___ Online Payment | **SAREN Fee (Bs.S)** 0 **Procedure Stamps (Bs.S)** 0.00 **SAREN Legalisation Stamps (Bs.S)** 0.00 **Total Stamps (Bs.S)** 0.00 **TOTAL AMOUNT (Bs.S)** 0 |

**AMOUNT IN WRITING (Bs.S): ZERO BOLIVARS AND ZERO CENTS**

Office Stamp
{office telephones}

*Bank Stamp & Signature*

**Collecting Banks**

0003 – Industrial Bank of Venezuela   0175 – Bicentenary Bank
0102 – Bank of Venezuela            0108 – Provincial Bank
0163 – Treasury Bank

| **FOR SAREN USE ONLY** | | | |
|---|---|---|---|
| **ISSUING EMPLOYEE** | **RECEIVING EMPLOYEE** | **REVIEWING EMPLOYEE** | **REGISTRAR/NOTARY OFFICER** |
| *(Signature – illegible)* David A. Acuña C.I. (I.D.) 19,318,892 DISPATCH | *(Signature – illegible)* David A. Acuña C.I. (I.D.) 19,318,892 DISPATCH | *(Signature – illegible)* *(illegible)* | *(Signature – illegible)* Att. Carmen S. Valladares Head Registrar (E) C.I. (I.D.) V – 14,835,259 |

Security Code: YIWb11CUmKGanpyaVZiflZGil6JQmqNQnQ=

(Stamp) BOLIVARIAN REPUBLIC OF VENEZUELA
VICE-PRESIDENCY OF THE REPUBLIC
SAREN 213
OFFICE SECRETARY
AUTONOMOUS SERVICE OF REGISTRIES AND NOTARIES


22/09/2022
REG:07635166

*(National Flag)* **Bolivarian** Government of Venezuela
Vice-Presidency of the Republic
Republic of Venezuela

**Issue Date: 08/09/2022**

212 and 163
*(SAREN – Logo)*

The Single Bank Form (PUB) from its issuance has a validity of ten (10) continuous days to be cancelled. Once the respective cancellation has been made, it is valid for thirty (30) days, extendable, to present the document. Once said lapses have been exhausted, the Single Bank Form (PUB) is null and a new one must be issued, to carry out the process, and the amount must be cancelled again.

| SINGLE BANK BALANCE SHEET (PUB) | Spreadsheet No: | 070 - 00334521 |
|---|---|---|

*(Bar Code)*

*(Stamp – illegible)*

TYPE OF ACT **AUTHENTICATION**

**SWORN DECLARATION**

Name & Last name of Applicant

**MARIA GONZALEZ**

*(handwritten:)* 037175
45/210

**Control Number: 488 – 0000 - 0000**

CI / RIF / Passport No. of Applicant
■■■56

| | Type of Payment | Check No./Approved | Amount (Bs.F.) |
|---|---|---|---|
| Name & Last Name of Depositor | Effective Amount | | |
| | Cheque from same bank | | |
| CI / RIF / Passport No. of Depositor | Place of Sale | | |
| Signature of Depositor | Paid Online | | |
| ZERO BOLIVARS AND ZERO CENTS. | | **Total Amount** | **0.00** |

| FOR SAREN USE ONLY | | | | |
|---|---|---|---|---|
| | **ISSUING EMPLOYEE** | **RECEIVING EMPLOYEE** | **REVIEWING EMPLOYEE** | **REGISTRAR/NOTARY OFFICER** |
| Name & Last Names<br>I.D. Document<br>Responsibility<br>Date | *David Velasquez*<br>*CI (I.D.) 6 513 948*<br>*Clerk* | *David Velasquez*<br>*CI (I.D.) 6 513 948*<br>*Clerk* | *(Signature – illegible)*<br>Dr Luis Alfredo Ramirez Monsalve<br>Head Notary Officer<br>Code 070<br>8th PUBLIC NOTARY OFFICE OF THE MUNICIPALITY OF CHACAO IN THE STATE OF MIRANDA | |
| Signature | | | | |

*(Left-hand margin Stamps)*
BOLIVARIAN REPUBLIC OF VENEZUELA
VICE-PRESIDENCY OF THE REPUBLIC
SAREN 213
OFFICE SECRETARY
AUTONOMOUS SERVICE OF REGISTRIES AND NOTARIES

**Office Stamp**

**Collecting Banks**
0003 – Industrial Bank of Venezuela
0007 – Bicentennial Bank
0102 – Bank of Venezuela
0163 – Treasury Bank
0108 – Provincial Bank

**Bank Stamp & Signature**

*(Certified Translation stamp — LANGUAGE REACH)*
22/09/2022
REG:07635166

TRANSFER    0.00
TRANSPORT   0.00
Only for Notary Office Use
8th PUBLIC NOTARY OFFICE OF THE MUNICIPALITY OF CHACAO IN THE STATE OF MIRANDA
OBSERVATIONS

*(National Flag)* **Bolivarian** Government of Venezuela
Vice-Presidency of the Bolivarian
Republic of Venezuela

*(LOGO – SAREN)*

THE BOLIVARIAN REPUBLIC OF VENEZUELA. VICE PRESIDENCY OF THE BOLIVARIAN REPUBLIC OF VENEZUELA, AUTONOMOUS SERVICE OF REGISTRIES AND NOTARIES (SAREN). EIGHTH NOTARY PUBLIC OF THE CHACAO AUTONOMOUS MUNICIPALITY OF MIRANDA STATE, <u>**08/09/2022**</u>, 212 and 163. The above document drawn up by Attorney **MARISOL ALVARADO** registered at the Institute of Social Security, of the Attorney under **No. <u>50,113</u>**, was presented for authentication and return according to the Single Banking Form (PUB) **No. <u>070 - 00334521</u>** and Notarial Spreadsheet No. **<u>037175</u>** dated **08/09/2022**. Present, its grantor **MARIA DE JESUS GONZALEZ PARRA**, an adult of legal age, domiciled in **CARACAS**, of nationality: **VENEZUELAN** of civil status: **SINGLE** and holder of the identity card: ▉▉▉▉▉▉ Having read the document of **SWORN DECLARATION,** the grantors, in the presence of the Notary, stated **"ITS CONTENTS ARE TRUE AND OUR SIGNATURES APPEAR AT THE FOOT OF THE DEED"**. The Notary hereby declares this Document to be legally authenticated and the copies signed in original shall form the Main Volume with the Duplicate Volume, being inserted under **No. 45**, **Volume 210** of the Authentication Books kept in this Notary Office. The following acted as witnesses: **STEFANY GAMEZ** and **NELSON FRANCO**, holders of identity cards Nos.: ▉▉▉▉▉▉ officials of this Notary's Office appointed for this act. The Notary hereby states that he has read Article **78** numeral **2** of Decree **No. 1,422,** by means of which the **Decree with the Status, Validity and Force of Law of Registries and Notaries** is issued, published in the Official Gazette **No. 6,156** Extraordinary edition, dated **19 November 2014** and he has informed the parties of the content, nature, transcendence and legal consequences of the legal acts or businesses granted in their presence, as well as of the waivers, reservations, encumbrances and any other element affecting the assets or rights referred to in the legal act or business, which consequently manifests its full compliance. Having sworn to the urgency of the case, the undersigned Notary declares this document to be authorised in accordance with Article **29** of the aforementioned Decree **No. 1,422**. The undersigned Notary declares that he had before him: **1.** – Laminated identity card of the Grantors.

**THE NOTARY PUBLIC**                                                          **THE GRANTOR**

*(Signature - Illegible)*

*(Stamp)*
**Dr Luis Alfredo Ramirez Monsalve**
**Notary Public**
**Code 070**
**EIGHTH NOTARY PUBLIC OF THE**
**AUTONOMOUS MUNICIPALITY OF**
**CHACAO OF THE STATE OF MIRANDA**

**THE WITNESSES**

*(Signature - Illegible)*

*(Signature - Illegible)*



*(STAMP)*
**BOLIVARIAN REPUBLIC OF VENEZUELA**
**VICE-PRESIDENCY OF THE REPUBLIC**
**SAREN 213**
**OFFICE SECRETARY**
**AUTONOMOUS SERVICE OF REGISTRIES AND NOTARIES**

*(STAMP)*
**BOLIVARIAN REPUBLIC OF VENEZUELA**
**VICE-PRESIDENCY OF THE REPUBLIC**
**SAREN 213**
**OFFICE SECRETARY**
**AUTONOMOUS SERVICE OF REGISTRIES AND NOTARIES**

*(STAMP)*
**BOLIVARIAN REPUBLIC OF VENEZUELA**
**VICE-PRESIDENCY OF THE REPUBLIC**
**SAREN 213**
**OFFICE SECRETARY**
**AUTONOMOUS SERVICE OF REGISTRIES AND NOTARIES**



CERTIFIED TRANSLATION LANGUAGE REACH 22/09/2022 REG:07635166

*(National Flag)* **Bolivarian** Government of Venezuela
Vice-Presidency of the Bolivarian
Republic of Venezuela                                                          *(SAREN – Logo)*

BOLIVARIAN REPUBLIC OF VENEZUELA
VICE PRESIDENCY OF THE REPUBLIC
**MAIN REGISTRATION CAPITAL DISTRICT**

The undersigned Att. **CARMEN SARIBETH VALLADARES GRATEROL** Principal Registrar of the **State CAPITAL DISTRICT,** according to **NUMBER 41,666** dated **02-07-2019**. For the record, that in compliance with Article 65 of the Registry and Notary Law, the signature of the citizen **DR. LUIS ALFREDO RAMIREZ MONSALVE**. Who as of the date hereof is: **TITLE HOLDER OF THE EIGHTH NOTARY OFFICE OF THE MUNICIPALITY OF CHACAO IN THE STATE OF MIRANDA**. This legalisation is notwithstanding any other matter of substance or form. Application form No. **21310108590.** Payment of the Autonomous Service in the amount of Bolivars **0.00**. Issued in **Caracas** on the 9th day of the month of September in the year 2022.

*(Signature – Illegible)*

CARMEN SARIBETH VALLADARES GRATEROL
Principal Registrar of the State CAPITAL DISTRICT

*(STAMP)*
**BOLIVARIAN REPUBLIC OF VENEZUELA**
**VICE-PRESIDENCY OF THE REPUBLIC**
**SAREN 213**
**MAIN REGISTRY OFFICE OF THE CAPITAL DISTRICT**
**AUTONOMOUS SERVICE OF REGISTRIES AND NOTARIES**

*(Stamp)*
*David A. Acuña*
C.I. (I.D.) 19,318,892

*(Signature – Illegible)*                                                      *(QR CODE)*
Drawn up and prepared by: DAVID ALEXANDER ACUÑA JIMENEZ

---

| *(National Flag)* **Bolivarian** Government of Venezuela | Vice-presidency of the Bolivarian Republic of Venezuela | *(Logo)* **AUTONOMOUS SERVICE OF REGISTRIES AND NOTARIES (SAREN)** |

*[Coat of Arms]*      *(Stamp)*
**BOLIVARIAN REPUBLIC OF VENEZUELA**
**MINISTRY OF PEOPLE'S POWER FOR FOREIGN AFFAIRS**
**LEGALISATION DEPARTMENT**

# BOLIVARIAN GOVERNMENT OF VENEZUELA
*** VICE-PRESIDENCY OF THE REPUBLIC ***

## AUTONOMOUS SERVICE OF REGISTRIES AND NOTARIES

The signature that precedes is that of citizen

**ATT. CARMEN SARIBETH VALLADARES GRATEROL.**

Who is as the title, Head Registrar of the State CAPITAL DISTRICT

Please note that the present legalisation has **no judgement with respect to any other matter of substance or form.**

Caracas, 9th September 2022
212, 163 & 23

For the Minister

*(Signature – illegible)*
**ABEL ERNESTO DURAN GOMEZ**

*(Stamp)*
**BOLIVARIAN REPUBLIC OF VENEZUELA**
**MINISTRY OF PEOPLE'S POWER FOR FOREIGN AFFAIRS**
**LEGALISATION DEPARTMENT**

GENERAL DIRECTOR FOR THE AUTONOMOUS SERVICE OF
REGISTRIES AND NOTARIES

Presidential Decree No. 4.297, dated 11th September 2020, published in the Extraordinary Official Gazette of the Bolivarian Republic of Venezuela No. 6.574 with the same date.

*Document electronically signed with the same probative amount that the Law grants to written documents, In accordance with Article No. 4 of the Law of Data Messages and Signatures.*

*(QR CODE)*      **SAREN** - AUTONOMOUS SERVICE OF
REGISTRIES AND NOTARIES

*CERTIFIED TRANSLATION — LANGUAGE REACH — 22/09/2022 — REG:07635166*

| (National Flag) **Bolivarian** Government of Venezuela | **Ministry of Popular Power for Foreign Affairs** | **Consular Relations** Officer |
|---|---|---|

No. Y09K09022818709

*[Coat of Arms]*

# APOSTILLE
(Convention of La Haye dated 5th October 1961)

| 1. | Country: | **VENEZUELA** | |
|---|---|---|---|
| | This public document | | |
| 2. | Has been signed by | **ABEL ERNESTO DURÁN GÓMEZ** | |
| 3. | Acting in the capacity of | **SAREN GENRAL DIRECTOR** | |
| 4. | Bears the seal / stamp of | **VICE-PRESIDENT OF THE BOLIVARIAN REPUBLIC OF VENEZUELA** | |
| | Certified | | |
| 5. | In CARACAS | 6. | On the 9th September 2022 |
| 7. | By the **Ministry of People's Power for Foreign Affairs** | | |
| 8. | Under No.: Y09K09022818709 | | |
| 9. | Seal / Stamp *(Stamp)* **BOLIVARIAN REPUBLIC OF VENEZUELA MINISTRY OF PEOPLE'S POWER FOR FOREIGN AFFAIRS LEGALISATION DEPARTMENT** | 10. | Signature: *(Signature – illegible)* |

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
General General Director of the Consular Relations Office, in accordance with Resolution No. 007 dated 24th May 2022, published in the Official Gazette of the Bolivarian Republic of Venezuela No. 42,388 dated 31st May 2022

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.

This Apostille does not certify the content of the document for which it was issued

**Date and time of issue**: 9th September 2022 at 14:10:08.

To verify the authenticity of this Apostille, enter this code: YHH1YY61PA1 at

https://consultalegalizacionve.mppre.gob.ve

**Document Type:** Sworn Declaration

**Holder:** Identification No.: G 200000023 **Name:** JMINISTRY OF POPULAR POWER FOR FOREIGN RELATIONS

QR Code  **Mppre-856b69f48795c152b38c18ac4971cb20ea821f3b**



212° y 163°



**Gobierno Bolivariano de Venezuela**
Vicepresidencia de la República Bolivariana de Venezuela
SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS.

**Número de Trámite:** 21301.2022.3.11144

La Planilla Única Bancaria (PUB) tendrá una vigencia de treinta días continuos contados desde su emisión, dentro de los cuales deberá efectuarse el pago en los primeros diez (10) días continuos. Una vez que el usuario o usuaria realice el pago, deberá presentar el documento conjuntamente con la Planilla Única Bancaria (PUB) pagada, antes del vencimiento de los treinta (30) días continuos ya establecidos.


SAREN

**PLANILLA ÚNICA BANCARIA (PUB)**

**Número Planilla:** 21310108590
**Fecha de Emisión:** 2022-09-09

**Tipo de Acto:** LEGALIZACION DE FIRMAS

**Documento:** DECLARACIONES JURADAS

**PLANILLA EXONERADA**

**Nombre y Apellido del Solicitante:** Juan Carlos Arrieche Granadillo

**CI/RIF/Pasaporte del solicitante:** [redacted]

**Nombre y Apellido del Depositante:**

**CI/RIF/Pasaporte del Depositante:**

**Firma del Depositante:**

**Número Control:** 488-0000-0000

**Forma de Pago:** Depósito ___ Punto de Venta ___ Pago por Internet ___

| | |
|---|---|
| Tasa SAREN (Bs.S) | 0 |
| Timbres Trámite (Bs.S) | 0,00 |
| Timbres Legalización SAREN (Bs.S) | 0,00 |
| Total Timbres (Bs.S) | 0,00 |
| MONTO TOTAL (Bs.S) | 0 |

**MONTO EN LETRAS (Bs.S):** CERO BOLÍVARES CON CERO CÉNTIMOS

Sello de la Oficina (teléfonos_oficina)

**Bancos Recaudadores**
0003 - Banco Industrial de Venezuela  0175 - Banco Bicentenario
0102 - Banco de Venezuela  0108 - Banco Provincial
0163 - Banco del Tesoro

Sello y Firma del Banco

**SOLO PARA USO DEL SAREN**

| FUNCIONARIO EMISOR | FUNCIONARIO RECEPTOR | FUNCIONARIO REVISOR | REGISTRADOR/NOTARIO |
|---|---|---|---|
| David A. Acuña C.I. 19.318.892 DESPACHO | David A. Acuña C.I. 19.318.892 DESPACHO | | Abog. Carmen S. Valladares Registradora Principal (E) C.I. V-14.835.259 |

**Cod. de Seg:** Y1WbllCUmKGYpJWaUpuflZGil6JQmqNQnQ==

22/09/2022
REG: 07635166
CERTIFIED TRANSLATION LANGUAGE REACH




**Fecha Emisión** 08/09/2022   212   y 163

La PUB desde su emisión tiene una vigencia de diez (10) días continuos para ser cancelada. Una vez efectuada la cancelación respectiva, tiene una vigencia de treinta (30) días no prorrogables para presentar el documento. Agotados dichos lapsos, la PUB es nula y deberá emitirse una nueva PUB para realizar el trámite, debiendo cancelarse nuevamente el monto

### PLANILLA UNICA BANCARIA

**Número Planilla:** 070-00334521

037175
45/210

| TIPO DE ACTO | AUTENTICACION DECLARACIÓN JURADA | | |
|---|---|---|---|
| Nombre y Apellido del Solicitante | MARIA GONZALEZ | | |

**Número Control:** 488 - 0000 - 0000

| CI / RIF / Pasaporte del Solicitante | Forma de Pago | N° Cheque / Aprobacion | Monto (Bs.F.) |
|---|---|---|---|
| | Monto Efectivo | | |
| Nombre y Apellido del Depositante | Cheque mismo Banco | | |
| CI / RIF / Pasaporte del Depositante | Punto de Venta | | |
| Firma del Depositante | Pago por Internet | | |
| CERO BOLIVARES SOBERANOS CON CERO CENTIMOS. | | **Monto Total** | **0,00** |

### SOLO PARA USO DEL SAREN

| | FUNCIONARIO EMISOR | FUNCIONARIO RECEPTOR | FUNCIONARIO REVISOR | REGISTRADOR / NOTARIO |
|---|---|---|---|---|
| Nombres y Apellidos | | | Dr. Luis Alfredo Ramirez Monsalve | |
| Cédula de Identidad | David Velásquez C.I 6.513.948 Escribiente | David Velásquez C.I 6.513.948 Escribiente | Notario Titular Cod. 070 Notaria Pública Octava del Municipio Chacao del Estado Miranda | |
| Cargo | | | | |
| Fecha | | | | |
| Firma | | | | |

Sello de la Oficina

**Bancos Recaudadores**
0003 - Banco Industrial de Venezuela
0007 - Banco Bicentenario
0102 - Banco de Venezuela
0163 - Banco del Tesoro
0108 - Banco Provincial

Sello y Firma del Banco

TRASLADO  0,00
TRANSPORTE  0,00
Solo para Uso de la Oficina Notarial
**NOTARIA PUBLICA OCTAVA DEL MUNICIPIO CHACAO DEL ESTADO MIRANDA**
OBSERVACIONES

CERTIFIED TRANSLATION
22/09/2022
LANGUAGE REACH



REPÚBLICA BOLIVARIANA DE VENEZUELA. VICEPRESIDENCIA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA. SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS (SAREN). NOTARÍA PÚBLICA OCTAVA DEL MUNICIPIO AUTÓNOMO CHACAO DEL ESTADO MIRANDA, **08/09/2022**, 212º y 163º. El anterior documento redactado por la Abogado (a) **MARISOL ALVARADO** inscrita en el Instituto de Previsión Social del Abogado bajo el Nº **50113**, fue presentado para su autenticación y devolución según Planilla Única Bancaria (PUB) Nº **070-00334521** y Planilla Notarial Nº **037175** de fecha **08/09/2022**. Presentes su otorgante **MARIA DE JESUS GONZALEZ PARRA**, mayor de edad, domiciliados en: **CARACAS**, de Nacionalidad: **VENEZOLANA** de estados civil: **SOLTERA** titular de la cedula de identidad ~~[redacted]~~ído el documento de **DECLARACION JURADA**, los otorgantes en presencia del Notario expusieron "SU CONTENIDO ES CIERTO Y NUESTRAS LAS FIRMAS QUE APARECEN AL PIE DEL INSTRUMENTO". El Notario en tal virtud declara legalmente Autenticado el presente Documento y las copias firmadas en originales formarán el Tomo Principal y el Tomo Duplicado, quedando inserto bajo el N **45, Tomo 210** de los Libros de Autenticaciones llevados en esta Notaría. Actuaron como testigos instrumentales: **STEFANY GAMEZ** y **NELSON FRANCO**, titulares de las cédulas de identidad Nos.: ~~[redacted]~~ funcionarios de esta Notaría designados para este acto. El Notario hace constar que ha dado lectura al artículo 78 numeral 2 del Decreto Nº **1.422**, mediante el cual se dicta el **Decreto con Rango, Valor y Fuerza de Ley de Registros y del Notariado**, publicado en la Gaceta Oficial Nº **6.156** Extraordinario, de fecha **19 de noviembre de 2014** e informó a las partes del contenido, naturaleza, trascendencia y consecuencias legales de los actos o negocios jurídicos otorgados en su presencia, así como de las renuncias, reservas, gravámenes y cualquier otro elemento que afecten los bienes o derechos referidos en el acto o negocio jurídico, el cual manifiesta en consecuencia su plena conformidad. Jurada la urgencia del caso el notario que suscribe declara habilitado el presente documento conforme el artículo 29 del referido Decreto Nº **1.422**. El Notario que suscribe hace constar que tuvo a la vista. 1.- Cédula laminada del Otorgante.

**EL NOTARIO PÚBLICO.**                                      **EL OTORGANTE**

Dr. Luis Alfredo Ramírez Monsalve
Notario Titular
Cod. 070
Notaría Pública Octava del
Municipio Chacao del Estado Miranda

**LOS TESTIGOS.**



 

REPÚBLICA BOLIVARIANA DE VENEZUELA
VICEPRESIDENCIA DE LA REPÚBLICA
**REGISTRO PRINCIPAL DISTRITO CAPITAL**

Quien Suscribe Abg. **CARMEN SARIBETH VALLADARES GRATEROL** Registrador(a) **Principal** del Estado **DISTRITO CAPITAL**, según **NUMERO 41.666** de fecha **02-07-2019**. Hace constar, que para dar cumplimiento al Art. 65 de la Ley de Registro y Notariado, se legaliza la firma de él(la) ciudadano **DR. LUIS ALFREDO RAMIREZ MONSALVE**. Quien para la fecha que suscribe es: **NOTARIO PÚBLICO TITULAR DE LA NOTARÍA OCTAVA DEL MUNICIPIO CHACAO DEL ESTADO BOLIVARIANO DE MIRANDA**. La presente legalización no prejuzga acerca de ningún otro extremo de fondo ni de forma. Solicitud planilla N° **21310108590** Pago del Servicio Autónomo por un monto de **0,00** Bs. . Se expide en **Caracas** a los días 9 del mes de septiembre del año 2022.

CARMEN SARIBETH VALLADARES GRATEROL
Abg. Registrador(a) Principal del Estado DISTRITO CAPITAL

David A. Acuña
C.I. 19.318.892
DESPACHO

Elaborado por: DAVID ALEXANDER ACUÑA JIMENEZ

 







## REPÚBLICA BOLIVARIANA DE VENEZUELA
***VICEPRESIDENCIA DE LA REPÚBLICA***

### SERVICIO AUTÓNOMO DE REGISTROS Y NOTARÍAS

Se legaliza la firma que antecede a él (la) ciudadano (a)

**ABG. CARMEN SARIBETH VALLADARES GRATEROL.**

Quien es como se titula, Registrador(ra) Principal del Estado DISTRITO CAPITAL

Se advierte que la presente legalización no prejuzga acerca de **Ningún otro extremo de fondo, ni forma.**

Caracas, 9 de septiembre del 2022
212°, 163° y 23°

Por el Ministro




**ABEL ERNESTO DURAN GOMEZ**
DIRECTOR GENERAL DEL SERVICIO AUTÓNOMO DE REGISTRO Y NOTARIAS

Decreto Presidencial N° 4.297, del 11 de Septiembre de 2020, publicada en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N° 6.574 de la misma fecha.

*Documento firmado electrónicamente con el mismo valor probatorio que la Ley otorga a los documentos escritos, según artículo 4° de la Ley de Mensajes de Datos y Firmas.*






Gobierno Bolivariano de Venezuela | Ministerio del Poder Popular para Relaciones Exteriores | Oficina de Relaciones Consulares

No. Y09K09022818709

# APOSTILLE
(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| 1. País: Country/Pays | **VENEZUELA** |
| El presente documento público / The public document / Le présent acte public | |
| 2. ha sido firmado por / has been signed by / a été signé par | **ABEL ERNESTO DURÁN GÓMEZ** |
| 3. quien actúa en calidad de / acting in the capacity of / agissant en qualité de | **DIRECTOR GENERAL DEL SAREN** |
| 4. y está revestido del sello / timbre de / bears the seal / stamp of / est revêtu du sceau / timbre de | **VICEPRESIDENCIA DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA** |
| Certificado / Certified / Attesté | |
| 5. en CARACAS at / a | 6. el día 09-09-2022 the / le |
| 7. Por Ministerio del Poder Popular para Relaciones Exteriores by / par | |
| 8. Bajo el número Y09K09022818709 Nº / sous nº | |
| 9. Sello / timbre: Seal / stamp: Sceau / timbre:  | 10. Firma: Signature: Signature:  |

**CHRISTIANS EDUARDO SANCHEZ OLOYOLA**
Director General de la Oficina de Relaciones Consulares, según Resolución Nro. 007 del 24 de mayo de 2022, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nro. 42.388 del 31 de mayo de 2022.

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
Fecha y hora de la emisión: 09/09/2022 14:06:28
Para validar la autenticidad de esta apostilla ingrese este código: XHH1YY61PA1 en http://consultalegalizacionve.mppre.gob.ve
Tipo de Documento: Declaración Jurada
Titular: Nro de Identificación: G 200000023 Nombre: MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES
-----------------------------------------------------------------------------
This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
Date and time of issue: 09/09/2022 14:06:28
To validate the authenticity of this Apostille enter this code: XHH1YY61PA1 in http://consultalegalizacionve.mppre.gob.ve
Document type: Declaración Jurada
Holder: Identification Number: G 200000023 Name: MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES
-----------------------------------------------------------------------------
Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
Date et heure d'émission: 09/09/2022 14:06:28
Pour valider l'authenticité de cette apostille, entrez ce code: XHH1YY61PA1 dans http://consultalegalizacionve.mppre.gob.ve
Type de document: Declaración Jurada
Titulaire: Numéro d'identification: G 200000023 Prénom: MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES



Mppre-856b69f48795c152b38c18ac4971cb20ea821f3b


22/09/2022



22nd September 2022

Dear Sirs,

**Re: Spanish into English (UK) Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English (UK).

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English (UK) written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,






**Emilie Forlacroix**
Project Manager

Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN