(Emblem)

*The Minister of Popular Power for Foreign Affairs Of the Bolivarian Republic of Venezuela*

Caracas, 13 June 2020

000811

Your Excellency

**Luis Filipe Lopes Tavares**

Minister of Foreign Affairs, Communities and Defence of the Republic of Cape Verde

Praia -

Your Excellency:

On behalf of the Venezuelan people, the President of the Republic, Nicolás Maduro Moros, the Venezuelan people and on my own behalf, we extend our warmest greetings and best wishes to you and to His Excellency Jorge Carlos Fonseca, President of the Republic of Cape Verde, as well as to the people, our brothers of Cape Verde.

I am writing to you in reference to the Venezuelan citizen Alex Nain SAAB MORÁN, born on ▉ 1971 and holder of the passport of the Bolivarian Republic of Venezuela number ▉956, who I know was arrested in Cape Verde yesterday, 12 June 2020, on the basis of an Interpol Red Notice, issued at the request of the United States of America.

It is the case, Your Excellency, that the Interpol Red Notice was issued after the arrest of the citizen Alex Nain SAAB MORAN, today, 13 June 2020, a fact which clearly invalidates the alleged grounds for his arrest, as it violates elementary principles of law.

Additionally, I would like to underline that Alex Nain SAAB MORAN is currently acting as an agent of the Government of the Bolivarian Republic of Venezuela, which grants him sovereign immunity, in accordance with international law and principles of customary law. However, this sovereign immunity which corresponds to an agent of the Government of the Bolivarian Republic of Venezuela has not been taken into account at the time of his arrest, which occurred during a technical stopover in Cape Verde by the aircraft carrying him.



GOVERNMENT EXHIBIT
Case No.: 19-20450-CR-RNS
14

(Emblem)

*The Minister of Popular Power for Foreign Affairs Of the Bolivarian Republic of Venezuela*

I consider it particularly important to point out that the aforementioned citizen was carrying out commercial transactions on behalf of the Bolivarian Republic of Venezuela, aimed at guaranteeing the humanitarian procurement of medical supplies, medicines and foodstuffs of great need for our country in the context of the COVID-19 pandemic, which makes his abrupt detention particularly serious for our country.

Taking into account the historically good relations between Cape Verde and Venezuela, as well as the recognised importance that the Cape Verdean people attach to independence and good political and diplomatic relations with the rest of the world, I respectfully request, in the first place, his immediate release and I also request that after his release, he be allowed to return immediately to Venezuela.

Thanking you in advance for your valuable support and solidarity in connection with this request, I take this opportunity to reiterate to Your Excellency, the assurances of my highest and distinguished consideration.

Yours sincerely

(Signature – Illegible)

**JorgeArreaza**

Minister of People's Power for Foreign Affairs

Bolivarian Republic of Venezuela

(Stamp – BOLIVARIAN REPUBLIC OF VENEZUELA
MINISTER'S OFFICE
Minister of People's Power for Foreign Affairs)





*El Ministro del Poder Popular para*
*Relaciones Exteriores*
*de la República Bolivariana de Venezuela*

000811

Caracas, 13 de junio de 2020

Excelentísimo Señor
**Luis Filipe Lopes Tavares**
Ministro de Asuntos Exteriores, Comunidades y Defensa
de la República de Cabo Verde
Praia.-

Excelencia:

Reciba en nombre del Pueblo venezolano, del Presidente de la República, Nicolás Maduro Moros, el Pueblo venezolano y en el mío propio, un saludo afectuoso y nuestros mejores deseos a Usted y a Su Excelencia Jorge Carlos Fonseca, Presidente de la República de Cabo Verde, extensivo al hermano pueblo caboverdiano.

Tengo a bien escribirle en referencia al ciudadano venezolano Alex Nain SAAB MORÁN, nacido el ▇▇▇▇▇▇▇▇▇▇▇▇ 1971 y titular del pasaporte de la República Bolivariana de Venezuela número 1▇▇▇▇56, quien conozco ha sido detenido en Cabo Verde el día de ayer, 12 de junio de 2020, sobre la base de una notificación Roja de Interpol, extendida por solicitud de Estados Unidos de América.

Es el caso, Excelencia, que la Notificación Roja de Interpol ha sido emitida con posterioridad a la detención del ciudadano Alex Nain SAAB MORÁN, el día de hoy 13 de junio de 2020, hecho éste que a todas luces invalida los motivos alegados para su detención, por resultar violatorio de principios elementales del derecho

Adicionalmente, quiero subrayar que en el ciudadano Alex Nain SAAB MORÁN concurre la circunstancia de que actualmente se desempeña como agente del Gobierno de la República Bolivariana de Venezuela, lo cual le otorga inmunidad soberana, de acuerdo con el derecho internacional y con principios del derecho consuetudinario. No obstante, esta inmunidad soberana que corresponde a un agente del Gobierno de la República Bolivariana de Venezuela no ha sido tomada en cuenta al momento de su





*El Ministro del Poder Popular para*
*Relaciones Exteriores*
*de la República Bolivariana de Venezuela*

detención, la cual ocurrió durante una parada técnica efectuada en Cabo Verde por la aeronave que lo transportaba.

Considero de especial importancia destacar que el referido ciudadano se encontraba realizando gestiones comerciales en favor de la República Bolivariana de Venezuela, orientadas a garantizar la procura humanitaria de insumos médicos, medicinas alimentos de gran necesidad para nuestro país en el contexto de la pandemia por el COVID-19, lo cual hace especialmente grave para nuestro país su abrupta detención.

Tomando en cuenta las históricas buenas relaciones entre Cabo Verde y Venezuela, así como también la reconocida importancia que el gentilicio caboverdiano otorga a la independencia y a las buenas relaciones políticas y diplomáticas con el resto del mundo, respetuosamente solicito en primer lugar su inmediata liberación e igualmente solicito que tras su liberación le sea permitido su inmediato regreso a Venezuela.

Al agradecer de antemano de antemano su valioso apoyo y solidaridad en relación con esta solicitud, me valgo de la ocasión hago propicia para reiterar a Su Excelencia las seguridades de mi más alta y distinguida consideración.

Atentamente,

**Jorge Arreaza**
Ministro del Poder Popular para Relaciones Exteriores
República Bolivariana de Venezuela




*(Logo)* **Bolivarian** Republic of Venezuela    Ministry of **Foreign Affairs**    Office of **Consular Relations**

No. R25805822100705

## APOSTILLE

(Convention of the Hague dated 5 October 1961)    *(Emblem)*

| 1. | Country: **VENEZUELA** | |
| --- | --- | --- |
| | The public document | |
| 2. | Signed by | **JORGE ALBERTO ARREAZA MONTSERRAT** |
| 3. | Acting in the capacity of | **MINISTER OF POPULAR POWER FOR FOREIGN AFFAIRS** |
| 4. | Bears the seal of | **MINISTER OF POPULAR POWER FOR FOREIGN AFFAIRS** |
| | **Certified** | |
| 5. | In CARACAS | 6.  On the 24th May, 2022 |
| 7. | By the Minister of Popular Power of Foreign Affairs | |
| 8. | No. R25805822100705 | |
| 9. | Stamp:   **BOLIVARIAN REPUBLIC OF VENEZUELAN LEGALISATIONS** | 10. Signature: *(Signature – illegible)* |

*(Stamp – illegible)*
*(Stamp – illegible)*

**MARCO ANTONIO MAGALLANES GRILLET**
Director General of Consular Relations Office in accordance with Resolution No. 013 dated 6th September, 2021, published in the Daily Gazette of the Bolivarian Republic of Venezuela.

This Apostille only certifies the authenticity of the signatures and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.

This Apostille does not certify the content of the document for which it was issued.
**Date and time of issue:** 24th May, 2022 at 8:54:14 P.M.
To validate the authenticity of this Apostille, enter this code: T6H1YYPPDTB at
http://consultalegalizacionve.mppre.gob.ve
**Document type:** COMMUNICATION
**Holder:** Identification No.: G 200000023 **Name:** MINISTER OF POPULAR POWER FOR FOREIGN AFFAIRS

*(Stamp – illegible)*

*(QR Code)*    Mppre-c6333e1f4cc8f71550e7a2c3ad709837327ec5a9





05th July 2022

Dear Sirs,

**Re: Spanish into English Certified Translation**

Language Reach Limited is a UK-registered professional translation and interpreting company and a fully qualified registered member of The Association of Translation Companies (Member No. 2018ATCR1238). We hereby confirm that we have translated the enclosed document(s) from Spanish into English.

As a responsible translation agency we only employ certified linguists to work with us. We are satisfied with the linguistic accuracy and hereby confirm that the English written translation of the Spanish document(s) represents its fair and accurate linguistic message as intended in the original file(s).

We hereby confirm that this is a true and correct translation and certify the linguistic accuracy.

For more information, please contact Language Reach Limited on +44 (0) 208 677 3775.

Yours sincerely,



**Aniello Attianese**
Senior Account Manager




Registered in England & Wales 07635166 Tel: +44 (0) 208 677 3775 Email: info@languagereach.com
Address: Unit F11B, Parkhall Business Centre, London, SE21 8EN