

jtg, inc.  
11190 Sunrise Valley Drive.  
Suite 301  
Reston, Virginia  
20191

1.703.548.7570 voice  
1.877.746.8906 toll free  
1.703.548.8223 fax

jtg-inc.com

# CERTIFICATE OF TRANSLATION

I, <u>Heather Oland</u>, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities. Archival seals, stamps, and certifications have been translated here.

Document Name:     Gaceta 6.373 with Saab Moran translate
go-41527

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this day of Novemeber 3, 2022.

_Heather Oland_  
Signature

GOVERNMENT EXHIBIT
Case No.: 19-20450-CR-RNS
17a


# OFFICIAL GAZETTE
## OF THE BOLIVARIAN REPUBLIC OF VENEZUELA

| YEAR CXLV – MONTH VII | Caracas, Thursday, April 26, 2018 | Special Edition No. 6.373 |

## SUMMARY

**OFFICE OF THE PRESIDENT OF THE REPUBLIC**

Decree No. 3.336, whereby allocation is authorized in the amount of one hundred forty-eight trillion one hundred ninety-seven billion nine hundred sixty-two million six hundred forty-three thousand one hundred forty-eight bolivars (Bs. 148,197,962,643,148) to cover budget requirements including expenses for active, pensioned, and retired personnel from the agencies and entities of the National Public Administration, as well as pensioners from the Venezuelan Social Security Institute (I.V.S.S.) in their various contingencies, corresponding to the months of April and May 2018.

**MINISTRY OF THE PEOPLE'S POWER FOR FOREIGN AFFAIRS**

Resolution whereby Mr. Alex Nain Saab Morán is appointed as Special Envoy of the Government of the Bolivarian Republic of Venezuela, with broad powers to carry out formalities in support of the Bolivarian Republic of Venezuela, focused on guaranteeing commercial and humanitarian procurement of staple goods and services intended for the social assistance programs of the National Executive Branch, especially foodstuffs; raw materials, machinery, and equipment for the production and processing of food; medicines, materials, supplies and medical equipment, and he is authorized to hold discussions with government authorities, institution representatives, and publicly- and privately-owned companies.

---

**OFFICE OF THE PRESIDENT OF THE REPUBLIC**

Decree No. 3.336                                April 3, 2018

### I, NICOLÁS MADURO MOROS
### President of the Republic

With the highest commitment and desire to achieve the greatest political efficacy and revolutionary quality in the construction of Socialism, the refounding of the Venezuelan nation, based on humanist principles, upheld by moral and ethical conditions in pursuit of progress for the country and the collective, by mandate of the people, pursuant to Article 226 of the Constitution of the Bolivarian Republic of Venezuela, and in exercise of the authority conferred upon me by numbers 2 and 11 of Article 236 *ejusdem,* linked to number 4 of Article 2 of Decree No. 3.239 dated January 9, 2018, whereby a State of Exception and Economic Emergency is declared throughout the National Territory, extended by Decree No. 3.308 dated March 9, 2018, in accordance with Articles 20 and 21 of the Organic Law on States of Exception, in Council of Ministers,

### WHEREAS

Under the framework of the State of Exception and Economic Emergency Decree and its extension, disbursements not provided for in the Annual Budget are required to be made, at the expense of the National Treasury, allowing the exceptional situation to be addressed until reestablishment of the national financial order is achieved,

### WHEREAS

The Revolutionary Government is obliged and firmly committed to preventing damage being caused to the country's economy, in order to guarantee the Venezuelan people the best management of the available economic resources, for social projects and the generation of the necessary infrastructure for improvement of their quality of life, even under the formally declared and current conditions of economic emergency status,

### WHEREAS

The State must guarantee all Venezuelans the enjoyment of their rights, and likewise, reduce the effects of the induced inflation and speculation, and counteract the problems that seriously affect the country's economic-financial equilibrium,

### WHEREAS

In order to implement the projects set out in the Plan for the Homeland, Second Socialist Plan for Economic and Social Development of the Nation 2013−2019, it is necessary to finance and transfer the necessary resources to cover the operating and personnel expenses that will guarantee the development of public policies and good living for all Venezuelans,

### WHEREAS

The availability of the resources has been certified, up to the authorized amount.

| 78 | OFFICIAL GAZETTE OF THE BOLIVARIAN REPUBLIC OF VENEZUELA | Special Edition No. 6.373 |
|---|---|---|

## MINISTRY OF THE PEOPLE'S POWER FOR FOREIGN AFFAIRS

[emblem]

[signature]
*Jorge Arreaza Montserrat*
*Minister of the People's Power for Foreign Affairs*

*Hereby grants this credential to Mr.*
*Alex Nain Saab Morán*

*Appointing him as Special Envoy of the Government of the Bolivarian Republic of Venezuela, with broad powers to carry out formalities in support of the Bolivarian Republic of Venezuela, focused on guaranteeing commercial and humanitarian procurement of staple goods and services intended for the social assistance programs of the National Executive Branch, especially foodstuffs; raw materials, machinery, and equipment for the production and processing of food; medicines, materials, supplies and medical equipment, and he is authorized to hold discussions with government authorities, institution representatives, and publicly- and privately-owned companies in order to seek practical solutions to the complex situations affecting the Bolivarian Republic of Venezuela as a result of the financial and trade embargo to which it has been subject since 2015.*

*During the exercise of the entrusted activities, the Special Envoy shall not commit, represent, make agreements or arrangements concerning the property of the Bolivarian Republic of Venezuela, or involve use of the public sector budget.*

*Therefore, the respective authorities are asked to recognize the appointment and to that effect, allow him to freely perform his duties, granting him the favor and assistance that he requires, and safeguarding the prerogatives that correspond to him in his capacity as Officer in the Service of the Government of the Bolivarian Republic of Venezuela, which Mr. Alex Nain Saab Morán holds, under the terms established in international law.*

*In witness whereof, this credential is issued under my hand, with the seal of the Ministry of the People's Power for Foreign Affairs of the Bolivarian Republic of Venezuela, in Caracas on April 9, 2018.*

[illegible seal]