# LEY DE PUBLICACIONES OFICIALES

Gaceta Oficial Nº 20.546 de fecha 22 de julio de 1941

EL CONGRESO DE LA REPUBLICA DE VENEZUELA

DECRETA

la siguiente,



## LEY DE PUBLICACIONES OFICIALES

### TÍTULO I
### DE LA PUBLICACIÓN DE ACTOS OFICIALES

#### Capítulo I
#### De la Publicación de las Leyes

**Artículo 1.-** Las leyes deberán publicarse en la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA, de conformidad con lo dispuesto en los artículos 86 y ordinal 8º del artículo 100 de la Constitución Nacional.

**Artículo 2.-** Las Leyes entrarán en vigor desde la fecha que ellas mismas señalen; y, en su defecto, desde que aparezcan en la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA, conforme lo estatuye la Constitución Nacional.

**Artículo 3.-** Cuando en cualquier acto emanado de funcionarios públicos, haya de citarse una Ley de la República, se mencionará esta por la fecha de su Ejecútese.

**Artículo 4.-** Cuando haya evidente discrepancia entre el original y la impresión de una ley se la volverá a publicar corregida en la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA; pero entonces deberá acompañar a dicha publicación un Aviso Oficial firmado por el Ministro a cuyo ramo corresponda la materia de la Ley indicando en que consistió el error de la publicación primitiva. En este caso, la Ley se tendrá por promulgada desde su primera publicación, pero no podrá darse efecto retroactivo a la corrección.

**Artículo 5.-** La Ley que sufra una reforma parcial deberá publicarse íntegramente con las modificaciones que hubiere sufrido, las cuales se insertarán en su texto suprimiendo los artículos reformados de manera de conservar su unidad. Esta publicación deberá estar precedida por la de la ley que hace la reforma.

#### Capítulo II
#### De los Demás Actos del Poder Legislativo

**Artículo 6.-** Los servicios de publicidad de que disponga el Poder Ejecutivo deberán dar preferencia a las publicaciones de los otros actos del Congreso Nacional y de las Cámaras Legislativas que estos organismos o sus Presidentes acuerden publicar; sin perjuicio de que las propias Cámaras efectúen aquellas directamente.

**Artículo 7.-** En la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA deberá darse preferencia a la publicación de las Leyes, y a la de los Acuerdos y demás actos de las Cámaras

Legislativas, cuya publicación en dicha GACETA sea ordenada legalmente o resuelta por las propias Cámaras o por sus Presidentes.

### Capítulo III
### De los Actos del Poder Ejecutivo Federal

**Artículo 8.-** En la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA deberán publicarse los Decretos dictados por el Poder Ejecutivo en uso de su facultad de reglamentar las leyes, y los Reglamentos de carácter orgánico de acuerdo con el numeral 11 del artículo 100 de la Constitución Nacional.

**Artículo 9.-** En la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA, se publicarán además los Decretos, Resoluciones y otros actos del Poder Ejecutivo que por mandato legal o a juicio de aquel requieran publicidad; sin perjuicio de que dichos actos tengan la debida autenticidad y vigor sin el requisito de la publicación.

### Capítulo IV
### De los Fallos y Actas del Poder Judicial

**Artículo 10.-** En la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA deberán publicarse sin dilación de ningún género, los fallos y actas de la Corte Federal y de Casación. Igualmente se publicará en la GACETA OFICIAL las sentencias de otros organismos judiciales nacionales, cuando así lo ordenen las leyes especiales. Esto se hará sin perjuicio de que dichos actos tengan la debida autenticidad y eficacia aún antes de insertarse en la GACETA.

## TÍTULO II
## DE LA FORMA DE LAS PUBLICACIONES OFICIALES

### Capítulo I
### De la Gaceta Oficial de los Estados Unidos de Venezuela

**Artículo 11.-** La GACETA OFICIAL, creada por Decreto Ejecutivo de 11 de octubre de 1872 continuará editándose en la Imprenta Nacional con la denominación "GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA".

**Artículo 12.-** LA GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA se publicará todos los días hábiles, sin perjuicio de que se editen números extraordinarios, siempre que fuere necesario; y deberán insertarse en ella sin retardo los actos oficiales que hayan de publicarse.

**Parágrafo Único.-** Las ediciones extraordinarias de la GACETA OFICIAL tendrán una numeración especial.

**Artículo 13.-** En la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA se publicarán los actos de los Poderes Públicos que deban insertarse y aquellos cuya inclusión sea considerada conveniente por el Ejecutivo Federal.

**Artículo 14.-** Las Leyes, Decretos, Resoluciones y demás actos oficiales tendrán el carácter de públicos por el hecho de aparecer en la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA, cuyos ejemplares tendrán fuerza de documento público.

**Artículo 15.-** Los artículos 11, 12, 13 y 14 de esta Ley se insertarán en el encabezamiento de la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA.

**Artículo 16.-** Dentro de los primeros quince días de cada trimestre se insertará en la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA, en número extraordinario, un Índice alfabético de las materias que hayan sido objeto de publicación en el trimestre anterior.

## Capítulo II
## De las Ediciones Oficiales

**Artículo 17.-** El Ejecutivo Federal, mediante Resolución del Despacho a que corresponda la materia de cada documento, podrá dar carácter oficial a las ediciones de Leyes, Decretos u otros actos oficiales.

**Artículo 18.-** La Resolución que se dicte en virtud de lo previsto por el artículo anterior, deberá contener la especificación del número de ejemplares de la respectiva edición, del establecimiento donde se realice la impresión, del número de páginas que contenga cada ejemplar, del formato de la edición y del precio de venta; y se publicará en la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA.

**Artículo 19.-** Los ejemplares de que conste la Edición Oficial, deberán llevar numeración continua; los primeros ejemplares se destinarán al Archivo del Congreso Nacional, a los de los Ministerios del Despacho, al de la Corte Federal y de Casación, al Archivo Nacional y a la Biblioteca Nacional, para lo cual deberán ir firmados y sellados por el órgano que autorice la edición. Estos ejemplares auténticos deberán conservarse para el cotejo de los otros ejemplares de que conste la edición.

**Artículo 20.-** Los actos oficiales que aparezcan en una Edición Oficial realizada conforme a los artículos 17, 18 y 19 de esta Ley, tendrán fuerza de documento público.

**Artículo 21.-** El Ejecutivo Federal publicará en edición oficial dentro del primer semestre de cada año el tomo o tomos de la Recopilación de Leyes y Decretos de Venezuela correspondientes al año anterior.

**Parágrafo Único.-** Dentro del mismo lapso publicará el Ejecutivo Federal un Índice de Leyes vigentes con carácter meramente informativo.

**Artículo 22.-** Independientemente de lo dispuesto en el artículo anterior, el Ejecutivo Federal compilará en tomos sucesivos los Tratados Públicos Internacionales, bilaterales o multilaterales, que la República celebre y aquellos a los cuales se adhiera. El Ejecutivo Federal publicará además oportunamente con carácter meramente informativo, repertorios alfabéticos de las materias sobre las cuales versen los Tratados Públicos vigentes.

## Capítulo III
## De la Imprenta Nacional

**Artículo 23.-** De conformidad con lo dispuesto en la Ley de Ministerios, corresponde al Despacho de Relaciones Interiores todo lo relativo a la organización, dotación y funcionamiento de la Imprenta Nacional, creada por Ley de 23 de mayo de 1928.

Artículo 24.- Además de la edición de la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA, corresponde a la Imprenta Nacional, fuera de las labores que le asigne el Ejecutivo Federal, hacer las publicaciones ordenadas por el Poder Legislativo Federal, la Corte Federal y de Casación y la Contraloría General de la Nación, sin perjuicio de que puedan ser utilizados a este efecto otros establecimientos.

## Capítulo IV
## Disposiciones Finales

**Artículo 25.-** El Ejecutivo Federal reglamentará la presente Ley.

**Artículo 26.-** Se deroga la Ley de 21 de marzo de 1833 que manda que las Leyes se citen por la fecha del Cúmplase del Ejecutivo y la Ley de la Imprenta Nacional y de la Gaceta Oficial, de 23 de

mayo de 1928.

Dada, firmada y sellada en el Palacio Federal Legislativo, en Caracas, a los dos días del mes de julio de mil novecientos cuarenta y uno. Año 132º de la Independencia y 83º de la Federación.

El Presidente,
ALEJANDRO RIVAS VASQUEZ.

El Vicepresidente,
J. N. RIVAS.

Los Secretarios,
Diego Arreaza Romero
Octavio Lazo.

Palacio Federal, en Caracas, a los veinte y dos días del mes de julio de mil novecientos cuarenta y uno. Año 132º de la Independencia y 83º de la Federación.

Ejecútese y cuídese de su ejecución.

(L.S.)
ISAÍAS MEDINA ANGARITA