# LAW ON OFFICIAL PUBLICATIONS
Official Gazette No. 20.546 of July 22, 1941

## THE CONGRESS OF THE REPUBLIC OF VENEZUELA

### DECREES

the following,

## LAW ON OFFICIAL PUBLICATIONS

### TITLE I
### PUBLICATION OF OFFICIAL ACTS

#### Chapter 1
#### Publication of Laws

**Article 1.-** Laws shall be published in the OFFICIAL GAZETTE OF THE UNITED STATES OF VENEZUELA, pursuant to the provisions of Article 86 and number 8 of Article 100 of the National Constitution.

**Article 2.-** Laws shall enter into force on the date indicated in them; and, in its absence, as of their appearance in the OFFICIAL GAZETTE OF THE UNITED STATES OF VENEZUELA, pursuant to the provisions of the National Constitution.

**Article 3.-** When any act issued by a public official cites a Law of the Republic, this shall be referenced by its date of Entry into Force.

**Article 4.-** When there is an apparent discrepancy between the original and the printed version of a law, it shall be published again with correction in the OFFICIAL GAZETTE OF THE UNITED STATES OF VENEZUELA; but such publication shall also be accompanied by an Official Notice signed by the Minister to whose department the subject matter of the Law corresponds, indicating the nature of the error initially published. In this case, the Law shall be considered to have been enacted as of its first publication, but the correction may not be given retroactive effect.

**Article 5.-** A Law that undergoes partial amendment shall be published in its entirety with the amendments it has undergone, which shall be inserted in its text, deleting the amended articles in order to preserve its unity. This publication shall be preceded by publication of the amending law.

#### Chapter II
#### Other Acts of the Legislative Branch

**Article 6.-** The publishing services available to the Executive Branch shall give preference to publication of the other acts of National Congress and the Legislative Chambers that these bodies or their Presidents decide to publish, without prejudice to the fact that the Chambers themselves may publish them directly.

**Article 7.-** The OFFICIAL GAZETTE OF THE UNITED STATES OF VENEZUELA shall give preference to publication of Laws, Decisions, and other acts of the Legislative Chambers,

GOVERNMENT EXHIBIT
Case No.: 19-20450-CR-RNS
20a

the publication of which in said GAZETTE is legally ordered or resolved by the Chambers themselves or by their Presidents.

### Chapter III
### Acts of the Federal Executive Branch

**Article 8.-** Decrees issued by the Executive Branch in exercise of its power to regulate laws, and the organic Regulations pursuant to number 11 of Article 100 of the National Constitution shall be published in the OFFICIAL GAZETTE OF THE UNITED STATES OF VENEZUELA.

**Article 9.-** Decrees, Resolutions, and other acts of the Executive Branch that require publication by law or in the judgment of said Branch shall also be published in the OFFICIAL GAZETTE OF THE UNITED STATES OF VENEZUELA, without prejudice to the fact that such acts may have appropriate authenticity and force without the requirement for publication.

### Chapter IV
### Rulings and Proceedings of the Judicial Branch

**Article 10.-** Rulings and proceedings of the Federal Court and Court of Cassation shall be published in the OFFICIAL GAZETTE OF THE UNITED STATES OF VENEZUELA without delay of any kind. Likewise, judgments of other national judicial bodies shall be published in the OFFICIAL GAZETTE when so ordered by special laws. This shall be done without prejudice to the appropriate authenticity and efficacy of such acts even before they are inserted in the GAZETTE.

### TITLE II
### FORM OF OFFICIAL PUBLICATIONS

### Chapter I
### The Official Gazette of the United States of Venezuela

**Article 11.-** The OFFICIAL GAZETTE, created by Executive Decree of October 11, 1872, shall continue to be published at the National Printing Office with the name "OFFICIAL GAZETTE OF THE UNITED STATES OF VENEZUELA."

**Article 12.-** The OFFICIAL GAZETTE OF THE UNITED STATES OF VENEZUELA shall be published each business day, without prejudice to the publication of special editions as necessary, and the official acts to be published shall be included therein without delay.

**Sole Paragraph.-** Special editions of the OFFICIAL GAZETTE shall have special numbering.

**Article 13.-** The acts of Public Authorities that must be inserted shall be published in the OFFICIAL GAZETTE OF THE UNITED STATES OF VENEZUELA, as well as those whose inclusion is deemed appropriate by the Federal Executive Branch.

**Article 14.-** Laws, Decrees, Resolutions, and other official acts shall be of a public nature by virtue of the fact that they appear in the OFFICIAL GAZETTE OF THE UNITED STATES OF VENEZUELA, copies of which shall have the force of a public document.

**Article 15.-** Articles 11, 12, 13, and 14 of this Law shall be inserted in the heading of the OFFICIAL GAZETTE OF THE UNITED STATES OF VENEZUELA.

**Article 16.-** Within the first fifteen days of each quarter, an alphabetical Index of the subjects that have been published in the previous quarter shall be inserted in the OFFICIAL GAZETTE OF THE UNITED STATES OF VENEZUELA, in a special edition.

## Chapter II
## Official Editions

**Article 17.-** The Federal Executive Branch, through Resolution of the Office to which the subject matter of each document corresponds, shall give official status to the editions of Laws, Decrees, or other official acts.

**Article 18.-** A Resolution issued by virtue of the foregoing article shall specify the number of copies of the respective edition, the establishment where it is printed, the number of pages contained in each copy, the format of the edition, and the sale price, and this shall be published in the OFFICIAL GAZETTE OF THE UNITED STATES OF VENEZUELA.

**Article 19.-** Copies making up the Official Edition shall be consecutively numbered; the first copies shall be designated for the Archives of the National Congress, of the Ministries of the Office, of the Federal Court and Court of Cassation, the National Archive, and the National Library, for which they shall be signed and sealed by the body authorizing the edition. These authentic copies shall be kept for comparison with other copies of the edition.

**Article 20.-** Official acts that appear in an Official Edition made pursuant to Articles 17, 18, and 19 of this Law shall have the force of a public document.

**Article 21.-** The Federal Executive Branch shall publish in an official edition within the first half of each year the volume or volumes of the Compilation of Laws and Decrees of Venezuela corresponding to the previous year.

**Sole Paragraph.-** The Federal Executive Branch shall publish an Index of Current Laws within the same period, for informational purposes only.

**Article 22.-** Notwithstanding the provisions in the article above, the Federal Executive Branch shall compile in successive volumes the bilateral or multilateral International Public Treaties that the Republic enters into and those to which it accedes. The Federal Executive Branch shall also publish, in a timely manner and for informational purposes only, alphabetical directories of the subject matter covered by the Public Treaties in force.

## Chapter III
## National Printing Office

**Article 23.-** Pursuant to the provisions in the Law on Ministries, the Office of Domestic Affairs is responsible for everything related to the organization, staffing, and operation of the National Printing Office, created by Law of May 23, 1928.

**Article 24.-** In addition to publication of the OFFICIAL GAZETTE OF THE UNITED STATES OF VENEZUELA, the National Printing Office is responsible, aside from the tasks assigned to it by the Federal Executive Branch, for making the publications ordered by the Federal Legislative Branch, the Federal Court and Court of Cassation, and the National Comptroller General's Office, without prejudice to the fact that other establishments may be used for this purpose.

## Chapter IV
## Final Provisions

**Article 25.-** The Federal Executive Branch shall regulate this Law.

**Article 26.-** The Law of March 21, 1833, which mandates that Laws be cited by the date of the Executive's Order, and the Law on the National Printing Office and on the Official Gazette, of May 23, 1928, are repealed.

Issued, signed, and sealed in the Federal Legislative Palace, in Caracas, on July 2, 1941. 132nd year of Independence and 83rd year of the Federation.

The President,
ALEJANDRO RIVAS VASQUEZ

The Vice President,
J.N. RIVAS

The Secretaries,
Diego Arreaza Romero
Octavio Lazo

Federal Palace, in Caracas, on July 22, 1941. 132nd year of Independence and 83rd year of the Federation.

For implementation and enforcement.

(L.S.)
ISAÍAS MEDINA ANGARITA



JTG, inc.
11190 Sunrise Valley Drive.
Suite 301
Reston, Virginia
20191

1.703.548.7570  voice
1.877.746.8906  toll free
1.703.548.8223  fax

jtg-inc.com

## CERTIFICATE OF TRANSLATION

I, <u>Heather Oland</u>, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities. Archival seals, stamps, and certifications have been translated here.

Document Name:    VZ-Ley de Publicaciones Oficiales-1941
VZ-Ley Orgánica del Servicio Exterior-2013
VZ-Ley de Publicaciones Oficiales-2022

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this day of Novemeber 18, 2022.

_____
Signature