# GACETA OFICIAL

## DE LOS ESTADOS UNIDOS DE VENEZUELA

Año LXIX.—Mes X    Caracas: martes 22 de julio de 1941    Número 20.546

### LEY DE 23 DE MAYO DE 1928

Artículo 3°.—La Gaceta Oficial creada por Decreto Ejecutivo de 11 de octubre de 1872, continuará editándose en la Imprenta Nacional y se denominará "Gaceta Oficial de los Estados Unidos de Venezuela"

Artículo 4°.—En la Gaceta Oficial se publicarán las Leyes; los Decretos, Resoluciones y Actos Ejecutivos; los documentos que se expidieren en ejercicio de los Poderes Federales, que requieran publicidad y cualesquiera otros cuya publicación ordene el Ejecutivo Federal

Suscrición mensual anticipada, B 4.    Número suelto, B 0,25

## SUMARIO

### Congreso Nacional

Ley de Publicaciones Oficiales.

Ley que autoriza al Ejecutivo Federal para hacer donación a la Municipalidad del Distrito Federal, de dos casas ubicadas en la Parroquia Macuto.

Ley que aprueba en todas sus partes el contrato celebrado entre el Ejecutivo Federal y la Compañía Anónima Industria Láctea Venezolana.

Ley por la cual se autoriza al Ejecutivo Federal para dar en venta a los agricultores o colonos que al efecto designe el Instituto Técnico de Inmigración y Colonización, 17 parcelas de terreno propiedad de la Nación, ubicadas en jurisdicción del Municipio Lagunillas, Distrito Bolívar del Estado Zulia.

### Presidencia de la República

Decreto por el cual se crea una Comisión Central Consultiva de Economía y Administración General de las Entidades Federales.

Decreto por el cual quedan insubsistentes, a contar del día 16 de los corrientes, inclusive, los gastos previstos en las Partidas 78 a 121 del Capítulo II del Presupuesto de Gastos del Departamento de Hacienda; se dotan los Servicios y se crean los cargos que en él se expresan en la Contraloría General de la Nación, y se acuerda un Crédito Adicional al respecto.

### Ministerio de Relaciones Interiores

Resoluciones por las cuales se hacen dos nombramientos.

Resoluciones por las cuales se designa la Penitenciaría General de Venezuela, para que cumplan sus respectivas condenas los reos Antonio Montoya Véliz, Desiderio Reyes y Marco Tulio Leal.

Resolución por la cual se dispone trasladar al reo Ovidio Espinoza, al lugar en ella expresado, donde quedará sujeto a confinamiento.

### Ministerio de Hacienda

Resolución por la cual se accede a una solicitud de fianza.

Resolución por la cual se dispone que las mercancías despachadas de la República Argentina para Venezuela, con trasbordo en Trinidad, vengan amparadas con la factura consular a que se refiere el artículo 87 de la Ley de Aduanas.

### Ministerio de Agricultura y Cría

Resolución por la cual se nombra a los ciudadanos doctor Angel Biaggini y Hermann Nass, Director-Gerente y Sub-Director, respectivamente, del Banco Agrícola y Pecuario.

### Ministerio del Trabajo y de Comunicaciones

Resolución por la cual se agrupan las Oficinas de Correos de la República en los Circuitos que en ella se expresan y se determinan sus Principales.

## CONGRESO NACIONAL

EL CONGRESO

DE LOS ESTADOS UNIDOS DE VENEZUELA

*Decreta:*

la siguiente

### LEY DE PUBLICACIONES OFICIALES

#### TITULO I

*De la publicación de actos oficiales*

#### CAPITULO I

*De la publicación de las Leyes*

Artículo 1°.—Las leyes deberán publicarse en la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA, de conformidad con lo dispuesto en los artículos 86 y ordinal 8° del artículo 100 de la Constitución Nacional.

Artículo 2°.—Las Leyes entrarán en vigor desde la fecha que ellas mismas señalen; y, en su defecto, desde que aparezcan en la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA, conforme lo estatuye la Constitución Nacional.

Artículo 3°.—Cuando en cualquier acto emanado de funcionarios públicos, haya de citarse una Ley de la República, se mencionará ésta por la fecha de su Ejecútese.

Artículo 4°.—Cuando haya evidente discrepancia entre el original y la impresión de una ley se la volverá a publicar corregida en la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA; pero entonces deberá acompañar a dicha publica-

GOVERNMENT EXHIBIT
Case No.: 19-20450-CR-RNS
20b

ción un Aviso Oficial firmado por el Ministro a cuyo ramo corresponda la materia de la Ley indicando en qué consistió el error de la publicación primitiva. En este caso, la Ley se tendrá por promulgada desde su primera publicación, pero no podrá darse efecto retroactivo a la corrección.

Artículo 5°.—La Ley que sufra una reforma parcial deberá publicarse íntegramente con las modificaciones que hubiere sufrido, las cuales se insertarán en su texto suprimiendo los artículos reformados de manera de conservar su unidad. Esta publicación deberá estar precedida por la de la ley que hace la reforma.

### CAPITULO II
*De los demás actos del Poder Legislativo*

Artículo 6°.—Los servicios de publicidad de que disponga el Poder Ejecutivo deberán dar preferencia a las publicaciones de los otros actos del Congreso Nacional y de las Cámaras Legislativas que estos organismos o sus Presidentes acuerden publicar; sin perjuicio de que las propias Cámaras efectúen aquellas directamente.

Artículo 7°.—En la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA deberá darse preferencia a la publicación de las Leyes, y a la de los Acuerdos y demás actos de las Cámaras Legislativas, cuya publicación en dicha GACETA sea ordenada legalmente o resuelta por las propias Cámaras o por sus Presidentes.

### CAPITULO III
*De los actos del Poder Ejecutivo Federal*

Artículo 8°.—En la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA deberán publicarse los Decretos dictados por el Poder Ejecutivo en uso de su facultad de reglamentar las leyes, y los Reglamentos de carácter orgánico de acuerdo con el numeral 11 del artículo 100 de la Constitución Nacional.

Artículo 9°.—En la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA, se publicarán además los Decretos, Resoluciones y otros actos del Poder Ejecutivo que por mandato legal o a juicio de aquél requieran publicidad; sin perjuicio de que dichos actos tengan la debida autenticidad y vigor sin el requisito de la publicación.

### CAPITULO IV
*De los fallos y actas del Poder Judicial*

Artículo 10.—En la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA deberán publicarse sin dilación de ningún género, los fallos y actas de la Corte Federal y de Casación. Igualmente se publicarán en la GACETA OFICIAL las sentencias de otros organismos judiciales nacionales, cuando así lo ordenen las leyes especiales. Esto se hará sin perjuicio de que dichos actos tengan la debida autenticidad y eficacia aún antes de insertarse en la GACETA.

## TITULO II
*De la forma de las publicaciones oficiales*

### CAPITULO I
*De la "Gaceta Oficial de los Estados Unidos de Venezuela"*

Artículo 11.—La GACETA OFICIAL, creada por Decreto Ejecutivo de 11 de octubre de 1872, continuará editándose en la Imprenta Nacional con la denominación "GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA".

Artículo 12.—La GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA se publicará todos los días hábiles, sin perjuicio de que se editen números extraordinarios, siempre que fuere necesario; y deberán insertarse en ella sin retardo los actos oficiales que hayan de publicarse.

Parágrafo único.—Las ediciones extraordinarias de la GACETA OFICIAL tendrán una numeración especial.

Artículo 13.—En la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA se publicarán los actos de los Poderes Públicos que deban insertarse y aquellos cuya inclusión sea considerada conveniente por el Ejecutivo Federal.

Artículo 14.—Las Leyes, Decretos, Resoluciones y demás actos oficiales tendrán el carácter de públicos por el hecho de aparecer en la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA, cuyos ejemplares tendrán fuerza de documento público.

Artículo 15.—Los artículos 11, 12, 13 y 14 de esta Ley se insertarán en el encabezamiento de la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA.

Artículo 16.—Dentro de los primeros quince días de cada trimestre se insertará en la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA, en número extraordinario, un Indice alfabético de las materias que hayan sido objeto de publicación en el trimestre anterior.

### CAPITULO II
*De las ediciones oficiales*

Artículo 17.—El Ejecutivo Federal, mediante Resolución del Despacho a que corresponda la materia de cada documento, podrá dar carácter oficial a las ediciones de Leyes, Decretos u otros actos oficiales.

Artículo 18.—La Resolución que se dicte en virtud de lo previsto por el artículo anterior, deberá contener la especificación del número de ejemplares de la respectiva edición, del establecimiento donde se realice la impresión, del número de páginas que contenga cada ejemplar, del formato de la edición y del precio de venta; y se publicará en la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA.

Artículo 19.—Los ejemplares de que conste la Edición Oficial, deberán llevar numeración contínua; los primeros ejemplares se destinarán al Archivo del Congreso Nacional, a los de los Ministerios del Despacho, al de la Corte Federal y de Casación, al Archivo Nacional y a la Biblioteca Nacional, para lo cual deberán ir firmados y sellados por el órgano que autorice la edición. Estos ejemplares auténticos deberán conservarse para el cotejo de los otros ejemplares de que conste la edición.

Artículo 20.—Los actos oficiales que aparezcan en una Edición Oficial realizada conforme a los artículos 17, 18 y 19 de esta Ley, tendrán fuerza de documento público.

Artículo 21.—El Ejecutivo Federal publicará en edición oficial dentro del primer semestre de cada año el tomo o tomos de la Recopilación de Leyes y Decretos de Venezuela correspondientes al año anterior.

Unico.—Dentro del mismo lapso publicará el Ejecutivo Federal un Indice de Leyes vigentes con carácter meramente informativo.

Artículo 22. — Independientemente de lo dispuesto en el artículo anterior, el Ejecutivo Federal compilará en tomos sucesivos los Tratados Públicos Internacionales, bilaterales o multilaterales, que la República celebre y aquellos a los cuales se adhiera. El Ejecutivo Federal publicará además oportunamente con carácter meramente informativo, repertorios alfabéticos de las materias sobre las cuales versen los Tratados Públicos vigentes.

### TITULO III
#### De la Imprenta Nacional

Artículo 23.—De conformidad con lo dispuesto en la Ley de Ministerios, corresponde al Despacho de Relaciones Interiores todo lo relativo a la organización, dotación y funcionamiento de la Imprenta Nacional, creada por Ley de 23 de mayo de 1928.

Artículo 24.—Además de la edición de la GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA, corresponde a la Imprenta Nacional, fuera de las labores que le asigne el Ejecutivo Federal, hacer las publicaciones ordenadas por el Poder Legislativo Federal, la Corte Federal y de Casación y la Contraloría General de la Nación, sin perjuicio de que puedan ser utilizados a este efecto otros establecimientos.

### TITULO IV
#### Disposiciones finales

Artículo 25.—El Ejecutivo Federal regiamentará la presente Ley.

Artículo 26.—Se deroga la Ley de 21 de marzo de 1833 que manda que las Leyes se citen por la fecha del Cúmplase del Ejecutivo y la Ley de la Imprenta Nacional y de la *Gaceta Oficial*, de 23 de mayo de 1928.

Dada, firmada y sellada en el Palacio Federal Legisaltivo, en Caracas, a los dos días del mes de julio de mil novecientos cuarenta y uno.—Año 132° de la Independencia y 83° de la Federación.

El Presidente,
(L. S.)
ALEJANDRO RIVAS VÁZQUEZ.
El Vicepresidente,
J. N. RIVAS.
Los Secretarios,
*Diego Arreaza Romero.*
*Octavio Lazo.*

---

Palacio Federal, en Caracas, a los veinte y dos días del mes de julio de mil novecientos cuarenta y uno.—Año 132° de la Independencia y 83° de la Federación.

Ejecútese y cuídese de su ejecución.
(L. S.)
ISAIAS MEDINA A.
Refrendada.
El Ministro de Relaciones Interiores,
(L. S.)
TULIO CHIOSSONE.

---

EL CONGRESO
DE LOS ESTADOS UNIDOS DE VENEZUELA
*Decreta:*
la siguiente

# LEY

Artículo 1°.—Se autoriza al Ejecutivo Federal para que, en calidad de donación, transfiera a la Municipalidad del Distrito Federal, la propiedad exclusiva de los siguientes inmuebles:

a).—Una casa situada en Macuto, Departamento Vargas del Distrito Federal, frente al mar, con los siguientes linderos: Norte, Avenida Alamo; Sur, Avenida Ibarra; Este, Calle Real; y

Oeste, terrenos pertenecientes a la Estancia San Juan o Pedroza, que es o fué de la señora Isabel Ibarra de Alamo y está adscrita al Ministerio de Relaciones Interiores por Decreto de 6 de agosto de 1940, publicado en la *Gaceta Oficial de los Estados Unidos de Venezuela*, Nº 20.252.

b).—Una casa situada también en Macuto, conocida con el nombre de "Quinta Crespo", que ocupa actualmente la Escuela Municipal "Francisco Fajardo", alinderada así: Norte, parque Macuto; Sur, calle San Bartolomé; Este, prolongación de la Avenida Oriental del Parque Macuto; y Oeste, prolongación de la Avenida Occidental del mismo y está adscrita al Ministerio de Relaciones Interiores, por Decreto de 25 de enero de 1940, publicado en la *Gaceta Oficial de los Estados Unidos de Venezuela*, Nº 20.091.

Artículo 2º.—El Ejecutivo Federal, en consecuencia, llenará los demás requisitos legales para realizar los objetivos a que se contrae la presente Ley Especial.

Dada, firmada y sellada en el Palacio Federal Legislativo, en Caracas, a los once días del mes de julio de mil novecientos cuarenta y uno.—Año 132º de la Independencia y 83º de la Federación.

El Presidente,

(L. S.)

ALEJANDRO RIVAS VÁZQUEZ.

El Vicepresidente,

J. N. RIVAS.

Los Secretarios,

*Diego Arreaza Romero.*

*Octavio Lazo.*

Palacio Federal, en Caracas, a los veinte y dos días del mes de julio de mil novecientos cuarenta y uno.—Año 132º de la Independencia y 83º de la Federación.

Ejecútese y cuídese de su ejecución.

(L. S.)

ISAIAS MEDINA A.

Refrendada.

El Ministro de Relaciones Interiores,

(L. S.)

TULIO CHIOSSONE.

---

EL CONGRESO
DE LOS ESTADOS UNIDOS DE VENEZUELA,

*Decreta:*

la siguiente

# LEY

Artículo único.—Se aprueba en todas sus partes el contrato celebrado entre el Ejecutivo Federal y la Compañía Anónima Industria Láctea Venezolana, cuyo texto es del tenor siguiente:

"Entre el Ejecutivo Federal, representado en este acto por los Ministros de Hacienda, de Fomento, de Agricultura y Cría y de Sanidad y Asistencia Social, debidamente autorizados por el ciudadano Presidente de la República y con aprobación del Consejo de Ministros, en conformidad con el ordinal 21 del artículo 100 de la Constitución Nacional, por una parte, que en lo adelante se denominará "el Gobierno"; y por la otra Carlos Rodríguez Sabogal, en representación de la Compañía Anónima Industria Láctea Venezolana, Sociedad aquí constituída y domiciliada, inscrita en el Registro de Comercio del Distrito Federal con el número 614, según consta del asiento respectivo publicado en la *Gaceta Municipal del Gobierno del Distrito Federal*, número 5.760, correspondiente al día treinta y uno de mayo de mil novecientos cuarenta y uno, que en lo adelante se denominará "la Compañía", se ha celebrado el siguiente contrato:

ARTICULO PRIMERO.—La Compañía instalará en regiones de Venezuela que ella juzgue apropiadas, una o más fábricas de leche condensada, leche evaporada, leche en polvo, productos a base de leche en polvo para la alimentación infantil y otros derivados de leche, contando con la colaboración técnica y los procedimientos de elaboración de las fábricas "Nestlé" y "Borden" y con la protección de las marcas de fábricas de las mencionadas empresas extranjeras, que la Compañía ha adquirido el derecho de usar en Venezuela. La Compañía podrá, además, elaborar otros productos, previa autorización del Ejecutivo Federal.

ARTICULO SEGUNDO.—La Compañía se obliga a dar comienzo a los trabajos de construcción e instalación de una primera fábrica por lo menos, dentro de los nueve meses siguientes a la publicación de la ley aprobatoria del presente contrato, y a iniciar la elaboración de los productos en dicha fábrica dentro del término de dos años contados desde la misma fecha.

ARTICULO TERCERO.—De acuerdo con el principio de que las exoneraciones de derechos de importación tienen una causa y límites estrictamente económicos, por cuanto por ellas se tiende a facilitar la creación de nuevas industrias y fortalecer las existentes, entre tanto y en la medida que vayan adquiriendo su propia autonomía, hasta llegar a bastarse por sí mismas y siempre que los artículos exonerables no se produzcan o se elaboren en el país en cantidad y calidad suficientes y con precios tales que no recar-

guen sensiblemente, a juicio del Ejecutivo Federal, el costo de la construcción de los edificios y de la producción de la industria, el Gobierno concede a la Compañía el beneficio de exoneración de derechos de importación en los términos y condiciones siguientes:

a) por el término de quince años, a partir de la fecha en que entre en vigencia el presente contrato, para todos los materiales indispensables a la construcción, conservación y ampliación tanto de la fábrica que la Compañía se obliga a instalar, como de las demás que creyere conveniente establecer en el país, y también para las maquinarias, herramientas, piezas de repuesto, equipo y accesorios indispensables a la instalación, mantenimiento o ensanche de dichas fábricas, y sus dependencias, quedando incluidos en este beneficio de exoneración los cántaros que han de emplearse para el transporte de la leche fresca y los baldes y filtros que la Compañía importe para el uso de sus proveedores de leche;

b) hasta el vencimiento de los plazos que se indican, contados desde la fecha en que la Planta empiece a producir y hasta las cantidades globales que se expresan a continuación, para los artículos siguientes:

| DESCRIPCION | PLAZOS | CANTIDADES GLOBALES |
|---|---|---|
| Hojalata en láminas: | | |
| Hojalata en láminas, litografiada, barnizada o lacrada | 8 años | 6.000.000 kgs. brutos. |
| Lactosa | 8 " | 305.000 " " |
| Papel y cartón impresos impermeabilizados para productos grasos de fabricación nacional | 8 " | 120.000 " " |
| Cajas de cartón, con láminas acanaladas | 5 " | 770.000 " " |
| Llaves abridoras | 5 " | 55.000 " " |
| Medidores de materia plástica | 5 " | 80.000 " " |
| Plomo y estaño en bruto para soldadura, soldadura de estaño y plomo | 5 " | 15.000 " " |
| Gas de Nitrógeno | 5 " | 50.000 " " |

El Gobierno se reserva expresamente la facultad de hacer cesar la exoneración de los derechos de importación sobre cualesquiera de los artículos o materiales más arriba especificados, antes de vencer el plazo por el cual se deja concedido dicho beneficio, cuando tales artículos o materiales pudieran obtenerse de producción nacional, en cantidad y calidad suficientes y a un precio que a juicio del Ejecutivo Federal no recargue sensiblemente el costo de las obras o productos de la Compañía; y si hubiere desacuerdo entre el Gobierno y la Compañía respecto a la suficiencia en cantidad o calidad de los artículos o materiales de producción nacional, el punto será resuelto por una expertícia. Fuera de este caso la exoneración solicitada dentro de los plazos y límites expresados, se considerará procedente. Al cesar la exoneración anticipadamente conforme a lo aquí previsto, la Compañía abonará los derechos de importación que correspondan a las existencias no utilizadas que tuviere en su poder para la fecha en que reciba la notificación oficial correspondiente, sobre los artículos o materiales respecto a los cuales haya cesado el beneficio de exoneración.

Si el desarrollo de la industria supera las previsiones y las cantidades globales de los artículos exonerados excedieren de las fijadas, el Gobierno podrá conceder, de acuerdo con este contrato, nuevas exoneraciones, si lo estima conveniente.

ARTICULO CUARTO. — Los productos que elabore la Compañía tendrán la misma composición que los que actualmente se importan de las mismas marcas y en cuanto a la calidad de la leche empleada en su fabricación y demás condiciones sanitarias requeridas para la elaboración, se aplicarán los reglamentos y disposiciones vigentes, en cuanto sean procedentes.

ARTICULO QUINTO. — En garantía del cumplimiento de sus obligaciones la Compañía prestará fianza bancaria en el país por valor de doscientos mil bolívares (Bs. 200.000,00), a satisfacción del Ejecutivo Federal, en el plazo de diez días a contar de la fecha de publicación de la Ley que apruebe este contrato. Esta garantía será cancelada una vez que la fábrica haya iniciado la elaboración de los productos, conforme a lo previsto en el ARTICULO SEGUNDO y a satisfacción del Ejecutivo Federal.

ARTICULO SEXTO. — El presente contrato durará quince años contados a partir de la fecha en que sea publicada la respectiva ley aprobatoria, y no podrá ser cedido o traspasado a ninguna otra persona o compañía sin autorización expresa del Ejecutivo Federal.

ARTICULO SEPTIMO. — Las dudas y controversias de cualquier naturaleza que puedan suscitarse sobre este contrato y que no puedan ser resueltas amigablemente por las partes contratantes, serán decididas por los Tribunales competentes de Venezuela, de conformidad con sus leyes, sin que por ningún motivo ni causa puedan ser origen de reclamaciones extranjeras.

Hechos dos ejemplares de un mismo tenor y a un solo efecto en Caracas, a los seis días del mes de junio de mil novecientos cuarenta y uno; y extendido el original en el sello correspondiente, inutilizadas en él las estampillas de ley.

INDUSTRIA LACTEA VENEZOLANA, C. A.

(fdo.) *Carlos Rodríguez Sabogal.*
Presidente.

(fdo.) A. MACHADO HERNÁNDEZ.

(fdo.) E. J. AGUERREVERE.

(fdo.) SAVERIO BARBARITO.

(fdo.) F. LAIRET, HIJO".

Dada, sellada y firmada en el Palacio Federal Legislativo, en Caracas, a los diez días del mes de julio de mil novecientos cuarenta y uno.—Año 132º de la Independencia y 83º de la Federación.

El Presidente,
(L. S.)
ALEJANDRO RIVAS VÁZQUEZ.

El Vicepresidente,
J. N. RIVAS.

Los Secretarios,
*Diego Arreaza Romero.*
*Octavio Lazo.*

—

Palacio Federal, en Caracas, a los diez y nueve días del mes de julio de mil novecientos cuarenta y uno.—Año 132º de la Independencia y 83º de la Federación.

Ejecútese y cuídese de su ejecución.
(L. S.)
ISAIAS MEDINA A.

Refrendada.
El Ministro de Hacienda,
(L. S.)
A. MACHADO HERNÁNDEZ.

Refrendada.
El Ministro de Fomento,
(L. S.)
E. J. AGUERREVERE.

Refrendada.
El Ministro de Sanidad y Asistencia Social,
(L. S.)
F. LAIRET, HIJO.

Refrendada.
El Ministro de Agricultura y Cría,
(L. S.)
SAVERIO BARBARITO.

---

EL CONGRESO
DE LOS ESTADOS UNIDOS DE VENEZUELA,

de conformidad con la atribución 7ª del artículo 77 de la Constitución de los Estados Unidos de Venezuela y el artículo 23 de la Ley Orgánica de la Hacienda Nacional,

*Decreta:*

la siguiente

## LEY

Artículo 1º.—Se autoriza al Ejecutivo Federal para dar en venta a los agricultores o colonos que al efecto designe el Instituto Técnico de Inmigración y Colonización, 17 parcelas de terreno propiedad de la Nación, de cinco hectáreas de superficie cada una, ubicadas en jurisdicción del Municipio Lagunillas, Distrito Bolívar del Estado Zulia.

Artículo 2º. — El Ejecutivo Federal, por medio del Instituto Técnico de Inmigración y Colonización, efectuará la venta de las expresadas parcelas, en conformidad con la Ley de Inmigración y Colonización y con las disposiciones reglamentarias pertinentes.

Dada, sellada y firmada en el Palacio Federal Legislativo, en Caracas, a los doce días del mes de julio de mil novecientos cuarenta y uno.— Años 132º de la Independencia y 83º de la Federación.

El Presidente,
(L. S.)
ALEJANDRO RIVAS VÁZQUEZ.

El Vicepresidente,
J. N. RIVAS.

Los Secretarios,
*Diego Arreaza Romero.*
*Octavio Lazo.*

—

Palacio Federal, en Caracas, a los diez y ocho días del mes de julio de mil novecientos cua-

renta y uno.—Año 132º de la Independencia y 83º de la Federación.

Ejecútese y cuídese de su ejecución.

(L. S.)

ISAIAS MEDINA A.

Refrendada.
El Ministro de Agricultura y Cría,
(L. S.)

SAVERIO BARBARITO.

## PRESIDENCIA DE LA REPUBLICA

### ISAIAS MEDINA A.,
PRESIDENTE DE LOS ESTADOS UNIDOS DE VENEZUELA,

*Considerando:*

que es deber del Ejecutivo Federal contribuir, dentro de las facultades y atribuciones que la Constitución Nacional y demás leyes le confieren, a la mejor y más adecuada aplicación de los recursos y posibilidades financieras de las Entidades Federales, ofreciendo su contribución técnica para que toda inversión que se haga responda a evidentes e inaplazables necesidades colectivas;

*Considerando:*

que para lograr tales fines, que no son otros que la coordinación de la acción de los Estados con la del Poder Federal, se impone la creación de organismos consultivos que en cada caso puedan cooperar a la labor de los Magistrados regionales, para que la actividad administrativa estadal tenga mayor facilidad para llenar sus propósitos, y pueda cumplir con éxito su elevada y trascendental misión de asegurar la mayor suma de progreso y desarrollo de las distintas regiones del País; en uso de la atribución 14 del artículo 100 de la Constitución Nacional,

*Decreta:*

Artículo 1º.—Se crea una Comisión Central Consultiva de Economía y Administración General de las Entidades Federales, *ad-honorem*, integrada por: el Director de Política del Ministerio de Relaciones Interiores, el Director de Política Económica del Ministerio de Relaciones Exteriores, el Director de Economía y Finanzas del Ministerio de Hacienda, los Directores de Industria y Comercio y de Estadística del Ministerio de Fomento, el Director de Asistencia Social del Ministerio de Sanidad y Asistencia Social y el Director de Economía Agrícola del Ministerio de Agricultura y Cría.

Artículo 2º.—La Comisión tendrá por objeto prestar a las Entidades Federales la cooperación técnica para el desarrollo del plan de acción que proyecten, coordinándolo con el del Ejecutivo Federal.

Artículo 3º.—Los Gobiernos de los Estados enviarán al Ministerio de Relaciones Interiores todos los proyectos y consultas que quisieren hacer, y éste los someterá a la consideración de la mencionada Comisión.

Artículo 4º.—Cuando el proyecto enviado en consulta se refiera a obra u obras comprendidas, por su naturaleza, en la categoría de aquellas cuyo estudio y planificación competa al Consejo Nacional de Obras Públicas, la Comisión lo remitirá a dicho Consejo a fin de que éste emita su opinión sobre el particular. — El Ministerio de Obras Públicas tendrá un representante en la Comisión.

Artículo 5º.—La Comisión se regirá por el Reglamento que dictará al efecto, aprobado por el Ministerio de Relaciones Interiores.

Artículo 6º.—El Ministro de Relaciones Interiores queda encargado de la ejecución del presente Decreto.

Dado, firmado, sellado con el Sello del Ejecutivo Federal y refrendado por el Ministro de Relaciones Interiores, en el Palacio Federal, en Caracas, a los veintidós días del mes de julio de mil novecientos cuarenta y uno.—Año 132º de la Independencia y 83º de la Federación.

(L. S.)

ISAIAS MEDINA A.

Refrendado.
El Ministro de Relaciones Interiores,
(L. S.)

TULIO CHIOSSONE.

### ISAIAS MEDINA A.,
PRESIDENTE DE LOS ESTADOS UNIDOS DE VENEZUELA,

en uso de las atribuciones 14 y 28 del artículo 100 de la Constitución Nacional, mediante la aprobación en Consejo de Ministros y cumplidas como han sido las demás formalidades legales,

*Decreta:*

Artículo 1º.—Quedan insubsistentes, a contar del día 16 de los corrientes, inclusive, los gastos previstos en las Partidas 78 a 121 del Capítulo II del Presupuesto de Gastos del Departamento de Hacienda, correspondientes al personal de la Contraloría General de la Nación y cuyos saldos

para el citado 16 del presente mes alcanzan a un millón noventa y seis mil setecientos cincuenta y cinco bolívares (Bs. 1.096.755).

Artículo 2°.—Se dotan en la Contraloría General de la Nación, los siguientes Servicios:

| | Sueldo mensual |
|---|---|
| El Contralor General . . . . .Bs. | 3.750, |
| Gastos de representación . . . . | 1.500, |
| El Subcontralor . . . . . . . . | 2.625, |
| Gastos de representación . . . . | 500, |
| *Sala de Centralización:* | |
| Tres Contadores, a Bs. 1.120 . . . | 3.360, |
| Dos Liquidadores, a Bs. 850 . . . | 1.700, |
| El Jefe de Servicio . . . . . . . | 850, |
| Dos Tenedores de Libros, a Bs. 765 . . . . . . . . . | 1.530, |
| El Adjunto a la Contabilidad . . | 680, |
| Quince Oficiales, a Bs. 510 . . . | 7.650, |
| Ocho Oficiales, a Bs. 450 . . . . | 3.600, |
| El Portero . . . . . . . . . . | 270, |
| *Sala de Examen:* | |
| El Primer Examinador . . . . . | 1.120, |
| Nueve Examinadores, a Bs. 850 | 7.650, |
| El Oficial Habilitado . . . . . . | 680, |
| Catorce Oficiales, a Bs. 510 . . | 7.140, |
| Cuatro Oficiales Auxiliares, a Bs. 450 . . . . . . . . . . | 1.800, |
| El Secretario . . . . . . . . . | 850, |
| El Archivero . . . . . . . . . | 850, |
| El Adjunto al Archivero . . . . | 468, |
| Dos Auxiliares, a Bs. 315 . . . . | 630, |
| El Portero . . . . . . . . . . | 270, |
| El Sirviente . . . . . . . . . | 270, |
| *Sala de Control:* | |
| Cuatro Contralores Delegados, a Bs. 1.120 . . . . . . . . . . | 4.480, |
| Cinco Jefes de Servicio, a Bs. 850 | 4.250, |
| Seis Contadores, a Bs. 765 . . . | 4.590, |
| El Secretario . . . . . . . . . | 960, |
| Siete Comisionados Especiales, a Bs. 850 . . . . . . . . . . | 5.950, |
| El Comisionado Informador de precios . . . . . . . . . . . | 850, |
| El Ingeniero . . . . . . . . . | 1.200, |
| Dos Adjuntos a los Jefes de Servicio, a Bs. 680 . . . . . . | 1.360, |
| El Traductor . . . . . . . . . | 510, |
| Veinticinco Oficiales, a Bs. 510 . | 12.750, |
| Cinco Oficiales Auxiliares, a Bs. 450 . . . . . . . . . . | 2.250, |
| El Archivero . . . . . . . . . | 595, |
| El Adjunto Archivero . . . . . | 360, |
| El Auxiliar de Proveeduría . . | 270, |
| Tres Porteros, a Bs. 270 . . . . | 810, |

| | Sueldo mensual |
|---|---|
| *Departamento Jurídico:* | |
| El Abogado . . . . . . . . .Bs. | 1.600, |
| Gastos de representación . . . . | 400, |
| El Secretario . . . . . . . . . | 1.200, |
| Dos Oficiales, a Bs. 510 . . . | 1.020, |
| El Portero . . . . . . . . . . | 270, |
| Total . . . . . . . . .Bs. | 95.418, |

Artículo 3°.—Se crean en la Sala de Examen de la Contraloría General de la Nación los cargos expresados seguidamente, con la siguiente dotación mensual:

Ocho Examinadores, a Bs. 850 . .Bs.　　6.800,

Artículo 4°.—Se acuerda un Crédito Adicional al Capítulo II del Presupuesto de Gastos del Departamento de Hacienda, por la cantidad de un millón ciento setenta y cinco mil quinientos siete bolívares (Bs. 1.175,507), para atender al pago a que se refieren los artículos 2° y 3°, desde el día 16 de julio de 1941 hasta el 30 de junio de 1942.

Artículo 5°.—El presente Decreto será sometido, conforme a la Ley, a la aprobación del Congreso Nacional y el Ministro de Hacienda queda encargado de su ejecución.

Dado, firmado, sellado con el Sello del Ejecutivo Federal y refrendado por el Ministro de Hacienda, en el Palacio Federal, en Caracas, a los veintidós días del mes de julio de mil novecientos cuarenta y uno.—Año 132° de la Independencia y 83° de la Federación.

(L. S.)

ISAIAS MEDINA A.

Refrendado.

El Ministro de Hacienda,

(L. S.)

A. MACHADO HERNÁNDEZ.

# MINISTERIO DE RELACIONES INTERIORES

Estados Unidos de Venezuela. — Ministerio de Relaciones Interiores.—Dirección de Administración.

Número 193.

Caracas, 22 de julio de 1941.

132° y 83°

*Resuelto:*

Por disposición del ciudadano Presidente de los Estados Unidos de Venezuela, se nombra al ciudadano Mariano Picón Salas, Director de la Ofi-

cina Nacional de Prensa, en sustitución del ciudadano Pablo Rojas Guardia.

Comuníquese y publíquese.

Por el Ejecutivo Federal,

TULIO CHIOSSONE.

---

Estados Unidos de Venezuela. — Ministerio de Relaciones Interiores.—Dirección de Administración.

Número 194.

Caracas, 22 de julio de 1941.
132° y 83°

*Resuelto:*

Por disposición del ciudadano Presidente de los Estados Unidos de Venezuela, se nombra Archivero Nacional, al ciudadano doctor Mario Briceño Iragorri, en sustitución del ciudadano Mariano Picón Salas, quien pasa a otro destino.

Comuníquese y publíquese.

Por el Ejecutivo Federal,

TULIO CHIOSSONE.

---

Estados Unidos de Venezuela.—Ministerio del Relaciones Interiores.—Dirección de Justicia.

Caracas: 21 de julio de 1941.
132° y 83°

*Resuelto:*

Por disposición del ciudadano Presidente de la República y de conformidad con el artículo 50 de la Ley de Régimen Penitenciario, se designa la Penitenciaría General de Venezuela para que el reo de hurto Antonio Montoya Véliz cumpla la pena de tres años y nueve meses de prisión a que ha sido condenado por los Tribunales del Estado Sucre.

Comuníquese y publíquese.

Por el Ejecutivo Federal,

TULIO CHIOSSONE.

---

Estados Unidos de Venezuela.—Ministerio de Relaciones Interiores.—Dirección de Justicia.

Caracas: 21 de julio de 1941.
132° y 83°

*Resuelto:*

Por disposición del ciudadano Presidente de la República, se designa la Penitenciaría General de Venezuela, para que el reo de homicidio Desiderio Reyes cumpla la pena de diez y ocho años de presidio a que ha sido condenado por los Tribunales del Estado Carabobo.

Comuníquese y publíquese.

Por el Ejecutivo Federal,

TULIO CHIOSSONE.

---

Estados Unidos de Venezuela.—Ministerio de Relaciones Interiores.—Dirección de Justicia.

Caracas: 21 de julio de 1941.
132° y 83°

*Resuelto:*

Por disposición del ciudadano Presidente de la República, se designa la Penitenciaría General de Venezuela para que el reo de homicidio y porte de armas Marco Tulio Leal cumpla la pena de siete años, diez y seis días y diez y seis horas de presidio a que ha sido condenado por los Tribunales del Estado Sucre.

Comuníquese y publíquese.

Por el Ejecutivo Federal,

TULIO CHIOSSONE.

---

Estados Unidos de Venezuela.—Ministerio de Relaciones Interiores. — Dirección de Justicia.

Caracas: 21 de julio de 1941.
132° y 83°

*Resuelto:*

Por cuanto el reo de homicidio y porte de armas Ovidio Espinoza ha cumplido en la Penitenciaría General de Venezuela más de las tres cuartas partes de la pena de quince años y diez y seis días de presidio que le impusieron los Tribunales del Estado Zulia, y por cuanto la Corte Federal y de Casación le ha conmutado la otra cuarta parte por confinamiento en la Parroquia San José, Departamento Libertador del Distrito Federal, con un aumento de tiempo igual a la tercera parte del correspondiente al resto de la pena conmutada, el ciudadano Presidente de la República ha tenido a bien disponer se traslade al referido reo a la Parroquia mencionada, donde quedará sujeto a los deberes que le impone el artículo 20 del Código Penal y a la vigilancia de la autoridad conforme a ley.

Comuníquese y publíquese.

Por el Ejecutivo Federal,

TULIO CHIOSSONE.

## MINISTERIOS DE HACIENDA

Estados Unidos de Venezuela.—Ministerio de Hacienda.—Dirección de Aduanas. — Servicio de Aduanas.

Número 183.

Caracas, 21 de julio de 1941.
132° y 83°

*Resuelto:*

Vista la solicitud de la Compañía Anónima Venezolana para el desarrollo de la industria química "Covequin", de fecha 14 del presente mes, en la cual ofrece la fianza del "Banco Mercantil

y Agrícola" y de la "Compañía Anónima Nacional de Empresas y Construcciones", entidades mercantiles de este domicilio, para responder con ella mancomunada y solidariamente del pago de los derechos y penas pecuniarias que se causen por la importación de las mercancías y efectos exonerables que la solicitante efectúe por la Aduana de La Guaira, si en el plazo que le conceda el Administrador de dicha Aduana, que no será mayor de noventa días, no entregare la orden de exoneración correspondiente; y por cuanto lo pedido procede, de conformidad con lo dispuesto en el artículo 175 de la Ley de Aduanas, y la aludida fianza ha sido prestada por la cantidad de cincuenta mil bolívares (Bs. 50.000,00), por el término de un año y con carácter general, conforme a lo preceptuado en el aparte del artículo 38 del Reglamento de Aduanas N° 2, y en atención además, a lo decidido en la sesión del Consejo de Ministros del 15 de marzo del año pasado, se resuelve favorablemente dicha solicitud, acordándose remitir al Administrador de la Aduana de La Guaira, una copia del documento de fianza.—Se hace constar que esta aceptación no implica en modo alguno, la renuncia por parte del Ejecutivo Federal, de los derechos y acciones que conforme a las leyes, puede aquél ejercer, para el cobro de saldos pendientes que adeude por razón de contribuciones no exonerables, la entidad peticionaria, o que en definitiva adeude por razón de mercancías que retire por virtud de esta fianza, que no sean exonerables.

Comuníquese y publíquese.

Por el Ejecutivo Federal,

A. MACHADO HERNÁNDEZ.

---

Estados Unidos de Venezuela. — Ministerio de Hacienda.—Dirección de Aduanas.

Número 185.

Caracas, 22 de julio de 1941.

132° y 83°

*Resuelto:*

Por cuanto varias Empresas de Navegación se han dirigido a este Ministerio solicitando facilidades para el embarque de mercancías en puertos de la República Argentina, con trasbordo en Trinidad, aduciendo entre otras razones que la formulación de documentos consulares, por su número requiere tiempo y cuidado, lo que les ocasiona demora en los puertos de salida, y por tal motivo se verán obligados a no tomar cargamentos con destino a puertos venezolanos, el Presidente de los Estados Unidos de Venezuela, en Consejo de Ministros, a fin de facilitar el intercambio comercial, y tomando en consideración las condiciones anormales con que vienen desarrollándose las operaciones comerciales y las dificultades para el trasporte de las mercancías, haciendo uso de las facultades que le conceden los artículos 78 de la Ley Orgánica de la Hacienda Nacional y 30 de la Ley de Aduanas, ha tenido a bien disponer que las mercancías despachadas de la República Argentina para Venezuela, con trasbordo en Trinidad, vengan amparadas con la factura consular a que se refiere el artículo 87 de la Ley de Aduanas, que en sobre cerrado entregará el Capitán del buque conductor a sus Agentes en Trinidad, quienes a su vez antes de efectuar el envío para Venezuela lo presentarán al Consulado a los efectos exigidos por los artículos 88 y 89 *ejusdem*.

El Capitán del buque formulará en substitución del sobordo a que se refiere el artículo 87 de la Ley de Aduanas, concordante con el 57 de la misma, una relación de los bultos, que certificada por el Cónsul será entregada a los Agentes en Trinidad a los mismos efectos de la factura consular.

Para el despacho de las mercancías a Venezuela, los Agentes presentarán al Consulado en Trinidad un sobordo formulado en dicha Antilla con vista de la relación que ampara el envío de los puertos argentinos, haciéndose constar en dicho sobordo que las mercancías corresponden a las facturas consulares que contiene el sobre cerrado; y asimismo, se sustituirá el conocimiento de embarque del puerto argentino por el que formule el Capitán del buque que haya de conducir la carga a puertos de la República.

Las citadas disposiciones serán de carácter transitorio.

Comuníquese y publíquese.

Por el Ejecutivo Federal,

A. MACHADO HERNÁNDEZ.

## MINISTERIO DE AGRICULTURA Y CRIA

Estados Unidos de Venezuela.—Ministerio de Agricultura y Cría. — Dirección de Gabinete.

Número 418.

Caracas: 22 de julio de 1941.

132° y 83°

*Resuelto:*

Por disposición del ciudadano Presidente de los Estados Unidos de Venezuela y en virtud de la atribución que le acuerda el artículo 10, Título V de la Ley vigente del Banco Agrícola y Pecuario, se nombra a los ciudadanos doctor Angel Biaggini y Hermann Nass, Director-Gerente y Sub-

Director, respectivamente, del mencionado Instituto.

Comuníquese y publíquese.

Por el Ejecutivo Federal,

SAVERIO BARBARITO.

# MINISTERIO DEL TRABAJO Y DE COMUNICACIONES

Estados Unidos de Venezuela.—Ministerio del Trabajo y de Comunicaciones. — Dirección de Correos.—Sala Técnica.

Caracas: 22 de julio de 1941.
132° y 83°

*Resuelto*:

Por disposición del ciudadano Presidente de los Estados Unidos de Venezuela, y de conformidad con el artículo 2º del Reglamento Orgánico del Correo, se agrupan las Oficinas de Correos de la República en los Circuitos que a continuación se expresan y se determinan sus Principales.

## CIRCUITO DE BARCELONA

| | |
|---|---|
| Aragua de Barcelona | (Anzoátegui) |
| BARCELONA (Oficina Principal) | ,, |
| Bergantín | ,, |
| Boca de Uchire | ,, |
| Cachipo | ,, |
| Cantaura | ,, |
| Clarines | ,, |
| El Carito | ,, |
| El Chaparro | ,, |
| El Hatillo | ,, |
| El Pilar | ,, |
| Guanape | ,, |
| Guanta | ,, |
| Guaribe de Cajigal | ,, |
| La Margarita | ,, |
| Onoto | ,, |
| Pao | ,, |
| Pariaguán | ,, |
| Píritu | ,, |
| Puerto La Cruz | ,, |
| Puerto Píritu | ,, |
| Sabana de Uchire | ,, |
| San Diego de Cabrutica | ,, |
| San Joaquín | ,, |
| San Mateo | ,, |
| San Miguel | ,, |
| Santa Ana | ,, |
| Santa Inés | ,, |
| Santa Rosa | ,, |
| Uverito | ,, |
| Urica | ,, |
| Valle de Guanape | ,, |

## CIRCUITO DE BARINAS

| | |
|---|---|
| Altamira | (Barinas) |
| Arismendi | ,, |
| BARINAS (Oficina Principal) | ,, |
| Barinitas | ,, |
| Barrancas | ,, |
| Calderas | ,, |
| Dolores | ,, |
| La Unión | ,, |
| Libertad | ,, |
| Nutrias | ,, |
| Obispos | ,, |
| Pedraza (Ciudad Bolivia) | ,, |
| Puerto Nutrias | ,, |
| Sabaneta | ,, |
| Santa Bárbara | ,, |
| Santa Rosa | ,, |
| Torunos | ,, |
| Veguitas | ,, |

## CIRCUITO DE BARQUISIMETO

| | |
|---|---|
| Aguada Grande | (Lara) |
| Agua Salada | ,, |
| Algodones | ,, |
| Anzoátegui | ,, |
| Aregue | ,, |
| Arenales | ,, |
| Atarigua | ,, |
| Baragua | ,, |
| Barbacoas | ,, |
| BARQUISIMETO (Oficina Principal) | ,, |
| Bobare | ,, |
| Buena Vista | ,, |
| Cabudare | ,, |
| Carora | ,, |
| Cubiro | ,, |
| Curarigua | ,, |
| Duaca | ,, |
| El Empedrado | ,, |
| El Eneal | ,, |
| El Tocuyo | ,, |
| Guarico | ,, |
| Humocaro Alto | ,, |
| Humocaro Bajo | ,, |
| Jabón | ,, |
| Licua | ,, |
| Los Yabos | ,, |
| Quíbor | ,, |
| Río Claro | ,, |
| Río Tocuyo | ,, |
| Sanare | ,, |
| San Francisco | ,, |
| San Miguel | ,, |

133.076 GACETA OFICIAL DE LOS ESTADOS UNIDOS DE VENEZUELA

| | |
|---|---|
| San Pedro | (Lara) |
| Santa Rosa | " |
| Sarare | " |
| Siquisique | " |

### CIRCUITO DE CARACAS

| | |
|---|---|
| Antímano | (D. F.) |
| Araira | (Miranda) |
| Baruta | " |
| Bella Vista | (D. F.) |
| CARACAS (Oficina Principal) | " |
| Carrizales | (Miranda) |
| Catia | (D. F.) |
| Caucagua | (Miranda) |
| Colombia | (D. F.) |
| Cúa | (Miranda) |
| Chacao | " |
| Charallave | " |
| El Hatillo | " |
| El Llano de Miquilén | " |
| El Recreo (Sabana Grande) | (D. F.) |
| El Valle | " " |
| Guarenas | (Miranda) |
| Guatire | " |
| La Vega | (D. F.) |
| Los Cármenes de El Rincón | " " |
| Los Dos Caminos | (Miranda) |
| Los Jardines de El Valle | (D. F.) |
| Los Teques | (Miranda) |
| Macarao | (D. F.) |
| Nueva Caracas | " " |
| Ocumare del Tuy | (Miranda) |
| Panaquire | " |
| Prado de María | (D. F.) |
| Paracotos | (Miranda) |
| Petare | " |
| Quiripital | " |
| San Antonio de los Altos | " |
| San Diego de los Altos | " |
| San Francisco de Yare | " |
| San Pedro de Guaicaipuro | " |
| Santa Lucía | " |
| Santa Teresa | " |
| Sarría | (D. F.) |
| Tácata | (Miranda) |

### CIRCUITO DE CORO

| | |
|---|---|
| Acurigua | (Falcón) |
| Adícora | " |
| Agua Clara | " |
| Agua Larga | " |
| Amuay | " |
| Bahía de Las Piedras | " |
| Baraived | " |
| Buena Vista | " |
| Cabure | (Falcón) |
| Capatárida | " |
| Carirubana | " |
| Casigua | " |
| CORO (Oficina Principal) | " |
| Curimagua | " |
| Churuguara | " |
| Dabajuro | " |
| Jácura | " |
| Jadacaquiva | " |
| La Cruz de Taratara | " |
| La Pastora | " |
| La Unión (Bucaral) | " |
| La Vela | " |
| Los Taques | " |
| Mapararí | " |
| Mirimire | " |
| Mitare | " |
| Montero | " |
| Moruy | " |
| Pecaya | " |
| Pedregal | " |
| Piedra Grande | " |
| Píritu | " |
| Pueblo Nuevo | " |
| Puerto Cumarebo | " |
| Punta Cardón | " |
| Sabaneta | " |
| San Félix | " |
| San José de Seque | " |
| San Luis | " |
| Santa Ana | " |
| Taparoy | " |
| Tupí | " |
| Urucure | (Lara) |
| Urumaco | (Falcón) |
| Zazárida | " |

### CIRCUITO DE CIUDAD BOLIVAR

| | |
|---|---|
| Barrancas | (Monagas) |
| Cabruta | (Guárico) |
| Caicara | (Bolívar) |
| CIUDAD BOLIVAR (Oficina Principal) | " |
| Coporito | (Amacuro) |
| El Callao | (Bolívar) |
| El Dorado | (Bolívar) |
| El Manteco | " |
| El Palmar | " |
| El Pao | " |
| El Perú | " |
| El Tigre | (Anzoátegui) |
| Guasipati | (Bolívar) |
| La Canoa | (Anzoátegui) |
| La Paragua | (Bolívar) |
| Las Bonitas | " |
| La Urbana | " |

| | |
|---|---|
| Los Castillos de Guayana | (Territorio Federal Delta Amacuro) |
| Mapire | (Anzoátegui) |
| Maripa | (Bolívar) |
| Puerto Ayacucho | (Amazonas) |
| Puerto Páez | (Apure) |
| San Félix | (Bolívar) |
| San Fernando de Atabapo | (Amazonas) |
| San Francisco de Luepa | (Bolívar) |
| Santa Cruz | (Anzoátegui) |
| Santa Elena (Gran Sabana) | (Bolívar) |
| Santa Rosa de Amanadona | (Amazonas) |
| Soledad | (Anzoátegui) |
| Tabasca | (Monagas) |
| Temblador (Mata Negra) | " |
| Tucupita | (Amacuro) |
| Tumeremo | (Bolívar) |
| Upata | " |
| Uracoa | (Monagas) |

### CIRCUITO DE CUMANA

| | |
|---|---|
| Araya | (Sucre) |
| Arenas | " |
| Cariaco | " |
| Carúpano | " |
| Casanay | " |
| CUMANA (Oficina Principal) | " |
| Cumanacoa | " |
| El Pilar | " |
| Irapa | " |
| Los Altos | " |
| Marigüitar | " |
| Muelle de Cariaco | " |
| Nueva Colombia | " |
| Quebrada Seca | " |
| Río Caribe | " |
| San Antonio del Golfo | " |
| Santa María | " |
| Saucedo | " |
| Tunapuy | " |
| Yaguaraparo | " |

### CIRCUITO DE GUANARE

| | |
|---|---|
| Acarigua | (Portuguesa) |
| Agua Blanca | " |
| Araure | " |
| Biscucuy | " |
| Córdoba | " |
| GUANARE (Oficina Principal) | " |
| Guanarito | " |
| La Trinidad (La Capilla) | " |
| Ospino | " |
| Papelón | " |
| Paraíso (Chabasquén) | " |
| Píritu | " |
| San Nicolás | (Portuguesa) |
| Santa Rosalía de Turén | " |
| Villa Bruzual | " |

### CIRCUITO DE LA GUAIRA

| | |
|---|---|
| Aragüita | (Miranda) |
| Capaya | " |
| Caraballeda | (D. F.) |
| Carayaca | " " |
| Carenero | (Miranda) |
| Cúpira | " |
| Curiepe | " |
| El Clavo | " |
| El Guapo | " |
| Higuerote | " |
| La Guaira (Oficina Principal) | (D. F.) |
| La Sabana | " " |
| Macuto | " " |
| Machurucuto | (Miranda) |
| Maiquetía | (D. F.) |
| Naiguatá | " " |
| Paparo | (Miranda) |
| Pariata | (D. F.) |
| Río Chico | (Miranda) |
| San José de Río Chico | " |
| Tacarigua | " |
| Tapipa | " |

### CIRCUITO DE MARACAIBO

| | |
|---|---|
| Bachaquero | (Zulia) |
| Bobures | " |
| Cabimas | " |
| Casigua (El Cubo) | " |
| Encontrados | " |
| Isla de San Carlos | " |
| La Ceiba | (Trujillo) |
| La Concepción | (Zulia) |
| Lagunillas | " |
| Libertad (Machiques) | " |
| Los Puertos de Altagracia | (Zulia) |
| MARACAIBO (Oficina Principal) | " |
| Mene de Mauroa | (Falcón) |
| Mene de Mauroa (C. P.) | " |
| Mene Grande | (Zulia) |
| Puerto Palmarito | (Mérida) |
| Quisiro | (Zulia) |
| Villa del Rosario | " |
| San Francisco | " |
| San Lorenzo | " |
| San Rafael (El Moján) | " |
| Santa Bárbara | " |
| Santa Cruz de Mara | " |
| Santa Rita | " |
| Sinamaica | " |

### CIRCUITO DE MARACAY

| | |
|---|---|
| Cagua | (Aragua) |
| Camatagua | " |
| Carmen de Cura | " |
| Colonia Tovar | " |
| Choroní | " |
| El Consejo | " |
| Güiripa | " |
| Las Tejerías | " |
| La Victoria | " |
| MARACAY (Oficina Principal) | |
| Mariara | (Carabobo) |
| Ocumare de la Costa | (Aragua) |
| Palo Negro | " |
| San Casimiro | " |
| San Francisco de Asís | " |
| San Francisco de Cara | " |
| San Mateo | " |
| San Sebastián | " |
| Santa Cruz | " |
| Tiara | " |
| Turiamo | " |
| Turmero | " |
| Valle Morín | " |
| Villa de Cura | " |

### CIRCUITO DE MATURIN

| | |
|---|---|
| Aguasay | (Monagas) |
| Aragua de Maturín | " |
| Caicara de Maturín | " |
| Caripe | " |
| Caripito | " |
| Cristóbal Colón (Macuro) | (Sucre) |
| Chaguaramal | (Monagas) |
| Guanaguana | " |
| Guanoco | (Sucre) |
| Guariquén | (Sucre) |
| Güiria | " |
| La Pica | (Monagas) |
| MATURIN (Oficina Principal) | " |
| Pedernales | (Amacuro) |
| Quiriquire | (Monagas) |
| San Antonio de Maturín | " |
| Santa Bárbara | " |
| Yoco | (Sucre) |

### CIRCUITO DE MERIDA

| | |
|---|---|
| Aricagua | (Mérida) |
| Bailadores | " |
| Chachopo | " |
| Chiguará | " |
| Ejido | " |
| El Morro | " |
| El Vigía | " |
| Estanques | " |
| Guaraque | " |
| Jají | (Mérida) |
| La Azulita | " |
| Lagunillas | " |
| La Meza | " |
| La Punta | " |
| Las Piedras | " |
| Libertad | " |
| MERIDA (Oficina Principal) | " |
| Mesa Bolívar | " |
| Mucuchachí | " |
| Mucuchíes | " |
| Mucurubá | " |
| Mucutuy | " |
| Piñango | " |
| Pueblo Llano | " |
| Pueblo Nuevo | " |
| San Cristóbal de Torondoy | " |
| San José | " |
| San José de Palmira | " |
| San Juan | " |
| San Rafael | " |
| Santa Apolonia | " |
| Santa Cruz | " |
| Santo Domingo | " |
| Tabay | " |
| Timotes | " |
| Torondoy | " |
| Tovar | " |
| Zea | " |

### CIRCUITO DE PORLAMAR

| | | |
|---|---|---|
| Altagracia | (N. Esparta) | |
| El Pilar | " | " |
| El Valle del Espíritu Santo | " | " |
| Juangriego | " | " |
| La Asunción | " | " |
| La Guardia | " | " |
| La Plaza | " | " |
| Los Millanes | " | " |
| Pampatar | " | " |
| PORLAMAR (Oficina Principal) | " | " |
| Punta de Piedras | " | " |
| San Juan Bautista | " | " |
| San Pedro de Coche | " | " |
| Santa Ana | " | " |
| Tacarigua | " | " |

### CIRCUITO DE PUERTO CABELLO

| | |
|---|---|
| Agüide | (Falcón) |
| Aroa | (Yaracuy) |
| Boca de Aroa | (Falcón) |
| Borburata | (Carabobo) |
| Campo Elías | (Yaracuy) |
| Cocorote | (Yaracuy) |
| Chichiriviche | (Falcón) |
| Chivacoa | (Yaracuy) |

| | |
|---|---|
| El Cambur | (Carabobo) |
| El Palito | " |
| Guama | (Yaracuy) |
| Las Rositas (Farriar) | " |
| Marín | " |
| Morón | (Carabobo) |
| Palma Sola | (Falcón) |
| PUERTO CABELLO (Oficina Principal) | (Carabobo) |
| San Felipe | (Yaracuy) |
| San Juan de los Cayos | (Falcón) |
| San Pablo | (Yaracuy) |
| Tocuyo de la Costa | (Falcón) |
| Tucacas | " |
| Urachiche | (Yaracuy) |
| Urama | (Carabobo) |
| Yaritagua | (Yaracuy) |

### CIRCUITO DE SAN CARLOS

| | |
|---|---|
| Amparo | (Cojedes) |
| Cojedes | " |
| El Baúl | " |
| La Sierra | " |
| Libertad | " |
| Macapo | " |
| Manrique | " |
| Pao | " |
| SAN CARLOS (Oficina Principal) | " |
| Tinaco | " |
| Tinaquillo | " |

### CIRCUITO DE SAN CRISTOBAL

| | |
|---|---|
| Boca del Grita | (Táchira) |
| Borotá (Constitución) | " |
| Colón | " |
| Cordero | " |
| El Cobre | " |
| El Guayabo | (Zulia) |
| Independencia | (Táchira) |
| La Fría | " |
| La Grita | " |
| Las Delicias | " |
| Libertad | " |
| Lobatera | " |
| Michelena | " |
| Palmira | " |
| Pregonero | " |
| Pueblo Hondo | " |
| Rubio | " |
| San Antonio del Táchira | " |
| SAN CRISTOBAL (Oficina Principal) | " |
| San Félix (La Uracá) | " |
| San José de Bolívar | " |
| San Pedro del Río | " |
| San Simón | (Táchira) |
| Santa Ana | " |
| Seboruco | " |
| Sucre (Queniquea) | " |
| Táriba | " |
| Ureña | " |

### CIRCUITO DE SAN FERNANDO

| | |
|---|---|
| Achaguas | (Apure) |
| Apurito | " |
| Arichuna | " |
| Bruzual | " |
| Camaguán | (Guárico) |
| Cunaviche | (Apure) |
| El Amparo | " |
| Elorza | " |
| El Yagual | " |
| Guasdualito | " |
| Guayabal | (Guárico) |
| Palmarito | (Apure) |
| SAN FERNANDO (Oficina Principal) | " |
| San Rafael de Atamaica | " |
| Santa Catalina | (Barinas) |

### CIRCUITO DE SAN JUAN DE LOS MORROS

| | |
|---|---|
| Altagracia de Orituco | (Guárico) |
| Barbacoas | (Aragua) |
| Calabozo | (Guárico) |
| Cazorla | " |
| Corozopando | " |
| Chaguaramas | " |
| El Calvario | " |
| El Rastro | " |
| El Socorro | " |
| El Sombrero | " |
| Espino | " |
| Guardatinajas | " |
| Las Mercedes | " |
| Lezama | " |
| Libertad de Orituco | " |
| Los Bancos | " |
| Ortiz | " |
| Palenque | " |
| Parapara | " |
| Sabana Grande (Soublette) | " |
| San Francisco de Macaira | " |
| San Francscio de Tiznados | " |
| San José de Guaribe | " |
| San José de Tiznados | " |
| San José de Unare | " |
| SAN JUAN DE LOS MORROS (Oficina Principal) | " |
| San Rafael de Orituco | " |
| Santa María de Ipire | " |
| Taguay | " |
| Tucupido | " |

| | |
|---|---|
| Valle de la Pascua | (Guárico) |
| Zaraza | " |

### CIRCUITO DE TRUJILLO

| | |
|---|---|
| Boconó | (Trujillo) |
| Bolivia | " |
| Burbusay | " |
| Campo Elías | " |
| Carache | " |
| Cuicas | " |
| Chejendé | " |
| El Burrero | " |
| La Concepción | " |
| La Cuchilla | " |
| La Plazuela | " |
| La Mesa de Esnujaque | " |
| La Quebrada | " |
| Las Mesitas | " |
| Las Virtudes | " |
| Jajó | " |
| Mitón | " |
| Niquitao | " |
| Pampán | " |
| Pampanito | (Trujillo) |
| San Miguel | " |
| San Rafael | " |
| San Lázaro | " |
| Santa Ana | " |
| Torococo | " |
| Tostos | " |
| TRUJILLO (Oficina Principal) | " |

### CIRCUITO DE VALENCIA

| | |
|---|---|
| Bejuma | (Carabobo) |
| Belén | " |
| Canoabo | " |
| Colonia Bolívar | " |
| Chirgua | " |
| Guacara | " |
| Güigüe | " |
| La Entrada | " |
| Las Trincheras | " |
| Los Guayos | " |
| Miranda | " |
| Montalbán | " |
| Naguanagua | " |
| Nirgua | (Yaracuy) |
| Salom | " |
| San Diego | (Carabobo) |
| San Joaquín | " |
| Temerla | (Yaracuy) |
| Tocuyito | (Carabobo) |
| VALENCIA (Oficina Principal) | " |
| Valle de Aguirre | " |

### CIRCUITO DE VALERA

| | |
|---|---|
| Betijoque | (Trujillo) |
| El Dividive | " |
| Escuque | (Trujillo) |
| La Puerta | " |
| La Unión | " |
| Libertad (Isnotú) | " |
| Mendoza | " |
| Montecarmelo | " |
| Motatán | " |
| Sabana de Mendoza | " |
| Sabana Grande | " |
| Sabana Libre | " |
| San Rafael de Carvajal | " |
| VALERA (Oficina Principal) | " |

En las propias Resoluciones por las cuales se crearen nuevas Oficinas de Correos se determinará su Circuito.

La presente Resolución deroga la número 48, del 11 de agosto de 1939.

Comuníquese y publíquese.

Por el Ejecutivo Federal,

NUMA QUEVEDO.

## AVISOS

### AVISO

ACADEMIA DE CIENCIAS FISICAS, MATEMATICAS Y NATURALES

Por disposición de la Junta Directiva, se declaró vacante el Sillón Nº VI que ocupaba el doctor Eduardo Calcaño Sánchez, y en consecuencia y de acuerdo con el artículo 2º del Reglamento, los aspirantes a dicho Sillón pueden dirigir sus peticiones al Presidente de la Academia, expresando a la vez los méritos en que las fundan.

Los aspirantes deben reunir las condiciones siguientes:

a) Ser venezolano, mayor de treinta años y estar domiciliado en Caracas.

b) Poseer título de doctor en Ciencias Físicas y Matemáticas, Ingeniero o Arquitecto; ser Naturalista, Astrónomo o Químico; o tener competencia en alguna de estas ciencias.

c) Haber escrito alguna obra reputada, generalmente, sobre Ciencias Físicas, Matemáticas y Naturales, o haber desempeñado por más de cuatro años alguna Cátedra sobre tales materias en Instituto de estudios superiores sostenido por el Gobierno de la República.

Las peticiones se recibirán hasta el 4 de setiembre próximo, a las 6 p. m., en la Universidad Central.

Caracas: 21 de julio de 1941.

El Secretario,

*Miguel Parra León.*