# OFFICIAL GAZETTE
## OF THE BOLIVARIAN REPUBLIC OF VENEZUELA

YEAR CXLIX – MONTH V        Caracas, Friday, February 25, 2022        Special Edition No. 6.688

**SUMMARY**

**NATIONAL ASSEMBLY**

Law on Official Publications

-------------------------------

**NATIONAL ASSEMBLY**

-------------------------------

**THE NATIONAL ASSEMBLY OF THE BOLIVARIAN REPUBLIC OF VENEZUELA**

Decrees

the following,

**LAW ON OFFICIAL PUBLICATIONS**

*Objective*

**Article 1.** The objective of this Law is to regulate the official publications of legal acts of the State for the purposes of guaranteeing legal certainty, transparency of public proceedings, and free access of the People to the content of the same, under the framework of the Democratic and Social Rule of Law and Justice.

*Purpose*

**Article 2.** The purpose of this Law is to:
1. Contribute to the guarantee of legal certainty through daily, simple, consistent, effective, and efficient publication of the legal acts of the State.
2. Guarantee people the right to be informed in a timely and accurate way regarding the legal acts of the State, for the exercise of participatory and proactive democracy.
3. Develop the principles of honesty, transparency, accountability, and responsibility in the exercise of public office, providing security and publicity to the legal acts of the State.

*Principles*

**Article 3.** Official publications of the legal acts of the State are governed, among others, by the following principles: swiftness, simplicity, security, consistency, efficacy, efficiency, transparency, accountability, and responsibility in the exercise of public office.

*Official Gazette of the Bolivarian Republic of Venezuela*

**Article 4.** The "Official Gazette" created by Executive Decree of October 11, 1872, shall continue with the name "Official Gazette of the Bolivarian Republic of Venezuela."

*Powers for the publication of legal acts*

**Article 5.** The Office of the Secretary of the Council of Ministers shall officially receive the acts and documents for publication in the Official Gazette of the Bolivarian Republic of Venezuela and shall order publication of the Administrative Acts understood as Laws, Decrees, Resolutions, Orders, Decisions, and other documents that require it for their validity, in the Official Gazette of the Bolivarian Republic of Venezuela.

The Executive Vice President shall establish the rules for the receipt of acts and documents sent to the Council of Ministers for publication in the Official Gazette of the Bolivarian Republic of Venezuela by the agencies and entities of the Public Authority.

*Autonomous Department of the National Printing Office and Official Gazette*

**Article 6.** The Autonomous Department of the National Printing Office and Official Gazette shall be responsible for editing and printing the Official Gazette of the Bolivarian Republic of Venezuela.

The Official Gazette of the Bolivarian Republic of Venezuela shall be regularly published every business day, without prejudice to the publication of special editions when necessary. The regular and special editions shall be numbered independently.

*Acts subject to publication*

**Article 7.** The following legal acts of the State must be published in the Official Gazette of the Bolivarian Republic of Venezuela:
1. Laws and decisions of the National Assembly, as well as any other legal act ordered to be published by its Board of Directors.
2. Administrative acts of a general nature or those that interest an undetermined number of people and administrative acts of a specific nature when required by law.
3. Decrees of the President of the Republic.
4. Resolutions and other legal acts with general effects of the Executive Vice President, Attorney General of the Republic, [and] Ministers of the People's Power, as well as decisions of their agencies and institutions.
5. Judgments of the Supreme Court of Justice that require publication pursuant to the Constitution of the Bolivarian Republic of Venezuela and the Law, and any other legal act that is ordered to be published by its Board of Directors, as well as the decisions of its agencies and institutions.

GOVERNMENT EXHIBIT
Case No.: 19-20450-CR-RNS
21a

6. The legal acts of the Republican Moral Council that require publication pursuant to the Constitution of the Bolivarian Republic of Venezuela and the Law, as well as the decisions of its agencies and institutions.
7. The legal acts of the National Electoral Council that require publication pursuant to the Constitution of the Bolivarian Republic of Venezuela and the Law, as well as the decisions of its agencies and institutions.
8. The legal acts of the Office of the Attorney General that require publication pursuant to the Constitution of the Bolivarian Republic of Venezuela and the Law, as well as the decisions of its agencies and institutions.
9. The legal acts of the Office of the Ombudsman that require publication pursuant to the Constitution of the Bolivarian Republic of Venezuela and the Law, as well as the decisions of its agencies and institutions.
10. The legal acts of the Office of the Comptroller General of the Republic that require publication pursuant to the Constitution of the Bolivarian Republic of Venezuela and the Law, as well as the decisions of its agencies and institutions.
11. The legal acts of the Office of the Public Defender that require publication pursuant to the Constitution of the Bolivarian Republic of Venezuela and the Law, as well as the decisions of its agencies and institutions.
12. Other acts considered appropriate according to the Regulations governing the matter.

*Effects of the publication*

**Article 8.** The publication of legal acts of the State in the Official Gazette of the Bolivarian Republic of Venezuela gives them a public nature and the force of a public document.

In order for the legal acts of the Electoral Authority, Judicial Branch, and other official publications to have effect, they must be published in the Official Gazette of the Bolivarian Republic of Venezuela pursuant to the Regulations that govern the matter.

*Physical and digital publication*

**Article 9.** Publication of the Official Gazette of the Bolivarian Republic of Venezuela is comprised of a mixed system that includes a digital and automated system, and a physical system. The physical publication must contain all of the content published in the digital and automated version and it will generate the same effects established in this Law, including its public nature and [force of] a public document. Violation of this provision shall create civil, administrative, and criminal liability, as appropriate.

The Executive Vice President shall establish the standards and guidelines for the development, management, and operation of the digital and physical publications of the Official Gazette of the Bolivarian Republic of Venezuela, including the digital publications computer system.

*Validity and citation of the acts*

**Article 10.** The laws and other legal acts of the State with general effects shall enter into force as of their publication in the Official Gazette of the Bolivarian Republic of Venezuela or, in its absence, as of the date established in them.

When it is necessary to cite Laws and other legal acts of the State with general effects, the number and date of their publication in the Official Gazette of the Bolivarian Republic of Venezuela shall be indicated.

*Publication of amending laws*

**Article 11.** A law amending another law shall be published in its entirety with the amendments that have been approved by the National Assembly, which shall be inserted in its text deleting the amended provisions in order to preserve its unity. This publication in the Official Gazette of the Bolivarian Republic of Venezuela shall be preceded by the amending Law.

*Reprinting due to error in the original*

**Article 12.** When there is a discrepancy between the original and the published legal act, this shall be reprinted in the Official Gazette of the Bolivarian Republic of Venezuela, indicating that it is a new publication. In such cases, the legal act shall take effect from its initial publication.

*Agencies submitting acts*

**Article 13.** The submission of acts for publication in the Official Gazette of the Bolivarian Republic of Venezuela shall be carried out by the highest authority of the agency. The submission of acts issued by decentralized entities and deconcentrated agencies or departments shall only be made through the agency to which they are assigned or under. The submission of acts for publication in the Official Gazette of the Bolivarian Republic of Venezuela shall be carried out by official letter sent to the headquarters of the Office of the Secretary of the Council of Ministers. Such submission shall be sent to the attention of the Permanent Secretary of the Council of Ministers.

The Executive Vice President shall establish the rules regarding submission, content, processing, and receipt of acts and documents sent to the Council of Ministers for publication in the Official Gazette of the Bolivarian Republic of Venezuela by the agencies and institutions of Public Authority. Requests for publication that do not comply with the provisions of this Law shall not be processed, unless instructed by the President of the Republic, the Executive Vice President, or the Minister of the People's Power for the Office of the Presidency and Monitoring of Government Management.

*Legislative Index*

**Article 14.** At the close of each first-session period of the National Assembly and the close of each second-session period there shall be published in a special edition of the Official Gazette of the Bolivarian Republic of Venezuela an index of all laws and legal acts with general effects published during that period. This index must contain the name of the legal act, along with the number and date of its publication, and they will be ordered according to their hierarchy.

Likewise, the National Assembly in coordination with the Office of the Secretary of the Council of Ministers shall publish during the first fifteen days of each year a special edition of the Official Gazette of the Bolivarian Republic of Venezuela that contains an Index of Current Laws ordered according to their hierarchy. This publication must indicate the laws and acts in force in the Bolivarian Republic of Venezuela, for informational purposes only.

*Official publications*

**Article 15.** The Autonomous Department of the National Printing Office and Official Gazette shall be able to give official status to physical and digital publications and editions of legal acts published in the Official Gazette of the Bolivarian Republic of Venezuela. To that end, it must issue an act indicating the essential characteristics of these publications.

Furthermore, the Autonomous Department of the National Printing Office and Official Gazette shall issue an act in which the prices of the printed editions of the Official Gazette are established, along with those for their certification and digital distribution and subscription services, and any other service associated with its functions.

*Distribution for commercial purposes*

**Article 16.** Anyone distributing the content of the Official Gazette of the Bolivarian Republic of Venezuela for commercial purposes must obtain prior authorization from the Autonomous Department of the National Printing Office and Official Gazette and pay the public price that is established for this service.

Alteration or modification of the original version of the Official Gazette of the Bolivarian Republic of Venezuela is prohibited; in that regard, logos, names, identification of individuals, or references of any other nature may not be included.

*Repeal*

**Article 17.** The Law on Official Publications published in Official Gazette of the United States of Venezuela number 20.546 dated July 22, 1941, is repealed.

*Entry into force*

**Article 18.** This Law shall enter into force upon its publication in the Official Gazette of the Bolivarian Republic of Venezuela.

Issued, signed, and sealed in the Federal Legislative Palace, seat of the National Assembly, in Caracas, on February 15, 2022. 211th year of Independence, 162nd year of the Federation, and 23rd year of the Bolivarian Revolution.

[seal:]
BOLIVARIAN REPUBLIC
OF VENEZUELA
NATIONAL ASSEMBLY
PRESIDENT'S OFFICE

[signature]
**JORGE RODRÍGUEZ GOMÉZ**
President of the National Assembly

[signature]
**MARÍA IRIS VARELA RANGEL**
First Vice President

[signature]
**VANESA YUNETH MONTERO LÓPEZ**
Second Vice President

[signature]
**ROSALBA GIL PACHECO**
Secretary

[signature]
**INTI ALEJANDRA INOJOSA CORONADO**
Deputy Secretary

Enactment of the **LAW ON OFFICIAL PUBLICATIONS** pursuant to Article 213 of the Constitution of the Bolivarian Republic of Venezuela.

Issued in Caracas, on February 25, 2022. 211th year of Independence, 163rd year of the Federation, and 23rd year of the Bolivarian Revolution.

So ordered,
(L.S.)

[seal:]
BOLIVARIAN REPUBLIC OF
VENEZUELA
OFFICE OF THE PRESIDENCY
PRESIDENT

[signature]
**NICOLÁS MADURO MOROS**
President of the Bolivarian
Republic of Venezuela

Countersigned
The Executive Vice President of the Bolivarian Republic of Venezuela and First Vice President of the Council of Ministers
(L.S.)
    DELCY ELOÍNA RODRÍGUEZ GÓMEZ

Countersigned
The Minister of the People's Power
for the Office of the Presidency and Monitoring
of Government Management
(L.S.)
    JORGE ELIESER MÁRQUEZ MONSALVE

Countersigned
The Minister of the People's Power
for Foreign Affairs
(L.S.)
    FÉLIX RAMÓN PLASENCIA GONZÁLEZ

Countersigned
The Minister of the People's Power
for Domestic Affairs, Justice, and Peace
and Regional Vice President for Citizen Safety and Peace
(L.S.)

REMIGIO CEBALLOS ICHASO

Countersigned
The Minister of the People's Power
for Defense and Regional Vice President
for Political Sovereignty, Security, and Peace
(L.S.)

VLADIMIR PADRINO LÓPEZ

Countersigned
The Minister of the People's Power
for Communication and Information
and Regional Vice President for Communication and Culture
(L.S.)

FREDDY ALFRED NAZARET ÑAÑEZ CONTRERAS

Countersigned
The Minister of the People's Power
for the Economy, Finance, and Foreign Trade
(L.S.)

DELCY ELOÍNA RODRÍGUEZ GÓMEZ

Countersigned
The Minister of the People's Power
for Industry and National Production
(L.S.)

JOSÉ GREGORIO BIOMORGI MUZATTIZ

Countersigned
The Minister of the People's Power
for Domestic Commerce
(L.S.)

DHELIZ ADRIANA ALVAREZ MARQUEZ

Countersigned
The Minister of the People's Power
for Tourism
(L.S.)

ALÍ ERNESTO PADRÓN PAREDES

Countersigned
The Minister of the People's Power
for Productive Agriculture and Land
(L.S.)

WILMAR ALFREDO CASTRO SOTELDO

Countersigned
The Minister of the People's Power
for Urban Agriculture
(L.S.)

GREICYS DAYAMNI BARRIOS PRADA

Countersigned
The Minister of the People's Power
for Fishing and Aquaculture
(L.S.)

OLGA LUISA FIGUEROA YÉPEZ

Countersigned
The Minister of the People's Power
for Food
(L.S.)

CARLOS AUGUSTO LEAL TELLERÍA

Countersigned
The Minister of the People's Power
for Petroleum and Regional Vice President
of the Economy
(L.S.)

TARECK EL AISSAMI

Countersigned
The Minister of the People's Power
for Ecological Mining Development
(L.S.)

WILLIAM MIGUEL SERANTES PINTO

Countersigned
The Minister of the People's Power
for Planning and Regional Vice President of Planning
(L.S.)

RICARDO JOSÉ MENÉNDEZ PRIETO

Countersigned
The Minister of the People's Power
for Health
(L.S.)

MAGALY GUTIERREZ VIÑA

Countersigned
The Minister of the People's Power
for Indigenous Peoples
(L.S.)

CLARA JOSEFINA VIDAL VENTRESCA

Countersigned
The Minister of the People's Power
for Women and Gender Equality
(L.S.)

DIVA YLAYALY GUZMÁN LEÓN

Countersigned
The Minister of the People's Power
for Water Management
(L.S.)

RODOLFO CLEMENTE MARCO TORRES

Countersigned
The Minister of the People's Power
for Youth and Sport and Regional Vice President
of Social and Territorial Socialism
(L.S.)

MERVIN ENRIQUE MALDONADO URDANETA

Countersigned
The Minister of the People's Power
for the Correctional Department
(L.S.)

MIRELYS ZULAY CONTRERAS MORENO

Countersigned
The Minister of the People's Power
for the Social Labor Process
(L.S.)

JOSÉ RAMÓN RIVERO GONZÁLEZ

Countersigned
The Minister of the People's Power
for Culture
(L.S.)

ERNESTO EMILIO VILLEGAS POLJAK

Countersigned
The Minister of the People's Power
for Education
(L.S.)

                      YELITZE DE JESUS SANTAELLA HERNÁNDEZ

Countersigned
The Minister of the People's Power
for Science and Technology
(L.S.)

                      GABRIELA SERVILIA JIMÉNEZ RAMÍREZ

Countersigned
The Minister of the People's Power
for University Education
(L.S.)

                      TIBISAY LUCENA RAMÍREZ

Countersigned
The Minister of the People's Power
for Ecosocialism
(L.S.)

                      JOSUÉ ALEJANDRO LORCA VEGA

Countersigned
The Minister of the People's Power
for Habitat and Housing
(L.S.)

                      ILDEMARO MOISÉS VILLARROEL ARISMENDI

Countersigned
The Minister of the People's Power
for Communes and Social Movements
(L.S.)

                      NORIS HERRERA RODRÍGUEZ

Countersigned
The Minister of the People's Power
for Transportation
(L.S.)

                      HIPÓLITO ANTONIO ABREU PÁEZ

Countersigned
The Minister of the People's Power
for Public Works
(L.S.)

                      RAÚL ALFONZO PAREDES

Countersigned
The Minister of the People's Power
for Electric Energy and
Regional Vice President of Public Works
(L.S.)

                      NÉSTOR LUIS REVEROL TORRES

# OFFICIAL GAZETTE
## OF THE BOLIVARIAN REPUBLIC OF VENEZUELA

LEGAL DEPOSIT: ppo 187207DF1

| YEAR CXLIX – MONTH V | Special Edition No. 6.688 |
|---|---|
| | Caracas, Friday, February 25, 2022 |

*Esquina Urapal, edificio Dimase, La Candelaria*
*Caracas – Venezuela*
Fee subject to publication dated November 14, 2003
in Official Gazette No. 37.818
http://www.minci.gob.ve

This Gazette contains 8 pages, cost equivalent to 11.65% of tax unit value

LAW ON OFFICIAL PUBLICATIONS
(JULY 22, 1941)

*Article 11.* The OFFICIAL GAZETTE, created by Executive Decree of October 11, 1872, shall continue to be published at the National Printing Office with the name OFFICIAL GAZETTE OF THE BOLIVARIAN REPUBLIC OF VENEZUELA.

*Article 12.* The OFFICIAL GAZETTE OF THE BOLIVARIAN REPUBLIC OF VENEZUELA shall be published each business day, without prejudice to the publication of special editions as necessary, and the official acts to be published shall be included therein without delay.

*Sole Paragraph:* Special editions of the OFFICIAL GAZETTE shall have special numbering.

*Article 13.* The acts of Public Authorities that must be inserted shall be published in the OFFICIAL GAZETTE OF THE BOLIVARIAN REPUBLIC OF VENEZUELA, as well as those whose inclusion is deemed appropriate by the National Executive Branch.

*Article 14.* Laws, decrees, and other official acts shall be of a public nature by virtue of the fact that they appear in the OFFICIAL GAZETTE OF THE BOLIVARIAN REPUBLIC OF VENEZUELA, copies of which shall have the force of public documents.



JTG, inc.
11190 Sunrise Valley Drive.
Suite 301
Reston, Virginia
20191

1.703.548.7570  voice
1.877.746.8906  toll free
1.703.548.8223  fax

jtg-inc.com

## CERTIFICATE OF TRANSLATION

I, <u>Heather Oland</u>, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities. Archival seals, stamps, and certifications have been translated here.

Document Name:	VZ-Ley de Publicaciones Oficiales-1941
	VZ-Ley Orgánica del Servicio Exterior-2013
	VZ-Ley de Publicaciones Oficiales-2022

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this day of Novemeber 18, 2022.

_____
Signature