GOVERNMENT EXHIBIT
Case No.: 19-20450-CR-RNS
22

# GACETA OFICIAL
## DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

AÑO CXL — MES X  Caracas, martes 30 de julio de 2013  Número 40.217

## SUMARIO

**Asamblea Nacional**
Ley Orgánica del Servicio Exterior.

Ley Aprobatoria del Protocolo de Adhesión del Estado Plurinacional de Bolivia al MERCOSUR.

Ley Aprobatoria del Protocolo Constitutivo del Parlamento del MERCOSUR.

Ley Aprobatoria del Protocolo Modificatorio del Protocolo de Olivos para la Solución de Controversias en el MERCOSUR.

Ley Aprobatoria del Acuerdo de Cooperación en Materia de Hidrocarburos, Petroquímica y Minera entre el Gobierno de la República Bolivariana de Venezuela y el Gobierno de la República Popular China.

Acuerdo mediante el cual se autoriza al ciudadano Presidente de la República Bolivariana de Venezuela, Nicolás Maduro Moros, para designar al ciudadano Luis Alberto Crespo, como Embajador, Representante Permanente de la República Bolivariana de Venezuela ante la Organización de las Naciones Unidas para la Educación, la Ciencia y la Cultura (UNESCO).

Acuerdo mediante el cual se levanta la Inmunidad al ciudadano diputado, Richard Miguel Mardo Mardo, en los términos y condiciones previstos en la Constitución de la República Bolivariana de Venezuela, y autorizar la continuación del enjuiciamiento con los efectos del Artículo 380 del Código Orgánico Procesal Penal.

Acuerdos mediante los cuales se autoriza al ciudadano Presidente de la República Bolivariana de Venezuela, Nicolás Maduro Moros, para designar al ciudadano Alejandro Israel Correa Ortega, como Embajador Extraordinario y Plenipotenciario de la República Bolivariana de Venezuela, ante los Gobiernos que en ellos se especifican.

Resolución mediante la cual se designa al ciudadano José Luis Carpio Romero, como Director de Comunicación e Información, de este Organismo.

Acuerdos mediante los cuales se autoriza al Ejecutivo Nacional para Decretar Créditos Adicionales a los Presupuestos de Gastos vigentes de la Vicepresidencia Ejecutiva de la República, los Ministerios y los Diferentes Ordenadores de Compromiso y Pago y sus Entes adscritos, por las cantidades que en ellos se mencionan.-(Véase N° 6.108 Extraordinario de la GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA, de esta misma fecha).

**Presidencia de la República**
Decreto N° 257, mediante el cual se aprueba un Traspaso de Créditos Presupuestarios, por la cantidad que en él se menciona, correspondiente a recursos Ordinarios del Presupuesto de Gastos vigente del Ministerio del Poder Popular para Ciencia, Tecnología e Innovación.- Decreto N° 258, mediante el cual se acuerda un Traspaso de Créditos Presupuestarios, por la cantidad que en él se señala, correspondiente a recursos Ordinarios del Presupuesto de Gastos vigente del Ministerio del Poder Popular para la Educación Universitaria.- Decreto N° 259, mediante el cual se acuerda un Traspaso de Créditos Presupuestarios entre Acciones Específicas de distintas Categorías Presupuestarias, superior al 20%, por la cantidad que en él se indica, al Presupuesto de Gastos vigente del Ministerio del Poder Popular para la Comunicación y la Información.- Decreto N° 260, mediante el cual se acuerda un Traspaso de Créditos Presupuestarios, por la cantidad que en él se especifica, al Presupuesto de Gastos vigente de la Vicepresidencia de la República.- Decreto N° 261, mediante el cual se acuerda un Traspaso de Créditos Presupuestarios, por la cantidad que en él se menciona, al Presupuesto de Gastos vigente de la Vicepresidencia de la República.- Decreto N° 262, mediante el cual se acuerda un Crédito Adicional, por la cantidad que en él se señala, al Presupuesto de Gastos vigente del Ministerio del Poder Popular para el Comercio.- Decreto N° 263, mediante el cual se acuerda un Crédito Adicional, por la cantidad que en él se indica, al Presupuesto de Gastos vigente del Ministerio del Poder Popular para la Alimentación.- Decreto N° 264, mediante el cual se acuerda un Crédito Adicional, por la cantidad que en él se especifica, al Presupuesto de Gastos vigente del Ministerio del Poder Popular para la Alimentación.- Decreto N° 265, mediante el cual se acuerda un Crédito Adicional, por la cantidad que en él se menciona, al Presupuesto de Gastos 2013 del Ministerio del Poder Popular para el Despacho de la Presidencia y Seguimiento de la Gestión de Gobierno.- Decreto N° 266, mediante el cual se acuerda un Crédito Adicional, por la cantidad que en él se indica, al Presupuesto de Gastos 2013 del Ministerio del Poder Popular para las Comunas y Protección Social.- Decreto N° 267, mediante el cual se acuerda un Crédito Adicional a los Diferentes Ordenadores de Compromisos y Pagos y Entes Adscritos, por la cantidad que en él se señala.- Decreto N° 268, mediante el cual se acuerda un Crédito Adicional, por la cantidad que en él se especifica, al Presupuesto de Gastos 2013 de la Vicepresidencia de la República.- Decreto N° 269, mediante el cual se afectan los bienes muebles, inmuebles y bienhechurías que sirven para el funcionamiento de la sociedad mercantil Great Walla de Venezuela, C.A., y sus Empresas filiales.-(Véase N° 6.108 Extraordinario de la GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA, de esta misma fecha).

**Ministerio del Poder Popular
para Relaciones Interiores, Justicia y Paz**
Resolución mediante la cual se dicta las Normas Sobre los Procesos de Habilitación, Intervención y Suspensión de los Cuerpos de Policía.

Resolución mediante la cual se dicta las Normas que Regulan el Concurso de Buenas Prácticas Policiales.

Resoluciones mediante las cuales se designa a los ciudadanos y ciudadanas que en ellas se mencionan, para ocupar los cargos que en ellas se señalan, de este Ministerio.

**Ministerios del Poder Popular
para Relaciones Interiores, Justicia y Paz
y para la Defensa**
Resolución Conjunta mediante la cual se suspende de manera temporal el Permiso de Porte y Tenencia de Armas de Fuego y Armas Blancas en todo el Territorio Nacional de la República Bolivariana de Venezuela, como parte de las medidas para garantizar la seguridad ciudadana y el resguardo de la integridad física de las personas con motivo del Dispositivo Vacaciones Escolares Seguras 2013.

**Ministerio del Poder Popular
para Relaciones Exteriores**
Resolución mediante la cual se designa al ciudadano General de Brigada Juan Eliéser Medina Rodríguez, como Agregado Militar, Naval y Aéreo en la Embajada de la República Bolivariana de Venezuela acreditada en Canadá.

# ASAMBLEA NACIONAL

LA ASAMBLEA NACIONAL
DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

Decreta

la siguiente,

## LEY ORGÁNICA DEL SERVICIO EXTERIOR
### TÍTULO I
### DISPOSICIONES FUNDAMENTALES

*Objeto*

**Artículo 1.** El objeto de la presente Ley es regular y organizar el funcionamiento del servicio exterior de la República, para asegurar su política y actuación internacional en función de la soberanía y de los intereses del pueblo venezolano, con estricta sujeción a los principios de independencia, igualdad entre los Estados, libre determinación y no intervención en sus asuntos internos, solución pacífica de los conflictos internacionales, cooperación, respeto a los derechos humanos y solidaridad entre los pueblos en la lucha por su emancipación y el bienestar de la humanidad.

*Fines*

**Artículo 2.** Son fines de la presente Ley, el fortalecimiento de la soberanía nacional promoviendo la conformación de un bloque geopolítico regional y de un mundo multipolar, mediante la diversificación de las relaciones políticas, económicas y culturales del Estado venezolano; de acuerdo con el establecimiento de áreas de interés geoestratégicas y la profundización del diálogo fraterno entre los pueblos; el respeto a la libertad de pensamiento, religión y sujeción al principio de autodeterminación; desarrollando y fortaleciendo con carácter prioritario la integración latinoamericana y caribeña, con miras a avanzar hacia la creación y sostenimiento de una comunidad de naciones que procuren la defensa de los intereses económicos, sociales, culturales, políticos y ambientales de la región.

*De la política exterior como elemento inherente a la seguridad y defensa*

**Artículo 3.** La política exterior del Estado venezolano, desarrollada por el Ministerio del Poder Popular con competencia en materia de relaciones exteriores, es un elemento esencial y concordante con los planes de seguridad y defensa integral de la República; por ende, se proyecta en el plano internacional, dentro de un sistema democrático, participativo y protagónico, libre de amenazas a su sobrevivencia, su soberanía y a la integridad de su territorio y demás espacios geográficos; atendiendo a una articulación que obedece a los lineamientos, planes geoestratégicos y geopolíticos, principios y fines contenidos en la Constitución de la República, en aras de garantizar la defensa integral del Estado venezolano; entendida ésta como el conjunto de métodos, medidas y acciones de defensa que, en forma activa, formule coordine y ejecute el Estado con la participación de instituciones públicas y privadas, y las personas naturales y jurídicas, nacionales o extranjeras, a fin de salvaguardar la independencia, la libertad, la democracia, la soberanía, la integridad territorial y el desarrollo integral de la Nación.

*De los principios que rigen la actuación del servicio exterior*

**Artículo 4.** A los fines de garantizar la orientación de la política exterior de la República, hacia la configuración de un mundo multipolar, libre de la hegemonía de cualquier centro de poder imperialista, colonialista o neocolonialista y de los principios que rigen la actuación internacional del Estado en función de la soberanía y de los intereses del pueblo venezolano; se declara el servicio exterior como actividad estratégica de Estado y, por tanto, su conducción debe enmarcarse en los siguientes aspectos programáticos:

1. Identificación y definición de una política de construcción y articulación de los nuevos polos de poder geopolíticos en el mundo, mediante la búsqueda y definición de nuevas formas de mecanismos de integración, unidad y cooperación.

2. Afianzamiento de los intereses políticos comunes entre los países, a través de la construcción de valores políticos compartidos, que posibiliten la unificación y diseño de estrategias comunes para la consolidación del intercambio económico y social, así como en la unificación de posiciones comunes en el concierto internacional, con miras al desarrollo de iniciativas que permitan operativizar el principio de la multipolaridad, usando como herramienta los instrumentos de integración.

3. La profundización de la unión, confianza y solidaridad, para la cooperación y coexistencia pacífica entre los pueblos, fundamentando las relaciones diplomáticas con base en la autodeterminación y la soberanía; la confianza que parte de la seguridad jurídica y política en el cumplimiento de los compromisos adquiridos; y en la solidaridad que se expresa en las complementariedades que puedan desarrollarse para alcanzar la paz, la justicia y el bienestar de los pueblos.

4. Construcción de nuevos esquemas de cooperación económica y financiera para impulsar el desarrollo integral y el establecimiento del comercio justo mundial, guiando a las relaciones económicas internacionales por los principios de complementariedad, cooperación y solidaridad para propiciar la igualdad de beneficio en el intercambio comercial, con el apoyo de nuevos instrumentos financieros para el fortalecimiento del desarrollo que permita el aprovechamiento de las potencialidades existentes en los territorios de cada país.

5. Profundización del intercambio cultural, educativo, científico y comunicacional, mediante el impulso de una plataforma de investigación, desarrollo de conocimiento y estrategias formativas para el soporte teórico y el seguimiento de las iniciativas en el marco del impulso de la nueva geopolítica mundial; gestionando los medios de producción de conocimiento y la reflexión académica sobre los procesos y problemáticas internacionales; y contemplando el desarrollo de una estrategia mundial de formación política sobre el contenido, objetivos y logros de la República, dirigida a los movimientos sociales, investigadores o investigadoras, intelectuales y académicos.

6. Coordinación del Ministerio del Poder Popular con competencia en materia de relaciones exteriores, en el desarrollo del sistema de generación y producción de conocimiento, atribuyendo a la República, por órgano del referido Ministerio, la potestad de integrar el nivel central con cada una de las embajadas y su nivel regional de información, mediante la implementación de una plataforma tecnológica que coadyuve a la gestión del conocimiento y a la articulación de mecanismos de transferencia de información.

7. Sujeción de la política exterior del Estado a los principios que rigen la actividad de la Administración Pública, declarando que el servicio exterior de la República está al servicio de los ciudadanos y ciudadanas y, por tanto, su actuación debe fundamentarse en los principios de honestidad, participación, celeridad, eficacia, eficiencia, transparencia, rendición de cuentas y responsabilidad en el ejercicio de la función pública, con sometimiento pleno a la ley y al derecho; enmarcado en la directriz de la refundación de la Nación venezolana, cimentada sus raíces en la fusión de los valores y principios más avanzados de las corrientes humanistas y de la herencia histórica del pensamiento de nuestro Libertador Simón Bolívar.

### TÍTULO II
### DEL SERVICIO EXTERIOR

#### Capítulo I
#### Disposiciones generales

*Del Presidente o Presidenta de la República en su condición de órgano superior de dirección estratégica de la política exterior*

**Artículo 5.** El Presidente o Presidenta de la República, en su carácter de Jefe o Jefa del Estado y del Ejecutivo Nacional, en cuanto órgano superior de dirección estratégica de la Administración Pública, dirige la política exterior de la República, ejerce la función ejecutiva y la potestad reglamentaria, de conformidad con la Constitución de la República y la presente Ley.

*De las atribuciones del Ministerio del Poder Popular con competencia en materia de relaciones exteriores*

**Artículo 6.** De conformidad con la legislación vigente, así como con lo establecido por el Presidente o Presidenta de la República mediante decretos o demás lineamientos; el Ministerio del Poder Popular con competencia en materia de relaciones exteriores diseña la política exterior, ejecuta y coordina las actividades de las relaciones exteriores, teniendo en cuenta los fines superiores del Estado y los intereses del pueblo, así como las necesidades y planteamientos específicos de los órganos del Poder Público.

*Del personal del servicio exterior*

**Artículo 7.** El servicio exterior está conformado por los funcionarios y funcionarias que cumplen funciones en el servicio interno, y por los funcionarios y funcionarias en el servicio externo, y su actuación estará enmarcada en los principios fundamentales y valores universales establecidos en la Constitución de la República, así como en los principios de la presente Ley.

El servicio externo se compone de los funcionarios y funcionarias que prestan servicios en las representaciones diplomáticas, oficinas consulares, representaciones permanentes y las misiones temporales.

El servicio interno se compone por los funcionarios administrativos y funcionarias administrativas, así como los y las de las misiones temporales.

*De las misiones diplomáticas, consulares, permanentes y temporales*

**Artículo 8.** A los efectos de esta Ley, se entiende por Misión cualquier representación diplomática u oficina consular del Estado venezolano acreditada ante otro Estado, y por misiones permanentes las acreditadas ante un organismo internacional.

Las misiones temporales son aquellas nombradas por el Presidente o Presidenta de la República, para llevar a cabo actos y actividades específicas en el ámbito internacional.

Los funcionarios y funcionarias al servicio de la República en el servicio exterior, tendrán por obligación defender los derechos e intereses del Estado venezolano, enaltecer los principios y valores patrios, así como el desarrollo de las políticas del Ejecutivo Nacional; todo ello con respeto al principio de soberanía y no injerencia en los asuntos internos de cada Estado.

*Del ámbito de actuación del Ministerio del Poder Popular con competencia en materia de relaciones exteriores*

**Artículo 9.** El Ministerio del Poder Popular con competencia en materia de relaciones exteriores, ejerce sus funciones en el ámbito nacional mediante el servicio interno y en el internacional mediante las representaciones diplomáticas, las misiones temporales, las oficinas consulares y las misiones permanentes de la República.

*De la potestad de designar los jefes o jefas de Misión*

**Artículo 10.** El Presidente o Presidenta de la República designará los jefes o jefas titulares de las representaciones diplomáticas, misiones permanentes, misiones temporales, y oficinas consulares de la República en el exterior. Los funcionarios designados y funcionarias designadas serán de libre nombramiento y remoción del Presidente o Presidenta de la República y estarán bajo su subordinación por órgano del Ministerio del Poder Popular con competencia en materia de relaciones exteriores, que resolverá lo conducente para el inicio o cese de funciones de conformidad con las instrucciones que al efecto reciba del Presidente o Presidenta de la República.

*Del Régimen Estatutario Especial y de Excepción del Régimen de Carrera, de los funcionarios y funcionarias del servicio exterior*

**Artículo 11.** El régimen del personal, así como todo lo relativo a la gestión de la función pública en el servicio exterior, serán regulados por el Estatuto que al afecto dicte mediante ley especial la Asamblea Nacional y que será reglamentado por el Presidente o Presidenta de la República.

*Del régimen laboral de los obreros y obreras del Ministerio del Poder Popular con competencia en materia de relaciones exteriores*

**Artículo 12.** El personal obrero del Ministerio del Poder Popular con competencia en materia de relaciones exteriores, se regirá por la Ley Orgánica del Trabajo.

*Del régimen de incompatibilidades*

**Artículo 13.** Los funcionarios y funcionarias del servicio exterior están sujetos al régimen de incompatibilidades previsto para los demás funcionarios o funcionarias de la Administración Pública, de conformidad con la Constitución de la República, las leyes y con el Estatuto que al afecto dicte mediante ley especial la Asamblea Nacional, y que será reglamentado por el Presidente o Presidenta de la República.

*Prohibición especial*

**Artículo 14.** Ningún funcionario o funcionaria del servicio exterior venezolano, podrá desarrollar negociaciones oficiales con gobiernos extranjeros u organismos internacionales, ni suscribir acuerdos internacionales sin la autorización del Ministerio del Poder Popular con competencia en materia de relaciones exteriores. Queda a salvo la ejecución de planes o programas previamente aprobados por el Ejecutivo Nacional y lo establecido en los tratados de los cuales sea parte la República Bolivariana de Venezuela.

*De la inexistencia de misiones diplomáticas*

**Artículo 15.** Cuando no existan misiones diplomáticas, los funcionarios o funcionarias consulares podrán ser autorizados o autorizadas por el Ministerio del Poder Popular con competencia en materia de relaciones exteriores, para realizar actos diplomáticos de conformidad con las convenciones y usos internacionales.

*De las ausencias o cese de funciones*

**Artículo 16.** En los casos de ausencia o cese de funciones del jefe o jefa de una misión diplomática o permanente, corresponde al funcionario o funcionaria que sigue en jerarquía, acreditado o acreditada con carácter diplomático, ejercer las funciones de encargado o encargada de negocios, a menos que el Ministro o Ministra del Poder Popular con competencia en materia de relaciones exteriores determine expresamente que sea otro funcionario o funcionaria quien desempeñe tal función.

En los casos de ausencia o cese de funciones del jefe o jefa de una oficina consular, corresponde al funcionario o funcionaria que sigue en jerarquía, acreditado o acreditada con carácter de agente consular, ejercer las funciones de jefe o jefa interino, a menos que el Ministro o Ministra del Poder Popular con competencia en materia de relaciones exteriores, determine expresamente que sea otro funcionario o funcionaria quien desempeñe tal función.

*De la prohibición de separarse del cargo*

**Artículo 17.** Los funcionarios y funcionarias del servicio externo no podrán separarse del ejercicio de sus funciones, ni salir de la jurisdicción del Estado ante el cual se encuentren acreditados o acreditadas, sin la debida autorización del Ministerio del Poder Popular con competencia en materia de relaciones exteriores.

Quedan exceptuadas aquellas situaciones de emergencia personal o de servicio, debidamente justificadas, las cuales deberán informarse al Ministerio del Poder Popular con competencia en materia de relaciones exteriores.

*De la apertura de consulados y designación de cónsules ad honorem*

**Artículo 18.** El Ejecutivo Nacional reglamentará lo relacionado con la apertura de consulados y designación de cónsules ad honorem de la República. En todo caso, se deberá mantener una adecuada supervisión de las actividades de éstos.

*De la acreditación de personal ad honorem*

**Artículo 19.** El Ejecutivo Nacional reglamentará lo relativo a la acreditación de funcionarios y funcionarias ad honorem en las misiones. En todo caso, estos funcionarios y estas funcionarias deberán ajustarse de manera estricta a las obligaciones, deberes y prohibiciones establecidas para los funcionarios y funcionarias del servicio exterior, y obligados a mantener una conducta y comportamiento de absoluto respeto a las disposiciones legales del Estado receptor.

*Del régimen de contratación del personal local de las misiones*

**Artículo 20.** El Ejecutivo Nacional reglamentará la aplicación de las normas del derecho internacional reconocidas por la República, en el manejo de los empleados contratados y empleadas contratadas localmente por las misiones, respetando la legislación laboral del Estado receptor.

*Deber de confidencialidad*

**Artículo 21.** Los funcionarios y funcionarias del servicio exterior, quedarán impedidos e impedidas de revelar información, a través de cualquier modalidad, de la cual hayan tenido conocimiento con motivo de sus funciones desplegadas durante su período de servicio, hasta pasados treinta años desde el momento que cese la relación prestacional, salvo requerimiento judicial en los casos permitidos por el ordenamiento jurídico.

Quien incurra en violación del deber de confidencialidad, incurrirá en el delito de traición a la patria en los términos establecidos en el Código Penal.

**Capítulo II**
**Del Instituto de Altos Estudios Diplomáticos**

*Del órgano encargado de coordinar los estudios para la capacitación del personal del servicio exterior*

**Artículo 22.** El Ministerio del Poder Popular con competencia en materia de relaciones exteriores, tendrá un Instituto de Altos Estudios Diplomáticos, encargado de coordinar los estudios y cursos para la capacitación, actualización y especialización del personal del servicio exterior, de acuerdo con las necesidades del servicio, aprobadas por el Ministro o Ministra del Poder Popular con competencia en materia de relaciones exteriores.

*De la designación del personal directivo y docente*

**Artículo 23.** El Ministro o Ministra del Poder Popular con competencia en materia de relaciones exteriores, designará al Director o Directora del Instituto de Altos Estudios Diplomáticos, con sujeción al Estatuto que al afecto dicte mediante ley especial la Asamblea Nacional, y que será reglamentado por el Presidente o Presidenta de la República. El personal docente será designado por el Director o Directora, previa evaluación de sus funciones y aprobación del Ministro o Ministra.

**TÍTULO III**
**DE LA FUNCIÓN CONSULAR**

**Capítulo I**
**De los funcionarios o funcionarias consulares**

*De las atribuciones de los funcionarios o funcionarias del servicio exterior de rango consular*

**Artículo 24.** Los asuntos correspondientes a las obligaciones de los funcionarios y funcionarias consulares, sus atribuciones, la presentación de informes y libros de registros ante el Ministerio del Poder Popular con competencia en materia de relaciones exteriores, lo relacionado con la materia de sucesión, lo referente a la actuación consular en casos de naufragio o de siniestro aéreo, los deberes de los cónsules respecto de los buques nacionales y sus capitanes o capitanas, respecto a los marineros venezolanos o marineras venezolanas, en relación con el otorgamiento de contratos, poderes y la expedición de pasaportes, así como cualquier otra materia, serán desarrollados en el Estatuto que al afecto dicte mediante ley especial la Asamblea Nacional, y que será reglamentado por el Presidente o Presidenta de la República.

*De la subordinación de las oficinas consulares*

**Artículo 25.** Los jefes y jefas de oficinas consulares, o quien se encuentre a cargo de una oficina consular, están en la obligación de suministrar de manera permanente la información relacionada con el funcionamiento de sus misiones al Ministro o Ministra del Poder Popular con competencia en materia de relaciones exteriores, así como también al embajador respectivo o embajadora respectiva, cuando exista misión diplomática en el mismo territorio.

## TÍTULO IV
## DISPOSICIONES COMUNES

*De las obligaciones del personal del servicio exterior*

**Artículo 26.** El personal del servicio exterior destinado en las misiones diplomáticas, en las oficinas consulares y en las misiones permanentes de la República, está obligado a:

1. Defender los intereses de la República, el prestigio de la Nación y el buen nombre de sus autoridades e instituciones.
2. Defender los derechos e intereses de sus conciudadanos y conciudadanas, dentro de sus atribuciones y de conformidad con el derecho internacional.
3. Fomentar los vínculos entre la República y el Estado u organismo ante el cual ejerzan sus funciones.
4. Vigilar el fiel cumplimiento de los tratados y demás instrumentos internacionales vigentes.
5. Velar por el cumplimiento de las consideraciones y prerrogativas que le corresponden a la República, sus autoridades, funcionarios y funcionarias.
6. Cumplir fielmente las instrucciones que reciban del Ministerio del Poder Popular con competencia en materia de relaciones exteriores y mantenerlo informado sobre el curso de los asuntos que trataren.
7. Informar, de manera inmediata, al Ministerio del Poder Popular con competencia en materia de relaciones exteriores, acerca de los asuntos internos e internacionales del país donde estén acreditados, que sean de interés para la República.
8. Informar a las autoridades y a la opinión pública en general del país donde estén acreditados, sobre los asuntos que interesan a la política exterior de la República.
9. Cuidar que los documentos, expedientes, claves y sellos especiales, así como el material análogo, estén bajo debida custodia y a salvo de toda indiscreción.
10. Instalarse y vivir conforme a su jerarquía, y con el decoro que exige la representación de que están investidos.
11. Observar la más estricta rectitud en su actuación social y en el cumplimiento de sus obligaciones económicas y, en general, una conducta personal compatible con la dignidad de la representación de la República.
12. Velar por la preservación y conservación de los bienes muebles e inmuebles pertenecientes al Estado venezolano, que se encuentren en tránsito o que estén permanentemente instalados en el país ante cuyo Gobierno estén acreditados.
13. Cumplir y hacer cumplir los deberes que señalen la Constitución, las leyes y los demás actos normativos de la República.

*De las prohibiciones al personal del servicio exterior*

**Artículo 27.** El personal del servicio exterior destinado en las misiones diplomáticas y oficinas consulares de la República, sin menoscabo de lo dispuesto en las leyes y reglamentos, no podrá:

1. Intervenir en la política interna de los países donde se encuentren.
2. Asumir la representación diplomática o consular de otro país, sin previa autorización del Ministerio del Poder Popular con competencia en materia de relaciones exteriores.
3. Conservar para sí documento alguno de los archivos, o publicar su contenido sin la debida autorización del Ministerio del Poder Popular con competencia en materia de relaciones exteriores.
4. Aceptar cargos, dádivas, honores o recompensas de gobiernos extranjeros, sin la autorización del Ministerio del Poder Popular con competencia en materia de relaciones exteriores. Las condecoraciones estarán sujetas a la ley en cuanto a su aceptación y uso.
5. Ejercer el comercio, profesión o industria en el país donde presten sus funciones, o interesarse directa o indirectamente en cualquier actividad lucrativa de provecho personal.
6. Formar parte de comisiones o representaciones que tengan el propósito de asumir una actitud colectiva ante el gobierno local, sin la autorización previa del Ministerio del Poder Popular con competencia en materia de relaciones exteriores.
7. En el caso de los jefes y jefas de misión, residir fuera de la ciudad donde tenga su asiento el Gobierno del Estado receptor o el organismo internacional respectivo, o establecer la oficina consular fuera de la ciudad que fijen las letras patentes, salvo casos debidamente justificados.
8. Utilizar para fines ajenos al servicio, documentos, valijas o sellos, así como otros medios de comunicación oficiales.
9. Hacer uso abusivo o indebido de los bienes, recursos y servicios pertenecientes a la misión, así como de los privilegios e inmunidades diplomáticas.
10. Auspiciar en provecho propio, de familiares o allegados, directa o indirectamente, gestiones oficiales en favor de personas naturales o jurídicas.

## DISPOSICIONES TRANSITORIAS

**Primera.** El Presidente o Presidenta de la República dictará el Reglamento que desarrolle los principios contenidos en la presente Ley.

**Segunda.** Dentro de los noventa (90) días siguientes a la entrada en vigencia de la Presente Ley, la Asamblea Nacional dictará la Ley Especial del Estatuto del Personal del Servicio Exterior, que desarrollará toda la materia relacionada con el régimen estatutario del personal del servicio exterior, incluyendo los aspectos referidos a sus competencias, funciones, jerarquía, ingreso, permanencia, jubilaciones, pensiones, capacitación, evaluación y régimen sancionatorio, que será reglamentado por el Presidente o Presidenta de la República.

**Tercera.** Se ordena al Ministro o Ministra del Poder Popular con competencia en materia de relaciones exteriores, ejecutar un proceso de reestructuración administrativa y orgánica del Ministerio a su cargo, así como del personal del servicio exterior, desarrollado con base a los objetivos y principios contemplados en la presente Ley, y en atención a los lineamientos determinados por el Estatuto que al efecto dicte mediante ley especial la Asamblea Nacional, que será reglamentado por el Presidente o Presidenta de la República.

El proceso de reestructuración previsto en la presente norma, comenzará una vez entrado en vigencia el Estatuto que al efecto dicte mediante ley especial la Asamblea Nacional, que será reglamentado por el Presidente o Presidenta de la República.

## DISPOSICIÓN DEROGATORIA

**Primera.** Se deroga la Ley de Servicio Exterior, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 38.241 de fecha 2 de agosto de 2005. Hasta tanto se dicte la Ley Especial del Estatuto del Personal del Servicio Exterior, quedan vigentes todos los artículos referidos a las competencias, funciones, jerarquía, ingreso, permanencia, capacitación, evaluación y régimen sancionatorio de los funcionarios y funcionarias del servicio exterior.

**Segunda.** Se deroga la Ley Orgánica del Servicio Consular, publicada en la Gaceta Oficial de la República de Venezuela N° 3.998, de fecha 21 de agosto de 1987. Hasta tanto se dicten los instrumentos normativos que regulen lo relativo a los derechos consulares, quedan vigentes los artículos 52, 53, 54, 55, 56, 57, 58, 59 y 60 de la Ley Orgánica del Servicio Consular.

**Tercera.** Quedan derogadas todas las disposiciones legales y reglamentarias que colidan con la presente Ley.

## DISPOSICIÓN FINAL

**Única.** Esta Ley entrará en vigencia a partir de su publicación en la *Gaceta Oficial de la República Bolivariana de Venezuela*.

Dada, firmada y sellada en el Palacio Federal Legislativo, sede de la Asamblea Nacional, en Caracas, a los cuatro días del mes de junio de dos mil trece. Año 203° de la Independencia y 154° de la Federación.



DIOSDADO CABELLO RONDÓN
Presidente de la Asamblea Nacional

DARÍO VIVAS VELASCO
Primer Vicepresidente

BLANCA EEKHOUT
Segunda Vicepresidenta

VÍCTOR CLARK BOSCÁN
Secretario

FIDEL ERNESTO VÁSQUEZ I.
Subsecretario

Promulgación de la Ley Orgánica del Servicio Exterior, de conformidad con lo previsto en el artículo 213 de la Constitución de la República Bolivariana de Venezuela.

Palacio de Miraflores, en Caracas, a los treinta días del mes de julio de dos mil trece. Años 203° de la Independencia, 154° de la Federación y 14° de la Revolución Bolivariana.

Cúmplase,
(L.S.)

NICOLÁS MADURO MOROS

Refrendado
El Vicepresidente Ejecutivo
de la República
(L.S.)
JORGE ALBERTO ARREAZA MONTSERRAT

Refrendado
El Ministro del Poder Popular del
Despacho de la Presidencia y Seguimiento
de la Gestión de Gobierno
(L.S.)
WILMER OMAR BARRIENTOS FERNÁNDEZ

Refrendado
El Ministro del Poder Popular
Para las Relaciones Interiores,
Justicia y Paz
(L.S.)
MIGUEL EDUARDO RODRÍGUEZ TORRES

Refrendado
El Ministro del Poder
Popular para Relaciones Exteriores
(L.S.)
ELÍAS JAUA MILANO

Refrendado
El Ministro del Poder Popular
de Planificación
(L.S.)
JORGE GIORDANI

Refrendado
El Ministro del Poder Popular
de Finanzas
(L.S.)
NELSON JOSÉ MERENTES DÍAZ

Refrendado
La Ministra del Poder Popular
para la Defensa
(L.S.)
CARMEN TERESA MELÉNDEZ RIVAS

Refrendado
El Ministro del Poder Popular para
el Comercio
(L.S.)
ALEJANDRO ANTONIO FLEMING CABRERA

Refrendado
El Ministro del Poder Popular para
Industrias
(L.S.)
RICARDO JOSÉ MENÉNDEZ PRIETO

Refrendado
El Ministro del Poder Popular para
el Turismo
(L.S.)
ANDRÉS GUILLERMO IZARRA GARCÍA

Refrendado
El Ministro del Poder Popular
para la Agricultura y Tierras
(L.S.)
YVÁN EDUARDO GIL PINTO

Refrendado
El Ministro del Poder Popular para
la Educación Universitaria
(L.S.)
PEDRO ENRIQUE CALZADILLA

Refrendado
La Ministra del Poder Popular para
la Educación
(L.S.)
MARYANN DEL CARMEN HANSON FLORES

Refrendado
La Ministra del Poder Popular para
la Salud
(L.S.)
ISABEL ALICIA ITURRIA CAAMAÑO

Refrendado
La Ministra del Poder Popular para
el Trabajo y Seguridad Social
(L.S.)
MARÍA CRISTINA IGLESIAS

Refrendado
El Ministro del Poder Popular para
Transporte Terrestre
(L.S.)
HAIMAN EL TROUDI DOUWARA

Refrendado
El Ministro del Poder Popular para
Transporte Acuático y Aéreo
(L.S.)
HEBERT JOSUE GARCÍA PLAZA

Refrendado
El Ministro del Poder Popular para
Vivienda y Hábitat
(L.S.)
RICARDO ANTONIO MOLINA PEÑALOZA

Refrendado
El Ministro del Poder Popular
de Petróleo y Minería
(L.S.)
RAFAEL DARÍO RAMÍREZ CARREÑO

Refrendado
El Ministro del Poder Popular para
el Ambiente
(L.S.)
DANTE RAFAEL RIVAS QUIJADA

Refrendado
El Ministro del Poder Popular
para Ciencia, Tecnología e Innovación
(L.S.)
MANUEL ÁNGEL FERNÁNDEZ MELÉNDEZ

Refrendado
El Ministro del Poder Popular para
la Comunicación y la Información
(L.S.)
ERNESTO EMILIO VILLEGAS POLJAK

Refrendado
El Ministro del Poder Popular para
las Comunas y Protección Social
(L.S.)
REINALDO ANTONIO ITURRIZA LÓPEZ

Refrendado
El Ministro del Poder Popular para
la Alimentación
(L.S.)
FÉLIX RAMÓN OSORIO GUZMÁN

Refrendado
El Ministro del Poder Popular para
la Cultura
(L.S.)
FIDEL ERNESTO BARBARITO HERNÁNDEZ

Refrendado
La Ministra del Poder Popular para
el Deporte
(L.S.)
ALEJANDRA BENÍTEZ ROMERO

Refrendado
La Ministra del Poder Popular para
los Pueblos Indígenas
(L.S.)
ALOHA JOSELYN NÚÑEZ GUTIÉRREZ

Refrendado
La Ministra del Poder Popular
para la Mujer y la Igualdad de Género
(L.S.)
ANDREÍNA TARAZÓN BOLÍVAR

Refrendado
El Ministro del Poder Popular
Para la Energía Eléctrica
(L.S.)
JESSE ALONSO CHACÓN ESCAMILLO

Refrendado
El Ministro del Poder Popular
para la Juventud
(L.S.)
HÉCTOR VICENTE RODRÍGUEZ CASTRO

Refrendado
La Ministra del Poder Popular
para el Servicio Penitenciario
(L.S.)
MARÍA IRIS VARELA RANGEL

Refrendado
El Ministro de Estado para
la Banca Pública
(L.S.)
RODOLFO CLEMENTE MARCO TORRES

Refrendado
El Ministro de Estado para
la Transformación Revolucionaria
de la Gran Caracas
(L.S.)

FRANCISCO DE ASIS SESTO NOVAS

Refrendado
El Ministro de Estado para
la Región Estratégica de Desarrollo
Integral Central
(L.S.)

CARLOS ANTONIO ALCALÁ CORDONES

Refrendado
La Ministra de Estado para
la Región Estratégica de Desarrollo
Integral Occidental
(L.S.)

ISIS TATIANA OCHOA CAÑIZALEZ

Refrendado
La Ministra de Estado para
la Región Estratégica de Desarrollo
Integral Los Llanos
(L.S.)

NANCY EVARISTA PEREZ SIERRA

Refrendado
La Ministra de Estado para
la Región Estratégica de Desarrollo
Integral Oriental
(L.S.)

MARIA PILAR HERNÁNDEZ DOMÍNGUEZ

Refrendado
El Ministro de Estado para
la Región Estratégica de Desarrollo
Integral Guayana
(L.S.)

CARLOS ALBERTO OSORIO ZAMBRANO

Refrendado
El Ministro de Estado para
la Región Estratégica de Desarrollo
Integral de la Zona Marítima
y Espacios Insulares
(L.S.)

CRISTÓBAL NICOLÁS FRANCISCO ORTIZ

LA ASAMBLEA NACIONAL
DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

Decreta

la siguiente,

LEY APROBATORIA DEL PROTOCOLO DE ADHESIÓN
DEL ESTADO PLURINACIONAL DE BOLIVIA AL MERCOSUR

Artículo Único: Se aprueba en todas sus partes y para que surta efectos internacionales en cuanto a la República Bolivariana de Venezuela se refiere, el *"Protocolo de Adhesión del Estado Plurinacional de Bolivia al MERCOSUR"*, suscrito en la ciudad de Brasilia, República Federativa del Brasil, el 7 de diciembre de 2012.

PROTOCOLO DE ADHESION DEL ESTADO
PLURINACIONAL DE BOLIVIA AL MERCOSUR

La República Argentina, la República Federativa del Brasil, la República Oriental del Uruguay, la República Bolivariana de Venezuela y el Estado Plurinacional de Bolivia, en adelante las "Partes":

REAFIRMANDO los principios y objetivos del Tratado de Montevideo de 1980 y del Tratado de Asunción de 1991;

CONSIDERANDO el "Protocolo de Ushuaia sobre el Compromiso Democrático en el MERCOSUR, la República de Bolivia y la República de Chile" de 1998 y la "Decisión sobre la Suspensión de Paraguay del MERCOSUR en Aplicación del Protocolo de Ushuaia sobre Compromiso Democrático en el MERCOSUR" de 2012;

REAFIRMANDO la importancia de la adhesión del Estado Plurinacional de Bolivia al MERCOSUR, para la consolidación del proceso de integración de América del Sur, con base en el refuerzo mutuo y la convergencia de los distintos esfuerzos y mecanismos subregionales de integración;

CONSIDERANDO que el proceso de integración debe ser un instrumento para promover el desarrollo integral, enfrentar la pobreza y la exclusión social, basado en la complementación, la solidaridad, la cooperación y la búsqueda de la reducción de asimetrías;

RECORDANDO que, mediante nota del Presidente Evo Morales a la Presidencia Pro Tempore del MERCOSUR del 21 de diciembre de 2006, el Gobierno del Estado Plurinacional de Bolivia manifestó su disposición de iniciar los trabajos que permitan su incorporación como Estado Parte del MERCOSUR;

DESTACANDO que el MERCOSUR acogió favorablemente la disposición del Estado Plurinacional de Bolivia de iniciar los trabajos con miras a su plena incorporación al MERCOSUR y que, en ocasión de la XXXII Cumbre de Presidentes del MERCOSUR, fue adoptada la Decisión CMC N° 01/07, del 18/01/07, por la cual se creó el Grupo de Trabajo *Ad Hoc* para la incorporación de Bolivia al MERCOSUR;

SEÑALANDO que en el marco de este proceso, se realizaron en 2007 dos reuniones del mencionado GT *Ad Hoc*, con miras a la plena incorporación del Estado Plurinacional de Bolivia al MERCOSUR;

RESALTANDO que en ocasión de la XLI Reunión Ordinaria del CMC, los Estados Partes del MERCOSUR reiteraron su invitación al Estado Plurinacional de Bolivia para profundizar su relación con el MERCOSUR;

TENIENDO EN CUENTA que el Estado Plurinacional de Bolivia desarrollará su integración en el MERCOSUR, conforme a los compromisos derivados de este Protocolo, bajo los principios de gradualidad, flexibilidad y equilibrio, el reconocimiento de las asimetrías y del tratamiento diferencial, así como los principios de seguridad alimentaria, medios de subsistencia y desarrollo rural integral.

ACUERDAN:

ARTÍCULO 1

El Estado Plurinacional de Bolivia se adhiere al Tratado de Asunción, al Protocolo de Ouro Preto, al Protocolo de Olivos para la Solución de Controversias en el MERCOSUR, al Protocolo Modificatorio del Protocolo de Olivos para la Solución de Controversias en el MERCOSUR, al Protocolo de Asunción sobre Compromiso con la Promoción y Protección de los Derechos Humanos del MERCOSUR, y al Protocolo Constitutivo del Parlamento del MERCOSUR, que constan como anexos I, II, III, IV, V y VI, respectivamente, en los términos establecidos en el Artículo 20 del Tratado de Asunción.

Las Partes se comprometen a realizar las modificaciones a la normativa MERCOSUR necesarias para la aplicación del presente Protocolo.

ARTÍCULO 2

El mecanismo de solución de controversias establecido en el Protocolo de Olivos y en su Protocolo Modificatorio, se aplicará a las controversias en las que el Estado Plurinacional de Bolivia esté involucrado, relativas a las normas que dicha Parte haya incorporado a su ordenamiento jurídico interno.

ARTÍCULO 3

El Estado Plurinacional de Bolivia adoptará, gradualmente, el acervo normativo vigente del MERCOSUR, a más tardar en cuatro (4) años contados a partir de la fecha de entrada en vigencia del presente instrumento. A estos efectos, el Grupo de Trabajo creado en el artículo 12 de este Protocolo establecerá el cronograma de adopción de dicha normativa.

Las normas MERCOSUR que a la fecha de entrada en vigencia del presente instrumento estén en trámite de incorporación, entrarán en vigencia con la incorporación al ordenamiento jurídico interno de los demás Estados Partes del MERCOSUR. La incorporación por parte del Estado Plurinacional de Bolivia de tales normas se realizará en los términos del párrafo anterior.

ARTÍCULO 4

A más tardar en cuatro (4) años, contados a partir de la fecha de entrada en vigencia del presente instrumento, el Estado Plurinacional de Bolivia adoptará la Nomenclatura Común del MERCOSUR (NCM), el Arancel Externo Común (AEC) y el Régimen de Origen del MERCOSUR. A estos efectos, tomando en cuenta el artículo 5, el Grupo de Trabajo creado en el artículo 12 de este Protocolo establecerá el cronograma de adopción del AEC, contemplando las excepciones de acuerdo a las normas vigentes del MERCOSUR, buscando preservar y aumentar la productividad de sus sectores productivos.

ARTÍCULO 5

En el proceso de incorporación del Estado Plurinacional de Bolivia al MERCOSUR se tendrá en cuenta la necesidad de establecer instrumentos que promuevan la reducción de asimetrías entre los Estados Partes, de modo de favorecer un desarrollo económico relativo equilibrado en el MERCOSUR y asegurar un trato no menos favorable que el vigente entre las Partes.

ARTÍCULO 6

Las Partes acuerdan alcanzar el libre comercio recíproco a partir de la fecha de entrada en vigencia del presente Protocolo, considerando lo dispuesto en el Artículo 7.

ARTÍCULO 7

A más tardar en cuatro (4) años, contados a partir de la fecha de entrada en vigencia de este Protocolo, quedarán sin efecto entre las Partes lo dispuesto en el Acuerdo de Complementación Económica N° 36 y en el Acuerdo de Comercio y Complementariedad Económica entre la República Bolivariana de Venezuela y el Estado Plurinacional de Bolivia.

ARTÍCULO 8

El Grupo de Trabajo creado en el artículo 12 de este Protocolo, definirá las condiciones a ser negociadas con terceros países o grupos de países para la adhesión del Estado Plurinacional de Bolivia a los instrumentos internacionales y acuerdos celebrados por los demás Estados Partes con aquellos, en el marco del Tratado de Asunción.

ARTÍCULO 9

Las Partes acuerdan que, a partir de la firma del presente Protocolo, y hasta la fecha de su entrada en vigor, el Estado Plurinacional de Bolivia integrará la Delegación de MERCOSUR en las negociaciones con terceros.

ARTÍCULO 10

Con el fin de profundizar el MERCOSUR, las Partes reafirman su compromiso de trabajar mancomunadamente para identificar y aplicar medidas destinadas a

Case 1:19-cr-20450-RNS   Document 193-27   Entered on FLSD Docket 12/22/2022   Page 6 of 6