# Official Gazette of the Bolivarian Republic of Venezuela

YEAR CXLII  --  MONTH II  Caracas, Monday, November 17, 2014  No. 6,147, Extraordinary Issue

## SUMMARY

### OFFICE OF THE PRESIDENT OF THE REPUBLIC

Decree No. 1,393, whereby the Decree with Rank, Value, and Force of Law of Partial Reform of the Decree with Rank, Value, and Force of Law of Food for Working Men and Women is issued.

Decree No. 1,424, whereby the Decree with Rank, Value, and Force of Law of the Organic Law of the Public Administration is issued.

## OFFICE OF THE PRESIDENT OF THE REPUBLIC

Decree No. 1,393                                        November 13, 2014

### NICOLÁS MADURO MOROS
### President of the Republic

With the supreme commitment and will to achieve the greatest efficiency, political, and revolutionary quality in the construction of Socialism, and in the aggrandizement of the country, based on humanist principles, and in Bolivarian moral and ethical conditions, by mandate of the people, and in exercise of the power conferred upon me by Paragraph 8 of Article 236 of the Constitution of the Bolivarian Republic of Venezuela, and in accordance with the provisions of Paragraph 2, Section "a" of Article 1 of the Law that Authorizes the President of the Republic to issue Decrees with the Rank, Value, and Force of Law in the matters that are delegated, in Council of Ministers, **I HEREBY DECREE**

**GOVERNMENT EXHIBIT**
Case No.: 19-20450-CR-RNS

**23a**

[Page 4]

**Article 4.** The granting of the benefit referred to in Article 2 of this Decree with Rank, Value, and Force of Law, may be implemented at the option of the work entities, in the following ways:

1. Through their own dining facilities operated by the work entities, at the place of work or its vicinity.

2. Through the contracting of food service provided by companies specialized in the administration and management of social benefits.

3. Through the provision or delivery to the worker of coupons, tickets or electronic meal cards, issued by companies specialized in the administration and management of social benefits, with which the worker may obtain meals or food in restaurants or food vending establishments or processed food.

4. Through the provision or delivery to the worker of an electronic meal card, issued by a company specialized in the administration of social benefits, which will be used for the purchase of meals and food, and may be used only in restaurants, stores or food vending establishments, with which the company has entered into an agreement for such purposes, directly or through specialized service companies.

5. Through the installation of common dining facilities by several work entities, close to the workplaces, in order to serve the beneficiaries of this Decree with Rank, Value, and Force of Law.

6. Through the use of the services of the dining facilities administered by the agency with competence in matters of nutrition.

**Paragraph One**: The food benefit may only be paid in cash or its equivalent, in the following cases:

a) When a work entity with less than twenty workers has difficulty in complying with the food benefit, by means of the methods listed in this article.

b) When the workers, regardless of the number of workers in the work entity, find it difficult to access the establishments authorized to redeem coupons or meal tickets, or to use the electronic card.

c) In the case of the situations provided for in the Sole Paragraph of Article 6 of this Decree with Rank, Value, and Force of Law.

**Paragraph Two**: When the benefit provided for in this Decree with Rank, Value, and Force of Law is set forth in collective bargaining agreements, the choice of the modalities of compliance shall be made by mutual agreement between the labor entities and the unions that are parties to such agreement.

[Page 11]

**Principle of management control**

**Article 18.** The operation of Public Administration agencies and entities shall be subject to the policies, strategies, goals, and objectives established in the respective strategic plans, management commitments, and guidelines issued in accordance with centralized planning. Furthermore, it shall include the follow-up of activities, as well as the evaluation and control of the Institutional performance and the results achieved.



**ManpowerGroup**
Public Sector

6400 Arlington Boulevard, Third Floor, Falls Church, Virginia 22042  Tel. (703) 245-9400  Fax. (703) 245-9401
www.manpowergroup.com

## CERTIFICATE OF TRANSLATION

I, <u>Maria Parodi</u>, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities.  All archival seals, stamps, and certifications have been translated here.

Spanish Title:  _____ Gaceta Oficial_No.6.147 Extraordinario _____

English Title:  _____ Gaceta Oficial_No.6.147 Extraordinario-ENGL _____

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this <u>7th</u> day of December, 2022.

*M. Parodi*

_____
Signature