

JTG, inc.
11190 Sunrise Valley Drive.
Suite 301
Reston, Virginia
20191

1.703.548.7570 voice
1.877.746.8906 toll free
1.703.548.8223 fax

jtg-inc.com

# CERTIFICATE OF TRANSLATION

I, <u>Heather Oland</u>, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities. Archival seals, stamps, and certifications have been translated here.

Document Name:  Gaceta 6.373 with Saab Moran translate
go-41527

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this day of Novemeber 3, 2022.

*Heather Oland*
Signature

**GOVERNMENT EXHIBIT**
Case No.: 19-20450-CR-RNS
**24a**

# OFFICIAL GAZETTE
## OF THE BOLIVARIAN REPUBLIC OF VENEZUELA

| YEAR CXLVI – MONTH II | Caracas, Monday, November 19, 2018 | No. 41.527 |

## SUMMARY

### OFFICE OF THE PRESIDENT OF THE REPUBLIC

Decree No. 3.673, whereby Ms. Andreína Marlene Oliveros Arciniegas is appointed as Chief of the National Office of Mining Oversight and Inspection of the Ministry of the People's Power for Ecological Mining Development.

Decree No. 3.674, whereby Mr. Gabriel Antonio Bolívar Viloria is appointed as Acting Chairman of the Board of Directors of Fondo de Ahorro Nacional de la Clase Obrera [National Savings Fund of the Working Class], S.A. (Fanco, S.A.), attached to the Ministry of the People's Power for the Economy and Finance.

### MINISTRY OF THE PEOPLE'S POWER FOR FOREIGN AFFAIRS

Resolution whereby the termination of duties of Mr. Luis Ernesto Díaz Curbelo, as Ambassador Extraordinary and Plenipotentiary, at the Embassy of the Bolivarian Republic in Haiti, is established.

Resolution whereby Resolution DM No. 345 dated November 5, 2018, published in Official Gazette No. 41.517 of that same date, is repealed.

Resolutions whereby the Permanent Representation of the Bolivarian Republic of Venezuela before the Southern Common Market (MERCOSUR) and the Latin American Integration Association (ALADI), the Food and Agriculture Organization (FAO) of the United Nations, and the United Nations Educational, Scientific and Cultural Organization (UNESCO), shall be exercised from the administrative framework of the Embassies of the Bolivarian Republic of Venezuela in the cities indicated therein, and a Permanent Representative other than the relevant Embassy Chief of Mission may be designated.

Resolutions whereby the individuals indicated therein are appointed to hold the positions specified therein, in this Ministry.

Resolutions whereby the individuals referenced therein are entrusted with the management of the Administrative Units indicated therein, corresponding to the Embassies specified therein, in this Ministry.

### MINISTRY OF THE PEOPLE'S POWER FOR THE ECONOMY AND FINANCE
#### ONAPRE [National Budget Office]

Order whereby the 2018 Resources and Expenditures Budget of the Social Production Enterprise EPS Sistema Socialista de Transporte [Socialist Transportation System] José Antonio Anzoátegui, S.A. (TRANZOATEGUI) is approved in the amount indicated therein.

Order whereby the 2018 Resources and Expenditures Budget of the Venezuelan Superintendence of Cryptoassets and Related Activities (SUPCACVEN) is approved in the amount indicated therein.

#### National Budget Office and National Public Accounting Office

Joint order whereby the Settlement and Closure of the Fiscal Year applicable to Territorial Political Entities with Special Budget Rules is regulated, as well as their respective functionally Decentralized Entities.

### MINISTRY OF THE PEOPLE'S POWER FOR DEFENSE

Resolution whereby Lieutenant Colonel Hernán Rafael Peraza Betancourt is appointed to manage the Operating Funds (Items 4.02 and 4.03) to be transferred to the Local Administrative Unit, without signature, Air Transport Group No. 9, Code No. 04264.

### MINISTRY OF THE PEOPLE'S POWER FOR PRODUCTIVE AGRICULTURE AND LAND

Resolution whereby Mr. Hernán Alí Crespo Rojas is appointed as Director of the Regional Unit of this Ministry in the state of Mérida, and as Accountant in Charge of the Advance Funds or Prepayments that are transferred to this Administrative Unit.

### MINISTRY OF THE PEOPLE'S POWER FOR UNIVERSITY EDUCATION, SCIENCE AND TECHNOLOGY

Resolution whereby Mr. José Alberto Ferrer Montiel is appointed as Vice Rector of the University of Health Sciences (UCS).

### MINISTRY OF THE PEOPLE'S POWER FOR WOMEN AND GENDER EQUALITY

Resolution whereby Ms. Noris Yamileth Monrroy Ortega is appointed as General Director of the Office of Strategic Public Policy Follow-up and Evaluation, of this Ministry.

### PUBLIC DEFENSE

Resolutions whereby the individuals identified therein are appointed to hold the positions specified therein, in this Agency.

**RESOLVES**

**ONE: To appoint** Advising Minister on secondment **Oscar Ernesto Romero Vallenilla**, holder of identity card No. **V-011.307.401**, as **Chief of Mission** at the **Embassy** of the Bolivarian Republic of Venezuela accredited before the **Republic of Mali**.

**TWO:** The aforementioned appointment shall take effect as of the assumption of the referenced position in the indicated location.

The Office of Personnel Management is instructed to notify the interested party pursuant to Article 73 of the Organic Law on Administrative Procedure.

For Distribution and Publication,   [seal:]
                                    BOLIVARIAN REPUBLIC
                                    OF VENEZUELA
                                    OFFICE OF THE MINISTER
[signature]                         [illegible]
**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTER**

---------------------------

**Bolivarian Republic of Venezuela**
**Ministry of the People's Power for Foreign Affairs**
**Office of the Minister**
**DM No. [illegible]**
**Caracas, 13 [illegible]**
**208th / 159th / 19th**

**RESOLUTION**

Mr. **JORGE ALBERTO ARREAZA MONTSERRAT**, holder of identity card No. **V-11.945.178**, in his capacity as **Minister of the People's Power for Foreign Affairs**, appointed by Decree No. 3.015 of August 2, 2017, published in Official Gazette of the Bolivarian Republic of Venezuela No. 41.205 of August 2, 2017, and ratified by Decree No. 3.464 of June 14, 2018, published in Official Gazette of the Bolivarian Republic of Venezuela No. 41.419 of that same date, following the instructions of **President of the Bolivarian Republic of Venezuela Nicolás Maduro Moros**, pursuant to Article 65 and exercising the authority established in Article 78, number 19 of Decree No. 1.424, through which the Decree was issued with the Status, Validity and Force of Organic Law on Public Administration, published in Official Gazette of the Bolivarian Republic of Venezuela Special Edition No. 6.147 of November 17, 2014.

**RESOLVES**

**ONE: To appoint** Mr. **Gerardo Antonio Argote**, holder of identity card No. **V-12.[illegible]24.[illegible]10** as **Chief of Mission** at the **Embassy** of the Bolivarian Republic of Venezuela accredited before **Belize**.

**TWO:** The aforementioned appointment shall take effect as of the assumption of the referenced position in the indicated location.

The Office of Personnel Management is instructed to notify the interested party pursuant to Article 73 of the Organic Law on Administrative Procedure.

For Distribution and Publication,   [seal:]
                                    BOLIVARIAN REPUBLIC
                                    OF VENEZUELA
                                    OFFICE OF THE MINISTER
[signature]                         [illegible]
**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTER**

---

**Bolivarian Republic of Venezuela**
**Ministry of the People's Power for Foreign Affairs**
**Office of the Minister**
**DM No. [illegible]9**
**Caracas, 13 NOV [illegible]**
**208th / 159th / 19th**

**RESOLUTION**

Mr. **JORGE ALBERTO ARREAZA MONTSERRAT**, holder of identity card No. **V-11.945.178**, in his capacity as **Minister of the People's Power for Foreign Affairs**, appointed by Decree No. 3.015 of August 2, 2017, published in Official Gazette of the Bolivarian Republic of Venezuela No. 41.205 of August 2, 2017, and ratified by Decree No. 3.464 of June 14, 2018, published in Official Gazette of the Bolivarian Republic of Venezuela No. 41.419 of that same date, following the instructions of **President of the Bolivarian Republic of Venezuela Nicolás Maduro Moros**, pursuant to Article 65 and exercising the authority established in Article 78, number 19 of Decree No. 1.424, through which the Decree was issued with the Status, Validity and Force of Organic Law on Public Administration, published in Official Gazette of the Bolivarian Republic of Venezuela Special Edition No. 6.147 of November 17, 2014.

**RESOLVES**

**ONE: To appoint** Mr. **Carlos Antonio Alcalá Cordones**, holder of identity card No. **V-5.889.707** as **Chief of Mission** at the **Embassy** of the Bolivarian Republic of Venezuela accredited before the **Islamic Republic of Iran**.

**TWO:** The aforementioned appointment shall take effect as of the assumption of the referenced position in the indicated location.

The Office of Personnel Management is instructed to notify the interested party pursuant to Article 73 of the Organic Law on Administrative Procedure.

For Distribution and Publication,   [seal:]
                                    BOLIVARIAN REPUBLIC
                                    OF VENEZUELA
                                    OFFICE OF THE MINISTER
[signature]                         [illegible]
**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTER**

---------------------------

**Bolivarian Republic of Venezuela**
**Ministry of the People's Power for Foreign Affairs**
**Office of the Minister**
**DM No. [illegible]62**
**Caracas, 13 NOV [illegible]**
**208th / 159th / 19th**

**RESOLUTION**

Mr. **Jorge Alberto Arreaza Montserrat**, holder of identity card No. V-11.945.178, in his capacity as Minister of the People's Power for Foreign Affairs of the Bolivarian Republic of Venezuela, appointed by Decree No. 3.015 of August 2, […]