Case 1:19-cr-20450-RNS Document 193-34 Entered on FLSD Docket 12/22/2022 Page 1 of 24

GOVERNMENT EXHIBIT
Case No.: 19-20450-CR-RNS
24b

# GACETA OFICIAL
## DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

AÑO CXLVI - MES II | Caracas, lunes 19 de noviembre de 2018 | Número 41.527

## SUMARIO

**PRESIDENCIA DE LA REPÚBLICA**

Decreto Nº 3.673, mediante el cual se nombra a la ciudadana Andreína Marlene Oliveros Arciniegas, como Jefe de la Oficina Nacional de Fiscalización e Inspección Minera, del Ministerio del Poder Popular de Desarrollo Minero Ecológico.

Decreto Nº 3.674, mediante el cual se nombra al ciudadano Gabriel Antonio Bolívar Viloria, como Presidente de la Junta Directiva del Fondo de Ahorro Nacional de la Clase Obrera, S.A., (Fanco, S.A.), adscrito al Ministerio del Poder Popular de Economía y Finanzas, en calidad de Encargado.

**MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES**

Resolución mediante la cual se establece el cese de funciones al ciudadano Luis Ernesto Díaz Curbelo, como Embajador Extraordinario y Plenipotenciario, en la Embajada de la República Bolivariana de Haití.

Resolución mediante la cual se deroga la Resolución DM N° 345, de fecha 05 de noviembre de 2018, publicada en la Gaceta Oficial N° 41.517 de esa misma fecha.

Resoluciones mediante las cuales se establece que la Representación Permanente de la República Bolivariana de Venezuela ante el Mercado Común del Sur (MERCOSUR) y Asociación Latinoamericana de Integración (ALADI), la Organización de las Naciones Unidas para la Alimentación y la Agricultura (FAO) y la Organización de las Naciones Unidas para la Educación, la Ciencia y la Cultura (UNESCO), se ejercerán desde las estructuras administrativas de las Embajadas de la República Bolivariana de Venezuela en las ciudades que en ellas se indican, pudiendo ser designado un Representante Permanente distinto al Jefe de Misión de la Embajada concernida.

Resoluciones mediante las cuales se designan a los ciudadanos que en ellas se indican, para ocupar los cargos que en ellas se especifican, de este Ministerio.

Resoluciones mediante las cuales se Encarga a los ciudadanos que en ellas se mencionan, la gestión de las Unidades Administradoras que en ellas se indican, correspondientes a las Embajadas que en ellas se especifican, de este Ministerio.

**MINISTERIO DEL PODER POPULAR DE ECONOMÍA Y FINANZAS**

ONAPRE

Providencia mediante la cual se aprueba el Presupuesto de Recursos y Egresos 2018, de la Empresa EPS Sistema Socialista de Transporte José Antonio Anzoátegui, S.A., (TRANZOATEGUI), por la cantidad que en ella se indica.

Providencia mediante la cual se aprueba el Presupuesto de Recursos y Egresos 2018 de la Superintendencia de los Criptoactivos de Venezuela y Actividades Conexas Venezolana (SUPCACVEN), por la cantidad que en ella se indica.

Oficina Nacional de Presupuesto y Oficina Nacional de Contabilidad Pública

Providencia Conjunta mediante la cual se Regula la Liquidación y Cierre del Ejercicio Económico Financiero aplicable a los Entes Político Territoriales con Regímenes Presupuestarios Especiales, así como a sus respectivos Entes Descentralizados funcionalmente.

**MINISTERIO DEL PODER POPULAR PARA LA DEFENSA**

Resolución mediante la cual se designa al ciudadano Teniente Coronel Hernán Rafael Peraza Betancourt, como responsable del manejo de los Fondos de Funcionamiento (Partidas 4.02 y 4.03), que se giren a la Unidad Administradora Desconcentrada, sin firma, Grupo Aéreo de Transporte N° 9, Código N° 04264.

**MINISTERIO DEL PODER POPULAR PARA LA AGRICULTURA PRODUCTIVA Y TIERRAS**

Resolución mediante la cual se designa al ciudadano Hernán Alí Crespo Rojas, como Director de la Unidad Territorial de este Ministerio del estado Mérida, y como Cuentadante Responsable de los Fondos de Avance o Anticipos que le sean girados a esa Unidad Administradora.

**MINISTERIO DEL PODER POPULAR PARA LA EDUCACIÓN UNIVERSITARIA, CIENCIA Y TECNOLOGÍA**

Resolución mediante la cual se designa al ciudadano José Alberto Ferrer Montiel, como Vicerrector de la Universidad de las Ciencias de la Salud (UCS).

**MINISTERIO DEL PODER POPULAR PARA LA MUJER Y LA IGUALDAD DE GÉNERO**

Resolución mediante la cual se designa a la ciudadana Noris Yamileth Monrroy Ortega, como Directora General de la Oficina Estratégica de Seguimiento y Evaluación de Políticas Públicas, de este Ministerio.

**DEFENSA PÚBLICA**

Resoluciones mediante las cuales se designan a las ciudadanas y ciudadanos que en ellas se mencionan, para ocupar los cargos que en ellas se especifican, de este Organismo.

LIBRARY OF CONGRESS
FEB 03 2018
LAW LIBRARY PURCHASE

# PRESIDENCIA DE LA REPÚBLICA

Decreto Nº 3.673 19 de noviembre de 2018

**NICOLÁS MADURO MOROS**
**Presidente de la República Bolivariana de Venezuela**

Con el supremo compromiso y voluntad de lograr la mayor eficacia política y calidad revolucionaria en la construcción del Socialismo, la refundación de la Patria venezolana, basado en principios humanistas, sustentado en condiciones morales y éticas que persiguen el progreso del País y del colectivo, por mandato del Pueblo, de conformidad con lo establecido en el artículo 226 de la Constitución de la República Bolivariana de Venezuela; y en ejercicio de las atribuciones que me confieren los numerales 2 y 16 del artículo 236 *ejusdem*, concatenado con lo establecido en los artículos 4°, 18, 19 y 20 de la Ley del Estatuto de la Función Pública.

**DECRETO**

**Artículo 1°.** Nombro a la ciudadana **ANDREINA MARLENE OLIVEROS ARCINIEGAS**, titular de la cédula de identidad N° V- 15.980.034, como **JEFE DE LA OFICINA NACIONAL DE FISCALIZACIÓN E INSPECCIÓN MINERA**, del Ministerio del Poder Popular de Desarrollo Minero Ecológico, con las competencias inherentes a su cargo, de conformidad con el ordenamiento jurídico vigente.

**Artículo 2°**. Delego en el Ministro del Poder Popular de Desarrollo Minero Ecológico, la juramentación de la referida ciudadana.

**Artículo 3°.** El presente Decreto entrará en vigencia a partir de su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela, de conformidad con lo establecido en el artículo 72 de la Ley Orgánica de Procedimientos Administrativos.

Dado en Caracas a los diecinueve días del mes de noviembre de dos mil dieciocho. Años 208° de la Independencia, 159° de la Federación y 19° de la Revolución Bolivariana.

Ejecútese,
(L.S.)

NICOLÁS MADURO MOROS

Refrendado
La Vicepresidenta Ejecutiva
de la República y Primera Vicepresidenta
del Consejo de Ministros
(L.S.)

DELCY ELOÍNA RODRÍGUEZ GÓMEZ

Refrendado
El Ministro del Poder Popular de
Desarrollo Minero Ecológico
(L.S.)

VÍCTOR HUGO CANO PACHECO

Decreto N° 3.674 19 de noviembre de 2018

**NICOLÁS MADURO MOROS**
**Presidente de la República Bolivariana de Venezuela**

Con el Supremo compromiso y voluntad de lograr la mayor eficacia política y calidad revolucionaria en la construcción del Socialismo, la refundación de la Patria venezolana, basado en principios humanistas, sustentado en condiciones morales y éticas que persiguen el progreso del País y del Colectivo, por mandato del Pueblo, de conformidad con lo establecido en el artículo 226 de la Constitución de la República Bolivariana de Venezuela; y en ejercicio de las atribuciones que le confieren los numerales 2 y 16 del artículo 236 *ejusdem*, concatenado con el artículo 34 y 46 del Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública, en concordancia con lo dispuesto en los artículos 4°, 18 y 19 de la Ley del Estatuto de la Función Pública, según lo preceptuado en el artículo 14 del Decreto N° 8.896 con Rango, Valor y Fuerza de Ley Orgánica Relativa al Fondo de Ahorro Nacional de la Clase Obrera y el Fondo de Ahorro Popular y conforme a lo dispuesto en la Cláusula Decima Novena del Documento Constitutivo y Estatutario del Fondo de Ahorro Nacional de la Clase Obrera, S.A, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.053, de fecha 19 de noviembre de 2012.

**DELCY ELOÍNA RODRÍGUEZ GÓMEZ**
**Vicepresidenta Ejecutiva de la República**
Por delegación del Presidente de la República Nicolás Maduro Moros, según Decreto N° 3.482 de fecha 21 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 6.384 Extraordinario, de fecha 21 de junio de 2018.

**DECRETA**

**Artículo 1°.** Nombro al ciudadano **GABRIEL ANTONIO BOLÍVAR VILORIA,** titular de la Cédula de Identidad **Nº V.- 17.116.110,** como Presidente de la Junta Directiva del **FONDO DE AHORRO NACIONAL DE LA CLASE OBRERA, S.A. (FANCO S.A.),** adscrito al Ministerio del Poder Popular de Economía y Finanzas, en calidad de encargado, con las competencias inherentes al referido cargo, de conformidad con el ordenamiento jurídico vigente.

**Artículo 2°.** Delego en el Ministro del Poder Popular de Economía y Finanzas, la juramentación del referido ciudadano.

**Artículo 3°.** El presente Decreto entrará en vigencia a partir de su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela.

Dado en Caracas, a los diecinueve días del mes de noviembre de dos mil dieciocho. Años 208° de la Independencia, 159° de la Federación y 19° de la Revolución Bolivariana.

Ejecútese,
(L.S.)

**DELCY ELOÍNA RODRÍGUEZ GÓMEZ**
**Vicepresidenta Ejecutiva**

Refrendado
El Ministro del Poder Popular de Economía
y Finanzas
(L.S.)

SIMÓN ALEJANDRO ZERPA DELGADO

# MINISTERIO DEL PODER POPULAR PARA RELACIONES EXTERIORES

**República Bolivariana de Venezuela**
**Ministerio del Poder Popular para Relaciones Exteriores**
**Despacho del Ministro**

**DM Nº** 332

**Caracas,** 26 OCT 2018

**208° / 159° / 19°**

**RESOLUCIÓN**

El ciudadano, **Jorge Alberto Arreaza Montserrat**, titular de la cédula de identidad Nº V-11.945.178, en su carácter de **Ministro del Poder Popular para Relaciones Exteriores**, designado mediante Decreto Nº 3.015 del 02 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº41.205 del 02 de agosto de 2017, y ratificado mediante Decreto Nº 3.464 del 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº41.419 de esa misma fecha, siguiendo las instrucciones del ciudadano **Nicolás Maduro Moros, Presidente de la República Bolivariana de Venezuela**, de acuerdo con lo previsto en el artículo 65 y en ejercicio de la competencia establecida en el artículo 78, numeral 19 del Decreto Nº 1.424, mediante el cual se dictó el Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Publica, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela Nº 6.147 del 17 de noviembre de 2014, en concordancia con lo establecido en los artículos 7, 10 y en la Disposición Derogatoria Primera de la Ley Orgánica del Servicio Exterior, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 40.217 del 30 de julio de 2013.

**RESUELVE**

**PRIMERO. Cesar**, al ciudadano **Luis Ernesto Díaz Curbelo**, titular de la cédula de identidad **Nº V-3.889.019**, en funciones como **Embajador Extraordinario y Plenipotenciario**, en la Embajada de la República Bolivariana de Venezuela ante la República de Haití.

**SEGUNDO.** El referido cese surtirá efecto a partir de su publicación en Gaceta Oficial de la República Bolivariana de Venezuela.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,

**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTRO**

**República Bolivariana de Venezuela**
**Ministerio del Poder Popular para Relaciones Exteriores**
**Despacho del Ministro**

DM No. 352

Caracas, 12 NOV 2018

208°, 159° y 19°

**RESOLUCIÓN**

Yo, **JORGE ALBERTO ARREAZA MONTSERRAT**, titular de la cédula de identidad Nº V- 11.945.178, en mi carácter de Ministro del Poder Popular para Relaciones Exteriores, designado mediante Decreto Nº 3.015 del 02 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 41.205 del 02 de agosto de 2017, y ratificado mediante Decreto Nº 3.464 de fecha 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 41.419 de la misma fecha, en ejercicio de las atribuciones conferidas en los artículos 65 y 78, numerales 2 y 19, del Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública, en concordancia con lo establecido en los artículos 6 y 9 de la Orgánica del Ley del Servicio Exterior,

**RESUELVO**

**Artículo 1.** Derogar la Resolución DM No. 345 de fecha 05 de noviembre de 2018, publicado en la Gaceta Oficial Nº 41.517 de la misma fecha.

**Artículo 2.** Esta Resolución entrará en vigor a partir de su publicación en Gaceta Oficial de la República Bolivariana de Venezuela.

Comuníquese y Publíquese

**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTRO**

**República Bolivariana de Venezuela**
**Ministerio del Poder Popular para Relaciones Exteriores**
**Despacho del Ministro**

DM No. 350

208°, 159° y 19°

Caracas, 12 NOV 2018

**RESOLUCIÓN**

Yo, **JORGE ALBERTO ARREAZA MONTSERRAT**, titular de la cédula de identidad Nº V-11.945.178, en mi carácter de Ministro del Poder Popular para Relaciones Exteriores, designado mediante Decreto Nº 3.015 del 2 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 41.205 del 2 de agosto de 2017, y ratificado mediante Decreto Nº 3.464 de fecha 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 41.419 de la misma fecha, de conformidad con lo previsto en la Ley Orgánica del Servicio Exterior, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 40.217 del 30 de julio de 2013, y en los artículos 65 y 78 numerales 4, 15 y 19 del Decreto Nº 1.424, con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela Nº 6.147 del 17 de noviembre de 2014.

**RESUELVO**

**Artículo 1.** La Representación Permanente de la República Bolivariana de Venezuela ante el Mercado Común del Sur (MERCOSUR) y Asociación Latinoamericana de Integración (ALADI), se ejercerá desde la estructura administrativa de la Embajada de la República Bolivariana de Venezuela en Montevideo, pudiendo ser designado un Representante Permanente distinto al Jefe de Misión de la Embajada concernida.

**Artículo 2.** Los Directores de las Oficinas de Gestión Humana, Archivo y Biblioteca, Auditoría Interna, Gestión Administrativa, Protocolo y Ceremonial Diplomático y de Estado, y la Consultoría Jurídica, quedan encargados de efectuar los trámites concernientes para el cabal cumplimiento de lo previsto

en el artículo 1 de la presente Resolución y al ordenamiento jurídico aplicable.

**Artículo 3.** El Director de la Oficina de Planificación y Presupuesto del Ministerio del Poder Popular para Relaciones Exteriores queda encargado de tramitar los ajustes a la estructura de ejecución financiera y las modificaciones presupuestarias a que hubiere lugar con ocasión a lo previsto en esta Resolución.

**Artículo 4.** Esta Resolución entrará en vigor a partir de su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela.

Comuníquese y publíquese,

**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTRO**

**República Bolivariana de Venezuela**
**Ministerio del Poder Popular para Relaciones Exteriores**
**Despacho del Ministro**

DM No. 351

208°, 159° y 19°

Caracas, 12 NOV 2018

**RESOLUCIÓN**

Yo, **JORGE ALBERTO ARREAZA MONTSERRAT**, titular de la cédula de identidad N° V-11.945.178, en mi carácter de Ministro del Poder Popular para Relaciones Exteriores, designado mediante Decreto N° 3.015 del 2 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.205 del 2 de agosto de 2017, y ratificado mediante Decreto N° 3.464 de fecha 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.419 de la misma fecha, de conformidad con lo previsto en la Ley Orgánica del Servicio Exterior, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.217 del 30 de julio de 2013, y en los artículos 65 y 78 numerales 4, 15 y 19 del Decreto N° 1.424, con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N° 6.147 del 17 de noviembre de 2014.

**RESUELVO**

**Artículo 1.** La Representación Permanente de la República Bolivariana de Venezuela ante la Organización de las Naciones Unidas para la Alimentación y la Agricultura (FAO), se ejercerá desde la estructura administrativa de la Embajada de la República Bolivariana de Venezuela en Roma, pudiendo ser designado un Representante Permanente distinto al Jefe de Misión de la Embajada concernida.

**Artículo 2.** Los Directores de las Oficinas de Gestión Humana, Archivo y Biblioteca, Auditoría Interna, Gestión Administrativa, Protocolo y Ceremonial Diplomático y de Estado, y la Consultoría Jurídica, quedan encargados de efectuar los trámites concernientes para el cabal cumplimiento de lo previsto en el artículo 1 de la presente Resolución y al ordenamiento jurídico aplicable.

**Artículo 3.** El Director de la Oficina de Planificación y Presupuesto del Ministerio del Poder Popular para Relaciones Exteriores queda encargado de tramitar los ajustes a la estructura de ejecución financiera y las modificaciones presupuestarias a que hubiere lugar con ocasión a lo previsto en esta Resolución.

**Artículo 4.** Esta Resolución entrará en vigor a partir de su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela.

Comuníquese y publíquese,

**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTRO**

**República Bolivariana de Venezuela**
**Ministerio del Poder Popular para Relaciones Exteriores**
**Despacho del Ministro**

DM No. 353

208°, 159° y 19°

Caracas, 12 NOV 2018

**RESOLUCIÓN**

Yo, **JORGE ALBERTO ARREAZA MONTSERRAT**, titular de la cédula de identidad N° V-11.945.178, en mi carácter de Ministro del Poder Popular para Relaciones Exteriores, designado mediante Decreto N° 3.015 del 2 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.205 del 2 de agosto de 2017, y ratificado mediante Decreto N° 3.464 de fecha 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.419 de la misma fecha, de conformidad con lo previsto en la Ley Orgánica del Servicio Exterior, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.217 del 30 de julio de 2013, y en los artículos 65 y 78 numerales 4, 15 y 19 del Decreto N° 1.424, con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N° 6.147 del 17 de noviembre de 2014.

**RESUELVO**

**Artículo 1.** La Representación Permanente de la República Bolivariana de Venezuela ante la Organización de las Naciones Unidas para la Educación, la Ciencia y la Cultura (UNESCO), se ejercerá desde la estructura administrativa de la Embajada de la República Bolivariana de Venezuela en París, pudiendo ser designado un Representante Permanente distinto al Jefe de Misión de la Embajada concernida.

**Artículo 2.** Los Directores de las Oficinas de Gestión Humana, Archivo y Biblioteca, Auditoría Interna, Gestión Administrativa, Protocolo y Ceremonial Diplomático y de Estado, y la Consultoría Jurídica, quedan encargados de efectuar los trámites concernientes para el cabal cumplimiento de lo previsto en el artículo 1 de la presente Resolución y al ordenamiento jurídico aplicable.

**Artículo 3.** El Director de la Oficina de Planificación y Presupuesto del Ministerio del Poder Popular para Relaciones Exteriores queda encargado de tramitar los ajustes a la estructura de ejecución financiera y las modificaciones presupuestarias a que hubiere lugar con ocasión a lo previsto en esta Resolución.

**Artículo 4.** Esta Resolución entrará en vigor a partir de su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela.

Comuníquese y publíquese,

**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTRO**

**República Bolivariana de Venezuela**
**Ministerio del Poder Popular para Relaciones Exteriores**
**Despacho del Ministro**

**DM Nº 251**
**Caracas, 22OCT2018**
**208° / 159° / 19°**
**RESOLUCIÓN**

El ciudadano **JORGE ALBERTO ARREAZA MONTSERRAT**, titular de la cédula de identidad Nº V-11.945.178, en su carácter de Ministro del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela, designado mediante Decreto Nº 3.015 del 02 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 41.205 del 02 de agosto de 2017, y ratificado mediante Decreto Nº 3.464 del 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 41.419 de esa misma fecha de conformidad con lo previsto en los artículos 65 y 78 numeral 19 del Decreto Nº 1.424, con Rango, Valor y Fuerza de Ley Orgánica de la Administración Publica, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela Nº 6.147 del 17 de noviembre de 2014, en la Disposición Derogatoria Primera de la Ley Orgánica del Servicio Exterior, publicada en la Gaceta Oficial Nº 40.217 de fecha 30 de julio de 2013, en virtud de la cual se mantiene vigente los artículos 7 y 58 de la Ley de Servicio Exterior.

**RESUELVE**

**PRIMERO. Designar,** al ciudadano **Alejandro Israel Correa Ortega**, titular de la cédula de identidad **Nº V-8.748.566**, como **Encargado de Negocios *Ad Hoc***, en la **Embajada** de la República Bolivariana de Venezuela acreditada ante la **República de Senegal.**

**SEGUNDO.** La referida designación entrará en vigor a partir de la toma de posesión del referido cargo en el destino indicado.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,

**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTRO**

**República Bolivariana de Venezuela**
**Ministerio del Poder Popular para Relaciones Exteriores**
**Despacho del Ministro**

**DM Nº 333**
**Caracas, 26 OCT 2018**
**208° / 159° / 19°**
**RESOLUCIÓN**

El ciudadano, **Jorge Alberto Arreaza Montserrat**, titular de la cédula de identidad Nº V-11.945.178, en su carácter de **Ministro del Poder Popular para Relaciones Exteriores**, designado mediante Decreto Nº 3.015 del 02 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 41.205 del 02 de agosto de 2017, y ratificado mediante Decreto Nº 3.464 del 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 41.419 de esa misma fecha, siguiendo las instrucciones del ciudadano **Nicolás Maduro Moros, Presidente de la República Bolivariana de Venezuela**, de acuerdo con lo previsto en el artículo 65 y en ejercicio de la competencia establecida en el artículo 78, numeral 19 del Decreto Nº 1.424, mediante el cual se dictó el Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Publica, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela Nº 6.147 del 17 de noviembre de 2014.

**RESUELVE**

**PRIMERO. Designar,** al ciudadano **Orlando Miguel Maneiro Gaspar**, titular de la cédula de identidad **Nº V-6.364.227**, como **Jefe de Misión**, en la **Embajada** de la República Bolivariana de Venezuela acreditada ante la **República de Haití.**

**SEGUNDO.** La referida designación entrará en vigor a partir de la toma de posesión del referido cargo en el destino indicado.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,

**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTRO**

**República Bolivariana de Venezuela**
**Ministerio del Poder Popular Para Relaciones Exteriores**
**Despacho del Ministro**

**DM Nº 349**
**Caracas, 12 NOV 2018**
**208° / 159° / 19°**

**RESOLUCIÓN**

El ciudadano **JORGE ALBERTO ARREAZA MONTSERRAT**, titular de la cédula de identidad Nº V-11.945.178, en su carácter de **Ministro del Poder Popular para Relaciones Exteriores**, designado mediante Decreto Nº 3.015 del 02 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº41.205 del 02 de agosto de 2017, y ratificado mediante Decreto Nº 3.464 del 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 41.419 de esa misma fecha, siguiendo las instrucciones del ciudadano **Nicolás Maduro Moros, Presidente de la República Bolivariana de Venezuela**, de acuerdo con lo previsto en el artículo 65 y en ejercicio de la competencia establecida en el artículo 78, numeral 19 del Decreto Nº 1.424, mediante el cual se dictó el Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Publica, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela Nº 6.147 del 17 de noviembre de 2014.

**RESUELVE**

**PRIMERO. Designar** al Ministro Consejero en comisión **Oscar Ernesto Romero Vallenilla**, titular de la cédula de identidad **N° V-11.307.401**, como **Jefe de Misión**, en la **Embajada** de la República Bolivariana de Venezuela acreditada ante la **República de Malí**.

**SEGUNDO.** La referida designación entrará en vigor a partir de la toma de posesión del referido cargo en el destino indicado.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,

**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTRO**

---

**República Bolivariana de Venezuela**
**Ministerio del Poder Popular Para Relaciones Exteriores**
**Despacho del Ministro**

**DM N°** 355
**Caracas,** 13 NOV 2018
**208° / 159° / 19°**

**RESOLUCIÓN**

El ciudadano **JORGE ALBERTO ARREAZA MONTSERRAT**, titular de la cédula de identidad N° V-11.945.178, en su carácter de **Ministro del Poder Popular para Relaciones Exteriores**, designado mediante Decreto N° 3.015 del 02 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N°41.205 del 02 de agosto de 2017, y ratificado mediante Decreto N° 3.464 del 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.419 de esa misma fecha, siguiendo las instrucciones del ciudadano **Nicolás Maduro Moros, Presidente de la República Bolivariana de Venezuela**, de acuerdo con lo previsto en el artículo 65 y en ejercicio de la competencia establecida en el artículo 78, numeral 19 del Decreto N° 1.424, mediante el cual se dictó el Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Publica, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N°6.147 del 17 de noviembre de 2014.

**RESUELVE**

**PRIMERO. Designar** al ciudadano **Gerardo Antonio Argote**, titular de la cédula de identidad **N° V-12.624.810**, como **Jefe de Misión**, en la **Embajada** de la República Bolivariana de Venezuela acreditada ante **Belice**.

**SEGUNDO.** La referida designación entrará en vigor a partir de la toma de posesión del referido cargo en el destino indicado.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,

**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTRO**

**República Bolivariana de Venezuela**
**Ministerio del Poder Popular Para Relaciones Exteriores**
**Despacho del Ministro**

**DM N°** 359
**Caracas,** 13 NOV 2018
**208° / 159° / 19°**

**RESOLUCIÓN**

El ciudadano **JORGE ALBERTO ARREAZA MONTSERRAT**, titular de la cédula de identidad N° V-11.945.178, en su carácter de **Ministro del Poder Popular para Relaciones Exteriores**, designado mediante Decreto N° 3.015 del 02 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N°41.205 del 02 de agosto de 2017, y ratificado mediante Decreto N° 3.464 del 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.419 de esa misma fecha, siguiendo las instrucciones del ciudadano **Nicolás Maduro Moros, Presidente de la República Bolivariana de Venezuela**, de acuerdo con lo previsto en el artículo 65 y en ejercicio de la competencia establecida en el artículo 78, numeral 19 del Decreto N° 1.424, mediante el cual se dictó el Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Publica, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N°6.147 del 17 de noviembre de 2014.

**RESUELVE**

**PRIMERO. Designar** al ciudadano **Carlos Antonio Alcalá Cordones**, titular de la cédula de identidad **N° V-5.889.707**, como **Jefe de Misión**, en la **Embajada** de la República Bolivariana de Venezuela acreditada ante la **República Islámica de Irán**.

**SEGUNDO.** La referida designación entrará en vigor a partir de la toma de posesión del referido cargo en el destino indicado.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,

**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTRO**

---

**República Bolivariana de Venezuela**
**Ministerio del Poder Popular Para Relaciones Exteriores**
**Despacho del Ministro**

**DM N°** 362
**Caracas,** 13 NOV 2018
**208° / 159° / 19°**

**RESOLUCIÓN**

El ciudadano **Jorge Alberto Arreaza Montserrat**, titular de la cédula de identidad N° V-11.945.178, en su carácter de Ministro del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela, designado mediante Decreto N° 3.015 del 02 de agosto de

2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N°41.205 del 02 de agosto de 2017, y ratificado mediante Decreto N° 3.464 del 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.419 de esa misma fecha de conformidad con lo previsto en los artículos 65 y 78 numeral 19 del Decreto N° 1.424, con Rango, Valor y Fuerza de Ley Orgánica de la Administración Publica, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N°6.147 del 17 de noviembre de 2014, en la Disposición Derogatoria Primera de la Ley Orgánica del Servicio Exterior, publicada en la Gaceta Oficial N° 40.217 de fecha 30 de julio de 2013, en virtud de la cual se mantiene vigente los artículos 7 y 58 de la Ley de Servicio Exterior

**RESUELVE**

**PRIMERO. Designar** al ciudadano **Jesús Gregorio González González,** titular de la cédula de identidad N° **V-4.614.272**, como **Encargado de Negocios *Ad Hoc*,** en la **Embajada** de la República Bolivariana de Venezuela acreditada ante la **República Libanesa**.

**SEGUNDO.** La referida designación entrará en vigor a partir de la toma de posesión del referido cargo en el destino indicado.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,

**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTRO**

**República Bolivariana de Venezuela**
**Ministerio del Poder Popular Para Relaciones Exteriores**
**Despacho del Ministro**

**DM N°** 365
**Caracas,** 13 NOV 2018
**208° / 159° / 19°**

**RESOLUCIÓN**

El ciudadano **JORGE ALBERTO ARREAZA MONTSERRAT**, titular de la cédula de identidad N° V-11.945.178, en su carácter de **Ministro del Poder Popular para Relaciones Exteriores,** designado mediante Decreto N° 3.015 del 02 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N°41.205 del 02 de agosto de 2017, y ratificado mediante Decreto N° 3.464 del 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.419 de esa misma fecha, siguiendo las instrucciones del ciudadano **Nicolás Maduro Moros, Presidente de la República Bolivariana de Venezuela,** de acuerdo con lo previsto en el artículo 65 y en ejercicio de la competencia establecida en el artículo 78, numeral 19 del Decreto N° 1.424, mediante el cual se dicto el Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Publica, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N°6.147 del 17 de noviembre de 2014.

**RESUELVE**

**PRIMERO. Designar** al ciudadano **Rubén Alfredo Ávila Ávila,** titular de la cédula de identidad **N° V-8.023.489,** como **Jefe de Misión,** en la **Embajada** de la República Bolivariana de Venezuela acreditada ante el **Estado de Kuwait.**

**SEGUNDO.** La referida designación entrará en vigor a partir de la toma de posesión del referido cargo en el destino indicado.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,

**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTRO**

**República Bolivariana de Venezuela**
**Ministerio del Poder Popular para Relaciones Exteriores**
**Despacho del Ministro**

**DM N°** 334
**Caracas,** 26 OCT 2018
**208° / 159° / 19°**
**RESOLUCIÓN**

El ciudadano **JORGE ALBERTO ARREAZA MONTSERRAT,** titular de la cédula de identidad N° V-11.945.178, en su carácter de Ministro del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela, designado mediante Decreto N° 3.015 del 02 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.205 del 02 de agosto de 2017, y ratificado mediante Decreto N° 3.464 del 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.419 de esa misma fecha de conformidad con lo previsto en los artículos 34, 37, 65 y 78 numeral 19 del Decreto N° 1.424, con Rango, Valor y Fuerza de Ley Orgánica de la Administración Publica, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N° 6.147 del 17 de noviembre de 2014, en la Disposición Derogatoria Primera de la Ley Orgánica del Servicio Exterior, publicada en la Gaceta Oficial N° 40.217 de fecha 30 de julio de 2013, en virtud de la cual se mantiene vigente los artículos 7 y 58 de la Ley de Servicio Exterior, y en atención a lo dispuesto en los artículos 51 y 52 del Reglamento N° 1 de la Ley Orgánica de la Administración Financiera del Sector Publico, sobre el Sistema Presupuestario, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N° 5.781 del 12 de agosto de 2005.

**RESUELVE**

**PRIMERO. Encargar** al ciudadano **Orlando Miguel Maneiro Gaspar**, titular de la cédula de identidad **N° V-6.364.227**, la gestión de la Unidad Administradora N° **41310**, correspondiente a la Embajada de la Republica Bolivariana de Venezuela acreditada ante la **República de Haiti**.

**SEGUNDO**. Se le atribuye al ciudadano en mención, la suscripción de los contratos de arrendamientos destinados al cumplimiento de las funciones de la Embajada de la República Bolivariana de Venezuela acreditada ante la **República de Haití**, bajo las normas tendentes a la eliminación de los gastos suntuarios, y previo cumplimiento de las formalidades respectivas.

**TERCERO** El presente acto administrativo entrará en vigor a partir de la toma de posesión del referido cargo en el destino indicado.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,

**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTRO**

**República Bolivariana de Venezuela**

**Ministerio del Poder Popular Para Relaciones Exteriores**

**Despacho del Ministro**

**DM Nº** 348

**Caracas**, 12 NOV 2018

**208° / 159° / 19°**

**RESOLUCIÓN**

El ciudadano **JORGE ALBERTO ARREAZA MONTSERRAT**, titular de la cédula de identidad N° V-11.945.178, en su carácter de Ministro del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela, designado mediante Decreto N° 3.015 del 02 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N°41.205 de esa misma fecha, y ratificado mediante Decreto N° 3.464 del 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.419 de esa misma fecha, de conformidad con lo previsto en los artículos 34, 37, 65 y 78 numeral 19 del Decreto N° 1.424, con Rango, Valor y Fuerza de Ley Orgánica de la Administración Publica, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N°6.147 del 17 de noviembre de 2014, en la Disposición Derogatoria Primera de la Ley Orgánica del Servicio Exterior, publicada en la Gaceta Oficial N° 40.217 de fecha 30 de julio de 2013, en virtud de la cual se mantiene vigente los artículos 7 y 58 de la Ley de Servicio Exterior, y en atención a lo dispuesto en los artículos 51 y 52 del Reglamento N° 1 de la Ley Orgánica de la Administración Financiera del Sector Público, sobre el Sistema Presupuestario, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N° 5.781 del 12 de agosto de 2005.

**RESUELVE**

**PRIMERO.** **Encargar** al ciudadano **Oscar Ernesto Romero Vallenilla**, titular de la cédula de identidad N° **V-11.307.401**, la gestión de la Unidad Administradora N° **43111**, correspondiente a la Embajada de la República Bolivariana de Venezuela acreditada ante la **República de Mali**.

**SEGUNDO.** Se le atribuye al ciudadano en mención, la suscripción de los contratos de arrendamientos destinados al cumplimiento de las funciones de la Embajada de la República Bolivariana de Venezuela acreditada ante la **República de Mali**, bajo las normas tendentes a la eliminación de los gastos suntuarios, y previo cumplimiento de las formalidades respectivas.

**TERCERO.** El presente Acto Administrativo entrará en vigor a partir de la toma de posesión del referido cargo en el destino indicado.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,

**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTRO**

**República Bolivariana de Venezuela**
**Ministerio del Poder Popular para Relaciones Exteriores**
**Despacho del Ministro**

**DM Nº** 354

**Caracas,** 12 NOV 2018

**208° / 159° / 19°**

**RESOLUCIÓN**

El ciudadano **JORGE ALBERTO ARREAZA MONTSERRAT**, titular de la cédula de identidad N° V-11.945.178, en su carácter de Ministro del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela, designado mediante Decreto N° 3.015 del 02 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.205 del 02 de agosto de 2017, y ratificado mediante Decreto N° 3.464 del 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.419 de esa misma fecha de conformidad con lo previsto en los artículos 34, 37, 65 y 78 numeral 19 del Decreto N° 1.424, con Rango, Valor y Fuerza de Ley Orgánica de la Administración Publica, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N° 6.147 del 17 de noviembre de 2014, en la Disposición Derogatoria Primera de la Ley Orgánica del Servicio Exterior, publicada en la Gaceta Oficial N° 40.217 de fecha 30 de julio de 2013, en virtud de la cual se mantiene vigente los artículos 7 y 58 de la Ley de Servicio Exterior, y en atención a lo dispuesto en los artículos 51 y 52 del Reglamento N° 1 de la Ley Orgánica de la Administración Financiera del Sector Publico, sobre el Sistema Presupuestario, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N° 5.781 del 12 de agosto de 2005.

**RESUELVE**

**PRIMERO. Encargar** al ciudadano **Alejandro Israel Correa Ortega**, titular de la cédula de identidad **N° V-8.748.566**, la gestión de la Unidad Administradora N° **43116**, correspondiente a la Embajada de la República Bolivariana de Venezuela acreditada ante la **República de Senegal**.

Case 1:19-cr-20450-RNS Document 193-34 Entered on FLSD Docket 12/22/2022 Page 9 of 24

**SEGUNDO.** Se le atribuye al ciudadano en mención, la suscripción de los contratos de arrendamientos destinados al cumplimiento de las funciones de la Embajada de la República Bolivariana de Venezuela acreditada ante la **República de Senegal,** bajo las normas tendentes a la eliminación de los gastos suntuarios, y previo cumplimiento de las formalidades respectivas.

**TERCERO.** El presente acto administrativo entrará en vigor a partir de la toma de posesión del referido cargo en el destino indicado.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,

**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTRO**

**República Bolivariana de Venezuela**
**Ministerio del Poder Popular Para Relaciones Exteriores**
**Despacho del Ministro**

**DM Nº** 357
**Caracas,** 13 NOV 2018

**208° / 159° / 19°**

**RESOLUCIÓN**

El ciudadano **JORGE ALBERTO ARREAZA MONTSERRAT,** titular de la cédula de identidad Nº V-11.945.178, en su carácter de Ministro del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela, designado mediante Decreto Nº 3.015 del 02 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº41.205 de esa misma fecha, y ratificado mediante Decreto Nº 3.464 del 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 41.419 de esa misma fecha, de conformidad con lo previsto en los artículos 34, 37, 65 y 78 numeral 19 del Decreto Nº 1.424, con Rango, Valor y Fuerza de Ley Orgánica de la Administración Publica, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela Nº6.147 del 17 de noviembre de 2014, en la Disposición Derogatoria Primera de la Ley Orgánica del Servicio Exterior, publicada en la Gaceta Oficial Nº 40.217 de fecha 30 de julio de 2013, en virtud de la cual se mantiene vigente los artículos 7 y 58 de la Ley de Servicio Exterior, y en atención a lo dispuesto en los artículos 51 y 52 del Reglamento Nº 1 de la Ley Orgánica de la Administración Financiera del Sector Público, sobre el Sistema Presupuestario, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela Nº 5.781 del 12 de agosto de 2005.

**RESUELVE**

**PRIMERO. Encargar** al ciudadano **Gerardo Antonio Argote,** titular de la cédula de identidad Nº **V-12.624.810,** la gestión de la Unidad Administradora Nº **41303,** correspondiente a la Embajada de la República Bolivariana de Venezuela acreditada ante **Belice.**

**SEGUNDO.** Se le atribuye al ciudadano en mención, la suscripción de los contratos de arrendamientos destinados al cumplimiento de las funciones de la Embajada de la República Bolivariana de Venezuela acreditada ante **Belice**, bajo las normas tendentes a la eliminación de los gastos suntuarios, y previo cumplimiento de las formalidades respectivas.

**TERCERO.** El presente Acto Administrativo entrará en vigor a partir de la toma de posesión del referido cargo en el destino indicado.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,

**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTRO**

**Ministerio del Poder Popular Para Relaciones Exteriores**
**Despacho del Ministro**

**DM Nº** 358
**Caracas,** 13 NOV 2018

**208° / 159° / 19°**

**RESOLUCIÓN**

El ciudadano **JORGE ALBERTO ARREAZA MONTSERRAT,** titular de la cédula de identidad Nº V-11.945.178, en su carácter de **Ministro del Poder Popular para Relaciones Exteriores**, designado mediante Decreto Nº 3.015 del 02 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº41.205 del 02 de agosto de 2017, y ratificado mediante Decreto Nº 3.464 del 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 41.419 de esa misma fecha, siguiendo las instrucciones del ciudadano **Nicolás Maduro Moros, Presidente de la República Bolivariana de Venezuela,** de acuerdo con lo previsto en el artículo 65 y en ejercicio de la competencia establecida en el artículo 78, numeral 19 del Decreto Nº 1.424, mediante el cual se dictó el Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Publica, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela Nº6.147 del 17 de noviembre de 2014.
Presupuestario, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela Nº 5.781 del 12 de agosto de 2005.

**RESUELVE**

**PRIMERO. Encargar** al ciudadano **Carlos Antonio Alcalá Cordones,** titular de la cédula de identidad Nº **V-5.889.707,** la gestión de la Unidad Administradora Nº **44112**, correspondiente a la Embajada de la República Bolivariana de Venezuela acreditada ante la **República Islámica de Iran**.

**SEGUNDO.** Se le atribuye al ciudadano en mención, la suscripción de los contratos de arrendamientos destinados al cumplimiento de las funciones de la Embajada de la República Bolivariana de Venezuela acreditada ante la **República Islámica de Irán**, bajo las normas tendentes a la eliminación de los gastos suntuarios, y previo cumplimiento de las formalidades respectivas.

**TERCERO.** El presente Acto Administrativo entrará en vigor a partir de la toma de posesión del referido cargo en el destino indicado.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,

**JORGE ALBERTO ARREAZA MONTSERRAT**
**MINISTRO**

**República Bolivariana de Venezuela**

**Ministerio del Poder Popular Para Relaciones Exteriores**

**Despacho del Ministro**

**DM N° 361**

**Caracas,** 13 NOV 2018

**208° / 159° / 19°**

**RESOLUCIÓN**

El ciudadano **JORGE ALBERTO ARREAZA MONTSERRAT,** titular de la cédula de identidad N° V-11.945.178, en su carácter de Ministro del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela, designado mediante Decreto N° 3.015 del 02 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N°41.205 de esa misma fecha, y ratificado mediante Decreto N° 3.464 del 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.419 de esa misma fecha, de conformidad con lo previsto en los artículos 34, 37, 65 y 78 numeral 19 del Decreto N° 1.424, con Rango, Valor y Fuerza de Ley Orgánica de la Administración Publica, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N°6.147 del 17 de noviembre de 2014, en la Disposición Derogatoria Primera de la Ley Orgánica del Servicio Exterior, publicada en la Gaceta Oficial N° 40.217 de fecha 30 de julio de 2013, en virtud de la cual se mantiene vigente los artículos 7 y 58 de la Ley de Servicio Exterior, y en atención a lo dispuesto en los artículos 51 y 52 del Reglamento N° 1 de la Ley Orgánica de la Administración Financiera del Sector Público, sobre el Sistema Presupuestario, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N° 5.781 del 12 de agosto de 2005.

**RESUELVE**

**PRIMERO. Encargar** al ciudadano **Jesús Gregorio González González,** titular de la cédula de identidad N° **V-4.614.272,** la gestión de la Unidad Administradora N° **44106,** correspondiente a la Embajada de la República Bolivariana de Venezuela acreditada ante la **República Libanesa.**

**SEGUNDO.** Se le atribuye al ciudadano en mención, la suscripción de los contratos de arrendamientos destinados al cumplimiento de las funciones de la Embajada de la República Bolivariana de Venezuela acreditada ante la **República Libanesa,** bajo las normas tendentes a la eliminación de los gastos suntuarios, y previo cumplimiento de las formalidades respectivas.

**TERCERO.** El presente Acto Administrativo entrará en vigor a partir de la toma de posesión del referido cargo en el destino indicado.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,

**JORGE ALBERTO ARREAZA MONTSERRAT**

**MINISTRO**

---

**República Bolivariana de Venezuela**

**Ministerio del Poder Popular Para Relaciones Exteriores**

**Despacho del Ministro**

**DM N° 364**

**Caracas,** 13 NOV 2018

**208° / 159° / 19°**

**RESOLUCIÓN**

El ciudadano **JORGE ALBERTO ARREAZA MONTSERRAT,** titular de la cédula de identidad N° V-11.945.178, en su carácter de Ministro del Poder Popular para Relaciones Exteriores de la República Bolivariana de Venezuela, designado mediante Decreto N° 3.015 del 02 de agosto de 2017, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N°41.205 de esa misma fecha, y ratificado mediante Decreto N° 3.464 del 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.419 de esa misma fecha, de conformidad con lo previsto en los artículos 34, 37, 65 y 78 numeral 19 del Decreto N° 1.424, con Rango, Valor y Fuerza de Ley Orgánica de la Administración Publica, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N°6.147 del 17 de noviembre de 2014, en la Disposición Derogatoria Primera de la Ley Orgánica del Servicio Exterior, publicada en la Gaceta Oficial N° 40.217 de fecha 30 de julio de 2013, en virtud de la cual se mantiene vigente los artículos 7 y 58 de la Ley de Servicio Exterior, y en atención a lo dispuesto en los artículos 51 y 52 del Reglamento N° 1 de la Ley Orgánica de la Administración Financiera del Sector Público, sobre el Sistema Presupuestario, publicado en la Gaceta Oficial Extraordinaria de la República Bolivariana de Venezuela N° 5.781 del 12 de agosto de 2005.

**RESUELVE**

**PRIMERO. Encargar** al ciudadano **Rubén Alfredo Ávila Ávila,** titular de la cédula de identidad N° **V-8.023.489,** la gestión de la Unidad Administradora N° **44115,** correspondiente a la Embajada de la República Bolivariana de Venezuela acreditada ante el **Estado de Kuwait.**

**SEGUNDO.** Se le atribuye al ciudadano en mención, la suscripción de los contratos de arrendamientos destinados al cumplimiento de las funciones de la Embajada de la República Bolivariana de Venezuela acreditada ante el **Estado de Kuwait,** bajo las normas tendentes a la eliminación de los gastos suntuarios, y previo cumplimiento de las formalidades respectivas.

**TERCERO.** El presente Acto Administrativo entrará en vigor a partir de la toma de posesión del referido cargo en el destino indicado.

Se instruye a la Oficina de Gestión Humana para que notifique a la parte interesada cumpliendo con lo establecido en el artículo 73 de la Ley Orgánica de Procedimientos Administrativos.

Comuníquese y Publíquese,

**JORGE ALBERTO ARREAZA MONTSERRAT**

**MINISTRO**

# MINISTERIO DEL PODER POPULAR DE ECONOMÍA Y FINANZAS

República Bolivariana de Venezuela - Ministerio del Poder Popular de Economía y Finanzas - Oficina Nacional de Presupuesto - Número: 011 - Caracas, 15 de noviembre de 2018 - Años 208º de la Independencia, 159º de la Federación y 19º de la Revolución Bolivariana.

**PROVIDENCIA**

Por disposición de la ciudadana Vicepresidenta Ejecutiva de la República Bolivariana de Venezuela, en Consejo de Ministros Nº 380 de fecha 09 de noviembre del año 2018, de acuerdo a lo previsto en los artículos 239 numeral 4 y 242 de la Constitución de la República Bolivariana de Venezuela, en concordancia con el artículo 64 del Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Financiera del Sector Público, se aprueba el Presupuesto de Recursos y Egresos 2018, de la empresa **EPS SISTEMA SOCIALISTA DE TRANSPORTE JOSÉ ANTONIO ANZOÁTEGUI S.A., (TRANZOATEGUI)**, por la cantidad de **TRESCIENTOS CINCUENTA MIL QUINIENTOS OCHENTA Y SEIS BOLÍVARES SOBERANOS (Bs.S 350.586,00)**. Decisión que fue ratificada por el ciudadano Presidente de la República Bolivariana de Venezuela en esa misma fecha. En consecuencia, se autoriza su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela de acuerdo con la siguiente distribución:

**EPS Sistema Socialista de Transporte José Antonio Anzoátegui S.A. (Tranzoategui)**

**CUENTA AHORRO – INVERSIÓN - FINANCIAMIENTO**
**(En Bolívares Soberanos)**

| DENOMINACIÓN | PRESUPUESTO 2018 |
|---|---|
| **1. CUENTA CORRIENTE** | |
| **1.1 INGRESOS CORRIENTES** | **350.576** |
| INGRESOS DE OPERACIÓN | 185.037 |
| Ventas brutas de bienes | 185.037 |
| Ventas netas | 185.037 |
| TRANSFERENCIAS CORRIENTES | 165.539 |
| Transferencias corrientes del sector público | 165.539 |
| Transferencias corrientes internas recibidas del sector público | 165.539 |
| De los entes descentralizados sin fines empresariales | 165.539 |
| **1.2 GASTOS CORRIENTES** | **343.968** |
| GASTOS DE OPERACIÓN | 343.968 |
| Remuneraciones | 220.660 |
| Sueldos, salarios y otras retribuciones | 120.170 |
| Beneficios y complementos de sueldos y salarios | 76.672 |
| Aportes patronales | 9.392 |
| Prestaciones sociales y otras indemnizaciones | 427 |
| Asistencia socioeconómica | 13.999 |
| Compra de bienes y servicios | 123.174 |
| Bienes de consumo | 17.145 |
| Servicios no personales | 106.029 |
| Impuestos indirectos | 124 |
| Depreciación y amortización | 10 |
| **1.3 RESULTADO ECONOMICO EN CUENTA CORRIENTE: AHORRO** | **6.608** |
| **2. CUENTA CAPITAL** | |
| **2.1 INGRESOS DE CAPITAL** | **6.618** |
| RECURSOS PROPIOS DE CAPITAL | 6.618 |
| Ahorro en cuenta corriente | 6.608 |
| Incremento de la depreciación y amortización acumuladas | 10 |
| **2.2 GASTOS DE CAPITAL** | **6.618** |
| INVERSIÓN REAL DIRECTA | 6.618 |
| Formación bruta de capital fijo | 6.618 |
| Maquinaria, equipos y otros bienes muebles | 4.468 |
| Construcciones de bienes de dominio público | 2.150 |
| **2.3 RESULTADO FINANCIERO. EQUILIBRIO** | **0** |

**RESUMEN DEL PRESUPUESTO DE RECURSOS**
**(En Bolívares Soberanos)**

| DENOMINACION | PRESUPUESTO 2018 |
|---|---|
| Ingresos Corrientes | 350.576 |
| Ingresos de Capital | 10 |
| TOTAL | 350.586 |

**RESUMEN DEL PRESUPUESTO DE EGRESOS**
**(En Bolívares Soberanos)**

| DENOMINACIÓN | PRESUPUESTO 2018 |
|---|---|
| Gastos Corrientes | [illegible] |
| Gastos de Capital | [illegible] |
| TOTAL | [illegible] |

**RESUMEN DE CRÉDITOS PRESUPUESTARIOS POR PARTIDAS**
**(En Bolívares Soberanos)**

| PARTIDA | DENOMINACIÓN | PRESUPUESTO 2018 |
|---|---|---|
| 4.01 | Gastos de personal | 220.660 |
| 4.02 | Materiales, suministros y mercancías | 17.145 |
| 4.03 | Servicios no personales | 106.153 |
| 4.04 | Activos reales | 6.618 |
| 4.08 | Otros gastos | 10 |
| | **TOTAL** | **350.586** |

**PRESUPUESTO DE CAJA**
**(En Bolívares Soberanos)**

| DENOMINACIÓN | PRESUPUESTO 2018 |
|---|---|
| **SALDO INICIAL** | **0** |
| **INGRESOS** | **350.576** |
| Venta bruta de bienes | 185.037 |
| Transferencias y donaciones corrientes | 165.539 |
| **SALDO INICIAL + INGRESOS** | **350.576** |
| **GASTOS** | **350.576** |
| Gastos de personal | 220.660 |
| Materiales, suministros y mercancías | 17.145 |
| Servicios no personales | 106.153 |
| Activos reales | 6.618 |
| **SALDO FINAL** | **0** |

**CLASIFICACIÓN DEL PERSONAL POR TIPO DE CARGO**

| TIPO DE PERSONAL | PRESUPUESTO 2018 Nº DE CARGOS |
|---|---|
| **Personal Fijo a Tiempo Completo** | **144** |
| Alto Nivel y de Dirección | 1 |
| Directivo | 24 |
| Profesional y Técnico | 14 |
| Administrativo | 9 |
| Obrero | 96 |
| **Personal Contratado** | **312** |
| Directivo | 9 |
| Profesional y Técnico | 47 |
| Administrativo | 37 |
| Obrero | 219 |
| **TOTAL** | **456** |

**RESUMEN DE ACCIONES CENTRALIZADAS**
**(En Bolívares Soberanos)**

| CÓDIGO | DENOMINACIÓN | PRESUPUESTO 2018 |
|---|---|---|
| 01 | Dirección y coordinación de los gastos de los trabajadores y trabajadoras | 222.992 |
| 02 | Gestión administrativa | 127.594 |
| | TOTAL | 350.586 |

Comuníquese y Publíquese,

**JENNIFER QUINTERO QUINTERO**
Jefa de la Oficina Nacional de Presupuesto (E)
Resolución Nº 526 de fecha 04 de diciembre de 2017
Gaceta Oficial de la República Bolivariana de Venezuela
Nº 41.299 de fecha 13 de diciembre de 2017

Case 1:19-cr-20450-RNS Document 193-34 Entered on FLSD Docket 12/22/2022 Page 12 of 24

República Bolivariana de Venezuela - Ministerio del Poder Popular de Economía y Finanzas - Oficina Nacional de Presupuesto - Número: 012 - Caracas, 15 de noviembre de 2018 - Años 208º de la Independencia, 159º de la Federación y 19º de la Revolución Bolivariana.

**PROVIDENCIA**

Por disposición de la ciudadana Vicepresidenta Ejecutiva de la República Bolivariana de Venezuela, en Consejo de Ministros N° 380 de fecha 09 de noviembre del año 2018, de acuerdo a lo previsto en los artículos 239 numeral 4 y 242 de la Constitución de la República Bolivariana de Venezuela, en concordancia con el artículo 11 de la Ley de Presupuesto para el Ejercicio Económico Financiero 2018, se aprueba el Presupuesto de Recursos y Egresos 2018, de la **SUPERINTENDENCIA DE LOS CRIPTOACTIVOS DE VENEZUELA Y ACTIVIDADES CONEXAS VENEZOLANA (SUPCACVEN)**, por la cantidad de **TREINTA MILLONES TRESCIENTOS SETENTA Y CUATRO MIL OCHOCIENTOS CINCUENTA Y UN BOLÍVARES SOBERANOS (Bs.S 30.374.851,00)**. Decisión que fue ratificada por el ciudadano Presidente de la República Bolivariana de Venezuela en esa misma fecha. En consecuencia, se autoriza su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela, de acuerdo con la siguiente distribución:

**Superintendencia de los Criptoactivos y Actividades Conexas Venezolana**

**CUENTA AHORRO – INVERSIÓN - FINANCIAMIENTO**
**(En Bolivares)**

| DENOMINACIÓN | PRESUPUESTO 2018 |
|---|---|
| **1. CUENTA CORRIENTE** | |
| **1.1 INGRESOS CORRIENTES** | **30.194.851** |
| INGRESOS CORRIENTES ORDINARIOS | 30.194.851 |
| TRANSFERENCIAS CORRIENTES | 30.194.851 |
| Transferencias corrientes del sector público | 30.194.851 |
| Transferencias corrientes internas recibidas del sector publico | 30.194.851 |
| De la Republica | 30.194.851 |
| Ministerio del Poder Popular de Industrias y Producción Nacional | 30.194.851 |
| -Otras Fuentes | 30.194.851 |
| **1.2 GASTOS CORRIENTES** | **28.574.851** |
| GASTOS DE CONSUMO | 28.574.851 |
| Remuneraciones | 13.200.546 |
| Sueldos, salarios y otras retribuciones | 2.697.132 |
| Beneficios y complementos de sueldos y salarios | 2.161.926 |
| Aportes patronales | 1.098.812 |
| Prestaciones sociales y otras indemnizaciones | 2.639.744 |
| Asistencia socioeconómica | 4.603.132 |
| Otros Gastos de Persona | 13.604.945 |
| Compra de bienes y servicios | 9.600.000 |
| Bienes de consumo | 4.094.945 |
| Servicios no personales | 1.499.360 |
| Impuestos indirectos | 180.000 |
| Depreciación y amortización | 28.574.851 |
| **1.3 RESULTADO ECONOMICO EN CUENTA CORRIENTE: AHORRO** | **1.620.000** |
| **2. CUENTA CAPITAL** | |
| **2.1 INGRESOS DE CAPITAL** | **1.800.000** |
| RECURSOS PROPIOS DE CAPITAL | 1.800.000 |
| Ahorro en cuenta corriente | 1.620.000 |
| Incremento de la depreciación y amortización acumuladas | 180.000 |
| **2.2 GASTOS DE CAPITAL** | 1.800.000 |
| INVERSIÓN REAL DIRECTA | 1.800.000 |
| Formación bruta de capital fijo | 1.650.000 |
| Maquinaria, equipos y otros bienes muebles | 1.650.000 |
| Bienes intangibles | 150.000 |
| 2.3 RESULTADO FINANCIERO: EQUILIBRIO | |

RESUMEN DEL PRESUPUESTO DE RECURSOS
(En Bolivares)

| DENOMINACIÓN | PRESUPUESTO 2018 |
|---|---|
| Ingresos Corrientes | 30.194.851 |
| Ingresos de Capital | 180.000 |
| TOTAL | 30.374.851 |

RESUMEN DEL PRESUPUESTO DE EGRESOS
(En Bolivares)

| DENOMINACIÓN | PRESUPUESTO 2018 |
|---|---|
| Gastos Corrientes | [illegible] |
| Gastos de Capital | [illegible] |
| TOTAL | 30.374.851 |

**RESUMEN DE CRÉDITOS PRESUPUESTARIOS POR PARTIDAS**
**(En Bolivares)**

| PARTIDA | DENOMINACIÓN | PRESUPUESTO 2018 |
|---|---|---|
| 4.01 | Gastos de personal | 13.200.546 |
| 4.02 | Materiales, suministros y mercancías | 9.600.000 |
| 4.03 | Servicios no personales | 5.594.305 |
| 4.04 | Activos reales | 1.800.000 |
| 4.06 | Otros gastos | 180.000 |
| | TOTAL | 30.374.851 |

**CLASIFICACIÓN DEL PERSONAL POR TIPO DE CARGO**

| TIPO DE PERSONAL | PRESUPUESTO 2018 Nº DE CARGOS |
|---|---|
| **Personal Fijo a Tiempo Completo** | 1 |
| Directivos | 1 |
| **Personal Contratado** | 429 |
| Profesional y Técnico | 275 |
| Personal Administrativo | 79 |
| Obrero | 75 |
| TOTAL | 430 |

**RESUMEN DE ACCIONES CENTRALIZADAS**
**(En Bolívares)**

| CÓDIGO | DENOMINACIÓN | PRESUPUESTO 2018 |
|---|---|---|
| 01 | Dirección y coordinación de los gastos de los trabajadores y trabajadoras | 13.201.491 |
| 02 | Gestión administrativa | 17.173.360 |
| | TOTAL | 30.374.851 |

Comuníquese y Publíquese,

**JENNIFER QUINTERO QUINTERO**
Jefa de la Oficina Nacional de Presupuesto (E)
Resolución Nº 526 de fecha 04 de diciembre de 2017
Gaceta Oficial de la República Bolivariana de Venezuela
Nº 41.299 de fecha 13 de diciembre de 2017

**REPÚBLICA BOLIVARIANA DE VENEZUELA. MINISTERIO DEL PODER POPULAR DE ECONOMÍA Y FINANZAS. OFICINA NACIONAL DE PRESUPUESTO Nº 008 Y OFICINA NACIONAL DE CONTABILIDAD PÚBLICA Nº 18-010, CARACAS, 23 DE OCTUBRE DE 2018.**

**208°, 159° y 19°**

**LA OFICINA NACIONAL DE PRESUPUESTO Y LA OFICINA NACIONAL DE CONTABILIDAD PÚBLICA.**

En ejercicio de las atribuciones conferidas en los artículos 25 numeral 8 y, 131 numerales 3 y 7 del Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Financiera del Sector Público,

Dictan la siguiente:

**PROVIDENCIA QUE REGULA LA LIQUIDACIÓN Y CIERRE DEL EJERCICIO ECONÓMICO FINANCIERO APLICABLE A LOS ENTES POLÍTICO TERRITORIALES CON REGÍMENES PRESUPUESTARIOS ESPECIALES, ASÍ COMO A SUS RESPECTIVOS ENTES DESCENTRALIZADOS FUNCIONALMENTE**

**CAPÍTULO I**
**DISPOSICIONES GENERALES**

**Objeto**

**Artículo 1.** Esta Providencia tiene por objeto establecer las normas técnicas presupuestarias, financieras y contables, aplicables a los órganos ejecutivos de los entes político territoriales con regímenes presupuestarios especiales, previstos en el artículo 74 del Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Financiera del Sector Público, así como a sus entes descentralizados funcionalmente, para la liquidación y el cierre de cada ejercicio económico financiero.

Sólo les será aplicable a los entes descentralizados funcionalmente con fines empresariales de los entes político territoriales sujetos a esta Providencia, lo previsto en el artículo 25 en cuanto a la remisión de sus Estados Financieros.

A los efectos de la aplicación de las disposiciones establecidas en esta Providencia, se entenderá por Sistema de Información Automatizado, a la herramienta informática Sistema Integrado de Gestión y Control de las Finanzas Públicas implantando en cada ente político territorial con régimen presupuestario especial.

**Servicios desconcentrados**

**Artículo 2.** A los efectos del cierre presupuestario del ejercicio económico financiero correspondiente, los Servicios Autónomos o Servicios Desconcentrados sin Personalidad Jurídica, estarán sujetos a la aplicación de las disposiciones previstas para los entes descentralizados funcionalmente sin fines empresariales, salvo lo dispuesto en el artículo 25, en el entendido que su régimen contable es común con el órgano del ente político territorial con régimen presupuestario especial del cual forman parte.

Los Jefes o Jefas de Gobierno o, la máxima autoridad a quien corresponda ejercer el control jerárquico sobre estos Servicios, remitirá la información y documentos requeridos en los términos y oportunidad exigidos en el Capítulo III de esta Providencia.

## CAPÍTULO II
## DEL ÓRGANO EJECUTIVO DE LOS ENTES POLÍTICO TERRITORIALES CON REGÍMENES PRESUPUESTARIOS ESPECIALES

**Fecha límite para la remisión de las órdenes de pago con cargo a los fondos**

**Artículo 3.** Los responsables de las unidades administradoras de los entes político territoriales con regímenes presupuestarios especiales, remitirán a la unidad administrativa con competencia en materia de administración y finanzas de éstos, a través del Sistema de Información Automatizado, las órdenes de pago correspondientes a la reposición de los fondos en avance y en anticipo hasta el décimo (10°) día hábil del mes de diciembre del ejercicio económico financiero objeto de cierre.

**Registro del compromiso y gasto causado**

**Artículo 4.** Los responsables de las unidades administradoras de los entes político territoriales con regímenes presupuestarios especiales, registrarán el compromiso y el gasto causado en el Sistema de Información Automatizado hasta el 31 de diciembre del ejercicio económico financiero correspondiente, para lo cual la dependencia con competencia en materia presupuestaria de los mismos, autorizará las reprogramaciones de las cuotas de compromiso hasta el último día hábil bancario del ejercicio económico financiero.

**Criterios para el registro de los gastos**

**Artículo 5.** Los responsables de las unidades administradoras de los entes político territoriales con regímenes presupuestarios especiales, deberán registrar los gastos en el Sistema de Información Automatizado, hasta el 31 de diciembre del ejercicio económico financiero correspondiente, de acuerdo a los siguientes criterios:

1. Partidas 4.01 "Gastos de personal" y 4.11 "Disminución de Pasivos": se registrará como causado el monto de los compromisos no causados.

2. Partida 4.02 "Materiales, suministros y mercancías": los compromisos que tengan registrados como causados el anticipo y/o entregas parciales, el órgano ejecutivo podrá afectar los créditos del ejercicio económico financiero siguiente, por la cuota parte restante de dichos gastos; a tales efectos, realizará los ajustes respectivos en el Plan Operativo Anual y en el Plan de Compras.

3. Partida 4.03 "Servicios no Personales": los compromisos que tengan registrados como causados el anticipo y/o servicios prestados parcialmente, el órgano ejecutivo podrá afectar los créditos del ejercicio económico financiero siguiente, por la cuota parte restante de dichos gastos; a tales efectos, realizará los ajustes respectivos en el Plan Operativo Anual y en el Plan de Compras.

Los gastos por servicios básicos, de condominio y demás obligaciones de tracto sucesivo, el órgano ejecutivo deberá comprometer y causar la disponibilidad presupuestaria hasta el cierre del ejercicio económico financiero correspondiente y, dentro de los primeros diez (10) días hábiles del mes de enero del ejercicio económico financiero siguiente, realizará la conciliación y al conocerse el resultado efectuará los ajustes pertinentes.

4. Partida 4.04 "Activos Reales": los compromisos que tengan registrados como causados el anticipo y/o entregas parciales o valuaciones, el órgano ejecutivo podrá afectar los créditos del ejercicio económico financiero siguiente, por la cuota parte restante de dichos gastos, realizando los ajustes respectivos en el Plan Operativo Anual y en el Plan de Compras.

5. Partida 4.05 "Activos Financieros": los compromisos no causados de los correspondientes aportes asignados a los entes descentralizados funcionalmente y a organismos internacionales, entre otros, se registrarán como causados.

6. Partida 4.07 "Transferencias y Donaciones": los compromisos no causados de los correspondientes aportes asignados a los entes descentralizados funcionalmente y a organismos internacionales, entre otros, se registrarán como causados al cierre del ejercicio económico financiero. Igualmente, ocurrirá con lo correspondiente a las pensiones y jubilaciones, así como las subvenciones socioeconómicas.

**Reintegro de los fondos no utilizados al cierre del ejercicio económico financiero**

**Artículo 6.** Los responsables de administrar los fondos en avance y/o en anticipo de los entes político territoriales con regímenes presupuestarios especiales, reintegrarán al Tesoro de dichos entes políticos territoriales, previa la conciliación a la que se refiere el artículo 11 de esta Providencia, el monto de los recursos no utilizados al 31 de diciembre del ejercicio económico financiero objeto de cierre; éste resultará al disminuir del saldo de los fondos en avance y/o anticipo, el monto de los gastos causados y no pagados.

Dicho reintegro se hará dentro de los diez (10) primeros días hábiles del ejercicio económico financiero siguiente, mediante la planilla de liquidación generada automáticamente el primer día hábil de dicho ejercicio, a través del Sistema de Información Automatizado.

**Órdenes de pago de los gastos causados y no pagados**

**Artículo 7.** Los responsables de las unidades administradoras de los entes político territoriales con regímenes presupuestarios especiales, emitirán a través del Sistema de Información Automatizado hasta el 31 de enero del ejercicio económico financiero siguiente, las órdenes de pago correspondientes al monto de los gastos causados y no pagados al 31 de diciembre del ejercicio económico financiero objeto de cierre.

**Conciliación y regularización de los gastos causados y no pagados**

**Artículo 8.** Los responsables de las unidades administradoras de los entes político territoriales con regímenes presupuestarios especiales, deberán conciliar los gastos causados y no pagados al 31 de diciembre de cada ejercicio económico financiero, durante el mes siguiente al cierre, con el monto reflejado en el libro mayor de la cuenta patrimonial que corresponda, de acuerdo con las instrucciones dictadas por la unidad administrativa de contabilidad del Gobierno respectivo.

Si en la conciliación se determinara que existen gastos causados que no serán pagados financieramente, los responsables de las unidades administradoras deberán regularizar los mismos, con el fin de reversar el registro contable en el sistema automatizado e informar a la unidad administrativa de contabilidad del Gobierno respectivo, a través de la remisión de un listado detallado de los gastos objeto de reverso, certificando que los mismos no serán cancelados, mediante acto motivado debidamente suscrito por la máxima autoridad.

**Reintegro de los fondos no utilizados**

**Artículo 9.** Los remanentes de los fondos en avance y/o anticipo de los entes político territoriales con regímenes presupuestarios especiales correspondientes a gastos causados y no pagados al 31 de enero, registrados al 31 de diciembre del ejercicio económico financiero objeto de cierre, serán reintegrados al Tesoro del ente político territorial respectivo por los responsables de administrar éstos fondos, previa la conciliación a la que se refiere el artículo 11 de esta Providencia, dentro de los diez (10) primeros días hábiles del mes de febrero del ejercicio económico financiero siguiente, mediante la planilla de liquidación generada automáticamente el primer día hábil del de mes febrero, a través del Sistema de Información Automatizado.

**Reclasificación de los gastos causados y no pagados**

**Artículo 10.** Los gastos causados de los fondos en anticipo al 31 de diciembre del ejercicio económico financiero correspondiente, no pagados con cargo a la disponibilidad financiera al 31 de enero del ejercicio económico financiero siguiente, serán reclasificados automáticamente por la Oficina Nacional de Contabilidad Pública a través del Sistema de Información Automatizado como pago directo del Tesoro del ente político territorial respectivo, a partir del primer (1°) día hábil del mes de febrero del ejercicio económico financiero siguiente.

La reclasificación requiere que el responsable de la unidad administradora del fondo en anticipo, registre y asocie en el Sistema de Información Automatizado los gastos causados a una cuenta bancaria del beneficiario. A tales efectos, una vez reclasificados, la unidad administrativa con competencia en materia de administración y finanzas recibirá las órdenes de pago a través del Sistema de Información Automatizado hasta el décimo (10°) día hábil del mes de febrero del ejercicio económico financiero siguiente. El incumplimiento de este registro, impedirá la reclasificación al referido tipo de pago.

**Conciliación**

**Artículo 11.** Los responsables de las unidades administradoras de los entes político territoriales con regímenes presupuestarios especiales, deberán realizar las conciliaciones presupuestarias y financieras de los fondos en avance y en anticipo.

**Solicitud de modelos de asientos**

**Artículo 12.** En caso de presentarse diferencias en la conciliación entre los montos de las planillas de liquidación señaladas en los artículos 6 y 9 de esta Providencia y, el saldo financiero reflejado en la cuenta bancaria del fondo en avance y/o anticipo, el responsable de la unidad administradora del respectivo ente político territorial con régimen presupuestario especial deberá:

1. Anular las planillas de liquidación automáticas.
2. Generar las planillas de liquidación sustitutivas o manuales, si hubiere monto a reintegrar al Tesoro del ente político territorial respectivo.
3. Realizar el reintegro indicado en el numeral anterior, en los lapsos establecidos en los artículos 6 y 9 de esta Providencia.
4. Solicitar a la unidad administrativa de contabilidad del Gobierno respectivo, dentro de los dos (2) primeros meses de cada ejercicio económico financiero, los modelos de asientos necesarios para los registros de ajustes contables.

5. Informar a la Oficina de Auditoría Interna sobre los hallazgos y las acciones correctivas aplicadas, de conformidad con la normativa establecida al respecto.

A los fines de cumplir con lo establecido en el numeral 4 de este artículo, la unidad administrativa de contabilidad del Gobierno respectivo solicitará a la Oficina Nacional de Contabilidad Pública los modelos de asientos contables correspondientes.

**Requisitos para la solicitud de modelos de registros de ajustes contables**

**Artículo 13.** El responsable de la unidad administradora del respectivo ente político territorial con régimen presupuestario especial, según corresponda, deberá adjuntar a la solicitud mencionada en el artículo anterior, la notificación a la Oficina de Auditoría Interna, el acto motivado suscrito por el cuentadante de la unidad administradora responsable del hecho económico financiero, la conciliación señalada en el artículo 11 de esta Providencia y la relación detallada de los montos y hechos económicos financieros objeto de registro que originaron las diferencias, con indicación de la partida presupuestaria cuando corresponda; así como copia fotostática de los siguientes documentos:

1. Planilla de liquidación automática anulada.
2. Planilla de liquidación sustitutiva o manual debidamente pagada, según sea el caso.
3. Reporte generado por el Sistema de Información Automatizado que indique el saldo y el movimiento del fondo en avance y/o anticipo al cierre del ejercicio económico financiero correspondiente.
4. Estado de cuenta bancario en el cual se evidencie el monto del hecho económico financiero objeto de ajuste.
5. Cualquier otro documento requerido por la unidad administrativa de contabilidad del Gobierno respectivo.

La unidad administrativa de contabilidad del órgano ejecutivo, se abstendrá de procesar aquellas solicitudes de ajustes contables que no cumplan con los requisitos señalados en este artículo.

**Responsable del registro de ajuste contable**

**Artículo 14.** El responsable de la unidad administradora de cada uno de los entes político territoriales con regímenes presupuestarios especiales, en la cual se originó el hecho económico financiero objeto de registro de ajuste contable, será el autorizado para realizar el referido registro en el Sistema de Información Automatizado; para efectuarlo, dispondrá hasta el último día hábil del mes de abril del ejercicio económico financiero siguiente al cierre.

El comprobante único de contabilidad generado en el referido asiento, deberá reposar en el expediente administrativo resguardado en la unidad administradora, conjuntamente con los requisitos señalados en el artículo 13 de esta Providencia.

**Reintegro de fondos y cierre de las cuentas bancarias**

**Artículo 15.** Los responsables de administrar los fondos en avance y/o anticipo de los entes político territoriales con regímenes presupuestarios especiales, procederán a reintegrar a sus respectivas Tesorerías, dentro de los primeros diez (10) días hábiles del mes de mayo de cada ejercicio económico financiero, los fondos disponibles en las cuentas bancarias correspondientes a los cheques no presentados al cobro. Vencido este lapso, deberán solicitar a las instituciones bancarias, dentro de los cinco (5) días hábiles siguientes al reintegro de dichos fondos, el cierre de las cuentas utilizadas durante el ejercicio económico financiero correspondiente.

Igualmente, los citados responsables establecerán los mecanismos necesarios a fin de agilizar el cobro de los cheques en tránsito, antes del cierre de las cuentas. En aquellos casos en los cuales los beneficiarios de dichos cheques no pudieran realizar el cobro respectivo, se tramitará el pago de las deudas correspondientes, previo cumplimiento del procedimiento establecido para el pago de las obligaciones pendientes de ejercicios anteriores.

En caso de incumplimiento de la obligación establecida en este artículo, el Jefe o Jefa de Gobierno de cada ente político territorial con régimen presupuestario especial, según sea el caso, solicitará a las instituciones bancarias el reintegro de los saldos disponibles, así como el cierre de las cuentas utilizadas durante el ejercicio económico financiero correspondiente.

**Cuenta Ahorro–Inversión–Financiamiento**

**Artículo 16.** El Jefe o Jefa de Gobierno de cada ente político territorial con régimen presupuestario especial, remitirá a la Oficina Nacional de Presupuesto, la información de cierre al 31 de diciembre del ejercicio económico financiero correspondiente, relativa a la Cuenta Ahorro–Inversión–Financiamiento de dichos entes políticos territoriales, y de sus respectivos entes descentralizados, dentro de los primeros veinticinco (25) días hábiles del ejercicio económico financiero siguiente. La información deberá presentarse conforme a los formatos establecidos por la referida Oficina Nacional.

**Información sobre los recursos**

**Artículo 17.** El Jefe o Jefa de Gobierno de cada ente político territorial con régimen presupuestario especial, remitirá antes del último día hábil del mes de febrero del ejercicio financiero siguiente, a la Oficina Nacional de Presupuesto, la información concerniente al monto de los recursos recaudados en el ejercicio económico financiero correspondiente.

Dicha información deberá presentarse de acuerdo a los formatos establecidos por la referida Oficina Nacional.

**Actualización de información sobre el personal**

**Artículo 18.** El Jefe o Jefa de Gobierno de cada ente político territorial con régimen presupuestario especial, remitirá a la Oficina Nacional de Presupuesto, la información de cierre al 31 de diciembre del ejercicio económico financiero correspondiente, relativa a la Clasificación del Personal por Tipo de Cargo, Clasificación del Personal Jubilado y Pensionado de cada ente político territorial y de sus respectivos entes descentralizados funcionalmente, dentro de los primeros veinticinco (25) días hábiles del ejercicio económico financiero siguiente. Dicha información deberá presentarse de acuerdo a los formatos establecidos por la referida Oficina Nacional.

**Remisión de los estados financieros**

**Artículo 19.** El Jefe o Jefa de Gobierno de cada ente político territorial con régimen presupuestario especial, remitirá a la Oficina Nacional de Contabilidad Pública, los estados financieros consolidados, elaborados y presentados dentro de los primeros cuatro meses del ejercicio económico siguiente, de conformidad con las normas e instrucciones dictadas por dicha Oficina Nacional.

## CAPÍTULO III
## DE LOS ENTES DESCENTRALIZADOS FUNCIONALMENTE DE LOS ENTES POLÍTICO TERRITORIALES CON REGÍMENES PRESUPUESTARIOS ESPECIALES

**Información sobre los ingresos recaudados y los gastos comprometidos, causados y pagados de los entes**

**Artículo 20.** Los entes descentralizados funcionalmente sin fines empresariales de los entes político territoriales con regímenes presupuestarios especiales, remitirán a la unidad administrativa con competencia en materia de planificación y presupuesto del Gobierno respectivo, la información concerniente al monto de los ingresos recaudados y las fuentes financieras utilizadas, el presupuesto modificado, así como el monto comprometido, causado y pagado de los gastos realizados durante el ejercicio económico financiero correspondiente; la cual será remitida a la Oficina Nacional de Presupuesto por parte del Jefe o Jefa de Gobierno de cada ente político territorial con régimen presupuestario especial, hasta el último día hábil del mes de febrero del ejercicio económico financiero siguiente.

**Reintegro de los fondos no utilizados al cierre del ejercicio económico financiero**

**Artículo 21.** Los responsables de administrar fondos en anticipo de los entes descentralizados funcionalmente sin fines empresariales de los entes político territoriales con regímenes presupuestarios especiales, reintegrarán a la dependencia interna que corresponda, los fondos de los créditos presupuestarios no comprometidos, así como los comprometidos y no causados al 31 de diciembre del ejercicio económico financiero correspondiente, dentro de los diez (10) primeros días hábiles del ejercicio económico financiero siguiente.

**Reintegro de los fondos no utilizados**

**Artículo 22.** Los responsables de administrar fondos en anticipo de los entes descentralizados funcionalmente sin fines empresariales de los entes político territoriales con regímenes presupuestarios especiales, reintegrarán a la dependencia interna que corresponda, el monto remanente de dichos fondos correspondientes a los gastos causados al 31 de diciembre del ejercicio económico financiero objeto de cierre y no pagados al 31 de enero del ejercicio económico financiero siguiente, dentro de los diez (10) primeros días hábiles del mes de febrero del ejercicio económico financiero siguiente.

**Cuenta Ahorro–Inversión–Financiamiento**

**Artículo 23.** La máxima autoridad de los entes descentralizados funcionalmente sin fines empresariales de los entes político territoriales con regímenes presupuestarios especiales, remitirán la información de cierre al 31 de diciembre del ejercicio económico financiero correspondiente, relativa a la Cuenta Ahorro–Inversión–Financiamiento a cada Jefe o Jefa de Gobierno, dentro de los primeros quince (15) días hábiles del ejercicio económico financiero siguiente, para su posterior remisión a la Oficina Nacional de Presupuesto.

Dicha información deberá presentarse conforme a los formatos establecidos por la referida Oficina Nacional.

**Actualización de información sobre el personal**

**Artículo 24.** La máxima autoridad de los entes descentralizados funcionalmente sin fines empresariales de los entes político territoriales con regímenes presupuestarios especiales, remitirán a la unidad administrativa con competencia en materia de planificación y presupuesto de cada Gobierno, la información de cierre al 31 de diciembre del ejercicio económico financiero correspondiente, relativa a la Clasificación del Personal por Tipo de Cargo, Clasificación del Personal Jubilado y Pensionado, dentro de los primeros quince (15) días hábiles del ejercicio económico financiero siguiente, para su posterior remisión a la Oficina Nacional de Presupuesto por parte del Jefe o Jefa de Gobierno.

Dicha información, deberá presentarse de acuerdo a los formatos establecidos por la Oficina Nacional de Presupuesto.

**Remisión de los estados financieros**

**Artículo 25.** La máxima autoridad de los entes descentralizados funcionalmente con y sin fines empresariales de los entes político territoriales con regímenes presupuestarios especiales, remitirán a la unidad administrativa de contabilidad del respectivo Gobierno, los estados financieros del ejercicio económico financiero correspondiente, dentro del primer trimestre del ejercicio económico siguiente, los cuales deben estar elaborados de conformidad con la normas, instrucciones y modelos dictadas por la Oficina Nacional de Contabilidad Pública.

Los entes descentralizados funcionalmente con fines empresariales que actúen como empresas matrices, deberán remitir los estados financieros consolidados con sus filiales o subsidiarias.

**CAPÍTULO IV**
**DISPOSICIONES COMUNES**

**Fecha límite para comprometer**

**Artículo 26.** Los responsables de las unidades administradoras de los entes político territoriales con regímenes presupuestarios especiales y las de sus respectivos entes descentralizados funcionalmente sin fines empresariales, se abstendrán de comprometer o asumir obligaciones financieras con posterioridad al último día hábil del mes de noviembre del ejercicio económico financiero vigente, cuando sea imposible su causación al 31 de diciembre de cada ejercicio económico financiero.

**Fondos de caja chica**

**Artículo 27.** Los responsables de administrar fondos de caja chica de los entes político territoriales con regímenes presupuestarios especiales y, los de sus respectivos entes descentralizados funcionalmente sin fines empresariales, deberán rendir la ejecución y reintegrar el remanente de los referidos fondos que resultaren disponibles hasta los primeros diez (10) días hábiles del mes de diciembre del ejercicio económico financiero vigente.

**Cargo a los fondos de los gastos causados y no pagados**

**Artículo 28.** Los responsables de administrar fondos en avance y/o anticipo de los entes político territoriales con regímenes presupuestarios especiales y los de sus respectivos entes descentralizados funcionalmente sin fines empresariales, pagarán hasta el último día del mes de enero del ejercicio económico financiero siguiente, con cargo a la disponibilidad financiera de los respectivos fondos, los gastos causados y no pagados al 31 de diciembre del ejercicio económico financiero objeto de cierre. No podrán registrar ningún pago contra dicha disponibilidad, con posterioridad al 31 de enero del ejercicio económico financiero siguiente al cierre.

**CAPÍTULO V**
**DISPOSICIONES FINALES**

**Instructivo de Liquidación y Cierre**

**Artículo 29.** Las Oficinas Nacionales de Presupuesto y de Contabilidad Pública elaborarán el instructivo que servirá de orientación en el proceso de liquidación y cierre del ejercicio económico financiero, el cual será publicado en las páginas web de las respectivas Oficinas Nacionales.

**Remisión de información**

**Artículo 30.** El Jefe o Jefa de Gobierno de cada uno de los entes político territoriales con regímenes presupuestarios especiales, será responsable del cumplimiento de lo establecido en esta Providencia, tanto por el órgano ejecutivo que representa como por sus entes adscritos o tutelados.

**Formatos y remisión de información**

**Artículo 31.** Los entes político territoriales con regímenes presupuestarios especiales y sus respectivos entes descentralizados funcionalmente sin fines empresariales, utilizarán los formatos disponibles en las páginas web de las Oficinas Nacionales de Presupuesto y Contabilidad Pública, en cumplimiento de las obligaciones de cierre del ejercicio económico financiero establecidas en esta Providencia.

De igual forma, utilizarán medios físicos y digitales para remitir la información requerida en esta Providencia.

**Consultas**

**Artículo 32.** Las Oficinas Nacionales de Presupuesto y Contabilidad Pública, en el ámbito de sus respectivas competencias, resolverán cualquier duda que se derive de la interpretación y aplicación de esta Providencia.

**Incumplimiento de las disposiciones**

**Artículo 33.** Las Oficinas Nacionales de Presupuesto y Contabilidad Pública informarán a las instancias con competencia en materia de control fiscal, sobre el incumplimiento de las disposiciones previstas en esta Providencia.

**Derogatoria**

**Artículo 34.** Se deroga la Providencia conjunta dictada por la Oficina Nacional de Presupuesto Nº 184 y la Oficina Nacional de Contabilidad Pública Nº 15-006, de fecha 05 de noviembre de 2015, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 40.792 de fecha 19 de noviembre de 2015.

**Vigencia**

**Artículo 35.** Esta Providencia entrará en vigencia a partir de su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela.

Comuníquese y publíquese,

**JENNIFER QUINTERO QUINTERO**
**Jefe de la Oficina Nacional de Presupuesto (E)**
Resolución Nº 008 de fecha 14 de enero de 2016, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 40.830 de fecha 18 de enero de 2016, reimpresa en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 40.842 de fecha 03 de febrero de 2016.

**FERNANDO ZERPA**
**Jefe de la Oficina Nacional de Contabilidad Pública**
Resolución Nº 019, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 40.842 de fecha 03 de febrero de 2016.

# MINISTERIO DEL PODER POPULAR PARA LA DEFENSA

**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**MINISTERIO DEL PODER POPULAR PARA LA DEFENSA**
**DESPACHO DEL MINISTRO**

**Caracas, 25OCT2018**

**208°, 159° y 19°**

**RESOLUCIÓN Nº 027132**

El Ministro del Poder Popular para la Defensa, GENERAL EN JEFE VLADIMIR PADRINO LÓPEZ, nombrado mediante Decreto Nº 1.346 de fecha 24 de octubre de 2014, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 40.526 de fecha 24 de octubre de 2014, en ejercicio de las atribuciones que le confiere el artículo 78 numeral 19 del Decreto Nº 1.424 con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública de fecha 17 de noviembre de 2014, actuando de conformidad con lo establecido en los artículos 24 y 25 numeral 20 del Decreto Nº 1.439 con Rango, Valor y Fuerza de Ley Orgánica de la Fuerza Armada Nacional Bolivariana, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Extraordinaria Nº 6.156 de fecha 19 de noviembre de 2014, habida consideración del artículo 17 del Decreto Nº 2.174 con Rango, Valor y Fuerza de Ley Orgánica de la Administración Financiera del Sector Público, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Extraordinaria Nº 6.210 de fecha 30 de diciembre de 2015, y lo señalado en los artículos 47 y 51 del Reglamento Nº 1 de la Ley Orgánica de la Administración Financiera del Sector Público sobre el Sistema Presupuestario, en concordancia con lo dispuesto en los artículos 6 y 7 del Decreto Nº 1.410 con Rango, Valor y Fuerza de Ley de Reforma de la Ley Contra la Corrupción, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Extraordinaria Nº 6.155 de fecha 19 de noviembre de 2014,

**RESUELVE**

ÚNICO: Designar a partir del 22 de agosto de 2018, al Teniente Coronel **HERNÁN RAFAEL PERAZA BETANCOURT,** C.I. Nº **13.269.960,** como responsable del manejo de los Fondos de Funcionamiento (Partidas 4.02 y 4.03), que se giren a la Unidad Administradora Desconcentrada sin firma, **GRUPO AÉREO DE TRANSPORTE** Nº 9, Código Nº **04264.**

Comuníquese y publíquese.
Por el Ejecutivo Nacional,

**VLADIMIR PADRINO LÓPEZ**
General en Jefe
Ministro del Poder Popular
para la Defensa

## MINISTERIO DEL PODER POPULAR PARA LA AGRICULTURA PRODUCTIVA Y TIERRAS

**REPÚBLICA BOLIVARIANA DE VENEZUELA. MINISTERIO DEL PODER POPULAR PARA LA AGRICULTURA PRODUCTIVA Y TIERRAS, DESPACHO DEL MINISTRO. RESOLUCIÓN DM/Nº 079/2018. CARACAS, 10 DE OCTUBRE DE 2018.**

**AÑOS 208°, 159° y 19°**

El Ministro del Poder Popular para la Agricultura Productiva y Tierras, **WILMAR ALFREDO CASTRO SOTELDO**, designado mediante Decreto Nº 2.181 de fecha 06 de enero de 2016, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 40.822 de la misma fecha, reimpreso por fallas en los originales en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 40.826 de fecha 12 de enero de 2016, de conformidad con el artículo 16 de la Ley Orgánica de Procedimientos Administrativos; en ejercicio de las atribuciones conferidas en los numerales 3, 19 y 27 del artículo 78 del Decreto Nº 1.424 con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública; en concordancia el numeral 2 del artículo 5 de la Ley del Estatuto de la Función Pública y lo establecido en los artículos 47, 48 y 51 del Reglamento N° 1 de la Ley Orgánica de la Administración Financiera del Sector Público sobre el Sistema Presupuestario, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 5.781 Extraordinario del 12 de agosto de 2005, así como lo dispuesto en el artículo 1 del Reglamento de Delegación de firma de los Ministros del Ejecutivo Nacional, dictado a través del Decreto N° 140 de fecha 17 de septiembre de 1969, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 29.025 del 18 de septiembre de 1969;

**RESUELVE**

**Artículo 1.** Designar al ciudadano **HERNAN ALI CRESPO ROJAS**, titular de la cédula de identidad **Nº V- 13.345.372**, como **DIRECTOR DE LA UNIDAD TERRITORIAL DEL MINISTERIO DEL PODER POPULAR PARA LA AGRICULTURA PRODUCTIVA Y TIERRAS DEL ESTADO MÉRIDA**, y como cuentadante y responsable de los fondos de avance o anticipos que les sean girados a esa Unidad Administradora (Sede Mérida, Código: 03022).

**Artículo 2.** Se delega en el ciudadano mencionado en el artículo 1 de la presente Resolución, la competencia y firma de los actos y documentos que se especifican a continuación:

1) Aprobar, ordenar y tramitar los gastos y pagos que afecten los créditos presupuestarios que le sean asignados con fondos de anticipo girados a la Unidad Territorial del Ministerio del Poder Popular para la Agricultura Productiva y Tierras del estado Mérida, mediante cheques, ordenes de compra y/o de servicios, conforme a lo previsto en la Ley de Presupuesto y sus modificaciones, en virtud de ello deberá registrar su firma autógrafa en la Oficina Nacional del Tesoro. De igual forma participará a la Contraloría General de la República y a la Oficina de Auditoría Interna de este Ministerio su designación como Cuentadante.
2) Certificar los documentos que reposan en los archivos de la Unidad Territorial del Ministerio del Poder Popular para la Agricultura Productiva y Tierras del estado Mérida.
3) Aprobar los viáticos y pasajes nacionales, de conformidad con lo previsto en la normativa aplicable.
4) Informar al ciudadano Ministro trimestralmente la ejecución presupuestaria y financiera, así como los compromisos pendientes de pago, en función de la presente delegación.
5) Las demás atribuciones que le confieran las leyes, reglamentos, resoluciones y otros actos normativos.

**Artículo 3.** Los actos y documentos firmados en virtud de la delegación prevista en el artículo 2 de la presente Resolución deberán indicar de forma inmediata, bajo la firma del funcionario delegado, la fecha y el número de Resolución y de la Gaceta Oficial de la República Bolivariana de Venezuela donde haya sido publicada la misma.

**Artículo 4.** Queda derogada la Resolución DM/N° 051/2017 de fecha 26 de octubre de 2017, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 41.276 de fecha 10 de noviembre de 2017.

**Artículo 5.** La presente Resolución entrará en vigencia a partir de su fecha de publicación en la Gaceta Oficial de la República Bolivariana de Venezuela.

Comuníquese y Publíquese,
Por el Ejecutivo Nacional.

**WILMAR ALFREDO CASTRO SOTELDO**
Ministro del Poder Popular para la Agricultura Productiva y Tierras

## MINISTERIO DEL PODER POPULAR PARA EDUCACIÓN UNIVERSITARIA, CIENCIA Y TECNOLOGÍA

**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**MINISTERIO DEL PODER POPULAR PARA LA EDUCACIÓN UNIVERSITARIA, CIENCIA Y TECNOLOGÍA**
**DESPACHO DEL MINISTRO**

**FECHA 14/11/2018** **N° 130**

**AÑOS 208º, 159º Y 19º**

**RESOLUCIÓN**

De conformidad con el Decreto Presidencial N° 3.464 de fecha 14 de junio de 2018, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.419 de fecha 14 de junio de 2018; en ejercicio de las atribuciones previstas en los artículos 65 y 78, numeral 19 del Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 6.147 Extraordinario de fecha 17 de noviembre de 2014, en concordancia con lo previsto en el artículo 21 de la Resolución conjunta dictada por los Ministerios del Poder Popular para la Salud y para la Educación Universitaria, Ciencia y Tecnología números 281 y 168, respectivamente de fecha 14 de junio de 2016, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.935 de fecha 30 de junio de 2016, mediante la cual se dicta el Reglamento de Organización y Funcionamiento de la Universidad de las Ciencias de la Salud (UCS).

**POR CUANTO**

Es de la competencia del Ministerio del Poder Popular para la Educación Universitaria, Ciencia y Tecnología, la educación en el nivel universitario y los subsistemas contenidos en ésta; las políticas en materia de ciencia, tecnología, innovación y sus aplicaciones; el Sistema Nacional de Ciencia, tecnología e innovación, las telecomunicaciones, las tecnologías de información y su desarrollo; la propiedad intelectual, los servicios postales; y la red de telecomunicaciones del Estado.

**POR CUANTO**

El supremo compromiso, la mayor eficacia política y calidad revolucionaria en la construcción del Socialismo y la refundación de la República Bolivariana de Venezuela, basados en principios humanistas se sustentan en condiciones morales y éticas que persiguen el desarrollo de la patria y del colectivo, este Despacho,

**RESUELVE**

**Artículo 1.** Designar al ciudadano **JOSÉ ALBERTO FERRER MONTIEL**, titular de la Cédula de Identidad N° **V-13.741.315**, como Vicerrector de la Universidad de las Ciencias de la Salud (UCS).

**Artículo 2.** El ciudadano designado antes de tomar posesión del cargo deberá presentar juramento de cumplir la Constitución de la República Bolivariana de Venezuela, las leyes de la República, los deberes inherentes al cargo y rendir cuenta del mismo en los términos y condiciones que determine la Ley.

**Artículo 3.** Se deja sin efecto el artículo 2 de la Resolución N° 180 de fecha 04 de julio de 2016, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.938 de fecha 06 de julio de 2016.

**Artículo 4.** Esta Resolución entrará en vigencia a partir de la fecha de su publicación en la Gaceta Oficial de la República Bolivariana de Venezuela.

Comuníquese y Publíquese,
Por el Ejecutivo Nacional,

HUGBEL RAFAEL ROA CARUCI

# MINISTERIO DEL PODER POPULAR PARA LA MUJER Y LA IGUALDAD DE GÉNERO

**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**MINISTERIO DEL PODER POPULAR PARA LA MUJER Y LA IGUALDAD DE GÉNERO**
**DESPACHO DE LA MINISTRA**

Caracas, 15 de noviembre de 2018
208°, 159° y 19°

**RESOLUCIÓN N° 042/2018**

Quien suscribe, **CARYL BERTHO,** Ministra del Poder Popular para la Mujer y la Igualdad de Género, designada mediante Decreto N° 3.464, de fecha 14 de junio de 2018, publicada en Gaceta Oficial de la República Bolivariana de Venezuela N° 41.419, de la misma fecha; actuando de conformidad con las atribuciones conferidas en el artículo 78, numerales 2 y 19 del Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública, concatenado con lo dispuesto en el artículo 5° numeral 2, artículo 19 y 20 numeral 6 de la Ley del Estatuto de la Función Pública, en observancia con lo establecido en los artículos 16 y 72 de la Ley Orgánica de Procedimientos Administrativos.

**RESUELVE**

**Artículo 1°.** Designar a la ciudadana **NORIS YAMILETH MONRROY ORTEGA,** titular de la cédula de identidad **N° V.-6.344.988,** como **DIRECTORA GENERAL DE LA OFICINA ESTRATÉGICA DE SEGUIMIENTO Y EVALUACIÓN DE POLÍTICAS PÚBLICAS** del Ministerio del Poder Popular para la Mujer y la Igualdad de Género.

**Artículo 2°.** La ciudadana designada queda facultada para desempeñar las atribuciones y actividades inherentes al ejercicio de las siguientes funciones:

1. Prestar apoyo permanente a la Junta Ministerial, en el seguimiento, el análisis, la evaluación, y el impacto de la ejecución de las políticas públicas que están bajo la competencia del Ministerio, a fin de que éste adopte las decisiones pertinentes.
2. Establecer vínculos con órganos públicos y entidades privadas para medir el impacto de la ejecución de las políticas públicas, a fin de armonizar objetivos, metas, recursos y demás elementos involucrados.
3. Formar parte del sistema de seguimiento coordinado por la Vicepresidencia de la República, así como las instancias que a tales fines el Presidente o Presidenta de la República determine.
4. Formular escenarios para la ejecución de políticas de desarrollo nacional, dirigidas a proponer cursos alternativos de acción, considerando los vínculos interinstitucionales necesarios para lograr los acuerdos intersectoriales que permitan la viabilidad de las políticas, planes, programas y proyectos del Ministerio.
5. Hacer seguimiento al sistema de información sobre política, planes y proyectos en marcha a nivel nacional, considerando el impacto que éstas generan al ser ejecutadas, para la toma de decisiones.
6. Informar los resultados de la evaluación y análisis de las políticas públicas a nivel nacional vinculadas al Ministerio, con el propósito de contribuir en el diseño de estudios prospectivos en articulación con las dependencias involucradas en la materia.
7. Diseñar estrategias de seguimiento y de formulación de indicadores que permitan medir el impacto de las políticas públicas del Ministerio, sus órganos, y entes adscritos, en articulación con los Despachos de las Viceministras, Direcciones Generales y las titulares de los órganos dependientes jerárquicamente del Ministerio y de sus entes adscritos.
8. Constituir equipos multidisciplinarios conformados por los Despachos de las Viceministras y sus Direcciones Generales, con el objeto de armonizar objetivos, metas, recursos y demás acciones involucradas en la ejecución de las políticas, planes, programas y proyectos del Ministerio.
9. Coordinar el proceso de consolidación y generación de información estadística del Ministerio.
10. Las demás funciones que le confieren las leyes, reglamentos, resoluciones y otros actos normativos en materia de su competencia.

**Artículo 3°.** De conformidad con lo establecido en el artículo 37 del Decreto con Rango, Valor y Fuerza de Ley Orgánica de la Administración Pública, la ciudadana designada, será plenamente responsable por todos los actos y documentos que firme en el ejercicio de sus funciones.

**Artículo 4°.** Los actos y documentos emitidos y firmados de conformidad con esta Resolución deberán indicar seguidamente bajo la firma de la ciudadana designada, la fecha, número de Resolución y Gaceta Oficial donde haya sido publicada.

**Artículo 5°.** La ciudadana designada, antes de tomar posesión de su cargo, deberá prestar juramento de cumplir la Constitución de la República Bolivariana de Venezuela, las leyes, los deberes inherentes al cargo y rendir cuentas del mismo en los términos y condiciones que determina la ley.

**Artículo 6°.** La presente Resolución entrará en vigencia a partir del día martes seis (06) de noviembre de 2018 y deroga la Resolución N° 009/2017, de fecha 06 de marzo de 2017, publicada en la Gaceta Oficial de la República Bolivariana de Venezuela N° 41.114, de fecha 15 de marzo de 2017.

Comuníquese y Publíquese,

**CARYL BERTHO**
**MINISTRA DEL PODER POPULAR PARA LA MUJER Y LA IGUALDAD DE GÉNERO**
Decreto N° 3.464, de fecha 14 de junio de 2018, publicado en Gaceta Oficial de la República Bolivariana de Venezuela N° 41.419, de la misma fecha

# DEFENSA PÚBLICA

**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**DEFENSA PÚBLICA**

**Nº DDPG-2018-667** Caracas, 11 de octubre de 2018
159°, 208° y 19°

La Defensora Pública General, **DRA. SUSANA BARREIROS RODRÍGUEZ,** titular de la cédula de identidad **N° V-14.851.035,** designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de la misma fecha, con fundamento en lo dispuesto en el artículo 3, de la Ley Orgánica de la Defensa Pública y en ejercicio de sus atribuciones, establecidas en el artículo 14, numerales 1, 11, y 15, *ejusdem,*

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de este Órgano Constitucional, ejercer la dirección y supervisión de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, velar por el cumplimiento de los procesos de ingreso, egreso, ascenso y traslado del personal de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, designar y juramentar a los Defensores Públicos o Defensoras Públicas.

**RESUELVE**

**PRIMERO: DESIGNAR** a la ciudadana **ZORAHIMA DEPABLOS REVILLA,** titular de la cédula de identidad **N° V-7.424.837,** como Defensora Pública Provisoria Décima Primera (10°) con competencia en materia Penal Ordinario, adscrita a la Unidad Regional de la Defensa Pública del estado Lara, a partir de la fecha de su notificación.

**SEGUNDO:** Publicar el texto íntegro de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela.

Dada, firmada y sellada en el Despacho de la Defensora Pública General, en la ciudad de Caracas.

Comuníquese y Publíquese,

**DRA. SUSANA BARREIROS RODRÍGUEZ**
**DEFENSORA PÚBLICA GENERAL**
Designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de fecha 10 de diciembre de 2015.

Case 1:19-cr-20450-RNS Document 193-34 Entered on FLSD Docket 12/22/2022 Page 18 of 24

**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**DEFENSA PÚBLICA**

**Nº DDPG-2018-668**

Caracas, 11 de octubre de 2018
159º, 208º y 19º

La Defensora Pública General, **DRA. SUSANA BARREIROS RODRÍGUEZ**, titular de la cédula de identidad **N° V-14.851.035**, designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de la misma fecha, con fundamento en lo dispuesto en el artículo 3, de la Ley Orgánica de la Defensa Pública y en ejercicio de sus atribuciones, establecidas en el artículo 14, numerales 1, 11, y 15, *ejusdem*,

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de este Órgano Constitucional, ejercer la dirección y supervisión de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, velar por el cumplimiento de los procesos de ingreso, egreso, ascenso y traslado del personal de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, designar y juramentar a los Defensores Públicos o Defensoras Públicas.

**RESUELVE**

**PRIMERO: DESIGNAR** al ciudadano **VICTOR ALFONSO HERRERA PINTO**, titular de la cédula de identidad **N° V-17.620.795**, como Defensor Público Provisorio Cuarto (4°) con competencia en materia de Protección de Niños, Niñas y Adolescentes, adscrito a la Unidad Regional de la Defensa Pública del estado Lara, a partir de la fecha de su notificación.

**SEGUNDO:** Publicar el texto íntegro de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela.

Dada, firmada y sellada en el Despacho de la Defensora Pública General, en la ciudad de Caracas.

Comuníquese y Publíquese,

**DRA. SUSANA BARREIROS RODRÍGUEZ**
**DEFENSORA PÚBLICA GENERAL**
Designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de fecha 10 de diciembre de 2015.

**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**DEFENSA PÚBLICA**

**Nº DDPG-2018-669**

Caracas, 11 de octubre de 2018
159º, 208º y 19º

La Defensora Pública General, **DRA. SUSANA BARREIROS RODRÍGUEZ**, titular de la cédula de identidad **N° V-14.851.035**, designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de la misma fecha, con fundamento en lo dispuesto en el artículo 3, de la Ley Orgánica de la Defensa Pública y en ejercicio de sus atribuciones, establecidas en el artículo 14, numerales 1, 11, y 15, *ejusdem*,

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de este Órgano Constitucional, ejercer la dirección y supervisión de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, velar por el cumplimiento de los procesos de ingreso, egreso, ascenso y traslado del personal de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, designar y juramentar a los Defensores Públicos o Defensoras Públicas.

**RESUELVE**

**PRIMERO: DESIGNAR** a la ciudadana **MIRVIA ROSSY DUQUE MAYORGA**, titular de la cédula de identidad **N° V-12.172.118**, como Defensora Pública Provisoria Tercera (3°) con competencia en materia de Responsabilidad Penal del Adolescente, adscrita a la Unidad Regional de la Defensa Pública del estado Guárico, a partir de la fecha de su notificación.

**SEGUNDO:** Publicar el texto íntegro de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela.

Dada, firmada y sellada en el Despacho de la Defensora Pública General, en la ciudad de Caracas.

Comuníquese y Publíquese,

**DRA. SUSANA BARREIROS RODRÍGUEZ**
**DEFENSORA PÚBLICA GENERAL**
Designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de fecha 10 de diciembre de 2015.

**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**DEFENSA PÚBLICA**

**Nº DDPG-2018-670**

Caracas, 11 de octubre de 2018
159º, 208º y 19º

La Defensora Pública General, **DRA. SUSANA BARREIROS RODRÍGUEZ**, titular de la cédula de identidad **N° V-14.851.035**, designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de la misma fecha, con fundamento en lo dispuesto en el artículo 3, de la Ley Orgánica de la Defensa Pública y en ejercicio de sus atribuciones, establecidas en el artículo 14, numerales 1, 11, y 15, *ejusdem*,

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de este Órgano Constitucional, ejercer la dirección y supervisión de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, velar por el cumplimiento de los procesos de ingreso, egreso, ascenso y traslado del personal de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, designar y juramentar a los Defensores Públicos o Defensoras Públicas.

**RESUELVE**

**PRIMERO: DESIGNAR** a la ciudadana **MAYANIL MARÍA DIAZ FERNÁNDEZ**, titular de la cédula de identidad **N° V-12.085.446**, como Defensora Pública Provisoria Cuarta (4°) con competencia en materia de Protección de Niños, Niñas y Adolescentes, adscrita a la Unidad Regional de la Defensa Pública del estado Bolivariano de Miranda, a partir de la fecha de su notificación.

**SEGUNDO:** Publicar el texto íntegro de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela.

Dada, firmada y sellada en el Despacho de la Defensora Pública General, en la ciudad de Caracas.

Comuníquese y Publíquese,

**DRA. SUSANA BARREIROS RODRÍGUEZ**
**DEFENSORA PÚBLICA GENERAL**
Designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de fecha 10 de diciembre de 2015.

REPÚBLICA BOLIVARIANA DE VENEZUELA
DEFENSA PÚBLICA

Nº DDPG-2018-671

Caracas, 11 de octubre de 2018
159°, 208° y 19°

La Defensora Pública General, **DRA. SUSANA BARREIROS RODRÍGUEZ,** titular de la cédula de identidad **N° V-14.851.035,** designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de la misma fecha, con fundamento en lo dispuesto en el artículo 3, de la Ley Orgánica de la Defensa Pública y en ejercicio de sus atribuciones, establecidas en el artículo 14, numerales 1, 11, y 15, *ejusdem,*

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de este Órgano Constitucional, ejercer la dirección y supervisión de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, velar por el cumplimiento de los procesos de ingreso, egreso, ascenso y traslado del personal de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, designar y juramentar a los Defensores Públicos o Defensoras Públicas.

**RESUELVE**

**PRIMERO: DESIGNAR** a la ciudadana **AURA LEONOR ARTEAGA ACEBO,** titular de la cédula de identidad **N° V-22.033.027,** como Defensora Pública Provisoria Quincuagésima Quinta (55°) con competencia en materia Penal Ordinario en Fase de Ejecución, adscrita a la Unidad Regional de la Defensa Pública del Área Metropolitana de Caracas, extensión Centro, a partir de la fecha de su notificación.

**SEGUNDO:** Publicar el texto íntegro de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela.

Dada, firmada y sellada en el Despacho de la Defensora Pública General, en la ciudad de Caracas.

Comuníquese y Publíquese,

**DRA. SUSANA BARREIROS RODRÍGUEZ**
**DEFENSORA PÚBLICA GENERAL**
Designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 40.807, de fecha 10 de diciembre de 2015.

REPÚBLICA BOLIVARIANA DE VENEZUELA
DEFENSA PÚBLICA

Nº DDPG-2018-673

Caracas, 11 de octubre de 2018
159°, 208° y 19°

La Defensora Pública General, **DRA. SUSANA BARREIROS RODRÍGUEZ,** titular de la cédula de identidad **N° V-14.851.035,** designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de la misma fecha, con fundamento en lo dispuesto en el artículo 3, de la Ley Orgánica de la Defensa Pública y en ejercicio de sus atribuciones, establecidas en el artículo 14, numerales 1, 11, y 15, *ejusdem,*

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de este Órgano Constitucional, ejercer la dirección y supervisión de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, velar por el cumplimiento de los procesos de ingreso, egreso, ascenso y traslado del personal de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, designar y juramentar a los Defensores Públicos o Defensoras Públicas.

**RESUELVE**

**PRIMERO: DESIGNAR** a la ciudadana **GENDA ALEJANDRA SOSA GONZÁLEZ,** titular de la cédula de identidad **N° V-20.615.678,** como Defensora Pública Provisoria Nonagésima Quinta (95°) con competencia en materia Penal Ordinario, adscrita a la Unidad Regional de la Defensa Pública del Área Metropolitana de Caracas, a partir de la fecha de su notificación.

**SEGUNDO:** Publicar el texto íntegro de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela.

Dada, firmada y sellada en el Despacho de la Defensora Pública General, en la ciudad de Caracas.

Comuníquese y Publíquese,

**DRA. SUSANA BARREIROS RODRÍGUEZ**
**DEFENSORA PÚBLICA GENERAL**
Designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 40.807, de fecha 10 de diciembre de 2015.

REPÚBLICA BOLIVARIANA DE VENEZUELA
DEFENSA PÚBLICA

Nº DDPG-2018-674

Caracas, 11 de octubre de 2018
159°, 208° y 19°

La Defensora Pública General, **DRA. SUSANA BARREIROS RODRÍGUEZ,** titular de la cédula de identidad **N° V-14.851.035,** designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de la misma fecha, con fundamento en lo dispuesto en el artículo 3, de la Ley Orgánica de la Defensa Pública y en ejercicio de sus atribuciones, establecidas en el artículo 14, numerales 1, 11, y 15, *ejusdem,*

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de este Órgano Constitucional, ejercer la dirección y supervisión de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, velar por el cumplimiento de los procesos de ingreso, egreso, ascenso y traslado del personal de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, designar y juramentar a los Defensores Públicos o Defensoras Públicas.

**RESUELVE**

**PRIMERO: DESIGNAR** al ciudadano **OSWALDO JOSE BARONA SALAZAR,** titular de la cédula de identidad **N° V-8.615.307,** como Defensor Público Provisorio Primero (1°) con competencia en materia Agraria, adscrito a la Unidad Regional de la Defensa Pública del estado Guárico, extensión Calabozo, a partir de la fecha de su notificación.

**SEGUNDO:** Publicar el texto íntegro de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela.

Dada, firmada y sellada en el Despacho de la Defensora Pública General, en la ciudad de Caracas.

Comuníquese y Publíquese,

**DRA. SUSANA BARREIROS RODRÍGUEZ**
**DEFENSORA PÚBLICA GENERAL**
Designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 40.807, de fecha 10 de diciembre de 2015.

REPÚBLICA BOLIVARIANA DE VENEZUELA
DEFENSA PÚBLICA

Nº DDPG-2018-675

Caracas, 11 de octubre de 2018
159°, 208° y 19°

La Defensora Pública General, **DRA. SUSANA BARREIROS RODRÍGUEZ,** titular de la cédula de identidad **N° V-14.851.035,** designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de la misma fecha, con fundamento en lo dispuesto en el artículo 3, de la Ley Orgánica de la Defensa Pública y en ejercicio de sus atribuciones, establecidas en el artículo 14, numerales 1, 11, y 15, *ejusdem,*

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de este Órgano Constitucional, ejercer la dirección y supervisión de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, velar por el cumplimiento de los procesos de ingreso, egreso, ascenso y traslado del personal de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, designar y juramentar a los Defensores Públicos o Defensoras Públicas.

**RESUELVE**

**PRIMERO: DESIGNAR** a la ciudadana **VALERIA ALEJANDRA CHIRINOS GARCÍA,** titular de la cédula de identidad **Nº V-18.688.211,** como Defensora Pública Provisoria Primera (1°) con competencia en materia Penal Municipal, adscrita a la Unidad Regional de la Defensa Pública del estado Carabobo, extensión Puerto Cabello, a partir de la fecha de su notificación.

**SEGUNDO:** Publicar el texto íntegro de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela.

Dada, firmada y sellada en el Despacho de la Defensora Pública General, en la ciudad de Caracas.

Comuníquese y Publíquese,

**DRA. SUSANA BARREIROS RODRÍGUEZ**
**DEFENSORA PÚBLICA GENERAL**
Designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 40.807, de fecha 10 de diciembre de 2015.

**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**DEFENSA PÚBLICA**

**Nº DDPG-2018-676**

Caracas, 11 de octubre de 2018
159°, 208° y 19°

La Defensora Pública General, **DRA. SUSANA BARREIROS RODRÍGUEZ,** titular de la cédula de identidad **Nº V-14.851.035,** designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 40.807, de la misma fecha, con fundamento en lo dispuesto en el artículo 3, de la Ley Orgánica de la Defensa Pública y en ejercicio de sus atribuciones, establecidas en el artículo 14, numerales 1, 11, y 15, *ejusdem,*

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de este Órgano Constitucional, ejercer la dirección y supervisión de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, velar por el cumplimiento de los procesos de ingreso, egreso, ascenso y traslado del personal de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, designar y juramentar a los Defensores Públicos o Defensoras Públicas.

**RESUELVE**

**PRIMERO: DESIGNAR** a la ciudadana **MARÍA ANGELICA SIRIT MURILLO,** titular de la cédula de identidad **Nº V-17.350.548,** como Defensora Pública Provisoria Cuarta (4°) con competencia en materia Penal Ordinario, adscrita a la Unidad Regional de la Defensa Pública del estado Carabobo, extensión Puerto Cabello, a partir de la fecha de su notificación.

**SEGUNDO:** Publicar el texto íntegro de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela.

Dada, firmada y sellada en el Despacho de la Defensora Pública General, en la ciudad de Caracas.

Comuníquese y Publíquese,

**DRA. SUSANA BARREIROS RODRÍGUEZ**
**DEFENSORA PÚBLICA GENERAL**
Designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 40.807, de fecha 10 de diciembre de 2015.

**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**DEFENSA PÚBLICA**

**Nº DDPG-2018-677**

Caracas, 11 de octubre de 2018
159°, 208° y 19°

La Defensora Pública General, **DRA. SUSANA BARREIROS RODRÍGUEZ,** titular de la cédula de identidad **Nº V-14.851.035,** designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 40.807, de la misma fecha, con fundamento en lo dispuesto en el artículo 3, de la Ley Orgánica de la Defensa Pública y en ejercicio de sus atribuciones, establecidas en el artículo 14, numerales 1, 2, 11 y 15 *ejusdem,*

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de este Órgano Constitucional, ejercer la dirección y supervisión de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensa Pública, garantizar a toda persona el derecho a la defensa en todo grado y estado del proceso judicial y administrativo.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, velar por el cumplimiento de los procesos de ingreso, egreso, ascenso y traslado del personal de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, designar y juramentar a los Defensores Públicos o Defensoras Públicas.

**RESUELVE**

**PRIMERO: DESIGNAR** al ciudadano **KENNETH EDUARDO MATHISON CASTILLO,** titular de la cédula de identidad **Nº V-15.846.605,** Defensor Público Provisorio Sexto (6°) con competencia en materia Penal Ordinario en Fase de Ejecución, adscrito a la Unidad Regional de la Defensa Pública del estado Anzoátegui, extensión el Tigre, como **Delegado** de esa Extensión Regional, en condición de **Encargado,** a partir de la fecha de su notificación.

**SEGUNDO:** Publicar el texto íntegro de la presente Resolución, en la Gaceta Oficial de la República Bolivariana de Venezuela.

Dada, firmada y sellada en el Despacho de la Defensora Pública General, en la ciudad de Caracas.

Comuníquese y Publíquese,

**DRA. SUSANA BARREIROS RODRÍGUEZ**
**DEFENSORA PÚBLICA GENERAL**
Designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 40.807, de fecha 10 de diciembre de 2015.

**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**DEFENSA PÚBLICA**

**Nº DDPG-2018-679**

Caracas, 11 de octubre de 2018
159°, 208° y 19°

La Defensora Pública General, **DRA. SUSANA BARREIROS RODRÍGUEZ,** titular de la cédula de identidad **Nº V-14.851.035,** designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 40.807, de la misma fecha, con fundamento en lo dispuesto en el artículo 3, de la Ley Orgánica de la Defensa Pública y en ejercicio de sus atribuciones, establecidas en el artículo 14, numerales 1, 2, 11 y 15 *ejusdem,*

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de este Órgano Constitucional, ejercer la dirección y supervisión de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensa Pública, garantizar a toda persona el derecho a la defensa en todo grado y estado del proceso judicial y administrativo.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, velar por el cumplimiento de los procesos de ingreso, egreso, ascenso y traslado del personal de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, designar y juramentar a los Defensores Públicos o Defensoras Públicas.

**RESUELVE**

**PRIMERO: DESIGNAR** al ciudadano **ARGENIS JOSÉ VELÁSQUEZ GOMEZ,** titular de la cédula de identidad **N° V-18.439.038,** Defensor Público Provisorio Cuarto (4°) con competencia en materia Penal Ordinario, adscrito a la Unidad Regional de la Defensa Pública del estado Yaracuy, como **Coordinador** de esa Unidad Regional, en condición de **Encargado,** a partir de la fecha de su notificación.

**SEGUNDO:** Publicar el texto íntegro de la presente Resolución, en la Gaceta Oficial de la República Bolivariana de Venezuela.

Dada, firmada y sellada en el Despacho de la Defensora Pública General, en la ciudad de Caracas.

Comuníquese y Publíquese,

**DRA. SUSANA BARREIROS RODRÍGUEZ**
**DEFENSORA PÚBLICA GENERAL**
Designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de fecha 10 de diciembre de 2015.

**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**DEFENSA PÚBLICA**

**N° DDPG-2018-680**

Caracas, 11 de octubre de 2018
159°, 208° y 19°

La Defensora Pública General, **DRA. SUSANA BARREIROS RODRÍGUEZ,** titular de la cédula de identidad **N° V-14.851.035,** designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de la misma fecha, con fundamento en lo dispuesto en el artículo 3, de la Ley Orgánica de la Defensa Pública y en ejercicio de sus atribuciones, establecidas en el artículo 14, numerales 1, 2, 11 y 15 *ejusdem,*

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de este Órgano Constitucional, ejercer la dirección y supervisión de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensa Pública, garantizar a toda persona el derecho a la defensa en todo grado y estado del proceso judicial y administrativo.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, velar por el cumplimiento de los procesos de ingreso, egreso, ascenso y traslado del personal de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, designar y juramentar a los Defensores Públicos o Defensoras Públicas.

**RESUELVE**

**PRIMERO: DESIGNAR** a la ciudadana **JEANNETTE RAIZA MIRANDA DE GODOY,** titular de la cédula de identidad **N° V-5.876.777,** Defensora Pública Provisoria Novena (9°) con competencia en materia Penal Ordinario, adscrita a la Unidad Regional de la Defensa Pública del estado Nueva Esparta, como **Coordinadora** de esa Unidad Regional, en condición de **Encargada,** a partir de la fecha de su notificación.

**SEGUNDO:** Publicar el texto íntegro de la presente Resolución, en la Gaceta Oficial de la República Bolivariana de Venezuela.

Dada, firmada y sellada en el Despacho de la Defensora Pública General, en la ciudad de Caracas.

Comuníquese y Publíquese,

**DRA. SUSANA BARREIROS RODRÍGUEZ**
**DEFENSORA PÚBLICA GENERAL**
Designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de fecha 10 de diciembre de 2015.

**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**DEFENSA PÚBLICA**

**N° DDPG-2018-681**

Caracas, 11 de octubre de 2018
159°, 208° y 19°

La Defensora Pública General, **DRA. SUSANA BARREIROS RODRÍGUEZ,** titular de la cédula de identidad **N° V-14.851.035,** designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de la misma fecha, con fundamento en lo dispuesto en el artículo 3, de la Ley Orgánica de la Defensa Pública y en ejercicio de sus atribuciones, establecidas en el artículo 14, numerales 1, 11, y 15, *ejusdem,*

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de este Órgano Constitucional, ejercer la dirección y supervisión de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, velar por el cumplimiento de los procesos de ingreso, egreso, ascenso y traslado del personal de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, designar y juramentar a los Defensores Públicos o Defensoras Públicas.

**RESUELVE**

**PRIMERO: DESIGNAR** a la ciudadana **MARIANGELA ORTIZ BRICEÑO,** titular de la cédula de identidad **N° V-17.997.722,** como Defensora Pública Auxiliar Segunda (2°) con competencia en materia Penal Ordinario, adscrita a la Unidad Regional de la Defensa Pública del estado Apure, extensión Guasdualito, a partir de la fecha de su notificación.

**SEGUNDO:** Publicar el texto íntegro de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela.

Dada, firmada y sellada en el Despacho de la Defensora Pública General, en la ciudad de Caracas.

Comuníquese y Publíquese,

**DRA. SUSANA BARREIROS RODRÍGUEZ**
**DEFENSORA PÚBLICA GENERAL**
Designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de fecha 10 de diciembre de 2015.

**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**DEFENSA PÚBLICA**

**N° DDPG-2018-682**

Caracas, 11 de octubre de 2018
159°, 208° y 19°

La Defensora Pública General, **DRA. SUSANA BARREIROS RODRÍGUEZ,** titular de la cédula de identidad **N° V-14.851.035,** designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de la misma fecha, con fundamento en lo dispuesto en el artículo 3, de la Ley Orgánica de la Defensa Pública y en ejercicio de sus atribuciones, establecidas en el artículo 14, numerales 1, 11, y 15, *ejusdem,*

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de este Órgano Constitucional, ejercer la dirección y supervisión de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, velar por el cumplimiento de los procesos de ingreso, egreso, ascenso y traslado del personal de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad, designar y juramentar a los Defensores Públicos o Defensoras Públicas.

RESUELVE

**PRIMERO: DESIGNAR** a la ciudadana **RONNA ESTEFANIA ALVIZU GUERRERO,** titular de la cédula de identidad **N° V-20.410.972,** como Defensora Pública Provisoria Décima (10°) con competencia en materia Penal Municipal, adscrita a la Unidad Regional de la Defensa Pública del Área Metropolitana de Caracas, a partir de la fecha de su notificación.

**SEGUNDO:** Publicar el texto íntegro de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela.

Dada, firmada y sellada en el Despacho de la Defensora Pública General, en la ciudad de Caracas.

Comuníquese y Publíquese,

**DRA. SUSANA BARREIROS RODRÍGUEZ**
**DEFENSORA PÚBLICA GENERAL**

REPÚBLICA BOLIVARIANA DE VENEZUELA
DEFENSA PÚBLICA

Nº DDPG-2018-684

Caracas, 15 de octubre de 2018
159°, 208° y 19°

La Defensora Pública General, **DRA. SUSANA BARREIROS RODRÍGUEZ,** titular de la cédula de identidad **N° V-14.851.035,** designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de la misma fecha, con fundamento en lo dispuesto en el artículo 3, de la Ley Orgánica de la Defensa Pública y en ejercicio de sus atribuciones, establecidas en el artículo 14, numerales 1, 11 y 27, *ejusdem,*

CONSIDERANDO

Que es competencia de la Defensora Pública General, como máxima autoridad de este Órgano Constitucional, ejercer la dirección y supervisión de la Defensa Pública.

CONSIDERANDO

Que es competencia de la Defensora Pública General, como máxima autoridad de la Defensa Pública, velar por el cumplimiento de los procesos de ingreso, egreso, ascenso y traslado del personal de la Defensa Pública.

CONSIDERANDO

Que es competencia de la Defensora Pública General, como máxima autoridad de la Defensa Pública, designar el personal de este Órgano Constitucional.

CONSIDERANDO

Que la ciudadana **ÁNGELA CARRILLO CARRILLO,** titular de la cédula de identidad **N° V-6.904.038,** quien se desempeña como Directora del Despacho de la Defensora Pública General, asistirá al Congreso de Abogacía 2018, en la ciudad de la Habana República de Cuba, en calidad de participante desde 16 de octubre de 2018 hasta el 20 de octubre de 2018.

RESUELVE

**PRIMERO: DESIGNAR** a la ciudadana **YORAIMA GRACIELA RODRÍGUEZ BENITEZ,** titular de la cédula de identidad **N° V-11.042.905,** Abogada III y Directora Nacional de la Oficina de Atención al Ciudadano, como **Directora del Despacho de la Defensora Pública General, en condición de Suplente.** La presente designación surtirá efectos a partir del 16 de octubre de 2018, hasta la reincorporación efectiva de la mencionada ciudadana, período en el cual deberá reconocerle a la ciudadana aquí nombrada, todos los beneficios e incidencias laborales propios del cargo de Directora del Despacho de la Defensora Pública General.

**SEGUNDO:** Publicar el texto íntegro de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela.

Dada, firmada y sellada en el Despacho de la Defensora Pública General, en la ciudad de Caracas.

Comuníquese y Publíquese,

**DRA. SUSANA BARREIROS RODRÍGUEZ**
**DEFENSORA PÚBLICA GENERAL**

REPÚBLICA BOLIVARIANA DE VENEZUELA
DEFENSA PÚBLICA

Nº DDPG-2018-685

Caracas, 18 de octubre de 2018
159°, 208° y 19°

La Defensora Pública General, **DRA. SUSANA BARREIROS RODRÍGUEZ,** titular de la cédula de identidad **N° V-14.851.035,** designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de la misma fecha, con fundamento en lo dispuesto en el artículo 3, de la Ley Orgánica de la Defensa Pública y en ejercicio de sus atribuciones, establecidas en el artículo 14, numerales 1, 11 y 27, *ejusdem,*

CONSIDERANDO

Que es competencia de la Defensora Pública General, como máxima autoridad de este Órgano Constitucional, ejercer la dirección y supervisión de la Defensa Pública.

CONSIDERANDO

Que es competencia de la Defensora Pública General, como máxima autoridad de la Defensa Pública, velar por el cumplimiento de los procesos de ingreso, egreso, ascenso y traslado del personal de la Defensa Pública.

CONSIDERANDO

Que es competencia de la Defensora Pública General, como máxima autoridad de la Defensa Pública, designar el personal que ocupará cargos de libre nombramiento y remoción en este Órgano Constitucional.

RESUELVE

**PRIMERO: DESIGNAR** al ciudadano **SAUL GABRIEL PÉREZ ESCOBAR,** titular de la cédula de identidad **N° V-18.390.092,** Asistente, como **Especialista de Área,** adscrito a la Coordinación General de la Defensa Pública, **en condición de Encargado,** a partir de la fecha de su notificación.

**SEGUNDO:** Publicar el texto íntegro de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela.

Dada, firmada y sellada en el Despacho de la Defensora Pública General, en la ciudad de Caracas.

Comuníquese y Publíquese,

**DRA. SUSANA BARREIROS RODRÍGUEZ**
**DEFENSORA PÚBLICA GENERAL**
Designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela Nº 40.807, de fecha 10 de diciembre de 2015.

REPÚBLICA BOLIVARIANA DE VENEZUELA
DEFENSA PÚBLICA

Nº DDPG-2018-686

Caracas, 18 de octubre de 2018
159°, 208° y 19°

La Defensora Pública General, **DRA. SUSANA BARREIROS RODRÍGUEZ,** titular de la cédula de identidad **N° V-14.851.035,** designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de la misma fecha, con fundamento en lo dispuesto en el artículo 3, de la Ley Orgánica de la Defensa Pública y en ejercicio de sus atribuciones, establecidas en el artículo 14, numerales 1, 11 y 27, *ejusdem,*

CONSIDERANDO

Que es competencia de la Defensora Pública General, como máxima autoridad de este Órgano Constitucional, ejercer la dirección y supervisión de la Defensa Pública.

CONSIDERANDO

Que es competencia de la Defensora Pública General, como máxima autoridad de la Defensa Pública, velar por el cumplimiento de los procesos de ingreso, egreso, ascenso y traslado del personal de la Defensa Pública.

CONSIDERANDO

Que es competencia de la Defensora Pública General, como máxima autoridad de la Defensa Pública, designar el personal que ocupará cargos de libre nombramiento y remoción en este Órgano Constitucional.

RESUELVE

**PRIMERO: DESIGNAR** al ciudadano **CARLOS HUMBERTO DÍAZ TORRES,** titular de la cédula de identidad **N° V-11.197.487,** Asistente, como **Especialista de Área,** adscrito a la Coordinación General de la Defensa Pública, **en condición de Encargado,** a partir de la fecha de su notificación.

**SEGUNDO:** Publicar el texto íntegro de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela.

Dada, firmada y sellada en el Despacho de la Defensora Pública General, en la ciudad de Caracas.

Comuníquese y Publíquese,

**DRA. SUSANA BARREIROS RODRÍGUEZ**
**DEFENSORA PÚBLICA GENERAL**
Designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de fecha 10 de diciembre de 2015.

**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**DEFENSA PÚBLICA**

**Nº DDPG-2018-687** Caracas, 18 de octubre de 2018
159°, 208° y 19°

La Defensora Pública General, **DRA. SUSANA BARREIROS RODRÍGUEZ**, titular de la cédula de identidad **N° V-14.851.035**, designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de la misma fecha, con fundamento en lo dispuesto en el artículo 3, de la Ley Orgánica de la Defensa Pública y en ejercicio de sus atribuciones, establecidas en el artículo 14, numerales 1, 11 y 27, *ejusdem*,

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de este Órgano Constitucional, ejercer la dirección y supervisión de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de la Defensa Pública, velar por el cumplimiento de los procesos de ingreso, egreso, ascenso y traslado del personal de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de la Defensa Pública, designar el personal que ocupará cargos de libre nombramiento y remoción en este Órgano Constitucional.

**RESUELVE**

**PRIMERO: DESIGNAR** a la ciudadana **ANGIE KATHERINE RIVAS DÍAZ**, titular de la cédula de identidad **N° V-18.995.859**, Técnico I, como **Especialista de Área**, adscrita a la Coordinación General de la Defensa Pública, **en condición de Encargada**, a partir de la fecha de su notificación.

**SEGUNDO:** Publicar el texto íntegro de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela.

Dada, firmada y sellada en el Despacho de la Defensora Pública General, en la ciudad de Caracas.

Comuníquese y Publíquese,

**DRA. SUSANA BARREIROS RODRÍGUEZ**
**DEFENSORA PÚBLICA GENERAL**
Designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de fecha 10 de diciembre de 2015.

**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**DEFENSA PÚBLICA**

**Nº DDPG-2018-693** Caracas, 24 de octubre de 2018
159°, 208° y 19°

La Defensora Pública General, **DRA. SUSANA BARREIROS RODRÍGUEZ**, titular de la cédula de identidad **N° V-14.851.035**, designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de la misma fecha, con fundamento en lo dispuesto en el artículo 3, de la Ley Orgánica de la Defensa Pública y en ejercicio de sus atribuciones, establecidas en el artículo 14, numerales 1, 11 y 27, *ejusdem*,

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de este Órgano Constitucional, ejercer la dirección y supervisión de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de la Defensa Pública, velar por el cumplimiento de los procesos de ingreso, egreso, ascenso y traslado del personal de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de la Defensa Pública, designar el personal de este Órgano Constitucional.

**CONSIDERANDO**

Que la ciudadana **MARÍA NORBELLA FONTE CONCEPCION**, titular de la cédula de identidad **N° V-6.258.900**, quien se desempeña como Directora de la Dirección Nacional de Actuación Procesal, en condición de Encargado, comenzó a disfrutar del período vacacional a partir del 06 de agosto de 2018.

**RESUELVE**

**PRIMERO: DESIGNAR** a la ciudadana **WENDY MARLI HERNÁNDEZ CORTEZ**, titular de la cédula de identidad **N° V-13.448.462**, Delegada de la unidad Regional de la Defensa Pública del área metropolitana de Caracas, extensión Centro, en condición de Encargada, como **Directora Nacional de Actuación Procesal, en condición de Suplente.** La presente designación surtirá efectos a partir del 25 de octubre de 2018, hasta la reincorporación efectiva de la mencionada ciudadana, período en el cual deberá reconocerle a la ciudadana aquí nombrada, todos los beneficios e incidencias laborales propios del cargo de Directora Nacional de Actuación Procesal.

**SEGUNDO:** Publicar el texto íntegro de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela.

Dada, firmada y sellada en el Despacho de la Defensora Pública General, en la ciudad de Caracas.

Comuníquese y Publíquese,

**DRA. SUSANA BARREIROS RODRÍGUEZ**
**DEFENSORA PÚBLICA GENERAL**
Designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de fecha 10 de diciembre de 2015.

**REPÚBLICA BOLIVARIANA DE VENEZUELA**
**DEFENSA PÚBLICA**

**Nº DDPG-2018-694** Caracas, 24 de octubre de 2018
159°, 208° y 19°

La Defensora Pública General, **DRA. SUSANA BARREIROS RODRÍGUEZ**, titular de la cédula de identidad **N° V-14.851.035**, designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de la misma fecha, con fundamento en lo dispuesto en el artículo 3, de la Ley Orgánica de la Defensa Pública y en ejercicio de sus atribuciones, establecidas en el artículo 14, numerales 1, 11 y 27, *ejusdem*,

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de este Órgano Constitucional, ejercer la dirección y supervisión de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de la Defensa Pública, velar por el cumplimiento de los procesos de ingreso, egreso, ascenso y traslado del personal de la Defensa Pública.

**CONSIDERANDO**

Que es competencia de la Defensora Pública General, como máxima autoridad de la Defensa Pública, designar el personal que ocupará cargos de libre nombramiento y remoción en este Órgano Constitucional.

**RESUELVE**

**PRIMERO: DESIGNAR** al ciudadano **ÁNGEL OMAR MONGES MARQUEZ**, titular de la cédula de identidad **N° V-7.949.401**, como **Director Nacional de Vigilancia y Disciplina**, a partir de la fecha de su notificación.

**SEGUNDO:** Como consecuencia de la presente designación, el referido ciudadano dejará de desempeñarse como **Jefe de la División de Determinación de Responsabilidades**, adscrito a la Unidad de Auditoría Interna.

**TERCERO:** Publicar el texto íntegro de la presente Resolución en la Gaceta Oficial de la República Bolivariana de Venezuela.

Dada, firmada y sellada en el Despacho de la Defensora Pública General, en la ciudad de Caracas.

Comuníquese y Publíquese,

**DRA. SUSANA BARREIROS RODRÍGUEZ**
**DEFENSORA PÚBLICA GENERAL**
Designada mediante Acuerdo de la Asamblea Nacional, de fecha 10 de diciembre de 2015, publicado en la Gaceta Oficial de la República Bolivariana de Venezuela N° 40.807, de fecha 10 de diciembre de 2015.

# GACETA OFICIAL
DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA

DEPÓSITO LEGAL: ppo 187207DF1

AÑO CXLVI - MES II Número 41.527

Caracas, lunes 19 de noviembre de 2018

*Esquina Urapal, edificio Dimase, La Candelaria*
*Caracas – Venezuela*

Tarifa sujeta a publicación de fecha 14 de noviembre de 2003 en la Gaceta Oficial N° 37.818

http://www.minci.gob.ve

**Esta Gaceta contiene 24 páginas, costo equivalente a 10,05 % valor Unidad Tributaria**

## LEY DE PUBLICACIONES OFICIALES
(22 DE JULIO DE 1941)

*Artículo 11.* La GACETA OFICIAL, creada por Decreto Ejecutivo del 11 de octubre de 1872, continuará editándose en la Imprenta Nacional con la denominación GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA.

*Artículo 12.* La GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA se publicará todos los días hábiles, sin perjuicio de que se editen números extraordinarios siempre que fuere necesario; y deberán insertarse en ella sin retardo los actos oficiales que hayan de publicarse.

*Parágrafo único:* Las ediciones extraordinarias de la GACETA OFICIAL tendrán una numeración especial

*Artículo 13.* En la GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA se publicarán los actos de los Poderes Públicos que deberán insertarse y aquellos cuya inclusión sea considerada conveniente por el Ejecutivo Nacional.

*Artículo 14.* Las leyes, decretos y demás actos oficiales tendrán carácter de públicos por el hecho de aparecer en la GACETA OFICIAL DE LA REPÚBLICA BOLIVARIANA DE VENEZUELA, cuyos ejemplares tendrán fuerza de documentos públicos.