[Page 1]

Official Gazette of the Republic of Venezuela

YEAR CXXVII – MONTH III   Caracas, Thursday, December 30, 1999   No. 36,860

### SUMMARY
**National Constituent Assembly**
1999 Constitution of the Bolivarian Republic of Venezuela

### NATIONAL CONSTITUENT ASSEMBLY

**NATIONAL CONSTITUENT ASSEMBLY
CARACAS-VENEZUELA**

**PREAMBLE**

The people of Venezuela, in exercise of their creative powers and invoking the protection of God, the historical example of our Liberator Simón Bolívar, and the heroism and sacrifice of our Aboriginal ancestors and of the forerunners and forgers of a free and sovereign homeland;

With the supreme purpose of re-founding the Republic to establish a democratic, participatory, and protagonist, multiethnic, and multicultural society in a State of justice, federal and decentralized, that consolidates the values of freedom, independence, peace, solidarity, the common good, territorial integrity, coexistence, and the rule of law for this and future generations; ensures the right to life, work, culture, education, social justice, and equality without discrimination or subordination of any kind; to promote peaceful cooperation among nations and promote and consolidate Latin American integration in accordance with the principle of non-intervention and self-determination of peoples, the universal and indivisible guarantee of human rights, the democratization of international society, nuclear disarmament, ecological balance, and environmental legal rights as common and inalienable heritage of mankind;

In exercise of its original authority represented by the National Constituent Assembly by means of a free vote and democratic referendum,

hereby decrees the following

GOVERNMENT EXHIBIT
Case No.: 19-20450-CR-RNS
26a

[Page 9]

*Article 145.* Public officials are at the service of the State and not of any partiality. Their appointment and removal may not be determined by political affiliation or objective. Whoever is in the service of the Municipalities, of the States, of the Republic, and other juridical persons of public or private state law, may not enter into any contract with them, either by him/herself or through an intermediary, or in representation of another, except for the exceptions established by law.

[Page 13]

*Article 187.* It is incumbent upon the National Assembly:

1. To legislate on matters of national competence and on the functioning of the different branches of the National Government.
2. To propose amendments and reforms to the Constitution, under the terms established in this Constitution.
3. To exercise control functions over the National Government and the Public Administration, under the terms set forth in this Constitution and the law. The evidentiary elements obtained in the exercise of this function shall have probative value, under the conditions established by law.
4. To organize and promote citizen participation in matters within its competence.
5. To decree amnesties.
6. To discuss and approve the national budget and all Bills concerning the tax system and public credit.
7. To authorize additional credits to the budget.
8. To approve the general guidelines of the Nation's economic and social development plan, which shall be submitted by the National Executive Branch during the third quarter of the first year of each constitutional period.
9. To authorize the National Executive Branch to enter into agreements of national interest, in the cases established by law. To authorize agreements of national, state or municipal public interest with foreign States or official entities or with companies not domiciled in Venezuela.
10. To give a vote of censure to the Executive Vice President and to the Minister or Ministers. The motion of censure may only be discussed two days after being submitted to the Assembly, which may decide, by a three-fifths majority of the deputies, that the vote of censure implies the removal of the Executive Vice President or the Minister or Ministers.
11. To authorize the use of Venezuelan military missions abroad or foreign military missions in the country.
12. To authorize the National Executive Branch to dispose of real estate belonging to the private domain of the Nation, with the exceptions established by law.
13. To authorize public officials to accept positions, honors or rewards from foreign governments.
14. To authorize the appointment of the Attorney General of the Republic and the Heads of Permanent Diplomatic Missions.
15. To grant the honors of the National Pantheon to illustrious Venezuelan men and women who have rendered eminent services to the Republic, twenty-five years after their death. This decision may be made by recommendation of the President of the Republic, by two thirds of the State Governors or by National Universities chancellors in plenary session.
16. To watch over the interests and autonomy of the States.

[Page 14]

17. To authorize the departure of the President of the Republic from the national territory when his or her absence lasts for more than five consecutive days.
18. To legally approve the international treaties or agreements entered into by the National Executive Branch, excluding the exceptions set forth in this Constitution.
19. To issue its regulations and apply the sanctions established therein.
20. To qualify its members and acknowledge their resignation. The temporary removal of a deputy may only be agreed upon by the vote of two thirds of the deputies present.
21. To organize its internal security service.
22. To agree upon and execute its budget of expenses, taking into account the financial limitations of the country.
23. To execute the resolutions concerning its operation and administrative organization.
24. All other powers provided for in this Constitution and the laws.

[Page 15]

*Article 215.* The Law shall be enacted upon its publication with the corresponding "Be it complied with" in the Official Gazette of the Republic.

[Page 16]

*Article 236.* The President of the Republic shall have the following powers and duties:

1. To comply with and enforce this Constitution and the law.
2. To direct the action of the Government.
3. To appoint and remove the Executive Vice President, to appoint and remove the Ministers.
4. To direct the foreign relations of the Republic and to enter into and ratify international treaties, conventions or agreements.
5. To direct the National Armed Forces in his/her capacity as Commander in Chief, to exercise supreme hierarchical authority over them and determine their contingent.
6. To exercise supreme command over the National Armed Forces, promote its officers starting from the rank of colonel or captain, and appoint them to the positions that are exclusive to them.
7. To declare states of exception and decree the restriction of guarantees in the cases provided for in this Constitution.
8. To issue, prior authorization by an enabling law, decrees with the force of law.
9. To summon the National Assembly to extraordinary sessions.
10. To totally or partially regulate the laws, without altering their spirit, purpose, and reason.
11. To manage the National Public Treasury.
12. To negotiate national loans.
13. To decree additional credits to the Budget, prior authorization of the National Assembly or the Delegated Commission.
14. To enter into contracts/agreements of national interest in accordance with this Constitution and the law.
15. To appoint, prior authorization of the National Assembly or the Delegated Commission, the Attorney General of the Republic and the heads of the permanent diplomatic missions.
16. To appoint and remove those officials whose appointment is attributed to him/her by this Constitution and the law.
17. To address to the National Assembly, personally or through the Executive Vice President, reports or special messages.
18. To draft the National Development Plan and to direct its execution with the prior approval of the National Assembly.
19. To grant pardons.
20. To determine the number, organization, and competence of the ministries and other agencies of the National Public Administration, as well as the organization and functioning of the Council of Ministers, within the principles and guidelines set forth in the corresponding organic law.
21. To dissolve the National Assembly in the case established in this Constitution.
22. To call referendums in the cases provided for in this Constitution.
23. To summon and preside over the National Defense Council.
24. Any other powers assigned to him/her by this Constitution and the law.

      The President of the Republic shall exercise in Council of Ministers meetings the powers set forth in paragraphs 7, 8, 9, 10, 12, 13, 14, 18, 20, 21, 22, and those conferred by law to be exercised in the same manner.
      The actions of the President of the Republic, with the exception of those indicated in Numbers 3 and 5, shall be countersigned for their validity by the Executive Vice President and the respective Minister or Ministers.

[Page 19]

*Article 276.* The President of the Republican Moral Council and the heads of the Citizen Power agencies shall submit an annual report to the National Assembly in plenary session. Furthermore, they shall submit such reports as may be requested of them at any time by the National Assembly.

Both ordinary and extraordinary reports shall be published.

[Page 24]

*Article 341*. Amendments to the Constitution shall be processed in the following manner:

1. The initiative may originate from fifteen percent of the citizens registered in the Civil and Electoral Register; or from thirty percent of the members of the National Assembly or from the President of the Republic in Council of Ministers.
2. When the initiative comes from the National Assembly, the amendment shall require the approval of the latter by the majority of its members and shall be discussed according to the procedure established in this Constitution for the formation of laws.
3. The Electoral Branch shall submit the amendments to referendum within thirty days following their formal receipt.
4. Amendments shall be considered approved in accordance with the provisions of this Constitution and the law regarding the approval referendum.
5. The amendments shall be numbered consecutively and shall be published subsequent to the Constitution without altering the text thereof, but noting at the foot of the amended article or articles the reference number and date of the amendment that modified it.

[Page 25]

*Article 349*. The President of the Republic may not object to the new Constitution.

The established powers may not in any way impede the decisions of the National Constituent Assembly.

For the purposes of the enactment of the new Constitution, the same shall be published in the Official Gazette of the Republic of Venezuela or in the Gazette of the National Constituent Assembly.



6400 Arlington Boulevard, Third Floor, Falls Church, Virginia 22042  Tel. (703) 245-9400  Fax. (703) 245-9401
www.manpowergroup.com

# CERTIFICATE OF TRANSLATION

I, Maria Parodi, certify that I am competent to translate this document, and that the translation is true and accurate, to the best of my abilities.  All archival seals, stamps, and certifications have been translated here.

Spanish Title: _____ Gaceta Oficial_36.860 _____

English Title: _____ Gaceta Oficial_36.860-ENGL _____

I certify under penalty of perjury, pursuant to 28 U.S.C. 1746, that the attached translation is true and correct.

Executed this 7th day of December, 2022.

_____

Signature