IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　Plaintiff<br><br>　v.<br><br>ALEX NAIN SAAB MORAN,<br><br>　Defendant. | Case No. 19-20450-CR-Scola |

**DEFENDANT ALEX NAIN SAAB MORAN'S UNOPPOSED MOTION TO CONVENTIONALLY FILE DEFENSE EXHIBITS BS AND BT**

Defendant Alex Nain Saab Moran, pursuant to the Clerk's Notice of Policy re Electronic Submission of Exhibits (ECF No. 185), respectfully requests the Court permit Mr. Saab to file Defense Exhibits BS and BT conventionally and in support thereof states:

1. On December 12 and 13, 2022 the Court held an evidentiary hearing on Mr. Saab's Motion to Dismiss the Indictment.

2. Defense Exhibits BS and BT were introduced and admitted into evidence.

3. Pursuant to instructions from the Clerk's office, these exhibits must be conventionally filed, and a Court Order is needed to process that conventional filing.

WHEREFORE, Mr. Saab respectfully requests a Court Order permitting Mr. Saab to submit Defense Exhibits BS and BT on a flash drive for the Clerk of Court for conventional filing.

**CERTIFICATION OF COUNSEL**

On December 22, 2022, Counsel for Defendant Alex Nain Saab Moran conferred with the government regarding the relief sought in the Motion, and the government does not object to the relief sought in the Motion.

Date: December 23, 2022                                    Respectfully submitted,

                                                           BAKER & HOSTETLER LLP

                                                           By: *Lindy K. Keown*
                                                           Lindy K. Keown (FL: 117888)
                                                           200 South Orange Avenue
                                                           Suite 2300
                                                           Orlando, Florida 32801
                                                           Tel: (407) 649-4000
                                                           lkeown@bakerlaw.com

                                                           David B. Rivkin, Jr. (*pro hac vice*)
                                                           Elizabeth Price Foley (FL: 92380)
                                                           Jonathan R. Barr (*pro hac vice*)
                                                           1050 Connecticut Avenue, N.W.
                                                           Suite 1100
                                                           Washington, DC 20036
                                                           Tel: (202) 861-1500
                                                           drivkin@bakerlaw.com
                                                           efoley@bakerlaw.com
                                                           jbarr@bakerlaw.com

                                                           Jonathan B. New (*pro hac vice*)
                                                           45 Rockefeller Plaza
                                                           11th Floor
                                                           New York, New York 10111
                                                           Tel: (212) 589-4200
                                                           jnew@bakerlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                           *s/Lindy K. Keown*
                                                           Lindy K. Keown