IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>ALEX NAIN SAAB MORAN,<br><br>    Defendant. | Case No. 19-20450-CR-Scola |

**ORDER GRANTING DEFENDANT ALEX NAIN SAAB MORAN'S UNOPPOSED MOTION TO CONVENTIONALLY FILE DEFENSE EXHIBITS BS AND BT**

THIS CAUSE having come before the Court on the Defendant Alex Nain Saab Moran's Unopposed Motion To Conventionally File Defense Exhibits BS And BT (the **"Motion"**), and with the Court being fully advised on the premises, the Court ORDERS as follows:

1. The Motion (ECF No. 196) is GRANTED.

2. Defendant may submit Defense Exhibits BS and BT on a flash drive or other accepted method to the Clerk of Court for conventional filing.

DONE AND ORDERED in Chambers, in Miami, Florida, on December 27, 2022.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE