# BakerHostetler



FILED BY_____ D.C.

DEC 29 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**Baker & Hostetler** LLP

200 South Orange Avenue
Suite 2300
Orlando, FL 32801-3432

T 407.649.4000
F 407.841.0168
www.bakerlaw.com

Lindy K. Keown
direct dial: 407.649.4087
lkeown@bakerlaw.com

December 28, 2022

**VIA UPS OVERNIGHT MAIL**

U.S. District Court, Southern District of Florida
Attn: Clerk of Court
Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Miami, Florida 33128

*Re:*      *United States v. Saab,* Case No. 19-20450-CR-Scola

Dear Clerk of Court:

Enclosed please find a copy of the Court's 12/27/22 Order Granting Defendant Alex Nain Saab Moran's Unopposed Motion to Conventionally File Defenses Exhibits BS and BT in the above referenced case.

**Also enclosed is a flash drive containing Defense Exhibits BS and BT for filing. The flash drive is password protected and the password is Baker123.** We would like to file these exhibits as part of the other exhibits previously filed with respect to the evidentiary hearing on Defendant's Motion to Dismiss the Indictment (ECF No. 147).

Should the Court have any questions, please do not hesitate to reach out to our office.

Respectfully submitted,

Lindy K. Keown
Counsel for Alex Nain Saab Moran

cc: Counsel of Record (by email only)

Atlanta      Chicago      Cincinnati      Cleveland      Columbus      Costa Mesa      Dallas      Denver      Houston
Los Angeles      New York      Orlando      Philadelphia      San Francisco      Seattle      Washington, DC      Wilmington

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff

v.

ALEX NAIN SAAB MORAN,

Defendant.

Case No. 19-20450-CR-Scola

## ORDER GRANTING DEFENDANT ALEX NAIN SAAB MORAN'S UNOPPOSED MOTION TO CONVENTIONALLY FILE DEFENSE EXHIBITS BS AND BT

THIS CAUSE having come before the Court on the Defendant Alex Nain Saab Moran's

Unopposed Motion To Conventionally File Defense Exhibits BS And BT (the **"Motion"**), and

with the Court being fully advised on the premises, the Court ORDERS as follows:

1.      The Motion (ECF No. 196) is GRANTED.

2.      Defendant may submit Defense Exhibits BS and BT on a flash drive or other

accepted method to the Clerk of Court for conventional filing.

DONE AND ORDERED in Chambers, in Miami, Florida, on December 27, 2022.

ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE



