UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-cr-20450-RNS

UNITED STATES OF AMERICA

    *Plaintiff,*

vs.

Saab Moran et al,

    *Defendants.*

_____/

## MOTION TO WITHDRAW AS COUNSEL

Michael B. Nadler of Stumphauzer, Kolaya, Nadler, and Sloman PLLC files this Motion to Withdraw as Counsel for The United States of America. As of September 2020, I resigned my position as Assistant United States Attorney, and no longer work for the U.S. Department of Justice. I am currently in private practice at the above designated law firm and can no longer represent the United States of America.

    Respectfully submitted,

    /s/   Michael B. Nadler
    Michael B. Nadler
    Fla. Bar No. 0051264
    mnadler@sknlaw.com
    STUMPHAUZER KOLAYA NADLER & SLOMAN PLLC
    One Biscayne Tower
    2 South Biscayne Blvd.
    Suite 1600
    Miami, FL 33131
    Tel: (305) 614-1411
    Fax: (305) 614-1425

## **CERTIFICATE OF SERVICE**

I certify that on this 16th day of May 2023, I electronically filed this document with the Clerk of the Court using CM/ECF, causing a copy to be served on counsel record.

By:   */s/ Michael B. Nadler*