UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-20450-Cr-RNS

UNITED STATES,

    Plaintiff,

v.

ALEX NAIN SAAB MORAN,

    Defendant.

_____/

**NOTICE OF APPEARANCE**

Undersigned counsel hereby files her notice of appearance in the above matter for trial purposes only.

                                          Respectfully submitted,

                                          By: *Celeste Siblesz Higgins*
                                                Celeste Siblesz Higgins
                                                Florida Bar No. 909718
                                                2525 Ponce de Leon Blvd, Suite 300
                                                Coral Gables, FL 33134
                                                (786) 643-8263
                                                (305) 577-9711

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 27, 2023, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to all interested parties.

                                                               By: *s/Celeste Siblesz Higgins*
                                                               Celeste Siblesz Higgins