UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **19-20450-CR-SCOLA**

**UNITED STATES OF AMERICA,**

vs.

**ALEX NAIN SAAB MORAN, and
ALVARO PULIDO VARGAS,**
   a/k/a "German Enrique Rubio Salas,"

   **Defendants.**
_____/

**NOTICE OF REASSIGNMENT**

Undersigned counsel hereby files this Notice of Reassignment as counsel of record for the United States of America in this cause. The prior counsel for the United States, AUSA Kurt Lunkenheimer, is no longer counsel of record for the United States in this matter.

              Respectfully submitted,

              MARKENZY LAPOINTE
              UNITED STATES ATTORNEY

      By: /s/ Sean T. McLaughlin
         SEAN T. McLAUGHLIN
         Assistant United States Attorney
         Court ID No. A5501121
         11200 NW 20th Street, Suite 101
         Miami, Florida 33172
         Tel: (305) 715-7642
         (305) 715-7639 (fax)
         Email: Sean.McLaughlin@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 20, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF

      /s/ Sean T. McLaughlin
SEAN T. McLAUGHLIN
United States Attorney