UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-20450-Cr-RNS

UNITED STATES,

    Plaintiff,

v.

ALEX NAIN SAAB MORAN,

    Defendant.

_____/

**NOTICE OF CHANGE OF ADDRESS**

The undersigned attorney hereby informs the Court and opposing counsel of her new office address:

Celeste Siblesz Higgins, Esq.
The Higgins Law Firm
396 Alhambra Cir., Suite 202
Coral Gables, FL 33134

The service email and telephone number remain unchanged.

    Respectfully submitted,

    By: *Celeste Siblesz Higgins*
        Celeste Siblesz Higgins
        Florida Bar No. 909718
        396 Alhambra Cir., Suite 202
        Coral Gables, FL 33134
        Office: (305) 577-9711
        Cell: (786) 643-8263

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 30, 2023, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to all interested parties.

By: *s/Celeste Siblesz Higgins*
Celeste Siblesz Higgins