FILED BY ˢᴶᴴ D.C.

DEC 14 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

✓ SEALED
___ NOT SEALED

Case Number: <u>19-cr-20450-SCOLA</u>

UNITED STATES OF AMERICA,

          Plaintiff,

v.

ALEX NAIN SAAB MORAN,

          Defendant.

_____/

Per Local Rule 5.4(d), the matter(s) shall remain sealed.
___ years:_____ (specific date);
___ permanently: ✓ (other).

## SEALED ORDER

Upon the application of Ricardo Del Toro, Assistant United States Attorney for the Southern District of Florida, made to this Court by Affirmation dated December 14, 2023, and pursuant to the All Writs Act, 28 U.S.C. § 1651, it is hereby ORDERED that:

    1.    The Bureau of Prisons ("BOP"), and the Warden of FDC Miami in Miami, Florida ("FDC Miami"), shall allow personnel of the U.S. Marshals Service ("USMS") to remove ALEX NAIN SAAB MORAN ("SAAB MORAN") (BOP Register Number 02538-506) from FDC Miami on December 16, 2023, or any day thereafter until December 30, 2023.

    2.    The USMS shall keep SAAB MORAN in its custody, and shall be responsible for the safekeeping and welfare of SAAB MORAN, unless and until the President of the United States executes the clemency power under Article II of the U.S. Constitution with

respect to SAAB MORAN.

3. The USMS shall return SAAB MORAN to FDC Miami on or before December 30, 2023, unless the President executes the clemency power with respect to SAAB MORAN during the period in which the USMS has custody of SAAB MORAN.

4. This Order and underlying Affirmation shall be maintained under seal, and the docketing of any entries related to this matter shall be delayed, until either 24 hours after the release of SAAB MORAN from USMS custody, or when SAAB MORAN is returned to FDC Miami on or before December 30, 2023, whichever occurs earlier. The Government shall promptly advise the Court upon the occurrence of either event.

IT IS SO ORDERED.

SIGNED AND ENTERED this 14th day of December, 2023.

HONORABLE ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE