UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: <u>19-cr-20450-SCOLA</u>

**UNITED STATES OF AMERICA,**

               **Plaintiff,**

v.

**ALEX NAIN SAAB MORAN,**

               **Defendant.**

_____/

### <u>UNITED STATES' MOTION IN RESPONSE TO THE COURT'S ORDER REGARDING UNSEALING DOCKET ENTRIES</u>

      The United States of America, by and through the undersigned counsel, hereby files this Motion in response to the Court's Order at Docket Entry 226 requiring the government to file a motion to unseal docket entries or oppose unsealing.  The government has reviewed the docket and identified the following docket entries that remain under seal: DE 27, DE 32, DE 36, DE 37, DE 41, DE 80, DE 81, DE 82, DE 85, DE 90, and DE 199.  The government previously requested that the following docket entries be filed under seal: DE 32, DE 85, and DE 90.  The government no longer has any reason for these docket entries to remain under seal and now moves for DE 32, DE 85, and DE 90 to be unsealed.  The government has conferred with counsel for Defendant SAAB MORAN and they do not oppose.

      The government notes that the following docket entries were filed under seal or requested to be sealed by SAAB MORAN: DE 27, DE 36, DE 37, DE 41, DE 80, DE 81, DE 82, and DE 199.  The government has conferred with counsel for SAAB MORAN and the parties agree there is no longer any reason for the following docket entries to remain under seal: DE 27, DE 36, DE 37, DE 41, DE 80, DE 81, and DE 82.

1

The government does, however, believe that DE 199 should remain under seal. The government has conferred with counsel for SAAB MORAN and they are in agreement. DE 199 is the unredacted version of certain exhibits that were filed in redacted form at DE 191. Those documents were redacted pursuant to the Protective Order entered at DE 76. The basis for those redactions has not changed and the unredacted version of those documents should remain under seal.

The government, therefore, moves this Court to unseal the following docket entries: DE 27, DE 32, DE 36, DE 37, DE 41, DE 80, DE 81, DE 82, DE 85, and DE 90. The government opposes the unsealing of DE 199.

Respectfully submitted,

| | |
|---|---|
| GLENN S. LEON<br>CHIEF, FRAUD SECTION | MARKENZY LAPOINTE<br>UNITED STATES ATTORNEY |
| By: */s/ Alexander J. Kramer*<br>ALEXANDER J. KRAMER<br>Trial Attorney<br>Court ID No. A5502240<br>Fraud Section, Criminal Division<br>U.S. Department of Justice<br>1400 New York Avenue, N.W.<br>Washington, D.C. 20005<br>Telephone: 202-768-1919<br>Email: alexander.kramer@usdoj.gov | By: */s/ Sean T. McLaughlin*<br>SEAN T. MCLAUGHLIN<br>Assistant United States Attorney<br>Court ID No. A5501121<br>U.S. Attorney's Office - SDFL<br>11200 NW 20th Street, Suite 101<br>Miami, FL 33172<br>Telephone: (305) 715-7642<br>Email: Sean.McLaughlin@usdoj.gov |