UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: **19-CR-20450-SCOLA**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**

**ALEX NAIN SAAB MORAN,**

        **Defendant.**

_____/

**ORDER UNSEALING DOCKET ENTRIES**

The United States of America, having applied to this Court for an Order to unseal certain docket entries and the Defendant agreeing with the unsealing of those docket entries, and the Court finding good cause:

**IT IS HEREBY ORDERED** that the following docket entries be unsealed: DE 27, DE 32, DE 36, DE 37, DE 41, DE 80, DE 81, DE 82, DE 85, and DE 90.

DONE AND ORDERED in chambers at Miami, Florida, on December 29, 2023.

                                              ROBERT N. SCOLA, JR.
                                              UNITED STATES DISTRICT JUDGE

cc: counsel of record