UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: **19-cr-20450-SCOLA**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

**ALEX NAIN SAAB MORAN,**

        **Defendant.**

_____/

## MOTION TO DISMISS THE INDICTMENT AGAINST DEFENDANT ALEX NAIN SAAB MORAN

NOW COMES the United States of America, by and through its undersigned counsel, and respectfully requests that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court allow the United States to dismiss without prejudice the Indictment against defendant ALEX NAIN SAAB MORAN, and only this defendant, pursuant to an Executive Grant of Clemency signed by President Joseph R. Biden, Jr., on December 15, 2023, a copy of which is attached as Exhibit 1. Because the full pardon conferred therein is conditioned on a number of terms, the government moves that the charges be dismissed without prejudice. The government has conferred with counsel for the defendant and the defendant does not oppose.

    Respectfully submitted,

| | |
|---|---|
| GLENN S. LEON | MARKENZY LAPOINTE |
| CHIEF, FRAUD SECTION | UNITED STATES ATTORNEY |
| | |
| By: */s/ Alexander J. Kramer* | By: */s/ Sean T. McLaughlin* |
| ALEXANDER J. KRAMER | SEAN T. MCLAUGHLIN |
| Trial Attorney | Assistant United States Attorney |

Court ID No. A5502240  
Fraud Section, Criminal Division  
U.S. Department of Justice  
1400 New York Avenue, N.W.  
Washington, D.C. 20005  
Telephone: 202-768-1919  
Email: alexander.kramer@usdoj.gov  

Court ID No. A5501121  
U.S. Attorney's Office - SDFL  
11200 NW 20th Street, Suite 101  
Miami, FL 33172  
Telephone: (305) 715-7642  
Email: Sean.McLaughlin@usdoj.gov