# Executive Grant of Clemency

# JOSEPH R. BIDEN, JR.

*President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, JOSEPH R. BIDEN, JR., PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, AFTER CONSIDERING THE APPLICATION FOR EXECUTIVE CLEMENCY, HAVE GRANTED UNTO

### ALEX NAIN SAAB MORAN

### A FULL PARDON

**FOR THOSE OFFENSES** charged in an indictment (Docket No. 1:19cr20450) filed in the United States District Court for the Southern District of Florida on July 25, 2019, for violations of Section 1956, Title 18, United States Code **(Count One)**; Section 1956, Title 18, United States Code **(Counts Two through Eight, dismissed without prejudice)**; and Section 982(a)(1) and (b)(1), Title 18, and Section 853, Title 21, United States Code **(Forfeiture Allegations)**.

#### I CONDITION THE PARDON UPON THE FOLLOWING TERMS:

(1) the said **ALEX NAIN SAAB MORAN** shall depart the United States;
(2) the said **ALEX NAIN SAAB MORAN** shall thereafter remain outside the limits of the United States, its territories, and its possessions;
(3) the said **ALEX NAIN SAAB MORAN** shall not commit any additional crime against the United States or in violation of the laws of the United States subsequent to the acceptance of this Pardon;
(4) the said **ALEX NAIN SAAB MORAN** shall waive and release any and all claims, demands, rights, and causes of action of whatsoever kind and nature against the United States of America, its agents, servants, and employees;
(5) the said **ALEX NAIN SAAB MORAN**, as an individual and on behalf of entities he controlled or beneficially owned, shall waive any and all claims to and future challenges for, and abandon any and all funds and property already seized or subject to forfeiture in the United States, related to the prosecution of offenses subject to this Pardon; and
(6) the said **ALEX NAIN SAAB MORAN** shall not accept or otherwise receive any financial benefit directly or indirectly, in any manner or amount, from any book, movie, or other publication or production, in any form or media, about his situation.

**IF AT ANY TIME** the said **ALEX NAIN SAAB MORAN** violates one or more of the aforementioned terms, as determined by me in my complete discretion (or by a future President in his or her complete discretion), this Pardon may be voided in its entirety.

**THIS GRANT SHALL BECOME EFFECTIVE** only upon the delivery and presentment of a certified copy of this document, electronic or hard copy, to the said **ALEX NAIN SAAB MORAN**.

**IN TESTIMONY WHEREOF**, I have hereunto signed my name and caused the seal of the Department of Justice to be affixed.



*Done at the City of Washington this* 15th *day of December in the year of our Lord Two thousand and Twenty-three and of the Independence of the United States the Two hundred and Forty-eighth.*

**JOSEPH R. BIDEN, JR.**
**PRESIDENT**