UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 19-cr-20450-SCOLA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ALEX NAIN SAAB MORAN,

        Defendant.

_____/

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States hereby dismisses without prejudice, the Indictment against defendant **ALEX NAIN SAAB MORAN**, and only this defendant, pursuant to an Executive Grant of Clemency signed by President Joseph R. Biden, Jr., on December 15, 2023.

Respectfully submitted,

_____  
MARKENZY LAPOINTE  
UNITED STATES ATTORNEY  
SOUTHERN DISTRICT OF FLORIDA

_____  
GLENN S. LEON, CHIEF  
CRIMINAL DIVISION, FRAUD SECTION  
U.S. DEPARTMENT OF JUSTICE

cc:    Counsel of Record

Leave of Court is **GRANTED** for the filing of the foregoing Dismissal of the Indictment against defendant **ALEX NAIN SAAB MORAN** in the above-captioned criminal case.

DATE: _____

_____  
ROBERT N. SCOLA, Jr.  
UNITED STATES DISTRICT JUDGE