UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 19-cr-20450-SCOLA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEX NAIN SAAB MORAN,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States hereby dismisses without prejudice, the Indictment against defendant **ALEX NAIN SAAB MORAN**, and only this defendant, pursuant to an Executive Grant of Clemency signed by President Joseph R. Biden, Jr., on December 15, 2023.

                Respectfully submitted,

_____ for.   _____
MARKENZY LAPOINTE      GLENN S. LEON, CHIEF
UNITED STATES ATTORNEY   CRIMINAL DIVISION, FRAUD SECTION
SOUTHERN DISTRICT OF FLORIDA U.S. DEPARTMENT OF JUSTICE

cc: Counsel of Record

Leave of Court is **GRANTED** for the filing of the foregoing Dismissal of the Indictment against defendant **ALEX NAIN SAAB MORAN** in the above-captioned criminal case.

DATE: March 28, 2024        _____
                      ROBERT N. SCOLA, Jr.
                      UNITED STATES DISTRICT JUDGE