# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 25, 2024

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY _____ D.C.

MAY 24 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number: **23-10066-SS**
Case Style: USA v. Alex Saab Moran
District Court Docket No: 1:19-cr-20450-RNS-1

The following record materials in the referenced case are returned herewith:

One Envelope of Exhibits.

(1) Env. containing DE 201 - Def. Exhibits (USB)

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:           404-335-6122
Case Administration:    404-335-6135    Capital Cases:                 404-335-6200
CM/ECF Help Desk:       404-335-6125    Cases Set for Oral Argument:   404-335-6141

REC-3 Ltr Returning Record to DC/ wpm